CLERK'S OFFICE  
UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF COLUMBIA

CO-932  
Rev. 4/96

## NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. _____  
(To be supplied by the Clerk)

NOTICE TO PARTIES:

    Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

NOTICE TO DEFENDANT:

    Rule 40.5(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

    Rule 40.5(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

_____

The plaintiff, defendant or counsel must complete the following:

I.   RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

    A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(es) below.]

- [ ] (a)   relates to common property
- [ ] (b)   involves common issues of fact
- [ ] (c)   grows out of the same event or transaction
- [ ] (d)   involves the validity or infringement of the same patent
- [ ] (e)   is filed by the same pro se litigant

2.   RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

    A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the <u>same</u> parties and <u>same</u> subject matter.

Check box if new case is related to a dismissed case: [ ]

3.   NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):

**Please see attached**

4.   CAPTION AND CASE NUMBER OF RELATED CASE(ES). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

_____ v. _____    C.A. No. _____

**June 4, 2025**      /s/ Arthur B. Spitzer  
DATE      Signature of Plaintiff /Defendant (or counsel)

**Addendum to Notice of Designation of Related Civil Cases**
*Luna Gutierrez, et al. v. Noem, et al.*, No. 1:25-cv-1766

Plaintiffs-Petitioners ("Plaintiffs") bring this case on behalf of a class to challenge the authority of the U.S. government to detain them at Guantánamo Bay, Cuba ("Guantánamo"). There is a pending case in this District, *Suazo-Muller et al. v Noem*, No. 1:25-cv-418-CJN (D.D.C.) (originally filed as *Las Americas Immigrant Advocacy Center v. Noem*), challenging the adequacy of access to counsel for detainees at Guantánamo. A prior case, *Espinoza Escalona v. Noem*, No. 1:25-cv-604-CJN (D.D.C.), brought by ten individuals challenging their imminent detention on Guantánamo, was filed as related to *Las Americas* and then voluntarily dismissed.

Based on the facts currently at issue in this case, Plaintiffs' counsel do not believe that this case meets the high bar to qualify as a related case under Local Rule 40.5(a). *See, e.g., Jenner & Block LLP v. DOJ*, No. 1:25-CV-00916, 2025 WL 942426, *1-2 (D.D.C. Mar. 28, 2025) (cases not related despite legal issues that "appear to be substantially similar" because "the two cases involve different issues of fact" requiring "strict adherence to the normal process of random case assignment") (citing *Tripp v. Exec. Off. of President*, 196 F.R.D. 201, 202 (D.D.C. 2000)). However, should the Court accept the case as related instead of submitting it to the Clerk for random assignment under Local Rule 40.3(a), Plaintiffs will not object.