# DECLARATION OF RAFAEL ANGEL LOPEZ OCON

I, Rafael Angel Lopez Ocon, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I make this declaration based on my own personal knowledge, and if called to testify, I could and would do so competently and truthfully to these matters.

2. My name is Rafael Angel Lopez Ocon. I came to the United States from Nicaragua in February of 2022 to seek asylum. On May 8, I had a final asylum hearing before the immigration court. The judge denied my application for asylum. I wanted to appeal the denial and had asked a legal aid organization to help me appeal, but before I could submit my appeal, I was transferred away from the facility in Virginia where I was being detained. I have a son who is a U.S. citizen, who was born after I arrived in the United States.

3. I am currently detained at Guantanamo in Unit 6. I arrived at Guantanamo on or around May 22.

4. I've never been part of any gang in the United States, Nicaragua, or any place. I have no tattoos.

5. I first entered ICE detention in late January 2025, and I was held in Farmville, in Virginia, while I was waiting for my case in immigration court to be resolved. On or around May 20, I was transferred to a facility in Alexandria, Louisiana.

6. On or around May 22, I was transferred by plane from the detention center in Louisiana to Guantanamo Bay, Cuba. I was woken up that morning and told I was going to Nicaragua. But instead of being taken to Nicaragua, I was brought to Guantanamo. There were about 20 men on the plane—mostly Nicaraguans, and a few Venezuelans. We were handcuffed to the seats and shackled by the waist and legs. I felt like we were being kidnapped. When we arrived at Guantanamo, we couldn't talk to one another. There were armed military people everywhere. We were put on a bus that had black plastic over the windows to keep us from being able to see where we were going.

7. Being detained at Guantanamo is much worse than being in detention at Farmville. This feels like a detention center for people who are criminals or terrorists. We do not get clean clothes regularly. After you bathe, you have to put on the same dirty clothes. Right now, I have been wearing the same dirty clothes for about a week even though we have

requested a change of clothes. There is no commissary, so if you are hungry there is no way to buy more food. We have to withstand the hunger. We are often shackled when we leave our cells. To be able to take a phone call, they handcuff us and shackle our waist and wrists together.

8. I have not been outdoors since I have been detained at Guantanamo. We aren't allowed to go outside, we are always inside the prison. We get taken to a little cage to exercise for one hour a day, where you are still inside, but where you can see the outside through a metal door. In order to speak on the phone, they take me, handcuffed, from one building to another building, through a corridor that is covered with mesh and a tarp except for the top - I can see the sky for a minute but nothing else around me. These are the only places in the facility, where we can feel some heat for a brief moment. In these moments, the air smells fresher and feels more oxygenated, inside the buildings the air is stale.

9. I feel very afraid here. The guards don't give us any information. I feel like I've been kidnapped. There is no clock in our cell, and no sense of what time it is. There are some guards who will tell us what time it is but there are others who won't. Many of the guards yell at us or speak to us angrily. Some of the guards cover up their badges so we don't know their names. My sense is that we're always under threat.

10. No one tells us anything about how long we're going to be here, or what will happen to us. There was one young man who said he had been here for a long time, and he told us he had been placed in solitary earlier because of a hunger strike, and because he told someone about the conditions at Guantanamo over the phone. The other night, he was there when I went to bed, but the next morning when I woke up the man was not there, and his bed was clean. I was told by others that ten people came from the military, and that they handcuffed and shackled him and took him somewhere, I don't know where.

11. I do not want to be returned to my country. Those of us who are against the government in our country can be jailed in our country for 20 years. I came to the United States to seek an opportunity to be safe. But I was not able to file an appeal of my asylum denial before I was moved to Guantanamo.

12. I do not want to be held at Guantanamo. I am joining this lawsuit because I do not believe the U.S. government should be holding me or any other immigrants here. I would like to serve as a class representative in a case to challenge detention of immigrants at Guantanamo.

13. Since arriving at Guantanamo, I was never told that I had a right to speak to an attorney. I did not receive information about how to contact an attorney and never saw any signs with information on how to speak to an attorney. The only times I have spoken with an attorney was because someone related to this litigation contacted me. I am afraid of being punished or retaliated against by the guards for saying something about the conditions that would upset them.

14. Since I have arrived at Guantanamo, I have not been able to speak to my partner or my son even once because my partner works during the day and I cannot choose when to make calls. The guards control the schedule. I was once able to reach a cousin of mine and told him where I was. He has always helped me out by putting money on my account so that I could buy commissary and make calls. But here, there is no way for him to put money on my account.

15. Everything in this declaration is true and correct to the best of my knowledge and recollection. This declaration was read back to me in Spanish, a language in which I am fluent. Because I am currently detained in Guantanamo, and because of the difficulty in exchanging legal documents, I could not sign this declaration, but have given consent to Megan Hauptman to sign on my behalf.

Executed on 2 of June of 2025

/s/Rafael Angel Lopez Ocon
Rafael Angel Lopez Ocon

## ATTESTATION AND CERTIFICATE OF TRANSLATION

I, Megan Hauptman, certify that I am fluent in both English and Spanish. On June 2, 2025, I personally spoke with Rafael Angel Lopez Ocon and read the foregoing declaration to him, translated into Spanish faithfully and accurately, over the phone. Rafael Angel Lopez Ocon affirmed that he understood my translation and that the information in the above declaration is true and accurate.

Due to Rafael Angel Lopez Ocon's detention, it was not possible to obtain a written signature on the declaration. In addition to confirming the information on the above declaration is true, Rafael Angel Lopez Ocon also gave me verbal consent to sign on his behalf.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

*/s/ Meg Haupt*

_____

Megan Hauptman
650 Massachusetts Ave, NW
Suite 600
Washington, DC 20001
646.939.7329
mhauptman@refugerights.org