AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Yamil Luna Gutierrez, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:25-cv-1766 |
| Kristi Noem, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs-Petitioners Yamil Luna Gutierrez, Rafael Lopez Ocon                                                        .

Date:   06/04/2025

*Attorney's signature*

Eunice Cho, D.C. Bar No. 1708073
*Printed name and bar number*

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street, NW, 7th Floor
Washington, DC 20005
*Address*

echo@aclu.org
*E-mail address*

(202) 546-6616
*Telephone number*

(332) 234-9288
*FAX number*