AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Yamil Luna Gutierrez, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-1766 |
| Krisit Noem, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs-Petitioners Yamil Luna Gutierrez, Rafael Lopez Ocon .

Date: 06/05/2025

*Attorney's signature*

My Khanh Ngo, D.C. Bar No. CA00219
*Printed name and bar number*

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
*Address*

mngo@aclu.org
*E-mail address*

(415) 343-0764
*Telephone number*

(332) 220-1702
*FAX number*