AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| LUNA GUTIERREZ, et al., | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 25-cv-1766 |
| NOEM, et al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 06/09/2025

/s/ Kimberly Grano
*Attorney's signature*

Kimberly Grano (D.D.C. Bar No. NY0512)
*Printed name and bar number*

International Refugee Assistance Project
One Battery Park Plaza, 33rd Floor
New York, NY 10004
*Address*

kgrano@refugeerights.org
*E-mail address*

(646) 946-7453
*Telephone number*

(516) 324-2267
*FAX number*