IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YAMIL LUNA GUTIERREZ, *et al.*,

*Plaintiffs–Petitioners*, *on behalf of themselves and all others similarly situated,*

v.

KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity, *et al.*,

*Defendants–Respondents*.

Case No: 1:25-cv-1766

## **CERTIFICATION PURSUANT TO LOCAL CIVIL RULES 83.2(h) AND 83.2(i)**

I, Omar Jadwat, hereby certify under Local Civil Rules 83.2(h) and 83.2(i) of the United States District Court for the District of Columbia, that:

1.  I am a member in good standing of the New York Bar. My New York Bar number is 4118170.

2.  I am employed by the American Civil Liberties Union Foundation.

3.  I am representing Plaintiffs Yamil Luna Gutierrez and Rafael Angel Lopez Ocon, on behalf of themselves and all others similarly situated, in this case without compensation from the Plaintiffs.

4.  I am not the sole attorney in this matter. I am co-counsel with, among other attorneys, Brett Max Kaufman, My Khanh Ngo, Eunice Cho, and Lee Gelernt of the American Civil Liberties Union Foundation, Arthur B. Spitzer and Scott Michelman of the American Civil Liberties Union Foundation of the District of Columbia, Deepa Alagesan and Kimberly Grano of the International Refugee Assistance Project, and Shayana Kadidal of the Center for Constitutional

Rights, who are all members of the Bar of the United States District Court for the District of Columbia.

5. Pursuant to Local Civil Rules 83.2(h) and 83.2(i), I certify that I have personal familiarity with the Local Rules of this Court and, as appropriate, the other materials set forth in Rules 83.8(b) and 83.9(a).

Dated: June 10, 2025                                               Respectfully submitted,

                                                                                    /s/ Omar Jadwat
                                                                                    _____
                                                                                    Omar Jadwat
                                                                                    American Civil Liberties Union Foundation
                                                                                    125 Broad Street, 18th Floor
                                                                                    New York, NY 10004
                                                                                    (212) 549-2660
                                                                                    ojadwat@aclu.org

                                                                                    *Attorney for Petitioners-Plaintiffs*