**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| Yamil Luna Gutierrez, *et al.*, </br></br>    Plaintiffs, </br></br>    v. </br></br> Kristi Noem, Secretary, U.S. Department of Homeland Security, *et al.*, </br></br>    Defendants. | Civil Action No. 1:25-cv-01766-CJN |

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and for good cause, Defendants respectfully move the Court for an order extending the time in which to respond to Plaintiffs' motion for class certification (ECF No. 4) to July 28, 2025. Plaintiffs consent to this motion. Defendants' response is currently due June 20, 2025. This request is not made for undue delay, and good cause supports it. Defendants request an extension to file their opposition to Plaintiffs' class certification motion to align with the Rule 12 briefing. Defendants believe the appropriate course is for this Court to decide the Rule 12 motion before deciding the class certification motion, as there is a strong likelihood that the claims will be narrowed or the case will be resolved and dismissed consistent with Rule 12. The Court's resolution of the scope and nature of the viable claims is essential to the class certification process because the commonality analysis calls for a "rigorous analysis" of the merits of the class claims. *Wal-Mart Stores, Inc. v. Dukes*, 564 U.S. 338, 353 (2011). The proposed extension allows the court to engage in the necessary consolidated review of Plaintiffs' claims for class certification and Defendants' claims for dismissal. *See* Fed. R. Civ. P. 16(a)(1)-(2) (encouraging expeditious "disposition of the action" and encouraging courts to "establish[] early and continuing control" over their docket); *accord* Fed. R. Civ. P. 1.

Plaintiffs consent to the extension on the condition that Plaintiffs' deadline for the reply is also moved to August 8, 2025. This is the first extension of time Defendants are seeking with respect to Plaintiffs' motion for class certification.

WHEREFORE, Defendants request that the Court extend the deadline for Defendants to file their opposition to Plaintiffs' motion for class certification to July 25, 2025, and Plaintiffs to file their reply in support of their motion to August 8, 2025.

Dated: June 13, 2025                    Respectfully submitted,

                                        YAAKOV ROTH
                                        *Principal Deputy Assistant Attorney General*

                                        SARAH S. WILSON
                                        *Assistant Director*

                                        DEVIN BARRETT
                                        *Senior Litigation Counsel*

                                    By: /s/ *Jason K. Zubata*
                                        JASON K. ZUBATA
                                        *Trial Attorney*
                                        U.S. Department of Justice, Civil Division
                                        Office of Immigration Litigation
                                        P.O. Box 868, Ben Franklin Station
                                        Washington, DC 20044
                                        Tel: (202) 532-4143
                                        Email: jason.k.zubata@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that I served a copy of this motion on the Court and all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to these documents to all counsel of record.

Dated: June 13, 2025                    /s/ *Jason K. Zubata*
                                        Jason K. Zubata
                                        *Attorney for Defendant*