UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Yamil Luna Gutierrez, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Kristi Noem, Secretary, U.S. Department of Homeland Security, *et al.*, <br> Defendants. | Civil Action No. 1:25-cv-01766-CJN |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' consent motion for an extension of time to respond to Plaintiffs' motion for class certification (ECF No. 4) and the entire record herein, and for good cause shown, it is hereby:

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including **July 28, 2025**, to respond to Plaintiffs' motion for class certification in this action.

ORDERED that Plaintiffs shall have through and including **August 8, 2025** to reply in support of Plaintiffs' motion for class certification in this action.

SO ORDERED:

_____            Hon._____
Date                                                           CARL J. NICHOLS
                                                                      United States District Judge