BRETT A. SHUMATE
*Assistant Attorney General*

SARAH S. WILSON
*Assistant Director*

JASON K. ZUBATA
MALCOM MCDERMOND
*Trial Attorneys*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-4883
Email: Malcolm.I.McDermond@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YAMIL LUNA GUTIERREZ, *et al.*, | Civil Action No. 1:25-cv-01766-CJN |
| Plaintiffs, | |
| v. | |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security, *et. al,* | |
| Defendants. | |

### DEFENDANTS' RESPONSE ON RELATED
### CASE AND RANDOM REASSIGNMENT

Defendants-Respondents ("Defendants") submit this position statement per the Court's June 9, 2025 Minute Order requiring the Defendants provide a position on whether this case, challenging authority to detain aliens with final removal orders at Naval Station Guantánamo Bay (NSGB), is related to *Suazo-Muller, et al., v. Noem, et al.*, No. 1:25-cv-418-CJN (D.D.C.), challenging the adequacy of access to counsel for detainees at NSGB. Defendants position is that

this case is related to *Suazo-Muller* under LCvR 40.5(a)(3), and should thus also be assigned to Judge Nichols, because it grows out of the same event or transactions and involves common issues of fact.

Both this case and *Suazo-Muller* arise from the same Presidential Memorandum directing the Secretary of Defense and Secretary of Homeland Security to expand immigration detention operations at NSGB and involve common issues of fact related to the effect of the Presidential Memorandum, including facts related to immigration detention procedures and conditions at NSGB. *Compare* Compl., ECF No. 1, ¶ 24, *with*, *Suazo-Muller*, No. 1:25-cv-418-JCN, Am. Compl., ECF No. 34 ¶ 15; *see also League of United Latin Amer. Citizens v. Exec. Off. of the President*, --- F. Supp. 3d ----, 2025 WL 1187730 at *13 (D.D.C. April 24, 2025) (finding three cases related under LCvR 40.5(a)(3) because they grew out of the same transaction, the issuance of a single executive order, and involved common issues of fact related to the effect of that order). Plaintiffs' position to the contrary is undermined by the fact that Plaintiffs' counsel filed a prior case, *Espinoza Escalona v. Noem*, No. 1:25-cv-604-CJN (D.D.C.)—bringing nearly identical claims and based on similar allegations as this case—as a related case to *Suazo-Muller v. Noem.*, No. 1:25-cv-418-JCN.

Dated: June 13, 2025
Washington, DC

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

SARAH WILSON
*Assistant Director*

DEVIN BARRETT
*Senior Litigation Counsel*

JASON K. ZUBATA
*Trial Attorney*

By: */s/ Malcolm McDermond*
       MALCOLM MCDERMOND
       Trial Attorney
       Office of Immigration Litigation
       U.S. Department of Justice, Civil Division
       P.O. Box 868, Ben Franklin Station
       Washington D.C. 20044
       Tel: (202) 616-4883
       Email: Malcolm.I.McDermond@usdoj.gov

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that June 13, 2025, I electronically filed this brief with the Clerk of the Court for the United States Court of for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Malcolm McDermond*
Malcolm McDermond
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice, Civil Division