Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA


YAMIL LUNA GUTIERREZ, ET AL


        Plaintiff

                                    Civil No.              25-1766      (SLS)
        vs.

KRISTI NOEM, ET AL                  Category   L


        Defendant


## REASSIGNMENT OF CIVIL CASE

    The above-entitled case was reassigned on ___6/18/2025___ from Judge Carl J. Nichols _____

to __Judge Sparkle L. Sooknanan_____ by direction of the Calendar Committee.


            (Randomly Reassigned)


                                    JUDGE RUDOLPH CONTRERAS

                                    Chair, Calendar and Case
                                    Management Committee


cc:      Judge Carl J. Nichols_____ & Courtroom Deputy

        Judge Sparkle L. Sooknanan_____ & Courtroom Deputy
        Liaison, Calendar and Case Management Committee