AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Luna Gutierrez, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 125-cv-01766-CJN |
| Noem et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants.

Date: 06/18/2025

/s/ Alexa S. Perlmutter
*Attorney's signature*

Alexa S. Perlmutter, Bar No. 90027145
*Printed name and bar number*

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
Ben Franklin Station, PO Box 878
Washington, DC 20044
*Address*

Alexa.S.Perlmutter@usdoj.gov
*E-mail address*

(202) 532-4665
*Telephone number*

*FAX number*