UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YAMIL LUNA GUTIERREZ, et al.,<br><br>          Plaintiffs,<br><br>    v.<br><br>KRISTI NOEM, Secretary of the U.S.<br>Department of Homeland Security, et al.,<br><br>          Defendants. | Civil Action No. 1:25-cv-01766-SLS |

## <u>CONSENT MOTION FOR PROPOSED BRIEFING SCHEDULE</u>

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and for good cause, Defendants respectfully move the Court for an order setting a briefing schedule for the parties' forthcoming briefing. Plaintiffs consent to this motion and the proposed briefing schedule. Plaintiffs plan to move for partial summary judgment as to Count I of their Complaint. Defendants' response to Plaintiffs' Complaint is currently due August 4, 2025. Under the proposed briefing schedule:

1) Plaintiffs will file their motion for partial summary judgment by July 14, 2025;

2) Defendants will file their motion to dismiss and/or cross motion for summary judgment by August 4, 2025;

3) Plaintiffs will file their reply in support of their motion for partial summary judgment and opposition to Defendants' motion by August 27, 2025; and

4) Defendants will file their reply in support of their motion by September 8, 2025.

Plaintiffs reserve the right to file additional pleadings upon significant factual developments regarding the government's use of detention facilities at Guantanamo.

Good cause supports this request, which will not unduly delay the Court's resolution of this matter. By setting an agreed upon briefing schedule as to both parties' forthcoming motions, the proposed schedule preserves the resources of the parties and the Court.

Based on the foregoing, Defendants respectfully request that the Court issue an order establishing the proposed briefing schedule.  A proposed order is enclosed.

Dated:  June 30, 2025                                 Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General, Civil Division*

ANTHONY NICASTRO
*Acting Director*

DEVIN BARRETT
*Senior Litigation Counsel*

By: /s/ *Jason K. Zubata*
JASON K. ZUBATA
*Trial Attorney*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4143
Email: jason.k.zubata@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that I served a copy of this motion on the Court and all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to these documents to all counsel of record.

Dated:  June 30, 2025                                 /s/ *Jason K. Zubata*
Jason K. Zubata
*Attorney for Defendant*