UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Yamil Luna Gutierrez, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:25-cv-01766-SLS |
| ) | |
| Kristi Noem, Secretary, U.S. Department ) | |
| of Homeland Security, *et al.*, ) | |
| Defendants. ) | |
| ) | |
| ) | |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' consent motion for proposed briefing schedule and the entire record herein, and for good cause shown, it is hereby:

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that Plaintiffs shall have through and including **July 14, 2025**, to file their motion for partial summary judgment in this action.

ORDERED that Defendants shall have through and including **August 4, 2025**, to file their response to Plaintiffs' Complaint (ECF No. 1) and Plaintiffs' forthcoming motion for partial summary judgment in this action.

ORDERED that Plaintiffs shall have through and including **August 27, 2025**, to file their reply in support of their motion for partial summary judgment and opposition to Defendants' forthcoming motion in this action.

ORDERED that Defendants shall have through and including **September 8, 2025,** to file their reply in support of their motion in this action.

ORDERED that Plaintiffs may file additional pleadings upon significant factual developments regarding the government's use of detention facilities at Guantanamo.

SO ORDERED:


_____    Hon._____
Date                                                    SPARKLE L. SOOKNANAN
                                                        United States District Judge