AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-1766-SLS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kristi Noem, Secretary of the U.S. DHS
was received by me on *(date)* 06/05/2025 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* A copy of the complaint and summons was sent via USPS certified mail on 6/7/2025 to Kristi Noem, Secretary of the U.S. Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528. The documents were delivered on 6/9/2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/03/2025

*Server's signature*

Samantha Weaver, Paralegal
*Printed name and title*

American Civil Liberties Union
915 15th St. NW, 7th Floor
Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc:

**Tracking Number:**

# 70191640000068083287

 Copy      Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 2:34 pm on June 9, 2025 in WASHINGTON, DC 20528.

**Get More Out of USPS Tracking:**

 USPS Tracking Plus®

## ✓ Delivered

**Delivered, Left with Individual**
WASHINGTON, DC 20528
June 9, 2025, 2:34 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-1766-SLS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Department of Homeland Security
was received by me on *(date)* 06/05/2025 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  A copy of the complaint and summons was sent via USPS certified mail on 6/7/2025 to the U.S. Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528. The documents were delivered on 6/12/2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/03/2025

*Server's signature*

Samantha Weaver, Paralegal
*Printed name and title*

American Civil Liberties Union
915 15th St. NW, 7th Floor
Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc:

**Tracking Number:**

# 70191640000068083270

 Copy    Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 11:54 am on June 12, 2025 in WASHINGTON, DC 20528.

**Get More Out of USPS Tracking:**

 USPS Tracking Plus®

 **Delivered**

**Delivered, Left with Individual**

WASHINGTON, DC 20528
June 12, 2025, 11:54 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-1766-SLS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Todd Lyons, Acting Director of U.S. ICE
was received by me on *(date)* 06/05/2025 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* A copy of the complaint and summons was sent via USPS certified mail on 6/7/2025 to Todd Lyons, Acting Director of U.S. Immigration and Customs Enforcement, 500 12th Street SW, Washington, DC 20536. The documents were delivered on 6/10/2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/03/2025

*Server's signature*

Samantha Weaver, Paralegal
*Printed name and title*

American Civil Liberties Union
915 15th St. NW, 7th Floor
Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc:

Case 1:25-cv-01766-SLS     Document 24     Filed 07/03/25     Page 6 of 16

**Tracking Number:**

# 70191640000068083263

Copy     Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 12:27 pm on June 10, 2025 in WASHINGTON, DC 20536.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## ✓ Delivered

**Delivered, Left with Individual**
WASHINGTON, DC 20536
June 10, 2025, 12:27 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-1766-SLS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Immigration and Customs Enforcement
was received by me on *(date)* 06/05/2025 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* A copy of the complaint and summons was sent via USPS certified mail on 6/7/2025 to U.S. Immigration and Customs Enforcement, 500 12th Street SW, Washington, DC 20536. The documents were delivered on 6/9/2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/03/2025

*Server's signature*

Samantha Weaver, Paralegal
*Printed name and title*

American Civil Liberties Union
915 15th St. NW, 7th Floor
Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc:

Tracking Number:

70191640000068083256

Copy    Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 2:29 pm on June 9, 2025 in WASHINGTON, DC 20536.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

Delivered, Left with Individual

WASHINGTON, DC 20536
June 9, 2025, 2:29 pm

See All Tracking History

What Do USPS Tracking Statuses Mean?

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-1766-SLS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Pete Hegseth, Secretary of Defense
was received by me on *(date)* 06/05/2025 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* A copy of the complaint and summons was sent via USPS certified mail on 6/7/2025 to Pete Hegseth, Secretary of Defense, 1000 Defense Pentagon, Washington, DC 20301. The documents were delivered on 6/10/2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/03/2025

*Server's signature*

Samantha Weaver, Paralegal
*Printed name and title*

American Civil Liberties Union
915 15th St. NW, 7th Floor
Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc:

Tracking Number:

# 70191640000068083249

 Copy    Add to Informed Delivery

## Latest Update

Your item was picked up at a postal facility at 6:42 am on June 10, 2025 in WASHINGTON, DC 20310.

## Get More Out of USPS Tracking:

 USPS Tracking Plus®

## ✓ Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20310
June 10, 2025, 6:42 am

See All Tracking History

What Do USPS Tracking Statuses Mean?

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-1766-SLS

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* the U.S. Department of Defense
was received by me on *(date)* 06/05/2025 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* A copy of the complaint and summons was sent via USPS certified mail on 6/7/2025 to the U.S. Department of Defense, 1000 Defense Pentagon, Washington, DC 20301. The documents were delivered on 6/10/2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/03/2025

*Server's signature*

Samantha Weaver, Paralegal
*Printed name and title*

American Civil Liberties Union
915 15th St. NW, 7th Floor
Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc:

**Tracking Number:**

# 70191640000068083232

 Copy    Add to Informed Delivery

## Latest Update

Your item was picked up at a postal facility at 6:42 am on June 10, 2025 in WASHINGTON, DC 20310.

**Get More Out of USPS Tracking:**

 USPS Tracking Plus®

 **Delivered**

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20310
June 10, 2025, 6:42 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-1766-SLS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Marco Rubio, Secretary of State
was received by me on *(date)* 06/05/2025 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* A copy of the complaint and summons was sent via USPS certified mail on 6/7/2025 to Marco Rubio, Secretary of State, 2201 C Street NW, Washington, DC 20520. The documents were delivered on 6/9/2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/03/2025

*Server's signature*

Samantha Weaver, Paralegal
*Printed name and title*

American Civil Liberties Union
915 15th St. NW, 7th Floor
Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc:

**Tracking Number:**

# 70191640000068083225

 Copy    Add to Informed Delivery

## Latest Update

Your item was picked up at a postal facility at 5:56 am on June 9, 2025 in WASHINGTON, DC 20521.

**Get More Out of USPS Tracking:**

 USPS Tracking Plus®

## ✓ Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20521
June 9, 2025, 5:56 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

Receipt 1:
Sent To: Pete Hegseth
Street: 1000 Defense Pentagon
City, State, ZIP: Washington, DC 20301

Receipt 2:
Sent To: Todd Lyons
Street: 500 12th St SW
City, State, ZIP: Washington, DC 20536

Receipt 3:
Sent To: Marco Rubio
Street: 2201 C St NW
City, State, ZIP: Washington, DC 20520

Receipt 4:
Sent To: Dept. of Defense
Street: 1000 Defense Pentagon
City, State, ZIP: Washington, DC 20301

Receipt 5:
Sent To: ICE
Street: 500 12th St SW
City, State, ZIP: Washington, DC 20536

Receipt 6:
Sent To: DHS
Street: 245 Murray Ln SW
City, State, ZIP: Washington, DC 20528

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington DC 20528

| | | |
|---|---|---|
| Certified Mail Fee $ | $4.85 | 0907 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) $ | $0.00 | |
| ☐ Return Receipt (electronic) $ | $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ | $0.00 | |
| ☐ Adult Signature Required $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage $ | $10.10 | 06/07/2025 |
| Total Postage and Fees $ | $14.95 | |

Sent To: Kristi Noem
Street and Apt. No., or PO Box No.: 245 Murray St SW
City, State, ZIP+4®: Washington, DC 20528

7019 1640 0000 6808 3287

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions