AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-1766-SLS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Civil Process Clerk, U.S. Attorney's Office for D.C.
was received by me on *(date)* 06/05/2025.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* A copy of the complaint and summons was sent via USPS certified mail on 6/7/2025 to the Civil Process Clerk, U.S. Attorney's Office for D.C., 601 D. Street NW, Washington, DC 20530. The documents were delivered on 6/10/2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 07/03/2025

*Server's signature*

Samantha Weaver, Paralegal
*Printed name and title*

American Civil Liberties Union
915 15th St. NW, 7th Floor
Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc:

**Tracking Number:**

**70191640000068083195**

 Copy     Add to Informed Delivery

## Latest Update

Your item was picked up at a postal facility at 5:05 am on June 10, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

 USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
June 10, 2025, 5:05 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington DC 20530

| | | |
|---|---|---|
| Certified Mail Fee | $4.85 | |
| $ | | $0.00 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage | | |
| $ | $10.10 | |
| Total Postage and Fees | | |
| $ | $14.95 | |

Postmark Here: 06/07/2025

Tracking: 7019 1640 0000 6808 3195

Sent To: USAO for DC
Street and Apt. No., or PO Box No.: 601 D St. N.W.
City, State, ZIP+4: Washington, DC 20530

PS Form 3800, April 2015 PSN: 7530-02-000-9047    See Reverse for Instructions