AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-1766-SLS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Attorney General for the United States
was received by me on *(date)* 06/05/2025 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* A copy of the complaint and summons was sent via USPS certified mail on 6/7/2025 to the Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530. The documents were delivered on 6/10/2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/03/2025

*Server's signature*

Samantha Weaver, Paralegal
*Printed name and title*

American Civil Liberties Union
915 15th St. NW, 7th Floor
Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc:

**Tracking Number:**

# 70191640000068083201

 Copy    Add to Informed Delivery

## Latest Update

Your item was picked up at a postal facility at 5:05 am on June 10, 2025 in WASHINGTON, DC 20530.

---

**Get More Out of USPS Tracking:**

 USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
June 10, 2025, 5:05 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530

Certified Mail Fee $4.85
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $10.10

Total Postage and Fees $14.95

Sent To: Attorney General
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave NW
City, State, ZIP+4®: Washington, DC 20530

Postmark Here 06/07/2025

7017 1450 0000 6808 3025

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions