IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YAMIL LUNA GUTIERREZ, *et al.*, <br><br> *Plaintiffs-Petitioners*, on behalf of themselves and all others similarly situated, <br><br> v. <br><br> KRISTI NOEM, Secretary of Homeland Security, in her official capacity, *et al.*, <br><br> *Defendants-Respondents*. | Case No. 1:25-cv-01766 |

**CONSENT MOTION FOR AMENDMENT TO BRIEFING SCHEDULE**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and for good cause, Plaintiffs-Petitioners ("Plaintiffs") respectfully move the Court to amend the scheduling order for the parties' forthcoming briefing, *see* Minute Order (July 1, 2025), to convert the briefing schedule into one for Defendants' motion to dismiss. Defendants consent to this motion. This request is not made for undue delay, and good cause supports it.

The existing briefing schedule is as follows: Plaintiffs' motion for partial summary judgment is due July 14, 2025; Defendants' motion to dismiss and/or cross motion for summary judgment, August 4, 2025; Plaintiffs' reply in support of their motion for partial summary judgment and opposition to Defendants' motion, August 27, 2025; and, Defendants' reply in support of their motion, September 8, 2025. To conserve the parties' resources and for judicial economy, Plaintiffs now plan to move for summary judgment on their claims after the administrative record is produced. Plaintiffs propose amending the existing briefing schedule such that Defendants' motion to dismiss will be due August 4, 2025, Plaintiffs' response on August 27,

1

2025, and Defendants' reply on September 8, 2025. The proposed amendment does not deviate from most of the original dates in the Court's order.

Defendants consent to this amendment of the briefing schedule. This is Plaintiffs' first motion as to this briefing schedule.

WHEREFORE, Plaintiffs request that the Court amend the parties' briefing schedule. A proposed order is enclosed.

Dated: July 11, 2025

Eunice H. Cho (D.C. Bar No. 1708073)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street, NW, 7th Floor
Washington, DC 20005
(202) 546-6616
echo@aclu.org

My Khanh Ngo (D.D.C. Bar No. CA00219)
Kyle Virgien
Noelle Smith
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
mngo@aclu.org
kvirgien@aclu.org
nsmith@aclu.org

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF
COLUMBIA
529 14th Street, NW, Suite 722
Washington, D.C. 20045
(202) 457-0800
aspitzer@acludc.org
smichelman@acludc.org

Respectfully submitted,

/s/ *Lee Gelernt*
Lee Gelernt (D.D.C. Bar No. NY0408)
Brett Max Kaufman (D.D.C. Bar No. NY0224)
Judy Rabinovitz
Noor Zafar
Omar C. Jadwat
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org
bkaufman@aclu.org
jrabinovitz@aclu.org
nzafar@aclu.org
ojadwat@aclu.org

Baher Azmy*
Shayana D. Kadidal (D.C. Bar No. 454248)
J. Wells Dixon*
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, Floor 7
New York, NY 10012
(212) 614-6427
bazmy@ccrjustice.org
shanek@ccrjustice.org
wdixon@ccrjustice.org

Deepa Alagesan (D.D.C. Bar No. NY0261)
Kimberly Grano (D.D.C. Bar No. NY0512)
INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
One Battery Park Plaza, 33rd Floor
New York, New York 10004
(516) 838-7044
dalagesan@refugeerights.org
kgrano@refugeerights.org

*Attorneys for Plaintiffs-Petitioners*

*\*Pro Bono Representation Certificate forthcoming*

3