# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YAMIL LUNA GUTIERREZ, *et al.*, <br><br> *Plaintiffs-Petitioners*, on behalf of themselves and all others similarly situated, <br><br> v. <br><br> KRISTI NOEM, Secretary of Homeland Security, in her official capacity, *et al.*, <br><br> *Defendants-Respondents*. | Case No. 1:25-cv-01766 |

## [PROPOSED] ORDER GRANTING CONSENT MOTION FOR AMENDMENT TO BRIEFING SCHEDULE

UPON CONSIDERATION of Plaintiffs-Petitioners' ("Plaintiffs") consent motion for amendment to the briefing schedule and the entire record herein, and for good cause shown, it is hereby:

ORDERED that Plaintiffs' motion is GRANTED;

ORDERED that Defendants-Respondents' ("Defendants") motion to dismiss is due August 4, 2025;

ORDERED that Plaintiffs' response is due August 27, 2025; and,

ORDERED that Defendants' reply is due September 8, 2025.

Dated: July _____, 2025

_____
Hon. Sparkle L. Sooknanan
United States District Court Judge