# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YAMIL LUNA GUTIERREZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, Secretary of Homeland Security, in her official capacity, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-1766 |

### DECLARATION OF LIEUTENANT COLONEL TOMMY SIEKER

I, LIEUTENANT COLONEL TOMMY SIEKER, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a Lieutenant Colonel in the United States Army and have served on active duty for 24 years. My prior positions include: Driver, Gunner, and Special Reaction Team member, 204th Military Police (MP) Company, Fort Polk, LA, and Baghdad, Iraq; Platoon Leader, 977th MP Company, Fort Riley, KS, and Kirkuk, Iraq; Security Force Advisor Officer in Charge, Kandahar, Afghanistan; Battalion S4, 97th MP Battalion, Fort Riley, KS; Assistant S3, 92d MP Battalion, Fort Leonard Wood, MO; Company Commander, 512th MP Company, Fort Leonard Wood, MO; Battalion S3 and Executive Officer, 97th MP Battalion, Fort Riley, KS; Chief of Protection, Human Resources Command (HRC), Fort Knox, KY; Field Grade Career Manager MP Branch, HRC, Fort Knox, KY; Senior MP Observer, Coach/Trainer, Mission Command Training Program, Fort Leavenworth, KS; and, Battalion Commander, 97th MP Battalion, Fort Riley, KS. I make the following statements based upon my years of service and experience in the United States military, personal knowledge, and information made available to me in my official capacity.

1

2. In response to Presidential Memorandum, *Expanding Migrant Operations Center at Naval Station Guantanamo Bay to Full Capacity*, dated 29 January 2025, the Secretary of Defense ordered the Commander, United States Southern Command, to expand migrant operations at Naval Station Guantanamo Bay, Cuba (NSGB), with an initial planning factor of 10,000 illegal aliens (IAs). Joint Task Force Southern Guard (JTF-SG) was created to execute that directive.

3. On 10 July 2025, I arrived at NSGB and assumed the role of the Commander of Task Force Guardian (TF Guardian) from Lieutenant Colonel Travis Nicholson, United States Army. TF Guardian is the element responsible for safeguarding and controlling IAs, with final orders of removal, under the direction of, and in support of the Department of Homeland Security (DHS) and Immigration and Customs Enforcement (ICE) agents.[1] TF Guardian supports JTF-SG at NSGB. As the Commander of TF Guardian, in coordination with DHS and ICE agents and contractors, I oversee DoD's support to DHS involving Holding Area Operations of IAs. I also advise the JTF-SG Commander and staff on all Holding Area Operations for high-threat illegal aliens (HTIAs), as designated by DHS-ICE, who are held at Camp VI, formerly also known as the Windward Holding Facility; IAs not designated as HTIA are housed at the Migrant Operation Center (MOC). JTF-SG's mission focuses on supporting DHS-led illegal alien holding operations (IAHO) at NSGB, which consist of a transitory population of IAs who are, on average, residing in the holding facilities approximately 12 days. This average is based on a total of 663 IAs who have transited through NSGB since the start of this mission to the date this declaration was signed.

## Camp VI Conditions

---

[1] DHS and ICE are the lead agencies in this mission. As such, the DoD defers to these agencies in determining, setting, and implementation policies in support of the illegal alien holding operations at NSGB.

4. Camp VI, completed in 2006, was built as a medium security facility on the Windward side of NSGB. The facility currently uses single cells, and when fully operational, it can house up to 175 IAs. IAs reside in eight pods, each containing approximately 22 cells. Each pod consists of a two-story wedge-shaped wing connected to the main structure. Each pod's first floor contains a common area where IAs can interact, eat meals, and take showers.

5. The facility, now over 19 years old, experiences ongoing maintenance issues, including plumbing, electrical systems, camera systems, and locking mechanisms. These issues require constant attention, with staff completing routine fixes on an average of 25 cells per week. As new IAs rotate through the facility, additional wear and tear increases the workload for the facility maintenance representative (FMR), responsible for maintaining operational capacity. IAs are only housed in cell blocks that are in the best condition and have working plumbing, electrical systems, camera systems, and locking mechanisms. The remaining cell blocks (about 25% of the facility) are undergoing regular maintenance to comport with standards.

6. Every IA at Camp VI receives shelter and ventilation. Each HTIA has access to potable drinking water, a toilet, and a sleeping area free of pests.[2]

7. The average temperature is maintained between 72- and 74-degrees Fahrenheit, measured at various locations within the facility using a laser thermometer and an environmental weather meter (Kestrel 4000). Each IA receives three nutritionally balanced meals daily, prepared in compliance with United States Department of Agriculture (USDA) dietary guidelines, with adjustments made for religious, cultural, portion, and medical requirements.

8. Meals are prepared in the same kitchen and in the same manner as those provided

---

[2] The hutia, commonly known as a "banana rat," is a protected species indigenous to Cuba. The installation commander has prohibited the feeding and keeping of this animal, which resembles a large, rat-like rodent. However, from time to time, hutia nests are discovered in areas frequented by people, and there was a period where a hutia nest was discovered near the area where IAs make phone calls in Camp VI.

3

to military personnel stationed at NSGB, unless otherwise requested. Qualified food handlers prepare and distribute meals based on the IA headcount and a standardized recipe card, which dictates uniform serving sizes using a "one size fits all" approach. The serving size does not account for differences in individual body weight, which could contribute to weight loss for some IAs.

9. As of 24 July 2025, the facility maintains only one designated administrative segregation area, known as the Special Housing Unit (SHU). The SHU houses IAs for short periods when their behavior disrupts the climate of their housing block. This system encourages compliance with facility rules while minimizing disruptions to other IAs. The SHU is also used to separate IAs from general population due to medical concerns, ensuring that communicable disease and other ailments are segregated from the rest of the IA population.

**Migrant Operation Center (MOC) Conditions**

10. The primary purpose of the MOC has been to temporarily house migrants intercepted at sea by the US Coast Guard or other agencies. Since its inception in the 1990s, the MOC has provided basic care while U.S. authorities determine each migrant's eligibility for asylum, repatriation, or resettlement to a third country. The MOC includes two hard-stand buildings, the MOC Facility and the MOC Special Housing Unit (SHU), along with two tent holding areas known as MOC East and MOC West—which are not currently in use. The MOC is located on the Leeward side of NSGB, which is the same side as the operational airfield.

11. The MOC Facility is a concrete building designed to provide shelter and ventilation for communal living. Every IA at the MOC Facility has access to potable drinking water, a toilet, and a sleeping area free of pests. IAs may reside in groups of up to six per housing area, with a maximum capacity of 50 IAs at the MOC Facility.

12. The average temperature is maintained between 72- and 74-degrees Fahrenheit,

measured at various locations using a laser thermometer and an environmental weather meter (Kestrel 4000). Like Camp VI, IAs receive three nutritionally balanced meals daily, prepared in compliance with USDA dietary guidelines, with adjustments made for religious, cultural, or medical requirements. The MOC also provides regular opportunities for recreation and personal hygiene.

13. The MOC Guard Force is composed entirely of ICE Agents and ICE contractors. United States Marines currently provide security outside the MOC Facility 24-hours a day. Additionally, a Marine Quick Reaction Force (QRF) is available around the clock to provide emergency security support if needed.

14. MOC East and MOC West have not been used to house IAs. If used in the future, MOC East can hold up to 224 low-threat illegal aliens (LTIAs), and MOC West can house up to 296 LTIAs, providing a combined capacity of 520 LTIAs. MOC East and West both have a portable containerized shower and latrine system that IAs may utilize.

## Telecommunication

15. Camp VI and the MOC allow IAs to make calls to their legal counsel upon request from the IA or attorney. DHS has posted directions on how legal counsel may contact and correspond with IAs on an ICE.gov website.

16. IAs at Camp VI and the MOC are afforded the opportunity to make calls to legal representatives and to family members. DHS sets the conditions for phone access based on the occupancy levels of the holding facilities to ensure that all IAs have an opportunity to make calls when requested. My understanding is that DHS's current practice is to (1) grant legal calls with no frequency or time restriction and (2) allow for the daily opportunity to make a ten-minute call to a friend or family member. That practice may be limited, and subject to change, for operational purposes identified by DHS.

17.     Due to required repairs to the room designated for phone calls at Camp VI, eight phone lines were moved to an alternate room at Camp VI effective 3 June 2025. These required repairs are expected to take about (6) months. During this time, arrangements were made to reschedule any phone calls that were impacted. If a phone call is missed for any reason, the call is re-scheduled.

18.     To address any concerns regarding the recording of phone calls, neither Camp VI nor the MOC have recording capability, video or audio, in any room used for phone calls. For safety, ICE personnel merely maintain the ability to check on IAs during phone calls. For attorney consults, they utilize an uncoverable viewing port at specified intervals. For family and welfare calls, ICE personnel are positioned within earshot for the duration of the call. The application of these monitoring protocols varies depending on the functionality and availability of equipment. For instance, ICE previously used video monitoring, (with no sound monitoring or recording capability), to maintain visual contact with IAs during attorney consults. This practice was discontinued when the phone room was moved to a different location (see paragraph 17 above), without the ability to perform video monitoring.

### Attorney Access and Document Exchange

19.     For operational and logistical reasons, and consistent with direction from DHS, in-person visits by attorneys are not permitted.

20.     To my knowledge, IAs have access to document exchange with their attorneys. I am not aware of any issues with this process at either Camp VI or the MOC. Consistent with the terms contained in the Memorandum of Understanding (MOU), dated 7 March 2025, DHS determines the appropriate level of access by NSGB IAs to legal representation. This includes DHS's determination not to allow in-person attorney visits, the process for making attorney phone calls, and the process for exchanging legal documents.

**Use of Restraints**

21.     The current practice requires the use of hand and leg restraints anytime an IA moves outside their Cell Block in Camp VI.  This practice helps protect both the Guard Force and the IA from potential security risks and enables the Guard Force to prevent IAs from accidental falls while being moved.  Guard Force personnel must maintain two points of contact with the IA at all times during escorts. This practice is reassessed as appropriate.

**Policy on Use of Strip-Searching and Frisking**

22.     As part of the intake process at Camp VI, IAs undergo a series of search procedures to ensure the safety, security, and welfare of both IAs and staff.  These searches occur at various stages during in-processing in accordance with applicable detention standards to ensure safety and security, while also protecting individual rights and dignity.

23.     A preliminary frisk search occurs when the IAs arrive via air at NSGB.  This pat-down inspection detects any concealed contraband that could threaten staff, other IAs, or the individual being searched.  Although limited in scope, this search plays a critical role in ensuring safe intake procedures.

24.     Strip searches have occurred on several occasions at Camp VI, pursuant to applicable detention standards. Both DHS, ICE, and DoD detention standards allow for such searches in limited circumstances when a reasonable suspicion exists that an individual may be concealing potentially dangerous contraband in a private area. These searches have only been conducted after a pat-down search, and at least two failed body scan searches, and such searches are then limited to the particular area of the body where the body scan indicates the potentially dangerous contraband is located.

25.     Additionally, staff conduct limited frisk searches each time an IA leaves a holding area for medical appointments, required meetings, or relocation to another housing unit.  These

7

limited frisk searches occur before and after each movement to prevent the introduction or removal of contraband and to maintain the safety of the IA population, staff, and facility operations.

26. All search procedures are performed under ICE guidance and follow established policies, legal standards, and human rights guidelines to ensure a proper balance between security and the respectful treatment of IAs in accordance with ICE detention standards.

**Medical Care**

27. Medical care for IAs relies on a combination of facilities and resources on both the Leeward and Windward sides of NSGB. Further, these policies apply to IAs situated at both the MOC and at Camp VI.

28. On the Leeward side, the Military Medical Company Area Support (Role II) provides medical care near the MOC. In addition to conducting initial medical screenings for all IAs, this facility can also provide triage care and non-specialized medical services to low-threat illegal aliens (LTIAs), as designated by DHS ICE, upon their arrival. If advanced care is required, IAs could be transported to the Naval Hospital Guantanamo Bay on the Windward side of NSGB.

29. On the Windward side of NSGB, medical care, including an infirmary and behavioral health resources are available. The facility offers comprehensive care, including dental services, using a combination of DoD and DHS medical personnel. For after-hours emergencies, staff transport IAs to the emergency room at Naval Hospital Guantanamo Bay. This process requires securing the IA in a transport van, deploying a transport team, and moving the IA approximately two miles from the holding facility to the hospital. The medical care provided to IAs is comparable to the care provided to U.S. military personnel stationed NSGB. To my knowledge, no IA has ever been denied medical treatment or appropriate care for any ailment or

injury.

## Staff Misconduct

30.     Staff misconduct is taken very seriously. Any credible allegations of actions that violate the basic rights of individuals housed at this facility will be thoroughly investigated and addressed in accordance with all applicable laws, regulations, and the authorities prescribed by the appropriate governing agencies. We are committed to ensuring a safe, respectful, and lawful environment for all individuals in our care, and any staff found to have engaged in misconduct will be held accountable, as appropriate.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Dated:  24 July 2025

SIEKER.TOMMY.EUGENE.1256467832
Digitally signed by SIEKER.TOMMY.EUGENE.1256467832
Date: 2025.07.24 12:54:09 -04'00'

TOMMY E. SIEKER
Lieutenant Colonel, U. S. Army
Military Police
Commander Task Force Guardian