UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YAMIL LUNA GUTIERREZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, et al.,<br><br>Defendants. | Civil Action No. 1:25-cv-01766-SLS |

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' motion to dismiss, and the entire record herein, it is hereby ORDERED that Defendants' motion is GRANTED and it is further ORDERED that this action is DISMISSED.

SO ORDERED:

_____           _____
Date                                              SPARKLE L. SOOKNANAN
                                                         United States District Judge