## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YAMIL LUNA GUTIERREZ, *et al.*, <br><br> *Plaintiffs-Petitioners*, *on behalf of themselves and all others similarly situated,* <br><br> v. <br><br> KRISTI NOEM, Secretary of Homeland Security, in her official capacity, *et al.*, <br><br> *Defendants-Respondents*. | Case No. 1:25-cv-01766-SLS |

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE

Upon consideration of the consent motion by Deepa Alagesan to withdraw her appearance as counsel, it is ORDERED that the motion is GRANTED. Accordingly, Deepa Alagesan is hereby withdrawn as counsel for Plaintiffs.

SO ORDERED.

_____, 2025

_____
SPARKLE L. SOOKNANAN
UNITED STATES DISTRICT JUDGE