AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia ▼

| | |
|---|---|
| LUNA GUTIERREZ, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  25-cv-1766 |
| NOEM, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                              .

Date:   09/12/2025                    /s/ Ghita Schwarz
                                           *Attorney's signature*

                                           Ghita Schwarz (D.D.C. Bar No. NY0663)
                                           *Printed name and bar number*

                                           International Refugee Assistance Project
                                           One Battery Park Plaza, 33rd Floor
                                           New York, NY 10004
                                           *Address*

                                           gschwarz@refugeerights.org
                                           *E-mail address*

                                           (646) 939-9169
                                           *Telephone number*

                                           (516) 324-2267
                                           *FAX number*