IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YAMIL LUNA GUTIERREZ, *et al.*, ) <br> ) <br> Plaintiffs-Petitioners, ) <br> ) <br> v. ) <br> ) <br> KRISTI NOEM, *et al.*, ) <br> ) <br> Defendants-Respondents. ) <br> ) <br> ) | Civil Action No. 1:25-cv-01766-SLS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Civil Rule 83.6(b), I, Malcolm McDermond, respectfully withdraw my appearance as counsel for Defendants-Respondents. Defendants-Respondents will continue to be represented by other Department of Justice attorneys.

Dated: September 19, 2025

Respectfully submitted,

*/s/ Malcolm McDermond*
MALCOLM MCDERMOND
New York Bar No. 5780861
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
General Litigation and Appeals
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
Phone: 202-616-4883
Malcolm.I.McDermond@usdoj.gov