**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| YAMIL LUNA GUTIERREZ, et al., <br><br>          Plaintiffs, <br><br>     v. <br><br> KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, et al., <br><br>          Defendants. | Civil Action No. 1:25-cv-01766-SLS |

**DEFENDANTS' NOTICE OF UPDATED CONDITIONS**

On September 15, 2025, Defendants informed this Court of a disruption to water service on the Leeward side of the island, where the Migrant Operations Center (MOC) is located; the water supply on the Windward side of the island, where Camp VI is located, was not affected. ECF No. 38. As of this filing, water service has been fully restored and detention at the MOC has resumed.

//

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

ANTHONY NICASTRO
*Acting Director*

LESLIE M. MCKAY
*Assistant Director*

By: /s/ *Jason K. Zubata*
JASON K. ZUBATA
*Trial Attorney*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4143
Email: Jason.k.zubata@usdoj.gov

DATED: October 14, 2025

*Counsel for Defendants*