IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHON ELIAS SUAZO-MULLER, *et al.*, <br><br>*Plaintiffs*, on behalf of themselves and all others similarly situated, <br><br>v. <br><br>KRISTI NOEM, Secretary of Homeland Security, in her official capacity, *et al.*, <br><br>*Defendants*. | No. 1:25-cv-418-CJN |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs respectfully submit this Notice of Supplemental Authority to inform the Court of a memorandum opinion and order issued by another judge in this District in *Florence Immigrant and Refugee Rights Project v. U.S. Dep't of Homeland Sec.*, No. 1:22-cv-3118-CKK (D.D.C. Oct. 6, 2025), ECF No. 133,[1] attached hereto, which supports Plaintiffs' opposition to Defendants' pending Motion to Dismiss.

In its opinion and order, the court denied the government's motion to dismiss, and concluded that restrictions on attorney access to detainees by Immigration and Customs Enforcement ("ICE") at the Florence Correctional Center violated detainees' Fifth Amendment right to substantive due process. *Id.* at 8–12. The court reached that conclusion based on allegations that ICE detainees' access to counsel was far more restrictive than access for prisoners at the same facility and similarly situated facilities, as the ICE facility lacked private

---

[1] *Sub nom. Americans for Immigrant Justice v. U.S. Dep't of Homeland Sec.*, No. 1:22-cv-3118-CKK (D.D.C.). The parties had previously cited to earlier decisions in this case in their briefing before this Court. *See, e.g.*, Plfs.' Opp. to Mot. to Dismiss 16, ECF No. 46; Defs.' Reply in Support of Mot. to Dismiss 15, ECF No. 48.

1

2

attorney-client visitation rooms, contact visits to exchange documents without breaching confidentiality, video conferencing, and confidential outgoing legal calls. *Id*. The court concluded that the plaintiffs' second amended complaint stated a valid punitive-detention claim based on inadequate attorney-access conditions. *Id*.

##

Dated: October 10, 2025

Respectfully submitted,

/s/ *Lee Gelernt*
Lee Gelernt (D.D.C. Bar No. NY0408)
Brett Max Kaufman (D.D.C. Bar No. NY0224)
Judy Rabinovitz*
Noor Zafar*
Omar C. Jadwat*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org
bkaufman@aclu.org
jrabinovitz@aclu.org
nzafar@aclu.org
ojadwat@aclu.org

Eunice H. Cho (D.C. Bar No. 1708073)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street, NW, 7th Floor
Washington, DC 20005
(202) 546-6616
echo@aclu.org

My Khanh Ngo (D.C. Bar No. CA00219)
Kyle Virgien*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
mngo@aclu.org
kvirgien@aclu.org

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF THE DISTRICT OF COLUMBIA
529 14th Street, NW, Suite 722
Washington, D.C. 20045
(202) 457-0800
aspitzer@acludc.org
smichelman@acludc.org

Deepa Alagesan (D.D.C. Bar No. NY0261)
Kimberly Grano (D.D.C. Bar No. NY0512)
INTERNATIONAL REFUGEE ASSISTANCE PROJECT
One Battery Park Plaza, 33rd Floor
New York, New York 10004
(516) 838-7044
dalagesan@refugeerights.org
kgrano@refugeerights.org

Wafa Junaid*
NEW YORK CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 19th Floor
New York, NY 10004
(212) 607-3376
wjunaid@nyclu.org

Baher Azmy**
Shayana D. Kadidal (D.C. Bar No. 454248)
J. Wells Dixon**
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, Floor 7
New York, NY 10012
(212) 614-6427
bazmy@ccrjustice.org
shanek@ccrjustice.org
wdixon@ccrjustice.org

*Attorneys for Plaintiffs-Petitioners*

*Appearing under certificate of pro bono representation*
**Pro bono representation certificates forthcoming*

3