AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Yamil Luna Gutierrez, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-1766 |
| Kristi Noem, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants-Respondents.

Date: 10/20/2025

/s/ August E. Flentje
*Attorney's signature*

August E. Flentje -- NY 2921807
*Printed name and bar number*

U.S. Department of Justice, Civil Division
P.O. Box 878, Ben Franklin Station,
Washington, DC 20044-0878
*Address*

august.flentje@usdoj.gov
*E-mail address*

(202) 514-3309
*Telephone number*

*FAX number*