UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YAMIL LUNA GUTIERREZ, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Case No. 25-cv-1766 (SLS) |
| KRISTI NOEM, *et al.*, | : |
| Defendants. | : |

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of Plaintiffs in the above-captioned case.

Dated:  New York, New York
October 22, 2025

Respectfully submitted,

/s/ Shayana Kadidal
Shayana Kadidal [D.C. Bar No. 454248]
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel:  (212) 614-6438
Fax:  (212) 614-6499
kadidal@ccrjustice.org

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2025, I caused the foregoing notice to be filed with the Court and served on counsel for all parties via the Court's CM/ECF system.

/s/ Shayana Kadidal
Shayana Kadidal
