UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| YAMIL LUNA GUTIERREZ, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Case No. 25-cv-1766 (SLS) |
| KRISTI NOEM, *et al.*, | : |
| Defendants. | : |

**NOTICE OF APPEARANCE AND CERTIFICATION**
**OF REPRESENTATION WITHOUT COMPENSATION**

Please enter my appearance on behalf of Plaintiffs in the above-captioned case. I hereby certify, pursuant to Local Civil Rule 83.2(f), that I am representing Plaintiffs without compensation. I further certify that I am a member in good standing of the New York State Bar, and am personally familiar with the Local Rules of this Court and, as appropriate, the other materials set forth in Local Civil Rule 83.8(b).

Dated:   October 22, 2025

Respectfully submitted,

/s/ Jonathan Wells Dixon
Jonathan Wells Dixon (Pursuant to LCvR 83.2(f))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel:  (212) 614-6423
Fax:  (212) 614-6499
wdixon@ccrjustice.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2025, I caused the foregoing notice to be filed with the Court and served on counsel for all parties via the Court's CM/ECF system.

/s/ Jonathan Wells Dixon
Jonathan Wells Dixon