# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YAMIL LUNA GUTIERREZ, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> KRISTI NOEM, *et al.*, <br><br> *Defendants*. | Civil Action No. 25 - 1766 (SLS) <br><br> Judge Sparkle L. Sooknanan |

## ORDER

For the reasons stated in the Court's Memorandum Opinion, ECF No. 53, the Court **DENIES** the Defendants' Motion to Dismiss, ECF No. 29.

**SO ORDERED.**

_____
SPARKLE L. SOOKNANAN
United States District Judge

Date:   December 5, 2025