AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Yamil Luna Gutierrez, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-01766 |
| Kristi Noem, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants-Respondents.

Date:     12/08/2025

/s/ Ian S. Lam
*Attorney's signature*

Ian S. Lam (DC Bar No. 90017495)
*Printed name and bar number*

U.S. Department of Justice
Office of Immigration Litigation
P.O. BOX 878, Ben Franklin Station
Washington, DC 20044
*Address*

Ian.S.Lam@usdoj.gov
*E-mail address*

(202) 307-6329
*Telephone number*

(202) 305-7000
*FAX number*