UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YAMIL LUNA GUTIERREZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, et al., <br><br> Defendants. | Civil Action No. 1:25-cv-01766-SLS |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO PRODUCE
THE CERTIFIED ADMINSTRATIVE RECORD**

Defendants' deadline to produce the certified administrative record ("CAR") and file its table of contents with this Court is currently January 12, 2026. Defendants respectfully request a four-day extension of time, making the deadline January 16, 2026. Defendants will file the Answer to the Complaint as planned on January 12, 2026. Plaintiffs do not oppose the extension on the condition that Plaintiffs receive a corresponding extension on their supplemental brief on discovery (from January 16 to January 20), so that they continue to have a 4-day period to review the CAR before filing their brief. A proposed order is enclosed.

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

                                        LESLIE McKAY
                                        *Assistant Director*

                                  By: /s/ *Alexa Perlmutter*
                                      ALEXA PERLMUTTER
                                      *Trial Attorney*
                                      U.S. Department of Justice, Civil Division
                                      Office of Immigration Litigation
                                      P.O. Box 868, Ben Franklin Station
                                      Washington, DC 20044
                                      Tel: (202) 532-4665
DATED: January 7, 2026              Email: alexa.s.perlmutter@usdoj.gov

                                      *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2026, I electronically filed this motion with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF System.  I further certify that Plaintiffs will be served via their counsel of record via the CM/ECF System.

/s/  Alexa Perlmutter
ALEXA PERLMUTTER
Trial Attorney
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Alexa.S.Perlmutter@usdoj.gov
Tel. (202) 532-4665

Case 1:25-cv-01766-SLS   Document 60   Filed 01/07/26   Page 4 of 4