UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YAMIL LUNA GUTIERREZ, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, et al.,<br><br>          Defendants. | Civil Action No. 1:25-cv-01766-SLS |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' Unopposed Motion for Extension of Time to Produce the Certified Administrative Record, it is hereby ORDERED that the Motion be GRANTED.

SO ORDERED:

_____                          _____
Date                                                           SPARKLE L. SOOKNANAN
                                                                     United States District Judge