UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Yamil Luna Gutierrez, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Kristi Noem, Secretary, U.S. Department of Homeland Security, *et al.*, <br> Defendants. | Civil Action No. 1:25-cv-01766-SLS |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of the Parties' Joint Notice Regarding Production of the Certified Administrative Record and Request to Bifurcate the Certified Administrative Record, ECF No. __, and the entire record herein, and for good cause shown, it is hereby:

ORDERED that the certified administrative record in this matter be bifurcated into two parts: one containing unclassified materials (the "unclassified record") and another containing classified materials (the "classified record"); it is further

ORDERED that the Parties submit by January 14, 2026, the agreed-upon unclassified protective order or a notice summarizing any disputes to be resolved.

ORDERED that production of the classified record be stayed pending finalization of the classified protective order and the acquisition of the security clearances and permissions required, if any, for Plaintiffs' counsel and Defendants' counsel to handle the materials contained in the classified record.

ORDERED that the Parties submit a weekly notice, updating the Court as to the status of the classified protective order and any other updates regarding production of the classified record.

- 2 -

ORDERED that Plaintiffs shall have through and including January 23, 2026, to respond to Defendants' Supplemental Brief on Discovery.

SO ORDERED:

_____   Hon._____
Date                                         SPARKLE L. SOOKNANAN
                                             United States District Judge