UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YAMIL LUNA GUTIERREZ, *et al.*,

    *Plaintiffs*,

v.

KRISTI NOEM, *et al.*,

    *Defendants*.

Civil Action No. 25 - 1766 (SLS)

Judge Sparkle L. Sooknanan

## ORDER

In light of the Parties' Joint Notice Regarding Production of and Request to Bifurcate the Certified Administrative Record, ECF No. 63, it is hereby

**ORDERED** that the certified administrative record in this matter be bifurcated into two parts: one containing unclassified materials (the "unclassified record") and another containing classified materials (the "classified record"). It is further

**ORDERED** that the Parties submit by January 14, 2026, the agreed-upon unclassified protective order or a notice summarizing any disputes to be resolved. It is further

**ORDERED** that production of the classified record be stayed pending finalization of the classified protective order and the acquisition of the security clearances and permissions required, if any, for Plaintiffs' counsel and Defendants' counsel to handle the materials contained in the classified record. It is further

**ORDERED** that the Parties submit a notice every Wednesday updating the Court as to the status of the classified protective order and any other updates regarding production of the classified record. It is further

2

**ORDERED** that the Plaintiffs shall respond to the Defendants' memorandum regarding discovery, *see* Min. Order (Jan. 6, 2026), by January 23, 2026.

**SO ORDERED.**

_____
SPARKLE L. SOOKNANAN
United States District Judge

Date:   January 14, 2026

2