UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YAMIL LUNA GUTIERREZ, et al.,<br><br>   Plaintiffs-Petitioners,<br><br> v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, et al.,<br><br>   Defendants-Respondents. | Civil Action No. 1:25-cv-01766-SLS |

**JOINT REQUEST FOR EXTENSION OF TIME**

  Plaintiffs-Petitioners and Defendants-Respondents (collectively, the "Parties") respectfully request an extension of time to submit a proposed protective order to the Court. Parties have been diligently working to reach agreement regarding the terms of a protective order. Parties request an extension of time of two extra days to submit a proposed protective order, or, if the Parties are unable to fully agree on the contents of the protective order, a report summarizing their differing positions to the Court for resolution, by January 16, 2026. *See* Order, ECF No. 66 (setting January 14, 2026 deadline).

  The Parties have good cause to request this extension of time. The Parties have diligently worked to reach agreement, and remain hopeful they can arrive at an agreement without the need for Court intervention or, at a minimum, narrow the issues to bring to the Court. Defendants' production of the unclassified Certified Administrative Record shall not be delayed by the requested extension of time. *See* Minute Order, Jan. 8, 2026 (ordering Defendants to file the certified administrative record by January 16, 2026). The Parties agree that any unclassified record materials produced on January 16, 2026, shall be treated as protected until the Court resolves any

contested issues, if necessary, and issues a final Protective Order, and that by agreeing to this, Plaintiffs will not be prejudiced in their ability to contest designations or the designation process itself.

    A proposed order is attached.

Dated: January 14, 2026

                                                                                                 Respectfully submitted,

| | |
|---|---|
| By: /s/*Jason K. Zubata*<br>JASON K. ZUBATA<br>*Trial Attorney*<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 532-4143<br>Email: jason.k.zubata@usdoj.gov<br><br>LESLIE McKAY<br>*Assistant Director*<br><br>*Attorneys for Defendants-Respondents* | /s/ *Lee Gelernt*<br>Lee Gelernt (D.D.C. Bar No. NY0408)<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212) 549-2660<br>lgelernt@aclu.org<br><br>*Attorney for Plaintiffs-Petitioners* |