# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YAMIL LUNA GUTIERREZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, et al.,<br><br>　　　　Defendants. | Civil Action No. 1:25-cv-01766-SLS |

## [PROPOSED] ORDER

UPON CONSIDERATION of the Parties' Joint Motion for Extension of Time to submit a proposed Protective Order, or a joint report summarizing their differing positions to the Court for resolution by January 16, 2026, it is hereby ORDERED that the Motion be GRANTED. Any unclassified record materials produced on January 16, 2026, shall be treated as "Protected Material" until the Court resolves any contested issues, if necessary, and issues a final Protective Order.

SO ORDERED:

_____      _____
Date                                        SPARKLE L. SOOKNANAN
                                            United States District Judge