UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YAMIL LUNA GUTIERREZ, et al.,<br><br>    Plaintiffs-Petitioners,<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, et al.,<br><br>    Defendants-Respondents. | Civil Action No. 1:25-cv-01766-SLS |

**NOTICE OF LODGING OF THE UNCLASSIFIED**
**CERTIFIED ADMINISTRATIVE RECORD**

    This notice is to inform the Court that Defendants have produced the unclassified certified administrative record for this matter, maintained by the Departments of War and Homeland Security. An index of the documents contained in this record is attached.

//

Dated: January 16, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General, Civil Division*

ANTHONY NICASTRO
*Acting Director*

LESLIE M. MCKAY
*Assistant Director*

RUSSELL VERBY
*Senior Litigation Counsel*

ALEXA PERLMUTTER
IAN S. LAM
JASON K. ZUBATA
*Trial Attorneys*

By: /s/ *Malcolm McDermond*
MALCOLM McDERMOND
*Trial Attorney*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4143
Email: jason.k.zubata@usdoj.gov

## CERTIFICATE OF SERVICE

  I certify that I served a copy of this motion on the Court and all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to these documents to all counsel of record.

Dated: January 16, 2026          /s/ *Malcolm McDermond*
                     MALCOLM McDERMOND
                     *Attorney for Defendant*