| Subject/Document title/Date | Bates range |
|---|---|
| Feb 03 2025 Action Memo - Memorialization of Verbal Authorizations for DoD Support of DHS related to Executive Order Implementation | **U-DOW-CAR-001 - U-DOW-CAR-033** |
| Feb 13 2025 United States Senate letter to Secretary Hegseth | U-DOW-CAR-034 - U-DOW-CAR-042 |
| Nov 06 2018 Congressional Research Service - The Posse Comitatus Act and Related Matters: The Use of the Military to Execute Civilian Law | U-DOW-CAR-043 - U-DOW-CAR-115 |
| Jan 30 2025 Ex. Ord. No. 13276. Delegation of Responsibilities Concerning Undocumented Aliens Interdicted or Intercepted in the Caribbean Region | U-DOW-CAR-116 - U-DOW-CAR-117 |
| Jan 29 2025 Presidential Actions - Expanding Migrant Operations Center at Naval Station Guantanamo Bay to Full Capacity | U-DOW-CAR-118 - U-DOW-CAR-126 |
| Mar 07 2025 Memorandum for Executive Secretary, Department of Homeland Security - Department of Defense Support to U.S. Immigration and Customs Enforcement Operations | U-DOW-CAR-127 - U-DOW-CAR-128 |
| Mar 07 2025 Letter to Hon. Roger Wicker from Secretary of Defense regarding Naval Station Guantanamo Bay | U-DOW-CAR-129 - U-DOW-CAR-129 |
| Mar 07 2025 Letter to Hon. Mike Rogers from Secretary of Defense regarding Naval Station Guantanamo Bay | U-DOW-CAR-130 - U-DOW-CAR-130 |
| Mar 06 2025 Action Memo - Department of Defense Support to U.S. Immigration and Customs Enforcement Operations | U-DOW-CAR-131 - U-DOW-CAR-155 |
| Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment | U-DOW-CAR-156 - U-DOW-CAR-168 |
| Feb 5 2025 Office of the Attorney General Memo to all Department Employees - Total Elimination of Cartels and Transnational Criminal Organizations | U-DOW-CAR-169 - U-DOW-CAR-173 |
| Nov 19 2002 Presidential Documents - Delegation of Responsibilities Concerning Undocumented Aliens Interdicted or Intercepted in the Caribbean Region | U-DOW-CAR-174 - U-DOW-CAR-175 |
| Feb 25 FRAGO 01 to USSOUTHCOM Exord to Expand Migrant Operations at Naval Station Guantanamo Bay | U-DOW-CAR-176 - U-DOW-CAR-191 |
| Feb 25 FRAGO 02 to USSOUTHCOM Exord to Expand Migrant Operations at Naval Station Guantanamo Bay | U-DOW-CAR-192 - U-DOW-CAR-209 |
| Jan 25 Genadmin: Secretary of Defense VOCO to Expand Migrant Operations | U-DOW-CAR-210 - U-DOW-CAR-212 |
| Feb 2025 U.S. Immigration and Customs Enforcement - Legal Calls at Guantanamo | U-DOW-CAR-213 - U-DOW-CAR-213 |
| 2024 U.S. Immigration and Customs Enforcement - National Detainee Handbook | U-DOW-CAR-214 - U-DOW-CAR-288 |
| Migrant Camp Operations: The Guantanamo Experience | U-DOW-CAR-289 - U-DOW-CAR-338 |
| National Detenetion Standards - For Non-Dedicated Facilities Revised 2019 | U-DOW-CAR-339 - U-DOW-CAR-571 |
| Feb 20 2003 Medical and Public Health Law Site - Opinions of the Office of Legal Counsent - DOJ | U-DOW-CAR-572 - U-DOW-CAR-582 |
| Letter to Secretary of Defense, Hegseth | U-DOW-CAR-583 - U-DOW-CAR-584 |

| | |
|---|---|
| Jan 25 USSOUTHCOM Exord to Expand Migrant Operations at Naval Station Guantanamo Bay | U-DOW-CAR-585 - U-DOW-CAR-599 |
| Feb 04 2025 Zadvydas v. Davis - Supreme Court of the United States | U-DOW-CAR-600 - U-DOW-CAR-629 |
| Feb 20 2025 NOVO Legal Letter | U-DOW-CAR-630 - U-DOW-CAR-645 |