INDEX

| BATES | DESCRIPTION |
|---|---|
| DHS-0000001-78 | U.S. Department of War, "DOD Instruction 4515.13 Air Transportation Eligibility," dated Jan. 11, 2024. |
| DHS-000079-80 | Exec. Order 14167, "Clarifying the Military's Role in Protecting the Territorial Integrity of the United States," 90 Fed. Reg. 8613 (Jan. 20, 2025). |
| DHS-000081-83 | Procl. 10886, "Declaring a National Emergency at the Southern Border of the United States," 90 Fed. Reg. 8327 (Jan. 20, 2025). |
| DHS-000084-87 | Procl. 10888, "Guaranteeing the States Protection Against Invasion," 90 Fed. Reg. 8333 (Jan. 20, 2025). |
| DHS-000088-90 | Email from Juliana Blackwell to Kelly Ross, titled "ICE Support RFA #1: Emergent Request for Assistance (RFA) for DOD support to ICE Missions," dated Feb. 3, 2025. |
| DHS-000091-93 | U.S. Department of Homeland Security, "GTMO Bound Flight Coordination Process," dated Feb. 9, 2025. |
| DHS-000094-103 | U.S. Department of Homeland Security, "Guantanamo Bay Clinical Operating Standards," dated Feb. 12, 2025. |
| DHS-000104-09 | Memorandum from Dr. Herbert O. Wolfe, MHS-PA to Todd Lyons, titled Interim Guidance: Elevated In-Custody Medical Risk Definition," dated Feb. 12, 2025. |
| DHS-000110-13 | U.S. Department of Homeland Security, "Health and Medical Considerations for DHS Personnel Deploying to Naval Station Guantanamo Bay." |
| DHS-000114-15 | Memorandum from Juliana Blackwell to Kelly Bulliner Ross, titled "Request for Assistance from the Department of Defense for Transportation Support to the Department of Homeland Security," dated Feb. 28, 2025. |
| DHS-000116-17 | Memorandum from Kelly Bulliner Ross to Executive Secretary, Homeland Security, titled "Department of Defense Support to U.S. Immigration and Customs Enforcement Operations," dated Mar. 7, 2025. |
| DHS-000118-123 | "Memorandum of Understanding between the U.S. Department of Homeland Security (DHS) and the U.S. Department of Defense (DOD) for DOD Support at Naval Station Guantanamo Bay to U.S. Immigration and Customs Enforcement (ICE) for DHS/ICE Detention of Illegal Alien subject to Final Orders of Removal," dated Mar. 7, 2025. |
| DHS-000124-26 | U.S. Presidential Memo titled "Expanding Migrant Operations Center at Naval Station Guantanamo Bay to Full Capacity," dated Jan. 29, 2025. |

| | |
|---|---|
| DHS-000127-273 | U.S. Department of Homeland Security, ICE Enforcement and Removal Operations, "Post Order Custody Review Process." |
| DHS-000274-506 | U.S. Department of Homeland Security, ICE, 2019 National Detention Standards. |
| DHS-000507-556 | U.S. Department of War, "Migrant Camp Operations: The Guantanamo Experience." |
| DHS-000557-560 | U.S. Department of State, "Designation of International Cartels," dated Feb. 20, 2025. |