UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YAMIL LUNA GUTIERREZ, et al.,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, et al.,<br><br>Defendants-Respondents. | Civil Action No. 1:25-cv-01766-SLS |

### THE PARTIES' FIRST JOINT NOTICE REGARDING THE STATUS OF THE CLASSIFIED RECORD

On January 14, 2026, the Court ordered that the "Parties submit a notice every Wednesday updating the Court as to the status of the classified protective order and any other updates regarding production of the classified record." ECF No. 66 at 1. Plaintiffs-Petitioners ("Plaintiffs") and Defendants-Respondents ("Defendants") (collectively, the "Parties") therefore respectfully submit this Joint Notice Regarding the Status of the Classified Record and provide the following updates:

**The Classified Protective Order:** The Parties have previously engaged in good faith discussions regarding the Classified Protective Order and are prepared to continue these discussions. Defendants are still in the process of preparing an initial proposed draft of the Classified Protective Order. Defendants intend to finalize this initial draft and submit it to Plaintiffs for review by Thursday, January 22, 2026. The Parties expect to (1) exchange additional proposed drafts of the Classified Protective Order and (2) meet and confer to discuss any areas of disagreement.

**Security Clearances:** To date, Plaintiffs have submitted the information for two individuals who Plaintiffs represent as possessing current Top Secret/Sensitive Compartmented

4

Information (TS/SCI) security clearances. Defendants have forwarded these names to the appropriate DOJ security officer for confirmation. Plaintiffs note that they may provide the name of at least one other individual for whom they intend to seek the security clearance and permissions necessary to access and review the Classified Record, but that should not delay the clearances for their two submitted individuals.

Counsel for Defendants have submitted their information to the appropriate DOJ security officer for processing and are awaiting confirmation that they possess the requisite security clearance and permissions necessary to access the Classified Record.

Dated: January 21, 2026  Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General, Civil Division*

ANTHONY NICASTRO
*Acting Director*

LESLIE McKAY
*Assistant Director*

RUSSELL J.E. VERBY
*Senior Litigation Counsel*

MALCOLM McDERMOND
ALEXA PERLMUTTER
JASON K. ZUBATA
*Trial Attorneys*

By: /s/ *Ian S. Lam*
IAN S. LAM
*Trial Attorney*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-6329
Email: ian.s.lam@usdoj.gov

*Attorneys for Defendants-Respondents*

*/s/ Lee Gelernt*
Lee Gelernt (D.D.C. Bar No. NY0408)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org

*Attorneys for Plaintiffs-Petitioners*

3

## CERTIFICATE OF SERVICE

      I certify that I served a copy of this motion on the Court and all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to these documents to all counsel of record.

Dated: January 21, 2026                          /s/ *Ian S. Lam*
                                                                         Ian S. Lam
                                                                         *Attorney for Defendant*