UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YAMIL LUNA GUTIERREZ, et al., <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, et al., <br><br> Defendants-Respondents. | Civil Action No. 1:25-cv-01766-SLS |

# THE PARTIES' SECOND JOINT NOTICE REGARDING THE STATUS OF THE CLASSIFIED RECORD

On January 14, 2026, the Court ordered that the "Parties submit a notice every Wednesday updating the Court as to the status of the classified protective order and any other updates regarding production of the classified record" (the "weekly reports"). ECF No. 66 at 1 (the "Order"). On January 21, 2025, Plaintiffs-Petitioners ("Plaintiffs") and Defendants-Respondents ("Defendants") (collectively, the "Parties") filed the first of these weekly reports with the Court. ECF No. 71. Pursuant to the Order, the Parties respectfully submit this second weekly report and provide the following updates:

**The Classified Protective Order:** On January 22, 2026, Defendants submitted the draft Classified Protective Order to Plaintiffs for review. On January 28, 2026, Plaintiffs submitted the draft proposed Classified Protective Order back to Defendants and asked for a meet and confer. The Parties expect to (1) exchange additional proposed drafts of the Classified Protective Order and (2) meet and confer to engage in good-faith discussions related to the draft Classified Protective Order once the Parties have had a reasonable opportunity to review each party's respective proposals regarding the substance of the draft Classified Protective Order.

**Security Clearances:** Since the first weekly report, Plaintiffs have submitted the information for a third individual so in total, Plaintiffs have submitted information for three individuals who Plaintiffs represent as possessing current Top Secret/Sensitive Compartmented Information (TS/SCI) security clearances. Defendants have since forwarded these names to the appropriate DOJ security officer for confirmation. At this time, Defendants do not have any updates with respect to these individuals' security clearances except that the relevant DOJ security officer is working diligently to confirm and process the information provided by Plaintiffs.

Counsel for Defendants have submitted their information to the appropriate DOJ security officer for processing. Several of Defendants' counsel—whose clearance and security processing began before Defendants received the above-mentioned information for two of Plaintiffs' counsel—have since acquired the necessary security clearances and permissions to access and handle the materials in the Classified Record. The rest of Defendants' counsel are still awaiting confirmation that they possess the requisite security clearance and permissions necessary to access the Classified Record.

Dated: January 28, 2026                                        Respectfully submitted,

| | |
|---|---|
| */s/ Lee Gelernt* | BRETT A. SHUMATE |
| Lee Gelernt (D.D.C. Bar No. NY0408) | *Assistant Attorney General, Civil Division* |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | ANTHONY NICASTRO |
| 125 Broad Street, 18th Floor | *Acting Director* |
| New York, NY 10004 | |
| (212) 549-2660 | LESLIE McKAY |
| lgelernt@aclu.org | *Assistant Director* |
| | |
| *Attorney for Plaintiffs-Petitioners* | RUSSELL J.E. VERBY |
| | *Senior Litigation Counsel* |
| | |
| | MALCOLM McDERMOND |
| | ALEXA PERLMUTTER |

JASON K. ZUBATA
*Trial Attorneys*

By: /s/ *Ian S. Lam*
IAN S. LAM
*Trial Attorney*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-6329
Email: ian.s.lam@usdoj.gov

*Attorneys for Defendants-Respondents*

## CERTIFICATE OF SERVICE

      I certify that I served a copy of this motion on the Court and all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to these documents to all counsel of record.

Dated: January 28, 2026                    /s/ *Ian S. Lam*
                                                               IAN S. LAM
                                                              Trial Attorney

                                                              *Attorney for Defendants*