UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YAMIL LUNA GUTIERREZ, et al., <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, et al., <br><br> Defendants-Respondents. | Civil Action No. 1:25-cv-01766-SLS |

## THE PARTIES' THIRD JOINT NOTICE REGARDING THE STATUS OF THE CLASSIFIED RECORD

On January 14, 2026, the Court ordered that the "Parties submit a notice every Wednesday updating the Court as to the status of the classified protective order and any other updates regarding production of the classified record" (the "weekly reports"). ECF No. 66 at 1 (the "Order"). Plaintiffs-Petitioners ("Plaintiffs") and Defendants-Respondents ("Defendants") (collectively, the "Parties") have since filed two of these weekly reports with the Court. ECF Nos. 71, 73. Pursuant to the Order, the Parties respectfully submit this third weekly report and provide the following updates:

**The Classified Protective Order:** On January 22, 2026, Defendants circulated a draft proposed Classified Protective Order to Plaintiffs for review. On January 28, 2026, Plaintiffs circulated the draft proposed Classified Protective Order back to Defendants and asked for a meet and confer. On February 3, 2026, the Parties met and conferred regarding Plaintiffs' feedback on the draft Classified Protective Order. The Parties had a productive discussion and made progress towards narrowing and resolving several areas of potential disagreement regarding the substance of the draft proposed Classified Protective Order. Also during this meeting, Defendants informed

4

Plaintiffs that a Classified Information Security Officer ("CSO") has been assigned to this case. Defendants informed Plaintiffs that the CSO is reviewing the most recent version of the draft proposed Classified Protective Order to ensure compliance with current security protocols and best practices. Once the CSO and Defendants have completed internal review of the draft proposed Classified Protective Order, they will submit an updated version to Plaintiffs for their input.

The Parties expect to (1) exchange additional drafts of the proposed Classified Protective Order and (2) continue meeting and conferring to engage in good-faith discussions related to the draft Classified Protective Order.

**Security Clearances:** Plaintiffs have submitted to Defendants the information for three individuals who Plaintiffs represent as possessing current Top Secret/Sensitive Compartmented Information (TS/SCI) security clearances. On February 3, 2026, Defendants informed Plaintiffs that the CSO has confirmed that two of these individuals possess TS/SCI security clearances. The CSO is working on completing additional processing for these two individuals to ensure they will have access to the classified materials in this matter. The CSO is still in the process of confirming the security clearance for the third individual whose information has been submitted by Plaintiffs.

Counsel for Defendants have no additional updates since last week's report.

Dated: February 4, 2026                             Respectfully submitted,

*/s/ Lee Gelernt*                                        BRETT A. SHUMATE
Lee Gelernt (D.D.C. Bar No. NY0408)        *Assistant Attorney General, Civil Division*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION                                          ANTHONY NICASTRO
125 Broad Street, 18th Floor                      *Acting Director*
New York, NY 10004
(212) 549-2660                                         LESLIE McKAY
lgelernt@aclu.org                                     *Assistant Director*

*Attorney for Plaintiffs-Petitioners*               RUSSELL J.E. VERBY
                                                               *Senior Litigation Counsel*

2

MALCOLM McDERMOND
ALEXA PERLMUTTER
JASON K. ZUBATA
*Trial Attorneys*

By: /s/ *Ian S. Lam*
IAN S. LAM
*Trial Attorney*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-6329
Email: ian.s.lam@usdoj.gov

*Attorneys for Defendants-Respondents*

3

## CERTIFICATE OF SERVICE

      I certify that I served a copy of this motion on the Court and all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to these documents to all counsel of record.

Dated: February 4, 2026                    /s/ *Ian S. Lam*
                                             IAN S. LAM
                                             Trial Attorney

                                             *Attorney for Defendants*