UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YAMIL LUNA GUTIERREZ, et al., <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, et al., <br><br> Defendants-Respondents. | Civil Action No. 1:25-cv-01766-SLS |

**THE PARTIES' EIGHTH JOINT NOTICE REGARDING THE STATUS OF THE CLASSIFIED RECORD**

On January 14, 2026, the Court ordered that the "Parties submit a notice every Wednesday updating the Court as to the status of the classified protective order and any other updates regarding production of the classified record" (the "weekly reports"). ECF No. 66 at 1 (the "Order"). Plaintiffs-Petitioners ("Plaintiffs") and Defendants-Respondents ("Defendants") (collectively, the "Parties") have since filed seven of these weekly reports with the Court. ECF Nos. 71, 73, 74, 76, 77, 78, 79. Pursuant to the Order, the Parties respectfully submit this eighth weekly report and provide the following updates:

**Defendants' Update**

Defendants have no additional updates from last week's report. The DOW is still reviewing the materials mentioned in the Parties' sixth report, ECF No. 78 at 2, to 1) confirm their classification, and 2) determine if said records can be produced in a controlled, unclassified version (i.e., CUI) with redactions in whole or in part. DOW is still working to complete this review no later than March 19, 2026.

1

**Plaintiffs' Update**

Plaintiffs asked Defendants whether there were any updates regarding the security clearance process for Plaintiffs' designated attorneys, and Defendants informed Plaintiffs on March 11 that there were no updates at this time. Plaintiffs have no additional updates since last week's joint status report.

Dated: March 11, 2026                                    Respectfully submitted,

/s/ Lee Gelernt                                          BRETT A. SHUMATE
Lee Gelernt (D.D.C. Bar No. NY0408)                      *Assistant Attorney General, Civil Division*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION                                               ANTHONY NICASTRO
125 Broad Street, 18th Floor                             *Acting Director*
New York, NY 10004
(212) 549-2660                                           LESLIE McKAY
lgelernt@aclu.org                                        *Assistant Director*

*Attorney for Plaintiffs-Petitioners*                    RUSSELL J.E. VERBY
                                                         *Senior Litigation Counsel*

                                                         MALCOLM McDERMOND
                                                         ALEXA PERLMUTTER
                                                         JASON K. ZUBATA
                                                         *Trial Attorneys*

                                                         By: /s/ *Ian S. Lam*
                                                         IAN S. LAM
                                                         Trial Attorney
                                                         U.S. Department of Justice, Civil Division
                                                         Office of Immigration Litigation
                                                         P.O Box 878, Ben Franklin Station
                                                         Washington, DC 20044
                                                         Tel: (202) 307-6329
                                                         Email: ian.s.lam@usdoj.gov

                                                         *Attorneys for Defendants-Respondents*

## CERTIFICATE OF SERVICE

      I certify that I served a copy of this notice on the Court and all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to these documents to all counsel of record.

Dated: March 11, 2026
                                          /s/ *Ian S. Lam*
                                          IAN S. LAM
                                          Trial Attorney

                                          *Attorney for Defendants-Respondents*