Filed with Classified
Information Security Office

CISO _____

Date ___3/24/2026___

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YAMIL LUNA GUTIERREZ, et al., <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, et al., <br><br> Defendants-Respondents. | Civil Action No. 1:25-cv-01766-SLS |

### NOTICE OF LODGING OF CLASSIFIED MATERIAL

Defendants hereby provide notice that, on March 24, 2026, undersigned counsel caused classified material to be lodged for secure storage with the United States Department of Justice Litigation Security Group. The classified material, which will be made available to the Court by a Classified Information Security Officer for review *ex parte*, in camera, is submitted in accordance with the directive issued by the Court during the March 19, 2026 Status Conference.

Dated: March 24, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General, Civil Division*

ANTHONY NICASTRO
*Acting Director*

LESLIE McKAY
*Assistant Director*

RUSSELL J.E. VERBY
*Senior Litigation Counsel*

IAN LAM
MALCOLM McDERMOND
ALEXA PERLMUTTER
JASON K. ZUBATA
*Trial Attorneys*

By: /s/ *August E. Flentje*
AUGUST E. FLENTJE
Special Counsel for Immigration Litigation
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
950 Pennsylvania Ave., NW
Washington, DC 20530
Tel: (202) 514-3309
Email: august.flentje@usdoj.gov

*Attorneys for Defendants-Respondents*

2

## CERTIFICATE OF SERVICE

I certify that I served a copy of this notice on the Court and all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to these documents to all counsel of record.

Dated: March 24, 2026

/s/ *August E. Flentje*
AUGUST E. FLENTJE
Special Counsel for Immigration Litigation

*Attorney for Defendants-Respondents*

1