UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YAMIL LUNA GUTIERREZ, *et al.,* | |
| Plaintiffs-Petitioners, | |
| v. | Civil Action No. 1:25-cv-01766-SLS |
| MARKWAYNE MULLIN[1], Secretary of the U.S. Department of Homeland Security, *et al.,* | |
| Defendants-Respondents. | |

**NOTICE CONTAINING INDEX FOR [85] SUPPLEMENT TO UNCLASSIFIED
CERTIFIED ADMINISTRATIVE RECORD**

On March 24, 2026, Defendants filed a Motion for Leave to File a Supplement to the

Unclassified Certified Administrative Record ("CAR") under seal. *See* ECF No. 85 (attaching

Supplement to Unclassified CAR). Defendants submit this Notice attaching as Exhibit A the index

for the Supplement to the Unclassified CAR, *id.*

///

---

[1] *See* Fed. R. Civ. P. 25(d) (providing for the automatic substitution of a public official who is a party in an official capacity ceases to hold office while the action is pending).

Dated: April 2, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General, Civil Division*

ANTHONY NICASTRO
*Acting Director*

LESLIE McKAY
*Assistant Director*

RUSSELL J.E. VERBY
*Senior Litigation Counsel*

ALEXA PERLMUTTER
MALCOLM I. McDERMOND
JASON K. ZUBATA
*Trial Attorneys*

By: /s/ *Ian S. Lam*
    IAN S. LAM
    *Trial Attorney*
    U.S. Department of Justice, Civil Division
    Office of Immigration Litigation
    P.O. Box 878, Ben Franklin Station
    Washington, DC 20044
    Tel: (202) 307-63229
    Email: ian.s.lam@usdoj.gov

    *Attorneys for Defendants-Respondents*

2

## CERTIFICATE OF SERVICE

I certify that I served a copy of this notice on the Court and all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to these documents to all counsel of record.

Dated: April 2, 2026

/s/ *Ian S. Lam*
IAN S. LAM
*Attorney for Defendants-Respondents*

# Exhibit A

| Bates Start | Bates End | File name/Subject | Doc Date |
|---|---|---|---|
| U-DOW-CAR-646 | U-DOW-CAR-647 | JTF-GTMO Detection of High-Threat Illegal Aliens | Feb 02 2025 |
| U-DOW-CAR-648 | U-DOW-CAR-649 | JTF - Guantanamo Bay | Feb 01 2025 |
| U-DOW-CAR-650 | U-DOW-CAR-650 | Email Communication from USAF Lt Gen Alexus Grynkewich regarding "IA Movement Tonight" | Feb 03 2025 |
| U-DOW-CAR-651 | U-DOW-CAR-652 | Action Memo from Alexander Velez-Green (OUSD-P) regarding "Detention of High Thread Illegal Aliens in JTF - Guantanamo Facilities | Jan 31 2025 |
| U-DOW-CAR-653 | U-DOW-CAR-654 | Action Memo from General Charles Q. Brown Jr., CJCS regarding "Detention of High-Threat Illegal Aliens in JTF - Guantanamo Bay Facilities | Jan 30 2025 |
| U-DOW-CAR-655 | U-DOW-CAR-657 | USSOUTHCOM MOD 2 to USSOUTHCOM Exord | Feb 02 2025 |
| U-DOW-CAR-658 | U-DOW-CAR-662 | Special Orders Book "Forces in Support of USSOUTHCOM / Forces in Support of USNORTHCOM | Jan 31 2025 |