UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YAMIL LUNA GUTIERREZ, et al.,

  Plaintiffs-Petitioners,

  v.

MARKWAYNE MULLIN, Secretary of the
U.S. Department of Homeland Security, et al.,

  Defendants-Respondents.

Civil Action No. 1:25-cv-01766-SLS

## JOINT NOTICE REGARDING THE SEALING OF THE UNCLASSIFIED ADMINISTRATIVE RECORD

Following the Parties' motions on the continued sealing of the Unclassified Certified Administrative Record ("CAR"), *see* ECF Nos. 88, 92, the Parties have come to the following agreement:

- By May 23, 2026, Defendants will provide to Plaintiffs a redacted version of the CAR wherein specific information that Defendants maintain as properly designated as Protected Material will be redacted on a line-by-line basis.

- The Parties will confer until June 2, 2026.  During this conferral period, Plaintiffs may raise with Defendants any specific redactions Plaintiffs believe are not properly designated as protected, and the parties will meet and confer to try and reach a resolution on any challenged rejections.  Defendants' proposed redactions would be without prejudice to amendment during this conferral period.

- On June 3, 2026, Defendants will file the redacted CAR on the public docket; the redactions will reflect any changes to which the Parties agreed during the conferral period.

- Plaintiffs may then seek relief from the Court regarding any remaining disputed redactions.

Dated: April 24, 2026

Respectfully submitted,

/s/ Lee Gelernt
Lee Gelernt (D.D.C. Bar No. NY0408)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org

Attorney for Plaintiffs-Petitioners

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ANTHONY NICASTRO
Acting Director

LESLIE McKAY
Assistant Director

RUSSELL J.E. VERBY
Senior Litigation Counsel

MALCOLM McDERMOND
ALEXA PERLMUTTER
IAN S. LAM
Trial Attorneys

By: /s/ Jason K. Zubata
JASON K. ZUBATA
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O Box 878, Ben Franklin Station
Washington, DC 20044
Tel : (202) 532-4143
Email: Jason.K.Zubata@usdoj.gov

Attorneys for Defendants-Respondents

2

**CERTIFICATE OF SERVICE**

I certify that I served a copy of this notice on the Court and all parties of record by filing

it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice

and an electronic link to these documents to all counsel of record.

Dated: April 24, 2026                          /s/ *Jason K. Zubata*
                                               Jason K. Zubata
                                               *Attorney for Defendant*