**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| YAMIL LUNA GUTIERREZ, *et al.*, <br><br> *Plaintiffs-Petitioners*, *on behalf of themselves and all others similarly situated*, <br><br> v. <br><br> KRISTI NOEM, Secretary of Homeland Security, in her official capacity, *et al.*, <br><br> *Defendants-Respondents*. | Case No. 1:25-cv-01766-SLS |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**
**AND MOTION TO CONSOLIDATE BRIEFING**

Plaintiffs notify the Court of the decision issued last week in *Refugee & Immigrant Ctr. for Educ. & Legal Servs. v. Mullin*, in which the D.C. Circuit affirmed the class-wide injunction and vacatur of a policy restricting access to asylum at the southern border. No. 25-5243, --- F.4th ----, 2026 WL 1110616 (D.C. Cir. Apr. 24, 2026).

As relevant here and consistent with Plaintiffs' position, all three members of the panel agreed that 8 U.S.C. § 1252(f)(1) does not apply to vacatur under the APA. *Id*. at \*26–27; *id*. at \*54 n. 241 (Walker, J., concurring in part) ("I too would 'hold Section 1252(f)(1) inapplicable to the vacatur.'"). The majority explained that Section 1252(f)(1) "is limited to enjoining the operation of certain statutory provisions" and "leaves intact the courts' power under the APA to hold unlawful or set aside agency action." *Id*. at \*27. Because vacatur "does not enjoin or restrain Executive conduct . . . it is unaffected by Section 1252(f)(1)." *Id*.; *see also id*. at \*54 n. 241

1

(Walker, J., concurring in part) (agreeing that "vacatur under the APA is distinct from injunctive relief").

With respect to class certification, the majority affirmed the "well established" rule that "those who are not yet members of a Rule 23(b)(2) class may become class members in the future once they face imminent harm from the challenged policy," *id.* at \*23 (collecting cases), and that "courts may award class-wide injunctive or declaratory relief . . . as long as one member of the class has standing." In doing so, it rejected arguments the government has made in this litigation. *See* Opp'n Mot. Class Cert. at 12–13, 22; ECF No. 28; Mot. Dismiss at 9, ECF No. 29.

In light of this ruling, which establishes precedent in the D.C. Circuit confirming that Section 1252(f)(1) does not apply to APA vacatur and that courts may grant declaratory relief to a certified class with future class members, Plaintiffs respectfully move that summary judgment briefing on the remedies be consolidated with briefing on the merits. Status Conf. Tr. 30:20–31:11, Mar. 19, 2026, ECF No. 83.

Dated: April 29, 2026

Respectfully submitted,

/s/ *Lee Gelernt*

| | |
|---|---|
| My Khanh Ngo (D.D.C. Bar No. CA00219) | Lee Gelernt (D.D.C. Bar No. NY0408) |
| Kyle Virgien* | Brett Max Kaufman (D.D.C. Bar No. NY0224) |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | Judy Rabinovitz |
| 425 California Street, Suite 700 | Noor Zafar |
| San Francisco, CA 94104 | Omar C. Jadwat |
| (415) 343-0770 | Natalie Behr |
| mngo@aclu.org | AMERICAN CIVIL LIBERTIES UNION |
| kvirgien@aclu.org | FOUNDATION |
| | 125 Broad Street, 18th Floor |
| Derek Poteet* | New York, NY 10004 |
| AMERICAN CIVIL LIBERTIES UNION | (212) 549-2660 |
| FOUNDATION | lgelernt@aclu.org |
| 915 15th Street, NW, 7th Floor | bkaufman@aclu.org |
| Washington, DC 20005 | jrabinovitz@aclu.org |

(703) 217-8374
dpoteet@aclu.org

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF
COLUMBIA
529 14th Street, NW, Suite 722
Washington, D.C. 20045
(202) 457-0800
aspitzer@acludc.org
smichelman@acludc.org

Kimberly Grano (D.D.C. Bar No. NY0512)
Ghita Schwarz (D.D.C. Bar No. NY0663)
INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
One Battery Park Plaza, 33rd Floor
New York, New York 10004
(646) 946-7453
kgrano@refugeerights.org
gschwarz@refugeerights.org

nzafar@aclu.org
ojadwat@aclu.org
IRP_NBehr@aclu.org

Baher Azmy*
Shayana D. Kadidal (D.C. Bar No.
454248)
J. Wells Dixon*
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, Floor 7
New York, NY 10012
T: (212) 614-6427
bazmy@ccrjustice.org
shanek@ccrjustice.org
wdixon@ccrjustice.org

*Attorneys for Plaintiffs-Petitioners*

*\*Pro bono representation certificates
forthcoming*

3