**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| YAMIL LUNA GUTIERREZ, *et al.*, <br><br> *Plaintiffs-Petitioners*, *on behalf of themselves and all others similarly situated*, <br><br> v. <br><br> KRISTI NOEM, Secretary of Homeland Security, in her official capacity, *et al.*, <br><br> *Defendants-Respondents*. | Case No. 1:25-cv-01766-SLS |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**
**AND MOTION TO CONSOLIDATE BRIEFING**

Plaintiffs notify the Court of the decision issued last week in *Refugee & Immigrant Ctr. for Educ. & Legal Servs. v. Mullin*, in which the D.C. Circuit affirmed the class-wide injunction and vacatur of a policy restricting access to asylum at the southern border. No. 25-5243, --- F.4th ----, 2026 WL 1110616 (D.C. Cir. Apr. 24, 2026).

As relevant here and consistent with Plaintiffs' position, all three members of the panel agreed that 8 U.S.C. § 1252(f)(1) does not apply to vacatur under the APA. *Id*. at *26–27; *id*. at *54 n. 241 (Walker, J., concurring in part) ("I too would 'hold Section 1252(f)(1) inapplicable to the vacatur.'"). The majority explained that Section 1252(f)(1) "is limited to enjoining the operation of certain statutory provisions" and "leaves intact the courts' power under the APA to hold unlawful or set aside agency action." *Id*. at *27. Because vacatur "does not enjoin or restrain Executive conduct . . . it is unaffected by Section 1252(f)(1)." *Id*.; *see also id*. at *54 n. 241

1

(Walker, J., concurring in part) (agreeing that "vacatur under the APA is distinct from injunctive relief").

With respect to class certification, the majority affirmed the "well established" rule that "those who are not yet members of a Rule 23(b)(2) class may become class members in the future once they face imminent harm from the challenged policy," *id*. at *23 (collecting cases), and that "courts may award class-wide injunctive or declaratory relief . . . as long as one member of the class has standing." In doing so, it rejected arguments the government has made in this litigation. *See* Opp'n Mot. Class Cert. at 12–13, 22; ECF No. 28; Mot. Dismiss at 9, ECF No. 29.

In light of this ruling, which establishes precedent in the D.C. Circuit confirming that Section 1252(f)(1) does not apply to APA vacatur and that courts may grant declaratory relief to a certified class with future class members, Plaintiffs respectfully move that summary judgment briefing on the remedies be consolidated with briefing on the merits. Status Conf. Tr. 30:20–31:11, Mar. 19, 2026, ECF No. 83.

Defendants do not oppose Plaintiffs' motion to consolidate briefing. However, Defendants' non-opposition to Plaintiffs' motion is not a concession of the merits of Plaintiffs' arguments in the motion to consolidate nor agreement with Plaintiffs' characterization of the D.C. Circuit's ruling in *RAICES v. Mullin*, No. 25-5243, --- F.4th ----, 2026 WL 1110616 (D.C. Cir. Apr. 24, 2026). Defendants note that the deadline to seek rehearing en banc or file a petition for certiorari in *RAICES v. Mullin* has not yet lapsed and Defendants are considering whether to seek further review of the panel decision.

Should the Court grant consolidation of briefing, the parties jointly seek a 5-page enlargement for their respective briefs. *See* LCvR 7(e).

Dated: May 1, 2026

Respectfully submitted,

/s/ *Lee Gelernt*

My Khanh Ngo (D.D.C. Bar No. CA00219)
Kyle Virgien*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
mngo@aclu.org
kvirgien@aclu.org

Lee Gelernt (D.D.C. Bar No. NY0408)
Brett Max Kaufman (D.D.C. Bar No.
NY0224)
Judy Rabinovitz
Noor Zafar
Omar C. Jadwat
Natalie Behr
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org
bkaufman@aclu.org
jrabinovitz@aclu.org
nzafar@aclu.org
ojadwat@aclu.org
IRP_NBehr@aclu.org

Derek Poteet*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street, NW, 7th Floor
Washington, DC 20005
(703) 217-8374
dpoteet@aclu.org

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF
COLUMBIA
529 14th Street, NW, Suite 722
Washington, D.C. 20045
(202) 457-0800
aspitzer@acludc.org
smichelman@acludc.org

Baher Azmy*
Shayana D. Kadidal (D.C. Bar No.
454248)
J. Wells Dixon*
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, Floor 7
New York, NY 10012
T: (212) 614-6427
bazmy@ccrjustice.org
shanek@ccrjustice.org
wdixon@ccrjustice.org

Kimberly Grano (D.D.C. Bar No. NY0512)
Ghita Schwarz (D.D.C. Bar No. NY0663)
INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
One Battery Park Plaza, 33rd Floor
New York, New York 10004
(646) 946-7453
kgrano@refugeerights.org
gschwarz@refugeerights.org

*Attorneys for Plaintiffs-Petitioners*

*\*Pro bono representation certificates
forthcoming*

3