**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| YAMIL LUNA GUTIERREZ, *et al.*,<br><br>*Plaintiffs-Petitioners*, *on behalf of themselves and all others similarly situated,*<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of Homeland Security, in his official capacity, *et al.*,<br><br>*Defendants-Respondents*. | Case No. 1:25-cv-01766-SLS |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE BRIEFING**

Upon consideration of Plaintiffs' motion to consolidate briefing, the Court **GRANTS**

Plaintiffs' motion. The Court hereby:

1. **ORDERS** that summary judgment briefing on the remedies be consolidated with briefing

   on the merits; and,

2. **ORDERS** that the page limits for the parties' briefs set forth in Local Civil Rule 7 be

   increased by 5 pages.

Dated: _____, 2026

_____
Hon. Sparkle L. Sooknanan
United States District Court Judge