UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YAMIL LUNA GUTIERREZ, et al.,

      Plaintiffs-Petitioners,

      v.

KRISTI NOEM, Secretary of the U.S.
Department of Homeland Security, et al.,

      Defendants-Respondents.

Civil Action No. 1:25-cv-01766-SLS

**JOINT NOTICE REGARDING DISCOVERY SCHEDULE**

Plaintiffs-Petitioners ("Plaintiffs") and Defendants-Respondents ("Defendants") respectfully submit this joint notice in response to the Court's April 30, 2026 Order. On May 5, 2026, the parties met and conferred regarding the timeline for the completion of discovery and for briefing Plaintiffs' claims under the Administrative Procedure Act. Pursuant to the Court's April 30 Order, the parties respectfully submit the following proposed timelines.

Defendants will produce all outstanding discovery by **May 22, 2026**. This will include the discovery Defendants have agreed to provide and the discovery the Court has ordered Defendants to provide. To the extent that any dispute arises as to whether Defendants have produced all outstanding discovery by May 22, the parties propose that Plaintiffs raise any such dispute with the Court by **May 27, 2026**, and inform the Court at that time whether Plaintiffs seek any additional time to resolve the dispute in advance of briefing on summary judgment or whether Plaintiffs seek to resolve the dispute simultaneously with summary judgment briefing.

Pursuant to the briefing schedule the Court issued on February 23, 2026, Plaintiffs will file their Motion for Partial Summary Judgment on their Administrative Procedure Act claims within

fourteen days of May 27, or by **June 10, 2026**. The Defendants will file their Opposition and Cross-Motion for Summary Judgment on those claims by **June 24, 2026**, or within fourteen days after the Plaintiffs' Motion. The Plaintiffs will file their Reply and Cross-Opposition by **July 8, 2026**, or within fourteen days of the Defendants' Cross-Motion. The Defendants will file their Reply by **July 22, 2026**, or within fourteen days of the Plaintiffs' Reply.

Dated: May 7, 2026        Respectfully submitted,

*/s/ Lee Gelernt*        BRETT A. SHUMATE
Lee Gelernt (D.D.C. Bar No. NY0408)      *Assistant Attorney General, Civil Division*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION        ANTHONY NICASTRO
125 Broad Street, 18th Floor      *Acting Director*
New York, NY 10004
(212) 549-2660        LESLIE McKAY
lgelernt@aclu.org        *Assistant Director*

*Attorney for Plaintiffs-Petitioners*     RUSSELL J.E. VERBY
       *Senior Litigation Counsel*

       MALCOLM McDERMOND
       ALEXA PERLMUTTER
       JASON K. ZUBATA
       *Trial Attorneys*

       */s/ Ian S. Lam*
       IAN S. LAM
       Trial Attorney
       U.S. Department of Justice, Civil Division
       Office of Immigration Litigation
       P.O Box 878, Ben Franklin Station
       Washington, DC 20044
       Tel: (202) 307-6329
       Email: ian.s.lam@usdoj.gov

       *Attorneys for Defendants-Respondents*

**CERTIFICATE OF SERVICE**

I certify that I served a copy of this notice on the Court and all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to these documents to all counsel of record.

Dated: May 7, 2026

/s/ *Lee Gelernt*
Lee Gelernt
*Attorney for Plaintiff*