UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Yamil Luna Gutierrez, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN[1], Secretary of the<br>U.S. Department of Homeland Security, *et al.*,<br>Defendants. | Civil Action No. 1:25-cv-01766-SLS |

**JOINT NOTICE IN RESPONSE**
**TO THE COURT'S APRIL 30, 2026 MINUTE ORDER**

In accordance with the Memorandum Opinion and Order issued by the Court on April 30, 2026, the parties exchanged positions on proposed redactions to the Sealed Memorandum Opinion and Order.  ECF No. 97.  The parties hereby jointly report to the Court that neither the Plaintiffs nor the Defendants propose any redactions to the Sealed Memorandum Opinion and Order.

---

[1] *See* Fed. R. Civ. P. 25(d) (providing for the automatic substitution of a public official who is a party in an official capacity ceases to hold office while the action is pending).

Dated: May 13, 2026

Respectfully submitted,

/s/ Lee Gelernt
Lee Gelernt (D.D.C. Bar No. NY0408)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org

Attorney for Plaintiffs-Petitioners

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ANTHONY NICASTRO
Acting Director

LESLIE McKAY
Assistant Director

RUSSELL J.E. VERBY
Senior Litigation Counsel

IAN S. LAM
ALEXA PERLMUTTER
JASON K. ZUBATA
Trial Attorneys

By: /s/ Malcolm McDermond
MALCOLM McDERMOND
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-4883
Email: Malcolm.I.McDermond@usdoj.gov

Attorneys for Defendants-Respondents

- 2 -

**CERTIFICATE OF SERVICE**

I certify that I served a copy of this notice on the Court and all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to these documents to all counsel of record.

Dated: May 13, 2026

/s/ *Malcolm McDermond*
MALCOLM McDERMOND
*Attorney for Defendants*