UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YAMIL LUNA GUTIERREZ, et al.,

Plaintiffs-Petitioners,

v.

KRISTI NOEM, Secretary of the U.S.
Department of Homeland Security, et al.,

Defendants-Respondents.

Civil Action No. 1:25-cv-01766-SLS

## JOINT STATUS REPORT ON DISCOVERY

The parties submit this joint status report to apprise the Court of the current status of discovery on Count I in this case. On May 22, 2026, Defendants-Respondents ("Defendants") produced another round of discovery responses consistent with the Court's April 30, 2026, order. *See* ECF No. 97. After reviewing Defendants' production, Plaintiffs-Petitioners ("Plaintiffs") notified Defendants on May 25, 2026, that some discovery remained outstanding: in particular, for noncitizens Defendants identified in response to Plaintiffs' Interrogatory No. 1 as having been transferred to Guantanamo during the relevant period, Plaintiffs have not received:

- removal orders for 38 of these noncitizens; and

- information about whether ten of these noncitizens they were ultimately delivered to a country designated by 8 U.S.C. § 1231(b).

*See* ECF No. 97 at 3, 7 n.6 (describing information Defendants agreed to provide). Defendants have agreed to produce most if not all of the outstanding materials by June 1, 2026, and will alert Plaintiffs if they need time for any remaining material after June 1, 2026 (specifically, a few

1

removal documents that may exist only in paper files and thus require a few more days to locate and produce).

In light of the above, the parties agree to proceed to briefing their forthcoming motions for partial summary judgment in accordance with the schedule adopted by the Court. *See* ECF No. 99, Min. Order (May 8, 2026).

Dated: May 27, 2026

Respectfully submitted,

*/s/ Lee Gelernt*
Lee Gelernt (D.D.C. Bar No. NY0408)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org

*Attorney for Plaintiffs-Petitioners*

BRETT A. SHUMATE
*Assistant Attorney General, Civil Division*

ANTHONY NICASTRO
*Acting Director*

LESLIE McKAY
*Assistant Director*

RUSSELL J.E. VERBY
*Senior Litigation Counsel*

MALCOLM McDERMOND
ALEXA PERLMUTTER
JASON K. ZUBATA
*Trial Attorneys*

By: */s/ Ian S. Lam*
IAN S. LAM
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-6329
Email: ian.s.lam@usdoj.gov

*Attorneys for Defendants-Respondents*

**CERTIFICATE OF SERVICE**

I certify that I served a copy of this motion on the Court and all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to these documents to all counsel of record.


Dated: May 27, 2026                                    /s/ *Lee Gelernt*
                                                       Lee Gelernt

                                                       *Attorney for Plaintiffs-Petitioners*