**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| YAMIL LUNA GUTIERREZ, *et al.*,<br><br>*Plaintiffs-Petitioners*, *on behalf of themselves and all others similarly situated,*<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of Homeland Security, in his official capacity, *et al.*,<br><br>*Defendants-Respondents*. | Case No. 1:25-cv-01766-SLS |

**[PROPOSED] ORDER GRANTING PLAINTIFFS-PETITIONERS' MOTION FOR
PARTIAL SUMMARY JUDGMENT**

Before the Court is Plaintiffs-Petitioners' ("Plaintiffs") motion for partial summary judgment on Counts I and II. Having considered the motion, the memoranda and exhibits in support thereof, and the brief in opposition thereto, the Court **GRANTS** Plaintiffs' motion for partial summary judgment. The Court hereby:

1. **DECLARES** that Defendants-Respondents' ("Defendants") detention of Plaintiffs and class members at United States Naval Station Guantánamo Bay, Cuba ("Guantánamo") is contrary to law, arbitrary and capricious, and violates the Immigration and Nationality Act and Administrative Procedure Act.

2. **VACATES** Defendants' policy of transferring noncitizens from the United States and detaining them at Guantánamo.

Dated: _____, 2026

_____
Hon. Sparkle L. Sooknanan
United States District Court Judge