**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| YAMIL LUNA GUTIERREZ, *et al.*, | ) |
| | ) |
| *Plaintiffs-Petitioners,  on behalf of themselves and all others similarly situated,* | ) ) ) |
| v. | ) Case No. 1:25-cv-01766-SLS |
| | ) |
| MARKWAYNE MULLIN, Secretary of Homeland Security, in his official capacity, *et al.*, | ) ) ) |
| | ) |
| *Defendants-Respondents.* | ) ) |

**DECLARATION OF SOFIA GONZALEZ**
**IN SUPPORT OF PLAINTIFFS-PETITIONERS' MOTION FOR**
**PARTIAL SUMMARY JUDGMENT**

I, Sofia Gonzalez, hereby declare:

1.  I am over eighteen years of age and am competent to make this declaration.

2.  I am a paralegal at the American Civil Liberties Union Foundation ("ACLU") National Prison Project.

3.  Attached hereto as exhibits are true and correct copies of the following:

| Exhibit | Document |
|---|---|
| A | Disc. Hr'g Tr. 1, 11–12 (Mar. 19, 2026), ECF No. 83 (exerpted). |
| B | U.S. Dep't of State, Fact Sheet, Migrant Operations at Guantanamo Bay, Cuba (Sept. 2015), https://s3.documentcloud.org/documents/2772373/Guantanamo-MOC-Fact-Sheet-as-of-Sept-2015.pdf [https://perma.cc/4HU3-MF4S] |
| C | Dep't of Navy, U.S. Naval Station, Guantanamo Bay, Cuba Instruction 5500.1D (May 18, 2021), https://www.documentcloud.org/documents/26073975-nsgbinst-55001d-regulations-and-policies-pertaining-to-migrants  [https://perma.cc/LE94-SKSR] |
| D | U.S. Dep't of Homeland Sec., *PHOTO RELEASE: DHS Releases Images of the First Flight of Criminal Aliens to Guantanamo Bay* (Feb. 4, 2025), https://www.dhs.gov/news/2025/02/04/dhs-releases-images-first-flight-criminal-aliens-guantanamo-bay [https://perma.cc/78K5-6LPD] |
| E | CBP (@CBP), X (Feb. 4, 2025, 7:35 PM ET), https://x.com/CBP/status/1886936769242845237 [https://perma.cc/8A6Z-3BND] |
| F | C. Todd Lopez, *First Flight of Illegal Aliens Arrives at Guantanamo*, DOD News (Feb. 5, 2025), https://www.defense.gov/News/News- |

| | |
|---|---|
| | Stories/Article/Article/4055497/first-flight-of-illegal-aliens-arrives-at-guantanamo/ [https://perma.cc/AU6A-78J5] |
| G | Sec'y Kristi Noem (@Sec_Noem), X (Feb. 10, 2025, 8:54 AM ET), https://x.com/Sec_Noem/status/1888949747169300667 [https://perma.cc/UP4M-8KR3]. |
| H | Ltr. to Secretary Noem, Secretary Hegseth, and Secretary Rubio, Re: Urgent Request for Access to and Information Regarding Immigrants Transferred from the United States and Detained at Guantánamo Bay (Feb. 7, 2026), https://assets.aclu.org/live/uploads/2025/02/2025.02.07-GTMO-Access-Demand-Letter-FINAL-1.pdf [https://perma.cc/LS9D-NH49] |
| I | Press Release, U.S. Dep't of Homeland Sec., 100 Days of Fighting Fake News (Apr. 30, 2025), https://www.dhs.gov/news/2025/04/30/100-days-fighting-fake-news [https://perma.cc/NL32-8NLX] |
| J | Press Release, U.S. Dep't of Homeland Sec., DHS Releases Names of Worst of the Worst Convicted Criminal Illegal Aliens Detained at Guantanamo Bay (July 8, 2025), https://www.dhs.gov/news/2025/04/30/100-days-fighting-fake-news [https://perma.cc/NL32-8NLX] |
| K | Camilo Montoya-Galvez, Trump Promised to Hold 30,000 Migrants at Guantanamo. A Year Later, It's Mostly Empty, CBS News (May 14, 2026), https://www.cbsnews.com/news/trump-guantanamo-bay-migrants/ [https://perma.cc/G37N-WKET] |
| L | U.S. Immigr. Customs & Enforcement, Annual Report Fiscal Year 2024 (Dec. 19, 2024), https://www.ice.gov/doclib/eoy/iceAnnualReportFY2024.pdf [https://perma.cc/DH7L-S7JM]. |
| M | Lead Inspector General Report to the United States Congress, *Operation Southern Guard* (May 28, 2026), https://media.defense.gov/2026/May/28/2003941028/-1/-1/1/OSG_Q2_MAR2026_FINAL_508.PDF [https://perma.cc/BUA3-6UMR] |
| N | Sec'y Kristi Noem (@Sec_Noem), X (Feb. 9, 2025, 12:12 PM ET), https://x.com/Sec_Noem/status/1888637061453762584 [https://perma.cc/F99Z-CMHG] |
| O | Sec'y Pete Hegseth (@SecWar), X (Feb. 6, 2025 6:57 AM ET), https://x.com/SecWar/status/1887470604690882681 [https://perma.cc/G39G-DSFD] |
| P | Camilo Montoya-Galvez, *U.S. Sending Nonviolent, "Low-Risk" Migrants to Guantánamo, Despite Vow to Detain 'the Worst' There*, CBS News (Feb. 12, 2025), https://www.cbsnews.com/news/guantanamo-bay-migrants-trump/ [https://perma.cc/5HM5-VVRM] |
| Q | U.S. Immigr. Customs & Enforcement, ICE Air Operations (Aug. 8, 2023), https://www.ice.gov/factsheets/ice-air-operations, https://perma.cc/A33H-FSGK. |
| R | U.S. Immigr. Customs & Enforcement, Detention FY 2026 YTD, Alternatives to Detention FY 2026 YTD and Facilities FY 2026 YTD, Footnotes (date source through Apr. 2, 2026), available for download at https://www.ice.gov/detain/detention-management [https://perma.cc/5VPT-R858] (excerpt of A1:I213 from "Facilities FY26" tab) |
| S | U.S. Immigr. Customs & Enforcement, *Alexandria Staging Facility Special Review 2025-003-086* (Feb. 27, 2025) https://www.ice.gov/doclib/foia/odo-compliance- |

| | |
|---|---|
| | inspections/AlexandriaStagingFacility_AlexandriaLA_Feb25-27_2025.pdf [https://perma.cc/56SV-KLKT] |
| T | U.S. Immigr. & Customs Enforcement, *Visa Sanctions Against Multiple Countries Pursuant to Section 243(d) of the Immigration and Nationality Act*, https://www.ice.gov/remove/visa-sanctions [https://perma.cc/32Z5-DMH4] |
| U | Lead Inspector General Report to the U.S. Congress, *Operation Southern Guard* (Mar. 2026), https://www.stateoig.gov/uploads/report/report_pdf_file/lead-inspector-general-operation-southern-guard-quarterly-report-united-states-congress-july-1-2025.pdf [https://perma.cc/7LAJ-ZUJW] |
| V | Ltr. from Sens. Gary C. Peters & Alex Padilla to President Donald J. Trump (May 2, 2025), https://www.hsgac.senate.gov/wp-content/uploads/250502GTMO.pdf [https://perma.cc/DFY5-CWAZ] |
| W | 171 Cong. Rec. S2820 (daily ed. May 8, 2025) |
| X | Press Release, Richard Blumenthal, *Blumenthal to Noem: "You Have a Responsibility to Follow the Law"* (May 20. 2025) https://www.blumenthal.senate.gov/newsroom/press/release/blumenthal-to-noem-you-have-a-responsibility-to-follow-the-law [https://perma.cc/J9XF-UXZS] |
| Y | News Release, *CoreCivic Announces New Contract Awards at California City Immigration Processing Center and Midwest Regional Reception Center* (Sept. 29, 2025), https://ir.corecivic.com/news-releases/news-release-details/corecivic-announces-new-contract-awards-california-city [https://perma.cc/PZ2J-GQZ5]. |
| Z | TRAC Immigration, ICE Contractual capacity and Number Detained: Overcapacity vs. Overcrowding (Jul. 8, 2025), https://tracreports.org/reports/762/ [https://perma.cc/S86M-EX89] |
| AA | U.S. Immigr. & Customs Enforcement, Detention FY 2026 YTD, Alternatives to Detention FY 2026 YTD and Facilities FY 2026 YTD, Footnotes (date source through Apr. 2, 2026), available for download at https://www.ice.gov/detain/detention-management [https://perma.cc/5VPT-R858] (excerpt of "Detention FY26" tab) |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed in Washington D.C. on the 10th of June, 2026.

*Sofia Gonzalez*

---

Sofia Gonzalez