# EXHIBIT D

250

**Countdown to America's 250th Anniversary!**

| **26** | **9** | **20** |
|---|---|---|
| Days | Hours | Minutes |

SECRETARY MARKWAYNE MULLIN

Search

U.S. Department of Homeland Security

# PHOTO RELEASE: DHS Releases Images of the First Flight of Criminal Aliens to Guantanamo Bay

**Release Date:** February 4, 2025

Today, the Department of Homeland Security released images of the first flight of criminal aliens, who were all part of Tren de Aragua, preparing to takeoff for Guantanamo Bay. The worst of the worst criminals will be held at the military facility.

"President Donald Trump has been very clear: Guantanamo Bay will hold the worst of the worst. That starts today." --Secretary Kristi Noem



*DHS Releases Images of the First Flight of Criminal Aliens to Guantanamo Bay | [View Original (/medialibrary/assets/image/58755)](/medialibrary/assets/image/58755)*



*DHS Releases Images of the First Flight of Criminal Aliens to Guantanamo Bay | [View Original (/medialibrary/assets/image/58756)](/medialibrary/assets/image/58756)*



*DHS Releases Images of the First Flight of Criminal Aliens to Guantanamo Bay | [View Original (/medialibrary/assets/image/58758)](/medialibrary/assets/image/58758)*



*DHS Releases Images of the First Flight of Criminal Aliens to Guantanamo Bay* | [*View Original* (/medialibrary/assets/image/58757)](/medialibrary/assets/image/58757)

## Topics

SECRETARY OF HOMELAND SECURITY [(/TOPICS/SECRETARY-HOMELAND-SECURITY)](/TOPICS/SECRETARY-HOMELAND-SECURITY)

IMMIGRATION AND CUSTOMS ENFORCEMENT [(/TOPICS/IMMIGRATION-AND-CUSTOMS-ENFORCEMENT)](/TOPICS/IMMIGRATION-AND-CUSTOMS-ENFORCEMENT)

## Keywords

CRIME [(/KEYWORDS/CRIME)](/KEYWORDS/CRIME)

IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) [(/KEYWORDS/IMMIGRATION-AND-CUSTOMS-ENFORCEMENT-ICE)](/KEYWORDS/IMMIGRATION-AND-CUSTOMS-ENFORCEMENT-ICE)

SECRETARY KRISTI NOEM [(/KEYWORDS/SECRETARY-KRISTI-NOEM)](/KEYWORDS/SECRETARY-KRISTI-NOEM)

ENFORCEMENT AND REMOVAL OPERATIONS (ERO) [(/KEYWORDS/ENFORCEMENT-AND-REMOVAL-OPERATIONS-ERO)](/KEYWORDS/ENFORCEMENT-AND-REMOVAL-OPERATIONS-ERO)

Last Updated: 02/05/2025