# EXHIBIT G



← **Post**

**Secretary Kristi Noem** ✓ 
@Sec_Noem

I was just in Cuba and saw firsthand criminal aliens being unloaded off a flight at GITMO.

My message to criminal alien murderers, rapists, child predators and gangsters: do not come to this country or we will hunt you down, find you, and lock you up.



1:54 PM · Feb 10, 2025 · **113.7K** Views

💬 413          ⟲ 1.4K          ♡ 8K          🔖 83          ⬆

💬 **Read 413 replies**

**New to X?**

Sign up now to get your own personalized timeline!

G **Sign up with Google**

 **Sign up with Apple**

**Create account**

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.

↻ **Retry**

Terms of Service | Privacy Policy | Cookie Policy |
More ⋯    © 2025 X Corp.




**Don't miss what's happening**
People on X are the first to know.

Log in          Sign up