# EXHIBIT N



← **Post**



## New to X?

Sign up now to get your own personalized timeline!



**Special Envoy Kristi Noem** ✓
@EnvoyNoem                                    •••

I was just in Cuba and saw firsthand criminal aliens being unloaded off a flight at GITMO.

My message to criminal alien murderers, rapists, child predators and gangsters: do not come to this country or we will hunt you down, find you, and lock you up.



STATE OF THE UNION                          LIVE
**TRUMP ADMIN ORDERS CONSUMER WATCHDOG EMPLOYEES TO STOP WORK**  CNN
3:05   ...TED TO AN INFLUX OF HAITIAN IMMIGRANTS FILED A LAWSUIT ON THURSDAY A

12:12 PM · Feb 9, 2025 · **192.2K** Views

💬 436        ⟲ 2.2K        ♡ 13K        🔖 161        ⬆️

💬 **Read 436 replies**

---

G **Sign up with Google**

 **Sign up with Apple**

**Create account**

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people



**Special Envoy Kristi ...** ✓        Follow
@EnvoyNoem
Secretary of the U.S. Department of Homeland Security under the leadership of @POTUS Trump

## What's happening

Trending in United States
**Fable 5**
Trending with **Mythos**

Trending in United States
**David Grusch**

Gaming · Trending
**Kingdom Hearts 4**

Sports · Trending
**Serena**

**Show more**

Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads info | More ··· © 2026 X Corp.

## Don't miss what's happening
People on X are the first to know.

Log in        **Sign up**