# EXHIBIT O



## Post

**Secretary of War Pete Hegseth** ✔ ☐
@SecWar
· · ·

The first flight of high-threat criminal illegals aliens has arrived at Naval Station Guantanamo Bay, Cuba. These criminals trampled over our previously wide open border to bring violence and mayhem to our communities. President Trump has taken swift action to expel them immediately from our county, and our nation's finest are helping lead the way in this critical mission.



1:31

6:57 AM · Feb 6, 2025 · **1.7M** Views

💬 3.3K        ⟳ 16K        ♡ 84K        🔖 1.3K        ⬆️

💬 **Read 3.3K replies**

### New to X?

Sign up now to get your own personalized timeline!



G  **Sign up with Google**

 **Sign up with Apple**

**Create account**

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

### Relevant people



**Secretary of War…** ✔ ☐    **Follow**
@SecWar
United States Secretary of War

### What's happening



Trending in United States
**Fable 5**
Trending with  Mythos

Trending in United States
**David Grusch**

Gaming · Trending
**Kingdom Hearts 4**

Sports · Trending
**Serena**

**Show more**

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads info  |  More · · ·  |  © 2026 X Corp.

## Don't miss what's happening

People on X are the first to know.

Log in        **Sign up**