# EXHIBIT Y



# News Release

## CoreCivic Announces New Contract Awards At California City Immigration Processing Center and Midwest Regional Reception Center

**September 29, 2025**

 PDF Version

## Contract Wins Total Nearly 3,600 beds

BRENTWOOD, Tenn., Sept. 29, 2025 (GLOBE NEWSWIRE) -- **CoreCivic, Inc. (NYSE: CXW)** ("CoreCivic") announced today that it has been awarded two new contracts with U.S. Immigration and Customs Enforcement ("ICE") to utilize 3,593 beds at two facilities we own in core enforcement areas of the United States. Once fully activated, we expect to generate total annual revenue at the two facilities combined of nearly $200 million.

- **California City Immigration Processing Center - 2,560 beds**
  - New contract with ICE to utilize our 2,560-bed California City Immigration Processing Center.  We have been preparing to accept detainees at this facility since April 1, 2025, when we entered into a six-month Letter Contract with ICE to resume operations at the facility while we worked to negotiate and execute a longer-term contract.

  - We began receiving detainees at the facility on August 27, 2025 under terms of the Letter Contract. Transitioning from a Letter Contract to the definitive contract effective September 1, 2025 will result in variability in revenue and cash flow as we continue to successfully hire staff and receive additional detainees during the activation period. We currently expect the activation to be complete in the first quarter of 2026, achieving a normalized run-rate in the second quarter of 2026. Total annual revenue once the activation is complete is expected to be approximately $130 million. The new contract expires in August 2027.

- **Midwest Regional Reception Center - 1,033 beds**
  - New contract with ICE at our 1,033-bed Midwest Regional Reception Center in Leavenworth, Kansas. We entered into a six-month Letter Contract with ICE on March 7, 2025 to begin activation efforts at the facility while we worked to negotiate and execute a longer-term contract. Although we have been

successful in hiring staff and have prepared the facility to accept detainees during this term, the intake process has been delayed by legal challenges.

- The new contract commenced on September 7, 2025, and is for a term of 24 months. The agreement provides for a fixed monthly payment plus an incremental per diem payment based on detainee populations, both of which commence once the temporary injunction currently prohibiting the intake of detainees is no longer enforceable. Total annual revenue once the facility is fully activated is expected to be approximately $60 million. However, we cannot predict if or when the legal challenges will be successfully resolved.

Damon T. Hininger, CoreCivic's Chief Executive Officer, commented, "We are pleased to announce the finalization of contracts for these two facilities, both of which were idle at the beginning of the year. The geographic locations of each of these facilities will enhance our ability to support our government partner in its effort to enforce immigration laws in areas of need across the United States.   Looking forward, we anticipate additional contracting activity that will help satisfy ICE's growing needs."

Patrick D. Swindle, CoreCivic's President and Chief Operating Officer, added, "Once fully activated, these two facilities are expected to generate combined annual revenue of nearly $200 million. While the intake process has been delayed at the Midwest Regional Reception Center, we will offer newly hired employees opportunities to be redeployed at our other activations until the legal challenges are resolved. Our team continues to work hard on activating our idle facilities, which helps lay the foundation for continued earnings growth into 2026 and beyond."

**About CoreCivic**

CoreCivic is a diversified, government-solutions company with the scale and experience needed to solve tough government challenges in flexible, cost-effective ways. We provide a broad range of solutions to government partners that serve the public good through high-quality corrections and detention management, a network of residential and non-residential alternatives to incarceration to help address America's recidivism crisis, and government real estate solutions. We are the nation's largest owner of partnership correctional, detention and residential reentry facilities, and one of the largest operators of such facilities in the United States. We have been a flexible and dependable partner for government for more than 40 years. Our employees are driven by a deep sense of service, high standards of professionalism and a responsibility to help government better the public good. Learn more at www.corecivic.com.

**Cautionary Note Regarding Forward-Looking Statements**

This press release includes statements as to our beliefs and expectations of the outcome of future events that are forward-looking statements within the meaning of Section 21E of the Securities Exchange Act of 1934, as amended, and the Private Securities Litigation Reform Act of 1995, as amended. These forward-looking statements may include such words as "anticipate," "estimate," "expect," "project," "plan," "intend," "b          ," "may," "will," "should," "can have," "likely," and other words and terms of similar meaning in connection with any discussion of the timing or nature of future operating or financial performance or other

events. Such forward-looking statements may be affected by risks and uncertainties in CoreCivic's business and market conditions. These forward-looking statements are subject to risks and uncertainties that could cause actual results to differ materially from the statements made. Important factors that could cause actual results to differ are described in the filings made from time to time by CoreCivic with the Securities and Exchange Commission ("SEC") and include the risk factors described in CoreCivic's Annual Report on Form 10-K for the fiscal year ended December 31, 2024, filed with the SEC on February 21, 2025. Except as required by applicable law, CoreCivic undertakes no obligation to update forward-looking statements made by it to reflect events or circumstances occurring after the date hereof or the occurrence of unanticipated events.

Contact:   Investors: Jeb Bachmann - Managing Director, Investor Relations - (615) 263-3024

Media: Steve Owen – Vice President, Communications - (615) 263-3107