# EXHIBIT AA

# U.S. Immigration and Customs Enforcement

**These statistics are made available to the public pursuant to the Fiscal Year 2020 Department of Homeland Security Appropriations Bill.**

## ICE DETENTION DATA, FY2026

**ICE Currently Detained by Processing Disposition and Detention Facility Type: FY2026**

| Processing Disposition | FSC | Adult | Total |
|---|---|---|---|
| Total | 141 | 60,170 | 60,311 |
| Expedited Removal (I-860) | 20 | 4,689 | 4,709 |
| Notice to Appear (I-862) | 99 | 43,778 | 43,877 |
| Reinstatement of Deport Order (I-871) | 7 | 2,732 | 2,739 |
| Other | 15 | 8,971 | 8,986 |

**Average Time from USCIS Fear Decision Service Date to ICE Release (In Days)**

| ICE Release Fiscal Year | FSC | Adult | Total |
|---|---|---|---|
| FY2026 | 34.0 | 98.0 | 98.0 |

**ICE Currently Detained by Criminality and Arresting Agency: FY2026**

| Criminality | ICE | Percent ICE | CBP | Percent CBP | Total |
|---|---|---|---|---|---|
| Total | 51,428 | 85% | 8,883 | 15% | 60,311 |
| Convicted Criminal | 16,601 | 94% | 988 | 6% | 17,589 |
| Pending Criminal Charges | 16,798 | 90% | 1,933 | 10% | 18,731 |
| Other Immigration Violator | 18,029 | 75% | 5,962 | 25% | 23,991 |

**ICE Initial Book-Ins by Arresting Agency and Month: FY2026**

| Agency | Oct | Nov | Dec |
|---|---|---|---|
| Total | 41,612 | 38,401 | 42,116 |
| CBP | 4,990 | 3,924 | 4,288 |
| ICE | 36,622 | 34,477 | 37,828 |

**ICE Initial Book-Ins by Facility Type and Criminality: FY2026**

| Facility Type | Convicted Criminal | Pending Criminal Charges | Other Immigration Violator | Total |
|---|---|---|---|---|
| Total | 66,524 | 68,417 | 95,413 | 230,354 |
| FSC | - | 3 | 40 | 43 |
| Adult | 66,524 | 68,414 | 95,373 | 230,311 |

**ICE Final Book Outs by Facility Type: FY2026**

| Facility Type | Total |
|---|---|
| Total | 227,695 |
| FSC | 1,423 |
| Adult | 226,272 |

**ICE Final Book Outs by Release Reason, Month and Criminality: FY2026**

| Release Reason | Criminality | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | | 37,537 | 36,448 | 38,736 | 37,397 | 36,630 | 36,837 | 4,110 | - | - | - |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bonded Out** | Total | 1,086 | 1,269 | 2,072 | 2,297 | 2,018 | 2,111 | 215 | - | - | - |
| | Convicted Criminal | 116 | 149 | 237 | 248 | 219 | 190 | 24 | | | |
| | Pending Criminal Charges | 291 | 366 | 579 | 600 | 488 | 615 | 47 | | | |
| | Other Immigration Violator | 679 | 754 | 1,256 | 1,449 | 1,311 | 1,306 | 144 | | | |
| *Bond Set by ICE* | Total | 91 | 104 | 132 | 142 | 179 | 79 | 8 | - | - | - |
| | Convicted Criminal | 18 | 18 | 28 | 30 | 37 | 14 | - | | | |
| | Pending Criminal Charges | 23 | 27 | 32 | 31 | 42 | 26 | 2 | | | |
| | Other Immigration Violator | 50 | 59 | 72 | 81 | 100 | 39 | 6 | | | |
| *Bond Set by IJ* | Total | 995 | 1,165 | 1,940 | 2,155 | 1,839 | 2,032 | 207 | - | - | - |
| | Convicted Criminal | 98 | 131 | 209 | 218 | 182 | 176 | 24 | | | |
| | Pending Criminal Charges | 268 | 339 | 547 | 569 | 446 | 589 | 45 | | | |
| | Other Immigration Violator | 629 | 695 | 1,184 | 1,368 | 1,211 | 1,267 | 138 | | | |
| **Court Ordered** | Total | 46 | 76 | 138 | 240 | 354 | 1,005 | 198 | - | - | - |
| | Convicted Criminal | 10 | 18 | 37 | 63 | 85 | 199 | 47 | | | |
| | Pending Criminal Charges | 9 | 19 | 27 | 42 | 67 | 204 | 39 | | | |
| | Other Immigration Violator | 27 | 39 | 74 | 135 | 202 | 602 | 112 | | | |
| **Order of Recognizance** | Total | 253 | 293 | 550 | 1,203 | 1,805 | 1,531 | 209 | - | - | - |
| | Convicted Criminal | 23 | 49 | 71 | 113 | 174 | 143 | 21 | | | |
| | Pending Criminal Charges | 51 | 56 | 90 | 184 | 323 | 307 | 50 | | | |
| | Other Immigration Violator | 179 | 188 | 389 | 906 | 1,308 | 1,081 | 138 | | | |
| **Order of Supervision** | Total | 135 | 156 | 213 | 295 | 351 | 377 | 50 | - | - | - |
| | Convicted Criminal | 52 | 83 | 121 | 150 | 158 | 186 | 22 | | | |
| | Pending Criminal Charges | 22 | 17 | 22 | 29 | 45 | 50 | 5 | | | |
| | Other Immigration Violator | 61 | 56 | 70 | 116 | 148 | 141 | 23 | | | |
| **Paroled** | Total | 138 | 83 | 82 | 321 | 365 | 198 | 25 | - | - | - |
| | Convicted Criminal | 4 | 11 | 10 | 3 | 17 | 8 | - | | | |
| | Pending Criminal Charges | 12 | 20 | 21 | 29 | 23 | 29 | 2 | | | |
| | Other Immigration Violator | 122 | 52 | 51 | 289 | 325 | 161 | 23 | | | |
| **Proceedings Terminated** | Total | 177 | 156 | 192 | 230 | 191 | 185 | 22 | - | - | - |
| | Convicted Criminal | 54 | 33 | 51 | 49 | 48 | 44 | 6 | | | |
| | Pending Criminal Charges | 29 | 37 | 43 | 47 | 47 | 55 | 6 | | | |
| | Other Immigration Violator | 94 | 86 | 98 | 134 | 96 | 86 | 10 | | | |
| **Release to Remove** | Total | 34,116 | 32,860 | 34,074 | 31,594 | 30,336 | 30,009 | 2,651 | - | - | - |
| | Convicted Criminal | 10,603 | 9,900 | 10,190 | 9,253 | 9,018 | 9,023 | 913 | | | |
| | Pending Criminal Charges | 10,165 | 9,684 | 9,861 | 9,374 | 9,419 | 9,601 | 814 | | | |
| | Other Immigration Violator | 13,348 | 13,276 | 14,023 | 12,967 | 11,899 | 11,385 | 924 | | | |
| **Relief Granted by IJ** | Total | 437 | 353 | 315 | 262 | 253 | 199 | 34 | - | - | - |
| | Convicted Criminal | 94 | 75 | 71 | 53 | 51 | 39 | 7 | | | |
| | Pending Criminal Charges | 74 | 78 | 66 | 65 | 62 | 54 | 10 | | | |
| | Other Immigration Violator | 269 | 200 | 178 | 144 | 140 | 106 | 17 | | | |
| **Transfer to U.S. Marshals or other agency** | Total | 900 | 752 | 735 | 658 | 716 | 882 | 114 | - | - | - |
| | Convicted Criminal | 551 | 474 | 466 | 427 | 465 | 548 | 70 | | | |
| | Pending Criminal Charges | 277 | 228 | 209 | 193 | 209 | 274 | 32 | | | |
| | Other Immigration Violator | 72 | 50 | 60 | 38 | 42 | 60 | 12 | | | |
| **Transferred** | Total | 243 | 443 | 356 | 291 | 234 | 333 | 591 | - | - | - |
| | Convicted Criminal | 53 | 114 | 90 | 76 | 79 | 122 | 171 | | | |
| | Pending Criminal Charges | 96 | 115 | 127 | 123 | 90 | 130 | 237 | | | |
| | Other Immigration Violator | 94 | 214 | 139 | 92 | 65 | 81 | 183 | | | |
| **Other** | Total | 6 | 7 | 9 | 6 | 7 | 7 | 1 | - | - | - |
| | Convicted Criminal | 1 | 1 | 2 | 2 | 3 | 2 | 1 | | | |
| | Pending Criminal Charges | - | 2 | 4 | 3 | - | 3 | - | | | |
| | Other Immigration Violator | 5 | 4 | 3 | 1 | 4 | 2 | - | | | |

**ICE Average Daily Population by Arresting Agency, Month and Criminality: FY2026**

| Agency | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CBP Average | 12,619 | 11,921 | 11,251 | 10,694 | 9,766 | 8,710 | 8,230 | - | - | - | - |
| Convicted Criminal | 1,078 | 1,026 | 1,010 | 997 | 937 | 858 | 814 | - | - | - | - |
| Pending Criminal Charges | 1,539 | 1,733 | 1,889 | 1,889 | 1,804 | 1,633 | 1,518 | - | - | - | - |
| Other Immigration Violator | 10,002 | 9,162 | 8,352 | 7,807 | 7,025 | 6,220 | 5,898 | - | - | - | - |
| ICE Average | 50,556 | 54,688 | 58,283 | 61,235 | 58,454 | 54,566 | 52,799 | - | - | - | - |
| Convicted Criminal | 16,530 | 16,821 | 17,363 | 17,615 | 17,478 | 17,027 | 16,928 | - | - | - | - |
| Pending Criminal Charges | 16,080 | 17,103 | 17,846 | 18,596 | 18,138 | 17,757 | 17,431 | - | - | - | - |
| Other Immigration Violator | 17,946 | 20,764 | 23,073 | 25,025 | 22,839 | 19,782 | 18,440 | - | - | - | - |
| Average | 63,176 | 66,609 | 69,533 | 71,929 | 68,220 | 63,277 | 61,029 | - | - | - | - |
| Convicted Criminal | 17,608 | 17,846 | 18,373 | 18,612 | 18,414 | 17,886 | 17,742 | - | - | - | - |
| Pending Criminal Charges | 17,619 | 18,837 | 19,735 | 20,485 | 19,942 | 19,389 | 18,949 | - | - | - | - |
| Other Immigration Violator | 27,948 | 29,926 | 31,425 | 32,832 | 29,864 | 26,002 | 24,338 | - | - | - | - |

**ICE Average Length of Stay by Arresting Agency, Month and Criminality: FY2026**

| Agency | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CBP Average | 74.7 | 92.1 | 96.2 | 100.4 | 94.5 | 97.9 | 88.3 | - | - | - | - |
| Convicted Criminal | 32.8 | 38.0 | 34.8 | 45.8 | 56.2 | 67.2 | 59.4 | - | - | - | - |
| Pending Criminal Charges | 38.7 | 41.7 | 46.5 | 52.0 | 58.3 | 62.2 | 47.6 | - | - | - | - |
| Other Immigration Violator | 95.0 | 121.5 | 132.4 | 131.5 | 116.0 | 115.7 | 108.4 | - | - | - | - |
| ICE Average | 42.3 | 41.2 | 40.4 | 45.0 | 47.4 | 50.7 | 45.2 | - | - | - | - |
| Convicted Criminal | 48.3 | 47.0 | 44.9 | 46.4 | 46.0 | 51.6 | 43.3 | - | - | - | - |
| Pending Criminal Charges | 44.3 | 44.4 | 43.9 | 47.8 | 48.1 | 49.7 | 44.6 | - | - | - | - |
| Other Immigration Violator | 35.2 | 34.0 | 34.5 | 42.0 | 47.9 | 50.9 | 47.6 | - | - | - | - |
| Average | 47.2 | 47.5 | 47.3 | 51.2 | 52.4 | 55.7 | 50.7 | - | - | - | - |
| Convicted Criminal | 46.8 | 46.4 | 44.1 | 46.4 | 46.6 | 52.3 | 44.5 | - | - | - | - |
| Pending Criminal Charges | 43.9 | 44.2 | 44.1 | 48.1 | 48.9 | 50.6 | 44.9 | - | - | - | - |
| Other Immigration Violator | 49.9 | 50.7 | 51.6 | 56.2 | 58.6 | 61.7 | 60.2 | - | - | - | - |

**ICE Average Daily Population by Facility Type and Month: FY2026**

| Facility Type | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 63,176 | 66,609 | 69,533 | 71,929 | 68,220 | 63,277 | 61,029 | - | - | - | - |
| FSC | 424 | 600 | 861 | 927 | 453 | 143 | 136 | - | - | - | - |
| Adult | 62,751 | 66,009 | 68,673 | 71,003 | 67,767 | 63,134 | 60,893 | - | - | - | - |

**ICE Average Length of Stay by Facility Type and Month: FY2026**

| Facility Type | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 47.2 | 47.5 | 47.3 | 51.2 | 52.4 | 55.7 | 50.7 | - | - | - | - |
| FSC | 29.5 | 11.7 | 23.4 | 39.1 | 28.9 | - | - | - | - | - | - |

**Aliens with USCIS-Established Fear Decisions in an ICE Detention Facility by Facility Type**

| Detention Facility Type | Total Detained |
|---|---|
| Total | 1,704 |
| FSC | 16 |
| Adult | 1,688 |

| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|
| 39,678 | 31,864 | 32,531 | 4,152 | - | - | - | - | - | 230,354 |
| 3,595 | 3,166 | 2,925 | 431 | | | | | | 23,319 |
| 36,083 | 28,698 | 29,606 | 3,721 | | | | | | 207,035 |

**ICE Removals: FY2026**

| Removals | Total |
|---|---|
| Total | 234,236 |
| Removals with a FAMU Identifier | 23,658 |

| Aug | Sep | Total |
|---|---|---|
| - | - | 227,695 |

| | | |
|---|---|---|
| - | - | 11,068 |
| | | 1,183 |
| | | 2,986 |
| | | 6,899 |
| - | - | 735 |
| | | 145 |
| | | 183 |
| | | 407 |
| - | - | 10,333 |
| | | 1,038 |
| | | 2,803 |
| | | 6,492 |
| - | - | 2,057 |
| | | 459 |
| | | 407 |
| | | 1,191 |
| - | - | 5,844 |
| | | 594 |
| | | 1,061 |
| | | 4,189 |
| - | - | 1,577 |
| | | 772 |
| | | 190 |
| | | 615 |
| - | - | 1,212 |
| | | 53 |
| | | 136 |
| | | 1,023 |
| - | - | 1,153 |
| | | 285 |
| | | 264 |
| | | 604 |
| - | - | 195,640 |
| | | 58,900 |
| | | 58,918 |
| | | 77,822 |
| - | - | 1,853 |
| | | 390 |
| | | 409 |
| | | 1,054 |
| - | - | 4,757 |
| | | 3,001 |
| | | 1,422 |
| | | 334 |
| - | - | 2,491 |
| | | 705 |
| | | 918 |
| | | 868 |
| - | - | 43 |
| | | 12 |
| | | 12 |
| | | 19 |

| Sep | FY Overall |
|---|---|
| - | 10,782 |
| - | 981 |
| - | 1,742 |
| - | 8,059 |
| - | 56,196 |
| - | 17,131 |
| - | 17,577 |
| - | 21,488 |
| - | 66,978 |
| - | 18,112 |
| - | 19,319 |
| - | 29,547 |

| Sep | FY Overall |
|---|---|
| - | 91.6 |
| - | 43.3 |
| - | 49.6 |
| - | 117.3 |
| - | 44.5 |
| - | 47.3 |
| - | 46.3 |
| - | 41.0 |
| - | 50.2 |
| - | 47.0 |
| - | 46.6 |
| - | 54.9 |

| Sep | FY Overall |
|---|---|
| - | 66,978 |
| - | 560 |
| - | 66,418 |

| Sep | FY Overall |
|---|---|
| - | 50.2 |
| - | 28.7 |