# EXHIBIT B

| A-Number | First Name | Last Name | Citizenship | NSGB Book In Date | NSGB Book Out Date | Release Reason | Detailed Explanation on why individual was returned to CONUS | Transfer to Facility Name | Departed to Country | Departed Date | Whether another country had agreed to accept the individual for removal at time of transfer to Guantanamo |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ■ | | | | 6/27/2025 | 10/1/2025 | Transferred | ■ could not verify his citizenship, so his removal could not be effectuated, and he was returned to CONUS. This individual remains detained at El Valle Detention Facility, and has not yet been delivered to a country designated by 8 U.S.C. § 1231(b). | CENTRAL LOUISIANA ICE PROC CTR | | | No |
| | | | | 6/29/2025 | 8/10/2025 | Transferred | Returned to CONUS since the alien was not a final order.  Subject has been released from custody since proceedings were terminated. | ALEXANDRIA STAGING FACILITY | | | No |
| | | | | 7/27/2025 | 10/1/2025 | Transferred | Stay Filed, returned to CONUS. This individual remains detained at Rio Grande Detention Center, and has not yet been delivered to a country designated by 8 U.S.C. § 1231(b). | CENTRAL LOUISIANA ICE PROC CTR | | | No |
| | | | | 7/27/2025 | 10/1/2025 | Transferred | Returned to CONUS on 10/1/25 as a class member in *RAICES v. Noem*, No. 25-0306 (D.D.C.), and was not able to be removed. This individual remains detained at Rio Grande Detention Center, and has not yet been delivered to a country designated by 8 U.S.C. § 1231(b). | CENTRAL LOUISIANA ICE PROC CTR | | | No |
| | | | | 12/14/2025 | 2/2/2026 | Transferred | For this ■ national, ■ refused to accept the individual for removal. Consequently, ICE attempted to remove him to Mexico, but he refused to disembark the transport vehicle. He remains detained at Houston Contract Detention Facility. | ADAMS COUNTY CORRECTIONAL CENTER | | | No |
| | | | | 2/2/2026 | 2/5/2026 | Transferred | ■ not removed, CONUS due to medical, pending next charter | River Correctional Center | ■ | 5/7/2026 | No |
| | | | | 2/2/2026 | 3/1/2026 | Transferred | This subject was transferred to GITMO on 2/2/26 for staging and removal to Haiti.  Subject was transferred out of GITMO on 3/1/26 to Miami, FL due to medical problems. | KROME NORTH SPC | ■ | 4/29/2026 | No |
| | | | | 2/2/2026 | 3/8/2026 | Transferred | This subject was transferred to GITMO on 2/2/26 for staging and was not able to make the 2/5 and 3/5  charter missions to Haiti. Subject was transferred back to AEX on 3/8/26 for staging and was released on an order of supervision on 4/24/26. | ADAMS COUNTY CORRECTIONAL CENTER | | | No |
| | | | | 2/2/2026 | 3/8/2026 | Transferred | This subject was transferred to GITMO on 2/2/26 for staging and was not able to make the 2/5 and 3/5  charter missions to Haiti. Subject was transferred back to AEX on 3/8/26 for staging and is pending removal on the next charter to Haiti. | ADAMS COUNTY CORRECTIONAL CENTER | ■ | 5/7/2026 | No |
| | | | | 2/2/2026 | 3/8/2026 | Transferred | This subject was transferred to GITMO on 2/2/26 for staging and was not able to make the 2/5 and 3/5  charter missions to Haiti. Subject was transferred back to AEX on 3/8/26 for staging and is pending removal on the next charter to Haiti. | ADAMS COUNTY CORRECTIONAL CENTER | ■ | 5/7/2026 | No |