UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YAMIL LUNA GUTIERREZ, et al.,

      Plaintiffs,

      v.

MARKWAYNE MULLIN, Secretary of the
U.S. Department of Homeland Security, et al.,

      Defendants.

Civil Action No. 1:25-cv-01766-SLS

**DEFENDANTS' UNOPPOSED MOTION TO FILE AN AMENDED
NOTICE REGARDING MATERIALS PRODUCED DURING DISCOVERY**

Pursuant to LCvR 7(i), Defendants respectfully move for leave to file Defendants'

Amended Notice Regarding Materials Produced During. *See* Ex. A.  This amended pleading

is intended to replace Defendants' Notice Regarding Materials Produced During Discovery

filed with this Court on June 23, 2026. *See* ECF No. 104; Ex. B. After Defendants filed

Ex. B, discussions with Plaintiffs revealed that the Notice and its request for an amended

briefing schedule inadvertently failed to make clear Plaintiff's consent to the new briefing

schedule and that Plaintiffs would file their own Notice with the Court on June 29, 2026,

concerning their plans for refiling their Motion for Partial Summary Judgment or Notice of

Errata.  Plaintiffs do not oppose this motion.

**CONCLUSION**

Defendants respectfully request the Court grant this unopposed motion and accept the amended pleading.  A proposed order is attached.

Dated: June 23, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

ANTHONY NICASTRO
*Acting Director*

LESLIE McKAY
*Assistant Director*

RUSSEL J.E. VERBY
*Senior Litigation Counsel*

ALEXA PERLMUTTER
*Trial Attorney*

By: /s/ *Jason K. Zubata*
JASON K. ZUBATA
*Trial Attorney*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4143
Email: jason.k.zubata@usdoj.gov

*Counsel for Defendants*

3

**CERTIFICATE OF SERVICE**

I certify that on June 23, 2026, I electronically filed the foregoing Motion with the Clerk of Court for the United States District Court of the District of Columbia using the CM/ECF system. I also certify that Plaintiffs will be served through their counsel, who are registered CM/ECF users, via the CM/ECF system.

By: /s/ *Jason K. Zubata*
JASON K. ZUBATA
*Trial Attorney*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4143
Email: jason.k.zubata@usdoj.gov