Exhibit B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YAMIL LUNA GUTIERREZ, et al.,

Plaintiffs,

v.

MARKWAYNE MULLIN, Secretary of the
U.S. Department of Homeland Security, et al.,

Defendants.

Civil Action No. 1:25-cv-01766-SLS

**DEFENDANTS' NOTICE REGARDING MATERIALS
PRODUCED DURING DISCOVERY**

Pursuant to an agreement between the parties, Defendants respectfully submit the following

Notice to inform the Court of an inadvertent error in one of the documents produced to Plaintiffs

during discovery, which was discovered by counsel for Defendants during the course of

preparing their Cross-Motion for Partial Summary Judgment and Response to Plaintiffs' Motion

for Partial Summary Judgment.

1. The Court ordered Defendants to identify, for each alien transferred to NSGB during

    the relevant period, "whether, at the time of that individual's transfer to Guantanamo,

    another country had agreed to accept that individual for removal." ECF No. 97 at 15.

2. Defendants prepared, certified, and produced to Plaintiffs a spreadsheet that

    contained, among other information, a column entitled, "[w]hether another country

    had agreed to accept the individual for removal at the time of transfer to

    Guantanamo."

3. At the time the spreadsheet was produced, counsel for Defendants understood this

    column to be responsive to the Court's discovery order.

1

4. On June 10, 2026, Plaintiffs filed a partially-redacted version of this spreadsheet as an Exhibit to their Motion for Partial Summary Judgment. *See* Behr Decl. Exh. A.

5. Based on that filing, it is apparent that Plaintiffs likewise understood the final column of the spreadsheet to be responsive to the Court's discovery order and to reflect whether any country had accepted the aliens at the time of their transfer to NSGB. *See* ECF No. 103-2 at 20; ECF No. 103-3 ¶ 79.

6. As counsel for Defendants began preparing their Cross-Motion for Partial Summary Judgment and Response to Plaintiffs' Motion for Partial Summary Judgment, and upon consideration of Plaintiffs' arguments about the spreadsheet, counsel for Defendants sought confirmation from Defendants regarding their understanding of the information contained in the spreadsheet column.

7. It appears the word "another" in the Court's discovery order was interpreted—for purposes of creating the spreadsheet—as whether a country *other than* the country of removal identified for a particular alien had accepted the alien prior to his transfer to NSGB, not whether any country, *including* the country of removal, agreed to accept him.

8. Because the column of Defendants' spreadsheet entitled "[w]hether another country had agreed to accept the individual for removal at the time of transfer to Guantanamo" does not accurately capture the information Defendants were ordered to produce, briefing premised on this data is not responsive to the Court's order and unhelpful for the resolution of Plaintiffs' claims.

9. Upon discovering this misunderstanding, Defendants' counsel contacted Plaintiffs within less than one business day to schedule a meet and confer.

10. On June 22, 2026, counsel for Defendants informed Plaintiffs of the nature of the misunderstanding; informed Plaintiffs of their intention to produce a new certified spreadsheet that accurately reflects whether any country, including the country to which an alien will be removed, agreed to accept him; and offered Plaintiffs an opportunity to refile their Motion for Partial Summary Judgment or to raise new arguments regarding the corrected spreadsheet in their Reply.

11. Defendants have agreed to produce a new version of the spreadsheet on June 25, 2026, after which Plaintiffs will determine how much time is necessary to refile their Motion for Partial Summary Judgment or take any other corrective action. Upon Plaintiffs' filing, Defendants will file their Cross-Motion for Partial Summary Judgment and Response to Plaintiffs Motion within two business days, which will exclude weekends and the July 3, 2026 observance of Independence Day. The final two briefs will thereafter be filed in two-week intervals. *See* Minute Order (May 8, 2026) (establishing briefing schedule with two weeks between each deadline).

Dated: June 23, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

ANTHONY NICASTRO
*Acting Director*

LESLIE McKAY
*Assistant Director*

RUSSEL J.E. VERBY
*Senior Litigation Counsel*

ALEXA PERLMUTTER
*Trial Attorney*

By: /s/ *Jason K. Zubata*
JASON K. ZUBATA
*Trial Attorney*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4143
Email: jason.k.zubata@usdoj.gov

*Counsel for Defendants*

4

## CERTIFICATE OF SERVICE

I certify that on June 23, 2026, I electronically filed the foregoing Notice for Defendants with the Clerk of Court for the United States District Court of the District of Columbia using the CM/ECF system.  I also certify that Plaintiffs will be served through their counsel, who are registered CM/ECF users, via the CM/ECF system.

By: /s/ *Jason K. Zubata*
JASON K. ZUBATA
*Trial Attorney*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4143
Email: jason.k.zubata@usdoj.gov