**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| YAMIL LUNA GUTIERREZ, et al., |
| Plaintiffs, |
| v. |
| MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security, et al., |
| Defendants. |

Civil Action No. 1:25-cv-01766-SLS

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' Unopposed Motion to File an Amended Notice Regarding Materials Produced During Discovery, it is hereby ORDERED that the Motion be GRANTED.

SO ORDERED:

_____
Date

_____
SPARKLE L. SOOKNANAN
United States District Judge

1