**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

YAMIL LUNA GUTIERREZ, *et al.*,                )
                                               )
                                               )
*Plaintiffs-Petitioners*, *on behalf of themselves and all*   )
*others similarly situated,*                   )
                                               )
                                               )    Case No. 1:25-cv-01766-SLS
v.                                             )
                                               )
                                               )
MARKWAYNE MULLIN, Secretary of Homeland        )
Security, in his official capacity, *et al.*,  )
                                               )
                                               )
*Defendants-Respondents.*                      )
                                               )

**PLAINTIFFS-PETITIONERS' NOTICE REGARDING
SUMMARY JUDGMENT BRIEFING**

Pursuant to the Court's June 23, 2026 order, Plaintiffs-Petitioners ("Plaintiffs") submit this notice regarding their Motion for Partial Summary Judgment on Counts 1 and 2. Plaintiffs received the corrected spreadsheet from Defendants-Respondents ("Defendants") on June 25, 2026, although the parties are still conferring on the information in the spreadsheet. Plaintiffs anticipate re-filing their Motion for Partial Summary Judgment to reflect the updated information in the spreadsheet by Thursday, July 2, 2026. Pursuant to the parties' agreement, the rest of the briefing schedule will proceed as follows:

- Defendants' Cross-Motion for Partial Summary Judgment and Response to Plaintiffs' Motion will be filed by Tuesday, July 7, 2026;

- Plaintiffs' Response to Defendants' Cross-Motion and Reply in support of their Motion will be filed by Tuesday, July 21, 2026; and,

- Defendants' Reply in support of their Cross-Motion will be filed by Tuesday, August 4, 2026.

1

Dated: June 26, 2026

My Khanh Ngo (D.D.C. Bar No. CA00219)
Kyle Virgien
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
mngo@aclu.org
kvirgien@aclu.org

Derek Poteet ±*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street, NW, 7th Floor
Washington, DC 20005
(703) 217-8374
dpoteet@aclu.org

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF
COLUMBIA
529 14th Street, NW, Suite 722
Washington, D.C. 20045
(202) 457-0800
aspitzer@acludc.org
smichelman@acludc.org

Kimberly Grano (D.D.C. Bar No. NY0512)
Pedro Sepulveda (D.D.C. Bar No. NY0637)
Ghita Schwarz (D.D.C. Bar No. NY0663)
INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
One Battery Park Plaza, 33rd Floor
New York, New York 10004
(646) 946-7453
kgrano@refugeerights.org
psepulveda@refugeerights.org
gschwarz@refugeerights.org

Respectfully submitted,

/s/ *Lee Gelernt*
Lee Gelernt (D.D.C. Bar No. NY0408)
Brett Max Kaufman (D.D.C. Bar No.
NY0224)
Judy Rabinovitz
Noor Zafar
Natalie Behr
Omar C. Jadwat
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org
bkaufman@aclu.org
jrabinovitz@aclu.org
nzafar@aclu.org
IRP_NBehr@aclu.org
ojadwat@aclu.org

Baher Azmy*
Shayana D. Kadidal (D.C. Bar No.
454248)
J. Wells Dixon
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, Floor 7
New York, NY 10012
(212) 614-6427
bazmy@ccrjustice.org
shanek@ccrjustice.org
wdixon@ccrjustice.org

*Attorneys for Plaintiffs-Petitioners*

*\*Pro bono representation certificates
forthcoming
± Not admitted in D.C.; practice limited to
federal courts*

2

Megan Hauptman (D.C. Bar No. 1780749)
INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
650 Massachusetts Avenue NW, Suite 600
Washington, D.C. 20001
(646) 939-7329
mhauptman@refugeerights.org

3