# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YAMIL LUNA GUTIERREZ, *et al.,*

Plaintiffs-Petitioners,

v.

MARKWAYNE MULLIN[1], Secretary of the
U.S. Department of Homeland Security, *et al.*,

Defendants-Respondents.

Civil Action No. 1:25-cv-01766-SLS

**CERTIFICATION OF SPREADSHEET CONTAINING ADDITIONAL INFORMATION
REGARDING INDIVIDUALS TRANSFERRED TO NSGB**

I, John Schultz, Acting Assistant Director, Removal Division (RD), Enforcement and

Removal Operations (ERO), U.S. Immigration and Customs Enforcement (ICE), Department

of Homeland Security (DHS), declare as follows pursuant to the authority of 28 U.S.C. § 1746:

1.  The RD is located at ICE Headquarters is responsible for coordinating with the 25 ERO

    Field Offices to support case management and facilitate removals of priority aliens

    from the United States. The team, comprising ICE Air Operations, International

    Operations, and Removal Management, works in partnership with DHS, the State

    Department, foreign embassies and consulates, and host government authorities on the

    complex coordination required to achieve this mission through the use of charter flights

    and commercial airlines and to improve foreign government cooperation with ERO

    removal efforts.

---

[1] *See* Fed. R. Civ. P. 25(d) (providing for the automatic substitution of a public official who is a
party in an official capacity ceases to hold office while the action is pending).

2. As the Acting Assistant Director for RD, I am responsible for overseeing the day-to-day operations regarding the removal of individuals from the United States pursuant to ICE's enforcement mission, and for ensuring that this mission is conducted safely and within the Agency's priorities. This includes the Removal Management Division which is responsible for advising the ERO field offices on the coordination of removals, including the nationwide management of post-order custody guidance, policy, and procedures. The Removal Management Division also coordinates efforts between ERO and the U.S. Department of State's (DOS) domestic and international personnel to ensure that all efforts are made to gain compliance from uncooperative countries in ICE's efforts to effectuate the timely removal of those aliens with final orders of removal.

3. I make this certification in my official capacity. The statements contained in this certification are based upon my personal knowledge of ERO policies and procedures, my review of the electronic databases kept by ICE in the ordinary course of business, and information provided to me by other ICE employees in the course of my official duties.

4. I certify that the information contained in the accompanying spreadsheet (Attached as Exhibit A) is true and accurate to the best of my knowledge, information, and belief.

Executed this 22 day of May, 2026, in Washington, D.C.

JOHN A SCHULTZ

Digitally signed by JOHN A SCHULTZ
Date: 2026.05.22 09:41:35 -04'00'

John A. Schultz
Acting Assistant Director

| A-Number Guantanamo | First Name | Last Name | Citizenship | NSGB Book In Date | NSGB Book Out Date | Release Reason | Detailed Explanation on why individual was returned to CONUS | Transfer to Facility Name | Departed to Country | Departed Date | Whether another country had agreed to accept the individual for removal at time of transfer to Guantanamo |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 6/5/2025 | 6/11/2025 | Removed | | | | 6/11/2025 | No |
| | | | | 6/11/2025 | 6/17/2025 | Removed | | | | 6/17/2025 | No |
| | | | | 6/11/2025 | 6/17/2025 | Removed | | | | 6/17/2025 | No |
| | | | | 6/11/2025 | 6/17/2025 | Removed | | | | 6/17/2025 | No |
| | | | | 6/11/2025 | 6/17/2025 | Removed | | | | 6/19/2025 | No |
| | | | | 6/11/2025 | 6/17/2025 | Removed | | | | 6/17/2025 | No |
| | | | | 6/11/2025 | 6/17/2025 | Removed | | | | 6/17/2025 | No |
| | | | | 6/11/2025 | 6/17/2025 | Removed | | | | 6/29/2025 | No |
| | | | | 6/11/2025 | 6/17/2025 | Removed | | | | 6/17/2025 | No |
| | | | | 6/11/2025 | 6/17/2025 | Removed | | | | 6/17/2025 | No |
| | | | | 6/11/2025 | 6/17/2025 | Removed | | | | 6/17/2025 | No |
| | | | | 6/12/2025 | 6/17/2025 | Removed | | | | 6/17/2025 | No |
| | | | | 6/12/2025 | 6/17/2025 | Removed | | | | 6/18/2025 | No |
| | | | | 6/12/2025 | 6/17/2025 | Removed | | | | 6/17/2025 | No |
| | | | | 6/12/2025 | 6/17/2025 | Removed | | | | 6/17/2025 | No |
| | | | | 6/12/2025 | 6/17/2025 | Removed | | | | 6/18/2025 | No |
| | | | | 6/12/2025 | 6/17/2025 | Removed | | | | 6/17/2025 | No |
| | | | | 6/22/2025 | 7/19/2025 | Removed | | | | 7/19/2025 | No |
| | | | | 6/22/2025 | 10/1/2025 | Transferred | There are no commercial flight options available from NSGB. Therefore, aliens were returned to CONUS so that removal could be effected via commercial flights. | ALEXANDRIA STAGING FACILITY | | 11/18/2025 | No |
| | | | | 6/22/2025 | 8/26/2025 | Removed | | | | 8/26/2025 | No |
| | | | | 6/22/2025 | 7/16/2025 | Removed | | | | 7/16/2025 | No |
| | | | | 6/22/2025 | 9/21/2025 | Transferred | The alien was granted protection under the DCAT process on March 5, 2025, which prohibits removal ▮ ▮. As a result, the alien was removed to Mexico as a third country. Third country removals to Mexico are only conducted via the land border. | FLORENCE STAGING FACILITY | | 9/22/2025 | No |
| | | | | 6/22/2025 | 10/1/2025 | Transferred | Special High-Risk Charters (SHRCs) are flights chartered by ERO from the United States to foreign countries for the removal of aliens who are difficult to remove, have failed to comply with removal orders, or possess significant criminal histories. Staging SHRCs from NSGB is operationally inefficient due to numerous restrictions and logistical challenges associated with the facility. As a result, SHRCs are typically staged from CONUS locations. | CENTRAL LOUISIANA ICE PROC CTR | | 11/13/2025 | No |
| | | | | 6/22/2025 | 9/14/2025 | Transferred | The alien was granted protection under the DCAT process on September 24, 2025, which prohibits removal to ▮ ▮. As a result, the alien was removed to Mexico as a third country. Third country removals to Mexico are only conducted via the land border. | ALEXANDRIA STAGING FACILITY | | 10/6/2025 | No |
| | | | | 6/22/2025 | 9/21/2025 | Transferred | In the case of this ▮ national, all types of relief were denied by DOJ. ICE resumed efforts to confirm identity with the Government of ▮ to execute removal. It took several months for Government of ▮ to deny subject's citizenship due to lack of supporting documentation. As a result, this individual was removed to Mexico as a third country. All third country removals to Mexico were (at the time) conducted via the land border. | FLORENCE STAGING FACILITY | | 9/22/2025 | No |
| | | | | 6/22/2025 | 10/1/2025 | Transferred | SHRCs are flights chartered by ERO from the United States to foreign countries for the removal of aliens who are difficult to remove, have failed to comply with removal orders, or possess significant criminal histories. Staging SHRCs from NSGB is operationally inefficient due to numerous restrictions and logistical challenges associated with the facility. As a result, SHRCs are typically staged from CONUS locations. | ALEXANDRIA STAGING FACILITY | | 10/2/2025 | No |
| | | | | 6/27/2025 | 7/12/2025 | Removed | | | | 7/12/2025 | No |
| | | | | 6/27/2025 | 7/16/2025 | Removed | | | | 7/16/2025 | No |
| | | | | 6/27/2025 | 10/1/2025 | Transferred | There are no commercial flight options available from NSGB. Therefore, aliens were returned to CONUS so that removal could be effected via commercial flights. | ALEXANDRIA STAGING FACILITY | | 10/14/2025 | No |
| | | | | 6/27/2025 | 7/9/2025 | Removed | | | | 7/9/2025 | No |
| | | | | 6/27/2025 | 10/1/2025 | Transferred | SHRCs are flights chartered by ERO from the United States to foreign countries for the removal of aliens who are difficult to remove, have failed to comply with removal orders, or possess significant criminal histories. Staging SHRCs from NSGB is operationally inefficient due to numerous restrictions and logistical challenges associated with the facility. As a result, SHRCs are typically staged from CONUS locations. | ALEXANDRIA STAGING FACILITY | | 10/2/2025 | No |
| | | | | 6/27/2025 | 7/16/2025 | Removed | | | | 7/16/2025 | No |
| | | | | 6/27/2025 | 8/14/2025 | Removed | | | | 8/14/2025 | No |
| | | | | 6/27/2025 | 9/21/2025 | Transferred | The alien was granted protection under the DCAT process on April 3, 2025, which prohibits removal to ▮ ▮. As a result, the alien was removed to Mexico as a third country. Third country removals to Mexico are only conducted via the land border. | FLORENCE STAGING FACILITY | | 9/22/2025 | No |
| | | | | 6/27/2025 | 10/1/2025 | Transferred | There are no commercial flight options available from NSGB. Therefore, aliens were returned to CONUS so that removal could be effected via commercial flights. | ALEXANDRIA STAGING FACILITY | | 12/2/2025 | No |
| | | | | 6/27/2025 | 7/11/2025 | Removed | | | | 7/11/2025 | No |
| | | | | 6/27/2025 | 7/10/2025 | Removed | | | | 7/11/2025 | No |
| | | | | 6/27/2025 | 7/11/2025 | Removed | | | | 7/11/2025 | No |
| | | | | 6/27/2025 | 7/22/2025 | Removed | | | | 7/22/2025 | No |
| | | | | 6/27/2025 | 7/11/2025 | Removed | | | | 7/11/2025 | No |
| | | | | 6/27/2025 | 8/14/2025 | Removed | | | | 8/14/2025 | No |
| | | | | 6/27/2025 | 8/26/2025 | Removed | | | | 8/26/2025 | No |
| | | | | 6/27/2025 | 7/10/2025 | Removed | | | | 7/10/2025 | No |
| | | | | 6/27/2025 | 10/1/2025 | Transferred | There are no commercial flight options available from NSGB. Therefore, aliens were returned to CONUS so that removal could be effected via commercial flights. | ALEXANDRIA STAGING FACILITY | | 10/24/2025 | No |
| | | | | 6/27/2025 | 9/10/2025 | Removed | | | | 9/10/2025 | No |
| | | | | 6/27/2025 | 7/12/2025 | Removed | | | | 7/12/2025 | No |
| | | | | 6/27/2025 | 8/26/2025 | Removed | | | | 8/26/2025 | No |
| | | | | 6/27/2025 | 8/11/2025 | Removed | | | | 8/11/2025 | No |
| | | | | 6/27/2025 | 7/16/2025 | Removed | | | | 7/16/2025 | No |
| | | | | 6/27/2025 | 10/1/2025 | Transferred | SHRCs are flights chartered by ERO from the United States to foreign countries for the removal of aliens who are difficult to remove, have failed to comply with removal orders, or possess significant criminal histories. Staging SHRCs from NSGB is operationally inefficient due to numerous restrictions and logistical challenges associated with the facility. As a result, SHRCs are typically staged from CONUS locations. | ALEXANDRIA STAGING FACILITY | | 10/2/2025 | No |
| | | | | 6/27/2025 | 7/16/2025 | Removed | | | | 7/16/2025 | No |
| | | | | 6/27/2025 | 10/1/2025 | Transferred | There are no commercial flight options available from NSGB. Therefore, aliens were returned to CONUS so that removal could be effected via commercial flights. | ALEXANDRIA STAGING FACILITY | | 11/18/2025 | No |
| | | | | 6/27/2025 | 10/1/2025 | Transferred | SHRCs are flights chartered by ERO from the United States to foreign countries for the removal of aliens who are difficult to remove, have failed to comply with removal orders, or possess significant criminal histories. Staging SHRCs from NSGB is operationally inefficient due to numerous restrictions and logistical challenges associated with the facility. As a result, SHRCs are typically staged from CONUS locations. | ALEXANDRIA STAGING FACILITY | | 10/2/2025 | No |
| | | | | 6/27/2025 | 7/11/2025 | Removed | | | | 7/11/2025 | No |
| | | | | 6/27/2025 | 7/9/2025 | Removed | | | | 7/9/2025 | No |
| | | | | 6/27/2025 | 10/1/2025 | Transferred | There are no commercial flight options available from NSGB. Therefore, aliens were returned to CONUS so that removal could be effected via commercial flights. | ALEXANDRIA STAGING FACILITY | | 10/24/2025 | No |
| | | | | 6/27/2025 | 10/1/2025 | Transferred | ▮ could not verify his citizenship, so his removal could not be effectuated, and he was returned to CONUS. | CENTRAL LOUISIANA ICE PROC CTR | | | No |
| | | | | 6/27/2025 | 7/10/2025 | Removed | | | | 7/10/2025 | No |
| | | | | 6/29/2025 | 7/12/2025 | Removed | | | | 7/12/2025 | No |
| | | | | 6/29/2025 | 7/10/2025 | Removed | | | | 7/10/2025 | No |
| | | | | 6/29/2025 | 8/26/2025 | Removed | | | | 8/26/2025 | No |
| | | | | 6/29/2025 | 7/25/2025 | Removed | | | | 7/25/2025 | No |
| | | | | 6/29/2025 | 7/10/2025 | Removed | | | | 7/10/2025 | No |
| | | | | 6/29/2025 | 7/10/2025 | Removed | | | | 7/10/2025 | No |
| | | | | 6/29/2025 | 7/10/2025 | Removed | | | | 7/10/2025 | No |

| Date | Date | Status | Notes | Facility | Date | No |
|---|---|---|---|---|---|---|
| 6/29/2025 | 7/10/2025 | Removed | | | 7/10/2025 | No |
| 6/29/2025 | 7/16/2025 | Removed | | | 7/16/2025 | No |
| 6/29/2025 | 8/10/2025 | Transferred | Returned to CONUS since the alien was not a final order. Subject has been released from custody since proceedings were terminated. | ALEXANDRIA STAGING FACILITY | | No |
| 6/29/2025 | 7/30/2025 | Removed | | | 7/30/2025 | No |
| 6/29/2025 | 7/16/2025 | Removed | | | 7/17/2025 | No |
| 7/3/2025 | 9/3/2025 | Removed | | | 9/3/2025 | No |
| 7/3/2025 | 8/11/2025 | Removed | | | 8/11/2025 | No |
| 7/3/2025 | 10/1/2025 | Transferred | SHRCs are flights chartered by ERO from the United States to foreign countries for the removal of aliens who are difficult to remove, have failed to comply with removal orders, or possess significant criminal histories. Staging SHRCs from NSGB is operationally inefficient due to numerous restrictions and logistical challenges associated with the facility. As a result, SHRCs are typically staged from CONUS locations. | ALEXANDRIA STAGING FACILITY | 10/5/2025 | No |
| 7/3/2025 | 7/9/2025 | Removed | | | 7/9/2025 | No |
| 7/3/2025 | 10/1/2025 | Transferred | There are no commercial flight options available from NSGB. Therefore, aliens were returned to CONUS so that removal could be effected via commercial flights. | CENTRAL LOUISIANA ICE PROC CTR | 11/7/2025 | No |
| 7/3/2025 | 7/25/2025 | Removed | | | 7/25/2025 | No |
| 7/3/2025 | 7/30/2025 | Removed | | | 7/30/2025 | No |
| 7/3/2025 | 7/9/2025 | Removed | | | 7/9/2025 | No |
| 7/3/2025 | 10/1/2025 | Transferred | There are no commercial flight options available from NSGB. Therefore, aliens were returned to CONUS so that removal could be effected via commercial flights. | CENTRAL LOUISIANA ICE PROC CTR | 11/22/2025 | No |
| 7/3/2025 | 7/12/2025 | Removed | | | 7/12/2025 | No |
| 7/3/2025 | 7/25/2025 | Removed | | | 7/25/2025 | No |
| 7/3/2025 | 8/26/2025 | Removed | | | 8/26/2025 | No |
| 7/3/2025 | 7/9/2025 | Removed | | | 7/9/2025 | No |
| 7/3/2025 | 7/9/2025 | Removed | | | 7/9/2025 | No |
| 7/3/2025 | 8/13/2025 | Removed | | | 8/13/2025 | No |
| 7/3/2025 | 7/17/2025 | Removed | | | 7/17/2025 | No |
| 7/3/2025 | 7/10/2025 | Removed | | | 7/10/2025 | No |
| 7/27/2025 | 8/12/2025 | Removed | | | 8/12/2025 | No |
| 7/27/2025 | 8/13/2025 | Removed | | | 8/13/2025 | No |
| 7/27/2025 | 7/31/2025 | Removed | | | 7/31/2025 | No |
| 7/27/2025 | 7/30/2025 | Removed | | | 7/30/2025 | No |
| 7/27/2025 | 7/30/2025 | Removed | | | 7/30/2025 | No |
| 7/27/2025 | 7/30/2025 | Removed | | | 7/31/2025 | No |
| 7/27/2025 | 8/13/2025 | Removed | | | 8/13/2025 | No |
| 7/27/2025 | 9/9/2025 | Removed | | | 9/9/2025 | No |
| 7/27/2025 | 7/30/2025 | Removed | | | 7/30/2025 | No |
| 7/27/2025 | 7/30/2025 | Removed | | | 7/30/2025 | No |
| 7/27/2025 | 10/1/2025 | Transferred | There are no commercial flight options available from NSGB. Therefore, aliens were returned to CONUS so that removal could be effected via commercial flights. | ALEXANDRIA STAGING FACILITY | 11/12/2025 | No |
| 7/27/2025 | 7/30/2025 | Removed | | | 7/30/2025 | No |
| 7/27/2025 | 7/31/2025 | Removed | | | 7/31/2025 | No |
| 7/27/2025 | 7/30/2025 | Removed | | | 7/30/2025 | No |
| 7/27/2025 | 8/13/2025 | Removed | | | 8/13/2025 | No |
| 7/27/2025 | 7/30/2025 | Removed | | | 7/30/2025 | No |
| 7/27/2025 | 7/30/2025 | Removed | | | 7/30/2025 | No |
| 7/27/2025 | 7/30/2025 | Removed | | | 7/30/2025 | No |
| 7/27/2025 | 10/1/2025 | Transferred | Stay Filed, returned to CONUS | CENTRAL LOUISIANA ICE PROC CTR | | No |
| 7/27/2025 | 10/1/2025 | Transferred | Returned to CONUS on 10/1/25 as a class member in *RAICES v. Noem*, No. 25-0306 (D.D.C.), and is was not able to be removed. | CENTRAL LOUISIANA ICE PROC CTR | | No |
| 7/27/2025 | 7/30/2025 | Removed | | | 7/30/2025 | No |
| 7/27/2025 | 7/30/2025 | Removed | | | 7/30/2025 | No |
| 7/27/2025 | 8/13/2025 | Removed | | | 8/13/2025 | No |
| 7/27/2025 | 7/31/2025 | Removed | | | 7/31/2025 | No |
| 7/27/2025 | 7/30/2025 | Removed | | | | No |
| 10/13/2025 | 10/17/2025 | Removed | | | 10/17/2025 | No |
| 10/13/2025 | 10/17/2025 | Removed | | | 10/17/2025 | No |
| 10/13/2025 | 10/16/2025 | Removed | | | 10/16/2025 | No |
| 10/13/2025 | 10/16/2025 | Removed | | | 10/16/2025 | No |
| 10/13/2025 | 10/17/2025 | Removed | | | 10/17/2025 | No |
| 10/13/2025 | 10/17/2025 | Removed | | | 10/17/2025 | No |
| 10/13/2025 | 10/17/2025 | Removed | | | 10/17/2025 | No |
| 10/13/2025 | 10/16/2025 | Removed | | | 10/17/2025 | No |
| 10/13/2025 | 10/16/2025 | Removed | | | 10/16/2025 | No |
| 10/13/2025 | 10/17/2025 | Removed | | | 10/17/2025 | No |
| 10/13/2025 | 10/16/2025 | Removed | | | 10/16/2025 | No |
| 10/13/2025 | 10/17/2025 | Removed | | | 10/17/2025 | No |
| 10/13/2025 | 10/17/2025 | Removed | | | 10/17/2025 | No |
| 10/13/2025 | 10/16/2025 | Removed | | | 10/16/2025 | No |
| 10/13/2025 | 10/17/2025 | Removed | | | 10/17/2025 | No |
| 10/13/2025 | 10/17/2025 | Removed | | | 10/17/2025 | No |
| 12/14/2025 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 12/14/2025 | 2/2/2026 | Transferred | For this ███ national, ███ refused to accept the individual for removal. Consequently, this person was also removed to Mexico as a third country. All third country removals to Mexico are conducted via the land border. | ADAMS COUNTY CORRECTIONAL CENTER | 3/30/2026 | No |
| 12/14/2025 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 12/14/2025 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 12/14/2025 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 12/14/2025 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 12/14/2025 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 12/14/2025 | 2/2/2026 | Transferred | For this ███ national, ███ refused to accept the individual for removal. Consequently, this person was also removed to Mexico as a third country. All third country removals to Mexico are conducted via the land border. | ADAMS COUNTY CORRECTIONAL CENTER | | No |
| 12/14/2025 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 12/14/2025 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 12/14/2025 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |

| Date | Date | Status | Notes | Facility | Date | Removed |
|---|---|---|---|---|---|---|
| 12/14/2025 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 12/14/2025 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/11/2026 | No |
| 12/14/2025 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 12/14/2025 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 12/14/2025 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/11/2026 | No |
| 12/14/2025 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 12/14/2025 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 12/14/2025 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 12/14/2025 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 12/14/2025 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 12/19/2025 | 2/5/2026 | Removed | | | 2/5/2026 | No |
| 12/19/2025 | 2/5/2026 | Removed | | | 2/5/2026 | No |
| 12/19/2025 | 2/5/2026 | Removed | | | 2/6/2026 | No |
| 12/19/2025 | 2/5/2026 | Removed | | | 2/5/2026 | No |
| 12/19/2025 | 2/5/2026 | Removed | | | 2/5/2026 | No |
| 12/19/2025 | 2/5/2026 | Removed | | | 2/5/2026 | No |
| 12/19/2025 | 2/5/2026 | Removed | | | 2/6/2026 | No |
| 12/19/2025 | 2/5/2026 | Removed | | | 2/6/2026 | No |
| 12/19/2025 | 2/5/2026 | Removed | | | 2/5/2026 | No |
| 12/19/2025 | 2/5/2026 | Removed | | | 2/5/2026 | No |
| 12/19/2025 | 2/5/2026 | Removed | | | 2/5/2026 | No |
| 12/19/2025 | 2/5/2026 | Removed | | | 2/5/2026 | No |
| 12/19/2025 | 2/5/2026 | Removed | | | 2/5/2026 | No |
| 12/19/2025 | 2/5/2026 | Removed | | | 2/5/2026 | No |
| 12/19/2025 | 2/5/2026 | Removed | | | 2/5/2026 | No |
| 1/2/2026 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 1/2/2026 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 1/2/2026 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 1/2/2026 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 1/2/2026 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 1/2/2026 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 1/2/2026 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 1/2/2026 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 1/2/2026 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 1/2/2026 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 1/2/2026 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 1/2/2026 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 1/2/2026 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 1/10/2026 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 1/10/2026 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 1/10/2026 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 1/10/2026 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 1/10/2026 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 1/10/2026 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 1/10/2026 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 1/10/2026 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/10/2026 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 1/10/2026 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to Houston on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | HOUSTON CONTRACT DET FAC. | 2/9/2026 | No |
| 1/10/2026 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 1/10/2026 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 1/10/2026 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 1/10/2026 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 1/10/2026 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 1/10/2026 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 1/10/2026 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 1/10/2026 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 1/10/2026 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 1/10/2026 | 2/2/2026 | Transferred | This subject was transferred to GITMO on 12/14/25 for staging on the 1/27/26 mission to Cuba. Due to weather delay, the mission was cancelled. This subject was transferred to AEX on 2/2/26 for staging and subsequently removed from there to Cuba on 2/9/2026. | ADAMS COUNTY CORRECTIONAL CENTER | 2/9/2026 | No |
| 2/2/2026 | 3/8/2026 | Transferred | This subject was transferred to GITMO on 2/2/26 for staging and was removed from there on 4/9/26. | ADAMS COUNTY CORRECTIONAL CENTER | 4/9/2026 | No |
| 2/2/2026 | 3/5/2026 | Transferred | This subject was transferred to Haiti. Subject was transferred back to AEX on 3/8/26 for staging and is pending removal on the next charter to Haiti. | ADAMS COUNTY CORRECTIONAL CENTER | 3/5/2026 | No |
| 2/2/2026 | 3/5/2026 | Removed | This subject was transferred to GITMO on 2/2/26 for staging and was not able to make the 2/5 and 3/5 charter missions to Haiti. Subject was transferred back to AEX on 3/8/26 for staging and subsequently removed from there on 4/9/26. | | | No |
| 2/2/2026 | 3/8/2026 | Transferred | no removal, CONUS due to medical, pending next charter | ADAMS COUNTY CORRECTIONAL CENTER | 4/9/2026 | No |
| 2/2/2026 | 3/5/2026 | Transferred | | River Correctional Center | 3/5/2026 | No |
| 2/2/2026 | 3/5/2026 | Removed | | | 3/5/2026 | No |
| 2/2/2026 | 3/8/2026 | Transferred | This subject was transferred to GITMO on 2/2/26 for staging and was not able to make the 2/5 and 3/5 charter missions to Haiti. Subject was transferred back to AEX on 3/8/26 for staging and subsequently removed from there on 4/9/26. | ADAMS COUNTY CORRECTIONAL CENTER | 4/9/2026 | No |
| 2/2/2026 | 3/1/2026 | Transferred | This subject was transferred to GITMO on 2/2/26 for staging and removal to Haiti. Subject was transferred out of GITMO on 3/1/26 to Miami, FL due to medical problems. | KROME NORTH SPC | | No |
| 2/2/2026 | 3/8/2026 | Transferred | This subject was transferred to GITMO on 2/2/26 for staging and was not able to make the 2/5 and 3/5 charter missions to Haiti. Subject was transferred back to AEX on 3/8/26 for staging and was released on an order of supervision. | ADAMS COUNTY CORRECTIONAL CENTER | | No |
| 2/2/2026 | 3/8/2026 | Transferred | This subject was transferred to GITMO on 2/2/26 for staging and was not able to make the 2/5 and 3/5 charter missions to Haiti. Subject was transferred back to AEX on 3/8/26 for staging and is pending removal on the next charter to Haiti. | ADAMS COUNTY CORRECTIONAL CENTER | | No |
| 2/2/2026 | 3/8/2026 | Transferred | This subject was transferred to GITMO on 2/2/26 for staging and was not able to make the 2/5 and 3/5 charter missions to Haiti. Subject was transferred back to AEX on 3/8/26 for staging and subsequently removed from there on 4/9/26. | ADAMS COUNTY CORRECTIONAL CENTER | 4/9/2026 | No |
| 2/2/2026 | 3/5/2026 | Removed | | | 3/5/2026 | No |
| 2/2/2026 | 3/8/2026 | Transferred | This subject was transferred to GITMO on 2/2/26 for staging and was not able to make the 2/5 and 3/5 charter missions to Haiti. Subject was transferred back to AEX on 3/8/26 for staging and is pending removal on the next charter to Haiti. | ADAMS COUNTY CORRECTIONAL CENTER | | No |
| 2/2/2026 | 3/8/2026 | Transferred | This subject was transferred to GITMO on 2/2/26 for staging and was not able to make the 2/5 and 3/5 charter missions to Haiti. Subject was transferred back to AEX on 3/8/26 for staging and subsequently removed from there on 4/9/26. | ADAMS COUNTY CORRECTIONAL CENTER | 4/9/2026 | No |
| 2/2/2026 | 3/8/2026 | Transferred | This subject was transferred to GITMO on 2/2/26 for staging and was not able to make the 2/5 and 3/5 charter missions to Haiti. Subject was transferred back to AEX on 3/8/26 for staging and is pending removal to Haiti on 5/1/26. | ADAMS COUNTY CORRECTIONAL CENTER | 5/7/2026 | No |