# EXHIBIT C

| A-Number | First Name | Last Name | Citizenship | NSGB Book In Date | NSGB Book Out Date | Release Reason | Departed to Country | Departed Date | Whether the individual had travel documents to the final destination country at the time of transfer to Guantanamo | Whether the individual had travel arrangements to the final destination country at time of transfer to Guantanamo | Whether another country other than the final destination country had agreed to accept the individual for removal at the time of transfer to Guantanamo |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 6/5/2025 | 6/11/2025 | Removed | | 6/11/2025 | Travel Document Not Required for ████ | Yes | No |
| | | | | 6/11/2025 | 6/17/2025 | Removed | | 6/17/2025 | Travel Document Not Required for ████ ENV country | No | No |
| | | | | 6/11/2025 | 6/17/2025 | Removed | | 6/17/2025 | Travel Document Not Required for ████ ENV country | No | No |
| | | | | 6/11/2025 | 6/17/2025 | Removed | | 6/17/2025 | Travel Document Not Required for ████ ENV country | No | No |
| | | | | 6/11/2025 | 6/17/2025 | Removed | | 6/19/2025 | Travel Document Not Required for ████ ENV country | No | No |
| | | | | 6/11/2025 | 6/17/2025 | Removed | | 6/17/2025 | Travel Document Not Required for ████ ENV country | No | No |
| | | | | 6/11/2025 | 6/17/2025 | Removed | | 6/29/2025 | Travel Document Not Required for ████ ENV country | No | No |
| | | | | 6/11/2025 | 6/17/2025 | Removed | | 6/17/2025 | Travel Document Not Required for ████ ENV country | No | No |
| | | | | 6/11/2025 | 6/17/2025 | Removed | | 6/17/2025 | Travel Document Not Required for ████ ENV country | No | No |
| | | | | 6/11/2025 | 6/17/2025 | Removed | | 6/17/2025 | Travel Document Not Required for ████ ENV country | No | No |
| | | | | 6/11/2025 | 6/17/2025 | Removed | | 6/17/2025 | Travel Document Not Required for ████ ENV country | No | No |
| | | | | 6/12/2025 | 6/17/2025 | Removed | | 6/17/2025 | Travel Document Not Required for ████ ENV country | No | No |
| | | | | 6/12/2025 | 6/17/2025 | Removed | | 6/18/2025 | Travel Document Not Required for ████ ENV country | No | No |
| | | | | 6/12/2025 | 6/17/2025 | Removed | | 6/17/2025 | Travel Document Not Required for ████ ENV country | No | No |
| | | | | 6/12/2025 | 6/17/2025 | Removed | | 6/17/2025 | Travel Document Not Required for ████ ENV country | No | No |
| | | | | 6/12/2025 | 6/17/2025 | Removed | | 6/17/2025 | Travel Document Not Required for ████ ENV country | No | No |
| | | | | 6/12/2025 | 6/17/2025 | Removed | | 6/18/2025 | Travel Document Not Required for ████ ENV country | No | No |
| | | | | 6/12/2025 | 6/17/2025 | Removed | | 6/17/2025 | Travel Document Not Required for ████ ENV country | No | No |
| | | | | 6/22/2025 | 7/19/2025 | Removed | | 7/19/2025 | Yes | Yes | No |
| | | | | 6/22/2025 | 10/1/2025 | Transferred | | 11/18/2025 | No | No | No |
| | | | | 6/22/2025 | 8/26/2025 | Removed | | 8/26/2025 | Yes | No | No |
| | | | | 6/22/2025 | 7/16/2025 | Removed | | 7/16/2025 | Travel Document Not Required for ████ | Yes | No |
| | | | | 6/22/2025 | 9/21/2025 | Transferred | | 9/22/2025 | Travel Document Not Required for ████ | No | No |
| | | | | 6/22/2025 | 10/1/2025 | Transferred | | 11/13/2025 | No | No | No |
| | | | | 6/22/2025 | 9/14/2025 | Transferred | | 10/06/2025 | Travel Document Not Required - ENV country | No | No |
| | | | | 6/22/2025 | 9/21/2025 | Transferred | | 9/22/2025 | Travel Document Not Required - ENV country | No | No |
| | | | | 6/22/2025 | 10/1/2025 | Transferred | | 10/2/2025 | No | No | No |
| | | | | 6/27/2025 | 7/12/2025 | Removed | | 7/12/2025 | Travel Document Not Required - ENV country | No | No |
| | | | | 6/27/2025 | 7/16/2025 | Removed | | 7/16/2025 | Travel Document Not Required - ENV country | No | No |
| | | | | 6/27/2025 | 10/1/2025 | Transferred | | 10/14/2025 | No | No | No |
| | | | | 6/27/2025 | 7/9/2025 | Removed | | 7/9/2025 | Travel Document Not Required - ENV country | No | No |
| | | | | 6/27/2025 | 10/1/2025 | Transferred | | 10/2/2025 | No | No | No |
| | | | | 6/27/2025 | 7/16/2025 | Removed | | 7/16/2025 | Travel Document Not Required - ENV country | No | No |
| | | | | 6/27/2025 | 8/14/2025 | Removed | | 8/14/2025 | Yes | No | No |
| | | | | 6/27/2025 | 9/21/2025 | Transferred | | 9/22/2025 | Travel Document Not Required for ████ | No | No |
| | | | | 6/27/2025 | 10/1/2025 | Transferred | | 12/2/2025 | No | No | No |
| | | | | 6/27/2025 | 7/11/2025 | Removed | | 7/11/2025 | Travel Document Not Required - ENV country | No | No |
| | | | | 6/27/2025 | 7/10/2025 | Removed | | 7/10/2025 | Travel Document Not Required - ENV country | No | No |
| | | | | 6/27/2025 | 7/11/2025 | Removed | | 7/11/2025 | Travel Document Not Required - ENV country | No | No |
| | | | | 6/27/2025 | 7/22/2025 | Removed | | 7/22/2025 | Travel Document Not Required - ENV country | No | No |
| | | | | 6/27/2025 | 7/11/2025 | Removed | | 7/11/2025 | Travel Document Not Required - ENV country | No | No |
| | | | | 6/27/2025 | 8/14/2025 | Removed | | 8/14/2025 | No | No | No |
| | | | | 6/27/2025 | 8/26/2025 | Removed | | 8/26/2025 | Yes | No | No |
| | | | | 6/27/2025 | 7/10/2025 | Removed | | 7/10/2025 | Travel Document Not Required - ENV country | No | No |
| | | | | 6/27/2025 | 10/1/2025 | Transferred | | 10/24/2025 | No | No | No |
| | | | | 6/27/2025 | 9/10/2025 | Removed | | 9/10/2025 | No | No | No |
| | | | | 6/27/2025 | 7/12/2025 | Removed | | 7/12/2025 | Travel Document Not Required - ENV country | No | No |
| | | | | 6/27/2025 | 8/26/2025 | Removed | | 8/26/2025 | No | No | No |
| | | | | 6/27/2025 | 8/11/2025 | Removed | | 8/11/2025 | No | No | No |
| | | | | 6/27/2025 | 7/16/2025 | Removed | | 7/16/2025 | Travel Document Not Required - ENV country | No | No |
| | | | | 6/27/2025 | 10/1/2025 | Transferred | | 10/2/2025 | No | No | No |
| | | | | 2/2/2026 | 3/8/2026 | Transferred | | | Travel Document Not Required for ████ | Yes | No |
| | | | | 6/27/2025 | 7/16/2025 | Removed | | 7/16/2025 | Travel Document Not Required - ENV country | No | No |
| | | | | 6/27/2025 | 10/1/2025 | Transferred | | 11/18/2025 | No | No | No |
| | | | | 6/27/2025 | 10/1/2025 | Transferred | | 10/2/2025 | No | No | No |
| | | | | 6/27/2025 | 7/11/2025 | Removed | | 7/11/2025 | Travel Document Not Required - ENV country | No | No |
| | | | | 6/27/2025 | 7/9/2025 | Removed | | 7/9/2025 | Travel Document Not Required - ENV country | No | No |
| | | | | 6/27/2025 | 10/1/2025 | Transferred | | 10/24/2025 | No | No | No |
| | | | | 6/27/2025 | 10/1/2025 | Transferred | | | No | No | No |
| | | | | 6/27/2025 | 7/10/2025 | Removed | | 7/10/2025 | Travel Document Not Required - ENV country | Yes | No |
| | | | | 6/29/2025 | 7/10/2025 | Removed | | 7/10/2025 | Travel Document Not Required - ENV country | No | No |
| | | | | 6/29/2025 | 7/12/2025 | Removed | | 7/12/2025 | Travel Document Not Required - ENV country | No | No |
| | | | | 6/29/2025 | 7/10/2025 | Removed | | 7/10/2025 | Travel Document Not Required - ENV country | No | No |
| | | | | 6/29/2025 | 8/26/2025 | Removed | | 8/26/2025 | Yes | No | No |
| | | | | 6/29/2025 | 7/25/2025 | Removed | | 7/25/2025 | Yes | No | No |
| | | | | 6/29/2025 | 7/10/2025 | Removed | | 7/10/2025 | Travel Document Not Required - ENV country | No | No |
| | | | | 6/29/2025 | 7/10/2025 | Removed | | 7/10/2025 | Travel Document Not Required - ENV country | No | No |
| | | | | 2/2/2026 | 3/8/2026 | Transferred | | | Travel Document Not Required for ████ | Yes | No |
| | | | | 6/29/2025 | 7/10/2025 | Release | | 7/10/2025 | Travel Document Not Required - ENV country | No | No |
| | | | | 6/29/2025 | 7/10/2025 | Removed | | 7/10/2025 | Travel Document Not Required - ENV country | No | No |
| | | | | 6/29/2025 | 7/16/2025 | Removed | | 7/16/2025 | Travel Document Not Required - ENV country | No | No |
| | | | | 6/29/2025 | 8/10/2025 | Transferred | | | No | No | No |
| | | | | 6/29/2025 | 7/30/2025 | Removed | | 7/30/2025 | Travel Document Not Required - ENV country | No | No |
| | | | | 6/29/2025 | 7/16/2025 | Removed | | 7/17/2025 | Travel Document Not Required for ████ ENV country | No | No |
| | | | | 7/3/2025 | 9/3/2025 | Removed | | 9/3/2025 | No | No | No |
| | | | | 7/3/2025 | 8/11/2025 | Removed | | 8/11/2025 | No | No | No |
| | | | | 7/3/2025 | 10/1/2025 | Transferred | | 10/5/2025 | No | No | No |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 7/3/2025 | 7/9/2025 | Removed | | 7/9/2025 | Travel Document Not Required – ENV country | No | 7/9/2025 | | No |
| 7/3/2025 | 10/1/2025 | Transferred | | 11/7/2025 | No | No | 11/7/2025 | | No |
| 7/3/2025 | 7/25/2025 | Removed | | 7/25/2025 | Travel Document Not Required - ENV country | No | 7/25/2025 | | No |
| 7/3/2025 | 7/30/2025 | Removed | | 7/30/2025 | Travel Document Not Required - ENV country | No | 7/30/2025 | | No |
| 7/3/2025 | 7/9/2025 | Removed | | 7/9/2025 | Travel Document Not Required - ENV country | No | 7/9/2025 | | No |
| 7/3/2025 | 10/1/2025 | Transferred | | 11/22/2025 | No | No | 11/22/2025 | | No |
| 7/3/2025 | 7/12/2025 | Removed | | 7/12/2025 | Travel Document Not Required - ENV country | No | 7/12/2025 | | No |
| 7/3/2025 | 7/25/2025 | Removed | | 7/25/2025 | Travel Document Not Required - ENV country | No | 7/25/2025 | | No |
| 7/3/2025 | 8/26/2025 | Removed | | 8/26/2025 | Yes | No | 8/26/2025 | | No |
| 2/2/2026 | 3/5/2026 | Removed | | 3/5/2026 | Travel Document Not Required for | Yes | 3/5/2026 | | Yes |
| 7/3/2025 | 7/9/2025 | Removed | | 7/9/2025 | Travel Document Not Required - ENV country | No | 7/9/2025 | | No |
| 7/3/2025 | 7/9/2025 | Removed | | 7/9/2025 | Travel Document Not Required - ENV country | No | 7/9/2025 | | No |
| 7/3/2025 | 7/9/2025 | Removed | | 7/9/2025 | Travel Document Not Required - ENV country | No | 7/9/2025 | | No |
| 7/3/2025 | 8/13/2025 | Removed | | 8/13/2025 | Travel Document Not Required for   ENV country | No | 8/13/2025 | | No |
| 7/3/2025 | 7/17/2025 | Removed | | 7/17/2025 | Yes | Yes | 7/17/2025 | | No |
| 2/2/2026 | 3/8/2025 | Transferred | | 7/10/2025 | Travel Document Not Required for   ENV country | Yes | 7/10/2025 | | No |
| 7/3/2025 | 7/10/2025 | Removed | | 8/12/2025 | Travel Document Not Required - ENV country | No | 8/12/2025 | | No |
| 7/27/2025 | 8/12/2025 | Removed | | 8/13/2025 | Travel Document Not Required - ENV country | No | 8/13/2025 | | No |
| 7/27/2025 | 8/13/2025 | Removed | | 7/31/2025 | Travel Document Not Required for   ENV country | No | 7/31/2025 | | No |
| 7/27/2025 | 7/31/2025 | Removed | | 7/30/2025 | Travel Document Not Required - ENV country | No | 7/30/2025 | | No |
| 7/27/2025 | 7/30/2025 | Removed | | 7/30/2025 | Travel Document Not Required - ENV country | No | 7/30/2025 | | No |
| 7/27/2025 | 7/30/2025 | Removed | | 7/31/2025 | Travel Document Not Required for   ENV country | No | 7/31/2025 | | No |
| 7/27/2025 | 8/13/2025 | Removed | | 8/13/2025 | Travel Document Not Required for   ENV country | No | 8/13/2025 | | No |
| 7/27/2025 | 9/9/2025 | Removed | | 9/9/2025 | No | No | 9/9/2025 | | No |
| 7/27/2025 | 7/30/2025 | Removed | | 7/30/2025 | Travel Document Not Required - ENV country | No | 7/30/2025 | | No |
| 7/27/2025 | 7/30/2025 | Removed | | 7/30/2025 | Travel Document Not Required - ENV country | No | 7/30/2025 | | No |
| 7/27/2025 | 10/1/2025 | Transferred | | 11/12/2025 | No | No | 11/12/2025 | | No |
| 7/27/2025 | 7/30/2025 | Removed | | 7/30/2025 | Travel Document Not Required - ENV country | No | 7/30/2025 | | No |
| 7/27/2025 | 7/31/2025 | Removed | | 7/31/2025 | Travel Document Not Required - ENV country | No | 7/31/2025 | | No |
| 7/27/2025 | 7/30/2025 | Removed | | 7/30/2025 | Travel Document Not Required - ENV country | No | 7/30/2025 | | No |
| 7/27/2025 | 8/13/2025 | Removed | | 8/13/2025 | Travel Document Not Required for   ENV country | No | 8/13/2025 | | No |
| 7/27/2025 | 7/30/2025 | Removed | | 7/30/2025 | Travel Document Not Required - ENV country | Yes | 7/30/2025 | | No |
| 7/27/2025 | 7/30/2025 | Removed | | 7/30/2025 | Travel Document Not Required - ENV country | No | 7/30/2025 | | No |
| 2/2/2026 | 2/5/2026 | Transferred | | 3/5/2026 | Travel Document Not Required for | No | 3/5/2026 | | No |
| 2/2/2026 | 3/5/2026 | Removed | | 7/30/2025 | Travel Document Not Required for   ENV country | Yes | 7/30/2025 | | Yes |
| 7/27/2025 | 7/30/2025 | Removed | | 7/30/2025 | Travel Document Not Required - ENV country | No | 7/30/2025 | | No |
| 7/27/2025 | 10/1/2025 | Transferred | | | Yes | No | | | No |
| 7/27/2025 | 10/1/2025 | Transferred | | 7/30/2025 | Yes | No | | | No |
| 7/27/2025 | 7/30/2025 | Removed | | 7/30/2025 | Travel Document Not Required - ENV country | No | 7/30/2025 | | No |
| 7/27/2025 | 7/30/2025 | Removed | | 7/30/2025 | Travel Document Not Required - ENV country | No | 7/30/2025 | | No |
| 7/27/2025 | 8/13/2025 | Removed | | 8/13/2025 | Travel Document Not Required for   ENV country | No | 8/13/2025 | | No |
| 7/27/2025 | 7/31/2025 | Removed | | 7/31/2025 | Travel Document Not Required - ENV country | No | 7/31/2025 | | No |
| 7/27/2025 | 7/30/2025 | Removed | | 7/30/2025 | Travel Document Not Required - ENV country | No | 7/30/2025 | | No |
| 10/13/2025 | 10/17/2025 | Removed | | 10/17/2025 | Travel Document Not Required - ENV country | No | 10/17/2025 | | No |
| 10/13/2025 | 10/16/2025 | Removed | | 10/16/2025 | Travel Document Not Required - ENV country | No | 10/16/2025 | | No |
| 2/2/2026 | 3/7/2026 | Transferred | | 3/7/2026 | Travel Document Not Required for   ENV country | Yes | 3/7/2026 | | No |
| 10/13/2025 | 10/16/2025 | Removed | | 10/16/2025 | Travel Document Not Required - ENV country | No | 10/16/2025 | | No |
| 10/13/2025 | 10/17/2025 | Removed | | 10/17/2025 | Travel Document Not Required - ENV country | No | 10/17/2025 | | No |
| 10/13/2025 | 10/17/2025 | Removed | | 10/17/2025 | Travel Document Not Required - ENV country | No | 10/17/2025 | | No |
| 10/13/2025 | 10/17/2025 | Removed | | 10/17/2025 | Travel Document Not Required - ENV country | No | 10/17/2025 | | No |
| 10/13/2025 | 10/17/2025 | Removed | | 10/17/2025 | Travel Document Not Required - ENV country | No | 10/17/2025 | | No |
| 10/13/2025 | 10/16/2025 | Removed | | 10/16/2025 | Travel Document Not Required - ENV country | No | 10/16/2025 | | No |
| 10/13/2025 | 10/17/2025 | Removed | | 10/17/2025 | Travel Document Not Required - ENV country | No | 10/17/2025 | | No |
| 10/13/2025 | 10/16/2025 | Removed | | 10/16/2025 | Travel Document Not Required - ENV country | No | 10/16/2025 | | No |
| 10/13/2025 | 10/17/2025 | Removed | | 10/17/2025 | Travel Document Not Required - ENV country | No | 10/17/2025 | | No |
| 10/13/2025 | 10/16/2025 | Removed | | 10/16/2025 | Travel Document Not Required - ENV country | No | 10/16/2025 | | No |
| 10/13/2025 | 10/17/2025 | Removed | | 10/17/2025 | Travel Document Not Required - ENV country | No | 10/17/2025 | | No |
| 10/13/2025 | 10/16/2025 | Removed | | 10/16/2025 | Travel Document Not Required - ENV country | No | 10/16/2025 | | No |
| 10/13/2025 | 10/17/2025 | Removed | | 10/17/2025 | Travel Document Not Required - ENV country | No | 10/17/2025 | | No |
| 10/13/2025 | 10/17/2025 | Removed | | 10/17/2025 | Travel Document Not Required - ENV country | No | 10/17/2025 | | No |
| 12/14/2025 | 2/2/2026 | Transferred | | 2/9/2026 | Travel Document Not Required for   approval received | Yes | 2/9/2026 | | Yes |
| 12/14/2025 | 2/2/2026 | Transferred | | 2/9/2026 | Travel Document Not Required for   approval received | Yes | 2/9/2026 | | Yes |
| 12/14/2025 | 2/2/2026 | Transferred | | 2/9/2026 | Travel Document Not Required for   approval received | Yes | 2/9/2026 | | Yes |
| 12/14/2025 | 2/2/2026 | Transferred | | 2/9/2026 | Travel Document Not Required for   approval received | Yes | 2/9/2026 | | Yes |
| 12/14/2025 | 2/2/2026 | Transferred | | 2/9/2026 | Travel Document Not Required for   approval received | Yes | 2/9/2026 | | Yes |
| 12/14/2025 | 2/2/2026 | Transferred | | 2/9/2026 | Travel Document Not Required for   approval received | Yes | 2/9/2026 | | Yes |
| 12/14/2025 | 2/2/2026 | Transferred | | 2/9/2026 | Travel Document Not Required for   approval received | Yes | 2/9/2026 | | Yes |
| 12/14/2025 | 2/2/2026 | Transferred | | 2/9/2026 | Travel Document Not Required for   approval received | Yes | 2/9/2026 | | Yes |
| 2/2/2026 | 3/8/2026 | Transferred | | | Travel Document Not Required for | Yes | | | Yes |
| 12/14/2025 | 2/2/2026 | Transferred | | 2/9/2026 | Travel Document Not Required for   approval received | Yes | 2/9/2026 | | Yes |
| 12/14/2025 | 2/2/2026 | Transferred | | 2/11/2026 | Travel Document Not Required for   approval received | Yes | 2/11/2026 | | Yes |
| 12/14/2025 | 2/2/2026 | Transferred | | 2/9/2026 | Travel Document Not Required for   approval received | Yes | 2/9/2026 | | Yes |
| 12/14/2025 | 2/2/2026 | Transferred | | 2/9/2026 | Travel Document Not Required for   approval received | Yes | 2/9/2026 | | Yes |
| 12/14/2025 | 2/2/2026 | Transferred | | 2/11/2026 | Travel Document Not Required for   approval received | Yes | 2/11/2026 | | Yes |
| 12/14/2025 | 2/2/2026 | Transferred | | 2/9/2026 | Travel Document Not Required for   approval received | Yes | 2/9/2026 | | Yes |
| 12/14/2025 | 2/2/2026 | Transferred | | 2/9/2026 | Travel Document Not Required for   approval received | Yes | 2/9/2026 | | Yes |
| 12/14/2025 | 2/2/2026 | Transferred | | 2/9/2026 | Travel Document Not Required for   approval received | Yes | 2/9/2026 | | Yes |
| 12/14/2025 | 2/2/2026 | Transferred | | 2/9/2026 | Travel Document Not Required for   approval received | Yes | 2/9/2026 | | Yes |
| 12/14/2025 | 2/2/2026 | Transferred | | 2/9/2026 | Travel Document Not Required for   approval received | Yes | 2/9/2026 | | Yes |
| 12/19/2025 | 2/5/2026 | Removed | | 2/5/2026 | Travel Document Not Required for   ENV country | Yes | 2/5/2026 | | Yes |

| Date A | Date B | Status | Date C | Document | Country / Approval | Col Y | Col Z |
|---|---|---|---|---|---|---|---|
| 12/19/2025 | 2/5/2026 | Removed | 2/5/2026 | Travel Document Not Required for | ENV country | No | No |
| 12/19/2025 | 2/5/2026 | Removed | 2/6/2026 | Travel Document Not Required for | ENV country | No | No |
| 12/19/2025 | 2/5/2026 | Removed | 2/5/2026 | Travel Document Not Required for | ENV country | No | No |
| 12/19/2025 | 2/5/2026 | Removed | 2/5/2026 | Travel Document Not Required for | ENV country | No | No |
| 12/19/2025 | 2/5/2026 | Removed | 2/5/2026 | Travel Document Not Required for | ENV country | No | No |
| 12/19/2025 | 2/5/2026 | Removed | 2/5/2026 | Travel Document Not Required for | ENV country | No | No |
| 12/19/2025 | 2/5/2026 | Removed | 2/6/2026 | Travel Document Not Required for | ENV country | No | No |
| 12/19/2025 | 2/5/2026 | Removed | 2/6/2026 | Travel Document Not Required for | ENV country | No | No |
| 12/19/2025 | 2/5/2026 | Removed | 2/5/2026 | Travel Document Not Required for | ENV country | No | No |
| 12/19/2025 | 2/5/2026 | Removed | 2/5/2026 | Travel Document Not Required for | ENV country | No | No |
| 12/19/2025 | 2/5/2026 | Removed | 2/5/2026 | Travel Document Not Required for | ENV country | No | No |
| 2/2/2026 | 3/1/2026 | Transferred | 2/5/2026 | Travel Document Not Required for | ENV country | Yes | No |
| 12/19/2025 | 2/5/2026 | Removed | | Travel Document Not Required for | ENV country | No | No |
| 2/2/2026 | 3/8/2026 | Transferred | 2/5/2026 | Travel Document Not Required for | ENV country | Yes | No |
| 12/19/2025 | 2/5/2026 | Removed | | Travel Document Not Required for | | No | Yes |
| 2/2/2026 | 3/8/2026 | Transferred | 2/5/2026 | Travel Document Not Required for | | Yes | No |
| 12/19/2025 | 2/5/2026 | Removed | 2/5/2026 | Travel Document Not Required for | ENV country | No | Yes |
| 12/19/2025 | 2/5/2026 | Removed | 2/5/2026 | Travel Document Not Required for | ENV country | No | No |
| 2/2/2026 | 3/8/2026 | Transferred | | Travel Document Not Required for | | Yes | Yes |
| 12/19/2025 | 2/5/2026 | Removed | 2/5/2026 | Travel Document Not Required for | ENV country | No | No |
| 12/19/2025 | 2/5/2026 | Removed | 2/5/2026 | Travel Document Not Required for | ENV country | No | No |
| 1/2/2026 | 2/2/2026 | Transferred | 2/9/2026 | Travel Document Not Required for | approval received | Yes | Yes |
| 1/2/2026 | 2/2/2026 | Transferred | 2/9/2026 | Travel Document Not Required for | approval received | Yes | Yes |
| 1/2/2026 | 2/2/2026 | Transferred | 2/9/2026 | Travel Document Not Required for | approval received | Yes | Yes |
| 2/2/2026 | 3/5/2026 | Removed | 3/5/2026 | Travel Document Not Required for | ENV country | Yes | Yes |
| 1/2/2026 | 2/2/2026 | Transferred | 2/9/2026 | Travel Document Not Required for | approval received | Yes | Yes |
| 1/2/2026 | 2/2/2026 | Transferred | 2/9/2026 | Travel Document Not Required for | approval received | Yes | Yes |
| 1/2/2026 | 2/2/2026 | Transferred | 2/9/2026 | Travel Document Not Required for | approval received | Yes | Yes |
| 2/2/2026 | 3/8/2026 | Transferred | | Travel Document Not Required for | | Yes | Yes |
| 1/2/2026 | 2/2/2026 | Transferred | 2/9/2026 | Travel Document Not Required for | approval received | Yes | Yes |
| 1/2/2026 | 2/2/2026 | Transferred | 2/9/2026 | Travel Document Not Required for | approval received | Yes | Yes |
| 1/2/2026 | 2/2/2026 | Transferred | 2/9/2026 | Travel Document Not Required for | approval received | Yes | Yes |
| 1/2/2026 | 2/2/2026 | Transferred | 2/9/2026 | Travel Document Not Required for | approval received | Yes | Yes |
| 1/10/2026 | 2/2/2026 | Transferred | 2/9/2026 | Travel Document Not Required for | approval received | Yes | Yes |
| 2/2/2026 | 3/8/2026 | Transferred | | Travel Document Not Required for | | Yes | Yes |
| 1/10/2026 | 2/2/2026 | Transferred | 2/9/2026 | Travel Document Not Required for | approval received | Yes | Yes |
| 1/10/2026 | 2/2/2026 | Transferred | 2/9/2026 | Travel Document Not Required for | approval received | Yes | Yes |
| 1/10/2026 | 2/2/2026 | Transferred | 2/9/2026 | Travel Document Not Required for | approval received | Yes | Yes |
| 1/10/2026 | 2/2/2026 | Removed | 2/9/2026 | Travel Document Not Required for | approval received | Yes | Yes |
| 1/10/2026 | 2/2/2026 | Transferred | 2/9/2026 | Travel Document Not Required for | approval received | Yes | Yes |
| 1/10/2026 | 2/2/2026 | Transferred | 2/9/2026 | Travel Document Not Required for | approval received | Yes | Yes |
| 1/10/2026 | 2/2/2026 | Transferred | 2/9/2026 | Travel Document Not Required for | approval received | Yes | Yes |
| 1/10/2026 | 2/2/2026 | Transferred | 2/9/2026 | Travel Document Not Required for | approval received | Yes | Yes |
| 1/10/2026 | 2/2/2026 | Transferred | 2/9/2026 | Travel Document Not Required for | approval received | Yes | Yes |
| 1/10/2026 | 2/2/2026 | Transferred | 2/9/2026 | Travel Document Not Required for | approval received | Yes | Yes |
| 1/10/2026 | 2/2/2026 | Transferred | 2/9/2026 | Travel Document Not Required for | approval received | Yes | Yes |
| 1/10/2026 | 2/2/2026 | Transferred | 2/9/2026 | Travel Document Not Required for | approval received | Yes | Yes |
| 1/10/2026 | 2/2/2026 | Transferred | 2/9/2026 | Travel Document Not Required for | approval received | Yes | Yes |
| 2/2/2026 | 3/8/2026 | Transferred | 2/9/2026 | Travel Document Not Required for | | Yes | Yes |
| 1/10/2026 | 2/2/2026 | Transferred | 2/9/2026 | Travel Document Not Required for | approval received | Yes | Yes |
| 1/10/2026 | 2/2/2026 | Transferred | 2/9/2026 | Travel Document Not Required for | approval received | Yes | Yes |
| 1/10/2026 | 2/2/2026 | Transferred | 2/9/2026 | Travel Document Not Required for | approval received | Yes | Yes |