# EXHIBIT C



**DEPARTMENT OF THE NAVY**
COMMANDING OFFICER
U.S. NAVAL STATION GUANTANAMO BAY CUBA
PSC 1005 BOX 25 FPO AE 09593-0100

NSGBINST 5500.1D
N00
18 May 21

## U.S. NAVAL STATION, GUANTANAMO BAY, CUBA INSTRUCTION 5500.1D

From:  Commanding Officer, U.S. Naval Station, Guantanamo Bay, Cuba

Subj:  REGULATIONS AND POLICIES PERTAINING TO MIGRANTS

Ref:   (a) Executive Order 13276
       (b) NSGBINST 3821.1
       (c) NAVSTAGTMOINST 1710.10B
       (d) NAVSTAGTMOINST 5760.1E
       (e) NSGBINST 1754.1B
       (f) NAVSTAGTMOINST 4060.1
       (g) NSGBINST 3821.1

Encl:  (1) Statement of Understanding of Rules and Regulations for Migrants
       (2) Naval Station Request form for Migrants

1. Purpose. To establish installation policies and regulations governing migrants temporarily housed at U.S. Naval Station Guantanamo Bay, Cuba (NSGB). This document addresses the joint humanitarian mission of the Department of State, the Department of Homeland Security, and the Department of Defense to provide migrants who may be in need of protection with custody, care, and safety while they are awaiting screening and/or resettlement. This document is designed to ensure the safety and security of both the Naval Station and the migrants. The intent is for the migrants to feel welcome during their time as a member of the community at NSGB while not infringing on the operations and security of the installation. Migrants are neither detained nor imprisoned, and are free at any time to return to their country of origin.

2. Cancellation. NAVSTAGTMOINST 5500.1C.

3. Applicability. This instruction applies to all personnel onboard NSGB without regard to rank, nationality, or military status. This instruction is a lawful punitive order enforceable under the Uniform Code of Military Justice (UCMJ). This instruction may also be enforced via administrative measures including but not limited to restriction from specified locations, revocation of certain privileges, revocation of entry approval, and debarment. Exception to this policy must be approved by NSGB Commanding Officer.

4. Definitions. Unless specifically indicated otherwise, the following definitions apply throughout this instruction:

   a. Alcoholic beverage. Wine, liquor, liqueur, other distilled spirits, cordials, beer, and malt beverages. For the purposes of this instruction, the term does not include "non-alcoholic beer" (beer with less than one-half of one percent alcohol by volume).

b. Daylight Hours. The period of time between sunrise and sunset. Sunset will be determined by the sounding of evening colors.

c. Debarment. Permanent removal from NSGB. Reentry or attempted reentry after debarment is a criminal offense punishable under Title 18, United States Code, section 1382.

d. DHS. United States Department of Homeland Security.

e. DoD. United States Department of Defense.

f. DoS. United States Department of State.

g. Escort. An individual or group of individuals who are responsible for supervising specific migrant activities or events. While escorting migrants, the escort is responsible for reporting violations of all rules, regulations, and policies. Escorts may be members of the migrant's sponsor agency or other competent individuals properly briefed by NSGB Migrant Operations personnel. For the purpose of this instruction, escorts are required to maintain at least a one-to-five escort-to-migrant ratio.

h. Interagency Migrant Administrative Forum (IMAF). An administrative forum designed to review and address instances of alleged migrant misconduct onboard NSGB. See reference (b).

i. International Organization for Migration (IOM). DoS has made an award to the IOM to act on DoS' behalf undertaking the care, custody, and well-being of protected migrants.

j. Migrant. Cuban Nationals and Foreign Nationals interdicted or intercepted in the Caribbean region and housed at NSGB Migrant Operations Center (MOC), per reference (a).

k. MOC. The facilities within the fence line perimeter assigned collectively to DHS and DoS specifically for the purpose of fulfilling the requirements set forth in reference (a). This area is currently located on the Leeward side of the installation and includes buildings AV622, 1567, the Special Housing Unit (SHU), woodworking facilities, recreation center, and other buildings, or facilities designated for Migrant Operations in close proximity to the housing buildings.

(1) MOC "Area A" refers to building AV622 where protected migrants reside.

(2) MOC "Area B" refers to the expanded area beyond MOC "Area A" that includes recreational facilities such as the pavilion and woodworking area.

l. Minor. Any person under the age of 18.

m. NSGB. U.S. Naval Station, Guantanamo Bay, Cuba

n. NSGB CO. U.S. Naval Station, Guantanamo Bay, Cuba Commanding Officer

2

NSGBINST 5500.1D
18 May 2021

o. Protected Migrant. Migrant who has been conferred Protected Status by the Secretary of Homeland Security indicating that a migrant's circumstances are such that he or she needs protection based on a well-founded fear of persecution or torture if returned to the country of origin. Protected migrants reside in MOC "Area A" under the care and custody of DoS.

p. Resettlement. The relocation and integration of protected migrants into a safe country not to include the United States.

q. Resident. For the purpose of this instruction a resident is defined as any person onboard NSGB, regardless of command, employer, nationality, or military status. The term includes both permanently assigned personnel and temporary official and unofficial visitors.

r. Sponsor. The agency responsible for migrant care and custody per reference (a). The term includes the agency's agents, employees, and designees whose duties require them to interact with migrants. Migrants' sponsors are usually DHS (or its designee) or DoS (or its designee).

s. Tripartite Review Panel (TRP). The TRP consists of the NSGB Migrant Operations Officer (NSGB MigOps), a DoS representative, a DHS Representative and others as required. The TRP will meet in person, via teleconference, or via email, as required.

t. Undetermined Migrant. A migrant who has not yet been definitively screened by DHS to determine whether he/she qualifies as a protected migrant. Undetermined migrants reside in MOC "Area B," Building 1567 under the responsibility of DHS.

u. Voluntary Repatriation. A process by which a protected migrant voluntarily exercises his/her right to leave NSGB and return to his/her country of nationality (or, in the case of Cuban nationals, return to Cuban-controlled territory), when authorities from his/her country of nationality accept such return or repatriation.

5. Background.

a. Roles and Responsibilities under reference (a).

(1) DoD is required to provide facilities that are excess to current military needs and the provision of which does not interfere with the operation and security of the base. These resources are made available for the housing and care of any undocumented aliens interdicted or intercepted in the Caribbean region and taken into custody.

(2) DHS is responsible for the custody, care, safety, transportation, and other needs of undetermined migrants until the migrant is granted protected status and transfer is made to DoS.

(3) DoS is responsible for the custody, care, safety, transportation and other needs of protected migrants on NSGB. Such care will be provided until resettlement or voluntary repatriation.

3

b. Policy. Migrants are not detained at NSGB. They are temporarily housed on the installation and may request to be repatriated at any time. Managing this population is a joint mission. The rules in this instruction exist to safeguard migrants' status and to provide clarity for this critical interagency mission. NSGB is a remote, yet strategically vital installation with limited resources. To this point, NSGB will make every reasonable effort to provide the migrants with the highest practical quality of life. However, at no time will this come at the expense of safety, good order and discipline, force protection or mission accomplishment.

6. Enforcement. Strict adherence to the provisions of this instruction is mandatory for all personnel onboard NSGB. Any individual violating these rules, or aiding another in the violation of these rules, is subject to administrative action. For military personnel, this instruction is a punitive order enforceable under the Uniform Code of Military Justice. Any non-migrant civilian found in violation of this instruction may be subject to administrative consequence including, but not limited to, immediate debarment. Migrants in violation of this instruction may be subject to administrative or disciplinary consequence including, but not limited to room restriction, MOC restriction, and/or denial, suspension, or revocation of Leeward or Windward shoreline access, or other privileges. All personnel are expected to report violations of this instruction.

7. Area and Facility Access Privileges.

a. All migrants shall reside in the MOC unless capacity or disciplinary issues dictate otherwise. Migrant activities shall generally be centered on the Leeward side of the installation. Migrant activity on the Windward side is expected to be purposeful, scheduled, and supervised. Migrants remain at all times subject to the authority of their sponsors and designated escorts. It is the sponsor's responsibility to report any violations of this instruction by migrants under their supervision to NSGB MigOps.

b. Changes in migrant status (e.g., a change from "undetermined" to "protected" status) may involve a shift in sponsor responsibility. Therefore, the screening entity or sponsor shall immediately (within 24 hours) notify the NSGB CO of any status changes.

c. Sponsors may request NSGB access beyond the designated MOC Area "A" for migrants under their care and custody. Request shall be submitted in writing per enclosure (2). Sponsors shall brief migrants on all applicable laws and NSGB regulations in a language they understand, including but not limited to this instruction.

d. NSGB CO Discretion. The NSGB CO (or his/her designated representative) is the approving authority for NSGB access and privileges for migrants, and may, on a case-by-case basis, grant exception to provisions of this instruction. All access and privileges granted by the NSGB CO are revocable and the NSGB CO retains plenary discretion to grant, deny, suspend, revoke, or terminate access and other privileges as he or she deems appropriate. Communications from migrants regarding base access and privileges, including requests for additional access or privileges, should be submitted in writing, signed by the individual migrant, and routed through their sponsor to the NSGB MigOps. The NSGB MigOps will consult with

4

NSGBINST 5500.1D
18 May 2021

DHS and DoS regarding changes to access and privileges for migrants, while the NSGB CO retains ultimate authority.

e. The access and privileges that a migrant enjoys depend on each of the following factors:

(1) The migrant's compliance with applicable law, sponsor rules and regulations, and NSGB instructions and orders.

(2) The threat posed, if any, by the migrant to the safety, security, good order and discipline of NSGB and its residents.

(3) The operational requirements of NSGB and its tenant commands.

(4) The sponsor's resources and ability to provide escorts, as required.

(5) The sponsor's briefing of migrants on established rules and regulations.

f. Migrants placed on room restriction are prohibited from leaving their room unless escorted by DHS (or its designee). Violations of this rule will be considered a serious threat to installation safety, security, good order and discipline and may result in additional administrative actions.

(1) Migrants on room restriction will not receive their DoS food stipend and will have their meals delivered to them three times daily.

g. Migrants who have been placed on MOC restriction are prohibited from leaving the MOC's fenceline perimeter (MOC "A") unless escorted by DHS (or its designee). Violations of this rule will be considered a serious threat to installation safety, security, good order and discipline and may result in additional administrative actions.

(1) Migrants on MOC restriction will not receive their DoS food stipend and will be provided the opportunity to be escorted to the galley three times daily for meals.

h. In order to facilitate interagency coordination, it is highly recommended that all interagency partners, at a minimum, meet quarterly to address issues and policies related to the custody, care, safety, transportation, and other needs of the steady state migrant population. Factors such as a significant increase in population or disciplinary issues may necessitate more frequent meetings.

i. NSGB Access. Based upon a request submitted by the sponsor, a protected migrant may be granted NSGB access outside of the MOC. This access may be adjusted at the discretion of the NSGB CO.

(1) Leeward Shoreline. Migrants with "Leeward-only" access privileges may enter the following areas, in addition to MOC "Area A" and "Area B":

5

NSGBINST 5500.1D
18 May 2021

       (a) Leeward public areas during daylight hours.

       (b) Leeward galley during meal times.

       (c) Chapman Beach (subject to all other beach rules) during daylight hours.

       (d) Leeward Navy Exchange Mini Mart during its hours of operation.

       (e) Migrants who have Leeward-only access are prohibited from leaving the Leeward shoreline and/or crossing to the Windward shoreline unless they are under escort for authorized purposes. Violations of this rule will be considered a serious threat to installation safety, security, good order and discipline and will result in administrative action.

       (2) Escorted Windward Access. In addition to Leeward access, migrants may be eligible for escorted access to the Windward shoreline. Migrants with Escorted Windward access privileges may access public areas on the Windward side of the base, provided they are escorted by the sponsor or supervisory personnel. These areas include:

       (a) The public areas along Sherman Avenue between the Downtown Lyceum and Deer Point Road.

       (b) All Morale, Warfare, and Recreation (MWR)/exercise facilities, including, but not limited to, Denich Gym, Marblehead Lanes bowling alley, Cooper Field Sports Complex, Windjammer swimming pool, and golf courses.

       (c) Restaurants, including but not limited to, the Bayview, Bombers, Caribbean Coffee and Cream, McDonald's, Spinz, Subway, and Windjammer.

       (d) Beaches, Lighthouse Museum and Phillips Dive Park.

       (e) Hospital.

       (f) Church.

    j. Prohibited Areas. Regardless of access granted, migrants are prohibited from entering the following areas:

       (1) Bars, including but not limited to Clipper Club, O'Kelly's, Rick's, or Tiki Bar

       (2) Navy Lodge

       (3) Navy Gateway Inns and Suites

       (4) Any family or bachelor housing area

6

NSGBINST 5500.1D
18 May 2021

(5) Any JTF-GTMO area.

(6) Post Office or mail boxes

(7) Air Terminal

(8) Naval Station Security facilities

k. Transportation. Migrant ground transportation is the responsibility of the sponsor. In emergency situations (as determined by a medical professional) when cross bay transportation is required outside of the normal ferry/U-Boat operating schedule, or in situations where the bay is secured to non-military transport, sponsors may request NSGB transportation assistance to U.S. Naval Hospital, Guantanamo Bay, Cuba.

(1) Leeward. Bus transportation between authorized areas and facilities on Leeward is permitted.

(2) Windward. For migrants granted escorted access to the Windward shoreline, unescorted ferry/U-boat transportation is permitted between Windward and Leeward provided that the migrants are under positive control while waiting to board and immediately upon disembarking the ferry/U-boat on Windward. Once on Windward, migrant transportation is the responsibility of the sponsor.

(3) Migrants may not operate motor vehicles or watercraft.

l. Employment. Migrants who are at least 18 years old, and who have been granted base access, may seek employment, subject to the following constraints:

(1) Requests for migrant employment with third party organizations or contractors shall be routed to the NSGB CO for approval via enclosure (2). Migrant work schedule/location shall be provided to the NSGB CO by the sponsor upon request, or as significant changes are made.

(2) If employment will be outside the migrant's approved access area, the sponsor shall send notification to NSGB MigOps for situational awareness only.

(3) Migrants may apply for unfilled positions for which recruitment is open to foreign nationals or for positions open to migrants pursuant to an agreement between the Naval Station and the migrants' sponsor or the sponsor's designee.

(4) Migrants must coordinate with their sponsor for interpretation assistance, introductions to potential employers, banking assistance, and work schedule/location.

(5) Employers may be permitted to act as migrant escorts during working hours, provided that they have been briefed, signed the Statement of Understanding of Rules and Regulations for Migrants, and are cleared by the NSGB CO or his/her designee.

7

NSGBINST 5500.1D
18 May 2021

(6) Migrants must be escorted to and from their work site. For example, a migrant coming from Leeward must be escorted from Windward Ferry Landing to the job site, and back.

(7) Migrant employees will be expected to adhere to the conditions of employment mandated by their employer. If a conflict arises between those conditions and the rules found in this instruction, this instruction shall take precedence.

m.  Access to Communication Devices and Facilities. With the exception of monitored phone calls and supervised internet usage intended for school work (grades kindergarten – 12th grade), migrants are prohibited from using all communication devices and methods, including but not limited to public or base telephones, mobile or cellular phones, phone cards, radio, internet, e-mail, and voice over internet protocol. The DHS/DoS appointed migrant security contractor is the responsible authority for migrant phone call monitoring.

(1) At a minimum, DHS is permitted to facilitate one monitored phone call for undetermined migrants who have recently arrived at NSGB. DoS is permitted to facilitate two monitored phone calls into Cuba for each protected migrant. The first will be scheduled within 14 days following their protection determination. The second will be scheduled within seven days of their scheduled resettlement.

(2) Additionally, each adult migrant and each unaccompanied minor migrant is allowed 30 (use or lose) minutes per week. Accompanied minors may use the phone during a call made by their accompanying relative, but are not allowed independent phone call privileges. The security contractor shall maintain a log of all calls made by migrants that includes migrant's name, date, time, duration and number(s) dialed. These monitored phone calls are a privilege intended to be a method for migrants to communicate with their families and friends on issues pertaining to their health and well-being. Continual access to this privilege shall only be granted consistent with security and good order and discipline.

(3) Personnel designated as monitors shall take any steps necessary, up to and including terminating the communication, to prevent the migrant from discussing or otherwise communicating restricted information. Violations of this rule will be considered a serious threat to installation safety, security, good order and discipline and will result in administrative action. NSGB MigOps, Operations and/or security personnel shall be notified when a phone call has been terminated. Restricted information includes the following:

(a) Any assistance received enroute to NSGB or before interdiction.

(b) Routes to NSGB.

(c) Methods of entry into NSGB.

(d) Status, location, or composition of Cuban minefields.

8

(e) Information of NSGB personnel (any resident or visitor), equipment, facilities, readiness, or ship or aircraft movements.

(f) Information regarding debriefs or interviews conducted with the migrant.

(g) Information regarding other migrants, with the exception of immediate family members.

(h) Information distorting or exaggerating personal or medical treatment while at NSGB.

(i) Information that, if released, would be detrimental to the safety and security of NSGB or its residents.

(j) Information that could further encourage others to attempt illegal migration.

(4) All communication costs will be paid by the migrant or the sponsor.

(5) Mail. Migrants will be permitted to send money and letters through the mail. Migrants will also be permitted to send photographs of themselves, taken within authorized areas of the MOC. Migrants are prohibited from mailing any audio or visual recordings from cameras, camcorders or any other audio/visual recording devices. No other items may be mailed without prior permission of the NSGB CO. Migrants may receive mail through the DHS/DoS security contractor. Migrants may not receive packages. The DoS/DHS security contractor is responsible for screening all inbound and outbound mail.

8. Rules Governing Migrant Conduct. Migrants must follow the orders of the NSGB CO and his or her designees, in addition to the rules below. Violation of these rules or any applicable order may lead to the revocation of base access outside the MOC, and may result in administrative action.

a. Migrants shall treat each other and all residents with respect and dignity.

b. Migrants shall not behave in any manner that endangers their safety and security or the safety and security of other migrants.

c. Identification. Migrants shall carry their NSGB identification badges at all times.

d. Curfew. With the exception of activities approved by NSGB, all migrants, regardless of the access granted by the NSGB CO, shall remain in MOC "Area A" or MOC "Area B" between the hours of sunset (sounding of evening colors) and 2300. Additionally, with the exception of activities approved by NSGB, all migrants, regardless of the access granted by the NSGB CO, shall be present in MOC "Area A" between the hours of 2300 and 0600. MOC "Area A" will be under quiet hour restrictions between the hours of 2200 and 0700. During quiet hours migrants

9

NSGBINST 5500.1D
18 May 2021

are not allowed guest in their rooms and noise must be kept to level where the noise cannot be heard outside of individual rooms.

e. Minors. In addition to the specific rules that follow, care and supervision of migrant minors shall be governed by reference (e).

(1) Migrant minors shall, whenever outside the MOC, be under the direct supervision of an adult migrant parent, sponsor, or sponsor designee, unless granted an exception by the NSGB CO, on a case-by-case basis. Requests for exceptions should be submitted in accordance with the procedure set forth in paragraph 7(d).

(2) NSGB does not have the authority to enroll non-DoD dependent children into the Department of Defense Education Activity (DoDEA) school system. DoS may apply for a waiver with DoDEA and, subject to availability, may enroll children into Naval Station DoD schools.

(a) If enrolled into Naval Station DoD schools, DoDEA staff must be briefed on all regulations pertaining to the migrant minor as outlined in this instruction. IOM will be the responsible party for supervision and escort between school hours and parental pick-up. During school hours, the DoDEA staff would serve as the migrant minor's escort.

(b) Migrant minors who require internet access for completion of academic requirements must be supervised during use by DoDEA staff or IOM.

f. Contraband. Migrants are not permitted to own or possess the following items, referred to as "contraband." Contraband will be confiscated by the sponsor, DHS/DoS appointed migrant security contractor, or NSGB authorities and immediately reported to the NSGB CO. Contraband includes the following:

(1) All firearms (and imitation firearms) and ammunition.

(2) Knives; except while cooking in the MOC kitchen, eating, or for woodshop activities in the woodshop.

(3) Weapons and all items fashioned into a weapon.

(4) Spear guns.

(5) Dangerous chemicals or explosives.

(6) Alcoholic beverages and other forms of intoxicants.

(7) Pornography and other sexually explicit material.

(8) Illegal drugs or unauthorized medication.

10

(9) Cameras, camcorders, and all recording devices.

(10) Communications devices, including, but not limited to, mobile or cellular phones, phone cards, and radios capable of transmitting.

(11) Computers or computing devices acquired contrary to the rules in this instruction.

(12) Wildlife (dead or alive) except approved fish.

(13) Military uniforms and insignia.

(14) Cooking devices and appliances in migrants rooms, with the exception of small microwave ovens and coffee makers (one each per room) operated in a manner consistent with all applicable electrical and fire safety instructions and orders.

g. Water Sports and Recreation. Migrants may not rent, check-out, pilot, or skipper watercraft. With the exception of water taxis and emergency water transport, migrants may only board watercraft if accompanied by their sponsor on a designated recreation outing conducted pursuant to the sponsor's mission. Migrants shall not board privately owned watercraft (with the exception of boats operated by the sponsor for official business). Migrants shall not scuba dive or possess or handle spear guns. Migrants may only swim or snorkel within the 200-yard limit of a public beach within their approved access area.

h. Migrants shall participate in emergency drills conducted by NSGB or the migrants' sponsor.

i. Migrants are prohibited from performing electrical or electronic repairs, or splicing cables or phone lines anywhere at NSGB.

j. Migrants are prohibited from unauthorized modifications of rooms, roofs, ceilings, fire detectors, emergency lighting fixtures, or any other NSGB property.

k. Migrants are prohibited from interfering with any lawful search or inspection by NSGB authorities or their sponsors. This includes searches of the migrants and their belongings and breath alcohol content testing. Furthermore, the security contractor who is operating the MOC under DHS and DoS supervision has an obligation to search MOC buildings, including migrants' personal quarters, to verify that their sponsored migrants are complying with this instruction and other applicable laws and regulations.

l. Migrants are prohibited from accessing the administrative and security areas of any NSGB building, including MOC buildings, unless escorted.

m. Migrants are prohibited from committing, conspiring to commit, attempting to commit, or facilitating any criminal act, including, but not limited to, sexual solicitation or prostitution,

NSGBINST 5500.1D
18 May 2021

demonstrating on Navy property without permission, harassment, rioting, arson, extortion, blackmail, sexual assault, indecent exposure, and theft.

n. Migrants shall inform their sponsor of their whereabouts and activities and sponsors shall, upon request, inform the NSGB CO or his/her designees of the whereabouts of particular migrants.

o. Migrants with access to either shoreline shall sign in and out when exiting and returning to the MOC and also indicate where they are going.

p. Communication between undetermined and/or non-protected migrants and protected migrants is prohibited.

q. Littering is prohibited. All trash must be placed in an appropriate container for disposal.

r. Migrants are permitted to use, purchase, and possess portable electronic devices (e.g., iPods, MP3 players or DVD players), to include electronic storage devices, subject to the following restrictions:

(1) Migrants are prohibited from accessing the internet (including, but not limited to, e-mail, worldwide web, voice over internet protocol, or any social media);

(2) Migrants may NOT purchase or possess computers or other internet enabled devices while they reside at NSGB. Within seven days of resettlement, computers or internet enabled devices may be purchased new from the Navy Exchange, but shall be taken directly back to the MOC unopened, in their original packaging, and turned-over to MOC security personnel. Migrants, while under supervision, may function check the newly purchased electronics to ensure there are no issues with the device(s). The device(s) will be given back to the migrant the day they permanently depart NSGB;

(3) Migrants are prohibited from placing any portable electronic device(s) in the mail.

(4) Migrants are prohibited from purchasing portable electronic devices from sources other than the Navy Exchange.

(5) Migrants are prohibited from purchasing or receiving used or opened portable electronic devices.

(6) Requests to purchase electronic devices must be routed through NSGB Migrant Operations for assessment of the device.

(7) Electronic Storage Devices are subject to random inspection, and will be inspected prior to the protected migrants' departure from the installation.

12

NSGBINST 5500.1D
18 May 2021

(8) Any portable electronic device acquired contrary to these restrictions will be treated as contraband and confiscated. The NSGB CO has authority to authorize the review of data stored on such devices.

s. Migrants shall not consume, possess, purchase, sell, transport, or distill alcoholic beverages.

t. Migrants shall only engage in those personal services and concessionaire contracts as permitted by reference (f), and only under the direct supervision of the sponsor.

u. Migrants are prohibited from having socially intimate or sexual relationships with other base residents, visitors and/or other migrants. This does not apply to migrants that are in DoS/DHS recognized relationships upon arrival. Breach of this rule is a serious threat to installation safety, security, good order, and discipline. Violations will result in punitive or administrative consequences for both migrants and residents involved.

9. Rules Governing Resident and Visitor Interaction with Migrants.

a. All residents will treat migrants with respect and dignity.

b. Unless on official business, a resident's entry into the MOC is prohibited. Residents desiring to enter the MOC on unofficial business must obtain prior permission from the NSGB CO.

c. Personnel may engage in socially appropriate interaction with migrants in public areas or at public events. Personnel shall limit their interaction with migrants to matters relevant to official NSGB or sponsor business or, in the event the migrant is employed, matters relevant to the migrant's authorized employment with the exception of permitted activities under 9d.

d. Residents who desire to invite migrants to social occasions or recreational activities must request and receive permission from the NSGB CO, or his/her designated representative, prior to the event. Specific permission is required to ensure that the resident host is familiar with, and assumes responsibility for, compliance with all rules applicable to protected migrants and their interaction with residents, including any applicable rules governing escort, curfews, alcoholic beverages, communication, and computer access, and that the invitation is consistent with the operational and security requirements on this installation at the time of the event.

e. NSGB residents, and visitors are prohibited from having socially intimate or sexual relationships with migrants. Breach of this rule is a serious threat to installation safety, security, good order and discipline. Violations will result in punitive or administrative consequences for both migrants and residents involved.

f. Residents are prohibited from selling, distributing, or transporting alcoholic beverages to migrants. Residents are also prohibited from purchasing alcoholic beverages for migrants.

13

NSGBINST 5500.1D
18 May 2021

g. Any person or group wishing to donate an item or items to a migrant or migrants must do so through the migrant's sponsor or the sponsor's designee.

h. Residents may only purchase goods, such as crafts, from migrants through authorized channels. The migrants' sponsor shall oversee all monetary transactions between migrants and residents.

i. Residents are prohibited from communicating any information, by any means, to any person or agency on behalf of any migrant, without obtaining prior approval from the NSGB CO. This prohibition includes, but is not limited to, photographic, videography, or audio recordings of or about migrants.

j. No resident shall direct migrants to conduct, nor assist migrants in conducting, any unauthorized or criminal activity, including, but not limited to, espionage, subversion, sabotage, or terrorism.

k. Any resident witnessing what they believe to be migrants engaged in acts of espionage, subversion, sabotage, or terrorism, shall immediately report the incident to NSGB Security and/or Intelligence Department Personnel.

10. Violations.

a. Investigations. Reports of violations of this instruction shall be thoroughly investigated and all investigations shall be coordinated through NSGB. Consistent with security and investigation protocols, NSGB will notify the sponsor of the migrant(s) under investigation as soon as possible.

b. Migrants.

(1) Administrative Procedures. In order to maintain good order and discipline aboard NSGB, migrants in violation of this instruction may be subject to administrative action through one of the following methods/procedures:

(a) Department of State. DoS, through its designee, can withdraw its support for protected migrant access or deny protected migrant participation in activities as deemed necessary. All other administrative actions are at the discretion of the NSGB CO.

(b) NSGB CO. Prior to imposing administrative action, the NSGB CO will notify the migrant of the commander's intention to impose administrative action, the nature of misconduct alleged, supporting evidence, the migrant's signed agreement to abide by this instruction, and the option to have the matter referred to the IMAF. If the migrant does not elect to have the matter referred to the IMAF, he or she may make a statement in writing, or present evidence and witnesses to the NSGB CO for his or her review.

14

NSGBINST 5500.1D
18 May 2021

The NSGB CO will consider any such statements or evidence provided, and consult with the TRP, before imposing administrative action.

(c) Interagency Migrant Administrative Forum. Migrants who choose to have the matter determined through the IMAF are subject to the provisions in reference (b). An IMAF hearing shall consist of one IMAF Magistrate, one IMAF Recorder, the Interagency Forum, and the Respondent.

(2) Forms of administrative action. Administrative action taken by either NSGB CO or IMAF can include, but is not limited to, the following:

(a) Curtailment, suspension, or revocation of any privilege granted in this instruction, including revocation of access to Leeward and Windward shorelines and restriction to room or MOC "A".

(b) Special Housing Unit (SHU). The SHU is a segregation unit used only to isolate a migrant who has been determined to present a danger to himself/herself or any other migrant or individual onboard NSGB, or who presents a threat of any kind to base safety and security. The amount of time a migrant will spend in the SHU will be determined by the NSGB CO, in consultation with DoS and DHS or the IMAF.

c. Military and Non-Migrant Civilian Base Residents. Military and non-migrant civilian residents in violation of this instruction may be subject to criminal and/or administrative action as determined to be appropriate by the NSGB CO.

(1) For military personnel, this instruction is a lawful punitive order enforceable under the Uniform Code of Military Justice.

(2) For all other personnel onboard the installation, including but not limited to civilian government employees, contractors (US citizens and foreign nationals), and dependents of military personnel, violations of this instruction will result in criminal and/or administrative action by the installation up to and including debarment from the installation.

d. Duty to Report. All residents, migrants, and migrant sponsors and their designees have a duty to report to NSGB Security, Intelligence, or Operations personnel any observed violations of this instruction.

11. Media Contact. All media contact or events, including briefs, shall be coordinated by NSGB Public Affairs Officer with coordination with DoS and DHS. Visiting media representatives are prohibited from contacting or communicating with migrants without prior approval from the NSGB CO and the migrant's sponsor.

15

12. Responsibilities.

a. Tenant CO and Officers-in-Charge (OIC). Tenant CO's and OIC's shall ensure that all service members, employees, and command-sponsored residents and visitors assigned to their commands are aware of this instruction and its applicability.

b. Operations Officer. NSGB Operations Officer shall oversee the implementation of this instruction.

c. Migrant Operations Officer. NSGB MigOps is the primary point of contact for issues pertaining to migrant operations, and is liaison to DoS, DHS and other agencies. NSGB MigOps will advise the Operations Officer and NSGB CO on base access issues, will coordinate repatriations, and facilitate monthly interagency migrant operations meetings.

d. Migrant Sponsors and Designees. Migrant sponsors and their designees are partners with NSGB in implementing this instruction. Sponsors and NSGB shall at all times maintain open lines of communication with each other. Consistent with the responsibilities delineated in reference (a), the DoS/DHS security contractor shall maintain a secure fenceline perimeter around the MOC. All migrant sponsors and designees shall, at all times, maintain accountability for the whereabouts of each migrant in their custody. Migrant sponsors and their designees shall also educate migrants and their staff on the rules applicable to them, and shall assist NSGB in enforcing this instruction and any actions pursuant therein.

e. Force Protection Staff. The force protection staff shall evaluate what, if any, impact migrants may have on the safety and security of NSGB property and residents and shall advise the NSGB CO accordingly. U.S. Government sponsoring agencies will be notified of any subsequent actions taken by NSGB.

f. Security Officer. The Security Officer shall facilitate the immediate investigation of reported violations to this instruction. Violations that are reported or perceived to be acts of espionage, subversion, sabotage, or terrorism shall immediately be turned over to NSGB Counterintelligence for further investigation. U.S. Government sponsoring agencies will be notified of any subsequent actions taken by NSGB.

g. Staff Judge Advocate. The Staff Judge Advocate shall advise the NSGB CO on the interpretation of this instruction and all laws, orders, rules, and regulations applicable to migrants.

13. Records management. Records created as a result of this instruction, regardless of media and format, must be managed per Secretary of the Navy Manual 5210.1 of January 2012.

NSGBINST 5500.1D
18 May 2021

14. . <u>Review and Effective Date.</u>  Per OPNAVINST 5215.17A, the Intelligence Officer will review this instruction annually on the anniversary of its effective date to ensure applicability, currency, and consistency with Federal, DoD, SECNAV, and Navy policy and statutory authority using OPNAV 5215/40 Review of Instruction.  This instruction will automatically expire 5 years after effective date unless reissued or canceled prior to the 5-year anniversary date, or an extension has been granted..

J. A. FISCHER

Releasability and distribution:  This instruction is cleared for public release and is available electronically only via NSGB public share drive

17

NSGBINST 5500.1D
18 May 2021

## STATEMENT OF UNDERSTANDING OF RULES AND REGULATIONS FOR MIGRANTS

5000
N2

From: _____

To:    Commanding Officer, U.S. Naval Station, Guantanamo Bay, Cuba

Subj:  STATEMENT OF UNDERSTANDING OF RULES AND REGULATIONS FOR MIGRANTS

Ref:    (a) NSGBINST 5500.1D

1. Per reference (a), I understand the rules and regulations pertaining to migrant employment aboard the U.S. Naval Station, Guantanamo Bay, Cuba (NSGB). I will ensure compliance with reference (a) and other rules and regulations as briefed or instructed by NSGB Migrant Operations personnel. I will report violations of such rules and regulations directly to NSGB Migrant Operations and/or Security personnel. I understand that if I violate any of these rules and regulations I may be subject to administrative and/or disciplinary action, up to and including debarment from NSGB.

2. Point of contact for Migrant Operations is Captain Natasha Ward, Migrant Operations Officer, COMM: (757) 457-4543, DSN: 660-4543, or natasha.b.ward.mil@mail.mil.


_____                    _____

Name (Print)                                 Signature          Date


_____

Phone Number

Enclosure (1)

NSGBINST 5500.1D
18 May 2021

## NAVAL STATION REQUEST FORM FOR MIGRANTS

This form must be used to obtain approval for a migrant to obtain Naval Station access/work request from the U.S. Naval Station, Guantanamo Bay, Cuba Commanding Officer.

---

**Migrant Information**

Migrant Name: _____

First & Last Name                                    ID Number

I have read and fully understand the rules and regulations presented in NSGBINST 5500.1C. I agree to adhere to those rules and regulations. I acknowledge that if I violate any Naval Station rules or regulations, my access to the Naval Station and its facilities are subject to revocation, and I may face additional administrative consequences.

Date _____    Migrant Signature _____    Minor Parent Signature _____

**Sponsor Information**

Sponsor Name: _____

Rank/Rate/Grade       First & Last Name       Command/Organization       Phone Number

I understand that I am responsible for the above-named migrant while at the Naval Station, including local support. I certify that the individual has been fully briefed on NSGBINST 5500.1C. In my opinion, this migrant will adhere to all Naval Station rules and regulations and conduct him- or herself in a manner that warrants expanded access privileges. I request that the above named migrant receive access or privileges as detailed below:

_____

_____

_____

_____

_____

Date _____    Phone _____    Sponsor Signature _____

**To be approved by the following:**

| Recommendations: | Approval | Disapproval | Signature/Date/Comments |
|---|---|---|---|
| NSGB MigOps | _____ | _____ | _____ |

---

Final Action:
Commanding Officer _____

Original to sponsor; copies to MOC, N2, Security Officer, Command Judge Advocate, and Operations Officer

**NSGB Form 5500, July 2017**

Enclosure (2)