# EXHIBIT E

Case 1:25-cv-01766-SLS    Document 108-14    Filed 07/02/26    Page 2 of 3



## Post

**CBP** ✓
@CBP

Flights to Guantanamo Bay have begun. The worst of the worst have no place in our homeland.

`0:09`

7:35 PM · Feb 4, 2025 · **155.5K** Views

💬 177          🔁 908          🤍 4.5K          🔖 114          📤

💬 Read 177 replies

### New to X?

Sign up now to get you

G  Sign u

 Sign

Creat

By signing up, you agre
Privacy Policy, includir

### Relevant peo

**CBP** ✓
@CBP
The official
Customs &

### What's happe

Gaming · Trending
**Kingdom Hearts 4**

Gaming · Trending
**Dark Road**

Politics · Trending
**Dr. King**

Gaming · Trending
**RPGs**

Show more

Terms of Service  |  Priva
Accessibility  |  Ads info

**Don't miss what's happening**
People on X are the first to know.

Log in

Case 1:25-cv-01766-SLS    Document 108-14    Filed 07/02/26    Page 3 of 3



**Don't miss what's happening**
People on X are the first to know.

Log in