# EXHIBIT J

**SECRETARY MARKWAYNE MULLIN**                    Search

U.S. Department of Homeland Security

# DHS Releases Names of Worst of the Worst Convicted Criminal Illegal Aliens Detained at Guantanamo Bay

**Release Date:** July 8, 2025

*Pedophiles, murderers, kidnappers, and other violent criminals are being held at the military facility*

WASHINGTON – The Department of Homeland Security (DHS) today released the names of some of the dangerous, criminal illegal aliens detained at the Guantanamo Bay.

*"We're arresting criminal illegal aliens and getting them off America's streets. Guantanamo Bay is holding the worst of the worst including child predators, rapists and murderers,"* **said Assistant Secretary Tricia McLaughlin**. *"Whether it is CECOT, Alligator Alcatraz, Guantanamo Bay or another detention facility, these dangerous criminals will not be allowed to terrorize U.S. citizens. President Trump and Secretary Noem are using every tool available to get criminal illegal aliens off our streets and out of our country. Our message is clear: Criminals are not welcome in the United States."*

Below are examples of **nearly 30 high-threat**, **violent criminal illegal aliens** that have committed **heinous crimes** and are detained at Guantanamo Bay. These dangerous illegal aliens are **convicted criminals** with **final orders of removal from an immigration judge.**

- Olma Juarez-Mendez, an illegal alien from Guatemala, has been **convicted of domestic abuse**.
- Hung Vo, an illegal alien from Vietnam, has been **convicted** of **robbery with a weapon.**
- Quan Phung, an illegal alien from Vietnam, has been **convicted** of **aggravated assault with a weapon**.
- Andis Noe Cortes Zepeda, an illegal alien from Honduras, has been **convicted** of **sexual assault**.
- Antonio Erazo-Ramos, an illegal alien from Honduras, has been **convicted** of **assault**.
- Xiang Liu, an illegal alien from China, has been **convicted** of **robbery**.
- Jin Feng Lu, an illegal alien from China, has been **convicted** of **homicide**.
- Hieu Tran, an illegal alien from Vietnam, has been **convicted** of **robbery**.

- Shubham Singh, an illegal alien from India, has been **convicted** of **child pornography**.
- Franklin Almendarez-Alvarez, an illegal alien from Honduras, has been **convicted** of **lewd acts with a minor.**
- Ramiro Villanueva, an illegal alien from Colombia, has been **convicted** of **smuggling cocaine**.
- Tien Minh Cao, an illegal alien from Vietnam, has been **convicted** of **kidnapping**.
- Khang Huy Trang, an illegal alien from Vietnam, has been **convicted** of **kidnapping for ransom**.
- Carlos Olivo Orellana, an illegal alien from El Salvador, has been convicted of **lewd acts with a minor.**
- Wen Lin, an illegal alien from China, has been **convicted** of **robbery**.
- Guillermo Gonzales-Tiul, an illegal alien from Guatemala, has been **convicted** of **assault**.
- Yong Liang, an illegal alien from China, has been **convicted** of **kidnapping**.
- Luis Fernando Ospina Tabarez, an illegal alien from Colombia, has been **convicted** of **smuggling heroin**.
- Ilie Bogde, an illegal alien from Romania, has been **convicted** of **robbery**.
- Jose Diego Pereira Valdez, and illegal alien from El Salvador, has been **convicted** of **aggravated assault with a gun**.
- Larry Medina, an illegal alien from Venezuela, has been **convicted** of **sexual assault**.
- Brayan Vasquez-Montero, an illegal alien from Colombia, has been **convicted** of **aggravated assault with a weapon**.
- Nathaniel Akeen, an illegal alien from Liberia, has been **convicted** of **robbery.**
- Eric Gresford Miller, an illegal alien from Jamaica, has been **convicted** of **aggravated assault with a gun**.
- Nigel Tomlinson, an illegal alien from the United Kingdom, has been **convicted** of **child sexual abuse**.
- Victor Bonilla-Alvarez, an illegal alien from El Salvador, has been **convicted** of **trafficking weapons.**

On January 29, 2025, President Donald J. Trump signed an [executive order (https://www.whitehouse.gov/presidential-actions/2025/01/expanding-migrant-operations-center-at-naval-station-guantanamo-bay-to-full-capacity/)](https://www.whitehouse.gov/presidential-actions/2025/01/expanding-migrant-operations-center-at-naval-station-guantanamo-bay-to-full-capacity/), Expanding Migrant Operations Center at Naval Station Guantanamo Bay to Full Capacity, directing Secretary Noem to expand the Migrant Operations Center at Naval Station Guantanamo Bay to provide additional detention space for high-priority criminal aliens illegally present in the United States.

### 

## Topics

[BORDER SECURITY (/TOPICS/BORDER-SECURITY)](/topics/border-security)

[HOMELAND SECURITY ENTERPRISE (/TOPICS/HOMELAND-SECURITY-ENTERPRISE)](/topics/homeland-security-enterprise)

[IMMIGRATION AND CUSTOMS ENFORCEMENT (/TOPICS/IMMIGRATION-AND-CUSTOMS-ENFORCEMENT)](/topics/immigration-and-customs-enforcement)

## Keywords

Case 1:25-cv-01766-SLS   Document 108-19   Filed 07/02/26   Page 4 of 4

ALIEN (/KEYWORDS/ALIEN)    GUATEMALA (/KEYWORDS/GUATEMALA)    ILLEGAL (/KEYWORDS/ILLEGAL)

IMMIGRATION (/KEYWORDS/IMMIGRATION)    IMMIGRATION ENFORCEMENT (/KEYWORDS/IMMIGRATION-ENFORCEMENT)

REMOVAL (/KEYWORDS/REMOVAL)    CRIME (/KEYWORDS/CRIME)    DETENTION CENTER (/KEYWORDS/DETENTION-CENTER)

MAKING AMERICA SAFE AGAIN (/KEYWORDS/MAKING-AMERICA-SAFE-AGAIN)

WORST OF THE WORST (/KEYWORDS/WORST-WORST)

Last Updated: 05/11/2026