# EXHIBIT M

**LEAD INSPECTOR GENERAL REPORT TO THE UNITED STATES CONGRESS**

# OPERATION SOUTHERN GUARD

 

**JANUARY 1, 2026–MARCH 31, 2026**



Pursuant to Executive Order 14347, "Restoring the United States Department of War," September 5, 2025, the Department of Defense Inspector General (DoD IG) and Office of Inspector General (DoD OIG) use the secondary titles of the Department of War Inspector General (DoW IG) and Office of Inspector General (DoW OIG), respectively. The use of these secondary titles does not in any way affect the primary statutory title or authorities of the DoD IG under The Inspector General Act of 1978, as amended (5 U.S.C. Chapter 4, Inspectors General), or the authorities or responsibilities of the DoD IG or DoD OIG pursuant to any laws, regulations, or policies.

**On the cover:** A U.S. Soldier assigned to Joint Task Force–Southern Guard inspects new bunk beds installed to increase the capacity of illegal alien holding operations at Naval Station Guantánamo Bay, Cuba, on September 19, 2025. (U.S. Air Force photo)

 

We are pleased to present this Lead Inspector General (Lead IG) report to Congress on Operation Southern Guard (OSG). This report fulfills our quarterly reporting responsibilities pursuant to the Inspector General Act of 1978, as amended.

In January 2025, President Donald J. Trump issued a series of actions and executive orders, declaring a national emergency at the southern U.S. border and directing the Department of War (DoW) and the Department of Homeland Security (DHS) to expand the illegal alien holding capabilities and facilities at Naval Station Guantánamo Bay (NSGB) to full capacity. The OSG mission is for the DoW to provide support for DHS-led efforts to hold illegal aliens at NSGB.

On March 28, 2025, the DoW designated OSG as an overseas contingency operation, triggering Lead IG reporting responsibilities under 5 U.S.C. 419. The Council of the Inspectors General on Integrity and Efficiency designated the DoW IG as the Lead IG for OSG, effective July 14, 2025.

This report describes the activities of the U.S. Government in support of OSG, specifically, DoW support to the DHS in the processing, detention, housing, and all aspects of illegal alien holding operations at NSGB, during the period of January 1 to March 31, 2026. This report also discusses the planned, ongoing, and completed oversight work conducted by the DoW OIG, State OIG, the DHS OIG, and our partner oversight agencies.

**Platte B. Moring, III**
Lead Inspector General for OSG

Inspector General

U.S. Department of War

**Arne B. Baker**
Associate Inspector General for OSG

Senior Official Performing the Duties of the Inspector General

U.S. Department of State



**IN THIS REPORT**

# IN THIS REPORT

## Fewer than 100 illegal aliens were processed at Naval Station Guantánamo Bay (NSGB) during the quarter. *p. 4*

- The Department of Homeland Security (DHS) transferred 49 illegal aliens to NSGB, during the quarter and removed 74.
- Since January 2025, the U.S. Government has transferred 797 illegal aliens to NSGB, and transferred, released, or removed 782 from NSGB.
- Over the course of OSG, illegal aliens spent an average of 16 days at NSGB. However this quarter the average length of stay was 40 days, due to repatriation issues.

## DoW has obligated $66.4 million for OSG since January 2025. *pp. 7–8*

- As of March 31, the DoW had obligated about $305 million for "Homeland Border Security Initiatives" including nearly $5.8 million for OSG, in FY 2026.
- Costs specifically related to housing illegal aliens at NSGB were projected to reach $3.94 million by March 31.
- The DHS said that funds obligated for DHS for holding illegal aliens at NSGB totaled $16.5 million.

## The DHS conducted 7 charter flights to transport 140 illegal aliens to and from NSGB during the quarter. *p. 9*

- The DHS flights cost about $6.6 million.
- The U.S. Transportation Command conducted no flights to transport illegal aliens, but did conduct 3 DoW logistics and other sustainment support missions to NSGB at a cost of more than $328,000.

## Nearly 550 personnel supported the OSG mission at NSGB. *pp. 8–9*

- There were 85 DHS personnel and contractors supporting OSG at NSGB during the quarter.
- Similar to last quarter, the U.S. Southern Command said there were about 400 military personnel assigned to Joint Task Force–Southern Guard.
- Additionally, an estimated 60 U.S. Public Health Service Commissioned Corps officers supported OSG at NSGB during the quarter on a rotating basis.

## CONTENTS

**2 MISSION UPDATE**

2 Introduction

4 Holding Operations

7 Resources

**10 APPENDIXES**

10 Appendix A: About the Lead Inspector General

11 Appendix B: Methodology for Preparing this Lead IG Report

12 Appendix C: Completed Oversight Projects

12 Appendix D: Ongoing Oversight Projects

13 Appendix E: Planned Oversight Projects

13 Appendix F: Hotline and Investigations

14 Acronyms

15 Map

16 Endnotes

**OPERATION SOUTHERN GUARD**

# MISSION UPDATE

## INTRODUCTION

Operation Southern Guard (OSG) is the Department of War (DoW) mission to support Department of Homeland Security (DHS) illegal alien holding operations at Naval Station Guantánamo Bay (NSGB), Cuba. OSG began in early 2025 and is part of broader U.S. Government efforts to remove illegal aliens from the United States and protect the U.S. southern border. The DHS is the lead federal agency for all operations pertaining to illegal alien holding operations at NSGB.[1]

According to the U.S. Southern Command (USSOUTHCOM), the desired end state for OSG is that all illegal aliens held at NSGB have been safely repatriated or relocated by the DHS, and the DoW has been relieved of its supporting mission. Until then, USSOUTHCOM said that it will continue to support the DHS in this mission.[2]

USSOUTHCOM reported no changes to its support to the DHS and OSG this quarter. It continued to focus on maintaining and improving facilities, ensuring timely medical support for the illegal alien population, and strengthening interagency coordination to streamline processes, USSOUTHCOM said.[3]

**A U.S. Marine assigned to Joint Task Force–Southern Guard stands guard on the flight line during an illegal alien transfer flight at NSGB, Cuba, on July 12, 2025. (U.S. Air Force photo)**



# OSG: An Interagency Mission

### HISTORY

**Border Security:** On January 20, 2025, President Donald J. Trump declared a national emergency at the southern border of the United States, requiring the use of the U.S. armed forces to assist the DHS in "obtaining full operational control of the southern border."[4] That same day, the President issued Executive Order (E.O.) 14165, directing the Secretary of Homeland Security to take all appropriate actions to detain illegal aliens "until their successful removal from the United States."[5]

**Operation Southern Guard:** On January 29, 2025, President Trump issued a memorandum directing the DoW to expand the Migrant Operations Center (MOC) at NSGB "to full capacity to provide additional detention space for high-priority criminal aliens unlawfully present in the United States."[6] The scope of OSG is geographically limited to NSGB and functionally limited to the specific support roles outlined in agreements between the DoW and the DHS.[7] USSOUTHCOM said that DoW support to the DHS mission had been extended through FY 2026.[8]

### ROLES AND RESPONSIBILITIES

Multiple Federal agencies support illegal alien holding operations at NSGB. A March 7, 2025 memorandum of understanding (MoU) between the DoW and the DHS outlined the roles and responsibilities for the two departments.[9]

**DHS:** As the lead Federal agency for OSG, the DHS is responsible for processing, controlling, and safeguarding illegal aliens at NSGB.[10]

**DoW:** DoW support is limited to facility support, logistical assistance, transportation, and security, enabling the DHS to manage the illegal alien population.[11] The DoW provides perimeter security, preventive health services, and emergency medical care.[12] USSOUTHCOM established Joint Task Force–Southern Guard (JTF-SG) to support illegal alien holding operations at NSGB.[13]

**State:** Since 2002, State has managed the MOC at NSGB in coordination with the DHS.[14] State has the lead, in coordination with other Federal agencies, on negotiating arrangements with other countries that allow third-country national removals. State also facilitates clearances for overflight permissions of countries the U.S. Government transits through and obtains landing clearances in destination countries for the illegal aliens.[15] State reported no substantive diplomatic interaction during the quarter.[16]

The DHS said that OSG holding activities are an expansion of existing migrant operations at NSGB under a 2002 executive order. Although that 2002 effort pertains to immigrants interdicted at sea, the DHS said that it and U.S. Immigration and Customs Enforcement (ICE) have "historically had an operational footprint at NSGB even prior to OSG. The current set-up at the NSGB represents an expansion of existing operations."[17]

# HOLDING OPERATIONS

USSOUTHCOM said DoW support to OSG during the quarter focused on management of inbound and outbound movements of illegal aliens that resumed after disruptions caused by Hurricane Melissa in October. Additionally, USSOUTHCOM expanded housing facilities to hold illegal aliens, which added to the total holding capacity.[18]

**Illegal alien capacity and occupancy at NSGB:** The DHS said that from January 21, 2025, through March 31, 2026, it transferred 797 illegal aliens to NSGB.[19] The DHS said that it transferred, released, or removed 782 illegal aliens from NSGB during the same period.[20] The cumulative average length of stay for illegal aliens at NSGB was 16 days, the DHS stated.[21] The DHS transferred 49 illegal aliens to NSGB during this quarter, and transferred, released, or removed 74.[22] During this quarter the average length of stay for illegal aliens at NSGB was about 40 days.[23]

The average detention duration at NSGB has increased over time, primarily due to the nationality of individuals held, according to U.S. Immigration and Customs Enforcement (ICE).[24] This quarter most illegal aliens held were Haitian. Haiti accepts only one repatriation flight per month, resulting in longer stays compared to other countries that had more frequent repatriation flights, ICE said.[25]

Since the inception of OSG, the shortest stay at NSGB was 1 day, while the longest was 101 days, with variations influenced by repatriation schedules and detainee nationality. Illegal aliens transferred from NSGB to destinations in the United States were moved to facilitate repatriation, address medical issues, or for legal reasons, the DHS stated.[26]

Upon initiation of OSG, the DoW intended to increase capacity at NSGB to hold 30,000 illegal aliens. The total capacity for illegal alien holding operations under OSG and the total number of illegal aliens being held there at the end of the reporting period were not available for public release.[27]

**Holding operations in the continental United States:** Illegal alien holding operations at NSGB under OSG were small compared to holding operations elsewhere in the United States. DHS statistics show that there were 60,311 illegal aliens detained in facilities across the United States as of April 4.[28] Of those individuals, 17,589 were characterized as "convicted criminals," 18,731 had "pending criminal charges," and 23,991 were "other immigration violator."[29] They were held at facilities ranging from large ICE processing centers to small jails at the municipal and county levels.[30]

Neither the DoW nor the DHS provided any specific national security, cost, or other benefit gained from housing illegal aliens at NSGB rather than other DHS or DoW facilities in the continental United States.[31]

**The DHS said that from January 21, 2025, through March 31, 2026, it transferred 797 illegal aliens to NSGB. The DHS said that it transferred, released, or removed 782 illegal aliens from NSGB during the same period.**

## OSG Facilities

NSGB is split between the west and east sides of Guantánamo Bay, referred to as the Leeward and Windward sides, respectively.[32]

**Reception Operations Center (ROC):** The ROC is the initial processing center for all illegal aliens upon arrival at NSGB. DHS personnel, with logistical support from JTF-SG, conduct initial processing steps before illegal aliens are moved to their designated holding facilities.[33]

**Migrant Operations Center (MOC):** The MOC is a DHS facility and was designed to hold displaced migrants. The MOC is now used to house low-threat illegal aliens under DHS custody, with JTF-SG providing facility maintenance and security support.[34]

**Camp VI:** Previously used to house Law of War detainees—the official term for prisoners apprehended during the Global War on Terror—Camp VI has been repurposed to house high-threat illegal aliens in DHS custody.[35] USSOUTHCOM stated that any remaining Law of War detainees at NSGB are in a different facility, separate from Camp VI, that is managed by a separate task force according to different legal and operational protocols.[36]

## CRITERIA FOR TRANSFER TO NSGB

According to the March 7 MoU between the DoW and the DHS, the DHS must ensure that all illegal aliens transported to NSGB meet certain criteria, to include having a final order of removal from the United States and a connection to specific drug trafficking organizations or other criminal activity.[37]

According to ICE, determinations regarding which illegal aliens will be transferred to NSGB are made on a case-by-case basis by the individual ICE field office, with a focus on prioritizing illegal aliens with ties to cartels, gangs, terrorism, or other serious criminal activity.[38] The ICE Removal Division is responsible for coordinating illegal aliens to be housed at NSGB. The ICE Office of the Principal Legal Advisor conducts case reviews to determine whether the criteria for transfer are met. The ICE Health Service Corps provides medical clearance.[39]

ICE said that as of the end of the quarter, of the 797 illegal aliens transferred to NSGB since OSG began, 621 had criminal convictions or pending charges while 176 did not have criminal convictions or pending charges beyond immigration violations.[40]

Determining where an individual is housed at NSGB is based on whether they are considered a low-threat or high-threat illegal alien.[41]

**High-threat illegal aliens:** The DHS said that it defines high-threat illegal aliens as non-citizens unlawfully present in the United States with violent criminal convictions or deemed to pose a serious public or national security risk.[42]



A U.S. Soldier assigned to Joint Task Force–Southern Guard inspects new bunk beds installed to increase the capacity of illegal alien holding operations at Naval Station Guantánamo Bay, Cuba, on September 19, 2025. (U.S. Air Force photo)

**Other migrant operations at NSGB:** ICE reported that migrant operations delineated under existing authorities through E.O. 13276, signed in 2002 by then-President George W. Bush, continue to run concurrently with OSG.[43] E.O. 13276 designates NSGB as a location to temporarily house migrants who were interdicted at sea in the Caribbean region, and who demonstrate a credible fear at sea of future persecution or torture if they return to their country of origin.[44]

The DHS said that the U.S. Citizenship and Immigration Services continued to conduct screenings of interdicted aliens who demonstrate a credible fear at sea and should be transferred to NSGB.[45] Since OSG began, one interdicted alien had established credible fear at sea but declined transfer to NSGB and was instead repatriated, the DHS said.[46] During the quarter, no aliens encountered at sea met the criteria to be brought to NSGB, the DHS said.[47]

The DHS stated that facilities associated with the MOC and its adjacent buildings remain available should protected migrants under E.O. 13276 require temporary housing at NSGB in the future, subject to operational and security considerations.[48] In addition, Camp VI has capabilities to house both high- and low-threat illegal aliens, given the structural set-up of the facility and its ability to keep populations separated, ICE said.[49]

**Ineligible for NSGB**: The DHS stated that all illegal aliens transported to NSGB initially met detention criteria.[50] The DHS said that no women or children are to be detained at NSGB for illegal alien holding operations.[51] Only adult males have been housed at NSGB, the DHS said.[52]

## DETENTION CONDITIONS

The DHS said that it continues to operate under temporary detention standards coordinated with the DoW and outlined in the March 7 MoU between the DoW and the DHS.[53] The standards are based on DoW and U.S. Army standards related to military corrections systems and facilities.[54] The DHS said that a draft of illegal alien holding operations standards, derived from various regulations, standards, policies, and community best practices, is pending.[55]

**The Office of the Under Secretary of War (Comptroller)/ Chief Financial Officer reported that as of March 31, the DoW had obligated about $305 million for Homeland Border Security Initiatives, in FY 2026, including nearly $5.8 million for OSG.**

**Medical incidents:** ICE reported one medical incident during the quarter. On February 1, an illegal alien was injured after slipping in the shower. He was transferred to the United States the next day. ICE said that there were no hunger strikes (defined as nine consecutively missed meals in a 72-hour period), deaths, or suicide attempts among the illegal alien population at NSGB during the quarter.[56]

**Disciplinary incidents:** Examples of actions or behaviors that required disciplinary measures against detainees include disruptive conduct like fighting, aggressive behavior, insolence toward staff, property damage, and possession of prohibited items. These actions led to illegal aliens being placed in segregation housing, ICE said.[57]

**Use of force:** ICE said that no use of force incidents involving ICE personnel were reported during the quarter, as of February 24.[58]

# RESOURCES

## FUNDING

**DoW funding:** The Office of the Under Secretary of War (Comptroller)/Chief Financial Officer (OUSW(C)) reported that as of March 31, the DoW had obligated about $305 million for Homeland Border Security Initiatives, in FY 2026, including nearly $5.8 million for OSG.[59] This brings total obligations for OSG to $66.4 million since the operation began. (See Table 1.) According to the OUSW(C), DoW support to OSG in FY 2026 is being conducted on a reimbursable basis.[60] Funds will be transferred to the DoW upon finalization of reimbursement agreements with the DHS.[61]

USSOUTHCOM estimated that FY 2026 costs specifically related to housing illegal aliens at NSGB were projected to reach $3.94 million by March 31.[62] USSOUTHCOM previously reported that costs related to housing illegal aliens at NSGB totaled $8.6 million in FY 2025.[63] These costs include dining and laundry services, as well as air traffic control and air terminal ground handling.[64]

Table 1.

**DoW Obligations for OSG, as of March 31, 2026**

| Component | FY 2025 | FY 2026 | TOTAL |
|---|---:|---:|---:|
| Army | $29,365,000 | $3,303,000 | $32,668,000 |
| Navy | 8,810,000 | 526,000 | $9,336,000 |
| Air Force | 22,466,000 | 1,936,000 | $24,402,000 |
| Other DoW | 5,000 | — | $5,000 |
| TOTAL | $60,646,000 | $5,765,000 | $66,411,000 |

**Source:** OUSW(C), response to DoW OIG request for information, 21.1 OSG 028, 1/20/2026 and 26.2 OSG 027, 4/7/2026.

**OPERATION SOUTHERN GUARD**

**DHS funding:** The DHS estimated that it had spent nearly $16.5 million to support its operations at NSGB through the ICE Guantánamo Bay Migrant Operations Center support contract.[65] This contract provides operational support to operate the MOC and has been modified to provide surge support for NSGB operations, the DHS said.[66]

**NSGB Base Operations Costs:** The DoW provided initial support for OSG by leveraging existing NSGB base support contracts. NSGB said that this approach created a significant strain on resources, impacting steady-state operations and routine maintenance, and was an unsustainable support model.[67] Navy Region Southeast said that it had funded about $2.5 million for galley and air operations services related to OSG at NSGB.[68]

NSGB stated that the establishment of a designated funding source for these specific support services has since resolved these operational impacts, allowing for sustainable support to JTF-SG personnel with little to no impact on other DoW activities at NSGB.[69] However, NSGB said that the DoW continued to use existing contracts for base operations, logistics, and support for OSG as well as other operations at NSGB.[70] NSGB said that this quarter, NSGB experienced delays in other routine maintenance and support.[71]

NSGB said that operations for JTF-SG at NSGB for FY 2026 are authorized under the 2025 Budget Reconciliation Act, using funds appropriated for Improving Department of Defense Border Support and Counter-Drug Missions.[72] This act appropriates $5 billion available from FY 2025 through September 30, 2029. According to the law, funds are designated for activities including, but not limited to, deployment of military personnel, operations and maintenance, counter-narcotics mission support, construction in national defense areas, and the temporary detention of migrants on DoW installations.[73]

**Contracts:** The DoW uses existing contracts for base operations, logistics, and support for OSG.[74] USSOUTHCOM said that no new contracts were awarded during the reporting period that were specifically for illegal alien holding operations support.[75]  USSOUTHCOM said that three existing contracts have been modified to support the OSG mission. Those contracts include food services for personnel at NSGB who support illegal alien holding operations, air operations support at NSGB for the movement of personnel and supplies related to illegal alien holding operations, and air traffic control services.[76]

## PERSONNEL

**DHS:** As of February 24, 2026, there were 84 DHS personnel and contractors at NSGB, according to the DHS.[77] There were 13 DHS personnel, including 1 senior official overseeing operations, 10 personnel supporting Joint Task Force-Camp VI, and 2 personnel supporting around-the-clock coverage. The team included 56 contract security personnel, 1 information technology support staff member, and 1 chaplain, the DHS stated.[78]

**DoW:** USSOUTHCOM reported no significant changes to the number of personnel supporting DHS operations at NSGB, which totaled about 400 military personnel assigned to JTF-SG last quarter.[79]

> **Navy Region Southeast said that it had funded about $2.5 million for galley and air operations services related to OSG at NSGB.**

**As of March 31, ICE Air Operations completed 7 charter flights to and from NSGB, transporting 140 illegal aliens during the quarter, ICE said.**

**USPHS:** According to USSOUTHCOM, an estimated 60 U.S. Public Health Service (USPHS) Commissioned Corps officers supported OSG at NSGB during the quarter, through 30-day deployment rotations.[80] USPHS officers assigned to OSG provide direct clinical care to illegal aliens in ICE custody. The rotational USPHS team consists of an officer-in-charge and clinical staff, including one physician, one pharmacist, one advanced practice provider, three behavioral health providers, seven nurses, and the DHS medical liaison officer.[81] Up to 15 USPHS personnel fill these rotational positions at a time, USSOUTHCOM said.[82]

According to USSOUTHCOM, USPHS officers deployed to OSG face logistical challenges related to travel to and from NSGB. USPHS personnel have mitigated these challenges by planning deployments at least 30 days in advance and obtaining rotator flight reservations through USSOUTHCOM. USPHS officers have also experienced information technology challenges. The DHS has tried to mitigate them through technology solutions like secure file sharing platforms, USSOUTHCOM said.[83]

## TRANSPORTATION

Both the DoW, through the U.S. Transportation Command (USTRANSCOM), and the DHS, through ICE Air Operations, have conducted OSG-related flights to support illegal alien holding operations at NSGB.[84]

**DHS transportation:** ICE Air Operations manages all DHS-facilitated (DHS-contracted and DHS-funded) flights to and from NSGB, the DHS said.[85] As of March 31, ICE Air Operations completed 7 charter flights to and from NSGB, transporting 140 illegal aliens during the quarter, ICE said.[86] The flights included 52 illegal aliens transferred from Alexandria, Louisiana, and Miami, Florida, to NSGB, and 67 illegal aliens transferred from NSGB to Alexandria and Miami. The flights also removed 21 illegal aliens from NSGB to Haiti, ICE reported.[87] The total cost for chartered flights during the quarter was nearly $6.6 million, ICE reported.[88]

**DoW transportation:** USTRANSCOM said that it did not support any DHS removal flights during the quarter. USTRANSCOM's support to OSG during this quarter consisted exclusively of DoW logistics and other sustainment support missions, consisting of 3 flights at a total cost of $328,128.[89] USTRANSCOM said that it identified no significant shortcomings or limiting factors in its support to OSG this quarter.[90]

## IMPACTS TO OTHER MISSIONS

According to the Joint Staff, support to the DHS and ICE under OSG has not negatively affected military, operations, readiness, or other military requirements. However, a Joint Staff analysis of the units ordered to support JTF-SG found minor degradations of tactical and unit-level readiness to units supporting illegal alien holding operations but no identifiable impacts to overall DoW readiness, the Joint Staff said.[91]

The primary impacts of OSG deployments were on personnel and training for the supporting units. Personnel shortfalls affected military police, logistics, medical, and other units, and missed training affected 20 percent of deployed units. Such impacts on deployed units are typical and historically unit readiness returns to normal levels following deployment, the Joint Staff said.[92]

# APPENDIXES

## APPENDIX A
## About the Lead Inspector General

The Inspector General Act of 1978, as amended (codified at 5 U.S.C. Sections 401-424), established in section 419 the Lead Inspector General (Lead IG) framework for oversight of overseas contingency operations. The Lead IG agencies are the Offices of Inspector General (OIG) of the Department of War (DoW), the Department of State (State), and the U.S. Agency for International Development (USAID). USAID OIG is not a signatory of this report as it had no oversight programs or activities specific to Operation Southern Guard (OSG).

Section 419 requires the Council of the Inspectors General on Integrity and Efficiency to appoint a Lead IG from among the Inspectors General of the Lead IG agencies upon the commencement or designation of a military operation that exceeds 60 days as an overseas contingency operation or receipt of notification thereof.

Lead IG oversight of the operation "sunsets" at the end of the first fiscal year after commencement or designation in which the total amount appropriated for the operation is less than $100,000,000.

- The Lead IG agencies collectively carry out the Lead IG statutory responsibilities to:
- Submit to Congress on a quarterly basis a report on the contingency operation and to make that report available to the public.
- Develop a joint strategic plan to conduct comprehensive oversight of the operation.
- Ensure independent and effective oversight of programs and operations of the U.S. Government in support of the operation through either joint or individual audits, inspections, investigations, and evaluations.

The Overseas Contingency Operations Joint Planning Group serves as a primary venue to coordinate audits, inspections, and evaluations of U.S. Government-funded activities supporting overseas contingency operations.

The Lead IG agencies use dedicated, rotational, and temporary employees, as well as contractors, to conduct oversight projects, investigate fraud and corruption, and provide consolidated planning and reporting on the status of overseas contingency operations.



# APPENDIX B
# Methodology for Preparing this Lead IG Report

This report complies with section 419 of the Inspector General Act of 1978, as amended (codified at 5 U.S.C. sections 401-424), which requires that the designated Lead IG provide a quarterly report, available to the public, on each overseas contingency operation, and is consistent with the requirement that a biannual report be published by the Lead IG on the activities of the Inspectors General with respect to that overseas contingency operation. The Chair of the Council of the Inspectors General for Integrity and Efficiency designated the DoW IG as the Lead IG for OSG. State IG is the Associate IG for the operation.

This report covers the period from January 1 to March 31, 2026. The DoW OIG, State OIG, and the DHS OIG contributed the content of this report.

## INFORMATION COLLECTION FROM AGENCIES AND OPEN SOURCES

To fulfill the congressional mandate to report on OSG, the Lead IG agencies gather data and information from Federal agencies and open sources. The sources of information contained in this report are listed in endnotes or notes to tables and figures. Except in the case of audits, inspections, investigations, and evaluations referenced in this report, the Lead IG agencies have not verified or audited the information collected through open-source research or from Federal agencies, and the information provided represents the view of the source cited in each instance.

This report also draws on current, publicly available information from reputable sources. Sources used in this report may include the following:

- U.S. Government statements, press conferences, and reports
- Reports issued by international organizations, nongovernmental organizations, and think tanks
- Media reports

The Lead IG agencies use open-source information to assess information obtained through their agency information collection process and provide additional detail about the operation.

## REPORT PRODUCTION

The DoW IG, as the Lead IG for this operation, is responsible for assembling and producing this report. The DoW OIG and State OIG drafted the sections of the report related to the activities of their agencies and then participated in editing the entire report. Once assembled, each OIG coordinates a two-phase review process of the report within its own agency. During the first review, the Lead IG agencies ask relevant offices within their agencies to comment, correct inaccuracies, and provide additional documentation. The Lead IG agencies incorporate agency comments, where appropriate, and send the report back to the agencies for a second review prior to publication. The final report reflects the editorial view of the DoW OIG, State OIG, and the DHS OIG as independent oversight agencies.

**OPERATION SOUTHERN GUARD**

# APPENDIX C
# Completed Oversight Projects

From January 1 to March 31, 2026, there were no completed oversight reports related to OSG.

# APPENDIX D
# Ongoing Oversight Projects

Table 2 lists the titles and objectives for Lead IG and partner agencies' ongoing oversight projects related to OSG.

Table 2.

**Ongoing Oversight Projects Related to OSG by Partner Agencies as of March 31, 2026**

**DEPARTMENT OF WAR OFFICE OF INSPECTOR GENERAL**

***Audit of the DoW's Air Transportation of Illegal Aliens (Project no. D2026-D000RL-0049.000)***
To determine the extent to which the DoW processed and executed Department of Homeland Security requests for air transportation of illegal aliens in accordance with Federal and DoW policies.

***Audit of the DoW's Support for Illegal Alien Holding Operations at Naval Station Guantánamo Bay***
***(Project no. D2026-D000RJ-0034.000)***
To assess the Joint Task Force Southern Guard's (JTF-SG) execution of security, medical, and logistical support for illegal aliens held at Naval Station Guantánamo Bay and the DoW's efforts to sustain JTF-SG personnel deployed to Naval Station Guantánamo Bay.

**GOVERNMENT ACCOUNTABILITY OFFICE**

***Cost of DoW Support to Southern Border Operations (Project no. 108437)***
To determine the extent to which DoW is 1) tracking its costs, including reimbursements, transfers, and reprogrammings, for southern border operations since FY 2025 and 2) following statutory reporting requirements for southern border operations since FY 2025. These costs will include those for the Guantánamo Bay detention facilities.

***Immigration Detention Costs and Funding (Project no. 108665)***
To determine how ICE has funded detention operations, how it plans to fund the expansion of immigration detention capacity, how costs and funding sources differ by type of detention facility (e.g., whether the facility is owned, operated, or managed by ICE, the U.S. Marshals Service, the Federal Bureau of Prisons, state and local governments, private companies, or the U.S. military); and how ICE manages and oversees costs for immigration detention, including those for the Guantánamo Bay detention facilities.

***Immigration Detention Expansion and Operations (Project no. 108663)***
To determine what ICE data indicate about the number and characteristics of individuals in its custody; what facilities ICE is using to detain individuals in its custody, and how has this changed over time; the extent to which the DHS or ICE evaluated needs for detention space, and how they are acquiring new detention space; how ICE makes detention facility placement decisions; and to what extent the agency considers facility cost and capacity data when placing individuals at detention facilities. This review will include ICE's use of DoW facilities, including the Guantánamo Bay detention facilities.

# APPENDIX E
# Planned Oversight Projects

As of March 31, 2026, there were no planned oversight projects related to OSG.

# APPENDIX F
# Hotline and Investigations

## HOTLINE

Each Lead IG agency maintains its own hotline to receive complaints specific to its agency. The hotlines provide a confidential, reliable means for individuals to report violations of law, rule, or regulation; mismanagement; gross waste of funds; or abuse of authority.

The Lead IG hotlines received no allegations related to OSG.

## INVESTIGATIONS

The Lead IG agencies and their partners coordinate investigative activities, deconflict potential or common targets, and interact for logistical and legal support. The investigative partner agencies consist of representatives from the DoW OIG's criminal investigative component, the Defense Criminal Investigative Service, Department of Homeland Security OIG, State OIG, USAID OIG, U.S. Army Criminal Investigation Division, Naval Criminal Investigative Service, Air Force Office of Special Investigations, and Federal Bureau of Investigation.

During the quarter, investigative branches of the Lead IG agencies and their partner agencies had three open investigations and closed three investigations. They made no referrals to the Department of Justice during the period.



**OPERATION SOUTHERN GUARD**

# ACRONYMS

| Acronym | |
|---|---|
| DHS | Department of Homeland Security |
| DoW | Department of War |
| EO | Executive Order |
| FY | fiscal year |
| ICE | U.S. Immigration and Customs Enforcement |
| JTF–SG | Joint Task Force–Southern Guard |
| Lead IG agencies | DoW, State, and USAID OIGs |
| MOC | Migrant Operations Center |
| MoU | memoranda/memorandum of understanding |
| NSGB | Naval Station Guantánamo Bay |

| Acronym | |
|---|---|
| OSG | Operation Southern Guard |
| OIG | Office of Inspector General |
| OUSW(C) | Under Secretary of War(Comptroller)/ Chief Financial Officer |
| ROC | Reception Operations Center |
| State | Department of State |
| USAID | U.S. Agency for International Development |
| USPHS | U.S. Public Health Service |
| USSOUTHCOM | U.S. Southern Command |
| USTRANSCOM | U.S. Transportation Command |



**Aerial Image of Guantánamo Bay, Cuba**



# ENDNOTES

1. DoW and DHS, "Memorandum of Understanding Between the U.S. Department of Homeland Security (DHS) and the U.S. Department of Defense (DoD) for DoD Support at Naval Station Guantánamo Bay (NSGB) to U.S. Immigration and Customs Enforcement (ICE) for DHS/ICE Detention of Illegal Aliens Subject to Final Orders of Removal," 3/7/2025; White House, "Memorandum on Expanding Migrant Operations Center at Naval Station Guantánamo Bay to Full Capacity," 1/29/2025.
2. USSOUTHCOM, vetting comment, 2/10/2026.
3. USSOUTHCOM, response to DoW OIG request for information, 26.2 OSG 019, 4/8/2026.
4. White House, "Declaring A National Emergency at the Southern Border of the United States," 1/20/2025.
5. White House, "Executive Order 14165—Securing Our Borders," 1/20/2025.
6. White House, "Memorandum on Expanding Migrant Operations Center at Naval Station Guantánamo Bay to Full Capacity," 1/29/2025.
7. USSOUTHCOM, response to DoW OIG request for information, 25.4 OSG 019, 10/8/2025.
8. USSOUTHCOM, vetting comment, 2/10/2026.
9. DoW and DHS, "Memorandum of Understanding Between the U.S. Department of Homeland Security (DHS) and the U.S. Department of Defense (DoD) for DoD Support at Naval Station Guantánamo Bay (NSGB) to U.S. Immigration and Customs Enforcement (ICE) for DHS/ICE Detention of Illegal Aliens Subject to Final Orders of Removal," 3/7/2025.
10. USSOUTHCOM, response to DoW OIG request for information, 25.4 OSG 019, 10/8/2025.
11. USSOUTHCOM, response to DoW OIG request for information, 25.4 OSG 019, 10/8/2025.
12. DoW and DHS, "Memorandum of Understanding Between the U.S. Department of Homeland Security (DHS) and the U.S. Department of Defense (DoD) for DoD Support at Naval Station Guantánamo Bay (NSGB) to U.S. Immigration and Customs Enforcement (ICE) for DHS/ICE Detention of Illegal Aliens Subject to Final Orders of Removal," 3/7/2025.
13. USSOUTHCOM, website, "Operation Southern Guard–Joint Task Force Southern Guard," undated.
14. State, response to State OIG request for information, 12/29/2025.
15. State, response to State OIG request for information, 12/29/2025; State, vetting comment, 2/10/2026.
16. State, response to State OIG request for information, 4/6/2026.
17. DHS, response to DoW OIG request for information, 26.2 OSG 022, 4/27/2026.
18. USSOUTHCOM, response to DoW OIG request for information, 26.2 OSG 019, 4/8/2026.
19. DHS/ICE, response to DoW OIG request for information, 26.2 OSG 001, 4/21/2026.
20. DHS/ICE, response to DoW OIG request for information, 26.2 OSG 001, 4/21/2026.
21. DHS/ICE, response to DoW OIG request for information, 26.2 OSG 001, 4/21/2026, 26.1 OSG 001, 1/12/2026; DHS, response to DoW OIG request for information, 25.4 OSG 001, 9/30/2025.
22. DHS/ICE, response to DoW OIG request for information, 26.2 OSG 009, 4/21/2026.
23. DHS/ICE, response to DoW OIG request for information, 26.2 OSG 009, 4/21/2026.
24. DHS/ICE, response to DoW OIG request for information, 26.2 OSG 009, 4/21/2026
25. DHS/ICE, response to DoW OIG request for information, 26.2 OSG 009, 4/21/2026
26. DHS/ICE, response to DoW OIG request for information, 26.2 OSG 009, 4/21/2026.
27. SASC, hearing "United States Northern Command and United States Southern Command," 2/13/2025; USSOUTHCOM, news release, "90 Days in—Joint Task Force Southern Guard," 5/6/2025; USSOUTHCOM, response to DoW OIG request for information, 26.1 OSG CLAR 031, 10/8/2025; USSOUTHCOM, vetting comment, 2/10/2026.
28. DHS, website, "Detention Management: FY 2025 ICE Statistics," updated 1/7/2026.
29. DHS, website, "Detention Management: FY 2025 ICE Statistics," updated 4/4/2026.
30. DHS, website, "Detention Management: FY 2025 ICE Statistics," updated 4/4/2026.
31. DHS, response to DoW OIG request for information, 26.2 OSG 022, 4/27/2026.
32. Humanities Action Lab, website, "Guantánamo Public Memory Project," undated.
33. USSOUTHCOM, response to DoW OIG request for information, 25.4 OSG 028, 10/8/2025.
34. USSOUTHCOM, response to DoW OIG request for information, 25.4 OSG 028, 10/8/2025.
35. USSOUTHCOM, response to DoW OIG request for information, 25.4 OSG 028, 10/8/2025.
36. USSOUTHCOM, response to DoW OIG request for information, 25.4 OSG 028, 10/8/2025.
37. DoW and DHS, "Memorandum of Understanding Between the U.S. Department of Homeland Security (DHS) and the U.S. Department of Defense (DoD) for DoD Support at Naval Station Guantánamo Bay (NSGB) to U.S. Immigration and Customs Enforcement (ICE) for DHS/ICE Detention of Illegal Aliens Subject to Final Orders of Removal," 3/7/2025; ICE OPLA EROLD, vetting comment, 5/1/2026.
38. DHS, response to DoW OIG request for information, 26.2 OSG 023, 4/27/2026.
39. DHS/ICE, response to DoW OIG request for information, 26.2 OSG 023, 4/21/2026; ICE OPLA EROLD, vetting comment, 5/1/2026.
40. DHS, response to DoW OIG request for information, 26.2 OSG 041, 4/27/2026; DHS/ICE, response to DoW OIG request for information, 26.2 OSG 001, 4/21/2026.
41. DHS/ICE, response to DoW OIG request for information, 26.2 OSG 011, 4/21/2026; USSOUTHCOM response to DoW OIG request for information, 25.4 OSG 028, 10/8/2025.
42. DoW, "Memorandum for Executive Secretary, Department of Homeland Security; Subject: Department of Defense Support to U.S. Immigration and Customs Enforcement Operations," 3/7/2025.

43. DHS/ICE, response to DoW OIG request for information, 26.2 OSG 018, 4/21/2026; DHS, response to DoW OIG request for information, 26.1 OSG 018, 1/12/2026; DHS, vetting comment, 2/10/2026.

44. DHS/ICE, response to DoW OIG request for information, 26.2 OSG 018, 4/21/2026; DHS, response to DoW OIG request for information, 26.1 OSG FOL 006, 1/12/2026; DHS vetting comment, 2/10/2026; DHS, vetting comment, 5/12/2026; USCIS, website, "Credible Fear Screenings," updated 1/24/2025; DHS, response to DoW OIG request for information, 26.1 OSG 018, 1/12/2026; White House, "Executive Order 13276—Delegation of Responsibilities Concerning Undocumented Aliens Interdicted or Intercepted in the Caribbean Region," 11/15/2002.

45. DHS/ICE, response to DoW OIG request for information, 26.2 OSG 018, 4/21/2026and 26.2 OSG 018, 4/21/2026; DHS, response to DoW OIG request for information, 26.1 OSG FOL 006, 1/12/2026; USCIS, website, "Credible Fear Screenings," updated 1/24/2025; DHS, vetting comment, 5/12/2026.

46. DHS/ICE, response to DoW OIG request for information, 26.2 OSG 018, 4/21/2026; DHS, vetting comment, 5/12/2026.

47. DHS/ICE, response to DoW OIG request for information, 26.2 OSG 018, 4/21/2026; USCIS/RAIO/IRAD, vetting comment, 5/1/2026.

48. DHS/ICE, response to DoW OIG request for information, 26.2 OSG 018, 4/21/2026; DHS, response to DoW OIG request for information, 26.1 OSG 018, 1/12/2026; DHS, vetting comment, 2/10/2026.

49. DHS/ICE, response to DoW OIG request for information, 26.2 OSG 018, 4/21/2026.

50. DHS/ICE, response to DoW OIG request for information, 26.2 OSG 006, 4/21/2026

51. DHS/ICE, response to DoW OIG request for information, 26.2 OSG 042, 4/21/2026.

52. DHS, response to DoW OIG request for information, 26.2 OSG 042, 4/27/2026.

53. DHS/ICE, response to DoW OIG request for information, 26.2 OSG 017, 4/21/2026; DoW and DHS, "Memorandum of Understanding Between the U.S. Department of Homeland Security (DHS) and the U.S. Department of Defense (DoD) for DoD Support at Naval Station Guantánamo Bay (NSGB) to U.S. Immigration and Customs Enforcement (ICE) for DHS/ICE Detention of Illegal Aliens Subject to Final Orders of Removal," 3/7/2025.

54. DHS/ICE, response to DoW OIG request for information, 26.2 OSG 017, 4/21/2026; DHS, response to DoW OIG request for information, 26.1 OSG FOL 016, 1/12/2026; DoW and DHS, "Memorandum of Understanding Between the U.S. Department of Homeland Security (DHS) and the U.S. Department of Defense (DoD) for DoD Support at Naval Station Guantánamo Bay (NSGB) to U.S. Immigration and Customs Enforcement (ICE) for DHS/ICE Detention of Illegal Aliens Subject to Final Orders of Removal," 3/7/2025.

55. DHS, response to DoW OIG request for information, 26.1 OSG FOL 016, 1/12/2026.

56. DHS/ICE, response to DoW OIG request for information, 26.2 OSG 012 and 26.2 OSG 013, 4/21/2026; DHS, response to DoW OIG request for information, 26.1 OSG 012, 1/12/2026 and 25.4 OSG 012, 9/30/2025.

57. DHS/ICE, response to DoW OIG request for information, 26.2 OSG 014, 4/21/2026.

58. DHS/ICE, response to DoW OIG request for information, 26.2 OSG 014, 4/21/2026.

59. OUSW(C), response to DoW OIG request for information, 26.2 OSG 027, 4/7/2026.

60. OUSW(C), vetting comment, 5/8/2026.

61. OUSW(C), vetting comment, 5/8/2026.

62. USSOUTHCOM, response to DoW OIG request for information, 26.2 OSG 024, 4/8/2026.

63. USSOUTHCOM, response to DoW OIG request for information, 25.4 OSG 023, 10/8/2025 and 26.1 OSG 026, 1/7/2026.

64. USSOUTHCOM, response to DoW OIG request for information, 25.4 OSG 023, 10/8/2025; USSOUTHCOM, vetting comment, 5/12/2026.

65. DHS/ICE, response to DoW OIG request for information, 26.2 OSG 003, 4/21/2026.

66. DHS/ICE, response to DoW OIG request for information, 26.2 OSG 003, 4/21/2026.

67. NSGB, response to DoW OIG request for information, 25.4 OSG 027, 10/8/2025 and 26.2 OSG 029, 4/8/2026.

68. CNRSE, vetting comment, 5/12/2026.

69. NSGB, response to DoW OIG request for information, 26.2 OSG 029, 4/8/2026, 25.4 OSG 027, 10/8/2025, and 26.1 OSG 030, 1/7/2026.

70. NSGB, response to DoW OIG request for information, 26.2 OSG 029, 4/8/2026 and 25.4 OSG 027, 10/8/2025.

71. NSGB, response to DoW OIG request for information, 26.2 OSG 029, 4/8/2026 and 25.4 OSG 027, 10/8/2025.

72. NSGB, response to DoW OIG request for information, 26.2 OSG 029, 4/8/2026; Public Law 119-21, Title II, section 20011, 7/4/2025.

73. NSGB, response to DoW OIG request for information, 26.2 OSG 029, 4/8/2026; Public Law 119-21, Title II, section 20011, 7/4/2025.

74. NSGB, response to DoW OIG request for information, 25.4 OSG 027, 10/8/2025.

75. USSOUTHCOM, response to DoW OIG request for information, 26.2 OSG 024, 4/8/2026.

76. USSOUTHCOM, response to DoW OIG request for information, 26.2 OSG 024, 4/8/2026.

77. DHS/ICE, response to DoW OIG request for information, 26.2 OSG 005, 4/21/2026.

78. DHS/ICE, response to DoW OIG request for information, 26.2 OSG 005, 4/21/2026.

79. USSOUTHCOM, response to DoW OIG request for information, 26.2 OSG 031, 4/8/2026, 26.1 OSG 032, 1/7/2026, and 26.1 OSG CLAR 031, 1/28/2026.

80. USSOUTHCOM, response to DoW OIG request for information, 26.2 OSG 039, 4/8/2026; USSOUTHCOM, vetting comment, 5/12/2026.

81. USSOUTHCOM, response to DoW OIG request for information, 26.2 OSG 039, 4/8/2026; USSOUTHCOM, vetting comment, 5/12/2026.

82. USSOUTHCOM, vetting comment, 5/12/2026.

83. USSOUTHCOM, response to DoW OIG request for information, 26.2 OSG 039, 4/8/2026.

84. DHS, response to DoW OIG request for information, 26.1 OSG 015, 1/12/2026; USTRANSCOM, response to DoW OIG request for information, 26.1 OSG 039, 1/8/2026.

85. DHS/ICE, response to DoW OIG request for information, 26.2 OSG 016, 4/21/2026; DHS, response to DoW OIG request for information, 26.1 OSG 015, 1/12/2026.

86. DHS/ICE, response to DoW OIG request for information, 26.2 OSG 016, 4/21/2026.

87. DHS/ICE, response to DoW OIG request for information, 26.2 OSG 016, 4/21/2026.

88. DHS/ICE, response to DoW OIG request for information, 26.2 OSG 016, 4/21/2026.

89. USTRANSCOM, response to DoW OIG request for information, 26.2 OSG 038, 4/2/2026.

90. USTRANSCOM, response to DoW OIG request for information, 26.2 OSG 038, 4/2/2026.

91. Joint Staff J3, response to DoW OIG request for information, 26.2 OSG 028, 4/7/2026.

92. Joint Staff J3, response to DoW OIG request for information, 26.2 OSG 028, 4/7/2026.



TO REPORT FRAUD, WASTE, OR ABUSE RELATED TO
OVERSEAS CONTINGENCY OPERATIONS
AND PROGRAMS, CONTACT:



## DEPARTMENT OF DEFENSE HOTLINE

www.dodig.mil/hotline

**1-800-424-9098**



## DEPARTMENT OF STATE HOTLINE

www.stateoig.gov/hotline

**1-800-409-9926 or 202-647-3320**

