# EXHIBIT N

Case 1:25-cv-01766-SLS    Document 108-23    Filed 07/02/26    Page 2 of 2



← **Post**                                                          ⋯

**Special Envoy Kristi Noem** ✔
@EnvoyNoem

I was just in Cuba and saw firsthand criminal aliens being unloaded off a flight at GITMO.

My message to criminal alien murderers, rapists, child predators and gangsters: do not come to this country or we will hunt you down, find you, and lock you up.



12:12 PM · Feb 9, 2025 · **192.2K** Views

💬 436          ⟲ 2.2K          ♡ 13K          🔖 161          ⬆️

💬 Read 436 replies

---

**New to X?**

Sign up now to get your own personalized timeline!



G  **Sign up with Google**

🍎  **Sign up with Apple**

**Create account**

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**



**Special Envoy Kristi …** ✔          **Follow**
@EnvoyNoem
Secretary of the U.S. Department of Homeland Security under the leadership of @POTUS Trump

**What's happening**



Trending in United States
**Fable 5**
Trending with Mythos

Trending in United States
**David Grusch**

Gaming · Trending
**Kingdom Hearts 4**

Sports · Trending
**Serena**

**Show more**

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads info  |  More ⋯  © 2026 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in          **Sign up**