# EXHIBIT P

Case 1:25-cv-01766-SLS    Document 108-25    Filed 07/02/26    Page 2 of 11

# ◉CBS NEWS

U.S.  Iran War  Intel Director  World  Politics  HealthWatch  MoneyWatch  Entertainment  Cr

**U.S. sending nonviolent migrants to Guantanamo, officials say**
(02:47)

◉ **EXCLUSIVE**    [Politics](#)

# U.S. sending nonviolent, "low-risk" migrants to Guantanamo, despite vow to detain "the worst" there

By [Camilo Montoya-Galvez](#)

Updated on: February 12, 2025 / 4:01 PM EST / CBS News

⊞ Add CBS News on Google

*Washington* — While the Trump administration has <u>highlighted</u> transfers of dangerous criminals and suspected gang members to Guantanamo Bay, it is also sending nonviolent, "low-risk" migrant detainees who lack serious criminal records or any at all, according to two U.S. officials and internal government documents.

When he ordered officials to convert facilities inside the U.S. Naval Base at Guantanamo Bay, Cuba, into a large-scale immigration detention site late last month, President Trump <u>said</u> it would house the "worst" migrants and "provide additional detention space for high-priority criminal aliens."

Administration officials have since touted military flights to Guantanamo that <u>they said</u> have transported migrants in the U.S. illegally who have also committed violent crimes like murder and rape, as well as alleged members of Tren de Aragua, the infamous gang that originated in Venezuelan prisons.



the post-9/11 maximum-security prison that also houses, in a separate section, more than a dozen terrorism suspects.

But in addition to sending those with criminal records or suspected or known gang ties — classified as "high-risk" detainees — U.S. officials have also transported migrants deemed to be "low-risk" to Guantanamo, according to the government documents obtained by CBS News. More low-risk migrants are expected to be transported on Wednesday, alongside high-risk detainees, the documents show.

Federal immigration authorities define low-risk detainees as migrants who face deportation because they are in the U.S. illegally but who have not been arrested or convicted of violent offenses or other serious crimes, government guidelines show. U.S. officials said they could include migrants who lack any criminal record but have been ordered deported because of civil immigration violations, like entering the country without proper documents.

While the high-risk migrants have been detained in cells at Guantanamo's maximum-security prison, the low-risk detainees have been placed in a barrack-like facility known as the Migrant Operations Center that includes rooms with restrooms, according to the documents and one of the U.S. officials, who requested anonymity because they were not authorized to speak to the press.





Case 1:25-cv-01766-SLS    Document 108-25    Filed 07/02/26    Page 4 of 11

The State Department has traditionally used the Migrant Operations Center to house asylum-seekers intercepted at sea by the U.S. Coast Guard, while they wait to be resettled in third countries.

In a statement Wednesday, a Department of Homeland Security spokesperson confirmed CBS News' reporting, including the separate housing arrangements.

"In addition to holding violent gang members and other high-threat illegal aliens, Guantanamo Bay is also holding other illegal aliens with final deportation orders. Every single alien at Guantanamo Bay has a final deportation order," the spokesperson said. "All of these individuals committed a crime by entering the United States illegally."

In two weeks, officials have made some progress in operationalizing Mr. Trump's instructions to establish the facilities needed to detain as many as 30,000 unauthorized migrants at the base in Guantanamo, a 45-square mile stretch of Cuban land that the U.S. has leased for over a century.

Over the past week, U.S. service members at the base have been erecting tents to house migrant detainees beyond the prison and Migrant Operations Center, both of which have limited capacities.

Case 1:25-cv-01766-SLS    Document 108-25    Filed 07/02/26    Page 5 of 11



A photo released by the Pentagon shows tents being erected to house migrants at Naval Station Guantanamo Bay in Cuba on Feb. 6, 2025.

U.S. Navy / AFN Guantanamo Bay Public Affairs

Officials have also been meeting the administration's goal of transporting groups of detainees to the base daily, sending eight military flights over the last nine days. The flights, however, have only carried up to 15 detainees each, due to limits on how many can be transported at one time when they reach the base.

As of late Tuesday, nearly 100 unauthorized migrants were being held at Guantanamo, all of them adults from Venezuela, one of the U.S. officials said. Homeland Security Secretary Kristi Noem said recently the detainees will be held there until they can be deported, but it's unclear when that could happen.

In recent years, Venezuela's repressive government has generally rejected American

Case 1:25-cv-01766-SLS    Document 108-25    Filed 07/02/26    Page 6 of 11

were in U.S. immigration custody and transport them back to Venezuela. But similar flights to Guantanamo have not been announced.

While some Republican lawmakers have praised the Trump administration for using Guantanamo to hold migrant detainees, the effort has alarmed pro-immigrant civil rights groups. They have accused the administration of using the naval base as a "legal black hole" to hold migrants "incommunicado," demanding that the detainees be given access to lawyers.

While the transportation of low-risk migrants to Guantanamo undermines statements from Trump officials that the facility would be used to house "the worst of the worst," it also reinforces a message the administration has communicated repeatedly: no one who is in the U.S. illegally will be shielded from detention and deportation, even if they lack criminal histories.

Eleanor Watson contributed to this report.

**Immigration**    More ›

**CBS** POLITICS
Judge blocks Trump policies that halted many legal immigration cases



**CBS** POLITICS
Homan defends conditions at N.J. ICE detention center: "The spaghetti was good"



**CBS** POLITICS
Senate passes bill to fund ICE for 3 years, without DOJ fund ban



**CBS** POLITICS
Trump plan would allow for quick asylum rejections, documents show



6/7/26, 3:08 PM
Case 1:25-cv-01766-SLS   Document 108-25   Filed 07/02/26   Page 7 of 11
U.S. sending more violent, "low-risk" migrants to Guantanamo, despite vow to detain "the worst" there - CBS News

**THE FREEPRESS**

Inside Trump's Push to Find Unaccompanied Migrant Children



**THE FREEPRESS**

After an Attack on an ICE Facility, Its Boss Hopes to Turn Down the Temperature



© 2025 CBS Interactive Inc. All Rights Reserved.

# Who Charges The Least For Car Insurance In New York? (Check Zip Codes)

New Insurance Data Shows Which Zip Codes Save The Most

# Here is the Big Problem with the SpaceX IPO

I called the SpaceX IPO months ago. But I've found a back-door that lets you grab a pre-IPO stake in SpaceX. And I'm giving away the ticker for free.

# The SpaceX Filing Just Happened. You've Got Weeks

I called the SpaceX IPO months ago. But I've found a back-door that lets you grab a pre-IPO stake in SpaceX. And I'm giving away the ticker for free.

# Depo Shot Users Explore Legal Options

If you received the Depo Provera shot, you may be exploring your legal options. Learn more about your rights and see if you may qualify today. Joint attorney advertisement, click ad to see terms. No guarantee of results.

# New York Launches New Policy For "Senior Drivers" This Week

PAID   AUTO SAVINGS

# Wall Street Insider: The $1.75T SpaceX Filing Is Hiding a Bigger, Under-the-Radar Play

PAID   DISRUPTORS & DOMINATORS     Learn More

6/7/26, 3:08 PM
U.S. sending nonviolent, "low-risk" migrants to Guantanamo, despite vow to detain "the worst" there - CBS News

Case 1:25-cv-01766-SLS   Document 108-25   Filed 07/02/26   Page 8 of 11

# Brain Fog Has Been Linked to a Popular Medication. Did You Use It?

PAID   NEXORA

## Restaurants In Brooklyn With Good Senior Discounts

Seniors at NY Should Claim These Benefits

**Comparisons.org** | Sponsored

Learn more

# That Pill Millions Take at Night Tied to Brain Decline

A pill millions of older adults take every evening is now being studied for its potential connection to rapid brain decline. Memory specialists say seniors should know what the latest research shows.

# Doctors Warn: This Everyday Drink Has Been Linked to Brain Fog. Do You Drink It?

PAID   CENTER INSTITUTE   Learn More

# Cognitive Decline Has Been Linked To These Popular Medications. Are You Using Them?

PAID   NEXORA

# This Game's Realism Is Making Players Uncomfortable

PAID   PLAY4FREE

# Why Bread Never Went Stale in the 1950s

Before plastic bags ruined our sourdough, our grandmothers used a brilliant, natural method to keep bread fresh for days. Learn the forgotten storage technique that bakeries still use to prevent mold and stop bread from …

# This Is What Wet Food Does To Your Cat's Body

Most cat parents don't know this

PAID   DR. MARTY   Learn More

# That Pill You Take Before Bed Has Been Connected to Rapid Brain Decline. Do You Take It?

PAID   SLEEP DIGEST PUBLICATION

# Who Charges Less For Car Insurance In New York? (Check Zip Codes)

New Insurance Data Shows Which Zip Codes Save The Most

# Doctors Identify 10 Medications Now Connected to Memory Decline (See the List)

PAID   BRAIN VITALITY FEED   Learn More

# CPAP Recall Has Sleep Apnea Sufferers Searching For New Options

PAID   SLEEP DIGEST PUBLICATION

# After 60, Leg Strength Comes From One Simple Daily Move

PAID   ULTRA NUTRITION SECRETS

# Was Patricia's death accidental or intentional?

CBS NEWS

# Teenage son finds mother in dying moments

CBS NEWS

# Costco Shoppers Say This Wrinkle Gem Is "Actually Worth It"

"My Skin Is Smooth And My Age Spots Are Fading"

PAID   NOOR SKIN   Learn More

# Doctors Warns: Think Twice Before Eating This Popular "Health" Food

6/7/26, 3:08 PM
Case 1:25-cv-01766-SLS    Document 108-25    Filed 07/02/26    Page 10 of 11
U.S. sending noncitizent, "low-risk" migrants to Guantanamo, despite vow to detain "the worst of" - CBS News

# MDs: 3 Popular Prescriptions Now Tied to Memory Loss in Seniors

PAID    ANGELSENSE

# Top Vet Warns: "Never Do This With An Aging Cat"

Most cat parents don't know this.

PAID    DR. MARTY

# Mechanics Warn: An Extended Car Warranty Is Worth It If The Brand Is One Of These

Save $1000s on vehicle repairs with an extended auto warranty - use our tool to get the best price this month

**Featured**

Trump News

Iran War Coverage

2026 NFL Schedule

2026 USMNT World Cup Roster

**Follow Us On**

YouTube

Facebook

Instagram

X

**Privacy**

Privacy Policy

California Notice

Case 1:25-cv-01766-SLS    Document 108-25    Filed 07/02/26    Page 11 of 11

Minors' Privacy Policy

**More from CBS News**

Newsletters

Podcasts

Download Our App

Brand Studio

Sitemap

**Company**

About Paramount

Advertise With Paramount

Join Our Talent Community

Help

Feedback

Contact the Ombudsman

Copyright ©2026 CBS Interactive Inc. All rights reserved.