# EXHIBIT Q

🌐 **En Español**    📱 **Contact Us**    ⊘ **Quick Links**



**U.S. Immigration and Customs Enforcement**

Search

**Call 1-866-DHS-2-ICE**     Report Crime

ICE     FACT SHEETS

# ICE Air Operations

AUGUST 8, 2023

## Overview

U.S. Immigration and Customs Enforcement (ICE) Air Operations (IAO) is ICE's primary air transportation division. IAO facilitates the transfer and removal of aliens via commercial airlines and chartered flights in support of ICE field offices and Department of Homeland Security (DHS) initiatives.

IAO conducts the transfer and removal of detained aliens via charter and commercial air transportation:

- Air Charter Operations transports detained aliens ordered removed from the United States to their countries of origin, and transfers detained aliens domestically throughout the United States to various ICE-managed detention facilities and staging areas via charter aircraft.
- Commercial Air Operations is the commercial air transportation entity that coordinates all escorted and unescorted commercial removal travel requests received from the 25 ERO field offices.

IAO also conducts Special High-Risk Charter flights. These flights are scheduled to countries or regions on an as-needed basis to repatriate aliens subject to final orders of removal to locations worldwide and may include aliens who have failed to comply with final orders of removal, security risks, or other risk factors.

## IAO Charter Operational Locations

IAO stages a total of 12 aircraft at its operational locations in Arizona, Texas, Louisiana, and Florida.

# Enforcement and Removal

**287(g)**

[Delegation of Immigration Authority Section 287(g) Immigration and Nationality Act](#)
Allows a state and local law enforcement entity to enter into a partnership with ICE, under a joint MOA to receive delegated authority.

**Enforcement and Removal Operations**

[Case examples: ICE operations targeting criminal aliens](#)
Data captured from July 13 to Aug. 20, 2020, shows that ICE officers arrested more than 2,000 at-large individuals living illegally in the U.S.

[ICE Air Operations](#)
IAO is ICE's primary air transportation division.

[Locating Individuals in Detention](#)
ODLS allows family members, legal representatives, and members of the public to locate individuals who are detained by ICE.

[Using a Victim-Centered Approach with Alien Crime Victims](#)
Q&A: Using a Victim-Centered Approach with Alien Crime Victims

# Homeland Security Investigations

**Financial Crimes/Cornerstone**

[Operation Firewall](#)
Targets the full array of methods used to smuggle bulk cash.

**Human Smuggling & Trafficking Unit**

## "Operation In Plain Sight" - Targeting Arizona Smuggling Organizations

'Operation In Plain Sight', named as such because of the brazen nature of the transportation companies' activities

**Law Enforcement Officer Mission Support**

## Immigration and Customs Enforcement Pattern Analysis and Information Collection System (ICEPIC)

ICEPIC helps to identify suspicious identities and discovers possible non-obvious relationships among individuals and organizations.

**National Intellectual Property Rights (IPR) Coordination Center**

## Homeland Security Investigations at Super Bowl LV

HSI personnel will be on the front lines of the interagency effort to mitigate the threat posed by criminal organizations seeking to exploit and profit from criminal activity conducted in and around the Super Bowl - from the identification and seizure of counterfeit goods to enhanced efforts to counter human trafficking.

## Intellectual Property Right Theft Enforcement Teams

IPTETs build on the investigative best practices identified by the IPR Center

## National Intellectual Property Rights Coordination Center

The IPR Center stops predatory and unfair trade practices that threaten the global economy.

## Operation Apothecary

Combats pharmaceutical smuggling

## Operation Guardian

Combats the importation of substandard tainted, and counterfeit products that pose health and safety risks to consumers

## Operation In Our Sites

The IPR Center and its partner agencies aggressively pursue those who steal from American businesses and workers.

## Operation Pangea

Uses enforcement actions to raise awareness of the dangers posed by counterfeit medicines and medical devices being sold on the Internet

## Outreach & Training

IPR Center's Outreach & Training Unit engages in partnerships to combat IP theft through it's Operation Joint Venture initiative

## Tracing the Counterfeit Shoe Market

Despite international efforts to stop counterfeiting, a lack of consumer knowledge and the increase of online shopping gives crooks more ways than ever to dupe unsuspecting individuals out of jobs, profits and the health and safety of their families.

**National Security**

## Counter-Proliferation Investigations

Notable ICE Counter-Proliferation Investigations Cases

## Terrorism-Related Threats and ICE's Authority

Success Stories – ICE uses Immigration and Customs Authorities to Address National Security threats.

**Operation Predator**

## Operation Predator - Targeting child exploitation and sexual crimes

Each year, millions of children fall prey to sexual predators.

**Smuggling - Arms, Contraband, Cultural Artifacts**

### Cultural Property, Art and Antiquities (CPAA) Investigations

ICE works with experts to authenticate items, determine their true ownership and return them to their countries of origin.

### In-Bond Merchandise Diversion Smuggling

In-bond smuggling occurs when someone knowingly avoids paying lawful customs charges or duties on imported or exported merchandise.

### World War II Cultural Property Cases

Stolen art, looted antiquities, fraudulently acquired artifacts – these are the little known casualties of war.

**Student Exchange and Visitor Program**

### F and M Student Record Termination Reasons in SEVIS

This job aid is a quick-reference for termination reasons noted in SEVIS.

**Worksite Enforcement**

### Form I-9 Inspection Under Immigration and Nationality Act § 274A

The Immigration Reform and Control Act designates the I-9 form as the means of verifying identity and employment eligibility.

# Management and Administration

**Chief Financial Officer - Management and Budget**

### Budget - Fiscal Year 2005

Budget - Fiscal Year 2005

### Budget - Fiscal Year 2006

Budget - Fiscal Year 2006

### Budget - Fiscal Year 2007

Budget - Fiscal Year 2007

### Budget - Fiscal Year 2008

Budget - Fiscal Year 2008

### Budget - Fiscal Year 2009

Budget - Fiscal Year 2009

### Budget - Fiscal Year 2010

ICE's Fiscal Year 2010 budget figures in key categories

### ICE Fiscal Year (FY) 2011 Enacted Budget

ICE Fiscal Year (FY) 2011 Enacted Budget

### ICE Fiscal Year (FY) 2012 Enacted Budget

ICE Fiscal Year (FY) 2012 Enacted Budget

## Office of Human Capital - Careers

### Student Volunteer Program

The Student Volunteer Program offers unpaid, professional training opportunities to
undergraduate and graduate college students.

Updated: 05/16/2025

Updated: 05/16/2025

## ADDRESS

📍 500 12th St SW
Washington, DC
20536

📱 Report Crimes:
Call 1-866-DHS-2-
ICE

## RELATED INFORMATION

Enforcement and
Removal Operations

Removal

Web Feature: ICE Air
Operations prioritizes
safety and security for
its passengers

## CONTACT US

General Information

ICE Field Offices

HSI International
Offices

Media Inquiries

Community Relations

Small Business

**About Us**

**Homeland Security Investigations**

**Enforcement and Removal Operations**

**Newsroom**

   



**ICE Contact Center**

Report suspicious activity: 1-866-DHS-2-ICE





ICE.gov

**An official website of the U.S. Department of Homeland Security**



About ICE                Archive                  Inspector General

Accessibility            No FEAR Act Data          The White House

FOIA Requests            Site Links                DHS Components

Privacy Policy           Performance               USA.gov
                         Reports
DHS.gov