# EXHIBIT R

These statistics are made available to the public pursuant to H.R. 1158 Sec. 218 - Department of Homeland Security Appropriations Act, 2020. The information in this report is subject to change

ICE Facilities Data, FY26
ICE Enforcement and Removal Operations Data, FY26
Data Source: ICE Integrated Decision Support (IIDS), 04/02/2026

This list is limited to facilities that have a population count of greater than or equal to 1 as the time of the data pull. This list does not include HOLD, HOSPITAL, JUVENILE, MIRP, or ORR facilities.

| Facility Information | | | | | | | | Facility Average Length of Stay |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Name | Address | City | State | Zip | AOR | Type Detailed | Male/Female | FY26 ALOS |
| ADAMS COUNTY CORRECTIONAL CENTER | 20 HOBO FORK RD. | NATCHEZ | MS | 39120 | NOL | DIGSA | Male | 37 |
| ADELANTO ICE PROCESSING CENTER | 10250 RANCHO ROAD | ADELANTO | CA | 92301 | LOS | CDF | Male | 53 |
| ALEXANDRIA STAGING FACILITY | 96 GEORGE THOMPSON DR. | ALEXANDRIA | LA | 71303 | NOL | STAGING | Male | 3 |
| ALLEGANY COUNTY JAIL | 4884 STATE ROUTE 19 | BELMONT | NY | 14813 | BUF | USMS IGA | Female/Male | 8 |
| ALLEN PARISH PUBLIC SAFETY COMPLEX | 7340 HIGHWAY 26 WEST | OBERLIN | LA | 70655 | NOL | IGSA | Male | 67 |
| BAKER CORRECTIONAL INSTITUTION | 20706 US 90 W | SANDERSON | FL | 32087 | MIA | STATE | Male | 21 |
| BAKER COUNTY SHERIFF DEPT. | 1 SHERIFF OFFICE DRIVE | MACCLENNY | FL | 32063 | MIA | IGSA | Female/Male | 47 |
| BALDWIN COUNTY CORRECTIONAL CENTER | 200 HAND AVE. | BAY MINETTE | AL | 36507 | NOL | USMS IGA | Female/Male | 3 |
| BERLIN FED. CORR. INST. | 1 SUCCESS LOOP DR. | BERLIN | NH | 03570 | BOS | BOP | Male | 66 |
| BLUEBONNET DETENTION FACILITY | 400 2ND STREET | ANSON | TX | 79501 | DAL | DIGSA | Female/Male | 19 |
| BOONE COUNTY JAIL | 3020 CONRAD LANE | BURLINGTON | KY | 41005 | CHI | USMS IGA | Female/Male | 54 |
| BROOKLYN MDC | 100 29TH STREET | BROOKLYN | NY | 11232 | NYC | BOP | Female/Male | 42 |
| BROOME COUNTY JAIL | 897 FRONT STREET | BINGHAMTON | NY | 13905 | BUF | USMS IGA | Female/Male | 58 |
| BROWARD COUNTY JAIL | 555 SE 1ST AVENUE | FT.LAUDERDALE | FL | 33301 | MIA | IGSA | Female/Male | 1 |
| BROWARD TRANSITIONAL CENTER | 3900 NORTH POWERLINE ROAD | POMPANO BEACH | FL | 33073 | MIA | CDF | Female/Male | 24 |
| BUFFALO SERVICE PROCESSING CENTER | 4250 FEDERAL DRIVE | BATAVIA | NY | 14020 | BUF | SPC | Male | 38 |
| BURLEIGH COUNTY | P.O. BOX 1416 | BISMARCK | ND | 58502 | SPM | USMS IGA | Female/Male | 29 |
| BUTLER COUNTY JAIL | 705 HANOVER STREET | HAMILTON | OH | 45011 | DET | USMS IGA | Female/Male | 32 |
| CALHOUN COUNTY CORRECTIONAL CENTER | 185 EAST MICHIGAN AVENUE | BATTLE CREEK | MI | 49014 | DET | IGSA | Female/Male | 53 |
| CALIFORNIA CITY IMMIGRATION PROCESSING CENTER | 22844 VIRGINIA BOULEVARD | CALIFORNIA CITY | CA | 93505 | SFR | CDF | Female/Male | 50 |
| CAMBRIA COUNTY PRISON | 425 MANOR DRIVE | EBENSBURG | PA | 15931 | PHI | USMS IGA | Male | 8 |
| CAMPBELL CO DET CTR | 601 CENTRAL AVE | NEWPORT | KY | 41071 | CHI | USMS IGA | Female/Male | 67 |
| CAROLINE DETENTION FACILITY | 11093 S.W. LEWIS MEMORIAL DRIVE | BOWLING GREEN | VA | 22427 | WAS | DIGSA | Female/Male | 53 |
| CASCADE COUNTY JAIL, MT | 3800 ULM NORTH FRONTAGE ROAD | GREAT FALLS | MT | 59404 | SLC | USMS IGA | Male | 6 |
| CASS COUNTY JAIL | 336 MAIN STREET | PLATTSMOUTH | NE | 68048 | SPM | USMS IGA | Female/Male | 20 |
| CCA, FLORENCE CORRECTIONAL CENTER | 1100 BOWLING ROAD | FLORENCE | AZ | 85232 | PHO | USMS CDF | Male | 34 |
| CENTRAL LOUISIANA ICE PROCESSING CENTER (CLIPC) | 830 PINEHILL ROAD | JENA | LA | 71342 | NOL | IGSA | Male | 22 |
| CHASE COUNTY JAIL | 301 SOUTH WALNUT STREET | COTTONWOOD FALL | KS | 66845 | CHI | IGSA | Female/Male | 23 |
| CHIPPEWA COUNTY SSM | 325 COURT STREET | SAULT STE MARIE | MI | 49783 | DET | IGSA | Male | 60 |
| CHITTENDEN REGIONAL CORRECTIONAL FACILITY | 7 FARRELL STREET | SOUTH BURLINGTON | VT | 05403 | BOS | USMS IGA | Female/Male | 11 |
| CHRISTIAN COUNTY JAIL | 410 WEST 7TH STREET, | HOPKINSVILLE | KY | 42240 | CHI | USMS IGA | Female/Male | 40 |
| CIBOLA COUNTY CORRECTIONAL CENTER | 2000 CIBOLA LOOP | MILAN | NM | 87021 | ELP | IGSA | Male | 65 |
| CIMMARRON CORR FACILITY | 3700 S. KINGS HWY | CUSHING | OK | 74023 | DAL | USMS IGA | Male | 42 |
| CLARK COUNTY JAIL (IN) | 501 EAST COURT AVE. | JEFFERSONVILLE | IN | 47130 | CHI | USMS IGA | Female/Male | 56 |
| CLAY COUNTY JUSTICE CENTER | 611 EAST JACKSON STREET | BRAZIL | IN | 47834 | CHI | USMS IGA | Female/Male | 11 |
| CLINTON COUNTY CORRECTIONAL FACILITY | 58 PINE MOUNTAIN RD. | MCELHATTAN | PA | 17748 | PHI | USMS IGA | Female/Male | 53 |
| CLINTON COUNTY JAIL | 301 E WALNUT STREET | FRANKFORT | IN | 46041 | CHI | USMS IGA | Female/Male | 6 |
| COASTAL BEND DETENTION FACILITY | 4909 FM 2826 | ROBSTOWN | TX | 78380 | HLG | USMS IGA | Female/Male | 6 |
| COLLIER COUNTY NAPLES JAIL CENTER | 3347 TAMIAMI TRAIL E | NAPLES | FL | 34112 | MIA | IGSA | Female/Male | 5 |
| CORR. CTR OF NORTHWEST OHIO | 3151 COUNTY ROAD 2425 | STRYKER | OH | 43557 | DET | USMS IGA | Male | 44 |
| CROW WING COUNTY JAIL | 313 LAUREL ST | BRAINERD | MN | 56401 | SPM | USMS IGA | Female/Male | 15 |
| DAKOTA COUNTY JAIL | 1601 BROADWAY | DAKOTA CITY | NE | 68731 | SPM | USMS IGA | Female/Male | 23 |
| DAVIESS COUNTY DETENTION | 3337 HIGHWAY 144 | OWENSBORO | KY | 42303 | CHI | USMS IGA | Female/Male | 29 |
| DAVIS COUNTY | 800 WEST STATE STREET | FARMINGTON | UT | 84025 | SLC | USMS IGA | Female/Male | 4 |
| DELANEY HALL DETENTION FACILITY | 451 DOREMUS AVENUE | NEWARK | NJ | 07105 | NEW | CDF | Female/Male | 20 |
| DENVER CONTRACT DETENTION FACILITY | 3130 OAKLAND ST | AURORA | CO | 80010 | DEN | CDF | Female/Male | 49 |
| DEPARTMENT OF CORRECTIONS HAGATNA | 203 ASPINAL AVE. PO BOX 3236 | HAGATNA | GU | 96910 | SFR | USMS IGA | Male | 45 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DESERT VIEW ANNEX | 10450 RANCHO ROAD | ADELANTO | CA | 92301 | LOS | CDF | Male | 53 |
| DIAMONDBACK CORR FACILITY | ROUTE 2, BOX 336 | WATONGA | OK | 73772 | DAL | DIGSA | Female/Male | 31 |
| DILLEY IMMIGRATION PROCESSING CENTER | 300 EL RANCHO WAY | DILLEY | TX | 78017 | SNA | FAMILY | Female/Male | 32 |
| DILLEY PROCESSING SINGLE ADULT FEMALE | 300 EL RANCHO WAY | DILLEY | TX | 78017 | SNA | DIGSA | Female | 68 |
| DODGE COUNTY JAIL | 215 WEST CENTRAL STREET | JUNEAU | WI | 53039 | CHI | USMS IGA | Female/Male | 24 |
| DOUGLAS COUNTY | 1409 HAMMOND AVENUE | SUPERIOR | WI | 54880 | SPM | USMS IGA | Female/Male | 37 |
| EAST HIDALGO DETENTION CENTER | 1330 HIGHWAY 107 | LA VILLA | TX | 78562 | HLG | USMS IGA | Female/Male | 2 |
| EDEN DETENTION CTR | 702 E BROADWAY ST | EDEN | TX | 76837 | DAL | USMS IGA | Male | 35 |
| EL PASO SERVICE PROCESSING CENTER | 8915 MONTANA AVE. | EL PASO | TX | 79925 | ELP | SPC | Female/Male | 52 |
| EL VALLE DETENTION FACILITY | 1800 INDUSTRIAL DRIVE | RAYMONDVILLE | TX | 78580 | HLG | DIGSA | Female/Male | 43 |
| ELIZABETH CONTRACT DETENTION FACILITY | 625 EVANS STREET | ELIZABETH | NJ | 07201 | NEW | CDF | Female/Male | 13 |
| ELMORE COUNTY JAIL | 2255 E. 8TH NORTH | MOUNTAIN HOME | ID | 83647 | SLC | USMS IGA | Female/Male | 4 |
| ELOY FEDERAL CONTRACT FACILITY | 1705 EAST HANNA RD. | ELOY | AZ | 85131 | PHO | DIGSA | Female/Male | 58 |
| ERO EL PASO CAMP EAST MONTANA | 6920 DIGITAL RD | EL PASO | TX | 79936 | ELP | CDF | Female/Male | 11 |
| ETOWAH COUNTY JAIL | 827 FORREST AVENUE | GADSDEN | AL | 35901 | NOL | USMS IGA | Male | 4 |
| FARMVILLE DETENTION CENTER | 508 WATERWORKS ROAD | FARMVILLE | VA | 23901 | WAS | DIGSA | Male | 49 |
| FCI ATLANTA | 601 MCDONOUGH BOULEVARD, SE | ATLANTA | GA | 30315 | ATL | BOP | Female/Male | 14 |
| FDC PHILADELPHIA | 700 ARCH ST. | PHILADELPHIA | PA | 19106 | PHI | BOP | Female/Male | 6 |
| FLAGLER COUNTY JAIL | 1002 JUSICE LANE | BUNNELL | FL | 32110 | MIA | IGSA | Male | 9 |
| FLORENCE SERVICE PROCESSING CENTER | 3250 NORTH PINAL PARKWAY | FLORENCE | AZ | 85132 | PHO | SPC | Female/Male | 7 |
| FLORENCE STAGING FACILITY | 3250 NORTH PINAL PARKWAY | FLORENCE | AZ | 85232 | PHO | STAGING | Male | 3 |
| FLORIDA SOFT-SIDED FACILITY | 54575 TAMIAMI TRL E | OCHOPEE | FL | 34141 | MIA | STATE | Male | 16 |
| FLOYD COUNTY JAIL | 2526 NEW CALHOUN HWY | ROME | GA | 30161 | ATL | USMS IGA | Female/Male | 2 |
| FOLKSTON ANNEX IPC | 3424 HWY 252 EAST | FOLKSTON | GA | 31537 | ATL | DIGSA | Male | 38 |
| FOLKSTON D RAY ICE PROCESSING CTR | 3262 HIGHWAY 252 | FOLKSTON | GA | 31537 | ATL | DIGSA | Male | 35 |
| FOLKSTON MAIN IPC | 3026 HWY 252 EAST | FOLKSTON | GA | 31537 | ATL | DIGSA | Male | 34 |
| FREEBORN COUNTY ADULT DETENTION CENTER | 411 SOUTH BROADWAY AVENUE | ALBERT LEA | MN | 56007 | SPM | IGSA | Male | 24 |
| FULTON CO JAIL INDIANA | 2006 SWEETGUM RD | ROCHESTER | IN | 46975 | CHI | USMS IGA | Female/Male | 3 |
| GEAUGA COUNTY JAIL | 12450 MERRITT DR | CHARDON | OH | 44024 | DET | USMS IGA | Female/Male | 77 |
| GLADES COUNTY DETENTION CENTER | 1297 EAST SR 78 | MOORE HAVEN | FL | 33471 | MIA | IGSA | Female/Male | 51 |
| GOLDEN STATE ANNEX | 611 FRONTAGE RD | MCFARLAND | CA | 93250 | SFR | CDF | Male | 74 |
| GRAND FORKS COUNTY CORRECTIONAL FACILITY | 1701 NORTH WASHINGTON ST | GRAND FORKS | ND | 58203 | SPM | USMS IGA | Female/Male | 16 |
| GRAYSON COUNTY JAIL | 320 SHAW STATION ROAD | LEITCHFIELD | KY | 42754 | CHI | USMS IGA | Female/Male | 38 |
| GREENE COUNTY JAIL | 1199 N HASELTINE RD | SPRINGFIELD | MO | 65802 | CHI | USMS IGA | Female/Male | 22 |
| HALL COUNTY DEPARTMENT OF CORRECTIONS | 110 PUBLIC SAFETY DRIVE | GRAND ISLAND | NE | 68801 | SPM | USMS IGA | Female/Male | 10 |
| HANCOCK COUNTY PUBLIC SAFETY COMPLEX | 8450 HIGHWAY 90 | BAY ST. LOUIS | MS | 39520 | NOL | IGSA | Female/Male | 2 |
| HARDIN COUNTY JAIL | 1116 14TH AVENUE | ELDORA | IA | 50627 | SPM | USMS IGA | Female/Male | 22 |
| HENDERSON DETENTION | 18 E BASIC ROAD | HENDERSON | NV | 89015 | SLC | USMS IGA | Female/Male | 26 |
| HONOLULU FEDERAL DETENTION CENTER | 351 ELLIOTT ST. | HONOLULU | HI | 96819 | SFR | BOP | Female/Male | 63 |
| HOPKINS COUNTY JAIL | 2250 LAFOON TRAIL | MADISONVILLE | KY | 42431 | CHI | USMS IGA | Female/Male | 61 |
| HOUSTON CONTRACT DETENTION FACILITY | 15850 EXPORT PLAZA DRIVE | HOUSTON | TX | 77032 | HOU | CDF | Female/Male | 47 |
| IAH SECURE ADULT DETENTION FACILITY (POLK) | 3400 FM 350 SOUTH | LIVINGSTON | TX | 77351 | HOU | DIGSA | Male | 70 |
| IMPERIAL REGIONAL DETENTION FACILITY | 1572 GATEWAY | CALEXICO | | 92231 | SND | CDF | Female/Male | 69 |
| IRWIN COUNTY DETENTION CENTER | 132 COTTON DRIVE | OCILLA | GA | 31772 | ATL | USMS IGA | Female/Male | 14 |
| JACKSON PARISH CORRECTIONAL CENTER | 327 INDUSTRIAL DRIVE | JONESBORO | LA | 71251 | NOL | USMS IGA | Male | 33 |
| JEFFERSON COUNTY JAIL | 219 EAST FREMONT AVENUE | RIGBY | ID | 83442 | SLC | IGSA | Female/Male | 5 |
| JOE CORLEY PROCESSING CTR | 500 HILBIG RD | CONROE | TX | 77301 | HOU | IGSA | Male | 49 |
| JTF CAMP SIX | AVENUE C PSC 1005 BOX 55 | FPO | FL | 34009 | MIA | DOD | Male | 30 |
| KANDIYOHI COUNTY JAIL | 2201 23RD ST NE | WILLMAR | MN | 56201 | SPM | IGSA | Female/Male | 28 |
| KARNES COUNTY CORRECTIONAL CENTER | 810 COMMERCE STREET | KARNES CITY | TX | 78118 | SNA | USMS IGA | Female/Male | 4 |
| KARNES COUNTY IMMIGRATION PROCESSING CENTER | 409 FM 1144 | KARNES CITY | TX | 78118 | SNA | DIGSA | Female/Male | 51 |
| KAY CO JUSTICE FACILITY | 1101 WEST DRY ROAD | NEWKIRK | OK | 74647 | CHI | IGSA | Female/Male | 22 |
| KENTON COUNTY JAIL | 3000 DECKER CRANE LANE | COVINGTON | KY | 41017 | CHI | USMS IGA | Male | 42 |
| KNOX COUNTY DETENTION FACILITY | 5001 MALONEYVILLE RD | KNOXVILLE | TN | 37918 | NOL | USMS IGA | Female/Male | 4 |
| KROME NORTH SERVICE PROCESSING CENTER | 18201 SW 12TH ST | MIAMI | FL | 33194 | MIA | SPC | Male | 25 |
| LA SALLE COUNTY REGIONAL DETENTION CENTER | 832 EAST TEXAS STATE HIGHWAY 44 | ENCINAL | TX | 78019 | SNA | USMS IGA | Male | 53 |
| LAFAYETTE PARISH CORRECTIONAL CENTER | 916 LAFAYETTE STREET | LAFAYETTE | LA | 70501 | NOL | IGSA | Female/Male | 3 |
| LARAMIE COUNTY JAIL | 1910 PIONEER AVENUE | CHEYENNE | WY | 82001 | DEN | USMS IGA | Female/Male | 2 |
| LAREDO PROCESSING CENTER | 4702 EAST SAUNDERS STREET | LAREDO | TX | 78041 | HLG | DIGSA | Female/Male | 54 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| LAUREL COUNTY CORRECTIONAL CENTER | 440 HAMMOCK ROAD | LONDON | KY | 40744 | CHI | USMS IGA | Female/Male | 2 |
| LAWRENCE COUNTY | 80 SHERMAN STREET | DEADWOOD | SD | 57732 | SPM | USMS IGA | Female/Male | 35 |
| LEWISBURG US PENITENTIARY | P.O. BOX 1000 | LEWISBURG | PA | 17837 | PHI | BOP | Female/Male | 31 |
| LEXINGTON COUNTY JAIL | 521 GIBSON ROAD | LEXINGTON | SC | 29072 | ATL | USMS IGA | Female/Male | 2 |
| LIBERTY COUNTY JAIL | 12499 NW POGO ST PO BOX 67 | BRISTOL | FL | 32321 | MIA | IGSA | Male | 8 |
| LIMESTONE COUNTY DETENTION CENTER | 910 NORTH TYUS STREET | GROESBECK | TX | 76642 | HOU | USMS IGA | Male | 44 |
| LINCOLN COUNTY JAIL | 3020 N JEFFERS | NORTH PLATTE | NE | 69101 | SPM | USMS IGA | Female/Male | 29 |
| LINN COUNTY JAIL | 53 3RD AVENUE BRIDGE | CEDAR RAPIDS | IA | 52401 | SPM | USMS IGA | Female/Male | 21 |
| LOGAN COUNTY JAIL | 216 S BROAD ST | GUTHRIE | OK | 73044 | DAL | USMS IGA | Female/Male | 2 |
| LOUISIANA ICE PROCESSING | 18198 TUNICA TRACE BLDG E | ANGOLA | LA | 70712 | NOL | IGSA | Male | 61 |
| MADISON COUNTY JAIL | 2935 HIGHWAY 51 | CANTON | MS | 39046 | NOL | USMS IGA | Female/Male | 2 |
| MAHONING COUNTY JAIL | 110 FIFTH AVENUE | YOUNGSTOWN | OH | 44503 | DET | USMS IGA | Female/Male | 16 |
| MARTIN COUNTY JAIL | 800 SOUTHEAST MONTEREY ROAD | STUART | FL | 34994 | MIA | USMS IGA | Female/Male | 3 |
| MCCOOK DETENTION CENTER | 2309 N HIGHWAY 83 | MCCOOK | NE | 69001 | SPM | DIGSA | Male | 33 |
| MESA VERDE ICE PROCESSING CENTER | 425 GOLDEN STATE AVE | BAKERSFIELD | CA | 93301 | SFR | CDF | Male | 54 |
| MIAMI CORRECTIONAL CENTER | 3038 WEST 850 SOUTH P.O. BOX 900 | BUNKERHILL | IN | 46914 | CHI | IGSA | Male | 46 |
| MIAMI FEDERAL DETENTION | 33 NE 4 STREET | MIAMI | FL | 33132 | MIA | BOP | Female/Male | 58 |
| MIAMI STAGING FACILITY | UNAVAILABLE | MIAMI | FL | 33101 | MIA | STAGING | Female/Male | 1 |
| MIDWEST REGIONAL RECEPTION CENTER | 100 HIGHWAY TERRACE | LEAVENWORTH | KS | 66048 | CHI | CDF | Female/Male | 9 |
| MILLER COUNTY JAIL | 2300 EAST STREET | TEXARKANA | AR | 71854 | NOL | USMS IGA | Female/Male | 2 |
| MINICASSIA DETENTION CENTER | 1415 ALBION AVENUE | BURLEY | ID | 83318 | SLC | USMS IGA | Female/Male | 3 |
| MINNEHAHA COUNTY JAIL | 500 NORTH MINNESOTA AVENUE | SIOUX FALLS | SD | 57104 | SPM | USMS IGA | Female/Male | 2 |
| MONROE COUNTY DETENTION-DORM | 7000 EAST DUNBAR ROAD | MONROE | MI | 48161 | DET | IGSA | Male | 49 |
| MONTGOMERY ICE PROCESSING CENTER | 806 HILBIG RD | CONROE | TX | 77301 | HOU | CDF | Male | 16 |
| MOSHANNON VALLEY PROCESSING CENTER | 555 GEO DRIVE | PHILIPSBURG | PA | 16866 | PHI | DIGSA | Female/Male | 51 |
| MUSCATINE COUNTY JAIL | 400 WALNUT STREET | MUSCATINE | IA | 52761 | SPM | USMS IGA | Female/Male | 46 |
| NATRONA COUNTY JAIL | 1100 BRUCE LANE | CASPER | WY | 82601 | DEN | USMS IGA | Female/Male | 12 |
| NELSON COLEMAN CORRECTION | 5061 HIGHWAY 3127 | KILLONA | LA | 70057 | NOL | USMS IGA | Male | 2 |
| NEVADA SOUTHERN DETENTION CENTER | 2190 EAST MESQUITE AVENUE | PAHRUMP | NV | 89060 | SLC | USMS CDF | Male | 46 |
| NEW HANOVER COUNTY JAIL | 3950 JUVENILE RD | CASTLE HAYNE | NC | 28429 | ATL | USMS IGA | Female/Male | 2 |
| NIAGARA COUNTY JAIL | 5526 NIAGARA STREET EXTENTION | LOCKPORT | NY | 14094 | BUF | USMS IGA | Female/Male | 11 |
| NORTH LAKE CORRECTIONAL FACILITY | 1805 W 32ND ST | BALDWIN | MI | 49304 | DET | CDF | Female/Male | 49 |
| NORTHEAST OHIO CORRECTIONAL CENTER | 2240 HUBBARD ROAD | YOUNGSTOWN | OH | 44505 | DET | USMS IGA | Male | 32 |
| NORTHWEST ICE PROCESSSING CENTER | 1623 E. J STREET | TACOMA | WA | 98421 | SEA | CDF | Female/Male | 56 |
| NORTHWEST REGIONAL CORRECTIONS CENTER | 816 MARIN AVE., SUITE 110 | CROOKSTON | MN | 56716 | SPM | USMS IGA | Female/Male | 20 |
| NORTHWEST STATE CORRECTIONAL CENTER | 3649 LOWER NEWTON ROAD | SWANTON | VT | 05488 | BOS | USMS IGA | Female/Male | 14 |
| OLDHAM COUNTY DETENTION CENTER | 3405 W HWY 146 | LA GRANGE | KY | 40031 | CHI | USMS IGA | Female/Male | 37 |
| ORANGE COUNTY JAIL (FL) | 3855 SOUTH JOHN YOUNG PARKWAY | ORLANDO | FL | 32839 | MIA | USMS IGA | Female/Male | 3 |
| ORANGE COUNTY JAIL (NY) | 110 WELLS FARM ROAD | GOSHEN | NY | 10924 | NYC | IGSA | Male | 49 |
| OTAY MESA DETENTION CENTER | 7488 CALZADA DE LA FUENTE | SAN DIEGO | CA | 92154 | SND | CDF | Female/Male | 62 |
| OTERO COUNTY PROCESSING CENTER | 26 MCGREGOR RANGE ROAD | CHAPARRAL | NM | 88081 | ELP | DIGSA | Female/Male | 64 |
| OZARK COUNTY SHERIFF'S OFFICE | 1818 COUNTY ROAD 806 | GAINESVILLE | MO | 65655 | CHI | IGSA | | 44 |
| PENNINGTON COUNTY JAIL (SOUTH DAKOTA) | 300 KANSAS CITY STREET NONE | RAPID CITY | SD | 57701 | SPM | USMS IGA | Female/Male | 4 |
| PHELPS COUNTY JAIL (MO) | 301 W. 2ND | ROLLA | MO | 65401 | CHI | USMS IGA | Female/Male | 38 |
| PHELPS COUNTY JAIL (NE) | 715 5TH AVENUE | HOLDREGE | NE | 68949 | SPM | USMS IGA | Female/Male | 45 |
| PICKENS COUNTY DETENTION CENTER | 188 CEMETERY ST | CARROLLTON | AL | 35447 | NOL | IGSA | Female/Male | 4 |
| PIKE COUNTY JAIL | 175 PIKE COUNTY BOULEVARD | LORDS VALLEY | PA | 18428 | PHI | IGSA | Male | 66 |
| PINE PRAIRIE ICE PROCESSING CENTER | 1133 HAMPTON DUPRE ROAD | PINE PRAIRIE | LA | 70576 | NOL | DIGSA | Male | 15 |
| PINELLAS COUNTY JAIL | 14400 49TH STREET NORTH | CLEARWATER | FL | 33762 | MIA | USMS IGA | Female/Male | 2 |
| PLYMOUTH COUNTY CORRECTIONAL FACILITY | 26 LONG POND ROAD | PLYMOUTH | MA | 02360 | BOS | IGSA | Male | 45 |
| POLK COUNTY JAIL | 1985 NE 51ST PLACE | DES MOINES | IA | 50313 | SPM | USMS IGA | Female/Male | 23 |
| PORT ISABEL SPC | 27991 BUENA VISTA BOULEVARD | LOS FRESNOS | TX | 78566 | HLG | SPC | Female/Male | 8 |
| POTTAWATTAMIE COUNTY JAIL | 1400 BIG LAKE ROAD | COUNCIL BLUFFS | IA | 51501 | SPM | USMS IGA | Female/Male | 18 |
| PRAIRIELAND DETENTION CENTER | 1209 SUNFLOWER LN | ALVARADO | TX | 76009 | DAL | DIGSA | Female/Male | 19 |
| RICHWOOD CORRECTIONAL CENTER | 180 PINE BAYOU CIRCLE | MONROE | LA | 71202 | NOL | DIGSA | Female/Male | 47 |
| RIO GRANDE DETENTION CENTER | 1001 SAN RIO BOULEVARD | LAREDO | TX | 78046 | HLG | USMS CDF | Male | 58 |
| RIVER CORRECTIONAL CENTER | 26362 HIGHWAY 15 | FERRIDAY | LA | 71334 | NOL | IGSA | Male | 50 |
| RIVERSIDE REGIONAL JAIL | 1000 RIVER ROAD | HOPEWELL | VA | 23860 | WAS | USMS IGA | Female/Male | 3 |
| ROBERT A DEYTON DETENTION FACILITY | 11866 HASTINGS BRIDGE ROAD P.O. BOX 429 | LOVEJOY | GA | 30250 | ATL | USMS IGA | Male | 3 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SAIPAN DEPARTMENT OF CORRECTIONS (SUSUPE) | VICENTE T. SEMAN BLDG, CIVIC CENTER | SAIPAN | MP | 96950 | SFR | USMS IGA | Female/Male | | 42 |
| SALT LAKE COUNTY METRO JAIL | 3415 SOUTH 900 WEST | SALT LAKE CITY | UT | 84119 | SLC | USMS IGA | Female/Male | | 2 |
| SAN JUAN STAGING | 651 FEDERAL DRIVE, SUITE 104 | GUAYNABO | PR | 00965 | MIA | STAGING | Female/Male | | 3 |
| SAN LUIS REGIONAL DETENTION CENTER | 406 NORTH AVENUE D | SAN LUIS | AZ | 85349 | SND | IGSA | Female/Male | | 67 |
| SARPY COUNTY JAIL | 1208 GOLDEN GATE DRIVE | PAPILLION | NE | 68046 | SPM | USMS IGA | Female/Male | | 20 |
| SAUK COUNTY SHERIFF | 1300 LANGE CT. | BARABOO | WI | 53913 | CHI | USMS IGA | Female/Male | | 19 |
| SCOTT COUNTY DET. FACILITY | 416 W 4TH ST | DAVENPORT | IA | 52801 | CHI | USMS IGA | Female/Male | | 2 |
| SENECA COUNTY JAIL | 3040 SOUTH STATE HIGHWAY 100 | TIFFIN | OH | 44883 | DET | IGSA | Female/Male | | 30 |
| SHERBURNE COUNTY JAIL | 13880 BUSINESS CENTER DRIVE | ELK RIVER | MN | 55330 | SPM | USMS IGA | Male | | 22 |
| SIOUX COUNTY JAIL | 4363 IRONWOOD AVENUE | ORANGE CITY | IA | 51041 | SPM | USMS IGA | Female/Male | | 34 |
| SOUTH LOUISIANA ICE PROCESSING CENTER | 3843 STAGG AVENUE | BASILE | LA | 70515 | NOL | DIGSA | Female/Male | | 45 |
| SOUTH TEXAS ICE PROCESSING CENTER | 566 VETERANS DRIVE | PEARSALL | TX | 78061 | SNA | CDF | Female/Male | | 48 |
| ST. CLAIR COUNTY JAIL | 1170 MICHIGAN ROAD | PORT HURON | MI | 48060 | DET | IGSA | Male | | 37 |
| ST. LUCIE COUNTY JAIL | 900 N. ROCK RD. | FORT PIERCE | FL | 34945 | MIA | IGSA | | | 2 |
| STE. GENEVIEVE COUNTY SHERIFF/JAIL | 5 BASLER DR. | STE. GENEVIEVE | MO | 63670 | CHI | USMS IGA | Female/Male | | 21 |
| STEWART DETENTION CENTER | 146 CCA ROAD | LUMPKIN | GA | 31815 | ATL | DIGSA | Female/Male | | 47 |
| STRAFFORD COUNTY CORRECTIONS | 266 COUNTY FARM ROAD | DOVER | NH | 03820 | BOS | IGSA | Female/Male | | 43 |
| SWEETWATER COUNTY JAIL | 50140 UNITED STATES HIGHWAY 191 SOUTH | ROCK SPRINGS | WY | 82935 | DEN | USMS IGA | Female/Male | | 11 |
| T DON HUTTO DETENTION CENTER | 1001 WELCH STREET | TAYLOR | TX | 76574 | SNA | CDF | Male | | 37 |
| TOOELE COUNTY JAIL | 47 SOUTH MAIN STREET | TOOELE | UT | 84074 | SLC | USMS IGA | Female/Male | | 3 |
| TORRANCE COUNTY DETENTION FACILITY | 209 COUNTY ROAD 49 | ESTANCIA | NM | 87016 | ELP | IGSA | Male | | 91 |
| TULSA COUNTY JAIL (DAVID L. MOSS JUSTICE CTR) | 300 NORTH DENVER AVENUE | TULSA | OK | 74103 | DAL | IGSA | Female/Male | | 5 |
| TURNER GUILFORD KNIGHT (TGK) JAIL | 7000 NW 41ST ST. | MIAMI | FL | 33166 | MIA | IGSA | Female/Male | | 1 |
| UINTA COUNTY JAIL | 77 COUNTY ROAD 109 | EVANSTON | WY | 82930 | SLC | USMS IGA | Female/Male | | 4 |
| VAL VERDE CORRECTIONAL FACILITY | 253 FARM TO MARKET 2523 | DEL RIO | TX | 78840 | SNA | USMS IGA | Female/Male | | 1 |
| WALTON COUNTY JAIL | 40 SHERIFF CIR | DEFUNIAK SPRINGS | FL | 32433 | MIA | USMS IGA | Female/Male | | 3 |
| WARD COUNTY JAIL | P.O. BOX 907 | MINOT | ND | 58702 | SPM | USMS IGA | Female/Male | | 5 |
| WASHINGTON COUNTY DETENTION CENTER | 1155 WEST CLYDESDALE DRIVE | FAYETTEVILLE | AR | 72701 | NOL | USMS IGA | Female/Male | | 2 |
| WASHINGTON COUNTY JAIL (PURGATORY CORRECTIONAL FA | 750 SOUTH 5300 WEST | HURRICANE | UT | 84737 | SLC | USMS IGA | Female/Male | | 6 |
| WASHOE COUNTY JAIL | 911 PARR BLVD 775 328 3308 | RENO | NV | 89506 | SLC | USMS IGA | Female/Male | | 24 |
| WAUKESHA COUNTY JAIL | 515 WEST MORELAND | WAUKESHA | WI | 53186 | CHI | USMS IGA | Female/Male | | 2 |
| WEBB COUNTY DETENTION CENTER (CCA) | 9998 SOUTH HIGHWAY 83 | LAREDO | TX | 78041 | HLG | DIGSA | Female/Male | | 64 |
| WEBER COUNTY JAIL | 721 WEST 12TH STREET | OGDEN | UT | 84404 | SLC | USMS IGA | Female/Male | | 4 |
| WESTERN TENNESSEE DETENTION FACILITY | 6299 FINDE NAIFEH DRIVE | MASON | TN | 38049 | NOL | DIGSA | Female/Male | | 23 |
| WESTERN VIRGINIA REGIONAL JAIL | 5885 W RIVER RD | SALEM | VA | 24153 | WAS | USMS IGA | Female/Male | | 2 |
| WINN CORRECTIONAL CENTER | 560 GUM SPRING ROAD | WINNFIELD | LA | 71483 | NOL | DIGSA | Male | | 33 |
| WOODBURY COUNTY JAIL | 407 7TH STREET | SIOUX CITY | IA | 51101 | SPM | USMS IGA | Female/Male | | 26 |
| WYATT DETENTION CENTER | 950 HIGH STREET | CENTRAL FALLS | RI | 02863 | BOS | USMS IGA | Female/Male | | 38 |