# EXHIBIT S

Unclassified

# Office of Professional Responsibility

## Alexandria Staging Facility

## Special Review 2025-003-086

**February 25-27, 2025**



U.S. Immigration
and Customs
Enforcement

Unclassified

**SPECIAL REVIEW**
**of the**
**ALEXANDRIA STAGING FACILITY**
Alexandria, Louisiana

## TABLE OF CONTENTS

**FACILITY OVERVIEW** ..................................................................................................4

**SPECIAL REVIEW PROCESS** ......................................................................................5

**FINDINGS BY PERFORMANCE-BASED NATIONAL DETENTION STANDARDS 2011 (REVISED 2016) MAJOR CATEGORIES** ................................................................6

**DETAINEE RELATIONS** ..............................................................................................7

**SPECIAL REVIEW FINDINGS** ....................................................................................7

**CONCLUSION** .............................................................................................................7

## SPECIAL REVIEW TEAM MEMBERS



| | Team Lead | ODO |
| --- | --- | --- |
| | Senior Inspections and Compliance Specialist | ODO |
| | Contractor | Creative Corrections |
| | Contractor | Creative Corrections |

# FACILITY OVERVIEW

The U.S. Immigration and Customs Enforcement (ICE) Office of Professional Responsibility (OPR) Office of Detention Oversight (ODO) conducted a special review of the Alexandria Staging Facility (ASF) in Alexandria, Louisiana, from February 25 to 27, 2025.[1]  The facility opened in 2014 and is owned and operated by The Geo Group, Inc. (GEO).  The ICE Office of Enforcement and Removal Operations (ERO) began housing detainees at ASF in August 2014 under the oversight of ERO's Field Office Director in New Orleans (ERO New Orleans).  The facility operates under the Performance-Based National Detention Standards (PBNDS) 2011 (Revised 2016).

██████████████████████████████████████  A facility administrator handles daily operations and manages ██ support personnel.  GEO provides food services, and ICE Health Service Corps provides medical care at the facility.  The facility does not hold any accreditations from any outside entities.  In June 2018, ASF was audited for the Department of Homeland Security (DHS) Prison Rape Elimination Act (PREA) and was DHS PREA certified.

| Capacity and Population Statistics | Quantity |
|---|---|
| ICE Bed Capacity.[2] | ██ |
| Average ICE Population[3] | ██ |
| Adult Male Population (as of February 24, 2025) | ██ |
| Adult Female Population | ██ |

During its last rated inspection, in Fiscal Year (FY) 2024, ODO found 2 deficiencies in the following area:  Use of Force and Restraints (2).

---

[1] This facility holds male detainees with low, medium-low, medium-high, and high security classification levels for periods less than 72 hours.
[2] Data Source:  ERO Custody Management Division Authorized Facility List as of Feb 24, 2025.
[3] *Ibid.*

| | |
|---|---|
| Office of Detention Oversight | Alexandria Staging Facility |
| February 2025 | ERO New Orleans |

# SPECIAL REVIEW PROCESS

ODO conducts oversight inspections of ICE detention facilities with an average daily population (ADP) of 10 or more, and where detainees are housed for over 72 hours, to assess compliance with ICE national detention standards. While these inspections focus on facility compliance with detention standards that directly affect detainee life, health, safety, and/or well-being, in FY 2024 ODO added additional standards to the scope of each full inspection to ensure ODO inspects every standard at each facility at least once every other year.[4]

ODO identifies violations of ICE detention standards, ICE policies, or operational procedures, as "deficiencies." ODO highlights instances when the facility resolves deficiencies prior to completion of the ODO inspection. Where applicable, these corrective actions are annotated with "C" under the *Special Review Findings* section of this report.

In FY 2022, ODO began conducting special reviews of under 72-hour ICE detention facilities with an ADP of 1 or more detainees and over 72-hour ICE detention facilities with an ADP of 1 to 9 detainees. Additionally, ODO began conducting unannounced inspections of ICE detention facilities, regardless of ADP of detainees, as well as reviews of ICE special/emerging detention facilities/programs. As such, these facility inspections will result in an ODO Inspection Compliance Rating; however, for facilities that are not contractually obligated to an ICE NDS, those ratings will be for ERO's informational purposes. ODO will conduct a complete review of several core standards, in accordance with the facility's contractually required ICE NDS or in accordance with the ICE NDS listed in the current ERO Custody Management Division Authorized Facility List for facilities that are not contractually obligated to an ICE NDS, which may include but are not limited to Medical Care/Health Care, Medical Care (Women)/Health Care (Females), Significant Self-harm and Suicide Prevention and Intervention, Hunger Strikes, Food Service, Environmental Health and Safety, Special Management Units (SMU) or Hold Rooms (if the facility does not have an SMU), Use of Force and Restraints/Use of Physical Control Measures, and Sexual Abuse and Assault Prevention and Intervention.

Upon completion of each special review or unannounced inspection, ODO conducts a closeout briefing with facility and local ERO officials to discuss preliminary findings. A summary of these findings is shared with ERO management officials. Thereafter, ODO provides ICE leadership with a final compliance inspection report to: (i) assist ERO in developing and initiating uniform corrective action plans (UCAPs); and (ii) provide senior executives with an independent assessment of facility operations. ODO's findings inform ICE executive management in their decision-making to better allocate resources across the agency's entire detention inventory.

---

[4] ODO reviews the facility's compliance with selected standards in their entirety.

Office of Detention Oversight                                          Alexandria Staging Facility
February 2025                                                                        ERO New Orleans

# FINDINGS BY PERFORMANCE-BASED NATIONAL DETENTION STANDARDS 2011 (REVISED 2016) MAJOR CATEGORIES

| PBNDS 2011 (Revised 2016) Standards Inspected[5,6] | Deficiencies |
|---|:---:|
| **Part 1 - Safety** | |
| Environmental Health and Safety | 0 |
| **Sub-Total** | **0** |
| **Part 2 - Security** | |
| Sexual Abuse and Assault Prevention and Intervention | 0 |
| Special Management Units | 0 |
| Use of Force and Restraints | 0 |
| **Sub-Total** | **0** |
| **Part 4 - Care** | |
| Food Service | 0 |
| Hunger Strikes | 0 |
| Medical Care | 0 |
| Personal Hygiene | 0 |
| Significant Self-harm and Suicide Prevention and Intervention | 0 |
| **Sub-Total** | **0** |
| **Part 6 - Justice** | |
| Detainee Handbook | 0 |
| **Sub-Total** | **0** |
| **Total Deficiencies** | **0** |

---

[5] For greater detail on ODO's findings, see the *Special Review Findings* section of this report.
[6] During a special review, ODO will review a facility's compliance with at least 10 individual standards.

Office of Detention Oversight                                    Alexandria Staging Facility
February 2025                                                              ERO New Orleans

6

## DETAINEE RELATIONS

ODO interviewed 13 detainees who each voluntarily agreed to participate. None of the detainees made allegations of discrimination, mistreatment, or abuse. All 13 detainees reported satisfaction with facility services.

## SPECIAL REVIEW FINDINGS

ODO found no deficiencies during this inspection.

## CONCLUSION

During this special review, ODO assessed the facility's compliance with 10 standards under PBNDS 2011 (Revised 2016) and found the facility in compliance with all 10 of those standards. Since ASF's last rated inspection in August 2024, the facility's compliance with PBNDS 2011 (Revised 2016) has trended upward. ASF went from 1 deficient standard and 2 deficiencies in August 2024 to 0 findings during this most recent special review. ASF completed its UCAP for its last rated inspection in August 2024, which likely resolved the previous deficiencies ODO cited. ODO recommends ERO New Orleans continue to work with the facility in accordance with contractual obligations.

| Compliance Inspection Results Compared | FY 2024 Special Review (PBNDS 2011) (Revised 2016) | FY 2025 Special Review (PBNDS 2011) (Revised 2016) |
|---|---|---|
| Standards Reviewed | 10 | 10 |
| Deficient Standards | 1 | 0 |
| Overall Number of Deficiencies | 2 | 0 |
| Priority Component Deficiencies | 0 | 0 |
| Repeat Deficiencies | 0 | 0 |
| Areas Of Concern | 1 | 0 |
| Corrective Actions | 0 | 0 |
| Facility Rating | Superior | Superior |



U.S. Immigration
and Customs
Enforcement

# Office of Professional

# Responsibility

