# EXHIBIT Z

6/8/26, 12:51 AM
ICE Contractual Capacity and Number Detained: Overcapacity vs. Overcrowding

Case 1:25-cv-01766-SLS    Document 108-35    Filed 07/02/26    Page 2 of 16



Home  >  Immigration  >  Reports

# ICE Contractual Capacity and Number Detained: Overcapacity vs. Overcrowding

Published Jul 8, 2025

According to the agency's own report, Immigration and Customs Enforcement (ICE) is detaining more and more individuals[1]. Numerous reports show that ICE, after arresting individuals and booking them into one facility, quickly move them to a different detention facility usually far from their home. Was there not capacity at a detention facility closer to where they lived? Or might ICE be moving detainees to locations where judges impose fewer procedural requirements so the agency can deport individuals more quickly?

Answering these questions isn't always straightforward. Facilities book in and book out individuals on a daily basis and contractual arrangements can change. For this reason, the public needs to know the contractual capacity – the number of beds each facility has contracted with ICE to provide – along with the actual number of individuals ICE has detained at that facility *on the same day*.

Unfortunately, ICE has been withholding vital information needed to answer these questions. After a concerted FOIA campaign, TRAC has pried loose the contractual capacity of each facility along with the exact number of individuals detained on April 13, 2025. ICE has also released the maximum number of individuals it had held on a single day at each facility during FY 2025.

TRAC is currently seeking to obtain a regularly updated series. However, this one release allows TRAC to do an exact facility-by-facility comparison at a time when well-documented reports had already emerged on serious overcrowding[2].

As of April 14, 2025, detention data reveal that ICE's contractual capacity nationally was 62,913[3] while ICE held 48,056 the previous night. This means that nationally its utilization of beds was just 3 out of 4 (76%) of available beds it held contracts for across these 181 authorized detention facilities.

Of course, depending on where ICE detainees are held, some facilities can be under- utilized while others are over their contractual capacity. On the previous night of April 13, 2025, **45 out of 181** facilities exceeded their contractual capacity: 8 of these facilities exceeded their contractual capacity by at least 100 detainees, another 24 exceeded the contract by between 10 and 100 detainees, and the remaining 13 facilities exceeded the contractual capacity by less than 10 people.

Out of the 45 facilities with population counts exceeding capacity on April 13, a total of 30 (or 66.7%) were county jails. These facilities have many beds but only contracted a few they guaranteed ICE could use. ICE was authorized to pay for additional beds if needed when the county agreed to provide them[4]. Among the 8 facilities that exceeded contractual capacity by at least 100 on April 13, only 1 was a county facility (Clay County, Indiana).

A total of 13 (28.9%) of facilities that exceeded their contract on April 13 were operated by private contractors. These detention centers—managed by CoreCivic, LaSalle Corrections, and Geo Group, among others—accounted for 7 out of 8 facilities where usage on the evening of April 13 exceeded contractual capacity by at least 100 beds.

The remaining two facilities (4.4%) with populations exceeding capacity on April 13 were operated by Federal agencies.

The map below in Figure 1 shows the contractual capacity and the number detained at each detention facility on April 14, 2025 (as of midnight April 13). The facilities labeled in the map were selected based on the facilities mentioned and discussed in this report.



**Figure 1. Contractual Capacity and Number Detained at Detention Facilities as of Mid-April 2025**

Case 1:25-cv-01766-SLS    Document 108-35    Filed 07/02/26    Page 4 of 16

# Comparing ICE Detention Facilities That Were Over Contractual Capacity.

According to ICE documentation, contractual capacity is: "The number of beds at a facility allocated for ICE to use as stipulated in the contract or agreement." The data obtained by TRAC allow additional ways to compare facility populations against contractual capacity beyond the specific single day of April 13, 2025. These give a more comprehensive picture of the extent which facilities exceeded their contractual capacity during FY 2025.

## Maximum One-Day Population Count

A total of 84 out of the 181 detention facilities exceeded their contractual capacity on at least one day during October 2024 through mid-April 2025. Table 1 shows the twenty facilities that had the largest differences. For at least one night, Krome North Service Processing Center in Miami, Florida, held nearly 1,200 more people than its contractual capacity. Pine Prairie, Texas, held more than 400 people above its contracted specification. Many of the facilities that have exceeded their contractual capacity are operated by county jails. These include Clay County, which detained 248 more people than the contractual max, and Tulsa County, Oklahoma, which held 164 more people than the ceiling.

### Table 1. Largest Facility Maximum Over-Contractual Capacity Counts in FY 2025

| Facility | City | State | Facility Operator | Contractual Capacity | FY25 Max Population Count | Over Contractual Capacity |
|---|---|---|---|---|---|---|
| KROME NORTH SERVICE PROCESSING CENTER | Miami | FL | Akima Global Services | 611 | 1806 | 1195 |
| PINE PRAIRIE ICE PROCESSING CENTER | Pine Prairie | LA | GEOGroup | 500 | 923 | 423 |
| KARNES COUNTY IMMIGRATION PROCESSING CENTER | Karnes City | TX | GEOGroup | 928 | 1311 | 383 |
| STEWART DETENTION CENTER | Lumpkin | GA | CoreCivic | 1966 | 2312 | 346 |
| PRAIRIELAND DETENTION CENTER | Alvarado | TX | LaSalle Corrections | 707 | 1030 | 323 |
| SAN LUIS REGIONAL DETENTION CENTER | San Luis | AZ | LaSalle Corrections | 150 | 401 | 251 |
| CLAY COUNTY JUSTICE CENTER | Brazil | IN | County (Sheriff) | 100 | 348 | 248 |
| NEVADA SOUTHERN DETENTION CENTER | Pahrump | NV | CoreCivic | 250 | 462 | 212 |

6/8/26, 12:51 AM    ICE Contractual Capacity and Number Detained Overcapacity vs. Overcrowding

Case 1:25-cv-01766-SLS    Document 108-35    Filed 07/02/26    Page 5 of 16

| Facility | City | State | Facility Operator | Contractual Capacity | FY25 Max Population Count | Over Contractual Capacity |
|---|---|---|---|---|---|---|
| BLUEBONNET DETENTION FACILITY | Anson | TX | Management and Training Corporation | 1000 | 1206 | 206 |
| TULSA COUNTY JAIL (DAVID L. MOSS JUSTICE CTR) | Tulsa | OK | County (Sheriff) | 10 | 174 | 164 |
| CIBOLA COUNTY CORRECTIONAL CENTER | Milan | NM | CoreCivic | 300 | 444 | 144 |
| EAST HIDALGO DETENTION CENTER | La Villa | TX | GEOGroup | 10 | 149 | 139 |
| COASTAL BEND DETENTION FACILITY | Robstown | TX | GEOGroup | 10 | 131 | 121 |
| CCA, FLORENCE CORRECTIONAL CENTER | Florence | AZ | CoreCivic | 400 | 503 | 103 |
| OTAY MESA DETENTION CENTER | San Diego | CA | CoreCivic | 1358 | 1461 | 103 |
| PORT ISABEL SPC | Los Fresnos | TX | Akima Global Services | 1175 | 1278 | 103 |
| WINN CORRECTIONAL CENTER | Winnfield | LA | LaSalle Corrections | 1576 | 1672 | 96 |
| GRAYSON COUNTY JAIL | Leitchfield | KY | County (Jailer) | 5 | 98 | 93 |
| ORANGE COUNTY JAIL (NY) | Goshen | NY | County (Corrections) | 79 | 169 | 90 |
| OLDHAM COUNTY JAIL | La Grange | KY | County (Jailer) | 7 | 96 | 89 |

The entire list of facilities exceeding their contractual capacity for at least one night during FY 2025 up until mid-April can be found in Table 3 which appears in the Appendix at the conclusion of this report.

## Average Daily Population—Consistently Above Contractual Capacity

Comparing the contractual capacity to the average daily population during FY 2025 provides another way to see which facilities consistently surpass the contractual ceiling of their contract with ICE in a given year as the average daily population is the average number of people detained at a facility over every day in the fiscal year. A total of 25 out of the 181 authorized ICE facilities met this criterion[5].

It is conceivable, if unlikely, that the facilities listed in Table 1 experienced just one night exceeding the maximum contractual limit. Some facilities often exceed their contractual capacity. Table 2

6/8/26, 12:51 AM   ICE Contractual Capacity and Number Detained: Overcapacity vs. Overcrowding

Case 1:25-cv-01766-SLS   Document 108-35   Filed 07/02/26   Page 6 of 16

shows twenty facilities that have held **on average** more people than their contracted capacity. (Table 3 includes the full list and is found in the Appendix at the end of this report.) These include privately operated centers like Pine Prairie and Krome North, county facilities like Clay County, and federal facilities that have no set contractual capacity but are authorized to house ICE detainees, including Honolulu Federal, Hawaii and Guaynabo MDC in San Juan, Puerto Rico. Many facilities can be found in both tables, meaning that the maximum count was not a one-day spike in population, but was part of a longer tendency to hold more people than the set contracted number of beds.

### Table 2. Facilities with Average Daily Populations Over Contractual Capacity Counts in FY 2025

| Facility | City | State | Facility Operator | Contractual Capacity | FY25 ADP | Over Contractual Capacity |
|---|---|---|---|---|---|---|
| PINE PRAIRIE ICE PROCESSING CENTER | Pine Prairie | LA | GEO Group | 500 | 689 | 189 |
| KROME NORTH SERVICE PROCESSING CENTER | Miami | FL | Akima Global Services | 611 | 769 | 158 |
| CLAY COUNTY JUSTICE CENTER | Brazil | IN | County (Sheriff) | 100 | 242 | 142 |
| KANDIYOHI COUNTY JAIL | Willmar | MN | County (Sheriff) | 85 | 144 | 59 |
| NEVADA SOUTHERN DETENTION CENTER | Pahrump | NV | CoreCivic | 250 | 293 | 43 |
| HONOLULU FEDERAL DETENTION CENTER | Honolulu | HI | Bureau of Prisons | 0 | 29 | 29 |
| MONROE COUNTY DETENTION-DORM | Monroe | MI | County (Sheriff) | 63 | 91 | 28 |
| ORANGE COUNTY JAIL (NY) | Goshen | NY | County (Corrections) | 79 | 98 | 19 |
| GRAYSON COUNTY JAIL | Leitchfield | KY | County (Jailer) | 5 | 23 | 18 |
| TULSA COUNTY JAIL (DAVID L. MOSS JUSTICE CTR) | Tulsa | OK | County (Sheriff) | 10 | 27 | 17 |
| FREEBORN COUNTY ADULT DETENTION CENTER | Albert Lea | MN | County | 60 | 76 | 16 |
| PICKENS COUNTY DET CTR | Carrollton | AL | County | 28 | 40 | 12 |
| OLDHAM COUNTY JAIL | La Grange | KY | County (Jailer) | 7 | 18 | 11 |
| PHELPS COUNTY JAIL (NE) | Holdrege | NE | County (Sheriff) | 20 | 30 | 10 |
| CHIPPEWA COUNTY SSM | Sault Saint Marie | MI | County (Sheriff) | 21 | 28 | 7 |

| Facility | City | State | Facility Operator | Contractual Capacity | FY25 ADP | Over Contractual Capacity |
|---|---|---|---|---|---|---|
| GUAYNABO MDC (SAN JUAN) | San Juan | PR | Bureau of Prisons | 0 | 5 | 5 |
| PINELLAS COUNTY JAIL | Clearwater | FL | County (Sheriff) | 5 | 8 | 3 |
| SOUTH CENTRAL REGIONAL JAIL | Charleston | WV | County (Corrections) | 5 | 8 | 3 |
| ORANGE COUNTY JAIL (FL) | Orlando | FL | County | 5 | 8 | 3 |
| WOODBURY COUNTY JAIL | Sioux City | IA | County | 1 | 3 | 2 |
| STRAFFORD COUNTY CORRECTIONS | Dover | NH | County (Corrections) | 94 | 95 | 1 |
| LA PAZ COUNTY ADULT DETENTION FACILITY | Parker | AZ | County (Sheriff) | 0 | 1 | 1 |
| DEPARTMENT OF CORRECTIONS HAGATNA | Hagatna | GU | Federal | 5 | 6 | 1 |
| ERIE COUNTY JAIL | Erie | PA | County (Corrections) | 5 | 6 | 1 |
| GEAUGA COUNTY JAIL | Chardon | OH | County (Sheriff) | 45 | 46 | 1 |

## Contractual Capacity vs. Physical Capacity.

Depending on the detention center, exceeding "contractual capacity" can mean overcrowded facility conditions. For example, Krome had triple its capacity limit for at least one night in fiscal year 2025: a total of 1,806 detainees at a facility designated for a maximum of 611 people. Reporting corroborates the overcrowded conditions that existed at Krome[6]. ICE has recently erected a soft-sided structure and stated it will begin moving 400 detainees into this facility on June 24[7]. This will immediately increase its contractual capacity by 400. Krome claims it no longer exceeds its contractual capacity.

Thus, Krome illustrates that contractual capacity can change and population held vs. existing capacity **on the same day** are needed to determine if overcrowding at this facility continues to exist.

Other facilities are not overcrowded but simply over their set contractual ceiling. County officials can choose to house more detainees when the facility has more beds available than the number listed in its contract with ICE. Thus, assessing whether ICE has overcrowding depends on the detention facility's **physical capacity** to house detainees, not its **contractual capacity**. These two figures can be quite different. Many county jails set up to hold large numbers of their own

detainees also contract to provide a small number of beds for immigration enforcement detainees. Of the 45 facilities exceeding their contractual capacity on April 14, 2025, many had plenty of beds so there was no overcrowding. As noted earlier, two-thirds of these were county facilities.

For example, Grayson County Jail in Leitchfield, Kentucky listed in Appendix Table 3 provided beds for 92 individuals on April 14, but had a contractual ceiling of just 5 detainees. However, the jail's website shows a substantial jail building and indicates its physical capacity is much larger than 5. Another facility, Tulsa County Jail in Oklahoma, held 174 people in a space with a contractual capacity of only 19. However, its website reports: "The Tulsa County Jail has a capacity of over 2,000 beds."

Even when a county or private facility has physical capacity to hold more detainees than its contractual capacity, public scrutiny is still needed. Paying county facilities above the contractual ceiling can impact federal appropriations.

The House Appropriations Committee report[8] released on June 24 noted that ICE had made it an annual habit to underestimate its appropriation needs, forcing the agency to go back to Congress for additional supplemental appropriations as well as transfer funds from other components within DHS to cover its actual detention costs. It cited the GAO which had found that: "ICE consistently underestimated the cost to house detained noncitizens due to inaccuracies in the [cost-per-bed] model it used to project these costs."[9]

The Congressional Committee report found: "Actions already taken in fiscal year 2025 are especially egregious" and "presuppose that other missions within DHS are less important, ...[and it] also sets the precedent that the Department can shift funding away from congressional priorities within other components to compensate for ICE's budgetary mismanagement."

The bill finally signed by President Trump on July 4, 2025 after passage by both the House and Senate funds a huge expansion in dollars funding detention and removal[10]. It remains to be seen whether ICE projections on the money it needs will continue to underestimate actual costs as the agency accelerates administration efforts to achieve mass deportation.

## Conclusion

ICE's national contractual detention capacity does not tell the whole story. How it is managed in deciding which facility to book in a new person ICE has arrested, and whether to then transfer the individual to another facility are critical to understand. The agency needs to regularly release updated figures on the actual number of individuals held at each facility on a given day along with the matching current contractual capacity at that facility to understand whether overcrowding occurs as the agency rapidly increases the number of individuals it is detaining.

Finally, now that ICE has decided that the federal Freedom of Information Act requires the release of these basic facts, it has no legal justification to hide the existence of these numbers and not make this updated information *promptly* publicly available on an ongoing basis. ICE certainly has the funding for it now.

### Table 3. Overcapacity Detention Facilities Through April 14, 2025.

| Facility | City | State | Facility Operator | Contractual Capacity | FY25 ADP | ADP Diff | FY25 Max Population Count | Max Difference |
|---|---|---|---|---|---|---|---|---|
| PINE PRAIRIE ICE PROCESSING CENTER | Pine Prairie | LA | GEOGroup | 500 | 689 | 189 | 923 | 423 |
| KROME NORTH SERVICE PROCESSING CENTER | Miami | FL | Akima Global Services | 611 | 769 | 158 | 1806 | 1195 |
| CLAY COUNTY JUSTICE CENTER | Brazil | IN | County (Sheriff) | 100 | 242 | 142 | 348 | 248 |
| KANDIYOHI COUNTY JAIL | Willmar | MN | County (Sheriff) | 85 | 144 | 59 | 163 | 78 |
| NEVADA SOUTHERN DETENTION CENTER | Pahrump | NV | CoreCivic | 250 | 293 | 43 | 462 | 212 |
| HONOLULU FEDERAL DETENTION CENTER | Honolulu | HI | Bureau of Prisons | 0 | 29 | 29 | 59 | 59 |
| MONROE COUNTY DETENTION-DORM | Monroe | MI | County (Sheriff) | 63 | 91 | 28 | 149 | 86 |
| ORANGE COUNTY JAIL (NY) | Goshen | NY | County (Corrections) | 79 | 98 | 19 | 169 | 90 |
| GRAYSON COUNTY JAIL | Leitchfield | KY | County (Jailer) | 5 | 23 | 18 | 98 | 93 |
| TULSA COUNTY JAIL (DAVID L. MOSS JUSTICE CTR) | Tulsa | OK | County (Sheriff) | 10 | 27 | 17 | 174 | 164 |
| FREEBORN COUNTY ADULT DETENTION CENTER | Albert Lea | MN | County | 60 | 76 | 16 | 96 | 36 |
| PICKENS COUNTY DET CTR | Carrollton | AL | County | 28 | 40 | 12 | 78 | 50 |
| OLDHAM COUNTY JAIL | La Grange | KY | County (Jailer) | 7 | 18 | 11 | 96 | 89 |

| Facility | City | State | Facility Operator | Contractual Capacity | FY25 ADP | ADP Diff | FY25 Max Population Count | Max Difference |
|---|---|---|---|---|---|---|---|---|
| PHELPS COUNTY JAIL (NE) | Holdrege | NE | County (Sheriff) | 20 | 30 | 10 | 44 | 24 |
| CHIPPEWA COUNTY SSM | Sault Saint Marie | MI | County (Sheriff) | 21 | 28 | 7 | 46 | 25 |
| GUAYNABO MDC (SAN JUAN) | San Juan | PR | Bureau of Prisons | 0 | 5 | 5 | 16 | 16 |
| PINELLAS COUNTY JAIL | Clearwater | FL | County (Sheriff) | 5 | 8 | 3 | 51 | 46 |
| SOUTH CENTRAL REGIONAL JAIL | Charleston | WV | County (Corrections) | 5 | 8 | 3 | 28 | 23 |
| ORANGE COUNTY JAIL (FL) | Orlando | FL | County | 5 | 8 | 3 | 26 | 21 |
| WOODBURY COUNTY JAIL | Sioux City | IA | County | 1 | 3 | 2 | 30 | 29 |
| STRAFFORD COUNTY CORRECTIONS | Dover | NH | County (Corrections) | 94 | 95 | 1 | 137 | 43 |
| LA PAZ COUNTY ADULT DETENTION FACILITY | Parker | AZ | County (Sheriff) | 0 | 1 | 1 | 9 | 9 |
| DEPARTMENT OF CORRECTIONS HAGATNA | Hagatna | GU | Federal | 5 | 6 | 1 | 15 | 10 |
| ERIE COUNTY JAIL | Erie | PA | County (Corrections) | 5 | 6 | 1 | 35 | 30 |
| GEAUGA COUNTY JAIL | Chardon | OH | County (Sheriff) | 45 | 46 | 1 | 72 | 27 |
| COASTAL BEND DETENTION FACILITY | Robstown | TX | GEOGroup | 10 | 10 | 0 | 131 | 121 |
| SAIPAN DEPARTMENT OF CORRECTIONS (SUSUPE) | Saipan | MP | State | 5 | 5 | 0 | 11 | 6 |
| DALE G. HAILE DETENTION CENTER | Caldwell | ID | County (Sheriff) | 0 | 0 | 0 | 2 | 2 |
| SENECA COUNTY JAIL | Tiffin | OH | County (Sheriff) | 62 | 62 | 0 | 73 | 11 |
| NATRONA COUNTY JAIL | Casper | WY | County (Sheriff) | 1 | 1 | 0 | 5 | 4 |
| WASHINGTON COUNTY | Fayetteville | AR | County (Sheriff) | 5 | 4 | -1 | 30 | 25 |

| Facility | City | State | Facility Operator | Contractual Capacity | FY25 ADP | ADP Diff | FY25 Max Population Count | Max Difference |
|---|---|---|---|---|---|---|---|---|
| DETENTION CENTER | | | | | | | | |
| PRAIRIELAND DETENTION CENTER | Alvarado | TX | LaSalle Corrections | 707 | 706 | -1 | 1030 | 323 |
| EAST HIDALGO DETENTION CENTER | La Villa | TX | GEOGroup | 10 | 9 | -1 | 149 | 139 |
| GRAND FORKS COUNTY CORRECTIONAL FACILITY | Grand Forks | ND | County (Sheriff) | 5 | 4 | -1 | 20 | 15 |
| COLLIER COUNTY NAPLES JAIL CENTER | Naples | FL | County (Sheriff) | 14 | 13 | -1 | 37 | 23 |
| POLK COUNTY JAIL | Des Moines | IA | County (Sheriff) | 40 | 38 | -2 | 65 | 25 |
| DORCHESTER CO DET CTR | Summerville | SC | County | 2 | 0 | -2 | 6 | 4 |
| FAYETTE COUNTY DETENTION CENTER | Lexington | KY | County | 5 | 1 | -4 | 8 | 3 |
| FINNEY COUNTY JAIL | Garden City | KS | County | 5 | 1 | -4 | 9 | 4 |
| SALT LAKE COUNTY METRO JAIL | Salt Lake City | UT | County (Sheriff) | 10 | 6 | -4 | 17 | 7 |
| CHAVEZ DETENTION CENTER | Roswell | NM | County | 5 | 1 | -4 | 10 | 5 |
| MINNEHAHA COUNTY JAIL | Sioux Falls | SD | County | 5 | 0 | -5 | 8 | 3 |
| GARVIN COUNTY DETENTION CENTER | Pauls Valley | OK | County (Sheriff) | 5 | 0 | -5 | 6 | 1 |
| OTAY MESA DETENTION CENTER | San Diego | CA | CoreCivic | 1358 | 1352 | -6 | 1461 | 103 |
| BAKER COUNTY SHERIFF DEPT. | Macclenny | FL | County | 250 | 244 | -6 | 293 | 43 |
| DAKOTA COUNTY JAIL | Dakota City | NE | County (Sheriff) | 20 | 13 | -7 | 45 | 25 |

6/8/26, 12:51 AM                    ICE Contractual Capacity and Number Detained: Overcapacity vs. Overcrowding

Case 1:25-cv-01766-SLS    Document 108-35    Filed 07/02/26    Page 12 of 16

| Facility | City | State | Facility Operator | Contractual Capacity | FY25 ADP | ADP Diff | FY25 Max Population Count | Max Difference |
|---|---|---|---|---|---|---|---|---|
| ALLEGANY COUNTY JAIL | Belmont | NY | County (Sheriff) | 10 | 2 | -8 | 17 | 7 |
| CLINTON COUNTY JAIL | Plattsburgh | NY | County (Sheriff) | 13 | 5 | -8 | 14 | 1 |
| CHITTENDEN REGIONAL CORRECTIONAL FACILITY | South Burlington | VT | County (Corrections) | 10 | 2 | -8 | 12 | 2 |
| BROOME COUNTY JAIL | Binghampton | NY | County | 10 | 2 | -8 | 54 | 44 |
| BALDWIN COUNTY CORRECTIONAL CENTER | Bay Minette | AL | County (Sheriff) | 10 | 2 | -8 | 25 | 15 |
| WYATT DETENTION CENTER | Central Falls | RI | Central Falls Detention Facility Corporation | 122 | 112 | -10 | 124 | 2 |
| HANCOCK COUNTY PUBLIC SAFETY COMPLEX | Bay St. Louis | MS | Not Listed | 30 | 20 | -10 | 75 | 45 |
| CCA, FLORENCE CORRECTIONAL CENTER | Florence | AZ | CoreCivic | 400 | 390 | -10 | 503 | 103 |
| SWEETWATER COUNTY JAIL | Rock Springs | WY | County (Sheriff) | 12 | 1 | -11 | 14 | 2 |
| DALLAS COUNTY JAIL - LEW STERRETT JUSTICE CENTER | Dallas | TX | County | 18 | 7 | -11 | 29 | 11 |
| ELIZABETH CONTRACT DETENTION FACILITY | Elizabeth | NJ | CoreCivic | 300 | 285 | -15 | 376 | 76 |
| SAN JUAN STAGING | Guaynabo | PR | Not Listed | 22 | 7 | -15 | 44 | 22 |
| POTTAWATTAMIE COUNTY JAIL | Council Bluffs | IA | County (Sheriff) | 50 | 35 | -15 | 56 | 6 |
| CALHOUN COUNTY CORRECTIONAL CENTER | Battle Creek | MI | County (Sheriff) | 154 | 139 | -15 | 176 | 22 |
| DODGE COUNTY JAIL | Juneau | WI | County (Sheriff) | 135 | 113 | -22 | 139 | 4 |

| Facility | City | State | Facility Operator | Contractual Capacity | FY25 ADP | ADP Diff | FY25 Max Population Count | Max Difference |
|---|---|---|---|---|---|---|---|---|
| NASSAU COUNTY CORRECTIONAL CENTER | East Meadow | NY | County | 30 | 7 | -23 | 90 | 60 |
| PIKE COUNTY JAIL | Lords Valley | PA | County (Sheriff) | 210 | 183 | -27 | 212 | 2 |
| BOONE COUNTY JAIL | Burlington | KY | County (Jailer) | 175 | 146 | -29 | 206 | 31 |
| ALAMANCE COUNTY DETENTION FACILITY | Graham | NC | County | 50 | 20 | -30 | 53 | 3 |
| KNOX COUNTY DETENTION FACILITY | Knoxville | TN | County | 50 | 16 | -34 | 77 | 27 |
| IMPERIAL REGIONAL DETENTION FACILITY | Calexico | CA | Management and Training Corporation | 704 | 666 | -38 | 717 | 13 |
| CAROLINE DETENTION FACILITY | Bowling Green | VA | County | 336 | 291 | -45 | 368 | 32 |
| SHERBURNE COUNTY JAIL | Elk River | MN | County (Sheriff) | 80 | 33 | -47 | 112 | 32 |
| LAUREL COUNTY SHERIFFS JAIL | London | KY | County | 50 | 1 | -49 | 52 | 2 |
| WINN CORRECTIONAL CENTER | Winnfield | LA | LaSalle Corrections | 1576 | 1522 | -54 | 1672 | 96 |
| BROWARD TRANSITIONAL CENTER | Pompano Beach | FL | GEOGroup | 702 | 646 | -56 | 714 | 12 |
| SAN LUIS REGIONAL DETENTION CENTER | San Luis | AZ | LaSalle Corrections | 150 | 91 | -59 | 401 | 251 |
| BUFFALO SERVICE PROCESSING CENTER | Batavia | NY | Akima Global Services | 650 | 577 | -73 | 688 | 38 |
| MONTGOMERY ICE PROCESSING CENTER | Conroe | TX | GEOGroup | 1314 | 1218 | -96 | 1361 | 47 |
| CIBOLA COUNTY CORRECTIONAL CENTER | Milan | NM | CoreCivic | 300 | 202 | -98 | 444 | 144 |

6/8/26, 12:51 AM    Case 1:25-cv-01766-SLS   Document 108-35   Filed 07/02/26   Page 14 of 16

ICE Contractual Capacity and Number Detained: Overcapacity vs. Overcrowding

| Facility | City | State | Facility Operator | Contractual Capacity | FY25 ADP | ADP Diff | FY25 Max Population Count | Max Difference |
|---|---|---|---|---|---|---|---|---|
| EL PASO SERVICE PROCESSING CENTER | El Paso | TX | GPS-ASSET | 840 | 729 | -111 | 906 | 66 |
| KARNES COUNTY IMMIGRATION PROCESSING CENTER | Karnes City | TX | GEOGroup | 928 | 814 | -114 | 1311 | 383 |
| BLUEBONNET DETENTION FACILITY | Anson | TX | Management and Training Corporation | 1000 | 866 | -134 | 1206 | 206 |
| PORT ISABEL SPC | Los Fresnos | TX | Akima Global Services | 1175 | 1028 | -147 | 1278 | 103 |
| WEBB COUNTY DETENTION CENTER (CCA) | Laredo | TX | CoreCivic | 499 | 337 | -162 | 512 | 13 |
| BUTLER COUNTY JAIL | Hamilton | OH | County (Sheriff) | 192 | 29 | -163 | 241 | 49 |
| RICHWOOD CORRECTIONAL CENTER | Monroe | LA | LaSalle Corrections | 1000 | 830 | -170 | 1027 | 27 |
| STEWART DETENTION CENTER | Lumpkin | GA | CoreCivic | 1966 | 1717 | -249 | 2312 | 346 |

## Footnotes

[1] ^ For ICE reports every two weeks on the number it has currently detained, see Detention Quick Facts on TRAC Reports. This series does not provide numbers for each detention facility. Instead, only the average daily population for all of FY 2015 starting back in October 2024 when President Biden was still in office is given.

[2] ^ See, for example, reporting of overcrowding by the Washington Post and links provided there.

[3] ^ This number (62,913 funded beds) is significantly larger than the numbers usually given. Clearly the release of contractual capacity at each facility is needed to prevent Congress and the public from continually being misled. See, for example, NPR's reporting on June 4, 2025, that detaining 48,000 is already thousands beyond what ICE is funded for when it is actually much lower.

[4] ^ ICE's list of these 181 facilities is limited to: "A facility, which is under contract and has an active, funded task order and has successfully completed an official ICE OPR inspection without two consecutive failures or submits a completed ORSA, as verified by CMD. Authorization requirements do not apply to Bureau of Prisons facilities." Two facilities on the list which weren't Bureau of Prisons facilities listed their contractual capacity as 0, but ICE used their beds. The La Paz County Adult Detention facility showed an average stay of two nights at a charge of $60/bed. The Dale G. Haile Detention Center showed an average stay of 3 nights at a charge of $54/bed.

[5]^ Comparing against the average daily population is still imperfect. It misidentifies facilities that never held more detainees than their contractual capacity and misses others which did exceed that capacity on at least one day. The average daily population (ADP) is a cumulative average that starts at the beginning of the U.S. fiscal year on October 1 and continues until September 30 of the following year. To explain, if a facility detained 4 people on day one and 6 people on day two, the ADP of that facility on day 2 would be 5 (4 + 6 detainees/ 2 days).

[6]^ See, for example, NPR June 6, 2025 report and Washington Post articles cited in earlier footnote 2 to this report.

[7]^ "Giant tent rises in Florida to house hundreds of detained immigrants" in April 24, 2025 Washington Post coverage reporting: "An Immigration and Customs Enforcement facility in Miami plans to move up to 400 immigrant detainees into a large tent that was erected in recent weeks…".

[8]^ The link to House Appropriation Committee's report can be found at the bottom of the press release found here. See also GAO-24-106550 findings relied on in the House Appropriation Committee's report.

[9]^ The GAO report also found: "From fiscal years (FY) 2014 to 2023, U.S. Immigration and Customs Enforcement (ICE) received about $71 billion through annual appropriations to carry out its mission of enforcing immigration laws and combatting transnational crime. During that time, ICE has frequently relied on additional funding to meet its mission. That funding has often totaled hundreds of millions of dollars per year and has largely come from supplemental appropriations and from funds transferred from other agencies within the Department of Homeland Security (DHS), of which ICE is a part. We have included financial management within DHS on our High-Risk List since 2003." Also "other DHS components, such as the Federal Emergency Management Agency, the Transportation Security Administration, and the U.S. Coast Guard" funding was used. "ICE used the funds for a variety of other purposes, such as increasing detention capacity and paying for additional flights to remove noncitizens from the country…"

[10]^ While the July 4, 2025 new appropriations provide ICE a huge increase in dollars for immigration enforcement, comparisons as to how much more this represents are marred by the misleading use of the amounts previously provided ICE in its *original* annual appropriations. These numbers, as GAO has found, bear little resemblance to ICE's actual funding levels because they exclude supplemental appropriations and funds transferred from other agency budgets.

*TRAC is a nonpartisan, nonprofit data research project founded in 1989. Its public website has moved from trac.syr.edu to tracreports.org. For more information, contact info@tracreports.org.*

Subscription    TRAC at Work    Support TRAC



Transactional
Records
Access
Clearinghouse

Email Sign Up

6/8/26, 12:51 AM
Case 1:25-cv-01766-SLS   Document 108-35   Filed 07/02/26   Page 16 of 16
ICE Contractual Capacity and Number Detained: Overcapacity vs. Overcrowding

© Copyright 2025 TRAC Reports, Inc.

