AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia ▼

| | |
|---|---|
| Yamil Luna Gutierrez, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No.  1:25-cv-01766-SLS |
| Markwayne Mullin, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants-Respondents                                          .

Date:     07/06/2026

s/Leslie McKay
*Attorney's signature*

Leslie McKay MD Bar No. 9912150199
*Printed name and bar number*
U.S. Dep't of Justice, Office of Immigration Litigation
PO Box 878 Ben Franklin Station
Washington, DC 20044

*Address*

leslie.mckay@usdoj.gov
*E-mail address*

(202) 353-4424
*Telephone number*

(202) 305-1890
*FAX number*