UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YAMIL LUNA GUTIERREZ, et al.,

       Plaintiffs,

    v.

MARKWAYNE MULLIN, Secretary of the
U.S. Department of Homeland Security, et al.,

       Defendants.

Civil Action No. 1:25-cv-01766-SLS

## DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendants cross-move for summary judgment on Counts I and II on the grounds that there are no disputed material facts and that Defendants are entitled to prevail on those claims as a matter of law. Additionally, Defendants hereby respond to Plaintiffs' motion for the same. *See* ECF No. 108. As explained in the accompanying memorandum of law, the Immigration and Nationality Act strips this Court of jurisdiction over Plaintiffs' claims, and, in any event, Defendants have statutory authority to detain aliens at Naval Station Guantanamo Bay and their decision to do so was not arbitrary and capricious. Defendants therefore request that the Court grant partial summary judgment in favor of Defendants.

This motion is based on the attached memorandum and Defendants' Response to Plaintiffs' Statement of Material Facts Not in Genuine Dispute.

1

Dated: July 7, 2026                    Respectfully submitted,


BRETT A. SHUMATE                       LESLIE McKAY
*Assistant Attorney General*           *Assistant Director*

DREW C. ENSIGN                         RUSSEL J.E. VERBY
*Deputy Assistant Attorney General*    *Senior Litigation Counsel*

ANTHONY NICASTRO                       ALEXA PERLMUTTER
*Director*                             JASON K. ZUBATA
                                       *Trial Attorneys*

AUGUST E. FLENTJE
*Deputy Director*

                                       By: /s/ *Ian S. Lam*
                                         IAN S. LAM
                                         *Trial Attorney*
                                         U.S. Department of Justice, Civil Division
                                         Office of Immigration Litigation
                                         P.O. Box 878, Ben Franklin Station
                                         Washington, DC 20044
                                         Tel: (202) 307-6329
                                         Email: ian.s.lam@usdoj.gov

                                       *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on July 7, 2026, I electronically filed the foregoing Motion for Defendants with the Clerk of Court for the United States District Court of the District of Columbia using the CM/ECF system.  I also certify that Plaintiffs will be served through their counsel, who are registered CM/ECF users, via the CM/ECF system.

By: /s/ *Ian S. Lam*
        IAN S. LAM
        *Trial Attorney*
        U.S. Department of Justice, Civil Division
        Office of Immigration Litigation
        P.O. Box 878, Ben Franklin Station
        Washington, DC 20044
        Tel: (202) 307-6329
        Email: ian.s.lam@usdoj.gov

        *Counsel for Defendants*

3