UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YAMIL LUNA GUTIERREZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security, et al. <br><br> Defendants. | Civil Action No. 1:25-cv-01766-SLS |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' Partial Motion for Summary Judgment, and the entire record herein, it is hereby ORDERED that the Motion be GRANTED.

SO ORDERED:

_____
Date

_____
SPARKLE L. SOOKNANAN
United States District Judge