UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Yamil Luna Gutierrez, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>MARKWAYNE MULLIN, Secretary of the<br>U.S. Department of Homeland Security, *et al.*,<br><br>　　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 1:25-cv-01766-SLS<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Civil Rule 83.6(b), I, Ian S. Lam, respectfully withdraw my appearance as counsel for Defendants-Respondents. Defendants-Respondents will continue to be represented by other Department of Justice attorneys.

Dated: July 13, 2026

Respectfully submitted,

By: /s/ *Ian S. Lam*
IAN S. LAM
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-6329
Email: ian.s.lam@usdoj.gov

- 2 -

**CERTIFICATE OF SERVICE**

I certify that I served a copy of this notice on the Court and all parties of record by filing

it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice

and an electronic link to these documents to all counsel of record.

Dated: July 13, 2026                    /s/ *Ian S. Lam*
                                        IAN S. LAM
                                        Trial Attorney