**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| YAMIL LUNA GUTIERREZ, *et al.*, <br><br> *Plaintiffs-Petitioners*, *on behalf of themselves and all others similarly situated,* <br><br> v. <br><br> MARKWAYNE MULLIN, Secretary of Homeland Security, in his official capacity, *et al.*, <br><br> *Defendants-Respondents*. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:25-cv-01766-SLS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER DENYING DEFENDANTS-RESPONDENTS' MOTION FOR
PARTIAL SUMMARY JUDGMENT**

UPON CONSIDERATION of Defendants-Respondents' ("Defendants") motion for partial summary judgment, the entire record herein, and the brief in opposition thereto, the Court **DENIES** Defendants' motion for partial summary judgment.

Dated: _____, 2026

_____
Hon. Sparkle L. Sooknanan
United States District Court Judge