**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| YAMIL LUNA GUTIERREZ, *et al.*, <br><br> *Plaintiffs-Petitioners*, *on behalf of themselves and all others similarly situated,* <br><br> v. <br><br> MARKWAYNE MULLIN, Secretary of Homeland Security, in his official capacity, *et al.*, <br><br> *Defendants-Respondents*. | Case No. 1:25-cv-01766-SLS |

**JOINT APPENDIX FILED PURSUANT TO LOCAL RULE 7(n)**

**JOINT APPENDIX INDEX**

| DOD Documents | |
|---|---|
| **Title** | **Bates Range** |
| Action Memo from Alexander Velez-Green, Performing the Duties of Under Sec'y of Def. for Policy, DOD, to Performing the Duties of Deputy Sec'y of Def., DOD, *Memorialization of Verbal Authorizations for DoD Support of DHS related to Executive Order Implementation* (Feb. 3, 2025). | U-DOW-CAR-01–33 |
| Letter from Elizabeth Warren & Mazie K. Hirono, Senators, to Pete Hegseth, Sec'y of Defense, DOD (Feb. 13, 2025). | U-DOW-CAR-034–42 |
| Jennifer K. Elsea, Cong. Rsch. Serv., R42659, *The Posse Comitatus Act and Related Matters: The Use of the Military to Execute Civilian Law* (2021) (cover page and index, U-DOW-CAR-43–45).[1] | U-DOW-CAR-43–115 |
| Exec. Order No. 13,276, "Delegation of Responsibilities Concerning Undocumented Aliens Interdicted or Intercepted in the Caribbean Region", 67 Fed. Reg. 69,985 (Nov. 19, 2002). | U-DOW-CAR-116–17 |
| Presidential Memorandum to the Sec'y of Def. & Sec'y of Homeland Sec., *Expanding Migrant Operations Center at Naval Station Guantanamo Bay to Full Capacity* (Jan. 29, 2025), https://www.whitehouse.gov/presidential-actions/2025/01/expanding-migrant-operations-center-at-naval-station-guantanamo-bay-to-full-capacity/. | U-DOW-CAR-118–20 |
| Memorandum between DHS & DOD, *Memorandum of Understanding Between the U.S. Department of Homeland Security (DHS) and the U.S. Department of Defense (DoD) for DoD Support at Naval Station Guantanamo Bay (NSGB) to U.S. Immigration and Customs Enforcement (ICE) for DHS/ICE Detention of Illegal Aliens Subject to Final Orders of Removal* (Mar. 7, 2025). | U-DOW-CAR-121–26 |
| Memorandum from Kelly Bulliner Ross, Exec. Sec'y, DOD, to Exec. Sec'y, DHS, *Department of Defense Support to U.S. Immigration and Customs Enforcement Operations* (Mar. 7, 2025). | U-DOW-CAR-127–28 |

---

[1] For documents the parties cited in full for the purpose of showing that document's existence in the Certified Administrative Record ("CAR"), the parties have included the entire bates range of the document in the index but have only included the cover page of the document within the Joint Appendix to avoid "burden[ing] the appendix with excess material from the administrative record." Local Civil Rule 7(n)(1). The complete CAR has been filed at ECF No. 102.

i

| | |
|---|---|
| Letter from Pete Hegseth, Sec'y of Def., DOD, to Roger Wicker, Chairman, Comm. on Armed Servs., U.S. Senate (Mar. 7, 2025). | U-DOW-CAR-129 |
| Letter from Pete Hegseth, Sec'y of Def., DOD, to Mike Rogers, Chairman, Comm. on Armed Servs., U.S. House of Representatives (Mar. 7, 2025). | U-DOW-CAR-130 |
| Action Memo from Alexander Velez-Green, Performing the Duties of Under Sec'y of Def. for Policy, to Sec'y of Def., *Department of Defense Support to U.S. Immigration and Customs Enforcement Operations* (Mar. 6, 2025). | U-DOW-CAR-131–36 |
| Letter from Kristy Noem, Sec'y of Homeland Sec., DHS, to Pete Hegseth, Sec'y Defense, DOD. | U-DOW-CAR-143–45 |
| FRAGO 01 to USSOUTHCOM Exord to Expand Migrant Operations at Naval Station Guantanamo Bay (Feb. 25, 2025). | U-DOW-CAR-176–212 |
| U.S. Immigration and Customs Enforcement ("ICE"), *Legal Calls at Guantanamo* (Feb. 2025). | U-DOW-CAR-213 |
| U.S. Immigration and Customs Enforcement, *National Detainee Handbook* (2024) (cover page, U-DOW-CAR-214).[2] | U-DOW-CAR-214–88 |
| U.S. Department of Defense, Migrant Camp Operations: The Guantanamo Experience (1996) (omitting all "intentionally blank" and acknowledgment pages). | U-DOW-CAR-289–338 (repeated at DHS-000507–56) |
| Medical and Public Health Law Site - Opinions of the Office of Legal Counsel – DOJ (Feb. 20, 2003). | U-DOW-CAR-572–82 |
| *Zadvydas v. Davis*, 533 U.S. 678 (2025) (cover page, U-DOW-CAR-600).[3] | U-DOW-CAR-600–29 |
| Letter from NOVO Legal to Kristy Noem, Sec'y Def., DOD, et al. (Feb. 20, 2025). | U-DOW-CAR-630–45 |
| Joint Task Force J3 Washington D.C., DOD, *JTF-GTMO Detention of High-Threat Illegal Aliens* (Feb. 2, 2025). | U-DOW-CAR-646–47 |
| Joint Ops. Div., DOD, Special Orders Book, *Forces in Support of USSOUTHCOM (Guantanamo Bay Illegal Alien Holding Operations* | U-DOW-CAR-658–62 |

---

[2] *See supra* note 1.

[3] *See supra* note 1.

| | |
|---|---|
| *Center Capacity / Forces in Support of USNORTHCOM (California Wildfire Support)* (Jan. 31, 2025). | |

| **DHS Documents** | |
|---|---|
| **Title** | **Bates Stamps** |
| U.S. Department of Defense, "DOD Instruction 4515.13 Air Transportation Eligibility," dated Jan. 11, 2024. | DHS-0000001–78 |
| Exec. Order 14167, "Clarifying the Military's Role in Protecting the Territorial Integrity of the United States," 90 Fed. Reg. 8613 (Jan. 20, 2025). | DHS-000079–80 |
| Procl. 10886, "Declaring a National Emergency at the Southern Border of the United States," 90 Fed. Reg. 8327 (Jan. 20, 2025). | DHS-000081–83 |
| Procl. 10888, "Guaranteeing the States Protection Against Invasion," 90 Fed. Reg. 8333 (Jan. 20, 2025). | DHS-000084–87 |
| Email from Juliana Blackwell, Acting Exec. Sec'y, DHS, to Kelly Bulliner Ross, Exec. Sec'y, DOD, *ICE Support RFA #1: Emergent Request for Assistance (RFA) for DOD support to ICE Missions* (Feb. 3, 2025). | DHS-000088–90 |
| DHS, *GTMO Bound Flight Coordination Process* (Feb. 9, 2025). | DHS-000091–93 |
| U.S. Department of Homeland Security, "Guantanamo Bay Clinical Operating Standards" (Feb. 12, 2025). | DHS-000094–103 |
| Memorandum from Dr. Herbert O. Wolfe, MHS-PA, Chief Med. Ofr. & Acting Dir., DHS, to Todd Lyons, Acting Exec. Assoc. Dir., Enforcement & Removal Ops., ICE, *Interim Guidance: Elevated In-Custody Medical Risk Definition* (Feb. 12, 2025). | DHS-000104–09 |
| Office of Health Sec., DHS, Bulletin, *Health and Medical Considerations for DHS Personnel Deploying to Naval Station Guantanamo Bay*. | DHS-000110–13 |
| Memorandum from Juliana Blackwell to Kelly Bulliner Ross, "Request for Assistance from the Department of Defense for Transportation Support to the Department of Homeland Security," Feb. 28, 2025. | DHS-000114–15 |
| Memorandum from Kelly Bulliner Ross, Exec. Sec'y, DOD, to Exec. Sec'y, DHS, *Department of Defense Support to U.S. Immigration and Customs Enforcement Operations* (Mar. 7, 2025). | DHS-000116–17 |

| | |
|---|---|
| Memorandum, DHS and DOD, *Memorandum of Understanding Between the U.S. Department of Homeland Security (DHS) and the U.S. Department of Defense (DoD) for DoD Support at Naval Station Guantanamo Bay (NSGB) to U.S. Immigration and Customs Enforcement (ICE) for DHS/ICE Detention of Illegal Aliens Subject to Final Orders of Removal* (Mar. 7, 2025). | DHS-000118–23 |
| Presidential Memorandum to the Sec'y of Def. & Sec'y of Homeland Sec., *Expanding Migrant Operations Center at Naval Station Guantánamo Bay to Full Capacity* (Jan. 29, 2025), https://www.whitehouse.gov/presidential-actions/2025/01/expanding-migrant-operations-center-at-naval-staftion-guantanamo-bay-to-full-capacity/. | DHS-000124–26 |
| U.S. Department of Homeland Security, ICE Enforcement and Removal Operations, "Post Order Custody Review Process" (excerpts from Title pages, DHS-000127–28,[4] Compliant Cases Timeline, DHS-000156–69, and Failure to Comply ("FTC") Timeline, DHS-000203–12). | DHS-000127–273 |
| U.S. Department of Homeland Security, ICE, 2019 National Detention Standards (cover page, DHS-000274).[5] | DHS-000274–506 |
| U.S. Department of Defense, *Migrant Camp Operations: The Guantanamo Experience* (1996) (document omitted).[6] | DHS-000507–56 (repeated in U-DOW-CAR-289–338) |
| U.S. Department of State, "Designation of International Cartels," dated Feb. 20, 2025. | DHS-000557–560 |

---

[4] *See supra* note 1.

[5] *See supra* note 1.

[6] To avoid including duplicate documents in the Joint Appendix, the parties have only included the full document once.

Dated: August 12, 2026

My Khanh Ngo (D.D.C. Bar No. CA00219)
Kyle Virgien
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
mngo@aclu.org
kvirgien@aclu.org

Derek Poteet ±*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street, NW, 7th Floor
Washington, DC 20005
(703) 217-8374
dpoteet@aclu.org

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF
COLUMBIA
529 14th Street, NW, Suite 722
Washington, D.C. 20045
(202) 457-0800
aspitzer@acludc.org
smichelman@acludc.org

Kimberly Grano (D.D.C. Bar No. NY0512)
Pedro Sepulveda (D.D.C. Bar No. NY0637)
Ghita Schwarz (D.D.C. Bar No. NY0663)
INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
One Battery Park Plaza, 33rd Floor
New York, New York 10004
(646) 946-7453
kgrano@refugeerights.org
psepulveda@refugeerights.org
gschwarz@refugeerights.org

Megan Hauptman (D.C. Bar No. 1780749)
INTERNATIONAL REFUGEE

Respectfully submitted,

/s/ *Lee Gelernt*
Lee Gelernt (D.D.C. Bar No. NY0408)
Brett Max Kaufman (D.D.C. Bar No.
NY0224)
Judy Rabinovitz
Noor Zafar
Natalie Behr
Omar C. Jadwat
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org
bkaufman@aclu.org
jrabinovitz@aclu.org
nzafar@aclu.org
IRP_NBehr@aclu.org
ojadwat@aclu.org

Baher Azmy*
Shayana D. Kadidal (D.C. Bar No.
454248)
J. Wells Dixon
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, Floor 7
New York, NY 10012
(212) 614-6427
bazmy@ccrjustice.org
shanek@ccrjustice.org
wdixon@ccrjustice.org

*Attorneys for Plaintiffs-Petitioners*

*\*Pro bono representation certificates
forthcoming*
*± Not admitted in D.C.; practice limited to
federal courts*

ASSISTANCE PROJECT
650 Massachusetts Avenue NW, Suite 600
Washington, D.C. 20001
(646) 939-7329
mhauptman@refugeerights.org

*Attorneys for Plaintiffs-Petitioners*


BRETT A. SHUMATE
*Assistant Attorney General, Civil Division*

ANTHONY NICASTRO
*Acting Director*

LESLIE McKAY
*Assistant Director*

RUSSELL J.E. VERBY
*Senior Litigation Counsel*

MALCOLM McDERMOND
ALEXA PERLMUTTER
*Trial Attorneys*

By: */s/ Jason K. Zubata*
JASON K. ZUBATA
*Trial Attorney*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4143

Email:  Jason.K.Zubata@usdoj.gov


*Attorneys for Defendants-Respondents*