## UNCLAS ~~FOUO~~

# FRAGO 02 TO USSOUTHCOM EXORD TO EXPAND MIGRANT OPERATIONS AT NAVAL STATION GUANTANAMO BAY

**Originator:** HQ USSOUTHCOM J3 MIAMI FL//SCJ35

**Office:** SCJ35

**DTG:** 062247Z Feb 25

**Prec:** Routine

**To:** CDR USARSO FT SAM HOUSTON TX, AFSOUTH 12AF A2 DAVIS MONTHAN AFB AZ, AFSOUTH CAOC DAVIS MONTHAN AFB AZ, AFSOUTH WATCHCTR DAVIS MONTHAN AFB AZ, COMUSNAVSOUTH, COMMARFORSOUTH, COMSOCSOUTH, CDR JTF-BRAVO, JTF GTMO, HQ USSOUTHCOM J1 MIAMI FL, HQ USSOUTHCOM J2 MIAMI FL, HQ USSOUTHCOM J3 MIAMI FL, HQ USSOUTHCOM J4 MIAMI FL, HQ USSOUTHCOM J5 MIAMI FL, HQ USSOUTHCOM J6 MIAMI FL, HQ USSOUTHCOM J7 MIAMI FL, HQ USSOUTHCOM J8 MIAMI FL, HQ USSOUTHCOM J9 MIAMI FL, HQ USSOUTHCOM MIAMI FL, CCGDSEVEN MIAMI FL, HOMELAND SECURITY TASK FORCE SE MIAMI FL, NAVSTA GUANTANAMO BAY CU, COMNAVREG SE JACKSONVILLE FL, USCIS WASHINGTON DC, HQ ICE ERO WASHINGTON DC

**CC:** CDR USSOUTHCOM MIAMI FL, DIRJIATF SOUTH, CDR USTRANSCOM SCOTT AFB IL, CDR USSOCOM MACDILL AFB FL, CDR USNORTHCOM PETERSON AFB CO, JOINT STAFF J3 WASHINGTON DC, JOINT STAFF J3 DEP-DIR REGIONAL OPS WASHINGTON DC, JOINT STAFF J5 WASHINGTON DC, DLA FT BELVOIR VA

TIMEZONE/Z//

MSGID/GENADMIN/DJ-3//
REF/A/DOC/PRES MEMO/YMD:20250129//
REF/B/VOCO/SECDEF/YMD:20250130//
REF/C/EMAIL/JS DJ3/YMD: 20250130//
REF/D/DOC/JCS/YMD: 20250130//
REF/E/EXORD/USSOUTHCOM/312353Z JAN25//
REF/F/APPENDIX/USSOUTHCOM J3/20250130//
REF/G/EXORD/USSOUTHCOM/041253Z FEB25//

AMPN/
REF A IS THE PRESIDENTIAL MEMORANDUM FOR THE SECRETARY OF DEFENSE AND

THE SECRETARY OF HOMELAND SECURITY, EXPANDING MIGRANT OPERATIONS
CENTER AT NAVAL STATION GUANTANAMO BAY TO FULL CAPACITY.//
REF B IS THE SECRETARY OF DEFENSE (SECDEF) VERBAL ORDER OF THE
COMMANDING OFFICER (VOCO) FOR CDRUSSOUTHCOM TO EXPAND MIGRANT
OPERATIONS AT NAVAL STATION GUANTANAMO BAY.//
REF C IS EMAIL FROM JOINT STAFF DIRECTOR OF OPERATIONS (DJ3)
MEMORIALIZING REF B.//
REF D GENADMIN: SECRETARY OF DEFENSE VOCO TO EXPAND MIGRANT
OPERATIONS
AT NAVAL STATION GUANTANAMO BAY.//
REF E IS USSOUTHCOM EXORD TO EXPAND MIGRANT OPERATIONS AT NSGB.//
REF F IS GUANTANAMO BAY JTF-MIGOPS ILLEGAL ALIEN HOLDING OPERATIONS
USE OF FORCE APPENDIX//
REF G IS FRAGO 01 TO USSOUTHCOM EXORD TO EXPAND MIGRANT OPERATIONS AT

NSGB.//

MSGID/ORDER/CDRUSSOUTHCOM//

NARR ~~(CUI)~~ THIS IS FRAGMENTARY ORDER (FRAGO) 02 TO USSOUTHCOM
EXECUTION ORDER DIRECTING CDR JTF SOUTHERN GUARD TO EXPAND MIGRANT
OPERATIONS AT NAVAL STATION GUANTANAMO BAY (NSGB) IN SUPPORT OF REF A

TO INCLUDE THE HOUSING OF UP TO 30,000 ILLEGAL ALIENS OF VARYING
STATUS INCLUDING THOSE THAT POSE A HEIGHTENED SECURITY THREAT AS
EARLY

## UNCLAS ~~FOUO~~

~~Protected Material — Subject to Protective Order~~

U-DOW-CAR-192

PAGE 2 OF 18

AS 30 JAN 2025. AS OF 03 FEB 2025, THIS MISSION HAS BEEN NAMED "OPERATION SOUTHERN GUARD." FRAGO 02 UPDATES TASKING AND INSTRUCTIONS

FOR THIS MISSION.

1. (U) SITUATION.
1.A. - MODIFY: (U) ON 29JAN25, POTUS ISSUED A PRESIDENTIAL MEMORANDUM

(REF A)DIRECTING THE SECRETARY OF DEFENSE AND THE SECRETARY OF HOMELAND SECURITY TO TAKE ALL APPROPRIATE ACTIONS TO EXPAND THE MIGRANT OPERATIONS CENTER AT NAVAL STATION GUANTANAMO BAY TO FULL CAPACITY TO PROVIDE ADDITIONAL HOLDING SPACE FOR HIGH-PRIORITY CRIMINAL ALIENS UNLAWFULLY PRESENT IN THE UNITED STATES, AND TO ADDRESS ATTENDANT IMMIGRATION ENFORCEMENT NEEDS IDENTIFIED BY THE DEPARTMENT OF DEFENSE AND THE DEPARTMENT OF HOMELAND SECURITY.
1.B. (CUI) IAW REF B, CDRUSSOUTHCOM IS DIRECTED TO CONDUCT ILLEGAL ALIEN HOLDING OPERATIONS FOR UP 10,000 ILLEGAL ALIENS PENDING RELOCATION WITH SUBSEQUENT EXPANSION TO ACCOMMODATE A TOTAL OF 30,000

ILLEGAL ALIENS PENDING RELOCATION.
1.C. ~~(CUI)~~ IAW REF B, CDRUSSOUTHCOM IS AUTHORIZED TO TAKE ACTIONS NECESSARY TO EFFECTUATE REF B, INCLUDING MOVEMENT OF PERSONNEL, EQUIPMENT, AND THE EXPENDITURE OF FUNDS FOR REF A MISSION AS ORDERED IN REF B.
1.D. ~~(CUI)~~ C-DAY IS 30 JAN 2025 AND D-DAY IS 31 JAN 2025.

2. ~~(CUI)~~ MISSION. USSOUTHCOM CONDUCTS ILLEGAL ALIEN HOLDING OPERATIONS
(IAHO) IN SUPPORT OF THE DEPARTMENT OF HOMELAND SECURITY (LEAD FEDERAL
AGENCY) TO PROVIDE FOR THE CARE, SAFETY, AND TRANSPORTATION OF ILLEGAL
ALIENS AT NAVAL STATION GUANTANAMO BAY NLT 31 JAN 2025.

3. (U) EXECUTION.
3.A. (U) COMMANDER'S INTENT.
3.A.1. ~~(CUI)~~ PURPOSE. MY INTENT IS TO DEPLOY FORCES TO NAVAL STATION

GUANTANAMO BAY TO EXPAND MIGRANT OPERATIONS TO FULL CAPACITY AND TO PROVIDE ADDITIONAL HOLDING SPACE FOR HIGH-THREAT ILLEGAL ALIENS.
3.A.2. ~~(CUI)~~ METHOD. THIS OPERATION WILL RAPIDLY PROJECT FORCES TO ACHIEVE NECESSARY REQUIREMENTS FOR CAMP OPERATIONS. ███████████

█████████████ CONTRACT SOLUTIONS WILL REPLACE DOD CAPABILITIES WHERE FEASIBLE IN ORDER TO MINIMIZE THE DOD FOOTPRINT OVER TIME.
3.A.3. ~~(CUI)~~ ENDSTATE. ALL ILLEGAL ALIENS HELD AT GUANTANAMO BAY ARE

SAFELY REMOVED AS DIRECTED BY LEAD FEDERAL AGENCY AND BASE OPERATIONS

RETURN TO NORMAL.

3.B. (U) CONCEPT OF THE OPERATION.
3.B.1. (U) THIS OPERATION WILL BE CONDUCTED IN FOUR PHASES: PHASE I -

MIGRANT OPERATIONS CENTER (MOC)EXPANSION; PHASE II - LEEWARD INITIAL OPERATIONAL CAPACITY (IOC); PHASE III - LEEWARD FULL OPERATIONAL CAPACITY (FOC); AND PHASE IV - WINDWARD EXPANSION. USSOUTHCOM WILL DESIGNATE JTF-SOUTHERN GUARD AS THE JOINT FORCE COMMANDER (JFC) WITH RESPONSIBILITY AND AUTHORITY TO LEAD THE OPERATIONAL EFFORT FOR IAHO IN SUPPORT OF DHS.
3.B.2. (U) TERMS OF REFERENCE FOR ILLEGAL ALIENS, HIGH THREAT ILLEGAL

~~Protected Material — Subject to Protective Order~~

U-DOW-CAR-193

ALIENS, HOLDING OPERATIONS, ETC WILL BE PROVIDED IN SUBSEQUENT
FRAGMENTARY ORDER IN COORDINATION WITH DHS/ICE.

3.B.3. (U) PLANNING FACTORS
3.B.3.A. (U) FACTS
3.B.3.A.1. (U) DEPARTMENT OF HOMELAND SECURITY IS THE LEAD FEDERAL
AGENCY FOR THIS MISSION.
3.B.3.A.2. (U) NSGB RETAINS FORCE PROTECTION RESPONSIBILITY OF DOD
PERSONNEL.

3.B.3.B (U) ASSUMPTIONS
3.B.3.B.1 (U) NO MINORS (17 AND YOUNGER) ARE EXPECTED TO BE
TRANSPORTED TO NSGB FOR HOLDING OPERATIONS.
3.B.3.B.2. (U) THE MOST LIKELY PHYSICAL ATTACK THREATS TO THE JOA ARE

THE POSSIBLE ORGANIZED VIOLENCE FROM WITHIN THE HOLDING CAMPS. DHS
WILL PROVIDE ALL INFORMATION RELATED TO THE THREAT LEVELS PER
INDIVIDUAL ILLEGAL ALIEN EITHER PRIOR TO ARRIVAL OR PRIOR TO
PLACEMENT
WITHIN THE CAMP.
3.B.3.B.3. (U) DUE TO INCREASE IN SOUTHERN BORDER SECURITY
OPERATIONS,
THE USSOUTHCOM AOR WILL NOT EXPERIENCE A LARGE SCALE OVERSEAS MIGRANT

EVENT. THE ONLY INCREASE IN MIGRANTS WILL COME FROM DHS REPATRIATION
EFFORTS.
3.B.3.B.4. (U) DHS WILL RETAIN CUSTODY OF ILLEGAL ALIENS UNTIL THEY
ARE REPATRIATED FROM HOLDING OPERATIONS AT NSGB.

3.C. (U) TASKS.
3.C.1. (U) CDR JTF-SOUTHERN GUARD.
3.C.1.A. (U) ASSUME OPCON OF INBOUND FORCES.
3.C.1.A.1. (U) COMMENCE CRISIS ACTION PLANNING INCLUDING REQUIRED
PERSONNEL AND EQUIPMENT AUGMENTATION TO DEVELOP SUPPORTING PLAN FOR
NSGB IAHO.
3.C.1.B. (U) CONDUCT IAHO AT NSGB TO PROVIDE CARE, SAFETY, AND
TRANSPORTATION AS REQUIRED.
3.C.1.C. (U) COORDINATE WITH USNAVSOUTH FOR BOS SUPPORT AT NSGB.
3.C.1.D. (U) EXECUTE CONSTRUCTION AND EXPANSION OF CAMPS FOR DEPLOYED

FORCES AND ILLEGAL ALIENS.
3.C.1.E. (U) ESTABLISH LEEWARD CAMP L1 WITH THE ABILITY TO SECURE,
HOUSE AND FEED APPROXIMATELY 1000 ILLEGAL ALIENS NLT D+10.
3.C.1.F. - MODIFY: (U) ESTABLISH LEEWARD CAMPS L2-L6 WITH THE ABILITY

TO SECURE, HOUSE AND FEED UP TO A TOTAL OF APPROXIMATELY 10,000
ILLEGAL ALIENS. COMPLETE THE FIRST 5000 IN AN EXPEDITIONARY METHOD
WITH FIELD EXPEDIENT TENTS NLT D+21 AND THE NEXT 5000 USING EXTREME
WEATHER RESISTANT CONSTRUCTION METHODS AND MATERIALS TO BE COMPLETE
IN
180 DAYS.
3.C.1.G. - MODIFY: (U) REQUEST CCDR USSOUTHCOM PERMISSIONS TO
ESTABLISH WINDWARD CAMPS (PHILLIPS, MCCALLA AND NSGB GOLF COURSE)
WITH
THE ABILITY TO SECURE, HOUSE, AND FEED UP TO A TOTAL OF APPROXIMATELY

30,000 ILLEGAL ALIENS ON NSGB.
3.C.1.H. (U) DEVELOP A DISTINCT PLAN WITH SUPPORTING LOGISTICAL
REQUIREMENTS FOR HOUSING OF HIGH THREAT ILLEGAL ALIENS (HTIA).
3.C.1.I. (U) COORDINATE WITH CDRUSSOUTHCOM, NSGB, AND OTHER
USSOUTHCOM

~~Protected Material — Subject to Protective Order~~

U-DOW-CAR-194

**UNCLAS ~~FOUO~~**

PAGE 4 OF 18

STAFF (AS REQUIRED) TO FACILITATE WINDWARD CAMP EXPANSION.
3.C.1.J. (U) CONDUCT JOINT RECEPTION, STAGING, ONWARD MOVEMENT, AND
INTEGRATION (JRSOI) OF ALL ELEMENTS DEPLOYED IN SUPPORT OF THIS
OPERATION.
3.C.1.K. (U) BPT ESTABLISH A JOINT INTELLIGENCE SUPPORT ELEMENT
(JISE)
AS NECESSARY.
3.C.1.L. (U) BPT ESTABLISH A HUMINT AND/OR CI COORDINATION CELL (J2X)

WITH A HUMINT OPERATIONS CELL (HOC) AND TASK FORCE
COUNTERINTELLIGENCE
COORDINATING AUTHORITY (TFCICA) TO EXECUTE COORDINATION AND
DECONFLICTION OF HUMINT AND COUNTERINTELLIGENCE ACTIVITIES WITH NAVAL

FORCES OPERATING IN THE MARITIME AREA OF OPERATION. KEEP USG
CIVILIAN
AGENCIES INFORMED.
3.C.1.M (U) ESTABLISH METOC CELL WITH A DESIGNATED JOINT METOC
OFFICER
(JMO), RESPONSIBLE FOR SUPPORT OF JOINT OPERATIONS AND PLANNING.
3.C.1.N. (U) COORDINATE WITH USSOUTHCOM J6 AND PARTICIPATING FORCES
TO
ESTABLISH A COMMUNICATIONS ARCHITECTURE THAT MAXIMIZES C2,
INTEROPERABILITY, FUNCTIONALITY, AND SECURITY FOR ALL JTF NETWORKS
AND
SERVICES IAW ANNEX K GUIDANCE.
3.C.1.O. (U) PROVIDE OPERATIONAL ASSESSMENT UPDATES ON PROGRESS
TOWARDS DIRECTED OBJECTIVES AND EFFECTS TO CDRUSSOUTHCOM.
3.C.1.P. (U) DESIGNATE FORCES FOR THE ACCOMPLISHMENT OF EQUIPMENT
RETROGRADE AND BASE RESTORATION MISSIONS AT THE HOLDING CAMP.
3.C.1.Q. (U) ICW COMMANDER, NAVY REGION SOUTHEAST (CNRSE) AND NSGB
CONDUCT ACTIONS TO RETURN FACILITIES AND GROUNDS TO AN ACCEPTABLE
STATE UPON COMPLETION OF OPERATIONS.
3.C.1.R. (U) ESTABLISH OPERATIONAL CONTRACT SUPPORT INTEGRATION CELL
(OCSIC) AND PERFORM OCSIC FUNCTIONS IN SUPPORT OF JTF OEPRATIONS
(E.G., CONDUCT JOINT REQUIREMENTS REVIEW BOARD, INTEGRATE AND
SYNCHRONIZE COMMERCIAL SUPPORT TO JTF CUOPS/FUOPS). COORDINATE WITH
NAVSOUTH (AS LEAD SERVICE FOR CONTRACTING (LSC)) AND ITS DESIGNATED
SENIOR CONTRACTING OFFICIAL (SCO) REGARDING PROCEDURES TO SUBMIT
APPROVED REQUIREMENTS FOR CONTRACTING ACTIONS. SUPPORT USSOUTHCOM OCS

WORKING GROUP AS REQUIRED.
3.C.1.S. (U) COORDINATE WITH DOJ AND DHS FOR CAMP DISPOSITION NEEDS
FOR ILLEGAL ALIENS OF INTEREST OR PERSONS UNDER CRIMINAL
INVESTIGATION.
3.C.1.T. (U) ESTABLISH COMMON ACCOUNTABILITY AND ACCESS PROCEDURES
FOR
ILLEGAL ALIEN POSSESSIONS, ESPECIALLY MOBILE PHONES.
3.C.1.U. (U) PROVIDE SUSTAINMENT FOR ILLEGAL ALIENS AND JTF MEMBERS.
3.C.1.V. - MODIFY: (U) ASSUME TACON OF JTF-GTMO FORCES ███████████
███████████ IN DIRECT SUPPORT OF DHS/ICE FOR CONTROL AND CARE OF
HTIA IN CAMP VI. DHS/ICE WILL MAINTAIN CUSTODY OF HTIA. NOTHING IN
THIS ORDER SHALL DETRACT FROM JTF-GTMO PRIMARY RESPONSIBILITY TO
PROVIDE CUSTODY AND CONTROL OF LAW OF WAR DETAINEES. INDIVIDUAL
PERSONNEL FROM JTF-GTMO WILL BE ASSIGNED EITHER TO JTF-GTMO PRIMARY
MISSION OR GIVEN TACON TO JTF-SOUTHERN GUARD AND WILL NOT ALTERNATE
BETWEEN ROLES. ONCE ASSIGNED TACON TO JTF-SOUTHERN GUARD, PERSONNEL
ARE NOT AUTHORIZED TO CONDUCT THE JTF-GTMO MISSION.
3.C.1.W. (U) PROVIDE COMMON USER LOGISTICS (CUL) TO UNITS AND
PERSONNEL ASSIGNED/OPCON/TACON TO THE JTF.
3.C.1.X. (U) COORDINATE FORCE PROTECTION PLANS WITH NAVAL STATION

**UNCLAS ~~FOUO~~**

~~Protected Material -- Subject to Protective Order~~

U-DOW-CAR-195

PAGE 5 OF 18

GUANTANAMO BAY.
3.C.1.Y. - ADD: (U) COORDINATE WITH JTF-B FOR AIR PATIENT MOVEMENT
SUPPORT FROM LEEWARD TO WINWARD NAVAL STATION GUANTANAMO BAY.

3.C.2. (U) COMMANDER, U.S. ARMY SOUTH (CDRUSARSOUTH).
3.C.2.A. (U) IMMEDIATELY DEPLOY SSAT AND ADVANCE PARTY TO NSGB TO
COORDINATE WITH NSGB AND INTERAGENCY PERSONNEL.
3.C.2.B. (U) ESTABLISH JTF-SOUTHERN GUARD AND SERVE AS THE INITIAL
JOINT FORCE COMMANDER (JFC) AT NSGB NLT 01 FEB 2025.
3.C.2.C. - MODIFY: (U) ICW USSOUTHCOM, DHS, USNAVSOUTH, AND
USSOUTHCOM
J4 (ENGINEERS), REVIEW ILLEGAL ALIEN CAMP CONSTRUCTION PLAN.
3.C.2.D. (U) ESTABLISH A JOINT NETWORK CONTROL CENTER TO MONITOR AND
REPORT ALL JTF COMMUNICATION ITEMS OF INTEREST TO USSOUTHCOM'S JOINT
DEFENSE OPERATIONS CENTER.
3.C.2.E. (U) MAINTAIN A DETAILED CONCEPT OF LOGISTICS SUPPORT
INCLUDING DECISION POINTS AND TIMELINES FOR INITIATING TRANSITION OF
REQUIREMENTS TO CONTRACT SOLUTIONS.
3.C.2.F. (U) COORDINATE REQUIREMENTS WITH THE JTF AND WITH NAVY (AS
LEAD SERVICE FOR CONTRACTING (LSC)) FOR CONTRACTING ACTIONS.
3.C.2.G. (U) CONDUCT COORDINATION WITH USNAVSOUTH TO INTEGRATE
ILLEGAL
ALIEN CAMP REQUIREMENTS INTO THE BOS-I FOR NSGB.
3.C.2.H. (U) BPT SERVE AS THE FINANCIAL MANAGEMENT ISO JTF-SOUTHERN
GUARD.
3.C.2.I. (U) ASSESS REQUIREMENT FOR A CIVIL AFFAIRS TEAM (CAT) TO
MONITOR MEASURES OF EFFECTIVENESS FOR HUMANITARIAN ASSISTANCE AND
INFORMATION OPERATIONS KEY INDICATORS FOR PROVISION OF WATER,
SANITATION, FOOD, HEALTH, SHELTER AND NON-FOOD ITEMS, AND DRIVERS
CONTRIBUTING TO INCREASE ILLEGAL ALIEN FLOW, AND BPT PLACE A CIVIL
MILITARY OPERATIONS CENTER (CMOC) AT SOURCE COUNTRY OF MIGRATION OR,
IF DIRECTED, AT NSGB.
3.C.2.J. (U) COORDINATE WITH ARMY MATERIAL COMMAND TO DRAW AND
RECEIVE
OPERATIONAL PROJECT STOCKS REQUIRED ISO HOLDING CAMP OPERATIONS.
3.C.2.K. - ADD: (U) FUND COMMON USER LOGISTICS (CUL) ISO OPERATION
SOUTHERN GUARD FOR JTF SOUTHERN GUARD PERSONNEL AND ILLEGAL ALIENS.

3.C.3. (U) COMMANDER, U.S. NAVAL FORCES SOUTH (COMUSNAVSOUTH).
3.C.3.A. (U) PROVIDE A DEPUTY COMMANDER (PROPOSED RANK O6) TO JTF-
SOUTHERN GUARD, WHEN FORMED.
3.C.3.B. (U)ACCEPT ADCON OF DEPLOYING U.S. NAVAL FORCES UPON ARRIVAL
AT NSGB.
3.C.3.C. (U) SUPPORT ARSOUTH IN REVIEWING OPERATIONAL REQUIREMENTS
INCLUDING FACILITY, EQUIPMENT, AND SUPPLY REQUIREMENTS ON NSGB.
3.C.3.D. - MODIFY: (U) DESIGNATED AS LEAD SERVICE FOR CONTRACTING
(LSC). COORDINATE WITH CNRSE TO PROVIDE FOR BOS FUNCTION SUPPORT AT
NSGB ISO OPERATION SOUTHERN GUARD.
3.C.3.E. (U) DEVELOP CONTRACTS TO SUPPORT HOLDING CAMP OPERATIONS TO
INCLUDE LIFE SUPPORT SUPPLIES AND SERVICES OF ILLEGAL ALIENS AND CAMP

MANAGEMENT AT NSGB WITH ASSOCIATED TIMELINES AND COST. CONTRACT
SOLUTIONS FOR TASK PERFORMED BY MILITARY FORCES TO REDUCE FORCE
REQUIREMENTS AS SOON AS FEASBLE BUT NLT D+180.
3.C.3.F. (U) COORDINATE FOR THE NAVY TO SERVE AS LSC. ESTABLISH OCS
INTEGRATION CELL (OCSIC). DESIGNATE SENIOR CONTRACTING OFFICIAL (SCO)

TO CHAIR JOINT CONTRACTING SUPPORT BOARD (JCSB). PUBLISH PROCEDURES
FOR RECEIPT OF ACQUISITION-READY REQUIREMENTS.
3.C.3.G. (U) REMOVED.
3.C.3.H. (U) REMOVED.
3.C.3.I. (U) IDENTIFY INFRASTRUCTURE IMPROVEMENTS REQUIRED TO SUSTAIN

~~Protected Material -- Subject to Protective Order~~

U-DOW-CAR-196

PAGE 6 OF 18

U.S. OPERATIONS ON NAVAL STATION WINDWARD SIDE.
3.C.3.J (U) SERVE AS EXECUTIVE AGENT AND EXERCISE FORCE PROTECTION
TACON ON BEHALF OF CDR, USSOUTHCOM FOR NAVAL STATION GUANTANAMO BAY.

3.C.4. (U) COMMANDER, U.S. MARINE CORPS FORCES, SOUTH
(COMUSMARFORSOUTH).
3.C.4.A. (U) SUPPORT ARSOUTH/CDR JTF-SOUTHERN GUARD, IN PLANNING FOR
INITIAL HOLDING CAMP SURGE OPERATIONS.
3.C.4.B. (U) BPT PROVIDE LIAISONS TO ARSOUTH/JTF-SOUTHERN GUARD AND
USNAVSOUTH IN ORDER TO FACILITATE COMMUNICATIONS AND SUPPORT TO
PLANNING OPERATIONS.
3.C.4.C. (U)ACCEPT ADCON OF DEPLOYING MARINE FORCES UPON ARRIVAL AT
NSGB.
3.C.4.D. (U) BPT SUPPORT JTF-SOUTHERN GUARD WITH CIVIL AFFAIRS
ASSETS.

3.C.5. (U) COMMANDER, U.S. AIR FORCES SOUTH (COMUSAFSOUTH)
3.C.5.A. (U) DESIGNATED AS THEATER JOINT FORCE AIR COMPONENT
COMMANDER
(JFACC).
3.C.5.B. (U) SUPPORT ARSOUTH/JTF-SOUTHERN GUARD.
3.C.5.C. (U) BPT EXECUTE INTER-THEATER AIR MOBILITY OPERATIONS AS
DIRECTED TO INCLUDE INTEGRATING ADDITIONAL ALLOCATED AIR ASSETS.

3.C.6. (U) COMMANDER, U.S. SPECIAL OPERATIONS SOUTH (COMSOCSOUTH).
3.C.6.A. (U) BPT PROVIDE PLANNING PERSONNEL AND SUPPORT TO CDR JTF-
SOUTHERN GUARD.
3.C.6.B. (U) BPT PROVIDE SOF RECOMMENDATIONS NECESSARY TO SUPPORT
THIS
PLAN. SPECIFICALLY, RECOMMENDATIONS FOR THE COMMAND AND CONTROL OF
SOF PERSONNEL.
3.C.6.C. (U) BPT SUPPORT WITH SELECT IN-THEATER CIVIL AFFAIRS AND/OR
MISO ASSETS TO JTF-SOUTHERN GUARD.

3.C.7. (U) COMMANDER, JOINT TASK FORCE GUANTANAMO.
3.C.7.A. (U) BPT PROVIDE PLANNING PERSONNEL AND SUPPORT TO CDR JTF-
SOUTHERN GUARD.
3.C.7.B. (U) PROVIDE ENGINEERING ASSESSMENT OF INFRASTRUCTURE
IMPROVEMENTS REQUIRED TO HOLD HIGH THREAT ILLEGAL ALIENS (HTIA) IN
JTF-GUANTANAMO FACILITIES.
3.C.7.C. (U) DIRLAUTH AUTHORIZED TO COORDINATE AND CONDUCT
INTERAGENCY
HOLDING OPERATIONS TRAINING WITH IMMIGRATION AND CUSTOMS ENFORCEMENT
(ICE) PERSONNEL AT NSGB.
3.C.7.D. (U) COMPLETE.
3.C.7.E. - MODIFY: (U) PROVIDE A DETENTION OPERATIONS COMPANY,
MEDICAL
FORCES, FACILITY MAINTENANCE TEAM AND COMBAT CAMERA SUPPORT UNDER
TACON TO JTF-SOUTHERN GUARD IN DIRECT SUPPORT OF DHS/ICE FOR CONTROL
AND CARE OF HTIA IN CAMP VI. DHS/ICE WILL MAINTAIN CUSTODY OF HTIA.
NOTHING IN THIS ORDER SHALL DETRACT FROM JTF-GTMO PRIMARY
RESPONSIBILITY TO PROVIDE CUSTODY AND CONTROL OF LAW OF WAR
DETAINEES.
INDIVIDUAL PERSONNEL FROM JTF-GTMO WILL BE ASSIGNED EITHER TO
JTF-GTMO
PRIMARY MISSION OR GIVEN TACON TO JTF-SOUTHERN GUARD AND WILL NOT
ALTERNATE BETWEEN ROLES. ONCE ASSIGNED TACON TO JTF-SOUTHERN GUARD,
PERSONNEL ARE NOT AUTHORIZED TO CONDUCT THE JTF-GTMO MISSION.

3.C.8. - ADD: (U) COMMMANDER, JOINT TASK FORCE BRAVO
3.C.8.A. (U) COORDINATE WITH JTF-SG FOR AIR PATIENT MOVEMENT SUPPORT

~~Protected Material -- Subject to Protective Order~~

U-DOW-CAR-197

## UNCLAS ~~FOUO~~

FROM LEEWARD TO WINWARD NAVAL STATION GUANTANAMO BAY.

3.C.9. (U) JOINT INTERAGENCY TASK FORCE SOUTH (JIATF-S).
3.C.9.A. (U) BE PREPARED TO RELINQUISH TACON OF U.S. DOD AIR AND
MARITIME ASSETS TO SUPPORT JTF-SOUTHERN GUARD UNTIL FURTHER NOTICE.

3.C.10. (U) USSOUTHCOM STAFF.
3.C.10.A. (U) USSOUTHCOM J1 (SCJ1).
3.C.10.A.1. (U) PROVIDE PLANNING REPRESENTATION AND PERSONNEL IN
SUPPORT OF USSOUTHCOM'S B2C2WG.
3.C.10.A.2. (U) COORDINATE PERSONNEL SUPPORT IN SUPPORT OF THE JTF.
3.C.10.A.3. (U) DEVELOP, MAINTAIN, AND COORDINATE FILLS FOR THE JTF-
SOUTHERN GUARD JOINT MANNING DOCUMENT (JMD) POSITIONS.
3.C.10.A.4. (U) IMPLEMENT A DESIGNATED ATAAPS CODE TO TRACK AND
ACCOUNT FOR ALL OVERTIME HOURS WORKED BY SC HQ PERSONNEL IN DIRECT
SUPPORT OF OPERATION.

3.C.10.B. (U) USSOUTHCOM J2 (SCJ2).
3.C.10.B.1.(U) PROVIDE THREAT ASSESSMENT TO THE JOINT PLANNING GROUP
(JPG), JTF, AND DEPLOYING FORCES.
3.C.10.B.2. (U) BPT PROVIDE ███████████████ TO HSTF-SE
INTELLIGENCE SECTION OF THIS OPERATION UNTIL NO LONGER REQUIRED.
3.C.10.B.3. (U) PROVIDE INDICATIONS AND WARNING OF IMPENDING
CARIBBEAN
MARITIME MASS MIGRATION ICW USCG MIFC-LANT.
3.C.10.B.4. (U) ICW DHS, BPT ESTABLISH AN INTELLIGENCE FUSION CELL
(IFC) AND STAND UP AN INTELLIGENCE COMMUNITY OF INTEREST (COI) TO
FUNCTION AS FOCAL POINT AND LEAD FOR COORDINATION, COLLABORATION, AND

FACILITATION OF INTELLIGENCE SUPPORTING THIS MISSION ICW WITH ALL
MEMBERS OF THE INTELLIGENCE COMMUNITY (IC) AND ANY OTHER STAKEHOLDERS

INVOLVED IN SUPPORTING THE CRISIS EVENT(S).
3.C.10.B.5. (U) COORDINATE THEATER AND REQUEST NATIONAL INTELLIGENCE
COLLECTION AND OTHER SUPPORT AS REQUIRED SUPPORTING MARITIME SUPPORT
AND HOLDING CAMP OPERATIONS.
3.C.10.B.6. (U) COORDINATE WITH HSTF-SE/DHS TO DEVELOP A COLLECTION
STRATEGY AND REFINE ISR CONOP FOR P1+ OPERATIONS; IDENTIFY
REQUIREMENTS FOR ADDITIONAL THEATER ISR ASSETS (RFF) AND PED SUPPORT
(RFS).
3.C.10.B.7. (U) BPT REDIRECT AND REQUEST AVAILABLE TRADITIONAL AND
NON-STANDARD INTELLIGENCE, SURVEILLANCE, AND RECONNAISSANCE (ISR)
ASSETS AS REQUIRED TO ACTION THE COLLECTION STRATEGY AND ADDRESS
INTELLIGENCE GAPS.
3.C.10.B.8. (U) HQ USSOUTHCOM J2 INTELLIGENCE FOREIGN DISCLOSURE
OFFICE (FDO) WILL BE RESPONSIBLE FOR THE REVIEW AND
APPROVAL/DISAPPROVAL OF USSOUTHCOM ORIGINATED CLASSIFIED MILITARY
INFORMATION (CMI) AND CONTROLLED UNCLASSIFIED INFORMATION (CUI)
PRODUCTS. ALL FOREIGN DISCLOSURE REQUESTS FOR MILITARY INTELLIGENCE
INFORMATION WILL BE COORDINATED VIA SCJ2 INTEL FDO FOR REVIEW AND
APPROVAL/DISAPPROVAL PRIOR TO FOREIGN RELEASE. IF YOU HAVE QUESTIONS

ABOUT INTELLIGENCE FOREIGN DISCLOSURE, PLEASE CONTACT THE SCJ2 INTEL
FDO AT ███████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

3.C.10.B.9. (U) PROVIDE PLANNING REPRESENTATION AND PERSONNEL IN
SUPPORT OF USSOUTHCOM'S B2C2WG.

## UNCLAS ~~FOUO~~

~~Protected Material – Subject to Protective Order~~

3.C.10.B.10. (U) DEVELOP AND REFINE PRIORITY INTELLIGENCE REQUIREMENTS
(PIRS) AND ESSENTIAL ELEMENTS OF INFORMATION (EEIS) IN SUPPORT OF THE

COMMANDER'S CRITICAL INFORMATION REQUIREMENTS (CCIRS) AND DECISION POINTS (DPS).
3.C.10.B.11. (U) COORDINATE WITH DIA, DHS, AND USG STAKEHOLDERS TO UTILIZE ENHANCED DOMAIN AWARENESS (EDA) TO INCREASE INFORMATION SHARING, AS WELL AS PROVIDE A COMMON INTELLIGENCE PICTURE (CIP) / COMMON OPERATING PICTURE (COP) THAT FOCUSES ON LAND AND MARITIME MIGRATION.
3.C.10.B.12. (U) BPT TO CREATE EDA SOLUTIONS TO SHARE WITH ALLIES AND

PARTNER NATIONS.
3.C.10.B.13. (U) BPT REFINE AND COORDINATE HUMAN INTELLIGENCE (HUMINT)
AND COUNTERINTELLIGENCE (CI) STRATEGIES TO OPTIMIZE THE EMPLOYMENT OF

DOD, SERVICE FORCE PROTECTION AND CI COLLECTION ASSETS.
3.C.10.B.14. (U) BPT SUPPORT ENHANCED VETTING OF ILLEGAL ALIENS TO ASSIST THE LEAD FEDERAL AGENCY IN IDENTIFYING AND CHARACTERIZING THE THREAT.
3.C.10.B.15. (U) BPT PROVIDE 6X SECURITY SUPPORT PERSONNEL IN DIRECT SUPPORT OF JTF-SOUTHERN GUARD AT NSGB FOR ACCESS CONTROL, INFO SECURITY, AND PHYSICAL SECURITY.

3.C.10.C. (U) USSOUTHCOM J3 (SCJ3).
3.C.10.C.1. (U) PROVIDE PLANNING REPRESENTATION AND PERSONNEL IN SUPPORT OF USSOUTHCOM'S B2C2WG.
3.C.10.C.2. (U) ACTIVATE THE USSOUTHCOM CRISIS ACTION TEAM (CAT) AND THE FUTURE OPERATIONS (FUOPS) OPT.
3.C.10.C.3. (U) TASK COMPONENT COMMANDS AS REQUIRED TO SUPPORT HOLDING
OPERATIONS.
3.C.10.C.4. (U) VALIDATE JTF-SOUTHERN GUARD JMD REQUIREMENTS.
3.C.10.C.5. (U) BPT SUBMIT PTDO/RFF (INCLUDING ENGINEER SUPPORT FOR THE CONSTRUCTION OF HOLDING CAMPS) TO THE JOINT STAFF.
3.C.10.C.6. (U) COORDINATE WITH SCJ2 FOR ISR COVERAGE AND COLLECTIONS

REQUIREMENTS.
3.C.10.C.7. (U) BPT REQUEST JECC MISSION-TAILORED PACKAGE TO AUGMENT USSOUTHCOM AND JTF-SOUTHERN GUARD.
3.C.10.C.8. (U) REQUEST AIRLIFT AS REQUIRED.
3.C.10.C.9. (U) ISSUE PLANS AND ORDERS AS REQUIRED.
3.C.10.C.10. (U) PROVIDE SPECIFIC AUGMENTATION TO JTF-SOUTHERN GUARD,

AS REQUIRED.
3.C.10.C.11. (U) DEVELOP, VALIDATE, AND GAIN APPROVAL OF TPFDD.
3.C.10.C.12. (U) THROUGH THE SENIOR METOC OFFICER SERVES AS THE FOCAL

POINT FOR JOINT FORCE METOC SUPPORT. ENSURES ALL METOC CAPABILITY REQUIREMENTS ARE VALIDATED.
3.C.10.C.13. (U) SUPPORT NSGB FOR ANY EVACUATION OF NON-ESSENTIAL PERSONNEL AND FAMILY MEMBERS, IF REQUIRED FOR SAFETY/SECURITY REASONS

AS CAMPS EXPAND.
3.C.10.C.14. (U) PRODUCE AND TRANSMIT APPLICABLE ORDERS NECESSARY TO SUPPORT THE OPERATION. ALERT SUBORDINATE COMMAND HEADQUARTERS OF AN IMPENDING REQUIREMENT TO PROVIDE PERSONNEL AND SUPPORT FOR THE EXECUTION OF HOLDING OPERATIONS.
3.C.10.C.15. (U) RECEIVE A COMPREHENSIVE AFTER-ACTION REVIEW FROM THE

~~Protected Material - Subject to Protective Order~~

U-DOW-CAR-199

PAGE 9 OF 18

JTF, FOR USE WITH USSOUTHCOM AND FOR DISSEMINATION TO OTHER COMBATANT

COMMANDS.
3.C.10.C.16. (U) COLLECT AND PRESERVE ALL RECORDS ASSOCIATED WITH THE

OPERATION.
3.C.10.C.17. (U) ASSIST JTF-SOUTHERN GUARD IN EXECUTING FORCE
PROTECTION (FP) RESPONSIBILITIES. RECOMMEND FP POLICIES, INCLUDING
WEAPONS POLICY, AND ROE/RUF TO CDRUSSOUTHCOM IN COORDINATION WITH
SCJ2
AND SCSJA.
3.C.10.C.18. ~~(CUI)~~ SET PRIORITY OF MISSION AND PRIORITY OF SUPPORT
FOR
OPERATIONS IN EXECUTION AT NSGB.
3.C.10.C.19. ~~(CUI)~~ DETERMINE DEPLOYMENT CRITERIA FOR DEPLOYING FORCES

TO NSGB.
3.C.10.C.20. (U) COORDINATE PREPARATION OF NSGB FOR HOLDING CAMP
OPERATIONS (USSOUTHCOM STAFF, USARSOUTH AND USNAVSOUTH).
3.C.10.C.21. (U) GENERATE AND MAINTAINS A ROSTER FOR A ███ SUPPORT

ELEMENT TO AUGMENT NSGB PREPARATION TO ASSIST JTF-SOUTHERN GUARD
PRIOR
TO IOC.
3.C.10.C.22. ASSIGN LNO SUPPORT FROM SOUTHCOM TO IMMIGRATION AND
CUSTOMS ENFORCEMENT (ICE) IN WASHINGTON DC.
3.C.10.C.23. (U) CONDUCT ASSESSMENT OF FP REQUIREMENTS AT NSGB.

3.C.10.D. (U) USSOUTHCOM J4 (SCJ4).
3.C.10.D.1. (U) PROVIDE PLANNING REPRESENTATION AND PERSONNEL IN
SUPPORT OF USSOUTHCOM'S B2C2WG.
3.C.10.D.2. (U) SUPPORT PLANNING AND EXECUTION OF LOGISTICS SERVICES,

MAINTENANCE, SUPPLY, DEPLOYMENT AND DISTRIBUTION, ENGINEERING, AND
OPERATIONAL CONTRACT SUPPORT.
3.C.10.D.3. - MODIFY: (U) ICW DHS, USARSOUTH, JTF-GTMO, AND
USNAVSOUTH, IDENTIFY EMERGENT REQUIREMENTS TO DEVELOP LEEWARD AND
WINDWARD INFRASTRUCTURE TO INCLUDING FACILITY, EQUIPMENT, AND SUPPLY
REQUIREMENTS ON NSGB.
3.C.10.D.4. (U) SYNCHRONIZE ACTIONS OF ALL LOGISTICS ENABLERS
INVOLVED
IN THIS OPERATION VIA THE JOINT LOGISTICS COORDINATION BOARD, TO
INCLUDE ADJACENT CCMDS, FUNCTIONAL CMDS, SERVICE COMPONENTS, COMBAT
SUPPORT AGENCIES, AND INTERAGENCY (DHS, ICE).
3.C.10.D.5. (U) COORDINATE WITH DLA AS REQUIRED TO MAINTAIN SUPPORT
TO
HOLDING CAMP OPERATIONS AT NSGB.
3.C.10.D.6. (U) COORDINATE STRATEGIC MOVEMENTS IN SUPPORT OF
DEPLOYMENT OPERATIONS.
3.C.10.D.7. (U) COORDINATE AND SYNCHRONIZE ENGINEERING RESOURCES AS
REQUIRED.
3.C.10.D.8. (U) FACILITATE ENGINEER REACH BACK SUPPORT FOR TECHNICAL
EXPERTISE AS REQUIRED.
3.C.10.D.9. (CUI) SET PRIORITY OF MOVEMENT FOR LOGISTICS SUPPORTING
OPERATIONS AT NSGB.
3.C.10.D.10 (U) ICW NSGB PROVIDE AN ASSESSMENT OF HARDENED FACILITIES

ON NSGB, TO INCLUDE CAPACITY AND CAPABILITIES TO SUPPORT JTF-SOUTHERN

GUARD AND ILLEGAL ALIENS DURING SEVERE WEATHER.
3.C.10.D.11. (U) IN COORDINATION WITH NAVSOUTH, CREATE A POAM TO
TRANSITION HOLDING CAMP LOGISTICAL FUNCTIONS FROM MILITARY TO

~~Protected Material — Subject to Protective Order~~

U-DOW-CAR-200

CONTRACTED SOLUTIONS AS EARLY AS D+180.
3.C.10.D.12. (U) ESTABLISH THE USSOUTHCOM OCS INTEGRATION CELL
(OCSIC).

3.C.10.E. (U) USSOUTHCOM J5(SCJ5).
3.C.10.E.1. (U) PROVIDE PLANNING REPRESENTATION AND PERSONNEL IN
SUPPORT OF USSOUTHCOM'S B2C2WG.
3.C.10.E.2. U) AS REQUIRED, CONDUCT SEQUEL PLANNING VIA THE FUTURE
PLANS JOINT PLANNING GROUP (FUPLANS JPG).
3.C.10.E.3. (U) AS REQUIRED, UPDATE THE USSOUTHCOM CAMPAIGN PLAN
(SCP).

3.C.10.F. (U) USSOUTHCOM J6 (SCJ6).
3.C.10.F.1. (U) PARTICIPATE IN ASSIGNED B2C2WGS, AS REQUIRED.
3.C.10.F.2. (U) HOST COMMUNICATION WORKING GROUP, INCLUSIVE OF ALL
INTERNAL AND EXTERNAL STAKEHOLDERS AND IAW GUIDANCE PROVIDED IN
CONPLAN 6120, TO PLAN AND COORDINATE MISSION COMMUNICATION
REQUIREMENTS ISO OPERATIONS.
3.C.10.F.3. (U) ASSIST LEAD COMPONENT WITH PLANNING AND EXECUTING A
ROBUST COMMUNICATIONS INFRASTRUCTURE THAT ENSURES INTEROPERABILITY
BETWEEN ALL MISSION PARTNERS FOR JTF AND SSAT EQUITIES.
3.C.10.F.4. (U) ENSURE NETWORKS, SERVICES, AND APPLICATIONS MEET
OPERATIONAL REQUIREMENTS FOR SECURE AND NON-SECURE VOICE, VIDEO, AND
DATA COMMUNICATIONS, TO INCLUDE ACCESS TO NIPRNET/ SIPRNET/ INTERNET
ENCLAVES AND DHS' INTERNET-BASED HOMELAND SECURITY INFORMATION
NETWORK
(HSIN), AS REQUIRED.
3.C.10.F.5. (U) ASSIST JTF AND/OR LEAD COMPONENT WITH
VETTING/PROCESSING ALL COMMUNICATION RFF/RFS REQUIREMENTS THROUGH
SCJ35 GFM.
3.C.10.F.6. (U) ENSURE LEAD COMPONENT INCLUDES PACE PLANNING FOR ALL
NETWORKS, SERVICES, AND TRANSPORTS, AS AVAILABLE.
3.C.10.F.7. (U) ENSURE THE JTF J6 STANDS UP A JOINT NETWORK
COORDINATION CENTER (JNCC) TO MONITOR, TRACK AND REPORT COMMUNICATION

STATUS, FOR ALL MISSION FORCES, TO THE SCJ6 JOINT DODIN OPERATIONS
CENTER (JDOC).
3.C.10.F.8. (U) ENSURE JNCC PROVIDES DAILY COMMUNICATION STATUS
(COMSTAT) AND SITUATIONAL UPDATES TO THE JDOC IAW WRITTEN OR VERBAL
GUIDANCE PROVIDED BY THE SCJ6 AND JDOC.
3.C.10.F.9. (U) BPT ASSIST LEAD COMPONENT /JTF WITH SOURCING
COMMERCIAL SATELLITE (COMSAT) SOLUTIONS (I.E. ███████), AS
REQUIRED.
3.C.10.F.10. (U) BPT PLAN AND EXECUTE SURGE COMMUNICATION
REQUIREMENTS
FOR WINDWARD BUILD-OUT, AS REQUIRED.
3.C.10.F.11. (U) ASSIST LEAD COMPONENT WITH PROCESSING SPECTRUM AND
COMMUNICATION SECURITY (COMSEC) REQUESTS FOR DOD FORCES, AS REQUIRED.
3.C.10.F.12. (U) ENSURE LEAD COMPONENT IS PREPARED TO PROVIDE
COMMUNICATIONS SUPPORT TO INTERAGENCY AND NGO MISSION PARTNERS, AS
REQUIRED.
3.C.10.F.13. (U) COORDINATE PHONES AND FIBER TRANSPORT CONNECTIVITY
REQUIREMENTS WITH NSGB BASE COMMUNICATIONS OFFICE (BCO) AND/OR
COMMERCIAL VENDORS.
3.C.10.F.14. (U) COORDINATE JTF-GTMO J6 COMMUNICATIONS SUPPORT TO
ASSIGNED JTF.
3.C.10.F.15. - ADD: (U) ICW USSOUTHCOM JOINT CYBER CENTER (JCC) AND
USCYBERCOM GUIDANCE, POLICIES, AND DIRECTIVES, ENSURE THE VIGILANT
HARDENING, MONITORING, AND REPORTING OF/OR AGAINST ALL CYBERSECURITY
THREATS TO DOD MISSION NETWORKS.

3.C.10.G. (U) USSOUTHCOM J7/9 (SCJ7/9).

~~Protected Material -- Subject to Protective Order~~

3.C.10.G.1. (U) IDENTIFY AND MAINTAIN CONTINUAL COORDINATION LINKS WITH ALL USG AGENCIES, INTERGOVERNMENTAL ORGANIZATIONS (SUCH AS THE UN, UNHCR, IOM, OAS, AND THE PAN AMERICAN HEALTH ORGANIZATION (PAHO)),
AND NGOS, AS PERMISSIBLE.
3.C.10.G.2. (U) REQUEST SUPPORT (INCLUDING PLANNING, INFORMATION SHARING AND EXECUTION) FROM ALL RELEVANT USG AGENCIES.
3.C.10.G.3. (U) TRANSITION JOIN INTERAGENCY COORDINATION GROUP (JIACG)
TO CRISIS BATTLE RHYTHM TO MAINTAIN COORDINATION LINKS WITH THE INTERAGENCY. IT SHOULD INCLUDE BUT IS NOT LIMITED TO THE FOLLOWING AGENCIES: NATIONAL SECURITY COUNCIL (NSC), DOS, DOD, DHS, DEPARTMENT

OF TRANSPORTATION (DOT), CIA, DOJ, NSA, DIA, DLA, DEPARTMENT OF TREASURY (TREAS), JCS, UN, AND OAS, AS WELL AS REPRESENTATION FROM IOS
AND NGOS WHEN APPROPRIATE. EMPHASIZE WITH THE INTERAGENCY THAT PRODUCTS CLASSIFIED AND RELEASABLE TO THE LOWEST LEVEL WOULD BE MOST USEFUL IN THIS ANTICIPATED SCENARIO.
3.C.10.G.4. (U) BPT SUPPORT JTF SOUTHERN GUARD WITH CIVIL AFFAIRS PLANNING CAPABILITY AND/OR INITIAL CAPABILITY OF DEPLOYABLE CMOC ORGANIZATION.

3.C.10.H. (U) USSOUTHCOM J8 (SCJ8).
3.C.10.H.1. (U) AS REQUIRED, PROVIDE ADVOCACY TO COMPONENTS WHILE THEY
WORK WITH THEIR SERVICE HEADQUARTERS TO SECURE FUNDING AND AUTHORITIES
TO PREPARE NSGB FOR HOLDING CAMP OPERATIONS.
3.C.10.H.2. (U) PROVIDE FINANCIAL GUIDANCE AND, WHEN NECESSARY, COORDINATE WITH THE JOINT STAFF AND THE SECDEF FOR THE DESIGNATION OF

A MILITARY DEPARTMENT EXECUTIVE AGENT (EA). COORDINATE WITH THE JOINT
STAFF, SUPPORTING COMMANDER'S COMPTROLLER AND SUPPORTING USG AGENCIES

TO ENSURE TIMELY RECEIPT OF FM INSTRUCTIONS AND AUTHORITIES.
3.C.10.H.3. (U) LEAD AN OPERATION ASSESSMENT WORKING GROUP, AS REQUIRED.
3.C.10.H.4 (U) IN COORDINATION WITH THE SCJ55, REVIEW CHANGES OR MODIFICATIONS NEEDED TO THE SCP.
3.C.10.H.5. (U) PROVIDE PLANNING REPRESENTATION AND PERSONNEL TO THE USSOUTHCOM B2C2WGS AS REQUIRED.
3.C.10.H.6. (U) REMOVED.
3.C.10.H.7 (U) DETAIL THE PROCESS FOR FUNDING ONCE SECDEF APPROVES A REQUEST FOR ASSISTANCE (RFA).
3.C.10.H.8. (U) DEVELOP AND MAINTAIN DECISION SUPPORT MODELS TO ENABLE
DECISION MAKING AND IDENTIFICATION OF OPERATIONAL RISKS.

3.C.10.I. (U) STAFF JUDGE ADVOCATE (SCSJA), USSOUTHCOM.
3.C.10.I.1. (U) MONITOR OPERATIONS AND ADVISE CDRUSSOUTHCOM AND USSOUTHCOM STAFF AND COORDINATE WITH THE DESIGNATED LEGAL ADVISOR FOR

ANY JTF AND/OR OTHER U.S. COMMANDER, ON ANY LEGAL, REGULATORY, AND POLICY IMPLICATIONS ON CURRENT AND PLANNED ACTIVITIES, POLICIES, AND PROCEDURES THROUGH ALL OPERATIONAL PHASES.
3.C.10.I.2. (U) PROVIDE GUIDANCE TO SUBORDINATE LEGAL ADVISORS ON THE

PROVISION OF LEGAL GUIDANCE TO COMPONENT COMMANDS, JTF-SOUTHERN GUARD

COMMANDER, AND NAVAL FORCES COMMANDER ON HANDLING OF ILLEGAL ALIENS,

~~Protected Material -- Subject to Protective Order~~

U-DOW-CAR-202

**UNCLAS ~~F O U O~~**

MODIFICATION TO SROE/RUF, TREATMENT OF CIVILIAN CASUALTIES AND ANY ADDITIONAL REQUESTED ITEMS THROUGH ALL OPERATIONAL PHASES.
3.C.10.I.3. (U) ADVISE USSOUTHCOM STAFF ON REQUIREMENTS FOR DIPLOMATIC
CLEARANCES, OVER FLIGHT, BASING RIGHTS, ACCESS AGREEMENTS AND FACILITY/EQUIPMENT USAGE AUTHORIZATIONS AS APPLICABLE.
3.C.10.I.4. (U) PROVIDE PLANNING REPRESENTATION AND PERSONNEL TO THE USSOUTHCOM B2C2WGS AS REQUIRED.

3.C.10.J. (U) USSOUTHCOM COMMAND SURGEON (SCSG).
3.C.10.J.1. (U) SUPPORT USARSOUTH'S PLANNING AND EXECUTION OF FORCE HEALTH READINESS FUNCTIONS.
3.C.10.J.2. (U) DETERMINE MEDICAL RULES OF ELIGIBILITY AND POLICY GOVERNING MEDICAL TREATMENT AND EVACUATION OF ILLEGAL ALIENS AND JTF PERSONNEL.
3.C.10.J.3. (U) VALIDATE MEDICAL CAPABILITIES AND COORDINATE ASSETS AS
REQUIRED.
3.C.10.J.4. (U) MONITOR MEDICAL SUPPORT REQUIREMENTS SUPPORTING THE JTF.
3.C.10.J.5. (U) COORDINATE WITH DHS POLICIES FOR MEDICAL EVACUATION OF
ILLEGAL ALIENS REQUIRING MEDICAL CARE BEYOND THE LEVEL OF CARE ESTABLISHED AT NSGB.
3.C.10.J.6. (U) COORDINATE (ICW USNAVSOUTH) AND INTEGRATE MEDICAL CAPABILITIES FROM SUPPORTING SERVICE COMPONENTS, AGENCIES, AND OTHER MEDICAL PROVIDERS, TO INCLUDE NAVHOSP, NSGB.
3.C.10.J.7. (U) COORDINATE JTF-SOUTHERN GUARD MEDICAL ASSETS AS REQUIRED.
3.C.10.J.8. (U) MONITOR MEDICAL SUPPORT REQUIREMENTS AT DESIGNATED NSGB HOLDING CAMPS.
3.C.10.J.9 (U) MONITOR MEDICAL HEALTH STATUS WITHIN HOLDING CAMPS FOR

VULNERABLE POPULATIONS, INCLUDING PRE-EXISTING CHRONIC DISEASES, WITH

AN EMPHASIS ON PROTECTING PREGNANT WOMEN AND PREVENTING INFECTIOUS DISEASES.
3.C.10.J.10. (U) PROVIDE PLANNING REPRESENTATION AND PERSONNEL TO THE

USSOUTHCOM B2C2WGS AS REQUIRED.

3.C.10.K. (U) USSOUTHCOM PUBLIC AFFAIRS (SCPA).
3.C.10.K.1. (U) THE DEPARTMENT OF HOMELAND SECURITY IS THE LEAD FEDERAL AGENCY FOR PUBLIC AFFAIRS GUIDANCE. DEVELOP PUBLIC AFFAIRS GUIDANCE IN COORDINATION WITH DHS, DOS AND OTHER USG AGENCIES TO COMMUNICATE USG INTENT FOR ILLEGAL ALIEN HOLDING OPERATIONS AT GUANTANAMO BAY, CUBA.
3.C.10.K.2.(U) PROVIDE PUBLIC AFFAIRS GUIDANCE AND OVERSIGHT TO USSOUTHCOM ENTERPRISE, ESTABLISHED TASK FORCES, AND SUPPORTING INSTALLATIONS/UNITS ON ILLEGAL ALIEN HOLDING OPERATIONS.
3.C.10.K.3.(U) MAINTAIN PUBLIC AFFAIRS AND STRATEGIC COMMUNICATION COORDINATION WITH OSD PA, STATE DEPARTMENT, INTERAGENCY PARTNERS AND THE USSOUTHCOM ENTERPRISE ON ILLEGAL ALIEN HOLDING OPERATIONS AND ACTIVITIES.
3.C.10.K.4. (U) SYNCHRONIZE PUBLIC AFFAIRS CAPABILITIES, OPERATIONS, ACTIVITIES, AND INVESTMENTS SUPPORTING ILLEGAL ALIEN HOLDING OPERATIONS.
3.C.10.K.5.(U) BPT TO SERVE AS CDRUSSOUTHCOM SPOKESPERSON ON PUBLIC ANNOUNCEMENTS CONCERNING ILLEGAL ALIEN HOLDING OPERATIONS.
3.C.10.K.6. (U) BPT SUPPORT ESTABLISHMENT OF A JOINT TASK FORCE INTERAGENCY-JOINT INFORMATION CENTER (JIC) OR PUBLIC INFORMATION CENTER (PIC) AT GUANTANAMO BAY, CUBA.

**UNCLAS ~~F O U O~~**

~~Protected Material -- Subject to Protective Order~~

U-DOW-CAR-203

3.C.10.L. (U) USSOUTHCOM FOREIGN DISCLOSURE (SCFD).
3.C.10.L.1. (U) PROVIDE POLICY AND GUIDANCE FOR THE SHARING OF
CLASSIFIED MILITARY INFORMATION (CMI) AND CONTROLLED UNCLASSIFIED
INFORMATION (CUI) TO FOREIGN GOVERNMENTS AND INTERGOVERNMENTAL
ORGANIZATIONS.
3.C.10.L.2. (U) AS REQUIRED, COORDINATE WITH JOINT STAFF DIRECTORATE
OF MANAGEMENT (DOM), OFFICE OF THE UNDERSECRETARY OF DEFENSE FOR
POLICY (OSD (P)), AND CHAIRMAN OF THE NATIONAL DISCLOSURE POLICY
COMMITTEE FOR EXCEPTIONS NATIONAL DISCLOSURE POLICY (ENDP).
3.C.10.L.3. (U) PROVIDE FOREIGN DISCLOSURE SUPPORT TO USSOUTHCOM
JOINT
OPERATIONS CENTER (JOC), JPG, AND JTF-SOUTHERN GUARD. USARSOUTH WILL
PROVIDE AN FDO USING ORGANIC ASSETS WITH DEPLOYING JTG-SOUTHERN GUARD

IF REQUIRED.

3.C.10.M. (U) USSOUTHCOM COMMAND CHAPLAIN (SCCH).
3.C.10.M.1. - MODIFY:(U) SUPPORT JTF-SOUTHERN GUARD PLANNING AND
EXECUTION OF RELIGIOUS SUPPORT FUNCTIONS FOR JTF PERSONNEL.
3.C.10.M.2. - ADD: (U) COORDINATE WITH DHS, ICE-ERO, AND USARSOUTH TO

DETERMINE RULES OF ELIGIBILITY AND POLICY GOVERNING RELIGIOUS SUPPORT

TO ILLEGAL ALIENS.
3.C.10.M.3. - ADD: (U) SUPPORT DHS, ICE-ERO, JTF-SOUTHERN GUARD
COMMANDER, JTF-SOUTHERN GUARD COMMAND CHAPLAIN IN THE VALIDATION
REQUIREMENTS FOR CIVILIAN CHAPLAIN CONTRACT(S)TO SUPPORT ILLEGAL
ALIEN
RELIGIOUS SERVICES BASED ON DISTRIBUTION OF DOCUMENTED FAITH GROUPS.
3.C.10.M.4. - ADD: (U) SUPPORT DHS, ICE-ERO, USARSOUTH IN THE
VALIDATION OF RELIGIOUS SUPPORT RULES FOR HIGH, MID, LOW LEVEL RISK
ILLEGAL ALIENS AS NEEDED
3.C.10.M.5. - ADD: (U) MONITOR RELIGIOUS SUPPORT REQUIREMENTS AT JTF-
SOUTHERN GUARD AND DESIGNATED HOLDING CAMP LOCATION(S).
3.C.10.M.6. (U) COORDINATE AND INTEGRATE CHAPLAIN CAPABILITIES FOR
DIRECT RELIGIOUS SUPPORT TO JTF-SOUTHERN GUARD THAT GO BEYOND JTF-
SOUTHERN GUARD CHAPLAIN EFFORTS LEVERAGING SUPPORTING SERVICE
COMPONENTS, AGENCIES, TO INCLUDE NAVY REGION SOUTHEAST CHAPLAIN AND
NSGB CHAPLAINS.

3.D. (U) COORDINATING INSTRUCTIONS.
3.D.1. (U) DIRECT LIAISON AUTHORITY (DIRLAUTH) WITH ALL SUPPORTING
COMPONENTS, MILITARY DEPARTMENTS AND AGENCIES IS APPROVED. KEEP
USSOUTHCOM INFORMED.
3.D.2. (U) EMAIL IS PREFERRED DELIVERY METHOD; USE POINTS OF CONTACT
IN PARAGRAPH 5.D.
3.D.3. (U) ALL COMPONENTS AND USSOUTHCOM DIRECTORATES, PROVIDE
PLANNING SUPPORT IN THE EVENT A PLANNING TEAM IS STOOD UP.
3.D.4. (U) ENHANCED DOMAIN AWARENESS (EDA) AS PRIMARY MEANS FOR
COMMON
TACTICAL PICTURE AS WELL AS FOR SHARING INFORMATION AND UNCLASSIFIED
INTELLIGENCE.

3.D.5. (U) PUBLIC AFFAIRS (PA) GUIDANCE. THE PA POSTURE FOR THIS
PLANNING EFFORT IS RESPOND-TO QUERY ONLY. MEDIA QUERIES WILL BE
REFERRED TO USSOUTHCOM PA OR ATSD(PA) WITHOUT COMMENT.

3.D.6. (U) REPORTING INSTRUCTIONS.
3.D.6.A. (U) SUBMIT ALL REPORTING VIA THE UNCLASSIFIED NETWORK (NIPR)

DIRECTLY TO USSOUTHCOM JOINT OPERATIONS CENTER (JOC), ████████

~~Protected Material -- Subject to Protective Order~~

## UNCLAS ~~FOUO~~

EMAIL: ██████████████████████████████████ NO LATER THAN
(NLT) 1700 HOURS, DAILY.
3.D.6.B. (U) ALTHOUGH NOT ALL INCLUSIVE, REPORTING REQUIREMENTS, AT A

MINIMUM, WILL INCLUDE: LAST 24/ RECENT ACTIONS; NEXT 24/ UPCOMING
ACTIONS; REQUESTS FOR ASSISTANCE; OPPORTUNITIES; CHALLENGES AND/OR
FRICTION POINTS; AND ASSESSMENTS/IMPACTS OF ACTIONS/OAIS.
3.D.6.C. (U) USE SC DIRECTED LSSS TRACKING REPORT FORMAT (ENCL 1) AS
PART OF DAILY REPORTING (NLT 1200HRS EST) TO THE JOC AND SEND A COPY
TO DIRECTLY TO SC JOINT LOGISTICS OPERATIONS CENTER (JLOC) EMAIL:
NIPR; ██████████████████████████

3.D.7. (U) ANTITERRORISM/FORCE PROTECTION (AT/FP) GUIDANCE.
3.D.7.A. (U) CDRUSSOUTHCOM EXERCISES FORCE PROTECTION TACON OF ALL
DOD
FORCES IN THEATER, EXCEPT THOSE UNDER THE SECURITY RESPONSIBILITY OF
CHIEFS OF MISSION (COM) AS SPECIFICALLY IDENTIFIED IN
COUNTRY-SPECIFIC
SECURITY MOAS BETWEEN CDRUSSOUTHCOM AND COMS.
3.D.7.B. (U) THE BASELINE FPCON IS BRAVO. CDRS ARE AUTHORIZED TO
IMPLEMENT ADDITIONAL FPCON MEASURES TO SUPPORT MISSION REQUIREMENTS,
IAW SC REG 34-2. ANY INCREASE IN FPCON MEASURES WILL BE ROUTED
THROUGH
SCJ34.
3.D.7.C. (U) ALL FORCE PROTECTION MEASURES ON NAVAL STATION
GUANTANAMO
BAY WILL BE COORDINATED THROUGH THE CDR, NAVAL STATION GUANTANAMO
BAY.
3.D.7.D. (U) ALL SERVICES AND JTF-SOUTHERN GUARD WILL PARTICIPATE IN
THE SC FORCE PROECTION WORKING GROUP.

3.D.8. (U) HUMAN RIGHTS. SUPPORTING COMMANDS WILL CERTIFY THAT THEIR
PERSONNEL HAVE RECEIVED ANNUAL HUMAN RIGHTS TRAINING.
3.D.8.1. (U) ALL IAHO WILL BE CONDUCTED IN A MANNER THAT ENSURES SAFE

AND HUMANE TREATMENT IN ACCORDANCE WITH DOMESTIC AND INTERNATIONAL
LEGAL OBLIGATIONS AT ALL TIMES.

3.D.9. (U) PERSONNEL RECOVERY TRAINING.
3.D.9.A. (U) ALL DEPLOYING PERSONNEL ARE REQUIRED TO COMPLETE SERE
100.2 LEVEL A, OR ARMY PR 101 A, B, AND C, WITHIN 36 MONTHS OF
DEPLOYING INTO THE USSOUTHCOM AOR WITH THE EXCEPTION OF PERSONNEL WHO

MAINTAIN SERE TRAINING CURRENCY IAW AFI 16-1301. ALL PERSONNEL MUST
HAVE AN ISOLATED PERSONNEL REPORT (ISOPREP) ELECTRONICALLY SUBMITTED
INTO THE PERSONNEL RECOVERY MISSION SOFTWARE (PRMS) WEBSITE AND THE
ISOPREP MUST BE REVIEWED BY THE MEMBER WITHIN 6 MONTHS OF DEPLOYMENT.
3.D.9.B. (U) ALL DEPLOYING PERSONNEL WILL CONDUCT NECESSARY
COORDINATION WITH HOST NATION COUNTERPART AND THE SECURITY
COOPERATION
OFFICE IN SUPPORT OF A PR PLAN.
3.D.9.C. (U) THEATER ENTRY REQUIREMENTS. ALL PERSONNEL MUST COMPLY
WITH THEATER ENTRY REQUIREMENTS TO INCLUDE REQUIREMENTS OUTLINED IN
THE FOREIGN CLEARANCE GUIDE FOR NAVAL STAION GUANTANAMO BAY. EFFORTS
SHOULD BE MADE FOR DOD PERSONNEL TO OBTAIN AND TRAVEL ON THEIR
OFFICIAL PASSPORTS.

3.D.10. (U) RULES FOR THE USE OF FORCE (RUF).
3.D.10.A. (U) THE STANDING RULES OF ENGAGEMENT (SROE)/ STANDING RULES

## UNCLAS ~~FOUO~~

~~Protected Material -- Subject to Protective Order~~

FOR THE USE OF FORCE (SRUF) ARE IN EFFECT IAW CJCS 3121.01B. UNIT COMMANDERS RETAIN THE INHERENT RIGHT AND OBLIGATION TO EXERCISE UNIT SELF-DEFENSE, INCLUDING DEFENSE OF OTHER U.S. FORCES IN THE VICINITY,

IN RESPONSE TO A HOSTILE ACT OR DEMONSTRATED HOSTILE INTENT. PROVIDE ADDITIONAL REQUESTS FOR SUPPLEMENTAL ROE AS NEEDED THROUGH USSOUTHCOM.

3.D.10.A.1. (U) NOTHING IN THIS EXORD LIMITS A COMMANDER'S INHERENT RIGHT AND OBLIGATION TO EXERCISE UNIT SELF-DEFENSE, INCLUDING DEFENSE

OF OTHER U.S. FORCES IN THE VICINITY, IN RESPONSE TO A HOSTILE ACT OR

DEMONSTRATED HOSTILE INTENT.

3.D.10.A.2. (U) UNIT COMMANDERS ARE AUTHORIZED TO DEFEND U.S. NATIONALS AND THEIR PROPERTY FROM A HOSTILE ACT OR DEMONSTRATION OF HOSTILE INTENT.

3.D.10.A.3. (U) USSOUTHCOM WILL SUBMIT ADDITIONAL REQUESTS FOR SUPPLEMENTAL ROE/RUF, AS NEEDED OR REQUESTED BY JTF-SOUTHERN GUARD OR

COMPONENT COMMANDERS THROUGH THE JOINT STAFF.

3.D.10.A.4. (U) USSOUTHCOM HAS PUBLISHED A GUANTANAMO BAY JTF-SOUTHERN GUARD ILLEGAL ALIEN HOLDING OPERATIONS USE OF FORCE APPENDIX ON SIPR DETAILING GUIDANCE ON THE RUF POLICY. REQUESTS FOR MODIFICATIONS TO THE RUF POLICY WILL BE ROUTED THROUGH THE SCJ34.

3.D.11. (U) CLASSIFICATION GUIDANCE. OPERATIONS IN SUPPORT OF THIS MISSION SHOULD BE CARRIED OUT IN AN UNCLASSIFIED MANNER TO THE MAXIMUM EXTENT POSSIBLE TO ALLOW FOR PARTNER NATION COORDINATION, COMMUNICATION, AND COOPERATION.

3.D.12. (U) ALL IAHO WILL BE CONDUCTED IN A MANNER THAT ENSURES SAFE AND HUMANE TREATMENT IN ACCORDANCE WITH DOMESTIC AND INTERNATIONAL LEGAL OBLIGATIONS AT ALL TIMES.

3.D.13. (CUI) OPSEC GUIDANCE.



3.D.14. (U) NSGBINST 5530.2A APPLIES TO ALL PERSONNEL ONBOARD NSGB. PHOTOGRAPHY SHALL NOT BE TAKEN OF CLASSIFIED FACILITIES, EQUIPMENT OR

MATERIAL, DETENTION FACILITIES, RESTRICTED AREAS, OR OF ANY ILLEGAL ALIENS WITHOUT PRIOR AUTHORIZATION.

3.D.15. - ADD: (U) OPERATION SOUTHERN GUARD PERSONNEL ARE NOT AUTHORIZED TO USE THE PATRIOT EXPRESS ROTATOR FOR TRANSPORTATION TO AND FROM NSGB.

4.(U) ADMINISTRATION AND LOGISTICS.

4.A. (U) LOGISTICS. USE FRAMEWORK ESTABLISHED IAW ANNEX D AND W TO CONPLAN 6120.

4.A.1. (U) THE CONCEPT IS THAT JTF-SOUTHERN GUARD FORCES AND THE INTERAGENCY PARTNERS OPERATING ON NSGB ARE TENANTS ON THE INSTALLATION. JTF-SOUTHERN GUARD AND AGENCIES WILL COORDINATE LIFE SUPPORT ITEMS AND SERVICES WITH NAVSOUTH AS THE BOS-I FOR SERVICE OR AGENCY MEMBERS. JTF-SOUTHERN GUARD IS RESPONSIBLE FOR PROVIDING OR

~~Protected Material -- Subject to Protective Order~~

U-DOW-CAR-206

COORDINATING ALL SUSTAINMENT OF ILLEGAL ALIENS IN CAMPS ESTABLISHED BY
THE JTF. THE CCDR USSOUTHCOM DESIGNATES THE NAVY AS LEAD SERVICE FOR
CONTRACTING (LSC) UNDER DIRECTIVE AUTHORITY FOR LOGISTICS (DAFL)
RELATED CONTRACTING SUPPORT. LSC IS RESPONSIBLE FOR COORDINATING AND
MANAGING ALL CONTRACTING RELATED ACTIONS AND PUBLISHES PROCEDURES FOR

COMPONENTS. DIRECT LIAISON AUTHORITY FOR LOGISTICS IS GRANTED.
4.B. (U) JOPES IS DIRECTED FOR DEPLOYMENT OF ALL FORCES TO INCLUDE
CONTRACTORS. COORDINATED STRATEGIC LIFT REQUIREMENTS WITH SOUTHCOM
DDOC. ███████████████████████████ HAVE BEEN
ESTABLISHED TO SUPPORT THIS OPERATION. ALL REQUIREMENTS WILL BE
PLACED IN FORCE MODULE DEP25 FOR VALIDATION. GCCS NEWSGROUP
███████████████ (ALL LOWER CASE), ACCESSIBLE THROUGH THE
USSOUTHCOM NEWS SERVER,███████████████████, WILL BE USED

FOR TIME-PHASED FORCE DEPLOYMENT DATA (TPFDD) PLANNING AND
COORDINATION.

4.B. (U) FUNDING. USSOUTHCOM WILL NOT PROVIDE FUNDING. COMPONENT
COMMANDS AND PARTICIPATING DEFENSE AGENCIES WILL SEEK RESOURCES FROM
THEIR SERVICE AND CAPTURE AND REPORT COSTS TO THEIR AGENCY
HEADQUARTERS AND THROUGH THEIR RESPECTIVE MILITARY DEPARTMENT
COMPTROLLER TO THE DEFENSE FINANCE AND ACCOUNTING SERVICES (DFAS) IN
ACCORDANCE WITH DOM FMR VOL 12, CHAPTER 23 AND AS DIRECTED BY OUSD
COMPTROLLER. KEEP USSOUTHCOM J8 INFORMED.
4.B.1. - ADD: (U) NAVSOUTH WILL PROVIDE FUNDING FOR BOS-I SUPPORT.
4.B.2. - ADD: (U) ARSOUTH AS EXECUTIVE AGENT FOR FUNDING FOR THE JTF
WILL FUND MISSION REQUIREMENTS, AND COMMON USER LOGISTICS IN SUPPORT
OF THE JTF.
4.B.4 - ADD: (U) REQUIRING AGENCY WILL IDENTIFY FUNDING FOR REQUIRED
CONTRACTS SUBMITTED TO THE LSC.

4.C. (U) TRANSPORTATION.
4.C.1. (U) COORDINATE TRANSPORTATION REQUIREMENTS WITH THE SC J4
SDDOC.

4.D. (U) U.S. MEDICAL.
4.D.1. (U) FORCE HEALTH PROTECTION. COMMANDS AND DOD CONTRACTORS WILL

ENSURE COMPLIANCE WITH ALL APPLICABLE FORCE HEALTH PROTECTION (FHP)
REQUIREMENTS (PRE-, DURING-, AND POST- DEPLOYMENT) IAW THE "FHP
GUIDANCE FOR DEPLOYMENT TO USSOUTHCOM AOR", DTG 2916133Z MAY 13 AND
USSOUTHCOM REGULATION 40-501 "MEDICAL SUITABILITY SCREENING". SERVICE

COMPONENTS ARE RESPONSIBLE FOR SCREENING DOD CIVILIANS FOR MINIMUM
MEDICAL SUITABILITY STANDARDS PRIOR TO DEPLOYMENT. USSOUTHCOM
SURGEON'S OFFICE POC FOR DEPLOYMENT FHP ISSUES IS AT COMM: ███████
████████████████████.
4.D.2. (U) PATIENT MOVEMENT. THE THEATER PATIENT MOVEMENT
REQUIREMENTS
CENTER - AMERICA (TPMRC-A) PROVIDES PATIENT MOVEMENT FOR DOD
MILITARY,
CIVILIANS AND CONTRACTORS DEPLOYED ISO THIS OPERATION SUBMIT ALL
PATIENT MOVEMENT REQUEST TO TPMRC-A. PATIENT MOVEMENT IN THE
USSOUTHCOM AOR WILL BE IAW
USSOUTHCOM REGULATION 40-401 - USSOUTHCOM PATIENT MOVEMENT REGULATION

- WHICH OUTLINES RESPONSIBILITIES, POLICY, AND PROCEDURES FOR PATIENT

MOVEMENT OF U.S. FORCES, DOD CIVILIANS, AND DOD CONTRACTORS WHILE
DEPLOYED IN USSOUTHCOM AOR.

~~Protected Material – Subject to Protective Order~~

4.D.3. (U) MEDICAL SUPPORT FOR ILLEGAL ALIENS. DEPLOYABLE HEALTH SERVICES SUPPORT PROVIDING HOSPITAL CARE THAT INCLUDES GENERAL MEDICAL CARE AND SURGICAL SUPPORT SERVICES EQUIVALENT TO ROLE 3 HEALTHCARE FOR ILLEGAL ALIENS.

4.D.4. (U) PATIENT MOVEMENT FOR ILLEGAL ALIENS. ROLE 3 OR HIGHEST ECHELON OF CARE AT NAVAL STATION GUANTANAMO BAY COORDINATES WITH DHS FOR MOVEMENT OF PATIENT OFF ISLAND. ROLE 3 OR HIGHEST ECHELON OF CARE RESPONSIBLE FOR TRANSPORTING PATIENT FROM FACILITY TO AIRFIELD AND FOR TRANSFERRING CARE TO DHS. DHS IS RESPONSABLE FOR FINAL TRANSFER OF ILLEGAL ALIEN OFF ISLAND.

4.D.5. (U) MEDICAL SUPPORT FOR INTERAGENCY PARTNERS. INTERAGENCY PARTNERS REQUIRED TO COORDINATE WITH JTF-SOUTHERN GUARD AND NAVAL STATION GUANTANAMO BAY FOR MEDICAL SUPPORT. INTERAGENCY WILL ENSURE COMPLIANCE WITH ALL APPLICABLE FORCE HEALTH PROTECTION (FHP) REQUIREMENTS (PRE-, DURING-, AND POST-DEPLOYMENT) IAW THE "FHP GUIDANCE FOR DEPLOYMENT TO USSOUTHCOM AOR", DTG 291613Z MAY 13 AND USSOUTHCOM REGULATION 40-501 "MEDICAL SUITABILITY SCREENING." SERVICE COMPONENTS ARE RESPONSIBLE FOR SCREENING DOD CIVILIANS FOR MINIMUM MEDICAL SUITABILITY STANDARDS PRIOR TO DEPLOYMENT.

5.(U) COMMAND AND CONTROL.
5.A. (U) COMMAND RELATIONSHIPS. CDRUSSOUTHCOM MAINTAINS COCOM OF ARSOUTH, AFSOUTH, NAVSOUTH, MARFORSOUTH, JTF-B AND JTF-GUANTANAMO. CDRUSSOUTHCOM HAS OPCON OF SOCSOUTH. WITH THIS EXORD, USSOUTHCOM ESTABLISHES JTF-SOUTHERN GUARD UNDER COCOM AUTHORITY.
5.A.1. (U) JTF-GUANTANAMO IS TACON TO JTF-SOUTHERN GUARD FOR CONTROL OF HTIA IN WINDWARD LOCATION.
5.B. (U) USSOUTHCOM WILL ISSUE SUBSEQUENT ORDERS OR MODIFICATIONS AS REQUIRED.
5.C. (U) (U) DIRECT LIAISON AUTHORITY (DIRLAUTH) WITH ALL SUPPORTING COMPONENTS, MILITARY DEPARTMENTS AND AGENCIES, AS WELL AS COM AND DOS, IS APPROVED, AND KEEP USSOUTHCOM UPDATED AND INFORMED ON COORDINATION.
5.D. (U) POINTS OF CONTACT.

~~Protected Material - Subject to Protective Order~~



6.A. (U) THIS MESSAGE IS APPROVED FOR RELEASE BY BRENDAN MCPHERSON, RADM, USCG, DIRECTOR OF OPERATIONS, SCJ-3.

6.B. (U) 6.A. (U) THIS MESSAGE WAS CLASSIFIED BY BRENDAN MCPHERSON, RADM, USCG, DIRECTOR OF OPERATIONS, SCJ-3.
6.B.1. (U) REASON: 1.4(A).
6.B.2. (U) DECLASSIFY ON: 20500206.//

## UNCLAS ~~FOUO~~

~~Protected Material -- Subject to Protective Order~~

U-DOW-CAR-209

**UNCLAS ~~CUI~~**

## GENADMIN: SECRETARY OF DEFENSE VOCO TO EXPAND MIGRANT OPERATIONS

**Originator:** JOINT STAFF WASHINGTON DC

    **TOR:** 01/30/2025 22:41:02

    **DTG:** 302239Z Jan 25

    **Prec:** Immediate

    **DAC:** General

    **To:** CDR USSOUTHCOM MIAMI FL

        CDR USNORTHCOM PETERSON AFB CO, CDR USTRANSCOM SCOTT AFB IL, CDR USSOCOM MACDILL AFB FL, CDR USAFRICOM STUTTGART GE, CDR USAFRICOM STUTTGART GE, CDR USEUCOM VAIHINGEN GE, CDR USSTRATCOM OFFUTT AFB NE, CDR USSTRATCOM OFFUTT AFB NE, CDR USPACOM HONOLULU HI, CDR USCENTCOM MACDILL AFB FL, CJCS WASHINGTON DC, VCJCS

    **CC:** WASHINGTON DC, USNORTHCOM J3 PETERSON AFB CO, CMC WASHINGTON DC, CMC WASHINGTON DC, HQDA CSA WASHINGTON DC, CSAF WASHINGTON DC, CNO WASHINGTON DC, CSO WASHINGTON DC, ARNG NGB J3 JOC WASHINGTON DC, JOINT STAFF DJ1 WASHINGTON DC, JOINT STAFF DJ2 WASHINGTON DC, JOINT STAFF DJ3 WASHINGTON DC, JOINT STAFF DJ5 WASHINGTON DC, JOINT STAFF DJ6 WASHINGTON DC, JOINT STAFF DJ7 WASHINGTON DC, JOINT STAFF DJ8 COS WASHINGTON DC, JOINT STAFF DJ8 WASHINGTON DC, JOINT STAFF J3 DEP-DIR REGIONAL OPS WASHINGTON DC

```
OAAUZYUW RUEKJCS3150 0302240-UUUU--RUIDAAA.
ZNR UUUUU ZUI RUEWMCM6900 0302240
O 302239Z JAN 25
FM JOINT STAFF WASHINGTON DC
TO RUIDAAA/CDR USSOUTHCOM MIAMI FL
INFO RUIFAAA/CDR USNORTHCOM PETERSON AFB CO
RUIHAAA/CDR USTRANSCOM SCOTT AFB IL
RUIEAAA/CDR USSOCOM MACDILL AFB FL
RUIPAAA/CDR USAFRICOM STUTTGART GE
RUZEFAA/CDR USAFRICOM STUTTGART GE
RUIPAAA/CDR USEUCOM VAIHINGEN GE
RUIPAAA/CDR USSTRATCOM OFFUTT AFB NE
RUCUSTR/CDR USSTRATCOM OFFUTT AFB NE
RUICAAA/CDR USPACOM HONOLULU HI
RUIBAAA/CDR USCENTCOM MACDILL AFB FL
RUEKJCS/CJCS WASHINGTON DC
RUEKJCS/VCJCS WASHINGTON DC
RUIFAAA/USNORTHCOM J3 PETERSON AFB CO
RUJIAAA/CMC WASHINGTON DC
RUIQAAA/CMC WASHINGTON DC
RUEADWD/HQDA CSA WASHINGTON DC
RUEAHQA/CSAF WASHINGTON DC
RUOIAAA/CNO WASHINGTON DC
RUCXCSO/CSO WASHINGTON DC
RUIAAAA/ARNG NGB J3 JOC WASHINGTON DC
RUEKJCS/JOINT STAFF DJ1 WASHINGTON DC
RUEKJCS/JOINT STAFF DJ2 WASHINGTON DC
RUEKJCS/JOINT STAFF DJ3 WASHINGTON DC
RUEKJCS/JOINT STAFF DJ5 WASHINGTON DC
RUEKJCS/JOINT STAFF DJ6 WASHINGTON DC
RUEKJCS/JOINT STAFF DJ7 WASHINGTON DC
RUEKJCS/JOINT STAFF DJ8 COS WASHINGTON DC
RUEKJCS/JOINT STAFF DJ8 WASHINGTON DC
RUEKJCS/JOINT STAFF J3 DEP-DIR REGIONAL OPS WASHINGTON DC
BT
UNCLAS CUI
SUBJ/GENADMIN: SECRETARY OF DEFENSE VOCO TO EXPAND MIGRANT OPERATIONS
AT NAVAL STATION GUANTANAMO BAY
TIMEZONE/Z//
```

**UNCLAS ~~CUI~~**

~~Protected Material - Subject to Protective Order~~

**UNCLAS ~~CUI~~**

PAGE 2 OF 3

MSGID/GENADMIN/DJ-3//
REF/A/DOC/PRES MEMO/YMD:20250129//
REF/B/VOCO/SecDef/YMD:20250130//
REF/C/EMAIL/JS DJ3/YMD: 20250130//

AMPN/
Ref A is the Presidential Memorandum for the Secretary of Defense and
the Secretary of Homeland Security, Expanding Migrant Operations
Center at Naval Station Guantanamo Bay to Full Capacity.
Ref B is the Secretary of Defense (SecDef) verbal order of the
commanding officer (VOCO) for CDRUSSOUTHCOM to Expand Migrant
Operations at Naval Station Guantanamo Bay.
Ref C is email from Joint Staff Director of Operations (DJ3)
memorializing Ref B.

GENTEXT/Remarks/
1. ~~(CUI)~~ This general administrative (GENADMIN) message transmits
SecDef VOCO of 30 JAN 2025 (REF B), memorialized in REF C, directing
CDRUSSOUTHCOM to expand migrant operations at Naval Station
Guantanamo Bay (NSGB) in support of REF A to include the housing of
illegal aliens of varying status including those that pose a
heightened security threat as early as 30 JAN 2025.

2. ~~(CUI)~~ IAW REF B, CDRUSSOUTHCOM will formally submit funding
requirements for the next 90 days to Joint Staff within 10 days of
this order.

3. ~~(CUI)~~ IAW REF B, CDRUSSOUTHCOM will submit an initial request
for forces (RFF) to enable CDRUSSOUTHCOM to conduct illegal alien
holding operations for up 10,000 illegal aliens pending relocation
NLT 1400 on 30 JAN 2025 to support a Special Secretary of Defense
Orders Book on or about 30 JAN 2025.

3.A. ~~(CUI)~~ IAW REF B, the RFF will include forces required to augment
security forces required to appropriately house, to the maximum
number available, illegal aliens that pose a heightened security
threat.

3.B. ~~(CUI)~~ IAW REF B, CDRUSSOUTHCOM will submit follow on RFFs in a
timely manner as needed to accomplish the mission, accommodating up
to 30,000 illegal alien pending relocation.

4. ~~(CUI)~~ REF B authorizes CDRUSSOUTHCOM to take actions necessary
to effectuate REF B, including movement of personnel, equipment, and
the expenditure of funds for REFs A mission as ordered in REF B.

4.A. ~~(CUI)~~ Joint Staff will not provide funding for this mission.

5. (U) Acknowledge receipt to the Joint Staff points of contact
below.

5.A. (U) Points of Contact.

5.A.1. (U) Joint Staff J-35 POC is Joint Operations Division -
Americas, Comm: ████████████████████

GENTEXT/AUTHENTICATION/BG Morgan/LCDR ██████████/
AKNLDG/YES//

**UNCLAS ~~CUI~~**

~~Protected Material -- Subject to Protective Order~~

U-DOW-CAR-211

UNCLAS ~~CUI~~

PAGE 3 OF 3

BT
#3150


NNNN
Received from AUTODIN 302241Z Jan 25

UNCLAS ~~CUI~~

~~Protected Material — Subject to Protective Order~~

U-DOW-CAR-212



U.S. Immigration
and Customs
Enforcement

CPD | February 2025

# Legal Calls at Guantanamo



**This facility can arrange free and confidential legal calls with your legal representative, so that you can communicate with them.**

You may request a legal call with a legal representative, by submitting a detainee request form. **You may use this time to speak with your legal representative or try to find a legal representative.** On the form you may include your legal representative's name, phone number(s), and email address. If you do not have a legal representative, you can also call the **ABA Information Line (1-855-641-6081)** for a legal referral. Your legal representative can also file a Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative through the online filing platform ERO eFile, on ICE.gov, which will notify ICE that you are represented.

Your legal representative can also request legal calls by following instructions on ICE.gov.  Only visits with your legal representative will be allowed on the call, not visits from friends or family.

# Llamadas Legales at Guantanamo



**Este centro puede concertar llamadas legales gratuitas y confidenciales con su representante legal, para que pueda comunicarse con él.**

Puede solicitar una llamada legal con un representante legal, presentando un formulario de solicitud de detenido. **Puede utilizar este tiempo para hablar con su representante legal o intentar encontrar un representante legal.** En el formulario puede incluir el nombre, número(s) de teléfono y dirección de correo electrónico de su representante legal. Si no tiene un representante legal, también puede llamar a la **Línea de información de ABA (1-855-641-6081)** para obtener una referencia legal. Su representante legal también puede presentar un Formulario G-28, Aviso de comparecencia como abogado o representante acreditado a través de la plataforma de presentación en línea ERO eFile, en ICE.gov, que notificará a ICE que usted está representado.

Su representante legal también puede solicitar llamadas legales siguiendo las instrucciones en ICE.gov.  Durante la llamada sólo se permitirán visitas de su representante legal, no visitas de amigos o familiares.

U-DOW-CAR-213









U.S. Immigration
and Customs
Enforcement

ENFORCEMENT AND REMOVAL OPERATIONS

# National Detainee
# Handbook

CUSTODY MANAGEMENT                    2024

U-DOW-CAR-214



# Migrant Camp Operations:

## *The Guantanamo Experience*



U-DOW-CAR-289

# TABLE OF CONTENTS

| CHAPTER | | PAGE |
|---|---|---|
| | EXECUTIVE SUMMARY | iii |
| | INTRODUCTION | 1 |
| I | MISSION | 3 |
| | General | 3 |
| | Policy Directives | 4 |
| | Legal Authority | 5 |
| | Mission Analysis | 6 |
| | End State | 8 |
| | Additional Considerations | 9 |
| II | JOINT TASK FORCE ORGANIZATION | 11 |
| | Staff Organization | 11 |
| | Staff Requirement Considerations | 11 |
| | Intelligence Operations | 13 |
| | Force Protection | 13 |
| | Functional Component Commands | 14 |
| | Liaison Officers | 14 |
| | Public Affairs and the Media | 14 |
| | Interoperability | 15 |
| | Tour Lengths | 15 |
| III | CIVIL-MILITARY OPERATIONS | 17 |
| | General | 17 |
| | Civil-Military Operations Center | 17 |
| | Interagency and Political Coordination | 18 |
| | Nongovernmental and Private Voluntary Organizations | 19 |
| IV | CAMP ORGANIZATION AND OPERATION | 21 |
| | Organization | 22 |
| | Operations | 23 |
| | Psychological Operations | 24 |
| | Medical Support | 25 |
| | Morale, Welfare, and Recreation | 26 |
| | Chaplain | 27 |
| | Linguists and Interpreters | 28 |
| V | LOGISTICS SUPPORT | 29 |
| | Funding | 29 |
| | Camp Construction | 29 |
| | Contract Support | 31 |
| | Military Support | 32 |

Protected Material -- Subject to Protective Order

U-DOW-CAR-291

# Table of Contents

| CHAPTER | | PAGE |
|---|---|---|
| | Other Sources | 32 |
| | Transportation | 32 |
| VI | **LEGAL RESPONSIBILITIES** | 35 |
| | Status of United States Forces | 35 |
| | Status of Migrants | 35 |
| | Legal Basis of Operation | 36 |
| VII | **CONCLUSION** | 37 |
| | APPENDIX A (JTF Organization) | A-1 |

*Printed in May 1996*

Protected Material -- Subject to Protective Order

U-DOW-CAR-292

# EXECUTIVE SUMMARY

- **Operation SEA SIGNAL, conducted in USACOM's area of responsibility, resulted in an unprecedented opportunity for a single combatant commander using almost exclusively his own assigned forces to plan, execute, and sustain a major operation. Unity of command was a significant advantage for USACOM during Operation SEA SIGNAL and greatly reduced the elapsed time from the CINC's decisions to execution.**

- **Although the military is not specifically trained or organized to conduct migrant camp operations, its inherent flexibility resulted in rapid adaptation to the situation and enhanced mission accomplishment.**

- **International organizations/nongovernmental organizations/ private voluntary organizations are "force multipliers" in migrant operations.**

- **The end state for migrant operations is the resettlement of the migrants; however, the duration of the operation and the morale of the migrants is largely dependent upon the timeliness of policy decisions that determine the ultimate disposition of the migrants.**

- **Timely and coherent policy decisions by the Interagency Working Group are critical for operational execution and mission success.**

- **People are at the center of migrant operations; therefore, basic human rights, needs, and dignity must be provided.**

- **Functional military components are key to joint task force success in migrant operations.**

- **Migrant operations vary according to the culture of the migrants.**

- **Operation SEA SIGNAL had an adverse impact on force readiness and operation tempo. In the future, consideration should be given to using contractors or reserve forces following the crisis response stage once the situation has stabilized.**

Protected Material -- Subject to Protective Order

iii

U-DOW-CAR-293



Protected Material – Subject to Protective Order

U-DOW-CAR-294



Protected Material -- Subject to Protective Order

U-DOW-CAR-295

# INTRODUCTION

*The military quickly adapted its unique capabilities to operate migrant camps.*

This pamphlet summarizes the lessons learned by USACOM in Operation SEA SIGNAL and provides guidance for future JTF commanders. This successful operation demonstrated that while the military is not specifically organized, trained, and equipped to conduct migrant operations, its inherent flexibility assisted in the rapid adaptation from a crisis situation to a stable environment which finally led to mission success. Ultimately, the quality of the people proved to be the key. The ability to put the right people in the right place was essential. Likewise, the humanitarian treatment of the migrants, and the understanding that their perception of the operation and definition of success (as reflected in the Cuban migrant art work in the executive summary and throughout the pamphlet) may differ from that of the JTF's, created conditions for success.

*The relationship that developed between JTF 160, USACOM, and the interagency working group should be a model for future JTFs.*

Organizing and commanding a JTF that is tasked with a humanitarian assistance operation will be unlike any other mission that a senior officer will have. The lessons learned by USACOM at Guantanamo and the subsequent identification of enduring principles for future JTF commanders provide a blueprint for any future migrant camp operation. The unique skills that US military forces possess were of immense value in this operation. The cooperation with international organizations, private voluntary organizations, and nongovernmental organizations was an essential element of success. Similarly, **the relationship and cooperation that developed between JTF 160, USACOM, and the interagency working group should be a model for future JTFs**.

*SEA SIGNAL's success demonstrated the value of having only one combatant commander responsible for an operation.*

Operation SEA SIGNAL's success was in no small part due to the unique position and capabilities of USACOM and its status as a combatant command. The majority of the forces that were employed came from its own Service components. The advantage of one combatant commander being responsible for the entire operation was clear as forces were deployed quickly within USACOM's area of responsibility. The normal delays that would have occurred if another command had been

U-DOW-CAR-297

providing a large number of forces or if a Service component had been responsible for the operation were not evident.

Protected Material -- Subject to Protective Order

U-DOW-CAR-298

# CHAPTER I
# MISSION

> "This event [Operation SEA SIGNAL] closes a difficult, yet successful, operation that has  helped many thousands of people begin a new life in the United States."
>
> **Bill Clinton**
> **President of the United States**
> **31 January 1996**



*JTF 160 processed more than 47,000 Haitian and Cuban Migrants.*

> "Successful completion of this humanitarian endeavor was truly a feat of Herculean effort and a remarkable testament to the skill, determination, and ingenuity of the US military. The operation [SEA SIGNAL] established a standard by which all future migrant operations will be measured.  The lessons learned will be invaluable."
>
> **GEN John M. Shalikashvili**
> **Chairman of the Joint Chiefs of Staff**

## GENERAL

*Humanitarian assistance operations vary according to the events which caused them.*

Humanitarian assistance operations vary according to the events which caused them.  The nature and complexity of each operation require the commander, joint task force (CJTF) to understand thoroughly the mission, the political situation, specific military and civilian chains of command, the roles of other agencies involved and how to coordinate and interface with these agencies.

Protected Material   Subject to Protective Order

U-DOW-CAR-299

Migrant Camp Operations:  The Guantanamo Experience

US participation may involve a variety of tasks that range from holding migrants in camps to processing and arranging for their ultimate resettlement. At Guantanamo, Jamaica, and other third-country processing sites, these included feeding, housing, security, medical care, and overall administration of migrants until political decisions were made that determined their final destination. These tasks present unique challenges for the CJTF which require innovative solutions.

**Establish operational objectives.**

The combatant commander should establish the operational objectives needed to transform national-level policy and guidance into effective operational-level (JTF) actions. The combatant commander provides authoritative direction, initiates actions, sequences events, and applies resources to initiate and sustain the military contribution to migrant camp operations. CJTF, in turn, requires a clear and achievable mission so that tasking for the participating units can be efficiently executed.

# POLICY DIRECTIVES

**Policy dictates the mission.**

The combatant commander develops the mission statement and concept of operations based on direction from the National Command Authorities (NCA). The policy is implemented by other US government agencies, and influenced by factors such as location of the contingency, weather conditions, and local threat, which may change as events unfold. In most cases, a deliberative interagency process will determine what role is appropriate for the Department of Defense from a legal and policy standpoint.

The combatant commander's policy, mission, and commander's intent must be translated into mission objectives and operating parameters for the JTF. During Operation SEA SIGNAL, close links between the combatant and JTF commanders and their staffs helped to anticipate and react to inevitable policy changes. Specifically, the 2 May 1995 announcement on parole by the Attorney General was well coordinated between JTF 160 and USACOM.

Protected Material -- Subject to Protective Order

4

Migrant Camp Operations:  The Guantanamo Experience

# LEGAL AUTHORITY

*Legal authority provides the basis for the mission.*

CJTF must understand the scope of the legal authority for the operation:  Is it governed by US statutes, Presidential Directives and Executive Orders, treaty obligations, or other international agreements? Existing international agreements may constrain US forces; agreements negotiated during the course of the operation could provide additional flexibility for expanded operations in neighboring countries. Likewise, agreements also may define the legal rights and responsibilities of US forces in dealing with migrants, as well as host country officials.

The statutory authority for the operation may dictate the source of funds and the manner in which they can be spent.  For example, during Operation SEA SIGNAL the mission changed from an emergency reaction to one of extended care and processing for the migrants. In such a case, it is necessary to ensure that there is still a legal basis to spend a particular department's appropriations.  Therefore, the CJTF needs to have a clear understanding on funding and its constraints early in the operation.

> "The mission analysis and command estimate processes are as critical in planning for MOOTW as they are in planning for war."
>
> **Joint Pub 3-07,**
> **"Joint Doctrine for Military Operations Other Than War"**



*JTF personnel arriving at Guantanamo Bay, Cuba*

Protected Material – Subject to Protective Order

5

U-DOW-CAR-301

Migrant Camp Operations:  The Guantanamo Experience

# MISSION ANALYSIS

***Detailed and iterative mission analysis is crucial to the ultimate success of the operation.***

Detailed and iterative mission analysis is crucial to the ultimate success of the operation.  CJTF may wish to use the staff planning procedure that analyzes mission, enemy, terrain and weather, troops and support, time and space available.  This procedure was especially helpful at Guantanamo Bay in providing a structure that facilitated a quick reaction to the influx of migrants.

***Understand the mission and its scope.***

It is essential that the CJTF and the JTF staff thoroughly understand the mission and its scope at the outset. During Operation SEA SIGNAL, the mission and scope changed from an emergency reaction to one of extended care and processing for the migrants.  Before the mission analysis begins, the CJTF should clarify any policy directives that are unclear.  As these directives will set the parameters for the operation, "gray areas" should be explored with the combatant command to obtain clear guidance as to the meaning and intent of directives.  Clear mission guidance will allow the CJTF the freedom of action to determine the objectives and fully recognize the end state.

***Mission analysis should be a continual process.***

Continual mission analysis is vital to achieving the mission.  For example, at Guantanamo, the mission ranged from emergency care to transporting migrants to a third country, constructing living quarters, providing medical care, and processing migrants for eventual entry into the United States.  CJTF and staff should frequently examine the mission to ensure that mission, procedures, processes, and measures of effectiveness are still valid.

***Mission changes will dictate force structure changes.***

Over time, the nature of the mission likely will change. For example, in the early stages of the operation the emphasis will be on emergency measures to house, feed, and provide necessary medical care for the migrants.  As this phase is completed, the JTF may initiate efforts to improve the quality of life for the migrants and prepare for the end of the operation.  This was the case at Guantanamo as the flood of migrants ended and eventual movement to the United States began.  Continuing mission analysis should identify

6

Protected Material -- Subject to Protective Order

U-DOW-CAR-302

Migrant Camp Operations:  The Guantanamo Experience

these transitions in the operation and the requisite change in force structure for the JTF.

**Understanding the culture of the migrants is a crucial part of the mission analysis process.**

**Understanding the culture of the migrants is a crucial part of the mission analysis process.** An intelligence analysis of the region and people should be reviewed prior to deployment in order to understand the operational environment. This should include information on customs and habits: foods, taboos, religious requirements, as well as information on the migrants' country, the site of the mission, and data on any previous related operations. Cultural awareness provides a framework for rendering assistance to, as well as resolving problems with, the migrants.

**An assessment team report can be a critical planning tool.**

As a part of the mission analysis process, an assessment team composed of a broad spectrum of personnel with functional area expertise should survey the joint operations area (JOA) before deployment. This site survey can validate the mission analysis process, reduce potential duplication of effort, identify requirements and shortfalls, and provide for a rational division of labor. **It is important that the assessment team members be a part of the JTF that will participate in the actual operation.** They should have the capability to provide real-time information and analysis directly to the CJTF and staff.

**Key Questions**

As a product of the analysis process, the CJTF should be able to answer the following questions:

- What is the mission going to achieve and how will the JTF achieve it?

- Can the JTF accomplish its mission in the allotted time?

- What are the requirements for interagency and voluntary organization activity?

- Where will resources and funding come from?

- What is the desired end state?

- What are measurable events to gauge progress?

U-DOW-CAR-303

- What are indicators of success?

- What are the requirements for transition?

A thorough and continuing mission analysis in the context of a definitive mission statement should help prevent losing control of the situation. Different agendas of participating organizations can cause the combatant commander or the CJTF to expand military activities into areas beyond the initial scope defined by the mission. **The combatant commander and the CJTF will have to coordinate with other US government agencies in order to prevent "mission creep."**

*"The formulation of a clear and precise mission statement which defines measurable and attainable objectives is paramount."*

**Gen Joseph P. Hoar, USMC**
**Commander in Chief, US Central Command**

## END STATE



*It is critical to have a desired end state– understanding the migrants' goal is liberation and freedom as depicted in this Cuban migrant painting.*

Identify the desired end state during the mission analysis process. Coordination with other US government agencies is necessary to obtain agreement on an end state. This will ensure all parties are working toward the same objective.

A clearly defined mission statement from the CJTF which includes the end state allows component commanders and other organizations and agencies to develop or define their implementing and supporting tasks. The desired end state should be reviewed periodically, especially if the nature of the mission changes due to policy changes during the operation. During migrant camp operations at Guantanamo Bay, Cuba, there were two major mission changes that were directly related to policy shifts. In October 1994, the mission shifted from "housing" the migrants to "housing and limited processing" after a policy decision permitted limited entry into the U.S. under four "parole protocols." Subsequently, the mission changed on 2 May 1995, to intensive processing as a result of a policy decision which allowed Cubans not previously paroled entry into the U.S. on a case-by-case basis.

Protected Material -- Subject to Protective Order

8

## Migrant Camp Operations: The Guantanamo Experience

***Define mission success.***

CJTFs should develop criteria to define mission success. A precise mission statement can be used to develop the criteria necessary to evaluate operations and ultimately define success. For example, at Guantanamo, these criteria were the orderly operation of migrant camps, the transition to closure of the camps, and the resettlement of the migrants.

***Measures of success provide the yardstick for determining mission accomplishment.***

Measures of success provide the yardstick for determining mission accomplishment. They serve as indicators that determine the difference between success and failure. Selecting measures of success can be difficult in any military operation. In migrant operations, it is easy to mistake the symptom for the problem. Measures of success, to be useful, should be objective and quantifiable.

# ADDITIONAL CONSIDERATIONS



*CJCS GEN Shalikashvili visited migrant camps at Guantanamo Bay, Cuba, on several occasions.*

*"A Task Force Commander who creates a close knit interagency working relationship can focus on getting the mission accomplished without the distractions created by outside agencies or attempts to fulfill special agendas that might be disruptive to the operation."*

**RADM Michael D. Haskins**
**Commander, JTF 160**
**8 July 1995 - 3 November 1995**

Protected Material - Subject to Protective Order

9

U-DOW-CAR-305

# Migrant Camp Operations: The Guantanamo Experience

**_Interagency working group will decide policy issues._**

Basic policy issues affecting the JTF may be addressed by an interagency working group in Washington that is organized for the specific operation. This group will probably consist of representatives from the National Security Council Staff, the Joint Staff, Office of the Secretary of Defense, the Department of State (DOS), the Coast Guard, and the Community Relations Service and the Immigration and Naturalization Service of the Department of Justice. Policy issues may include immigration policy, migrant housing, food, medical services, mail, donations of goods and services, camp programs, and transportation of migrants to the United States.

CJTF should maintain close links with the combatant command and both government and nongovernmental agencies through frequent communication. At a minimum, the JTF should request liaison officers from the Department of State, Immigration and Naturalization Service, United Nations High Commissioner for Refugees (UNHCR), and appropriate international organizations, private volunteer organizations and nongovernmental organizations (IOs/PVOs/NGOs). The objective is to establish a relationship to gain support and consensus for actions.



*JTF 160 personnel and civilian representatives met daily.*

Protected Material -- Subject to Protective Order

10

U-DOW-CAR-306

Migrant Camp Operations:  The Guantanamo Experience

# CHAPTER II
# JOINT TASK FORCE ORGANIZATION
## STAFF ORGANIZATION

*JTF Organization*

The purpose of the JTF headquarters (HQ) is command, control, and administration of the JTF; it provides the basis for a unified effort, centralized planning, and decentralized execution.  The unique aspects of this mission mean that the JTF HQ must be flexible, responsive, and aware of the capabilities and limitations of the JTF forces as well as those of the various relief organizations.  The unique mission of the JTF means that it probably will be necessary for the CJTF to design an organizational structure for the JTF to accomplish the specialized tasks.  This may mean creating task groups for logistics and/or security, for example. During Operation SEA SIGNAL, JTF 160 was comprised of security, support, and logistics task groups.

*Selecting key staff members who have your confidence will ultimately pay dividends.*

Selecting key staff members will ultimately pay dividends.   The "personal staff group" comprised of the chief of staff, the public affairs officer, surgeon, chaplain, and staff judge advocate becomes the focus of operations more than in conventional combat operations.  They must have direct access to the CJTF and must not work in isolation.

*Recognize Service cultures.*

CJTF should recognize the different Service "cultures" staff members bring with them that are reflected in their approach to staff work and operations.  Therefore, the CJTF may find it prudent to spend more time initially to ensure directives and guidance are conveyed clearly.

## STAFF REQUIREMENT CONSIDERATIONS

*Mission considerations will determine organization.*

A JTF formed specifically to conduct migrant camp operations on a US military facility such as JTF 160 at Guantanamo will likely be organized differently from a JTF in a foreign country with a broad mission, only part of which is the establishment and operation of migrant camps.

Protected Material -- Subject to Protective Order

11

U-DOW-CAR-307