UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YAMIL LUNA GUTIERREZ, et al.,<br><br>   Plaintiffs-Petitioners,<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S.<br>Department of Homeland Security, et al.,<br><br>   Defendants-Respondents. | Civil Action No. 1:25-cv-01766-SLS |

**JOINT NOTICE REGARDING PARTIES' AVAILABILITY FOR POTENTIAL
HEARING ON CROSS MOTIONS FOR PARTIAL SUMMARY JUDGMENT**

Pending before the Court are the parties' cross motions for partial summary judgment on Counts I and II in this case. *See* ECF Nos. 108, 110. Should the Court wish to hold a hearing on those cross motions, as the Court has previously held for Defendants-Respondents' ("Defendants") motion to dismiss and Plaintiffs-Petitioners' ("Plaintiffs") motion for class certification, the parties respectfully submit this joint notice of their availability for the Court's convenience. Counsel for Defendants are not available September 4, September 14-19, and October 2-5. Counsel for Plaintiffs are not available September 1-11 and will then be preparing for two oral arguments at the D.C. Circuit scheduled for September 25 (No. 26-5074) and 29 (No. 25-5217, en banc). The parties are generally available for an in-person hearing throughout the month of October 2026 starting on or after October 6, 2026.

Dated: August 14, 2026        Respectfully submitted,

*/s/ Lee Gelernt*          BRETT A. SHUMATE
Lee Gelernt (D.D.C. Bar No. NY0408)  *Assistant Attorney General, Civil Division*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION         ANTHONY NICASTRO
125 Broad Street, 18th Floor     *Director*

New York, NY 10004
(212) 549-2660
lgelernt@aclu.org

*Attorney for Plaintiffs-Petitioners*

AUGUST FLENTJE
*Deputy Director*

LESLIE McKAY
*Assistant Director*

RUSSELL J.E. VERBY
*Senior Litigation Counsel*

ALEXA PERLMUTTER
*Trial Attorney*

/s/ *Jason K. Zubata*
JASON K. ZUBATA
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4143
Email: jason.k.zubata@usdoj.gov

*Attorneys for Defendants-Respondents*