UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YAMIL LUNA GUTIERREZ, et al.,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, et al.,<br><br>Defendants-Respondents. | Civil Action No. 1:25-cv-01766-SLS |

**JOINT NOTICE REGARDING SEALED FILINGS**

Pursuant to the Court's August 12 Order, ECF No. 116, the parties provide this joint notice regarding whether certain documents may be filed on the public docket. The parties have conferred and agree that ECF Nos. 91, 92, 93, and 96 may be filed on the public docket in full. The parties agree that ECF No. 80, which contains an unredacted version of the Certified Administrative Record ("CAR"), may be filed on the public docket but should contain the same redactions as the version of the CAR filed at ECF No. 102, in accordance with the Court's order to maintain redacted information in the CAR under seal. ECF No. 116. The parties have attached a redacted version of ECF No. 80 which contains the same redactions as the CAR filed at ECF No. 102.

Dated: August 25, 2026


/s/ Lee Gelernt
Lee Gelernt (D.D.C. Bar No. NY0408)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org

*Attorney for Plaintiffs-Petitioners*


Respectfully submitted,


BRETT A. SHUMATE
*Assistant Attorney General, Civil Division*

ANTHONY NICASTRO
*Director*
AUGUST FLENTJE
*Deputy Director*

LESLIE McKAY
*Assistant Director*

RUSSELL J.E. VERBY
*Senior Litigation Counsel*

ALEXA PERLMUTTER
*Trial Attorney*

/s/ *Jason K. Zubata*
JASON K. ZUBATA
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4143
Email: jason.k.zubata@usdoj.gov

*Attorneys for Defendants-Respondents*