~~CUI~~

February 3, 2025 / 1200

**ACTION MEMO**

**FOR:** PERFORMING THE DUTIES OF DEPUTY SECRETARY OF DEFENSE

**FROM:** Alexander Velez-Green, Performing the Duties of the Under Secretary of Defense for Policy

FEB 1 2 2025

**SUBJECT:** (U) Memorialization of Verbal Authorizations for DoD Support of DHS related to Executive Order Implementation

- ~~(CUI)~~ **Purpose**: This memorandum documents your January 21, 2025, verbal authorization, while you were Acting Secretary of Defense, to provide support to the Department of Homeland Security (DHS) by providing: light rotary-wing aviation support; an additional 1,500 military personnel (bringing the total up to 4,000 military personnel) at the southwest border (SWB) for missions including detection and monitoring support; intelligence analysis support (with up to 140 intelligence personnel); and engineering support. Additionally, you approved airlift transportation support to Immigration and Customs Enforcement for the removal from the United States of persons identified by DHS.
  - (CUI) You memorialized your approval of the light rotary-wing aviation support and additional 1,170 personnel in the 22 January 2025 Special SecDef Orders Book.
- ~~(CUI)~~ **Background**: On January 20, 2025, the President declared that a national emergency exists at the southern border of the United States. The President directed the Secretary of Defense to order as many units or members of the Armed Forces, including the Ready Reserve and the National Guard, as the Secretary of Defense determines to be appropriate to support the activities of the Secretary of Homeland Security in obtaining complete operational control of the southern border of the United States.
- **(U) Light Rotary-Wing Aviation Support**
  - ~~(CUI)~~ On May 22, 2024, then-Secretary Austin approved 6,100 flight hours of light rotary-wing aviation support for fiscal year (FY) 2025 on a reimbursable basis in accordance with 10 U.S.C. §§ 272, 274, and 277 (TAB B). DHS has not agreed to provide reimbursement for this aviation support, and, prior to your authorization, DoD had not provided such support to U.S. Customs and Border Protection (CBP) in FY 2025.
  - ~~(CUI)~~ On January 21, 2025, you agreed to provide the light rotary-wing aviation support on a *non-reimbursable basis* in accordance with section 1059 of the National Defense Authorization Act (NDAA) for FY 2016 ("section 1059") to support CBP activities to secure the southern land border of the United States.
  - ~~(CUI)~~ The light rotary-wing aviation personnel and equipment were deployed to operational locations and began operational missions in support of CBP on January 22, 2025, consistent with your authorization.

| | |
|---|---|
| SD CA | DSD SA |
| SD SMA | DSD SMA |
| SD MA | DSD MA |
| CoS | DSD CA |
| SD Action Grp | DSD CoS |
| ES | ESB Rvw |
| ESR | ESD |

Prepared by: DASD(HDI&DSCA)/DSCA
Phone Number: [redacted]

Controlled By: OUSD(P) HD&HA
CUI Category: OPSEC
Distribution/Limited Dissemination Control: FEDCON
POC: DASD(HDI&DSCA)

OSD001134-25/CMD001590-25

~~CUI~~

~~Protected Material -- Subject to Protective Order~~

- **(U) Personnel for Detection and Monitoring**
  - (CUI) On May 22, 2024, then-Secretary Austin approved support to DHS at the SWB to perform activities including operating mobile surveillance camera (MSC) to provide detection and monitoring support to CBP in accordance with section 1059 (TAB C).
  - (CUI) CBP informed the Commander, U.S. Northern Command (USNORTHCOM), operating an additional 80-100 MSC and fixed-camera sites was a high priority for CBP. Commander, USNORTHCOM, identified 500 Marine Corps personnel assigned to USNORTHCOM for firefighting support in Southern California to be re-missioned to SWB support as well as 3 Battalions and associated command and control from the Rapid Response Force (RRF) that could be employed to provide this support.
  - (CUI) On January 21, 2025, you agreed to provide up to 1,500 addition military personnel at the SWB. These military personnel can support detection and monitoring on a *non-reimbursable basis* in accordance with section 1059. You also authorized the deployment and employment of the RRF forces to support the activities of the CBP to secure the SWB.

- **(U) Intelligence Analysis**
  - (CUI) On March 22, 2024, DHS requested DoD provide mission enhancing capabilities in support of CBP's Office of Intelligence (OI) SWB-related efforts as defined and outlined in the DHS request for assistance (TAB D). DoD did not agree to provide intelligence analysis support due to previous inappropriate actions by CBP towards DoD personnel discovered during an USNORTHCOM-initiated IG investigation into potential questionable intelligence activity.
    - o (CUI) The investigation determined that questionable intelligence activities had not occurred but did determine that inappropriate actions by CBP personnel and restrictions imposed by CBP OI prevented DoD from providing appropriate oversight of DoD personnel.
    - o (CUI) Commander, USNORTHCOM, has determined that actions by CBP to correct previous improprieties have resolved these concerns.
  - (CUI) On January 21, 2025, you agreed to provide up to 140 personnel to provide intelligence analysis support to CBP on a *non-reimbursable basis* in accordance with section 1059. By approving this support, you are also approving the use of intelligence personnel for non-intelligence purposes.
  - (CUI) Initial support may be provided immediately using intelligence personnel currently deployed to the SWB and additional sourcing solutions, which will increase intelligence units/personnel up to the approved level of 140 personnel. The 140 intelligence personnel you approved is consistent with the number of personnel previously deployed to provide intelligence analysis support to CBP.
  - (CUI) Commander, USNORTHCOM, will have the ability to employ intelligence personnel from various locations, including remotely, to support CBP.

- **(U) Engineering Support**
  - ~~(CUI)~~ On January 21, 2025, the DHS/CBP verbally requested engineering support to emplace temporary barriers, remove brush, and other light ground engineering activities to support CBP efforts to deter illegal entry into the United States. DoD received the written request on January 22, 2025 (TAB E).
  - ~~(CUI)~~ On January 21, 2025, you agreed to provide engineering support to emplace temporary barriers, as well as activities necessary to emplace the temporary barriers (such as land preparation and brush clearance), utilizing the 1,500 additional military personnel deployed to the SWB to CBP, in accordance with section 1059 on a *non-reimbursable basis*.
- **(U) Airlift Transportation Support**
  - ~~(CUI)~~ On January 21, 2025, DHS requested airlift transportation support to remove aliens from U.S. Border Patrol facilities across the Southern United States to repatriation sites in El Salvador, Guatemala, Honduras, or other locations to be determined. (TAB F).
  - ~~(CUI)~~ On January 21, 2025, you agreed to provide the requested airlift transportation support in accordance with 10 U.S.C. § 274 and to *waive reimbursement* in accordance with 10 U.S.C. § 277(c) through April 20, 2025.
    - ~~(CUI)~~ U.S. Transportation Command/Air Mobility Command assess that this mission would result in a benefit to military personnel providing the support that is substantially equivalent to that which would otherwise be obtained from military operations or training.
  - ~~(CUI)~~ DHS has confirmed that they will coordinate with the State Department to obtain diplomatic clearances for the flights, ensure the host nation will receive the passengers, and provide host nation notifications prior to flight departure. Additionally, DHS or other Federal law enforcement agencies will provide appropriate personnel to maintain custody of the passengers while on-board DoD aircraft (TAB F).
- **(U) Funding**
  - ~~(CUI)~~ The non-reimbursable support detailed above will be funded from the accounts of the executing DoD Component. The office of the Under Secretary of Defense (Comptroller) will work with the Military Services and Combatant Commands to ensure sufficient funds are available for execution, within the limits of available appropriations. DoD remains under a Continuing Resolution, currently providing appropriations for fiscal year 2025 for obligation or expenditure only through March 14, 2025. DoD operations beyond this date are subject to the enactment of additional appropriations.
- **(U) Section 1059 Requirement**
  - (U) The provision of support under section 1059 requires that the Secretary of Defense ensure that support provided will not negatively affect military training, operations,

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 5 of 133



readiness, or other military requirements. Based on consultation with the Joint Staff, it is not expected that providing this support would have such a negative effect.

- ~~(CUI)~~ The Chairman of the Joint Chiefs of Staff, in collaboration with the Chiefs of the Military Services, the Commander, U.S. Northern Command, and the Chief of the National Guard Bureau, will advise the Secretary of Defense if the support provided in accordance with section 1059 could begin to negatively affect military training, operations, readiness, or other military requirements.

- **(U) Submissions to Congress**

  - (U) Section 1707 of the NDAA for FY 2020 requires the Secretary of Defense to provide to the Committee on Armed Services of the Senate (SASC) and Committee on Armed Services of the House of Representatives (HASC), not later than seven calendar days after the Secretary of Defense approves a request for assistance from DHS, a copy of the request for assistance and, immediately upon submitting the official response approving a request, a copy of the official response.

  - (U) Section 1059 requires the Secretary of Defense to transmit notice to the HASC, SASC, and the House Homeland Security Committee of approval of support under section 1059, not later than seven days after the date on which the Secretary approves a request for assistance from DHS.

  - (U) My staff will work with the Assistant Secretary of Defense for Legislative Affairs to make the necessary submissions.

~~(CUI)~~ **RECOMMENDATION #1:** Approve the documentation of (A) your determination that the provision of light rotary-wing aviation support for up to a total of 6,100 flight hours for detection and monitoring support to the Department of Homeland Security (DHS)/U.S. Customs and Border Protection (CBP) for fiscal year (FY) 2025 will not negatively affect military training, operations, readiness, or other military requirements and (B) your authorization for the Commander, USNORTHCOM, to provide light rotary-wing aviation support to DHS/CBP for FY 2025 on a *non-reimbursable basis* pursuant to section 1059 of the National Defense Authorization Act for FY 2016 ("section 1059"), subject to the availability of funds.

Approve RG FEB 18 2025 Disapprove ______________ Other ______________

~~(CUI)~~ **RECOMMENDATION #2:** (A) determine that the provision of additional military personnel up to approximately 4,000 total, to the DHS/CBP for FY 2025 will not negatively affect military training, operations, readiness, or other military requirements; (B) approve documentation of your authorization for the Commander, USNORTHCOM, to provide detection and monitoring support to DHS/CBP for FY 2025 on a *non-reimbursable basis pursuant to section 1059*, subject to the availability of funds; and (C) approve documentation of your authorization to deploy and employ the Rapid Response Force.

Approve RG FEB 18 2025 Disapprove ______________ Other ______________

~~(CUI)~~ **RECOMMENDATION #3:** Approve the documentation of (A) your determination that the provision of up to 140 personnel for intelligence analysis support to the DHS/CBP for FY

2025 will not negatively affect military training, operations, readiness, or other military requirements and (B) your authorization for the Commander, USNORTHCOM, to provide intelligence analysis support to DHS/CBP for FY 2025, including such support for non-intelligence purposes, on *a non-reimbursable basis* pursuant to section 1059, subject to the availability of funds.

Approve RGS FEB 18 2025 Disapprove ______ Other ______

~~(CUI)~~ **RECOMMENDATION #4:** Approve the documentation of (A) your determination that the provision of engineering support, within the 4,000 total approved military personnel, to the DHS/CBP for FY 2025 will not negatively affect military training, operations, readiness, or other military requirements and (B) your authorization for the Commander, USNORTHCOM, to provide engineering support to emplace temporary barriers, as well as activities necessary to emplace the temporary barriers, in support of DHS/CBP for FY 2025 on a *non-reimbursable basis* pursuant to section 1059, subject to the availability of funds.

Approve RGS FEB 18 2025 Disapprove ______ Other ______

~~(CUI)~~ **RECOMMENDATION #5:** Direct the Chairman of the Joint Chiefs of Staff, in collaboration with the Chiefs of the Military Services, the Commander, U.S. Northern Command, and the Chief of the National Guard Bureau to advise the Secretary of Defense if the support provided in accordance with section 1059 could begin to negatively affect military training, operations, readiness, or other military requirements.

Approve RGS FEB 18 2025 Disapprove ______ Other ______

~~(CUI)~~ **RECOMMENDATION #6:** Approve the documentation of (A) your authorization for the Commander, USNORTHCOM, to provide airlift transportation support, in accordance with 10 U.S.C. §§ 272 and 274, to DHS for removal of aliens from the United States through April 20, 2025; (B) your determination that providing airlift transportation support would result in a benefit to military personnel providing the support that is substantially equivalent to that which would otherwise be obtained from military operations or training; and (C) your *waiver of reimbursement*, pursuant to 10 U.S.C. § 277(c), for airlift transportation support to be provided through April 20, 2025.

Approve RGS FEB 18 2025 Disapprove ______ Other ______

~~(CUI)~~ **RECOMMENDATION #7:** Authorize the Executive Secretary to sign the response memo to the Department of Homeland Security at TAB B.

Approve RGS Disapprove ______ Other ______

FEB 18 2025

Attachments:
TAB A – Reply Memo to DHS ~~(CUI)~~
TAB B – FY 2025 AM and Approved Recommendations ~~(CUI)~~
TAB C – Intelligence Analysis Support Duty Descriptions (U//~~FOUO//LES~~
TAB D – Engineering Support Request (U)

TAB E – Airlift Transportation Support Request (U//FOUO//LES)
TAB F – Coordination (U)





Protected Material – Subject to Protective Order

# TAB
# E

[redacted]

**Policy Coordination Sheet**

**Subject:** (U) Department of Defense (DoD) Support to U.S. Immigration and Customs Enforcement (ICE) Operations.
**Control Number:** OSD000718-25

| Title/ Organization | Name | Coordination Requested | Coordination Received | Response |
|---|---|---|---|---|
| SecNavy | Terrence G. Emmert<br>Acting Sec. of the Navy | February 24, 2025 | February 25, 2025 | Concur |
| Joint Staff | LTG D.A. Sims<br>Director, JS | February 24, 2025 | February 25, 2025 | Concur w/comments |
| OGC | E. Scott Castle<br>PTDO Principal Deputy General Counsel | February 24, 2025 | February 25, 2025 | Concur w/comments |
| USD(C)/CFO | Anne J. McAndrew<br>PTDO DUSD(C) | February 24, 2025 | February 26, 2025 | Concur w/comments |
| USD(I&S) | Dustin Gard-Weiss<br>PTDO USD(I&S) | February 24, 2025 | February 25, 2025 | Concur |
| PCT | Mark D. Dupont<br>Principal Deputy ATSD(PCLT) | February 24, 2025 | February 24, 2025 | Concur |

~~Protected Material – Subject to Protective Order~~

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 10 of 133

# Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment

**Adopted and opened for signature, ratification and accession by General Assembly resolution 39/46 of 10 December 1984**
**entry into force 26 June 1987, in accordance with article 27 (1)**

The States Parties to this Convention,

Considering that, in accordance with the principles proclaimed in the Charter of the United Nations, recognition of the equal and inalienable rights of all members of the human family is the foundation of freedom, justice and peace in the world,

Recognizing that those rights derive from the inherent dignity of the human person,

Considering the obligation of States under the Charter, in particular Article 55, to promote universal respect for, and observance of, human rights and fundamental freedoms,

Having regard to article 5 of the Universal Declaration of Human Rights and article 7 of the International Covenant on Civil and Political Rights, both of which provide that no one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment,

Having regard also to the Declaration on the Protection of All Persons from Being Subjected to Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, adopted by the General Assembly on 9 December 1975,

Desiring to make more effective the struggle against torture and other cruel, inhuman or degrading treatment or punishment throughout the world,

Have agreed as follows:

**PART I**

***Article 1***

1. For the purposes of this Convention, the term "torture" means any act by which severe pain or suffering, whether physical or mental, is intentionally inflicted on a person for such purposes as obtaining from him or a third person information or a confession, punishing him for an act he or a third person has committed or is suspected of having committed, or intimidating or coercing him or a third person, or for any reason based on discrimination of any kind, when such pain or suffering is inflicted by or at the instigation of or with the consent or acquiescence of a public official or other person acting in an official capacity. It does not include pain or suffering arising only from, inherent in or incidental to lawful sanctions.

2. This article is without prejudice to any international instrument or national legislation which does or may contain provisions of wider application.

***Article 2***

1. Each State Party shall take effective legislative, administrative, judicial or other measures to prevent acts of torture in any territory under its jurisdiction.

2. No exceptional circumstances whatsoever, whether a state of war or a threat of war, internal political instability or any other public emergency, may be invoked as a justification of torture.

3. An order from a superior officer or a public authority may not be invoked as a justification of torture.

***Article 3***

1. No State Party shall expel, return ("refouler") or extradite a person to another State where there are substantial grounds for believing that he would be in danger of being subjected to torture.

2. For the purpose of determining whether there are such grounds, the competent authorities shall take into account all relevant considerations including, where applicable, the existence in the State concerned of a consistent pattern of gross, flagrant or mass violations of human rights.

***Article 4***

1. Each State Party shall ensure that all acts of torture are offences under its criminal law. The same shall apply to an attempt to commit torture and to an act by any person which constitutes complicity or participation in torture. 2. Each State Party shall make these offences punishable by appropriate penalties which take into account their grave nature.

***Article 5***

1. Each State Party shall take such measures as may be necessary to establish its jurisdiction over the offences referred to in article 4 in the following cases:

(a) When the offences are committed in any territory under its jurisdiction or on board a ship or aircraft registered in that State;

(b) When the alleged offender is a national of that State;

(c) When the victim is a national of that State if that State considers it appropriate.

2. Each State Party shall likewise take such measures as may be necessary to establish its jurisdiction over such offences in cases where the alleged offender is present in any territory

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 12 of 133

under its jurisdiction and it does not extradite him pursuant to article 8 to any of the States mentioned in paragraph I of this article.

3. This Convention does not exclude any criminal jurisdiction exercised in accordance with internal law.

***Article 6***

1. Upon being satisfied, after an examination of information available to it, that the circumstances so warrant, any State Party in whose territory a person alleged to have committed any offence referred to in article 4 is present shall take him into custody or take other legal measures to ensure his presence. The custody and other legal measures shall be as provided in the law of that State but may be continued only for such time as is necessary to enable any criminal or extradition proceedings to be instituted.

2. Such State shall immediately make a preliminary inquiry into the facts.

3. Any person in custody pursuant to paragraph I of this article shall be assisted in communicating immediately with the nearest appropriate representative of the State of which he is a national, or, if he is a stateless person, with the representative of the State where he usually resides.

4. When a State, pursuant to this article, has taken a person into custody, it shall immediately notify the States referred to in article 5, paragraph 1, of the fact that such person is in custody and of the circumstances which warrant his detention. The State which makes the preliminary inquiry contemplated in paragraph 2 of this article shall promptly report its findings to the said States and shall indicate whether it intends to exercise jurisdiction.

***Article 7***

1. The State Party in the territory under whose jurisdiction a person alleged to have committed any offence referred to in article 4 is found shall in the cases contemplated in article 5, if it does not extradite him, submit the case to its competent authorities for the purpose of prosecution.

2. These authorities shall take their decision in the same manner as in the case of any ordinary offence of a serious nature under the law of that State. In the cases referred to in article 5, paragraph 2, the standards of evidence required for prosecution and conviction shall in no way be less stringent than those which apply in the cases referred to in article 5, paragraph 1.

3. Any person regarding whom proceedings are brought in connection with any of the offences referred to in article 4 shall be guaranteed fair treatment at all stages of the proceedings.

***Article 8***

1. The offences referred to in article 4 shall be deemed to be included as extraditable offences in any extradition treaty existing between States Parties. States Parties undertake to include such offences as extraditable offences in every extradition treaty to be concluded between them.

2. If a State Party which makes extradition conditional on the existence of a treaty receives a request for extradition from another State Party with which it has no extradition treaty, it may consider this Convention as the legal basis for extradition in respect of such offences. Extradition shall be subject to the other conditions provided by the law of the requested State.

3. States Parties which do not make extradition conditional on the existence of a treaty shall recognize such offences as extraditable offences between themselves subject to the conditions provided by the law of the requested State.

4. Such offences shall be treated, for the purpose of extradition between States Parties, as if they had been committed not only in the place in which they occurred but also in the territories of the States required to establish their jurisdiction in accordance with article 5, paragraph 1.

***Article 9***

1. States Parties shall afford one another the greatest measure of assistance in connection with criminal proceedings brought in respect of any of the offences referred to in article 4, including the supply of all evidence at their disposal necessary for the proceedings.

2. States Parties shall carry out their obligations under paragraph I of this article in conformity with any treaties on mutual judicial assistance that may exist between them.

***Article 10***

1. Each State Party shall ensure that education and information regarding the prohibition against torture are fully included in the training of law enforcement personnel, civil or military, medical personnel, public officials and other persons who may be involved in the custody, interrogation or treatment of any individual subjected to any form of arrest, detention or imprisonment.

2. Each State Party shall include this prohibition in the rules or instructions issued in regard to the duties and functions of any such person.

***Article 11***

Each State Party shall keep under systematic review interrogation rules, instructions, methods and practices as well as arrangements for the custody and treatment of persons subjected to any form of arrest, detention or imprisonment in any territory under its jurisdiction, with a view to preventing any cases of torture.

***Article 12***

Each State Party shall ensure that its competent authorities proceed to a prompt and impartial investigation, wherever there is reasonable ground to believe that an act of torture has been committed in any territory under its jurisdiction.

***Article 13***

Each State Party shall ensure that any individual who alleges he has been subjected to torture in any territory under its jurisdiction has the right to complain to, and to have his case promptly and impartially examined by, its competent authorities. Steps shall be taken to ensure that the complainant and witnesses are protected against all ill-treatment or intimidation as a consequence of his complaint or any evidence given.

***Article 14***

1. Each State Party shall ensure in its legal system that the victim of an act of torture obtains redress and has an enforceable right to fair and adequate compensation, including the means for as full rehabilitation as possible. In the event of the death of the victim as a result of an act of torture, his dependants shall be entitled to compensation.

2. Nothing in this article shall affect any right of the victim or other persons to compensation which may exist under national law.

***Article 15***

Each State Party shall ensure that any statement which is established to have been made as a result of torture shall not be invoked as evidence in any proceedings, except against a person accused of torture as evidence that the statement was made.

***Article 16***

1. Each State Party shall undertake to prevent in any territory under its jurisdiction other acts of cruel, inhuman or degrading treatment or punishment which do not amount to torture as defined in article I, when such acts are committed by or at the instigation of or with the consent or acquiescence of a public official or other person acting in an official capacity. In particular, the obligations contained in articles 10, 11, 12 and 13 shall apply with the substitution for references to torture of references to other forms of cruel, inhuman or degrading treatment or punishment.

2. The provisions of this Convention are without prejudice to the provisions of any other international instrument or national law which prohibits cruel, inhuman or degrading treatment or punishment or which relates to extradition or expulsion.

**PART II**

***Article 17***

1. There shall be established a Committee against Torture (hereinafter referred to as the Committee) which shall carry out the functions hereinafter provided. The Committee shall consist of ten experts of high moral standing and recognized competence in the field of human rights, who shall serve in their personal capacity. The experts shall be elected by the States Parties, consideration being given to equitable geographical distribution and to the usefulness of the participation of some persons having legal experience.

2. The members of the Committee shall be elected by secret ballot from a list of persons nominated by States Parties. Each State Party may nominate one person from among its own nationals. States Parties shall bear in mind the usefulness of nominating persons who are also members of the Human Rights Committee established under the International Covenant on Civil and Political Rights and who are willing to serve on the Committee against Torture.

3. Elections of the members of the Committee shall be held at biennial meetings of States Parties convened by the Secretary-General of the United Nations. At those meetings, for which two thirds of the States Parties shall constitute a quorum, the persons elected to the Committee shall be those who obtain the largest number of votes and an absolute majority of the votes of the representatives of States Parties present and voting.

4. The initial election shall be held no later than six months after the date of the entry into force of this Convention. At. least four months before the date of each election, the Secretary-General of the United Nations shall address a letter to the States Parties inviting them to submit their nominations within three months. The Secretary-General shall prepare a list in alphabetical order of all persons thus nominated, indicating the States Parties which have nominated them, and shall submit it to the States Parties.

5. The members of the Committee shall be elected for a term of four years. They shall be eligible for re-election if renominated. However, the term of five of the members elected at the first election shall expire at the end of two years; immediately after the first election the names of these five members shall be chosen by lot by the chairman of the meeting referred to in paragraph 3 of this article.

6. If a member of the Committee dies or resigns or for any other cause can no longer perform his Committee duties, the State Party which nominated him shall appoint another expert from among its nationals to serve for the remainder of his term, subject to the approval of the majority of the States Parties. The approval shall be considered given unless half or more of the States Parties respond negatively within six weeks after having been informed by the Secretary-General of the United Nations of the proposed appointment.

7. States Parties shall be responsible for the expenses of the members of the Committee while they are in performance of Committee duties.

***Article 18***

1. The Committee shall elect its officers for a term of two years. They may be re-elected.

2. The Committee shall establish its own rules of procedure, but these rules shall provide, inter alia, that:

(a) Six members shall constitute a quorum;

(b) Decisions of the Committee shall be made by a majority vote of the members present.

3. The Secretary-General of the United Nations shall provide the necessary staff and facilities for the effective performance of the functions of the Committee under this Convention.

4. The Secretary-General of the United Nations shall convene the initial meeting of the Committee. After its initial meeting, the Committee shall meet at such times as shall be provided in its rules of procedure.

5. The States Parties shall be responsible for expenses incurred in connection with the holding of meetings of the States Parties and of the Committee, including reimbursement to the United Nations for any expenses, such as the cost of staff and facilities, incurred by the United Nations pursuant to paragraph 3 of this article.

***Article 19***

1. The States Parties shall submit to the Committee, through the Secretary-General of the United Nations, reports on the measures they have taken to give effect to their undertakings under this Convention, within one year after the entry into force of the Convention for the State Party concerned. Thereafter the States Parties shall submit supplementary reports every four years on any new measures taken and such other reports as the Committee may request.

2. The Secretary-General of the United Nations shall transmit the reports to all States Parties.

3. Each report shall be considered by the Committee which may make such general comments on the report as it may consider appropriate and shall forward these to the State Party concerned. That State Party may respond with any observations it chooses to the Committee.

4. The Committee may, at its discretion, decide to include any comments made by it in accordance with paragraph 3 of this article, together with the observations thereon received from the State Party concerned, in its annual report made in accordance with article 24. If so requested by the State Party concerned, the Committee may also include a copy of the report submitted under paragraph I of this article.

***Article 20***

1. If the Committee receives reliable information which appears to it to contain well-founded indications that torture is being systematically practised in the territory of a State Party, the Committee shall invite that State Party to co-operate in the examination of the information and to this end to submit observations with regard to the information concerned.

2. Taking into account any observations which may have been submitted by the State Party concerned, as well as any other relevant information available to it, the Committee may, if it decides that this is warranted, designate one or more of its members to make a confidential inquiry and to report to the Committee urgently.

3. If an inquiry is made in accordance with paragraph 2 of this article, the Committee shall seek the co-operation of the State Party concerned. In agreement with that State Party, such an inquiry may include a visit to its territory.

4. After examining the findings of its member or members submitted in accordance with paragraph 2 of this article, the Commission shall transmit these findings to the State Party concerned together with any comments or suggestions which seem appropriate in view of the situation.

5. All the proceedings of the Committee referred to in paragraphs I to 4 of th is article s hall be con fidential , and at all stages of the proceedings the co-operation of the State Party shall be sought. After such proceedings have been completed with regard to an inquiry made in accordance with paragraph 2, the Committee may, after consultations with the State Party concerned, decide to include a summary account of the results of the proceedings in its annual report made in accordance with article 24.

***Article 21***

1. A State Party to this Convention may at any time declare under this article that it recognizes the competence of the Committee to receive and consider communications to the effect that a State Party claims that another State Party is not fulfilling its obligations under this Convention. Such communications may be received and considered according to the procedures laid down in this article only if submitted by a State Party which has made a declaration recognizing in regard to itself the competence of the Committee. No communication shall be dealt with by the Committee under this article if it concerns a State Party which has not made such a declaration. Communications received under this article shall be dealt with in accordance with the following procedure;

(a) If a State Party considers that another State Party is not giving effect to the provisions ofthis Convention, it may, by written communication, bring the matter to the attention of that State Party. Within three months after the receipt of the communication the receiving State shall afford the State which sent the communication an explanation or any other statement in writing clarifying the matter, which should include, to the extent possible and pertinent, reference to domestic procedures and remedies taken, pending or available in the matter;

(b) If the matter is not adjusted to the satisfaction of both States Parties concerned within six months after the receipt by the receiving State of the initial communication, either State shall have the right to refer the matter to the Committee, by notice given to the Committee and to the other State;

(c) The Committee shall deal with a matter referred to it under this article only after it has ascertained that all domestic remedies have been invoked and exhausted in the matter, in conformity with the generally recognized principles of international law. This shall not be the rule where the application of the remedies is unreasonably prolonged or is unlikely to bring effective relief to the person who is the victim of the violation of this Convention;

(d) The Committee shall hold closed meetings when examining communications under this article; (e) Subject to the provisions of subparagraph

(e), the Committee shall make available its good offices to the States Parties concerned with a view to a friendly solution of the matter on the basis of respect for the obligations provided for in this Convention. For this purpose, the Committee may, when appropriate, set up an ad hoc conciliation commission;

(f) In any matter referred to it under this article, the Committee may call upon the States Parties concerned, referred to in subparagraph (b), to supply any relevant information;

(g) The States Parties concerned, referred to in subparagraph (b), shall have the right to be represented when the matter is being considered by the Committee and to make submissions orally and/or in writing;

(h) The Committee shall, within twelve months after the date of receipt of notice under subparagraph (b), submit a report:

(i) If a solution within the terms of subparagraph (e) is reached, the Committee shall confine its report to a brief statement of the facts and of the solution reached;

(ii) If a solution within the terms of subparagraph (e) is not reached, the Committee shall confine its report to a brief statement of the facts; the written submissions and record of the oral submissions made by the States Parties concerned shall be attached to the report.

In every matter, the report shall be communicated to the States Parties concerned.

2. The provisions of this article shall come into force when five States Parties to this Convention have made declarations under paragraph 1 of this article. Such declarations shall be deposited by the States Parties with the Secretary-General of the United Nations, who shall transmit copies thereof to the other States Parties. A declaration may be withdrawn at any time by notification to the Secretary-General. Such a withdrawal shall not prejudice the consideration of any matter which is the subject of a communication already transmitted under this article; no further communication by any State Party shall be received under this article after the notification of withdrawal of the declaration has been received by the Secretary-General, unless the State Party concerned has made a new declaration.

***Article 22***

1. A State Party to this Convention may at any time declare under this article that it recognizes the competence of the Committee to receive and consider communications from or on behalf of individuals subject to its jurisdiction who claim to be victims of a violation by a State Party of the provisions of the Convention. No communication shall be received by the Committee if it concerns a State Party which has not made such a declaration.

2. The Committee shall consider inadmissible any communication under this article which is anonymous or which it considers to be an abuse of the right of submission of such communications or to be incompatible with the provisions of this Convention.

3. Subject to the provisions of paragraph 2, the Committee shall bring any communications submitted to it under this article to the attention of the State Party to this Convention which has made a declaration under paragraph I and is alleged to be violating any provisions of the Convention. Within six months, the receiving State shall submit to the Committee written explanations or statements clarifying the matter and the remedy, if any, that may have been taken by that State.

4. The Committee shall consider communications received under this article in the light of all information made available to it by or on behalf of the individual and by the State Party concerned. 5. The Committee shall not consider any communications from an individual under this article unless it has ascertained that:

(a) The same matter has not been, and is not being, examined under another procedure of international investigation or settlement;

(b) The individual has exhausted all available domestic remedies; this shall not be the rule where the application of the remedies is unreasonably prolonged or is unlikely to bring effective reliefto the person who is the victim of the violation of this Convention.

6. The Committee shall hold closed meetings when examining communications under this article.

7. The Committee shall forward its views to the State Party concerned and to the individual.

8. The provisions of this article shall come into force when five States Parties to this Convention have made declarations under paragraph 1 of this article. Such declarations shall be deposited by the States Parties with the Secretary-General of the United Nations, who shall transmit copies thereof to the other States Parties. A declaration may be withdrawn at any time by notification to the Secretary-General. Such a withdrawal shall not prejudice the consideration of any matter which is the subject of a communication already transmitted under this article; no further communication by or on behalf of an individual shall be received under this article after the notification of withdrawal of the declaration has been received by the SecretaryGeneral, unless the State Party has made a new declaration.

***Article 23***

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 20 of 133

The members of the Committee and of the ad hoc conciliation commissions which may be appointed under article 21, paragraph I (e), shall be entitled to the facilities, privileges and immunities of experts on mission for the United Nations as laid down in the relevant sections of the Convention on the Privileges and Immunities of the United Nations.

*Article 24*

The Committee shall submit an annual report on its activities under this Convention to the States Parties and to the General Assembly of the United Nations.

**PART III**

*Article 25*

1. This Convention is open for signature by all States. 2. This Convention is subject to ratification. Instruments of ratification shall be deposited with the Secretary-General of the United Nations.

*Article 26*

This Convention is open to accession by all States. Accession shall be effected by the deposit of an instrument of accession with the SecretaryGeneral of the United Nations.

*Article 27*

1. This Convention shall enter into force on the thirtieth day after the date of the deposit with the Secretary-General of the United Nations of the twentieth instrument of ratification or accession.

2. For each State ratifying this Convention or acceding to it after the deposit of the twentieth instrument of ratification or accession, the Convention shall enter into force onthe thirtieth day after the date of the deposit of its own instrument of ratification or accession.

*Article 28*

1. Each State may, at the time of signature or ratification of this Convention or accession thereto, declare that it does not recognize the competence of the Committee provided for in article 20.

2. Any State Party having made a reservation in accordance with paragraph I of this article may, at any time, withdraw this reservation by notification to the Secretary-General of the United Nations.

*Article 29*

1 . Any State Party to this Convention may propose an amendment and file it with the Secretary-General of the United Nations. The SecretaryGeneral shall thereupon communicate the proposed amendment to the States Parties with a request that they notify him whether they favour a

conference of States Parties for the purpose of considering an d voting upon the proposal. In the event that within four months from the date of such communication at least one third of the States Parties favours such a conference, the SecretaryGeneral shall convene the conference under the auspices of the United Nations. Any amendment adopted by a majority of the States Parties present and voting at the conference shall be submitted by the Secretary-General to all the States Parties for acceptance.

2. An amendment adopted in accordance with paragraph I of this article shall enter into force when two thirds of the States Parties to this Convention have notified the Secretary-General of the United Nations that they have accepted it in accordance with their respective constitutional processes.

3. When amendments enter into force, they shall be binding on those States Parties which have accepted them, other States Parties still being bound by the provisions of this Convention and any earlier amendments which they have accepted.

***Article 30***

1. Any dispute between two or more States Parties concerning the interpretation or application of this Convention which cannot be settled through negotiation shall, at the request of one of them, be submitted to arbitration. If within six months from thc date of the request for arbitration the Parties are unable to agree on the organization of the arbitration, any one of those Parties may refer the dispute to the International Court of Justice by request in conformity with the Statute of the Court.

2. Each State may, at the time of signature or ratification of this Con vention or accession thereto, declare that it does not consider itself bound by paragraph I of this article. The other States Parties shall not be bound by paragraph I of this article with respect to any State Party having made such a reservation.

3. Any State Party having made a reservation in accordance with paragraph 2 of this article may at any time withdraw this reservation by notification to the Secretary-General of the United Nations.

***Article 31***

1. A State Party may denounce this Convention by written notification to the Secretary-General of the United Nations. Denunciation becomes effective one year after the date of receipt of- the notification by the Secretary-General .

2. Such a denunciation shall not have the effect of releasing the State Party from its obligations under this Convention in regard to any act or omission which occurs prior to the date at which the denunciation becomes effective, nor shall denunciation prejudice in any way the continued consideration of any matter which is already under consideration by the Committee prior to the date at which the denunciation becomes effective.

3. Following the date at which the denunciation of a State Party becomes effective, the Committee shall not commence consideration of any new matter regarding that State.

***Article 32***

The Secretary-General of the United Nations shall inform all States Members of the United Nations and all States which have signed this Convention or acceded to it of the following:

(a) Signatures, ratifications and accessions under articles 25 and 26;

(b) The date of entry into force of this Convention under article 27 and the date of the entry into force of any amendments under article 29;

(c) Denunciations under article 31.

***Article 33***

1. This Convention, of which the Arabic, Chinese, English, French, Russian and Spanish texts are equally authentic, shall be deposited with the Secretary-General of the United Nations.

2. The Secretary-General of the United Nations shall transmit certified copies of this Convention to all States.

Office of the Attorney General
Washington, D.C. 20530

February 5, 2025

MEMORANDUM FOR ALL DEPARTMENT EMPLOYEES

FROM: THE ATTORNEY GENERAL

SUBJECT: TOTAL ELIMINATION OF CARTELS AND TRANSNATIONAL CRIMINAL ORGANIZATIONS[1]

On January 20, 2025, President Trump directed the federal government to revise existing national security and counter-narcotics strategies to pursue *total elimination* of Cartels and Transnational Criminal Organizations (TCOs). This policy requires a fundamental change in mindset and approach. We must do more than try to mitigate the enormous harms these groups cause in America. It is not enough to stem the tide of deadly poisons, such as fentanyl, that these groups distribute in our homeland. Rather, we must harness the resources of the Department of Justice and empower federal prosecutors throughout the country to work urgently with the Department of Homeland Security and other parts of the government toward the goal of eliminating these threats to U.S. sovereignty. This memorandum sets forth directives and initiatives to promptly commence those efforts.

## I. Charging Priorities

Achieving total elimination of Cartels and TCOs will require additional resources and thoughtful charging decisions by federal prosecutors based on coordination with law enforcement partners.

For leaders and managers of Cartels and TCOs, the most serious, readily provable offenses under the Department's general charging policy will typically include capital crimes, terrorism charges, racketeering charges, Continuing Criminal Enterprise offenses under 21 U.S.C. § 848, violations of the Foreign Narcotics Kingpin Designation Act under 21 U.S.C. § 1906, violations of the International Emergency Economic Powers Act under 50 U.S.C. § 1705 (IEEPA), and machinegun charges under 18 U.S.C. §§ 924(c)(1)(B)(ii) and 924(o).

[1] This guidance is not intended to, does not, and may not be relied upon to create, any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

~~Protected Material -- Subject to Protective Order~~

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 24 of 133



On the other hand, under the total-elimination policy, it will often be prudent to pursue removal from the United States of a low-level investigative target without immigration status, rather than incurring the time and resource costs associated with criminal prosecution. Similarly, because the Department is working toward elimination of these threats from the homeland, it will rarely be consistent with this policy to pursue foreign arrests and extraditions of targets who may be eligible for safety-valve relief or minor role adjustments. This includes foreign arrests of low-level narcotics offenders pursuant to the Maritime Drug Law Enforcement Act under Chapter 705 of Title 46. Resources currently devoted to such arrests, including at the Maritime Unit of the Narcotics and Dangerous Drug Section, shall be redirected toward investigations involving inspections, interdictions, seizures, and forfeitures of commercial shipping vessels transporting narcotics, precursor chemicals, petroleum products, and/or human trafficking and smuggling victims. These activities support the operations of Cartels and TCOs, often in violation of U.S. sanctions.

More generally, while charging decisions must be based on case-specific assessments of the facts and evidence, the following factors should be evaluated when considering whether to pursue charges, arrests, and/or extraditions of a Cartel or TCO target:

- Whether the target is a manager or a leader of the organization;
- Whether the target has significant ties to the United States, including physical presence or directing action in the United States;
- Whether the target's conduct resulted in death of or injuries to U.S. citizens;
- Whether the target's conduct involved international terrorism under 18 U.S.C. § 2331(1)(A)-(B);
- The availability of non-criminal responses to the target's conduct, including removal from the United States and economic sanctions; and
- Any known or suspected prior violent crimes committed by the target.

## II. Removing Bureaucratic Impediments to Aggressive Prosecutions

In most cases, U.S. Attorneys' Offices, partnering with federal, state, and local law enforcement, will lead the charge against Cartels and TCOs. Those teams must have full and immediate access to the most serious and broad charges that Congress has made available for the types of conduct at issue. For example, some terrorism charges and violations of IEEPA targeting Specially Designated Global Terrorists (SDGTs) allow prosecutors to proceed against members and associates of Cartels and TCOs in the absence of a specific nexus to drug trafficking or importation of contraband to the United States. Therefore, the changes set forth below will be

~~Protected Material -- Subject to Protective Order~~

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 25 of 133



implemented for a period of 90 days[2] and renewed or made permanent thereafter as deemed appropriate by the Office of the Attorney General and the Office of the Deputy Attorney General:

Capital Crimes. Mandatory pre-indictment review for capital-eligible offenses pursuant to Justice Manual § 9-10.060 is suspended for cases involving defendants alleged to be members or associates of Cartels or TCOs. Such cases present "extenuating circumstances" within the meaning of that provision because they "address public safety concerns."

The U.S. Attorney or Assistant Attorney General authorizing the filing of such charges should comply with all other aspects of Justice Manual § 9-10.060, including by providing a pre-indictment notice to the Capital Case Section and submitting the case for review prior to filing a notice of intent to seek the death penalty.

Terrorism And IEEPA. The approval requirements administered by the National Security Division (NSD) are suspended for the filing of most terrorism charges[3] and IEEPA charges, seeking search warrants relating to such charges, and applying for material witness warrants in connection with investigations targeting members or associates of any Cartel or TCO designated as a Foreign Terrorist Organization or SDGT pursuant to the President's January 20, 2025 Executive Order entitled, "Designating Cartels And Other Organizations As Foreign Terrorist Organizations And Specially Designated Global Terrorists."

While approval requirements are suspended for these types of cases, consultation with NSD and the Office of International Affairs continues to be encouraged to facilitate coordination and uniform treatment of any diplomatic sensitivities. U.S. Attorneys' Offices shall provide NSD with 24 hours' advance notice of the intention to seek charges or apply for warrants, and they shall make available to NSD upon request any existing memoranda relating to the contemplated actions. No new or additional paperwork will be required by NSD in connection with these notices and consultation. However, NSD's concurrence is still required prior to making plea offers, sentencing recommendations, and motions under the Classified Information Procedures Act.

This policy does not expand (or contract) policies relating to investigations and cases involving classified information. Any prudential search requests or use authorizations deemed necessary under existing policy should be coordinated with NSD and completed prior to the filing of charges.

Racketeering. Approval requirements administered by the Violent Crime and Racketeering Section of the Criminal Division (VCRS), as described in Sections 9-110.000, *et seq.*, of the Justice

---

[2] The National Security Division and the Criminal Division are directed to notify the Office of the Deputy Attorney General regarding any modifications believed to be necessary to the Justice Manual and existing regulations to effectuate this policy.

[3] This policy exempts from NSD's approval and concurrence requirements cases involving 18 U.S.C. §§ 2332a, 2332b, 2339, 2339A, 2339B, 2339C, 2339D, 21 U.S.C. § 960A, and 50 U.S.C. § 1705. This policy does not exempt from NSD's approval and concurrence requirements cases involving 18 U.S.C. §§ 175, 175b, 219, 793, 794, 831, 951, and 1030(a)(1).

Manual, are suspended for filing racketeering charges and violent crimes in aid of racketeering targeting all Cartels and TCOs.

Consultation with VCRS and the Office of International Affairs is encouraged to facilitate coordination and uniform treatment of any diplomatic sensitivities. U.S. Attorneys' Offices shall provide VCRS with 24 hours' advance notice of the intention to seek charges and make available to VCRS upon request any existing memoranda relating to the contemplated charges. No new or additional paperwork will be required by VCRS in connection with these notices and consultations.

Within one week of the issuance of this memorandum, NSD and VCRS shall jointly propose standardized language to be used by federal prosecutors across the country to describe Tren de Aragua (TdA), La Mara Salvatrucha (MS-13), the Sinaloa Cartel, and the Jalisco New Generation Cartel in charging instruments and search warrants.

Foreign Corrupt Practices Act. The Criminal Division's Foreign Corrupt Practices Act Unit shall prioritize investigations related to foreign bribery that facilitates the criminal operations of Cartels and TCOs, and shift focus away from investigations and cases that do not involve such a connection. Examples of such cases include bribery of foreign officials to facilitate human smuggling and the trafficking of narcotics and firearms.

The requirements in Justice Manual § 9-47.110 requiring authorization by the Criminal Division for an investigation or prosecution of a case under the Foreign Corrupt Practices Act and Foreign Extortion Prevention Act, as well as the requirement that such investigations and prosecutions be conducted by trial attorneys of the Fraud Section, are suspended for all matters relating to foreign bribery associated with Cartels and TCOs. U.S. Attorney's Offices shall provide the Foreign Corrupt Practices Act Unit with 24 hours' advance notice of the intention to seek charges and make available to the Unit upon request any existing memoranda relating to the contemplated charges. No new or additional paperwork will be required by the Foreign Corrupt Practices Act Unit in connection with these notices and consultations.

Money Laundering and Asset Forfeiture. The Criminal Division's Money Laundering and Asset Recovery Section shall prioritize investigations, prosecutions, and asset forfeiture actions that target activities of Cartels and TCOs.

Task Force KleptoCapture, the Department's Kleptocracy Team, and the Kleptocracy Asset Recovery Initiative, shall be disbanded. Attorneys assigned to those initiatives shall return to their prior posts, and resources currently devoted to those efforts shall be committed to the total elimination of Cartels and TCOs.

### III. Joint Task Forces Vulcan and Alpha

Joint Task Force (JTF) Vulcan, an initiative launched in 2019 to destroy MS-13, and JTF Alpha, which was created in partnership with the Department of Homeland Security to enhance enforcement efforts against human smuggling and trafficking groups, will also be empowered to increase their contributions to this fight. JTF Vulcan's mission is expanded to target TdA, in

addition to MS-13. JTF Alpha will continue to target human trafficking and smuggling networks, with a focus on trafficking and smuggling by Cartels and TCOs.

Both JTFs will be elevated to the Office of the Attorney General and jointly supervised by the Office of the Deputy Attorney General. The Directors of JTFs Vulcan and Alpha will be situated in the Office of the Attorney General. Both JTFs will be supported by NSD and the Criminal Division, and their staffs will include additional AUSAs from around the country. The JTFs will engage and utilize each of the Department's law enforcement components, including Federal Bureau of Investigations, Drug Enforcement Administration, Bureau of Alcohol Tobacco, Firearms and Explosives, and United States Marshals Service, and coordinate within existing legal frameworks with DHS's Homeland Security Investigations, Immigration and Customs Enforcement, and Customs and Border Patrol.

### IV. Pursuing Legislative Changes to Improve Counter-Narcotics Efforts

While there are powerful tools available to combat Cartels and TCOs, greater authorities are needed to target these groups' manufacturing and distribution of fentanyl and other deadly drugs. Therefore, the Drug Enforcement Agency, the Office of Legal Policy and the Office of Legislative Affairs are directed to evaluate and, if deemed appropriate, advocate for the following legislative reforms:

- Permanently placing fentanyl-related substances on Schedule I of the Controlled Substances Act;
- Adding xylazine, which has no legitimate human use and makes fentanyl even more lethal, to Schedule III of the Controlled Substances Act;
- Broadening 21 U.S.C. § 843 to cover manufacturing and other conduct relating to fentanyl and fentanyl-related substances;
- Broadening 21 U.S.C. § 333 to cover devices and materials used to make counterfeit pills, such as imprinting drugs and drug containers; and
- Requiring serialization of pill-press machines and the machines' critical parts to facilitate tracking and investigation by law enforcement.

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 28 of 133



Federal Register
Vol. 67, No. 223
Tuesday, November 19, 2002

# Presidential Documents

Title 3—

The President

Executive Order 13276 of November 15, 2002

## Delegation of Responsibilities Concerning Undocumented Aliens Interdicted or Intercepted in the Caribbean Region

By the authority vested in me as President by the Constitution and the laws of the United States of America, including sections 212(f) and 215(a)(1) of the Immigration and Nationality Act, as amended (8 U.S.C. 1182(f) and 1185(a)(1)), and section 301 of title 3, United States Code, and in order to delegate appropriate responsibilities to Federal agencies for responding to migration of undocumented aliens in the Caribbean region, it is hereby ordered:

**Section 1.** *Duties and Authorities of Agency Heads.* Consistent with applicable law,

(a)(i) The Attorney General may maintain custody, at any location he deems appropriate, of any undocumented aliens he has reason to believe are seeking to enter the United States and who are interdicted or intercepted in the Caribbean region. In this regard, the Attorney General shall provide and operate a facility, or facilities, to house and provide for the needs of any such aliens. Such a facility may be located at Guantanamo Bay Naval Base or any other appropriate location.

(ii) The Attorney General may conduct any screening of such aliens that he deems appropriate, including screening to determine whether such aliens should be returned to their country of origin or transit, or whether they are persons in need of protection who should not be returned without their consent. If the Attorney General institutes such screening, then until a determination is made, the Attorney General shall provide for the custody, care, safety, transportation, and other needs of the aliens. The Attorney General shall continue to provide for the custody, care, safety, transportation, and other needs of aliens who are determined not to be persons in need of protection until such time as they are returned to their country of origin or transit.

(b) The Secretary of State shall provide for the custody, care, safety, transportation, and other needs of undocumented aliens interdicted or intercepted in the Caribbean region whom the Attorney General has identified as persons in need of protection. The Secretary of State shall provide for and execute a process for resettling such persons in need of protection, as appropriate, in countries other than their country of origin, and shall also undertake such diplomatic efforts as may be necessary to address the problem of illegal migration of aliens in the Caribbean region and to facilitate the return of those aliens who are determined not to be persons in need of protection.

(c)(i) The Secretary of Defense shall make available to the Attorney General and the Secretary of State, for the housing and care of any undocumented aliens interdicted or intercepted in the Caribbean region and taken into their custody, any facilities at Guantanamo Bay Naval Base that are excess to current military needs and the provision of which does not interfere with the operation and security of the base. The Secretary of Defense shall be responsible for providing access to such facilities and perimeter security. The Attorney General and the Secretary of State, respectively, shall be responsible for reimbursement for necessary supporting utilities.

(ii) In the event of a mass migration in the Caribbean region, the Secretary of Defense shall provide support to the Attorney General and the Secretary

of State in carrying out the duties described in paragraphs (a) and (b) of this section regarding the custody, care, safety, transportation, and other needs of the aliens, and shall assume primary responsibility for these duties on a nonreimbursable basis as necessary to contain the threat to national security posed by the migration. The Secretary of Defense shall also provide support to the Coast Guard in carrying out the duties described in Executive Order 12807 of May 24, 1992, regarding interdiction of migrants.

**Sec. 2.** *Definitions.* For purposes of this order, the term "mass migration" means a migration of undocumented aliens that is of such magnitude and duration that it poses a threat to the national security of the United States, as determined by the President.

**Sec. 3.** *Scope.*

(a) Nothing in this order shall be construed to impair or otherwise affect the authorities and responsibilities set forth in Executive Order 12807 of May 24, 1992.

(b) Nothing in this order shall be construed to make reviewable in any judicial or administrative proceeding, or otherwise, any action, omission, or matter that otherwise would not be reviewable.

(c) This order is intended only to improve the management of the executive branch. This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or equity or otherwise against the United States, its departments, agencies, entities, instrumentalities, officers, employees, or any other person.

(d) Any agency assigned any duties by this order may use the provisions of the Economy Act, 31 U.S.C. 1535 and 1536, to carry out such duties, to the extent permitted by such Act.

(e) This order shall not be construed to require any procedure to determine whether a person is a refugee or otherwise in need of protection.



THE WHITE HOUSE,
*November 15, 2002.*

[FR Doc. 02–29580
Filed 11–18–02; 11:24 am]
Billing code 3195–01–P

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 30 of 133

UNCLAS ~~FOUO~~

PAGE 1 OF 16

# FRAGO 01 TO USSOUTHCOM EXORD TO EXPAND MIGRANT OPERATIONS AT NAVAL STATION GUANTANAMO BAY

**Originator:** CDR USSOUTHCOM MIAMI FL//SCJ35
**Office:** SCJ35
**DTG:** 041253Z Feb 25
**Prec:** Routine
**To:** CDR USARSO FT SAM HOUSTON TX, AFSOUTH 12AF A2 DAVIS MONTHAN AFB AZ, AFSOUTH CAOC DAVIS MONTHAN AFB AZ, AFSOUTH WATCHCTR DAVIS MONTHAN AFB AZ, COMUSNAVSOUTH, COMMARFORSOUTH, COMSOCSOUTH, CDR JTF-BRAVO, JTF GTMO, HQ USSOUTHCOM J1 MIAMI FL, HQ USSOUTHCOM J2 MIAMI FL, HQ USSOUTHCOM J3 MIAMI FL, HQ USSOUTHCOM J4 MIAMI FL, HQ USSOUTHCOM J5 MIAMI FL, HQ USSOUTHCOM J6 MIAMI FL, HQ USSOUTHCOM J7 MIAMI FL, HQ USSOUTHCOM J8 MIAMI FL, HQ USSOUTHCOM J9 MIAMI FL, HQ USSOUTHCOM MIAMI FL, CCGDSEVEN MIAMI FL, HOMELAND SECURITY TASK FORCE SE MIAMI FL, NAVSTA GUANTANAMO BAY CU, NAVFAC SOUTHEAST JACKSONVILLE FL, JOINT STAFF J3 WASHINGTON DC, JOINT STAFF J5 WASHINGTON DC, USCIS WASHINGTON DC, HQ ICE ERO WASHINGTON DC
**CC:** DIRJIATF SOUTH, CDR USTRANSCOM SCOTT AFB IL, CDR USSOCOM MACDILL AFB FL, CDR USNORTHCOM PETERSON AFB CO, JOINT STAFF J3 DEP-DIR REGIONAL OPS WASHINGTON DC, DLA FT BELVOIR VA

TIMEZONE/Z//

MSGID/GENADMIN/DJ-3//
REF/A/DOC/PRES MEMO/YMD:20250129//
REF/B/VOCO/SECDEF/YMD:20250130//
REF/C/EMAIL/JS DJ3/YMD: 20250130//
REF/D/DOC/JCS/YMD: 20250130//
REF/E/EXORD/USSOUTHCOM/312353Z JAN25//
REF/F/APPENDIX/USSOUTHCOM J3/20250130//

AMPN/
REF A IS THE PRESIDENTIAL MEMORANDUM FOR THE SECRETARY OF DEFENSE AND

THE SECRETARY OF HOMELAND SECURITY, EXPANDING MIGRANT OPERATIONS CENTER AT NAVAL STATION GUANTANAMO BAY TO FULL CAPACITY.//
REF B IS THE SECRETARY OF DEFENSE (SECDEF) VERBAL ORDER OF THE COMMANDING OFFICER (VOCO) FOR CDRUSSOUTHCOM TO EXPAND MIGRANT OPERATIONS AT NAVAL STATION GUANTANAMO BAY.//
REF C IS EMAIL FROM JOINT STAFF DIRECTOR OF OPERATIONS (DJ3) MEMORIALIZING REF B.//
REF D GENADMIN: SECRETARY OF DEFENSE VOCO TO EXPAND MIGRANT OPERATIONS
AT NAVAL STATION GUANTANAMO BAY.//
REF E IS USSOUTHCOM EXORD TO EXPAND MIGRANT OPERATIONS AT NSGB.//
REF F IS GUANTANAMO BAY JTF-MIGOPS ILLEGAL ALIEN HOLDING OPERATIONS USE OF FORCE APPENDIX//

MSGID/ORDER/CDRUSSOUTHCOM//

NARR ~~(CUI)~~ THIS IS A USSOUTHCOM EXECUTION ORDER DIRECTING CDR JTF TO EXPAND MIGRANT OPERATIONS AT NAVAL STATION GUANTANAMO BAY (NSGB) IN SUPPORT OF REF A TO INCLUDE THE HOUSING OF UP TO 30,000 ILLEGAL ALIENS
OF VARYING STATUS INCLUDING THOSE THAT POSE A HEIGHTENED SECURITY THREAT AS EARLY AS 30 JAN 2025. AS OF 03 FEB 2025, THIS MISSION HAS BEEN NAMED "OPERATION SOUTHERN GUARD" AND JTF-MIGOPS WILL NOW BE NAMED
JTF-SOUTHERN GUARD.

1. (U) SITUATION.

UNCLAS ~~FOUO~~

1.A. (U) ON 29JAN25, POTUS SIGNED AN EXECUTIVE ORDER DIRECTING THE SECRETARY OF DEFENSE AND THE SECRETARY OF HOMELAND SECURITY TO TAKE ALL APPROPRIATE ACTIONS TO EXPAND THE MIGRANT OPERATIONS CENTER AT NAVAL STATION GUANTANAMO BAY TO FULL CAPACITY TO PROVIDE ADDITIONAL HOLDING SPACE FOR HIGH-PRIORITY CRIMINAL ALIENS UNLAWFULLY PRESENT IN

THE UNITED STATES, AND TO ADDRESS ATTENDANT IMMIGRATION ENFORCEMENT NEEDS IDENTIFIED BY THE DEPARTMENT OF DEFENSE AND THE DEPARTMENT OF HOMELAND SECURITY.

1.B. ~~(CUI)~~ IAW REF B, CDRUSSOUTHCOM IS DIRECTED TO CONDUCT ILLEGAL ALIEN HOLDING OPERATIONS FOR UP 10,000 ILLEGAL ALIENS PENDING RELOCATION WITH SUBSEQUENT EXPANSION TO ACCOMMODATE A TOTAL OF 30,000

ILLEGAL ALIENS PENDING RELOCATION.

1.C. (CUI) IAW REF B, CDRUSSOUTHCOM IS AUTHORIZED TO TAKE ACTIONS NECESSARY TO EFFECTUATE REF B, INCLUDING MOVEMENT OF PERSONNEL, EQUIPMENT, AND THE EXPENDITURE OF FUNDS FOR REF A MISSION AS ORDERED IN REF B.

1.D. ~~(CUI)~~ C-DAY IS 30 JAN 2025 AND D-DAY IS 31 JAN 2025.

2. ~~(CUI)~~ MISSION. USSOUTHCOM CONDUCTS ILLEGAL ALIEN HOLDING OPERATIONS
(IAHO) IN SUPPORT OF THE DEPARTMENT OF HOMELAND SECURITY (LEAD FEDERAL
AGENCY) TO PROVIDE FOR THE CARE, SAFETY, AND TRANSPORTATION OF ILLEGAL
ALIENS AT NAVAL STATION GUANTANAMO BAY NLT 31 JAN 2025.

3. (U) EXECUTION.

3.A. (U) COMMANDER'S INTENT.

3.A.1. ~~(CUI)~~ PURPOSE. MY INTENT IS TO DEPLOY FORCES TO NAVAL STATION

GUANTANAMO BAY TO EXPAND MIGRANT OPERATIONS TO FULL CAPACITY AND TO PROVIDE ADDITIONAL HOLDING SPACE FOR HIGH-THREAT ILLEGAL ALIENS.

3.A.2. ~~(CUI)~~ METHOD. THIS OPERATION WILL RAPIDLY PROJECT FORCES TO ACHIEVE NECESSARY REQUIREMENTS FOR CAMP OPERATIONS. ESTABLISH CAMP OPERATIONS AND EXPANSION OF CAMPS ON THE LEEWARD SIDE OF NSGB AND SUPPORT OPERATIONS ON THE WINDWARD SIDE TO MEET IAHO POPULATION REQUIREMENTS. CONTRACT SOLUTIONS WILL REPLACE DOD CAPABILITIES WHERE FEASIBLE IN ORDER TO MINIMIZE THE DOD FOOTPRINT OVER TIME.

3.A.3. ~~(CUI)~~ ENDSTATE. ALL ILLEGAL ALIENS HELD AT GUANTANAMO BAY ARE

SAFELY REMOVED AS DIRECTED BY LEAD FEDERAL AGENCY AND BASE OPERATIONS

RETURN TO NORMAL.

3.B. (U) CONCEPT OF THE OPERATION.

3.B.1. (U) THIS OPERATION WILL BE CONDUCTED IN FOUR PHASES: PHASE I -
MIGRANT OPERATIONS CENTER (MOC)EXPANSION; PHASE II - LEEWARD INTIAL OPERATIONAL CAPACITY (IOC); PHASE III - LEEWARD FULL OPERATIONAL CAPACITY (FOC); AND PHASE IV - WINDWARD EXPANSION. USSOUTHCOM WILL DESIGNATE JTF-SOUTHERN GUARD AS THE JOINT FORCE COMMANDER (JFC) WITH RESPONSIBILITY AND AUTHORITY TO LEAD THE OPERATIONAL EFFORT FOR IAHO IN SUPPORT OF DHS.

3.B.2. - ADD: (U) TERMS OF REFERENCE FOR ILLEGAL ALIENS, HIGH THREAT ILLEGAL ALIENS, HOLDING OPERATIONS, ETC WILL BE PROVIDED IN SUBSEQUENT
FRAGMENTARY ORDER IN COORDINATION WITH DHS/ICE.

3.C. (U) TASKS.

3.C.1. (U) CDR JTF-SOUTHERN GUARD.



~~Protected Material -- Subject to Protective Order~~

3.C.1.A. (U) ASSUME OPCON OF INBOUND FORCES.
3.C.1.A.1. (U) COMMENCE CRISIS ACTION PLANNING INCLUDING REQUIRED PERSONNEL AND EQUIPMENT AUGMENTATION TO DEVELOP SUPPORTING PLAN FOR NSGB IAHO.
3.C.1.B. (U) CONDUCT IAHO AT NSGB TO PROVIDE CARE, SAFETY, AND TRANSPORTATION AS REQUIRED.
3.C.1.C. (U) COORDINATE WITH USNAVSOUTH FOR BOS SUPPORT AT NSGB.
3.C.1.D. (U) EXECUTE CONSTRUCTION AND EXPANSION OF CAMPS FOR DEPLOYED FORCES AND ILLEGAL ALIENS.
3.C.1.E. (U) ESTABLISH LEEWARD CAMP L1 WITH THE ABILITY TO SECURE, HOUSE AND FEED APPROXIMATELY 1000 ILLEGAL ALIENS NLT D+10.
3.C.1.F. (U) ESTABLISH LEEWARD CAMPS L2-L6 WITH THE ABILITY TO SECURE, HOUSE AND FEED UP TO A TOTAL OF APPROXIMATELY 10,000 ILLEGAL ALIENS NLT D+21.
3.C.1.G. (U) ON ORDER, ESTABLISH WINDWARD CAMPS (PHILLIPS, MCCALLA AND NSGB GOLF COURSE) WITH THE ABILITY TO SECURE, HOUSE, AND FEED UP TO A TOTAL OF APPROXIMATELY 30,000 ILLEGAL ALIENS ON NSGB.
3.C.1.H. (U) DEVELOP A DISTINCT PLAN WITH SUPPORTING LOGISTICAL REQUIREMENTS FOR HOUSING OF HIGH THREAT ILLEGAL ALIENS (HTIA).
3.C.1.I. (U) COORDINATE WITH CDRUSSOUTHCOM, NSGB, AND OTHER USSOUTHCOM STAFF (AS REQUIRED) TO FACILITATE WINDWARD CAMP EXPANSION.
3.C.1.J. (U) CONDUCT JOINT RECEPTION, STAGING, ONWARD MOVEMENT, AND INTEGRATION (JRSOI) OF ALL ELEMENTS DEPLOYED IN SUPPORT OF THIS OPERATION.
3.C.1.K. (U) BPT ESTABLISH A JOINT INTELLIGENCE SUPPORT ELEMENT (JISE) AS NECESSARY.
3.C.1.L. (U) BPT ESTABLISH A HUMINT AND/OR CI COORDINATION CELL (J2X) WITH A HUMINT OPERATIONS CELL (HOC) AND TASK FORCE COUNTERINTELLIGENCE COORDINATING AUTHORITY (TFCICA) TO EXECUTE COORDINATION AND DECONFLICTION OF HUMINT AND COUNTERINTELLIGENCE ACTIVITIES WITH NAVAL FORCES OPERATING IN THE MARITIME AREA OF OPERATION. KEEP USG CIVILIAN AGENCIES INFORMED.
3.C.1.M (U) ESTABLISH METOC CELL WITH A DESIGNATED JOINT METOC OFFICER (JMO), RESPONSIBLE FOR SUPPORT OF JOINT OPERATIONS AND PLANNING.
3.C.1.N. (U) COORDINATE WITH USSOUTHCOM J6 AND PARTICIPATING FORCES TO ESTABLISH A COMMUNICATIONS ARCHITECTURE THAT MAXIMIZES C2, INTEROPERABILITY, FUNCTIONALITY, AND SECURITY FOR ALL JTF NETWORKS AND SERVICES IAW ANNEX K GUIDANCE.
3.C.1.O. (U) PROVIDE OPERATIONAL ASSESSMENT UPDATES ON PROGRESS TOWARDS DIRECTED OBJECTIVES AND EFFECTS TO CDRUSSOUTHCOM.
3.C.1.P. (U) DESIGNATE FORCES FOR THE ACCOMPLISHMENT OF EQUIPMENT RETROGRADE AND BASE RESTORATION MISSIONS AT THE HOLDING CAMP.
3.C.1.Q. (U) ICW COMMANDER, NAVY REGION SOUTHEAST (CNRSE) AND NSGB CONDUCT ACTIONS TO RETURN FACILITIES AND GROUNDS TO AN ACCEPTABLE STATE UPON COMPLETION OF OPERATIONS.
3.C.1.R. - MODIFY: (U) ESTABLISH OPERATIONAL CONTRACT SUPPORT INTEGRATION CELL (OCSIC) AND PERFORM OCSIC FUNCTIONS IN SUPPORT OF JTF OEPRATIONS (E.G., CONDUCT JOINT REQUIREMENTS REVIEW BOARD, INTEGRATE

AND SYNCHRONIZE COMMERCIAL SUPPORT TO JTF CUOPS/FUOPS). COORDINATE WITH NAVSOUTH (AS LEAD SERVICE FOR CONTRACTING (LSC)) AND ITS DESIGNATED SENIOR CONTRACTING OFFICIAL (SCO) REGARDING PROCEDURES TO SUBMIT APPROVED REQUIREMENTS FOR CONTRACTING ACTIONS. SUPPORT USSOUTHCOM OCS WORKING GROUP AS REQUIRED.

3.C.1.S. (U) COORDINATE WITH DOJ AND DHS FOR CAMP DISPOSITION NEEDS FOR ILLEGAL ALIENS OF INTEREST OR PERSONS UNDER CRIMINAL INVESTIGATION.

3.C.1.T. (U) ESTABLISH COMMON ACCOUNTABILITY AND ACCESS PROCEDURES FOR ILLEGAL ALIEN POSSESSIONS, ESPECIALLY MOBILE PHONES.

3.C.1.U. (U) PROVIDE SUSTAINMENT FOR ILLEGAL ALIENS AND JTF MEMBERS.

3.C.1.V. (U) ASSUME TACON OF JTF-GTMO GUARD FORCES IN DIRECT SUPPORT OF DHS/ICE FOR CONTROL OF HTIA. DHS/ICE WILL MAINTAIN CUSTODY OF HTIA. NOTHING IN THIS ORDER SHALL DETRACT FROM JTF-GTMO PRIMARY RESPONSIBILITY TO PROVIDE CUSTODY AND CONTROL OF LAW OF WAR DETAINEES.

3.C.1.W. - ADD: (U) PROVIDE COMMON USER LOGISTICS (CUL) TO UNITS AND PERSONNEL ASSIGNED/OPCON/TACON TO THE JTF.

3.C.1.X. - ADD: (U) COORDINATE FORCE PROTECTION PLANS WITH NAVAL STATION GUANTANAMO BAY.

3.C.2. (U) COMMANDER, U.S. ARMY SOUTH (CDRUSARSOUTH).

3.C.2.A. (U) IMMEDIATELY DEPLOY SSAT AND ADVANCE PARTY TO NSGB TO COORDINATE WITH NSGB AND INTERAGENCY PERSONNEL.

3.C.2.B. (U) ESTABLISH JTF-SOUTHERN GUARD AND SERVE AS THE INITIAL JOINT FORCE COMMANDER (JFC) AT NSGB NLT 01 FEB 2025.

3.C.2.C. (U) ICW USNAVSOUTH, CNRSE AND USSOUTHCOM J4 (ENGINEERS), REVIEW ILLEGAL ALIEN CAMP CONSTRUCTION PLAN.

3.C.2.D. (U) ESTABLISH A JOINT NETWORK CONTROL CENTER TO MONITOR AND REPORT ALL JTF COMMUNICATION ITEMS OF INTEREST TO USSOUTHCOM'S JOINT DEFENSE OPERATIONS CENTER.

3.C.2.E. - MODIFY: (U) MAINTAIN A DETAILED CONCEPT OF LOGISTICS SUPPORT INCLUDING DECISION POINTS AND TIMELINES FOR INITIATING TRANSITION OF REQUIREMENTS TO CONTRACT SOLUTIONS.

3.C.2.F. - MODIFY: (U) COORDINATE REQUIREMENTS WITH THE JTF AND WITH NAVY (AS LEAD SERVICE FOR CONTRACTING (LSC)) FOR CONTRACTING ACTIONS.

3.C.2.G. (U) CONDUCT COORDINATION WITH USNAVSOUTH TO INTEGRATE ILLEGAL ALIEN CAMP REQUIREMENTS INTO THE BOS-I FOR NSGB.

3.C.2.H. (U) BPT SERVE AS THE FINANCIAL MANAGEMENT ISO JTF-SOUTHERN GUARD.

3.C.2.I. (U) ASSESS REQUIREMENT FOR A CIVIL AFFAIRS TEAM (CAT) TO MONITOR MEASURES OF EFFECTIVENESS FOR HUMANITARIAN ASSISTANCE AND INFORMATION OPERATIONS KEY INDICATORS FOR PROVISION OF WATER, SANITATION, FOOD, HEALTH, SHELTER AND NON-FOOD ITEMS, AND DRIVERS CONTRIBUTING TO INCREASE ILLEGAL ALIEN FLOW, AND BPT PLACE A CIVIL MILITARY OPERATIONS CENTER (CMOC) AT SOURCE COUNTRY OF MIGRATION OR, IF DIRECTED, AT NSGB.

3.C.2.J. (U) COORDINATE WITH ARMY MATERIAL COMMAND TO DRAW AND RECEIVE OPERATIONAL PROJECT STOCKS REQUIRED ISO HOLDING CAMP OPERATIONS.

3.C.3. (U) COMMANDER, U.S. NAVAL FORCES SOUTH (COMUSNAVSOUTH).

3.C.3.A. (U) PROVIDE A DEPUTY COMMANDER (PROPOSED RANK O6) TO JTF-SOUTHERN GUARD, WHEN FORMED.

3.C.3.B. - MODIFY: (U)ACCEPT ADCON OF DEPLOYING U.S. NAVAL FORCES UPON ARRIVAL AT NSGB.

3.C.3.C. (U) SUPPORT ARSOUTH IN REVIEWING OPERATIONAL REQUIREMENTS INCLUDING FACILITY, EQUIPMENT, AND SUPPLY REQUIREMENTS ON NSGB.

3.C.3.D. - MODIFY: (U) DESIGNATED AS LEAD SERVICE FOR CONTRACTING

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 34 of 133



(LSC). COORDINATE WITH CNRSE FOR BOS FUNCTION SUPPORT AT NSGB.
3.C.3.E. - MODIFY: (U) DEVELOP CONTRACTS TO SUPPORT HOLDING CAMP OPERATIONS TO INCLUDE LIFE SUPPORT SUPPLIES AND SERVICES OF ILLEGAL ALIENS AND CAMP MANAGEMENT AT NSGB WITH ASSOCIATED TIMELINES AND COST.
CONTRACT SOLUTIONS FOR TASK PERFORMED BY MILITARY FORCES TO REDUCE FORCE REQUIREMENTS AS SOON AS FEASBLE BUT NLT D+180.
3.C.3.F. - MODIFY: (U) COORDINATE FOR THE NAVY TO SERVE AS LSC. ESTABLISH OCS INTEGRATION CELL (OCSIC). DESIGNATE SENIOR CONTRACTING OFFICIAL (SCO) TO CHAIR JOINT CONTRACTING SUPPORT BOARD (JCSB). PUBLISH PROCEDURES FOR RECEIPT OF ACQUISITION-READY REQUIREMENTS.
3.C.3.G. (U) REMOVED.
3.C.3.H. (U) REMOVED.
3.C.3.I. (U) IDENTIFY INFRASTRUCTURE IMPROVEMENTS REQUIRED TO SUSTAIN

U.S. OPERATIONS ON NAVAL STATION WINDWARD SIDE.
3.C.3.J - ADD: (U) SERVE AS EXECUTIVE AGENT AND EXERCISE FORCE PROTECTTION TACON ON BEHALF OF CDR, USSOUTHCOM FOR NAVAL STATION GUANTANAMO BAY.

3.C.4. (U) COMMANDER, U.S. MARINE CORPS FORCES, SOUTH (COMUSMARFORSOUTH).
3.C.4.A. (U) SUPPORT ARSOUTH/CDR JTF-SOUTHERN GUARD, IN PLANNING FOR INITIAL HOLDING CAMP SURGE OPERATIONS.
3.C.4.B. - MODIFY: (U) BPT PROVIDE LIAISONS TO ARSOUTH/JTF-SOUTHERN GUARD AND USNAVSOUTHIN ORDER TO FACILITATE COMMUNICATIONS AND SUPPORT

TO PLANNING OPERATIONS.
3.C.4.C. - MODIFY: (U)ACCEPT ADCON OF DEPLOYING MARINE FORCES UPON ARRIVAL AT NSGB.
3.C.4.D. (U) BPT SUPPORT JTF-SOUTHERN GUARD WITH CIVIL AFFAIRS ASSETS.

3.C.5. (U) COMMANDER, U.S. AIR FORCES SOUTH (COMUSAFSOUTH)
3.C.5.A. (U) DESIGNATED AS THEATER JOINT FORCE AIR COMPONENT COMMANDER
(JFACC).
3.C.5.B. (U) SUPPORT ARSOUTH/JTF-SOUTHERN GUARD.
3.C.5.C. (U) BPT EXECUTE INTRA-THEATER AIR MOBILITY OPERATIONS AS DIRECTED TO INCLUDE INTEGRATING ADDITIONAL ALLOCATED AIR ASSETS.

3.C.6. (U) COMMANDER, U.S. SPECIAL OPERATIONS SOUTH (COMSOCSOUTH).
3.C.6.A. (U) BPT PROVIDE PLANNING PERSONNEL AND SUPPORT TO CDR JTF-SOUTHERN GUARD.
3.C.6.B. (U) BPT PROVIDE SOF RECOMMENDATIONS NECESSARY TO SUPPORT THIS
PLAN. SPECIFICALLY, RECOMMENDATIONS FOR THE COMMAND AND CONTROL OF SOF PERSONNEL.
3.C.6.C. (U) BPT SUPPORT WITH SELECT IN-THEATER CIVIL AFFAIRS AND/OR MISO ASSETS TO JTF-SOUTHERN GUARD.

3.C.6.D. (U) DIRECTOR, JOINT INTERAGENCY TASK FORCE SOUTH (JIATF-S).

BE PREPARED TO RELINQUISH TACON OF U.S. DOD AIR AND MARITIME ASSETS TO
SUPPORT JTF-SOUTHERN GUARD UNTIL FURTHER NOTICE.

3.C.7. (U) COMMANDER, JOINT TASK FORCE GUANTANAMO.
3.C.7.A. (U) BPT PROVIDE PLANNING PERSONNEL AND SUPPORT TO CDR JTF-SOUTHERN GUARD.
3.C.7.B. (U) PROVIDE ENGINEERING ASSESSMENT OF INFRASTRUCTURE IMPROVEMENTS REQUIRED TO HOLD HIGH THREAT ILLEGAL ALIENS (HTIA) IN

JTF-GUANTANAMO FACILITIES.
3.C.7.C. (U) DIRLAUTH AUTHORIZED TO COORDINATE AND CONDUCT INTERAGENCY HOLDING OPERATIONS TRAINING WITH IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) PERSONNEL AT NSGB.
3.C.7.D. (U) COMPLETE.
3.C.7.E. PROVIDE JTF-GTMO GUARD FORCES TACON TO JTF-SOUTHERN GUARD IN DIRECT SUPPORT OF DHS/ICE FOR CONTROL OF HTIA. DHS/ICE WILL MAINTAIN CUSTODY OF HTIA. NOTHING IN THIS ORDER SHALL DETRACT FROM JTF-GTMO PRIMARY RESPONSIBILITY TO PROVIDE CUSTODY AND CONTROL OF LAW OF WAR DETAINEES.

3.C.8. (U) USSOUTHCOM STAFF.
3.C.8.A. (U) USSOUTHCOM J1 (SCJ1).
3.C.8.A.1. (U) PROVIDE PLANNING REPRESENTATION AND PERSONNEL IN SUPPORT OF USSOUTHCOM'S B2C2WG.
3.C.8.A.2. (U) COORDINATE PERSONNEL SUPPORT IN SUPPORT OF THE JTF.
3.C.8.A.3. (U) DEVELOP, MAINTAIN, AND COORDINATE FILLS FOR THE JTF-SOUTHERN GUARD JOINT MANNING DOCUMENT (JMD) POSITIONS.
3.C.8.A.4 (U) IMPLEMENT A DESIGNATED ATAAPS CODE TO TRACK AND ACCOUNT FOR ALL OVERTIME HOURS WORKED BY SC HQ PERSONNEL IN DIRECT SUPPORT OF OPERATION.

3.C.8.B. (U) USSOUTHCOM J2 (SCJ2).
3.C.8.B.1. - MODIFY: (U) PROVIDE THREAT ASSESSMENT TO THE JOINT PLANNING GROUP (JPG), JTF, AND DEPLOYING FORCES.
3.C.8.B.2. (U) BPT PROVIDE [redacted] TO HSTF-SE INTELLIGENCE SECTION OF THIS OPERATION UNTIL NO LONGER REQUIRED.
3.C.8.B.3. (U) PROVIDE INDICATIONS AND WARNING OF IMPENDING CARIBBEAN MARITIME MASS MIGRATION ICW USCG MIFC-LANT.
3.C.8.B.4. (U) ICW DHS, BPT ESTABLISH AN INTELLIGENCE FUSION CELL (IFC) AND STAND UP AN INTELLIGENCE COMMUNITY OF INTEREST (COI) TO FUNCTION AS FOCAL POINT AND LEAD FOR COORDINATION, COLLABORATION, AND FACILITATION OF INTELLIGENCE SUPPORTING THIS MISSION ICW WITH ALL MEMBERS OF THE INTELLIGENCE COMMUNITY (IC) AND ANY OTHER STAKEHOLDERS INVOLVED IN SUPPORTING THE CRISIS EVENT(S).
3.C.8.B.5. (U) COORDINATE THEATER AND REQUEST NATIONAL INTELLIGENCE COLLECTION AND OTHER SUPPORT AS REQUIRED SUPPORTING MARITIME SUPPORT AND HOLDING CAMP OPERATIONS.
3.C.8.B.6. (U) COORDINATE WITH HSTF-SE/DHS TO DEVELOP A COLLECTION STRATEGY AND REFINE ISR CONOP FOR P1+ OPERATIONS; IDENTIFY REQUIREMENTS FOR ADDITIONAL THEATER ISR ASSETS (RFF) AND PED SUPPORT (RFS).
3.C.8.B.7. (U) BPT REDIRECT AND REQUEST AVAILABLE TRADITIONAL AND NON-STANDARD INTELLIGENCE, SURVEILLANCE, AND RECONNAISSANCE (ISR) ASSETS AS REQUIRED TO ACTION THE COLLECTION STRATEGY AND ADDRESS INTELLIGENCE GAPS.
3.C.8.B.8. (U) HQ USSOUTHCOM J2 INTELLIGENCE FOREIGN DISCLOSURE OFFICE (FDO) WILL BE RESPONSIBLE FOR THE REVIEW AND APPROVAL/DISAPPROVAL OF USSOUTHCOM ORIGINATED CLASSIFIED MILITARY INFORMATION (CMI) AND CONTROLLED UNCLASSIFIED INFORMATION (CUI) PRODUCTS. ALL FOREIGN DISCLOSURE REQUESTS FOR MILITARY INTELLIGENCE INFORMATION WILL BE

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 36 of 133



COORDINATED VIA SCJ2 INTEL FDO FOR REVIEW AND APPROVAL/DISAPPROVAL PRIOR TO FOREIGN RELEASE. IF YOU HAVE QUESTIONS ABOUT INTELLIGENCE FOREIGN DISCLOSURE, PLEASE CONTACT THE SCJ2 INTEL FDO AT [redacted]

INTEL FDO GROUP [redacted]

3.C.8.B.9. (U) PROVIDE PLANNING REPRESENTATION AND PERSONNEL IN SUPPORT OF USSOUTHCOM'S B2C2WG.
3.C.8.B.10. (U) DEVELOP AND REFINE PRIORITY INTELLIGENCE REQUIREMENTS (PIRS) AND ESSENTIAL ELEMENTS OF INFORMATION (EEIS) IN SUPPORT OF THE COMMANDER'S CRITICAL INFORMATION REQUIREMENTS (CCIRS) AND DECISION POINTS (DPS).
3.C.8.B.11. - MODIFY: (U) COORDINATE WITH DIA, DHS, AND USG STAKEHOLDERS TO UTILIZE ENHANCED DOMAIN AWARENESS (EDA) TO INCREASE INFORMATION SHARING, AS WELL AS PROVIDE A COMMON INTELLIGENCE PICTURE (CIP) / COMMON OPERATING PICTURE (COP) THAT FOCUSES ON LAND AND MARITIME MIGRATION.
3.C.8.B.12. - ADD: (U) BPT TO CREATE EDA SOLUTIONS TO SHARE WITH ALLIES AND PARTNER NATIONS.
3.C.8.B.13. (U) BPT REFINE AND COORDINATE HUMAN INTELLIGENCE (HUMINT) AND COUNTERINTELLIGENCE (CI) STRATEGIES TO OPTIMIZE THE EMPLOYMENT OF DOD, SERVICE FORCE PROTECTION AND CI COLLECTION ASSETS.
3.C.8.B.14. (U) BPT SUPPORT ENHANCED VETTING OF ILLEGAL ALIENS TO ASSIST THE LEAD FEDERAL AGENCY IN IDENTIFYING AND CHARACTERIZING THE THREAT.
3.C.8.B.15. - ADD: (U) BPT PROVIDE [redacted] SECURITY SUPPORT PERSONNEL IN DIRECT SUPPORT OF JTF-SOUTHERN GUARD AT NSGB FOR ACCESS CONTROL, INFO SECURITY, AND PHYSICAL SECURITY.

3.C.8.C. (U) USSOUTHCOM J3 (SCJ3).
3.C.8.C.1. (U) PROVIDE PLANNING REPRESENTATION AND PERSONNEL IN SUPPORT OF USSOUTHCOM'S B2C2WG.
3.C.8.C.2. (U) ACTIVATE THE USSOUTHCOM CRISIS ACTION TEAM (CAT) AND THE FUTURE OPERATIONS (FUOPS) OPT.
3.C.8.C.3. (U) TASK COMPONENT COMMANDS AS REQUIRED TO SUPPORT HOLDING OPERATIONS.
3.C.8.C.4. (U) VALIDATE JTF-SOUTHERN GUARD JMD REQUIREMENTS.
3.C.8.C.5. (U) BPT SUBMIT PTDO/RFF (INCLUDING ENGINEER SUPPORT FOR THE CONSTRUCTION OF HOLDING CAMPS) TO THE JOINT STAFF.
3.C.8.C.6. (U) COORDINATE WITH SCJ2 FOR ISR COVERAGE AND COLLECTIONS REQUIREMENTS.
3.C.8.C.7. (U) BPT REQUEST JECC MISSION-TAILORED PACKAGE TO AUGMENT USSOUTHCOM AND JTF-SOUTHERN GUARD.
3.C.8.C.8. (U) REQUEST AIRLIFT AS REQUIRED.
3.C.8.C.9. (U) ISSUE PLANS AND ORDERS AS REQUIRED.
3.C.8.C.10. (U) PROVIDE SPECIFIC AUGMENTATION TO JTF-SOUTHERN GUARD, AS REQUIRED.
3.C.8.C.11. (U) DEVELOP, VALIDATE, AND GAIN APPROVAL OF TPFDD.
3.C.8.C.12. (U) THROUGH THE SENIOR METOC OFFICER SERVES AS THE FOCAL



~~Protected Material – Subject to Protective Order~~

POINT FOR JOINT FORCE METOC SUPPORT. ENSURES ALL METOC CAPABILITY REQUIREMENTS ARE VALIDATED.
3.C.8.C.13. (U) SUPPORT NSGB FOR ANY EVACUATION OF NON-ESSENTIAL PERSONNEL AND FAMILY MEMBERS, IF REQUIRED FOR SAFETY/SECURITY REASONS

AS CAMPS EXPAND.
3.C.8.C.14. (U) PRODUCE AND TRANSMIT APPLICABLE ORDERS NECESSARY TO SUPPORT THE OPERATION. ALERT SUBORDINATE COMMAND HEADQUARTERS OF AN IMPENDING REQUIREMENT TO PROVIDE PERSONNEL AND SUPPORT FOR THE EXECUTION OF HOLDING OPERATIONS.
3.C.8.C.15. (U) RECEIVE A COMPREHENSIVE AFTER-ACTION REVIEW FROM THE JTF, FOR USE WITH USSOUTHCOM AND FOR DISSEMINATION TO OTHER COMBATANT

COMMANDS.
3.C.8.C.16. (U) COLLECT AND PRESERVE ALL RECORDS ASSOCIATED WITH THE OPERATION.
3.C.8.C.17. (U) ASSIST JTF-SOUTHERN GUARD IN EXECUTING FORCE PROTECTION (FP) RESPONSIBILITIES. RECOMMEND FP POLICIES, INCLUDING WEAPONS POLICY, AND ROE/RUF TO CDRUSSOUTHCOM IN COORDINATION WITH SCJ2
AND SCSJA.
3.C.8.C.18. [redacted] SET PRIORITY OF MISSION AND PRIORITY OF SUPPORT FOR

OPERATIONS IN EXECUTION AT NSGB.
3.C.8.C.19. [redacted] DETERMINE DEPLOYMENT CRITERIA FOR DEPLOYING FORCES TO NSGB.
3.C.8.C.20. (U) COORDINATE PREPARATION OF NSGB FOR HOLDING CAMP OPERATIONS (USSOUTHCOM STAFF, USARSOUTH AND USNAVSOUTH).
3.C.8.C.21. (U) GENERATE AND MAINTAINS A ROSTER FOR A 50 PAX SUPPORT ELEMENT TO AUGMENT NSGB PREPARATION TO ASSIST JTF-SOUTHERN GUARD PRIOR
TO IOC.
3.C.8.C.22. ASSIGN LNO SUPPORT FROM SOUTHCOM TO IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN WASHINGTON DC.
3.C.8.C.23. - ADD: (U) CONDUCT ASSESSMENT OF FP REQUIREMENTS AT NSGB.

3.C.8.D. (U) USSOUTHCOM J4 (SCJ4).
3.C.8.D.1. (U) PROVIDE PLANNING REPRESENTATION AND PERSONNEL IN SUPPORT OF USSOUTHCOM'S B2C2WG.
3.C.8.D.2. (U) SUPPORT PLANNING AND EXECUTION OF LOGISTICS SERVICES, MAINTENANCE, SUPPLY, DEPLOYMENT AND DISTRIBUTION, ENGINEERING, AND OPERATIONAL CONTRACT SUPPORT.
3.C.8.D.3. (U) ICW USARSOUTH, JTF-GTMO, AND USNAVSOUTH, IDENTIFY EMERGENT REQUIREMENTS TO DEVELOP LEEWARD AND WINDWARD INFRASTRUCTURE TO INCLUDING FACILITY, EQUIPMENT, AND SUPPLY REQUIREMENTS ON NSGB.
3.C.8.D.4. (U) SYNCHRONIZE ACTIONS OF ALL LOGISTICS ENABLERS INVOLVED

IN THIS OPERATION VIA THE JOINT LOGISTICS COORDINATION BOARD, TO INCLUDE ADJACENT CCMDS, FUNCTIONAL CMDS, SERVICE COMPONENTS, COMBAT SUPPORT AGENCIES, AND INTERAGENCY (DHS, ICE).
3.C.8.D.5. (U) COORDINATE WITH DLA AS REQUIRED TO MAINTAIN SUPPORT TO

HOLDING CAMP OPERATIONS AT NSGB.
3.C.8.D.6. (U) COORDINATE STRATEGIC MOVEMENTS IN SUPPORT OF DEPLOYMENT
OPERATIONS.
3.C.8.D.7. (U) BE PREPARED TO COORDINATE AND SYNCHRONIZE ENGINEERING RESOURCES AS REQUIRED.
3.C.8.D.8. (U) BE PREPARED TO FACILITATE ENGINEER REACH BACK SUPPORT FOR TECHNICAL EXPERTISE AS REQUIRED.
3.C.8.D.9. [redacted] SET PRIORITY OF MOVEMENT FOR LOGISTICS SUPPORTING

OPERATIONS AT NSGB.
3.C.8.D.10 (U) ICW NSGB PROVIDE AN ASSESSMENT OF HARDENED FACILITIES ON NSGB, TO INCLUDE CAPACITY AND CAPABILITIES TO SUPPORT JTF-SOUTHERN

GUARD AND ILLEGAL ALIENS DURING SEVERE WEATHER.
3.C.8.D.11. (U) IN COORDINATION WITH NAVSOUTH, CREATE A POAM TO TRANSITION HOLDING CAMP LOGISTICAL FUNCTIONS FROM MILITARY TO CONTRACTED SOLUTIONS AS EARLY AS D+180.
3.C.8.D.12. (U) ESTABLISH THE USSOUTHCOM OCS INTEGRATION CELL (OCSIC).

3.C.8.E. (U) USSOUTHCOM J5(SCJ5).
3.C.8.E.1. (U) PROVIDE PLANNING REPRESENTATION AND PERSONNEL IN SUPPORT OF USSOUTHCOM'S B2C2WG.
3.C.8.E.2. U) AS REQUIRED, CONDUCT SEQUEL PLANNING VIA THE FUTURE PLANS JOINT PLANNING GROUP (FUPLANS JPG).
3.C.8.E.3. (U) AS REQUIRED, UPDATE THE USSOUTHCOM CAMPAIGN PLAN (SCP).

3.C.8.F. (U) USSOUTHCOM J6 (SCJ6).
3.C.8.F.1. (U) PARTICIPATE IN ASSIGNED B2C2WGS, AS REQUIRED.
3.C.8.F.2. (U) HOST COMMUNICATION WORKING GROUP, INCLUSIVE OF ALL INTERNAL AND EXTERNAL STAKEHOLDERS AND IAW GUIDANCE PROVIDED IN CONPLAN 6120, TO PLAN AND COORDINATE MISSION COMMUNICATION REQUIREMENTS ISO OPERATIONS.
3.C.8.F.3. (U) ASSIST LEAD COMPONENT WITH PLANNING AND EXECUTING A ROBUST COMMUNICATIONS INFRASTRUCTURE THAT ENSURES INTEROPERABILITY BETWEEN ALL MISSION PARTNERS FOR JTF AND SSAT EQUITIES.
3.C.8.F.4. (U) ENSURE NETWORKS, SERVICES, AND APPLICATIONS MEET OPERATIONAL REQUIREMENTS FOR SECURE AND NON-SECURE VOICE, VIDEO, AND DATA COMMUNICATIONS, TO INCLUDE ACCESS TO NIPRNET/ SIPRNET/ INTERNET ENCLAVES AND DHS' INTERNET-BASED HOMELAND SECURITY INFORMATION NETWORK
(HSIN), AS REQUIRED.
3.C.8.F.5. (U) ASSIST JTF AND/OR LEAD COMPONENT WITH VETTING/PROCESSING ALL COMMUNICATION RFF/RFS REQUIREMENTS THROUGH SCJ35 GFM.
3.C.8.F.6. (U) ENSURE LEAD COMPONENT INCLUDES PACE PLANNING FOR ALL NETWORKS, SERVICES, AND TRANSPORTS, AS AVAILABLE.
3.C.8.F.7. (U) ENSURE THE JTF J6 STANDS UP A JOINT NETWORK COORDINATION CENTER (JNCC) TO MONITOR, TRACK AND REPORT COMMUNICATION

STATUS, FOR ALL MISSION FORCES, TO THE SCJ6 JOINT DODIN OPERATIONS CENTER (JDOC).
3.C.8.F.8. (U) ENSURE JNCC PROVIDES DAILY COMMUNICATION STATUS (COMSTAT) AND SITUATIONAL UPDATES TO THE JDOC IAW WRITTEN OR VERBAL GUIDANCE PROVIDED BY THE SCJ6 AND JDOC.
3.C.8.F.9. (U) BPT ASSIST LEAD COMPONENT /JTF WITH SOURCING COMMERCIAL
SATELLITE (COMSAT) SOLUTIONS (I.E. [redacted], AS REQUIRED.
3.C.8.F.10. (U) BPT PLAN AND EXECUTE SURGE COMMUNICATION REQUIREMENTS

FOR WINDWARD BUILD-OUT, AS REQUIRED.
3.C.8.F.11. (U) ASSIST LEAD COMPONENT WITH PROCESSING SPECTRUM AND COMMUNICATION SECURITY (COMSEC) REQUESTS FOR DOD FORCES, AS REQUIRED.
3.C.8.F.12. (U) ENSURE LEAD COMPONENT IS PREPARED TO PROVIDE COMMUNICATIONS SUPPORT TO INTERAGENCY AND NGO MISSION PARTNERS, AS REQUIRED.
3.C.8.F.13. (U) COORDINATE PHONES AND FIBER TRANSPORT CONNECTIVITY REQUIREMENTS WITH NSGB BASE COMMUNICATIONS OFFICE (BCO) AND/OR COMMERCIAL VENDORS.
3.C.8.F.14. (U) COORDINATE JTF-GTMO J6 COMMUNICATIONS SUPPORT TO

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 39 of 133



ASSIGNED JTF.

3.C.8.G. (U) USSOUTHCOM J7/9 (SCJ7/9).
3.C.8.G.1. (U) IDENTIFY AND MAINTAIN CONTINUAL COORDINATION LINKS WITH
ALL USG AGENCIES, INTERGOVERNMENTAL ORGANIZATIONS (SUCH AS THE UN, UNHCR, IOM, OAS, AND THE PAN AMERICAN HEALTH ORGANIZATION (PAHO)), AND
NGOS, AS PERMISSIBLE.
3.C.8.G.2. (U) REQUEST SUPPORT (INCLUDING PLANNING, INFORMATION SHARING AND EXECUTION) FROM ALL RELEVANT USG AGENCIES.
3.C.8.G.3. (U) TRANSITION JOIN INTERAGENCY COORDINATION GROUP (JIACG)

TO CRISIS BATTLE RHYTHM TO MAINTAIN COORDINATION LINKS WITH THE INTERAGENCY. IT SHOULD INCLUDE BUT IS NOT LIMITED TO THE FOLLOWING AGENCIES: NATIONAL SECURITY COUNCIL (NSC), DOS, DOD, DHS, DEPARTMENT

OF TRANSPORTATION (DOT), CIA, DOJ, NSA, DIA, DLA, DEPARTMENT OF TREASURY (TREAS), JCS, UN, AND OAS, AS WELL AS REPRESENTATION FROM IOS
AND NGOS WHEN APPROPRIATE. EMPHASIZE WITH THE INTERAGENCY THAT PRODUCTS CLASSIFIED AND RELEASABLE TO THE LOWEST LEVEL WOULD BE MOST USEFUL IN THIS ANTICIPATED SCENARIO.
3.C.8.G.4. (U) BPT SUPPORT JTF SOUTHERN GUARD WITH CIVIL AFFAIRS PLANNING CAPABILITY AND/OR INITIAL CAPABILITY OF DEPLOYABLE CMOC ORGANIZATION.

3.C.8.H. (U) USSOUTHCOM J8 (SCJ8).
3.C.8.H.1. (U) AS REQUIRED, PROVIDE ADVOCACY TO COMPONENTS WHILE THEY

WORK WITH THEIR SERVICE HEADQUARTERS TO SECURE FUNDING AND AUTHORITIES
TO PREPARE NSGB FOR HOLDING CAMP OPERATIONS.
3.C.8.H.2. (U) PROVIDE FINANCIAL GUIDANCE AND, WHEN NECESSARY, COORDINATE WITH THE JOINT STAFF AND THE SECDEF FOR THE DESIGNATION OF

A MILITARY DEPARTMENT EXECUTIVE AGENT (EA). COORDINATE WITH THE JOINT
STAFF, SUPPORTING COMMANDER'S COMPTROLLER AND SUPPORTING USG AGENCIES

TO ENSURE TIMELY RECEIPT OF FM INSTRUCTIONS AND AUTHORITIES.
3.C.8.H.3. (U) LEAD AN OPERATION ASSESSMENT WORKING GROUP, AS REQUIRED.
3.C.8.H.4 (U) IN COORDINATION WITH THE SCJ55, REVIEW CHANGES OR MODIFICATIONS NEEDED TO THE SCP.
3.C.8.H.5. (U) PROVIDE PLANNING REPRESENTATION AND PERSONNEL TO THE USSOUTHCOM B2C2WGS AS REQUIRED.
3.C.8.H.6. (U) REMOVED.
3.C.8.H.7 (U) DETAIL THE PROCESS FOR FUNDING ONCE SECDEF APPROVES A REQUEST FOR ASSISTANCE (RFA).
3.C.8.H.8. (U) DEVELOP AND MAINTAIN DECISION SUPPORT MODELS TO ENABLE

DECISION MAKING AND IDENTIFICATION OF OPERATIONAL RISKS.

3.C.8.I. (U) STAFF JUDGE ADVOCATE (SCSJA), USSOUTHCOM.
3.C.8.I.1. (U) MONITOR OPERATIONS AND ADVISE CDRUSSOUTHCOM AND USSOUTHCOM STAFF AND COORDINATE WITH THE DESIGNATED LEGAL ADVISOR FOR

ANY JTF AND/OR OTHER U.S. COMMANDER, ON ANY LEGAL, REGULATORY, AND POLICY IMPLICATIONS ON CURRENT AND PLANNED ACTIVITIES, POLICIES, AND PROCEDURES THROUGH ALL OPERATIONAL PHASES.
3.C.8.I.2. (U) PROVIDE GUIDANCE TO SUBORDINATE LEGAL ADVISORS ON THE

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 40 of 133



PROVISION OF LEGAL GUIDANCE TO COMPONENT COMMANDS, JTF-SOUTHERN GUARD

COMMANDER, AND NAVAL FORCES COMMANDER ON HANDLING OF ILLEGAL ALIENS, MODIFICATION TO SROE/RUF, TREATMENT OF CIVILIAN CASUALTIES AND ANY ADDITIONAL REQUESTED ITEMS THROUGH ALL OPERATIONAL PHASES.
3.C.8.I.3. (U) ADVISE USSOUTHCOM STAFF ON REQUIREMENTS FOR DIPLOMATIC

CLEARANCES, OVER FLIGHT, BASING RIGHTS, ACCESS AGREEMENTS AND FACILITY/EQUIPMENT USAGE AUTHORIZATIONS AS APPLICABLE.
3.C.8.I.4. (U) PROVIDE PLANNING REPRESENTATION AND PERSONNEL TO THE USSOUTHCOM B2C2WGS AS REQUIRED.

3.C.8.J. (U) USSOUTHCOM COMMAND SURGEON (SCSG).
3.C.8.J.1. (U) SUPPORT USARSOUTH'S PLANNING AND EXECUTION OF FORCE HEALTH READINESS FUNCTIONS.
3.C.8.J.2. (U) DETERMINE MEDICAL RULES OF ELIGIBILITY AND POLICY GOVERNING MEDICAL TREATMENT AND EVACUATION OF ILLEGAL ALIENS AND JTF PERSONNEL.
3.C.8.J.3. (U) VALIDATE MEDICAL CAPABILITIES AND COORDINATE ASSETS AS

REQUIRED.
3.C.8.J.4. (U) MONITOR MEDICAL SUPPORT REQUIREMENTS SUPPORTING THE JTF.
3.C.8.J.5. (U) COORDINATE WITH DHS POLICIES FOR MEDICAL EVACUATION OF

ILLEGAL ALIENS REQUIRING MEDICAL CARE BEYOND THE LEVEL OF CARE ESTABLISHED AT NSGB.
3.C.8.J.6. (U) COORDINATE (ICW USNAVSOUTH) AND INTEGRATE MEDICAL CAPABILITIES FROM SUPPORTING SERVICE COMPONENTS, AGENCIES, AND OTHER MEDICAL PROVIDERS, TO INCLUDE NAVHOSP, NSGB.
3.C.8.J.7. (U) COORDINATE JTF-SOUTHERN GUARD MEDICAL ASSETS AS REQUIRED.
3.C.8.J.8. (U) MONITOR MEDICAL SUPPORT REQUIREMENTS AT DESIGNATED NSGB
HOLDING CAMPS.
3.C.8.J.9 (U) MONITOR MEDICAL HEALTH STATUS WITHIN HOLDING CAMPS FOR VULNERABLE POPULATIONS, INCLUDING PRE-EXISTING CHRONIC DISEASES, WITH

AN EMPHASIS ON PROTECTING PREGNANT WOMEN AND PREVENTING INFECTIOUS DISEASES.
3.C.8.J.10. (U) PROVIDE PLANNING REPRESENTATION AND PERSONNEL TO THE USSOUTHCOM B2C2WGS AS REQUIRED.

3.C.8.K. (U) USSOUTHCOM PUBLIC AFFAIRS (SCPA).
3.C.8.K.1. (U) THE DEPARTMENT OF HOMELAND SECURITY IS THE LEAD FEDERAL
AGENCY FOR PUBLIC AFFAIRS GUIDANCE. DEVELOP PUBLIC AFFAIRS GUIDANCE IN COORDINATION WITH DHS, DOS AND OTHER USG AGENCIES TO COMMUNICATE USG INTENT FOR ILLEGAL ALIEN HOLDING OPERATIONS AT GUANTANAMO BAY, CUBA.
3.C.8.K.2.(U) PROVIDE PUBLIC AFFAIRS GUIDANCE AND OVERSIGHT TO USSOUTHCOM ENTERPRISE, ESTABLISHED TASK FORCES, AND SUPPORTING INSTALLATIONS/UNITS ON ILLEGAL ALIEN HOLDING OPERATIONS.
3.C.8.K.3.(U) MAINTAIN PUBLIC AFFAIRS AND STRATEGIC COMMUNICATION COORDINATION WITH OSD PA, STATE DEPARTMENT, INTERAGENCY PARTNERS AND THE USSOUTHCOM ENTERPRISE ON ILLEGAL ALIEN HOLDING OPERATIONS AND ACTIVITIES.
3.C.8.K.4. (U) SYNCHRONIZE PUBLIC AFFAIRS CAPABILITIES, OPERATIONS, ACTIVITIES, AND INVESTMENTS SUPPORTING ILLEGAL ALIEN HOLDING OPERATIONS.
3.C.8.K.5.(U) BPT TO SERVE AS CDRUSSOUTHCOM SPOKESPERSON ON PUBLIC ANNOUNCEMENTS CONCERNING ILLEGAL ALIEN HOLDING OPERATIONS.

3.C.8.K.6. (U) BPT SUPPORT ESTABLISHMENT OF A JOINT TASK FORCE INTERAGENCY-JOINT INFORMATION CENTER (JIC) OR PUBLIC INFORMATION CENTER (PIC) AT GUANTANAMO BAY, CUBA.

3.C.8.L. (U) USSOUTHCOM FOREIGN DISCLOSURE (SCFD).
3.C.8.L.1. (U) PROVIDE POLICY AND GUIDANCE FOR THE SHARING OF CLASSIFIED MILITARY INFORMATION (CMI) AND CONTROLLED UNCLASSIFIED INFORMATION (CUI) TO FOREIGN GOVERNMENTS AND INTERGOVERNMENTAL ORGANIZATIONS.
3.C.8.L.2. (U) AS REQUIRED, COORDINATE WITH JOINT STAFF DIRECTORATE OF MANAGEMENT (DOM), OFFICE OF THE UNDERSECRETARY OF DEFENSE FOR POLICY (OSD (P)), AND CHAIRMAN OF THE NATIONAL DISCLOSURE POLICY COMMITTEE FOR EXCEPTIONS NATIONAL DISCLOSURE POLICY (ENDP).
3.C.8.L.3. (U) PROVIDE FOREIGN DISCLOSURE SUPPORT TO USSOUTHCOM JOINT OPERATIONS CENTER (JOC), JPG, AND JTF-SOUTHERN GUARD. USARSOUTH WILL PROVIDE AN FDO USING ORGANIC ASSETS WITH DEPLOYING JTG-SOUTHERN GUARD IF REQUIRED.

3.C.8.M. (U) USSOUTHCOM COMMAND CHAPLAIN (SCCH).
3.C.8.M.1. (U) COORDINATE RELIGIOUS SUPPORT ASSETS AS REQUIRED.
3.C.8.M.2. (U) MONITOR RELIGIOUS SUPPORT REQUIREMENTS AT DESIGNATED HOLDING CAMP LOCATION(S).
3.C.8.M.3. (U) BE PREPARED FOR MIXED FAITH ILLEGAL ALIEN POPULATIONS.
3.C.8.M.4. (U) COORDINATE CONTRACTED RELIGIOUS SUPPORT FOR ILLEGAL ALIEN POPULATIONS BASED ON DISTRIBUTION OF DOCUMENTED FAITH GROUPS.

3.D. (U) COORDINATING INSTRUCTIONS.
3.D.1. (U) DIRECT LIAISON AUTHORITY (DIRLAUTH) WITH ALL SUPPORTING COMPONENTS, MILITARY DEPARTMENTS AND AGENCIES IS APPROVED. KEEP USSOUTHCOM INFORMED.
3.D.2. (U) EMAIL IS PREFERRED DELIVERY METHOD; USE POINTS OF CONTACT IN PARAGRAPH 5.D.
3.D.3. (U) ALL COMPONENTS AND USSOUTHCOM DIRECTORATES, PROVIDE PLANNING SUPPORT IN THE EVENT A PLANNING TEAM IS STOOD UP.
3.D.4. (U) ENHANCED DOMAIN AWARENESS (EDA) AS PRIMARY MEANS FOR COMMON TACTICAL PICTURE AS WELL AS FOR SHARING INFORMATION AND UNCLASSIFIED INTELLIGENCE.

3.D.5. (U) PUBLIC AFFAIRS (PA) GUIDANCE. THE PA POSTURE FOR THIS PLANNING EFFORT IS RESPOND-TO QUERY ONLY. MEDIA QUERIES WILL BE REFERRED TO USSOUTHCOM PA OR ATSD(PA) WITHOUT COMMENT.

3.D.6. (U) REPORTING INSTRUCTIONS.
3.D.6.A. (U) SUBMIT ALL REPORTING VIA THE UNCLASSIFIED NETWORK (NIPR) DIRECTLY TO USSOUTHCOM JOINT OPERATIONS CENTER (JOC), [redacted] EMAIL: [redacted] NO LATER THAN (NLT) 1700 HOURS, DAILY.
3.D.6.B. (U) ALTHOUGH NOT ALL INCLUSIVE, REPORTING REQUIREMENTS, AT A MINIMUM, WILL INCLUDE: LAST 24/ RECENT ACTIONS; NEXT 24/ UPCOMING ACTIONS; REQUESTS FOR ASSISTANCE; OPPORTUNITIES; CHALLENGES AND/OR FRICTION POINTS; AND ASSESSMENTS/IMPACTS OF ACTIONS/OAIS.
3.D.6.C. (U) USE SC DIRECTED LSSS TRACKING REPORT FORMAT (ENCL 1) AS PART OF DAILY REPORTING (NLT 1200HRS EST) TO THE JOC AND SEND A COPY TO DIRECTLY TO SC JOINT LOGISTICS OPERATIONS CENTER (JLOC) EMAIL:

[redacted]

3.D.7. (U) ANTITERRORISM/FORCE PROTECTION (AT/FP) GUIDANCE.
3.D.7.A. - MODIFY: (U) CDRUSSOUTHCOM EXERCISES FORCE PROTECTION TACON

OF ALL DOD FORCES IN THEATER, EXCEPT THOSE UNDER THE SECURITY RESPONSIBILITY OF CHIEFS OF MISSION (COM) AS SPECIFICALLY IDENTIFIED IN COUNTRY-SPECIFIC SECURITY MOAS BETWEEN CDRUSSOUTHCOM AND COMS.
3.D.7.B. - ADD: (U) THE BASELINE FPCON IS BRAVO. CDRS ARE AUTHORIZED TO IMPLEMENT ADDITIONAL FPCON MEASURES TO SUPPORT MISSION REQUIREMENTS, IAW SC REG 34-2. ANY INCREASE IN FPCON MEASURES WILL BE

ROUTED THROUGH SCJ34.
3.D.7.C. - ADD: (U) ALL FORCE PROTECTION MEASURES ON NAVAL STATION GUANTANAMO BAY WILL BE COORDINATED THROUGH THE CDR, NAVAL STATION GUANTANAMO BAY.
3.D.7.D. - ADD: (U) ALL SERVICES AND JTF-SOUTHERN GUARD WILL PARTICIPATE IN THE SC FORCE PROECTION WORKING GROUP.
3.D.8. (U) HUMAN RIGHTS. SUPPORTING COMMANDS WILL CERTIFY THAT THEIR PERSONNEL HAVE RECEIVED ANNUAL HUMAN RIGHTS TRAINING.
3.D.8.1. - ADD: (U) ALL IAHO WILL BE CONDUCTED IN A MANNER THAT ENSURES SAFE AND HUMANE TREATMENT IN ACCORDANCE WITH DOMESTIC AND INTERNATIONAL LEGAL OBLIGATIONS AT ALL TIMES.

3.D.9. (U) PERSONNEL RECOVERY TRAINING.
3.D.9.A. (U) ALL DEPLOYING PERSONNEL ARE REQUIRED TO COMPLETE SERE 100.2 LEVEL A, OR ARMY PR 101 A, B, AND C, WITHIN 36 MONTHS OF DEPLOYING INTO THE USSOUTHCOM AOR WITH THE EXCEPTION OF PERSONNEL WHO

MAINTAIN SERE TRAINING CURRENCY IAW AFI 16-1301. ALL PERSONNEL MUST HAVE AN ISOLATED PERSONNEL REPORT (ISOPREP) ELECTRONICALLY SUBMITTED INTO THE PERSONNEL RECOVERY MISSION SOFTWARE (PRMS) WEBSITE AND THE ISOPREP MUST BE REVIEWED BY THE MEMBER WITHIN 6 MONTHS OF DEPLOYMENT.
3.D.9.B. (U) ALL DEPLOYING PERSONNEL WILL CONDUCT NECESSARY COORDINATION WITH HOST NATION COUNTERPART AND THE SECURITY COOPERATION
OFFICE IN SUPPORT OF A PR PLAN.
3.D.9.C. (U) THEATER ENTRY REQUIREMENTS. ALL PERSONNEL MUST COMPLY WITH THEATER ENTRY REQUIREMENTS TO INCLUDE REQUIREMENTS OUTLINED IN THE FOREIGN CLEARANCE GUIDE FOR NAVAL STAION GUANTANAMO BAY. EFFORTS SHOULD BE MADE FOR DOD PERSONNEL TO OBTAIN AND TRAVEL ON THEIR OFFICIAL PASSPORTS.

3.D.10. - MODIFY: (U) RULES FOR THE USE OF FORCE (RUF).
3.D.10.A. (U) THE STANDING RULES OF ENGAGEMENT (SROE)/ STANDING RULES

FOR THE USE OF FORCE (SRUF) ARE IN EFFECT IAW CJCS 3121.01B. UNIT COMMANDERS RETAIN THE INHERENT RIGHT AND OBLIGATION TO EXERCISE UNIT SELF-DEFENSE, INCLUDING DEFENSE OF OTHER U.S. FORCES IN THE VICINITY,

IN RESPONSE TO A HOSTILE ACT OR DEMONSTRATED HOSTILE INTENT. PROVIDE ADDITIONAL REQUESTS FOR SUPPLEMENTAL ROE AS NEEDED THROUGH USSOUTHCOM.
3.D.10.A.1. (U) NOTHING IN THIS EXORD LIMITS A COMMANDER'S INHERENT RIGHT AND OBLIGATION TO EXERCISE UNIT SELF-DEFENSE, INCLUDING DEFENSE

OF OTHER U.S. FORCES IN THE VICINITY, IN RESPONSE TO A HOSTILE ACT OR

DEMONSTRATED HOSTILE INTENT.
3.D.10.A.2. (U) UNIT COMMANDERS ARE AUTHORIZED TO DEFEND U.S. NATIONALS AND THEIR PROPERTY FROM A HOSTILE ACT OR DEMONSTRATION OF HOSTILE INTENT.



~~Protected Material – Subject to Protective Order~~

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 43 of 133



3.D.10.A.3. (U) USSOUTHCOM WILL SUBMIT ADDITIONAL REQUESTS FOR SUPPLEMENTAL ROE/RUF, AS NEEDED OR REQUESTED BY JTF-SOUTHERN GUARD OR

COMPONENT COMMANDERS THROUGH THE JOINT STAFF.
3.D.10.A.4. - ADD: (U) USSOUTHCOM HAS PUBLISHED A GUANTANAMO BAY JTF-SOUTHERN GUARD ILLEGAL ALIEN HOLDING OPERATIONS USE OF FORCE APPENDIX

ON SIPR DETAILING GUIDANCE ON THE RUF POLICY. REQUESTS FOR MODIFICATIONS TO THE RUF POLICY WILL BE ROUTED THROUGH THE SCJ34.

3.D.11. (U) CLASSIFICATION GUIDANCE. OPERATIONS IN SUPPORT OF THIS MISSION SHOULD BE CARRIED OUT IN AN UNCLASSIFIED MANNER TO THE MAXIMUM
EXTENT POSSIBLE TO ALLOW FOR PARTNER NATION COORDINATION, COMMUNICATION, AND COOPERATION.
3.D.12. (U) ALL IAHO WILL BE CONDUCTED IN A MANNER THAT ENSURES SAFE AND HUMANE TREATMENT IN ACCORDANCE WITH DOMESTIC AND INTERNATIONAL LEGAL OBLIGATIONS AT ALL TIMES.
3.D.13. - ADD: ~~(CUI)~~ OPSEC GUIDANCE. [redacted]

3.D.14. - ADD: (U) NSGBINST 5530.2A APPLIES TO ALL PERSONNEL ONBOARD NSGB. PHOTOGRAPHY SHALL NOT BE TAKEN OF CLASSIFIED FACILITIES, EQUIPMENT OR MATERIAL, DETENTION FACILITIES, RESTRICTED AREAS, OR OF ANY ILLEGAL ALIENS WITHOUT PRIOR AUTHORIZATION.

4.(U) ADMINISTRATION AND LOGISTICS.
4.A. (U) LOGISTICS. USE FRAMEWORK ESTABLISHED IAW ANNEX D AND W TO CONPLAN 6120.
4.A.1. (U) THE CONCEPT IS THAT JTF-SOUTHERN GUARD FORCES AND THE INTERAGENCY PARTNERS OPERATING ON NSGB ARE TENANTS ON THE INSTALLATION. JTF-SOUTHERN GUARD AND AGENCIES WILL COORDINATE LIFE SUPPORT ITEMS AND SERVICES WITH NAVSOUTH AS THE BOS-I FOR SERVICE OR AGENCY MEMBERS. JTF-SOUTHERN GUARD IS RESPONSIBLE FOR PROVIDING OR COORDINATING ALL SUSTAINMENT OF ILLEGAL ALIENS IN CAMPS ESTABLISHED BY
THE JTF. THE CCDR USSOUTHCOM DESIGNATES THE NAVY AS LEAD SERVICE FOR CONTRACTING (LSC) UNDER DIRECTIVE AUTHORITY FOR LOGISTICS (DAFL) RELATED CONTRACTING SUPPORT. LSC IS RESPONSIBLE FOR COORDINATING AND MANAGING ALL CONTRACTING RELATED ACTIONS AND PUBLISHES PROCEDURES FOR

COMPONENTS. DIRECT LIAISON AUTHORITY FOR LOGISTICS IS GRANTED.
4.B. (U) JOPES IS DIRECTED FOR DEPLOYMENT OF ALL FORCES TO INCLUDE CONTRACTORS. COORDINATED STRATEGIC LIFT REQUIREMENTS WITH SOUTHCOM DDOC. [redacted] HAVE BEEN ESTABLISHED TO SUPPORT THIS OPERATION. ALL REQUIREMENTS WILL BE PLACED IN FORCE MODULE DEP25 FOR VALIDATION. GCCS NEWSGROUP [redacted] (ALL LOWER CASE), ACCESSIBLE THROUGH THE USSOUTHCOM NEWS SERVER, [redacted], WILL BE USED

FOR TIME-PHASED FORCE DEPLOYMENT DATA (TPFDD) PLANNING AND COORDINATION.

4.B. (U) FUNDING. USSOUTHCOM WILL NOT PROVIDE FUNDING. COMPONENT COMMANDS AND PARTICIPATING DEFENSE AGENCIES WILL SEEK RESOURCES FROM THEIR SERVICE AND CAPTURE AND REPORT COSTS TO THEIR AGENCY HEADQUARTERS AND THROUGH THEIR RESPECTIVE MILITARY DEPARTMENT



~~Protected Material – Subject to Protective Order~~

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 44 of 133



COMPTROLLER TO THE DEFENSE FINANCE AND ACCOUNTING SERVICES (DFAS) IN ACCORDANCE WITH DOM FMR VOL 12, CHAPTER 23 AND AS DIRECTED BY OUSD COMPTROLLER. KEEP USSOUTHCOM J8 INFORMED.

4.C. (U) TRANSPORTATION.
4.C.1. (U) COORDINATE TRANSPORTATION REQUIREMENTS WITH THE SC J4 SDDOC.

4.D. (U) U.S. MEDICAL.
4.D.1. (U) FORCE HEALTH PROTECTION. COMMANDS AND DOD CONTRACTORS WILL

ENSURE COMPLIANCE WITH ALL APPLICABLE FORCE HEALTH PROTECTION (FHP) REQUIREMENTS (PRE-, DURING-, AND POST- DEPLOYMENT) IAW THE "FHP GUIDANCE FOR DEPLOYMENT TO USSOUTHCOM AOR", DTG 291613Z MAY 13 AND USSOUTHCOM REGULATION 40-501 "MEDICAL SUITABILITY SCREENING". SERVICE

COMPONENTS ARE RESPONSIBLE FOR SCREENING DOD CIVILIANS FOR MINIMUM MEDICAL SUITABILITY STANDARDS PRIOR TO DEPLOYMENT. USSOUTHCOM SURGEON'S OFFICE POC FOR DEPLOYMENT FHP ISSUES IS AT COMM: [redacted]

4.D.2. (U) PATIENT MOVEMENT. THE THEATER PATIENT MOVEMENT REQUIREMENTS
CENTER - AMERICA (TPMRC-A) PROVIDES PATIENT MOVEMENT FOR DOD MILITARY,
CIVILIANS AND CONTRACTORS DEPLOYED ISO THIS OPERATION SUBMIT ALL PATIENT MOVEMENT REQUEST TO TPMRC-A. PATIENT MOVEMENT IN THE USSOUTHCOM AOR WILL BE IAW
USSOUTHCOM REGULATION 40-401 - USSOUTHCOM PATIENT MOVEMENT REGULATION

- WHICH OUTLINES RESPONSIBILITIES, POLICY, AND PROCEDURES FOR PATIENT

MOVEMENT OF U.S. FORCES, DOD CIVILIANS, AND DOD CONTRACTORS WHILE DEPLOYED IN USSOUTHCOM AOR.
4.D.3. - ADD: (U) MEDICAL SUPPORT FOR ILLEGAL ALIENS. DEPLOYABLE HEALTH SERVICES SUPPORT PROVIDING HOSPITAL CARE THAT INCLUDES GENERAL

MEDICAL CARE AND SURGICAL SUPPORT SERVICES EQUIVALENT TO ROLE 3 HEALTHCARE FOR ILLEGAL ALIENS.
4.D.4. - ADD: (U) PATIENT MOVEMENT FOR ILLEGAL ALIENS. ROLE 3 OR HIGHEST ECHELON OF CARE AT NAVAL STATION GUANTANAMO BAY COORDINATES WITH DHS FOR MOVEMENT OF PATIENT OFF ISLAND. ROLE 3 OR HIGHEST ECHELON
OF CARE RESPONSIBLE FOR TRANSPORTING PATIENT FROM FACILITY TO AIRFIELD
AND FOR TRANSFERRING CARE TO DHS. DHS IS RESPONSABLE FOR FINAL TRANSFER OF ILLEGAL ALIEN OFF ISLAND.
4.D.5. - ADD: (U) MEDICAL SUPPORT FOR INTERAGENCY PARTNERS. INTERAGENCY PARTNERS REQUIRED TO COORDINATE WITH JTF-SOUTHERN GUARD AND NAVAL STATION GUANTANAMO BAY FOR MEDICAL SUPPORT. INTERAGENCY WILL ENSURE COMPLIANCE WITH ALL APPLICABLE FORCE HEALTH PROTECTION (FHP) REQUIREMENTS (PRE-, DURING-, AND POST-DEPLOYMENT) IAW THE "FHP GUIDANCE FOR DEPLOYMENT TO USSOUTHCOM AOR", DTG 291613Z MAY 13 AND USSOUTHCOM REGULATION 40-501 "MEDICAL SUITABILITY SCREENING." SERVICE

COMPONENTS ARE RESPONSIBLE FOR SCREENING DOD CIVILIANS FOR MINIMUM MEDICAL SUITABILITY STANDARDS PRIOR TO DEPLOYMENT.

5.(U) COMMAND AND CONTROL.
5.A. (U) COMMAND RELATIONSHIPS. CDRUSSOUTHCOM MAINTAINS COCOM OF ARSOUTH, AFSOUTH, NAVSOUTH, MARFORSOUTH, JTF-B AND JTF-GUANTANAMO. CDRUSSOUTHCOM HAS OPCON OF SOCSOUTH. WITH THIS EXORD, USSOUTHCOM ESTABLISHES JTF-SOUTHERN GUARD UNDER COCOM AUTHORITY.



~~Protected Material – Subject to Protective Order~~

UNCLAS ~~FOUO~~



5.A.1. (U) JTF-GUANTANAMO IS TACON TO JTF-SOUTHERN GUARD FOR CONTROL OF HTIA IN WINDWARD LOCATION.
5.B. (U) USSOUTHCOM WILL ISSUE SUBSEQUENT ORDERS OR MODIFICATIONS AS REQUIRED.
5.C. (U) (U) DIRECT LIAISON AUTHORITY (DIRLAUTH) WITH ALL SUPPORTING COMPONENTS, MILITARY DEPARTMENTS AND AGENCIES, AS WELL AS COM AND DOS,
IS APPROVED, AND KEEP USSOUTHCOM UPDATED AND INFORMED ON COORDINATION.
[redacted]
6.A. (U) THIS MESSAGE IS APPROVED FOR RELEASE BY BRENDAN MCPHERSON, RADM, USCG, DIRECTOR OF OPERATIONS, SCJ-3.
6.B. (U) THIS MESSAGE WAS CLASSIFIED BY BRENDAN MCPHERSON, RADM, USCG,
DIRECTOR OF OPERATIONS, SCJ-3.
6.B.1. (U) REASON: 1.4(A).
6.B.2. (U) DECLASSIFY ON: 20500202.//

# FRAGO 02 TO USSOUTHCOM EXORD TO EXPAND MIGRANT OPERATIONS AT NAVAL STATION GUANTANAMO BAY

**Originator:** HQ USSOUTHCOM J3 MIAMI FL//SCJ35
**Office:** SCJ35
**DTG:** 062247Z Feb 25
**Prec:** Routine
**To:** CDR USARSO FT SAM HOUSTON TX, AFSOUTH 12AF A2 DAVIS MONTHAN AFB AZ, AFSOUTH CAOC DAVIS MONTHAN AFB AZ, AFSOUTH WATCHCTR DAVIS MONTHAN AFB AZ, COMUSNAVSOUTH, COMMARFORSOUTH, COMSOCSOUTH, CDR JTF-BRAVO, JTF GTMO, HQ USSOUTHCOM J1 MIAMI FL, HQ USSOUTHCOM J2 MIAMI FL, HQ USSOUTHCOM J3 MIAMI FL, HQ USSOUTHCOM J4 MIAMI FL, HQ USSOUTHCOM J5 MIAMI FL, HQ USSOUTHCOM J6 MIAMI FL, HQ USSOUTHCOM J7 MIAMI FL, HQ USSOUTHCOM J8 MIAMI FL, HQ USSOUTHCOM J9 MIAMI FL, HQ USSOUTHCOM MIAMI FL, CCGDSEVEN MIAMI FL, HOMELAND SECURITY TASK FORCE SE MIAMI FL, NAVSTA GUANTANAMO BAY CU, COMNAVREG SE JACKSONVILLE FL, USCIS WASHINGTON DC, HQ ICE ERO WASHINGTON DC
**CC:** CDR USSOUTHCOM MIAMI FL, DIRJIATF SOUTH, CDR USTRANSCOM SCOTT AFB IL, CDR USSOCOM MACDILL AFB FL, CDR USNORTHCOM PETERSON AFB CO, JOINT STAFF J3 WASHINGTON DC, JOINT STAFF J3 DEP-DIR REGIONAL OPS WASHINGTON DC, JOINT STAFF J5 WASHINGTON DC, DLA FT BELVOIR VA

---

TIMEZONE/Z//

MSGID/GENADMIN/DJ-3//
REF/A/DOC/PRES MEMO/YMD:20250129//
REF/B/VOCO/SECDEF/YMD:20250130//
REF/C/EMAIL/JS DJ3/YMD: 20250130//
REF/D/DOC/JCS/YMD: 20250130//
REF/E/EXORD/USSOUTHCOM/312353Z JAN25//
REF/F/APPENDIX/USSOUTHCOM J3/20250130//
REF/G/EXORD/USSOUTHCOM/041253Z FEB25//

AMPN/
REF A IS THE PRESIDENTIAL MEMORANDUM FOR THE SECRETARY OF DEFENSE AND

THE SECRETARY OF HOMELAND SECURITY, EXPANDING MIGRANT OPERATIONS CENTER AT NAVAL STATION GUANTANAMO BAY TO FULL CAPACITY.//
REF B IS THE SECRETARY OF DEFENSE (SECDEF) VERBAL ORDER OF THE COMMANDING OFFICER (VOCO) FOR CDRUSSOUTHCOM TO EXPAND MIGRANT OPERATIONS AT NAVAL STATION GUANTANAMO BAY.//
REF C IS EMAIL FROM JOINT STAFF DIRECTOR OF OPERATIONS (DJ3) MEMORIALIZING REF B.//
REF D GENADMIN: SECRETARY OF DEFENSE VOCO TO EXPAND MIGRANT OPERATIONS
AT NAVAL STATION GUANTANAMO BAY.//
REF E IS USSOUTHCOM EXORD TO EXPAND MIGRANT OPERATIONS AT NSGB.//
REF F IS GUANTANAMO BAY JTF-MIGOPS ILLEGAL ALIEN HOLDING OPERATIONS USE OF FORCE APPENDIX//
REF G IS FRAGO 01 TO USSOUTHCOM EXORD TO EXPAND MIGRANT OPERATIONS AT

NSGB.//

MSGID/ORDER/CDRUSSOUTHCOM//

NARR ~~(CUI)~~ THIS IS FRAGMENTARY ORDER (FRAGO) 02 TO USSOUTHCOM EXECUTION ORDER DIRECTING CDR JTF SOUTHERN GUARD TO EXPAND MIGRANT OPERATIONS AT NAVAL STATION GUANTANAMO BAY (NSGB) IN SUPPORT OF REF A

TO INCLUDE THE HOUSING OF UP TO 30,000 ILLEGAL ALIENS OF VARYING STATUS INCLUDING THOSE THAT POSE A HEIGHTENED SECURITY THREAT AS EARLY

AS 30 JAN 2025. AS OF 03 FEB 2025, THIS MISSION HAS BEEN NAMED "OPERATION SOUTHERN GUARD." FRAGO 02 UPDATES TASKING AND INSTRUCTIONS

FOR THIS MISSION.

1. (U) SITUATION.
1.A. - MODIFY: (U) ON 29JAN25, POTUS ISSUED A PRESIDENTIAL MEMORANDUM

(REF A)DIRECTING THE SECRETARY OF DEFENSE AND THE SECRETARY OF HOMELAND SECURITY TO TAKE ALL APPROPRIATE ACTIONS TO EXPAND THE MIGRANT OPERATIONS CENTER AT NAVAL STATION GUANTANAMO BAY TO FULL CAPACITY TO PROVIDE ADDITIONAL HOLDING SPACE FOR HIGH-PRIORITY CRIMINAL ALIENS UNLAWFULLY PRESENT IN THE UNITED STATES, AND TO ADDRESS ATTENDANT IMMIGRATION ENFORCEMENT NEEDS IDENTIFIED BY THE DEPARTMENT OF DEFENSE AND THE DEPARTMENT OF HOMELAND SECURITY.
1.B. (CUI) IAW REF B, CDRUSSOUTHCOM IS DIRECTED TO CONDUCT ILLEGAL ALIEN HOLDING OPERATIONS FOR UP 10,000 ILLEGAL ALIENS PENDING RELOCATION WITH SUBSEQUENT EXPANSION TO ACCOMMODATE A TOTAL OF 30,000

ILLEGAL ALIENS PENDING RELOCATION.
1.C. ~~(CUI)~~ IAW REF B, CDRUSSOUTHCOM IS AUTHORIZED TO TAKE ACTIONS NECESSARY TO EFFECTUATE REF B, INCLUDING MOVEMENT OF PERSONNEL, EQUIPMENT, AND THE EXPENDITURE OF FUNDS FOR REF A MISSION AS ORDERED IN REF B.
1.D. ~~(CUI)~~ C-DAY IS 30 JAN 2025 AND D-DAY IS 31 JAN 2025.

2. ~~(CUI)~~ MISSION. USSOUTHCOM CONDUCTS ILLEGAL ALIEN HOLDING OPERATIONS
(IAHO) IN SUPPORT OF THE DEPARTMENT OF HOMELAND SECURITY (LEAD FEDERAL
AGENCY) TO PROVIDE FOR THE CARE, SAFETY, AND TRANSPORTATION OF ILLEGAL
ALIENS AT NAVAL STATION GUANTANAMO BAY NLT 31 JAN 2025.

3. (U) EXECUTION.
3.A. (U) COMMANDER'S INTENT.
3.A.1. ~~(CUI)~~ PURPOSE. MY INTENT IS TO DEPLOY FORCES TO NAVAL STATION

GUANTANAMO BAY TO EXPAND MIGRANT OPERATIONS TO FULL CAPACITY AND TO PROVIDE ADDITIONAL HOLDING SPACE FOR HIGH-THREAT ILLEGAL ALIENS.
3.A.2. ~~(CUI)~~ METHOD. THIS OPERATION WILL RAPIDLY PROJECT FORCES TO ACHIEVE NECESSARY REQUIREMENTS FOR CAMP OPERATIONS. ESTABLISH CAMP OPERATIONS AND EXPANSION OF CAMPS ON THE LEEWARD SIDE OF NSGB AND SUPPORT OPERATIONS ON THE WINDWARD SIDE TO MEET IAHO POPULATION REQUIREMENTS. CONTRACT SOLUTIONS WILL REPLACE DOD CAPABILITIES WHERE FEASIBLE IN ORDER TO MINIMIZE THE DOD FOOTPRINT OVER TIME.
3.A.3. ~~(CUI)~~ ENDSTATE. ALL ILLEGAL ALIENS HELD AT GUANTANAMO BAY ARE

SAFELY REMOVED AS DIRECTED BY LEAD FEDERAL AGENCY AND BASE OPERATIONS

RETURN TO NORMAL.

3.B. (U) CONCEPT OF THE OPERATION.
3.B.1. (U) THIS OPERATION WILL BE CONDUCTED IN FOUR PHASES: PHASE I -
MIGRANT OPERATIONS CENTER (MOC)EXPANSION; PHASE II - LEEWARD INITIAL OPERATIONAL CAPACITY (IOC); PHASE III - LEEWARD FULL OPERATIONAL CAPACITY (FOC); AND PHASE IV - WINDWARD EXPANSION. USSOUTHCOM WILL DESIGNATE JTF-SOUTHERN GUARD AS THE JOINT FORCE COMMANDER (JFC) WITH RESPONSIBILITY AND AUTHORITY TO LEAD THE OPERATIONAL EFFORT FOR IAHO IN SUPPORT OF DHS.
3.B.2. (U) TERMS OF REFERENCE FOR ILLEGAL ALIENS, HIGH THREAT ILLEGAL



~~Protected Material – Subject to Protective Order~~

ALIENS, HOLDING OPERATIONS, ETC WILL BE PROVIDED IN SUBSEQUENT FRAGMENTARY ORDER IN COORDINATION WITH DHS/ICE.

3.B.3. (U) PLANNING FACTORS
3.B.3.A. (U) FACTS
3.B.3.A.1. (U) DEPARTMENT OF HOMELAND SECURITY IS THE LEAD FEDERAL AGENCY FOR THIS MISSION.
3.B.3.A.2. (U) NSGB RETAINS FORCE PROTECTION RESPONSIBILITY OF DOD PERSONNEL.

3.B.3.B (U) ASSUMPTIONS
3.B.3.B.1 (U) NO MINORS (17 AND YOUNGER) ARE EXPECTED TO BE TRANSPORTED TO NSGB FOR HOLDING OPERATIONS.
3.B.3.B.2. (U) THE MOST LIKELY PHYSICAL ATTACK THREATS TO THE JOA ARE

THE POSSIBLE ORGANIZED VIOLENCE FROM WITHIN THE HOLDING CAMPS. DHS WILL PROVIDE ALL INFORMATION RELATED TO THE THREAT LEVELS PER INDIVIDUAL ILLEGAL ALIEN EITHER PRIOR TO ARRIVAL OR PRIOR TO PLACEMENT
WITHIN THE CAMP.
3.B.3.B.3. (U) DUE TO INCREASE IN SOUTHERN BORDER SECURITY OPERATIONS,
THE USSOUTHCOM AOR WILL NOT EXPERIENCE A LARGE SCALE OVERSEAS MIGRANT

EVENT. THE ONLY INCREASE IN MIGRANTS WILL COME FROM DHS REPATRIATION EFFORTS.
3.B.3.B.4. (U) DHS WILL RETAIN CUSTODY OF ILLEGAL ALIENS UNTIL THEY ARE REPATRIATED FROM HOLDING OPERATIONS AT NSGB.

3.C. (U) TASKS.
3.C.1. (U) CDR JTF-SOUTHERN GUARD.
3.C.1.A. (U) ASSUME OPCON OF INBOUND FORCES.
3.C.1.A.1. (U) COMMENCE CRISIS ACTION PLANNING INCLUDING REQUIRED PERSONNEL AND EQUIPMENT AUGMENTATION TO DEVELOP SUPPORTING PLAN FOR NSGB IAHO.
3.C.1.B. (U) CONDUCT IAHO AT NSGB TO PROVIDE CARE, SAFETY, AND TRANSPORTATION AS REQUIRED.
3.C.1.C. (U) COORDINATE WITH USNAVSOUTH FOR BOS SUPPORT AT NSGB.
3.C.1.D. (U) EXECUTE CONSTRUCTION AND EXPANSION OF CAMPS FOR DEPLOYED

FORCES AND ILLEGAL ALIENS.
3.C.1.E. (U) ESTABLISH LEEWARD CAMP L1 WITH THE ABILITY TO SECURE, HOUSE AND FEED APPROXIMATELY 1000 ILLEGAL ALIENS NLT D+10.
3.C.1.F. - MODIFY: (U) ESTABLISH LEEWARD CAMPS L2-L6 WITH THE ABILITY

TO SECURE, HOUSE AND FEED UP TO A TOTAL OF APPROXIMATELY 10,000 ILLEGAL ALIENS. COMPLETE THE FIRST 5000 IN AN EXPEDITIONARY METHOD WITH FIELD EXPEDIENT TENTS NLT D+21 AND THE NEXT 5000 USING EXTREME WEATHER RESISTANT CONSTRUCTION METHODS AND MATERIALS TO BE COMPLETE IN
180 DAYS.
3.C.1.G. - MODIFY: (U) REQUEST CCDR USSOUTHCOM PERMISSIONS TO ESTABLISH WINDWARD CAMPS (PHILLIPS, MCCALLA AND NSGB GOLF COURSE) WITH
THE ABILITY TO SECURE, HOUSE, AND FEED UP TO A TOTAL OF APPROXIMATELY

30,000 ILLEGAL ALIENS ON NSGB.
3.C.1.H. (U) DEVELOP A DISTINCT PLAN WITH SUPPORTING LOGISTICAL REQUIREMENTS FOR HOUSING OF HIGH THREAT ILLEGAL ALIENS (HTIA).
3.C.1.I. (U) COORDINATE WITH CDRUSSOUTHCOM, NSGB, AND OTHER USSOUTHCOM



~~Protected Material – Subject to Protective Order~~

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 49 of 133



STAFF (AS REQUIRED) TO FACILITATE WINDWARD CAMP EXPANSION.
3.C.1.J. (U) CONDUCT JOINT RECEPTION, STAGING, ONWARD MOVEMENT, AND INTEGRATION (JRSOI) OF ALL ELEMENTS DEPLOYED IN SUPPORT OF THIS OPERATION.
3.C.1.K. (U) BPT ESTABLISH A JOINT INTELLIGENCE SUPPORT ELEMENT (JISE)
AS NECESSARY.
3.C.1.L. (U) BPT ESTABLISH A HUMINT AND/OR CI COORDINATION CELL (J2X)

WITH A HUMINT OPERATIONS CELL (HOC) AND TASK FORCE COUNTERINTELLIGENCE
COORDINATING AUTHORITY (TFCICA) TO EXECUTE COORDINATION AND DECONFLICTION OF HUMINT AND COUNTERINTELLIGENCE ACTIVITIES WITH NAVAL

FORCES OPERATING IN THE MARITIME AREA OF OPERATION. KEEP USG CIVILIAN
AGENCIES INFORMED.
3.C.1.M (U) ESTABLISH METOC CELL WITH A DESIGNATED JOINT METOC OFFICER
(JMO), RESPONSIBLE FOR SUPPORT OF JOINT OPERATIONS AND PLANNING.
3.C.1.N. (U) COORDINATE WITH USSOUTHCOM J6 AND PARTICIPATING FORCES TO
ESTABLISH A COMMUNICATIONS ARCHITECTURE THAT MAXIMIZES C2, INTEROPERABILITY, FUNCTIONALITY, AND SECURITY FOR ALL JTF NETWORKS AND
SERVICES IAW ANNEX K GUIDANCE.
3.C.1.O. (U) PROVIDE OPERATIONAL ASSESSMENT UPDATES ON PROGRESS TOWARDS DIRECTED OBJECTIVES AND EFFECTS TO CDRUSSOUTHCOM.
3.C.1.P. (U) DESIGNATE FORCES FOR THE ACCOMPLISHMENT OF EQUIPMENT RETROGRADE AND BASE RESTORATION MISSIONS AT THE HOLDING CAMP.
3.C.1.Q. (U) ICW COMMANDER, NAVY REGION SOUTHEAST (CNRSE) AND NSGB CONDUCT ACTIONS TO RETURN FACILITIES AND GROUNDS TO AN ACCEPTABLE STATE UPON COMPLETION OF OPERATIONS.
3.C.1.R. (U) ESTABLISH OPERATIONAL CONTRACT SUPPORT INTEGRATION CELL (OCSIC) AND PERFORM OCSIC FUNCTIONS IN SUPPORT OF JTF OEPRATIONS (E.G., CONDUCT JOINT REQUIREMENTS REVIEW BOARD, INTEGRATE AND SYNCHRONIZE COMMERCIAL SUPPORT TO JTF CUOPS/FUOPS). COORDINATE WITH NAVSOUTH (AS LEAD SERVICE FOR CONTRACTING (LSC)) AND ITS DESIGNATED SENIOR CONTRACTING OFFICIAL (SCO) REGARDING PROCEDURES TO SUBMIT APPROVED REQUIREMENTS FOR CONTRACTING ACTIONS. SUPPORT USSOUTHCOM OCS

WORKING GROUP AS REQUIRED.
3.C.1.S. (U) COORDINATE WITH DOJ AND DHS FOR CAMP DISPOSITION NEEDS FOR ILLEGAL ALIENS OF INTEREST OR PERSONS UNDER CRIMINAL INVESTIGATION.
3.C.1.T. (U) ESTABLISH COMMON ACCOUNTABILITY AND ACCESS PROCEDURES FOR
ILLEGAL ALIEN POSSESSIONS, ESPECIALLY MOBILE PHONES.
3.C.1.U. (U) PROVIDE SUSTAINMENT FOR ILLEGAL ALIENS AND [redacted]
3.C.1.V. - MODIFY: (U) ASSUME TACON OF JTF-GTMO FORCES [redacted] IN DIRECT SUPPORT OF DHS/ICE FOR CONTROL AND CARE OF HTIA IN CAMP VI. DHS/ICE WILL MAINTAIN CUSTODY OF HTIA. NOTHING IN THIS ORDER SHALL DETRACT FROM JTF-GTMO PRIMARY RESPONSIBILITY TO PROVIDE CUSTODY AND CONTROL OF LAW OF WAR DETAINEES. INDIVIDUAL PERSONNEL FROM JTF-GTMO WILL BE ASSIGNED EITHER TO JTF-GTMO PRIMARY MISSION OR GIVEN TACON TO JTF-SOUTHERN GUARD AND WILL NOT ALTERNATE BETWEEN ROLES. ONCE ASSIGNED TACON TO JTF-SOUTHERN GUARD, PERSONNEL ARE NOT AUTHORIZED TO CONDUCT THE JTF-GTMO MISSION.
3.C.1.W. (U) PROVIDE COMMON USER LOGISTICS (CUL) TO UNITS AND PERSONNEL ASSIGNED/OPCON/TACON TO THE JTF.
3.C.1.X. (U) COORDINATE FORCE PROTECTION PLANS WITH NAVAL STATION



~~Protected Material -- Subject to Protective Order~~

GUANTANAMO BAY.
3.C.1.Y. - ADD: (U) COORDINATE WITH JTF-B FOR AIR PATIENT MOVEMENT SUPPORT FROM LEEWARD TO WINWARD NAVAL STATION GUANTANAMO BAY.

3.C.2. (U) COMMANDER, U.S. ARMY SOUTH (CDRUSARSOUTH).
3.C.2.A. (U) IMMEDIATELY DEPLOY SSAT AND ADVANCE PARTY TO NSGB TO COORDINATE WITH NSGB AND INTERAGENCY PERSONNEL.
3.C.2.B. (U) ESTABLISH JTF-SOUTHERN GUARD AND SERVE AS THE INITIAL JOINT FORCE COMMANDER (JFC) AT NSGB NLT 01 FEB 2025.
3.C.2.C. - MODIFY: (U) ICW USSOUTHCOM, DHS, USNAVSOUTH, AND USSOUTHCOM
J4 (ENGINEERS), REVIEW ILLEGAL ALIEN CAMP CONSTRUCTION PLAN.
3.C.2.D. (U) ESTABLISH A JOINT NETWORK CONTROL CENTER TO MONITOR AND REPORT ALL JTF COMMUNICATION ITEMS OF INTEREST TO USSOUTHCOM'S JOINT DEFENSE OPERATIONS CENTER.
3.C.2.E. (U) MAINTAIN A DETAILED CONCEPT OF LOGISTICS SUPPORT INCLUDING DECISION POINTS AND TIMELINES FOR INITIATING TRANSITION OF REQUIREMENTS TO CONTRACT SOLUTIONS.
3.C.2.F. (U) COORDINATE REQUIREMENTS WITH THE JTF AND WITH NAVY (AS LEAD SERVICE FOR CONTRACTING (LSC)) FOR CONTRACTING ACTIONS.
3.C.2.G. (U) CONDUCT COORDINATION WITH USNAVSOUTH TO INTEGRATE ILLEGAL
ALIEN CAMP REQUIREMENTS INTO THE BOS-I FOR NSGB.
3.C.2.H. (U) BPT SERVE AS THE FINANCIAL MANAGEMENT ISO JTF-SOUTHERN GUARD.
3.C.2.I. (U) ASSESS REQUIREMENT FOR A CIVIL AFFAIRS TEAM (CAT) TO MONITOR MEASURES OF EFFECTIVENESS FOR HUMANITARIAN ASSISTANCE AND INFORMATION OPERATIONS KEY INDICATORS FOR PROVISION OF WATER, SANITATION, FOOD, HEALTH, SHELTER AND NON-FOOD ITEMS, AND DRIVERS CONTRIBUTING TO INCREASE ILLEGAL ALIEN FLOW, AND BPT PLACE A CIVIL MILITARY OPERATIONS CENTER (CMOC) AT SOURCE COUNTRY OF MIGRATION OR, IF DIRECTED, AT NSGB.
3.C.2.J. (U) COORDINATE WITH ARMY MATERIAL COMMAND TO DRAW AND RECEIVE
OPERATIONAL PROJECT STOCKS REQUIRED ISO HOLDING CAMP OPERATIONS.
3.C.2.K. - ADD: (U) FUND COMMON USER LOGISTICS (CUL) ISO OPERATION SOUTHERN GUARD FOR JTF SOUTHERN GUARD PERSONNEL AND ILLEGAL ALIENS.

3.C.3. (U) COMMANDER, U.S. NAVAL FORCES SOUTH (COMUSNAVSOUTH).
3.C.3.A. (U) PROVIDE A DEPUTY COMMANDER (PROPOSED RANK O6) TO JTF-SOUTHERN GUARD, WHEN FORMED.
3.C.3.B. (U)ACCEPT ADCON OF DEPLOYING U.S. NAVAL FORCES UPON ARRIVAL AT NSGB.
3.C.3.C. (U) SUPPORT ARSOUTH IN REVIEWING OPERATIONAL REQUIREMENTS INCLUDING FACILITY, EQUIPMENT, AND SUPPLY REQUIREMENTS ON NSGB.
3.C.3.D. - MODIFY: (U) DESIGNATED AS LEAD SERVICE FOR CONTRACTING (LSC). COORDINATE WITH CNRSE TO PROVIDE FOR BOS FUNCTION SUPPORT AT NSGB ISO OPERATION SOUTHERN GUARD.
3.C.3.E. (U) DEVELOP CONTRACTS TO SUPPORT HOLDING CAMP OPERATIONS TO INCLUDE LIFE SUPPORT SUPPLIES AND SERVICES OF ILLEGAL ALIENS AND CAMP

MANAGEMENT AT NSGB WITH ASSOCIATED TIMELINES AND COST. CONTRACT SOLUTIONS FOR TASK PERFORMED BY MILITARY FORCES TO REDUCE FORCE REQUIREMENTS AS SOON AS FEASBLE BUT NLT D+180.
3.C.3.F. (U) COORDINATE FOR THE NAVY TO SERVE AS LSC. ESTABLISH OCS INTEGRATION CELL (OCSIC). DESIGNATE SENIOR CONTRACTING OFFICIAL (SCO)

TO CHAIR JOINT CONTRACTING SUPPORT BOARD (JCSB). PUBLISH PROCEDURES FOR RECEIPT OF ACQUISITION-READY REQUIREMENTS.
3.C.3.G. (U) REMOVED.
3.C.3.H. (U) REMOVED.
3.C.3.I. (U) IDENTIFY INFRASTRUCTURE IMPROVEMENTS REQUIRED TO SUSTAIN



~~Protected Material – Subject to Protective Order~~

U.S. OPERATIONS ON NAVAL STATION WINDWARD SIDE.
3.C.3.J (U) SERVE AS EXECUTIVE AGENT AND EXERCISE FORCE PROTECTION TACON ON BEHALF OF CDR, USSOUTHCOM FOR NAVAL STATION GUANTANAMO BAY.

3.C.4. (U) COMMANDER, U.S. MARINE CORPS FORCES, SOUTH (COMUSMARFORSOUTH).
3.C.4.A. (U) SUPPORT ARSOUTH/CDR JTF-SOUTHERN GUARD, IN PLANNING FOR INITIAL HOLDING CAMP SURGE OPERATIONS.
3.C.4.B. (U) BPT PROVIDE LIAISONS TO ARSOUTH/JTF-SOUTHERN GUARD AND USNAVSOUTH IN ORDER TO FACILITATE COMMUNICATIONS AND SUPPORT TO PLANNING OPERATIONS.
3.C.4.C. (U)ACCEPT ADCON OF DEPLOYING MARINE FORCES UPON ARRIVAL AT NSGB.
3.C.4.D. (U) BPT SUPPORT JTF-SOUTHERN GUARD WITH CIVIL AFFAIRS ASSETS.

3.C.5. (U) COMMANDER, U.S. AIR FORCES SOUTH (COMUSAFSOUTH)
3.C.5.A. (U) DESIGNATED AS THEATER JOINT FORCE AIR COMPONENT COMMANDER (JFACC).
3.C.5.B. (U) SUPPORT ARSOUTH/JTF-SOUTHERN GUARD.
3.C.5.C. (U) BPT EXECUTE INTER-THEATER AIR MOBILITY OPERATIONS AS DIRECTED TO INCLUDE INTEGRATING ADDITIONAL ALLOCATED AIR ASSETS.

3.C.6. (U) COMMANDER, U.S. SPECIAL OPERATIONS SOUTH (COMSOCSOUTH).
3.C.6.A. (U) BPT PROVIDE PLANNING PERSONNEL AND SUPPORT TO CDR JTF-SOUTHERN GUARD.
3.C.6.B. (U) BPT PROVIDE SOF RECOMMENDATIONS NECESSARY TO SUPPORT THIS PLAN. SPECIFICALLY, RECOMMENDATIONS FOR THE COMMAND AND CONTROL OF SOF PERSONNEL.
3.C.6.C. (U) BPT SUPPORT WITH SELECT IN-THEATER CIVIL AFFAIRS AND/OR MISO ASSETS TO JTF-SOUTHERN GUARD.

3.C.7. (U) COMMANDER, JOINT TASK FORCE GUANTANAMO.
3.C.7.A. (U) BPT PROVIDE PLANNING PERSONNEL AND SUPPORT TO CDR JTF-SOUTHERN GUARD.
3.C.7.B. (U) PROVIDE ENGINEERING ASSESSMENT OF INFRASTRUCTURE IMPROVEMENTS REQUIRED TO HOLD HIGH THREAT ILLEGAL ALIENS (HTIA) IN JTF-GUANTANAMO FACILITIES.
3.C.7.C. (U) DIRLAUTH AUTHORIZED TO COORDINATE AND CONDUCT INTERAGENCY HOLDING OPERATIONS TRAINING WITH IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) PERSONNEL AT NSGB.
3.C.7.D. (U) COMPLETE.
3.C.7.E. - MODIFY: (U) PROVIDE A DETENTION OPERATIONS COMPANY, MEDICAL FORCES, FACILITY MAINTENANCE TEAM AND COMBAT CAMERA SUPPORT UNDER TACON TO JTF-SOUTHERN GUARD IN DIRECT SUPPORT OF DHS/ICE FOR CONTROL AND CARE OF HTIA IN CAMP VI. DHS/ICE WILL MAINTAIN CUSTODY OF HTIA. NOTHING IN THIS ORDER SHALL DETRACT FROM JTF-GTMO PRIMARY RESPONSIBILITY TO PROVIDE CUSTODY AND CONTROL OF LAW OF WAR DETAINEES.
INDIVIDUAL PERSONNEL FROM JTF-GTMO WILL BE ASSIGNED EITHER TO JTF-GTMO PRIMARY MISSION OR GIVEN TACON TO JTF-SOUTHERN GUARD AND WILL NOT ALTERNATE BETWEEN ROLES. ONCE ASSIGNED TACON TO JTF-SOUTHERN GUARD, PERSONNEL ARE NOT AUTHORIZED TO CONDUCT THE JTF-GTMO MISSION.

3.C.8. - ADD: (U) COMMMANDER, JOINT TASK FORCE BRAVO
3.C.8.A. (U) COORDINATE WITH JTF-SG FOR AIR PATIENT MOVEMENT SUPPORT

FROM LEEWARD TO WINWARD NAVAL STATION GUANTANAMO BAY.

3.C.9. (U) JOINT INTERAGENCY TASK FORCE SOUTH (JIATF-S).
3.C.9.A. (U) BE PREPARED TO RELINQUISH TACON OF U.S. DOD AIR AND MARITIME ASSETS TO SUPPORT JTF-SOUTHERN GUARD UNTIL FURTHER NOTICE.

3.C.10. (U) USSOUTHCOM STAFF.
3.C.10.A. (U) USSOUTHCOM J1 (SCJ1).
3.C.10.A.1. (U) PROVIDE PLANNING REPRESENTATION AND PERSONNEL IN SUPPORT OF USSOUTHCOM'S B2C2WG.
3.C.10.A.2. (U) COORDINATE PERSONNEL SUPPORT IN SUPPORT OF THE JTF.
3.C.10.A.3. (U) DEVELOP, MAINTAIN, AND COORDINATE FILLS FOR THE JTF-SOUTHERN GUARD JOINT MANNING DOCUMENT (JMD) POSITIONS.
3.C.10.A.4. (U) IMPLEMENT A DESIGNATED ATAAPS CODE TO TRACK AND ACCOUNT FOR ALL OVERTIME HOURS WORKED BY SC HQ PERSONNEL IN DIRECT SUPPORT OF OPERATION.

3.C.10.B. (U) USSOUTHCOM J2 (SCJ2).
3.C.10.B.1.(U) PROVIDE THREAT ASSESSMENT TO THE JOINT PLANNING GROUP (JPG), JTF, AND DEPLOYING FORCES.
3.C.10.B.2. (U) BPT PROVIDE [redacted] TO HSTF-SE INTELLIGENCE SECTION OF THIS OPERATION UNTIL NO LONGER REQUIRED.
3.C.10.B.3. (U) PROVIDE INDICATIONS AND WARNING OF IMPENDING CARIBBEAN MARITIME MASS MIGRATION ICW USCG MIFC-LANT.
3.C.10.B.4. (U) ICW DHS, BPT ESTABLISH AN INTELLIGENCE FUSION CELL (IFC) AND STAND UP AN INTELLIGENCE COMMUNITY OF INTEREST (COI) TO FUNCTION AS FOCAL POINT AND LEAD FOR COORDINATION, COLLABORATION, AND FACILITATION OF INTELLIGENCE SUPPORTING THIS MISSION ICW WITH ALL MEMBERS OF THE INTELLIGENCE COMMUNITY (IC) AND ANY OTHER STAKEHOLDERS INVOLVED IN SUPPORTING THE CRISIS EVENT(S).
3.C.10.B.5. (U) COORDINATE THEATER AND REQUEST NATIONAL INTELLIGENCE COLLECTION AND OTHER SUPPORT AS REQUIRED SUPPORTING MARITIME SUPPORT AND HOLDING CAMP OPERATIONS.
3.C.10.B.6. (U) COORDINATE WITH HSTF-SE/DHS TO DEVELOP A COLLECTION STRATEGY AND REFINE ISR CONOP FOR P1+ OPERATIONS; IDENTIFY REQUIREMENTS FOR ADDITIONAL THEATER ISR ASSETS (RFF) AND PED SUPPORT (RFS).
3.C.10.B.7. (U) BPT REDIRECT AND REQUEST AVAILABLE TRADITIONAL AND NON-STANDARD INTELLIGENCE, SURVEILLANCE, AND RECONNAISSANCE (ISR) ASSETS AS REQUIRED TO ACTION THE COLLECTION STRATEGY AND ADDRESS INTELLIGENCE GAPS.
3.C.10.B.8. (U) HQ USSOUTHCOM J2 INTELLIGENCE FOREIGN DISCLOSURE OFFICE (FDO) WILL BE RESPONSIBLE FOR THE REVIEW AND APPROVAL/DISAPPROVAL OF USSOUTHCOM ORIGINATED CLASSIFIED MILITARY INFORMATION (CMI) AND CONTROLLED UNCLASSIFIED INFORMATION (CUI) PRODUCTS. ALL FOREIGN DISCLOSURE REQUESTS FOR MILITARY INTELLIGENCE INFORMATION WILL BE COORDINATED VIA SCJ2 INTEL FDO FOR REVIEW AND APPROVAL/DISAPPROVAL PRIOR TO FOREIGN RELEASE. IF YOU HAVE QUESTIONS ABOUT INTELLIGENCE FOREIGN DISCLOSURE, PLEASE CONTACT THE SCJ2 INTEL FDO AT [redacted]
3.C.10.B.9. (U) PROVIDE PLANNING REPRESENTATION AND PERSONNEL IN SUPPORT OF USSOUTHCOM'S B2C2WG.



~~Protected Material – Subject to Protective Order~~

3.C.10.B.10. (U) DEVELOP AND REFINE PRIORITY INTELLIGENCE REQUIREMENTS (PIRS) AND ESSENTIAL ELEMENTS OF INFORMATION (EEIS) IN SUPPORT OF THE COMMANDER'S CRITICAL INFORMATION REQUIREMENTS (CCIRS) AND DECISION POINTS (DPS).
3.C.10.B.11. (U) COORDINATE WITH DIA, DHS, AND USG STAKEHOLDERS TO UTILIZE ENHANCED DOMAIN AWARENESS (EDA) TO INCREASE INFORMATION SHARING, AS WELL AS PROVIDE A COMMON INTELLIGENCE PICTURE (CIP) / COMMON OPERATING PICTURE (COP) THAT FOCUSES ON LAND AND MARITIME MIGRATION.
3.C.10.B.12. (U) BPT TO CREATE EDA SOLUTIONS TO SHARE WITH ALLIES AND PARTNER NATIONS.
3.C.10.B.13. (U) BPT REFINE AND COORDINATE HUMAN INTELLIGENCE (HUMINT) AND COUNTERINTELLIGENCE (CI) STRATEGIES TO OPTIMIZE THE EMPLOYMENT OF DOD, SERVICE FORCE PROTECTION AND CI COLLECTION ASSETS.
3.C.10.B.14. (U) BPT SUPPORT ENHANCED VETTING OF ILLEGAL ALIENS TO ASSIST THE LEAD FEDERAL AGENCY IN IDENTIFYING AND CHARACTERIZING THE THREAT.
3.C.10.B.15. (U) BPT PROVIDE 6X SECURITY SUPPORT PERSONNEL IN DIRECT SUPPORT OF JTF-SOUTHERN GUARD AT NSGB FOR ACCESS CONTROL, INFO SECURITY, AND PHYSICAL SECURITY.

3.C.10.C. (U) USSOUTHCOM J3 (SCJ3).
3.C.10.C.1. (U) PROVIDE PLANNING REPRESENTATION AND PERSONNEL IN SUPPORT OF USSOUTHCOM'S B2C2WG.
3.C.10.C.2. (U) ACTIVATE THE USSOUTHCOM CRISIS ACTION TEAM (CAT) AND THE FUTURE OPERATIONS (FUOPS) OPT.
3.C.10.C.3. (U) TASK COMPONENT COMMANDS AS REQUIRED TO SUPPORT HOLDING OPERATIONS.
3.C.10.C.4. (U) VALIDATE JTF-SOUTHERN GUARD JMD REQUIREMENTS.
3.C.10.C.5. (U) BPT SUBMIT PTDO/RFF (INCLUDING ENGINEER SUPPORT FOR THE CONSTRUCTION OF HOLDING CAMPS) TO THE JOINT STAFF.
3.C.10.C.6. (U) COORDINATE WITH SCJ2 FOR ISR COVERAGE AND COLLECTIONS REQUIREMENTS.
3.C.10.C.7. (U) BPT REQUEST JECC MISSION-TAILORED PACKAGE TO AUGMENT USSOUTHCOM AND JTF-SOUTHERN GUARD.
3.C.10.C.8. (U) REQUEST AIRLIFT AS REQUIRED.
3.C.10.C.9. (U) ISSUE PLANS AND ORDERS AS REQUIRED.
3.C.10.C.10. (U) PROVIDE SPECIFIC AUGMENTATION TO JTF-SOUTHERN GUARD, AS REQUIRED.
3.C.10.C.11. (U) DEVELOP, VALIDATE, AND GAIN APPROVAL OF TPFDD.
3.C.10.C.12. (U) THROUGH THE SENIOR METOC OFFICER SERVES AS THE FOCAL POINT FOR JOINT FORCE METOC SUPPORT. ENSURES ALL METOC CAPABILITY REQUIREMENTS ARE VALIDATED.
3.C.10.C.13. (U) SUPPORT NSGB FOR ANY EVACUATION OF NON-ESSENTIAL PERSONNEL AND FAMILY MEMBERS, IF REQUIRED FOR SAFETY/SECURITY REASONS AS CAMPS EXPAND.
3.C.10.C.14. (U) PRODUCE AND TRANSMIT APPLICABLE ORDERS NECESSARY TO SUPPORT THE OPERATION. ALERT SUBORDINATE COMMAND HEADQUARTERS OF AN IMPENDING REQUIREMENT TO PROVIDE PERSONNEL AND SUPPORT FOR THE EXECUTION OF HOLDING OPERATIONS.
3.C.10.C.15. (U) RECEIVE A COMPREHENSIVE AFTER-ACTION REVIEW FROM THE

JTF, FOR USE WITH USSOUTHCOM AND FOR DISSEMINATION TO OTHER COMBATANT

COMMANDS.
3.C.10.C.16. (U) COLLECT AND PRESERVE ALL RECORDS ASSOCIATED WITH THE

OPERATION.
3.C.10.C.17. (U) ASSIST JTF-SOUTHERN GUARD IN EXECUTING FORCE PROTECTION (FP) RESPONSIBILITIES. RECOMMEND FP POLICIES, INCLUDING WEAPONS POLICY, AND ROE/RUF TO CDRUSSOUTHCOM IN COORDINATION WITH SCJ2
AND SCSJA.
3.C.10.C.18. [redacted] SET PRIORITY OF MISSION AND PRIORITY OF SUPPORT FOR
OPERATIONS IN EXECUTION AT NSGB.
3.C.10.C.19. [redacted] DETERMINE DEPLOYMENT CRITERIA FOR DEPLOYING FORCES

TO NSGB.
3.C.10.C.20. (U) COORDINATE PREPARATION OF NSGB FOR HOLDING CAMP OPERATIONS (USSOUTHCOM STAFF, USARSOUTH AND USNAVSOUTH).
3.C.10.C.21. (U) GENERATE AND MAINTAINS A ROSTER FOR A [redacted] SUPPORT

ELEMENT TO AUGMENT NSGB PREPARATION TO ASSIST JTF-SOUTHERN GUARD PRIOR
TO IOC.
3.C.10.C.22. ASSIGN LNO SUPPORT FROM SOUTHCOM TO IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN WASHINGTON DC.
3.C.10.C.23. (U) CONDUCT ASSESSMENT OF FP REQUIREMENTS AT NSGB.

3.C.10.D. (U) USSOUTHCOM J4 (SCJ4).
3.C.10.D.1. (U) PROVIDE PLANNING REPRESENTATION AND PERSONNEL IN SUPPORT OF USSOUTHCOM'S B2C2WG.
3.C.10.D.2. (U) SUPPORT PLANNING AND EXECUTION OF LOGISTICS SERVICES,

MAINTENANCE, SUPPLY, DEPLOYMENT AND DISTRIBUTION, ENGINEERING, AND OPERATIONAL CONTRACT SUPPORT.
3.C.10.D.3. - MODIFY: (U) ICW DHS, USARSOUTH, JTF-GTMO, AND USNAVSOUTH, IDENTIFY EMERGENT REQUIREMENTS TO DEVELOP LEEWARD AND WINDWARD INFRASTRUCTURE TO INCLUDING FACILITY, EQUIPMENT, AND SUPPLY REQUIREMENTS ON NSGB.
3.C.10.D.4. (U) SYNCHRONIZE ACTIONS OF ALL LOGISTICS ENABLERS INVOLVED
IN THIS OPERATION VIA THE JOINT LOGISTICS COORDINATION BOARD, TO INCLUDE ADJACENT CCMDS, FUNCTIONAL CMDS, SERVICE COMPONENTS, COMBAT SUPPORT AGENCIES, AND INTERAGENCY (DHS, ICE).
3.C.10.D.5. (U) COORDINATE WITH DLA AS REQUIRED TO MAINTAIN SUPPORT TO
HOLDING CAMP OPERATIONS AT NSGB.
3.C.10.D.6. (U) COORDINATE STRATEGIC MOVEMENTS IN SUPPORT OF DEPLOYMENT OPERATIONS.
3.C.10.D.7. (U) COORDINATE AND SYNCHRONIZE ENGINEERING RESOURCES AS REQUIRED.
3.C.10.D.8. (U) FACILITATE ENGINEER REACH BACK SUPPORT FOR TECHNICAL EXPERTISE AS REQUIRED.
3.C.10.D.9. (CUI) SET PRIORITY OF MOVEMENT FOR LOGISTICS SUPPORTING OPERATIONS AT NSGB.
3.C.10.D.10 (U) ICW NSGB PROVIDE AN ASSESSMENT OF HARDENED FACILITIES

ON NSGB, TO INCLUDE CAPACITY AND CAPABILITIES TO SUPPORT JTF-SOUTHERN

GUARD AND ILLEGAL ALIENS DURING SEVERE WEATHER.
3.C.10.D.11. (U) IN COORDINATION WITH NAVSOUTH, CREATE A POAM TO TRANSITION HOLDING CAMP LOGISTICAL FUNCTIONS FROM MILITARY TO

UNCLAS ~~FOUO~~

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 55 of 133



CONTRACTED SOLUTIONS AS EARLY AS D+180.
3.C.10.D.12. (U) ESTABLISH THE USSOUTHCOM OCS INTEGRATION CELL (OCSIC).

3.C.10.E. (U) USSOUTHCOM J5(SCJ5).
3.C.10.E.1. (U) PROVIDE PLANNING REPRESENTATION AND PERSONNEL IN SUPPORT OF USSOUTHCOM'S B2C2WG.
3.C.10.E.2. U) AS REQUIRED, CONDUCT SEQUEL PLANNING VIA THE FUTURE PLANS JOINT PLANNING GROUP (FUPLANS JPG).
3.C.10.E.3. (U) AS REQUIRED, UPDATE THE USSOUTHCOM CAMPAIGN PLAN (SCP).

3.C.10.F. (U) USSOUTHCOM J6 (SCJ6).
3.C.10.F.1. (U) PARTICIPATE IN ASSIGNED B2C2WGS, AS REQUIRED.
3.C.10.F.2. (U) HOST COMMUNICATION WORKING GROUP, INCLUSIVE OF ALL INTERNAL AND EXTERNAL STAKEHOLDERS AND IAW GUIDANCE PROVIDED IN CONPLAN 6120, TO PLAN AND COORDINATE MISSION COMMUNICATION REQUIREMENTS ISO OPERATIONS.
3.C.10.F.3. (U) ASSIST LEAD COMPONENT WITH PLANNING AND EXECUTING A ROBUST COMMUNICATIONS INFRASTRUCTURE THAT ENSURES INTEROPERABILITY BETWEEN ALL MISSION PARTNERS FOR JTF AND SSAT EQUITIES.
3.C.10.F.4. (U) ENSURE NETWORKS, SERVICES, AND APPLICATIONS MEET OPERATIONAL REQUIREMENTS FOR SECURE AND NON-SECURE VOICE, VIDEO, AND DATA COMMUNICATIONS, TO INCLUDE ACCESS TO NIPRNET/ SIPRNET/ INTERNET ENCLAVES AND DHS' INTERNET-BASED HOMELAND SECURITY INFORMATION NETWORK
(HSIN), AS REQUIRED.
3.C.10.F.5. (U) ASSIST JTF AND/OR LEAD COMPONENT WITH VETTING/PROCESSING ALL COMMUNICATION RFF/RFS REQUIREMENTS THROUGH SCJ35 GFM.
3.C.10.F.6. (U) ENSURE LEAD COMPONENT INCLUDES PACE PLANNING FOR ALL NETWORKS, SERVICES, AND TRANSPORTS, AS AVAILABLE.
3.C.10.F.7. (U) ENSURE THE JTF J6 STANDS UP A JOINT NETWORK COORDINATION CENTER (JNCC) TO MONITOR, TRACK AND REPORT COMMUNICATION

STATUS, FOR ALL MISSION FORCES, TO THE SCJ6 JOINT DODIN OPERATIONS CENTER (JDOC).
3.C.10.F.8. (U) ENSURE JNCC PROVIDES DAILY COMMUNICATION STATUS (COMSTAT) AND SITUATIONAL UPDATES TO THE JDOC IAW WRITTEN OR VERBAL GUIDANCE PROVIDED BY THE SCJ6 AND JDOC.
3.C.10.F.9. (U) BPT ASSIST LEAD COMPONENT /JTF WITH SOURCING COMMERCIAL SATELLITE (COMSAT) SOLUTIONS (I.E. [redacted]), AS REQUIRED.
3.C.10.F.10. (U) BPT PLAN AND EXECUTE SURGE COMMUNICATION REQUIREMENTS
FOR WINDWARD BUILD-OUT, AS REQUIRED.
3.C.10.F.11. (U) ASSIST LEAD COMPONENT WITH PROCESSING SPECTRUM AND COMMUNICATION SECURITY (COMSEC) REQUESTS FOR DOD FORCES, AS REQUIRED.
3.C.10.F.12. (U) ENSURE LEAD COMPONENT IS PREPARED TO PROVIDE COMMUNICATIONS SUPPORT TO INTERAGENCY AND NGO MISSION PARTNERS, AS REQUIRED.
3.C.10.F.13. (U) COORDINATE PHONES AND FIBER TRANSPORT CONNECTIVITY REQUIREMENTS WITH NSGB BASE COMMUNICATIONS OFFICE (BCO) AND/OR COMMERCIAL VENDORS.
3.C.10.F.14. (U) COORDINATE JTF-GTMO J6 COMMUNICATIONS SUPPORT TO ASSIGNED JTF.
3.C.10.F.15. - ADD: (U) ICW USSOUTHCOM JOINT CYBER CENTER (JCC) AND USCYBERCOM GUIDANCE, POLICIES, AND DIRECTIVES, ENSURE THE VIGILANT HARDENING, MONITORING, AND REPORTING OF/OR AGAINST ALL CYBERSECURITY THREATS TO DOD MISSION NETWORKS.

3.C.10.G. (U) USSOUTHCOM J7/9 (SCJ7/9).



~~Protected Material -- Subject to Protective Order~~

3.C.10.G.1. (U) IDENTIFY AND MAINTAIN CONTINUAL COORDINATION LINKS WITH ALL USG AGENCIES, INTERGOVERNMENTAL ORGANIZATIONS (SUCH AS THE UN, UNHCR, IOM, OAS, AND THE PAN AMERICAN HEALTH ORGANIZATION (PAHO)), AND NGOS, AS PERMISSIBLE.
3.C.10.G.2. (U) REQUEST SUPPORT (INCLUDING PLANNING, INFORMATION SHARING AND EXECUTION) FROM ALL RELEVANT USG AGENCIES.
3.C.10.G.3. (U) TRANSITION JOIN INTERAGENCY COORDINATION GROUP (JIACG) TO CRISIS BATTLE RHYTHM TO MAINTAIN COORDINATION LINKS WITH THE INTERAGENCY. IT SHOULD INCLUDE BUT IS NOT LIMITED TO THE FOLLOWING AGENCIES: NATIONAL SECURITY COUNCIL (NSC), DOS, DOD, DHS, DEPARTMENT OF TRANSPORTATION (DOT), CIA, DOJ, NSA, DIA, DLA, DEPARTMENT OF TREASURY (TREAS), JCS, UN, AND OAS, AS WELL AS REPRESENTATION FROM IOS AND NGOS WHEN APPROPRIATE. EMPHASIZE WITH THE INTERAGENCY THAT PRODUCTS CLASSIFIED AND RELEASABLE TO THE LOWEST LEVEL WOULD BE MOST USEFUL IN THIS ANTICIPATED SCENARIO.
3.C.10.G.4. (U) BPT SUPPORT JTF SOUTHERN GUARD WITH CIVIL AFFAIRS PLANNING CAPABILITY AND/OR INITIAL CAPABILITY OF DEPLOYABLE CMOC ORGANIZATION.

3.C.10.H. (U) USSOUTHCOM J8 (SCJ8).
3.C.10.H.1. (U) AS REQUIRED, PROVIDE ADVOCACY TO COMPONENTS WHILE THEY WORK WITH THEIR SERVICE HEADQUARTERS TO SECURE FUNDING AND AUTHORITIES TO PREPARE NSGB FOR HOLDING CAMP OPERATIONS.
3.C.10.H.2. (U) PROVIDE FINANCIAL GUIDANCE AND, WHEN NECESSARY, COORDINATE WITH THE JOINT STAFF AND THE SECDEF FOR THE DESIGNATION OF A MILITARY DEPARTMENT EXECUTIVE AGENT (EA). COORDINATE WITH THE JOINT STAFF, SUPPORTING COMMANDER'S COMPTROLLER AND SUPPORTING USG AGENCIES TO ENSURE TIMELY RECEIPT OF FM INSTRUCTIONS AND AUTHORITIES.
3.C.10.H.3. (U) LEAD AN OPERATION ASSESSMENT WORKING GROUP, AS REQUIRED.
3.C.10.H.4 (U) IN COORDINATION WITH THE SCJ55, REVIEW CHANGES OR MODIFICATIONS NEEDED TO THE SCP.
3.C.10.H.5. (U) PROVIDE PLANNING REPRESENTATION AND PERSONNEL TO THE USSOUTHCOM B2C2WGS AS REQUIRED.
3.C.10.H.6. (U) REMOVED.
3.C.10.H.7 (U) DETAIL THE PROCESS FOR FUNDING ONCE SECDEF APPROVES A REQUEST FOR ASSISTANCE (RFA).
3.C.10.H.8. (U) DEVELOP AND MAINTAIN DECISION SUPPORT MODELS TO ENABLE DECISION MAKING AND IDENTIFICATION OF OPERATIONAL RISKS.

3.C.10.I. (U) STAFF JUDGE ADVOCATE (SCSJA), USSOUTHCOM.
3.C.10.I.1. (U) MONITOR OPERATIONS AND ADVISE CDRUSSOUTHCOM AND USSOUTHCOM STAFF AND COORDINATE WITH THE DESIGNATED LEGAL ADVISOR FOR ANY JTF AND/OR OTHER U.S. COMMANDER, ON ANY LEGAL, REGULATORY, AND POLICY IMPLICATIONS ON CURRENT AND PLANNED ACTIVITIES, POLICIES, AND PROCEDURES THROUGH ALL OPERATIONAL PHASES.
3.C.10.I.2. (U) PROVIDE GUIDANCE TO SUBORDINATE LEGAL ADVISORS ON THE PROVISION OF LEGAL GUIDANCE TO COMPONENT COMMANDS, JTF-SOUTHERN GUARD COMMANDER, AND NAVAL FORCES COMMANDER ON HANDLING OF ILLEGAL ALIENS,

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 57 of 133



MODIFICATION TO SROE/RUF, TREATMENT OF CIVILIAN CASUALTIES AND ANY ADDITIONAL REQUESTED ITEMS THROUGH ALL OPERATIONAL PHASES.
3.C.10.I.3. (U) ADVISE USSOUTHCOM STAFF ON REQUIREMENTS FOR DIPLOMATIC
CLEARANCES, OVER FLIGHT, BASING RIGHTS, ACCESS AGREEMENTS AND FACILITY/EQUIPMENT USAGE AUTHORIZATIONS AS APPLICABLE.
3.C.10.I.4. (U) PROVIDE PLANNING REPRESENTATION AND PERSONNEL TO THE USSOUTHCOM B2C2WGS AS REQUIRED.

3.C.10.J. (U) USSOUTHCOM COMMAND SURGEON (SCSG).
3.C.10.J.1. (U) SUPPORT USARSOUTH'S PLANNING AND EXECUTION OF FORCE HEALTH READINESS FUNCTIONS.
3.C.10.J.2. (U) DETERMINE MEDICAL RULES OF ELIGIBILITY AND POLICY GOVERNING MEDICAL TREATMENT AND EVACUATION OF ILLEGAL ALIENS AND JTF PERSONNEL.
3.C.10.J.3. (U) VALIDATE MEDICAL CAPABILITIES AND COORDINATE ASSETS AS
REQUIRED.
3.C.10.J.4. (U) MONITOR MEDICAL SUPPORT REQUIREMENTS SUPPORTING THE JTF.
3.C.10.J.5. (U) COORDINATE WITH DHS POLICIES FOR MEDICAL EVACUATION OF
ILLEGAL ALIENS REQUIRING MEDICAL CARE BEYOND THE LEVEL OF CARE ESTABLISHED AT NSGB.
3.C.10.J.6. (U) COORDINATE (ICW USNAVSOUTH) AND INTEGRATE MEDICAL CAPABILITIES FROM SUPPORTING SERVICE COMPONENTS, AGENCIES, AND OTHER MEDICAL PROVIDERS, TO INCLUDE NAVHOSP, NSGB.
3.C.10.J.7. (U) COORDINATE JTF-SOUTHERN GUARD MEDICAL ASSETS AS REQUIRED.
3.C.10.J.8. (U) MONITOR MEDICAL SUPPORT REQUIREMENTS AT DESIGNATED NSGB HOLDING CAMPS.
3.C.10.J.9 (U) MONITOR MEDICAL HEALTH STATUS WITHIN HOLDING CAMPS FOR

VULNERABLE POPULATIONS, INCLUDING PRE-EXISTING CHRONIC DISEASES, WITH

AN EMPHASIS ON PROTECTING PREGNANT WOMEN AND PREVENTING INFECTIOUS DISEASES.
3.C.10.J.10. (U) PROVIDE PLANNING REPRESENTATION AND PERSONNEL TO THE

USSOUTHCOM B2C2WGS AS REQUIRED.

3.C.10.K. (U) USSOUTHCOM PUBLIC AFFAIRS (SCPA).
3.C.10.K.1. (U) THE DEPARTMENT OF HOMELAND SECURITY IS THE LEAD FEDERAL AGENCY FOR PUBLIC AFFAIRS GUIDANCE. DEVELOP PUBLIC AFFAIRS GUIDANCE IN COORDINATION WITH DHS, DOS AND OTHER USG AGENCIES TO COMMUNICATE USG INTENT FOR ILLEGAL ALIEN HOLDING OPERATIONS AT GUANTANAMO BAY, CUBA.
3.C.10.K.2.(U) PROVIDE PUBLIC AFFAIRS GUIDANCE AND OVERSIGHT TO USSOUTHCOM ENTERPRISE, ESTABLISHED TASK FORCES, AND SUPPORTING INSTALLATIONS/UNITS ON ILLEGAL ALIEN HOLDING OPERATIONS.
3.C.10.K.3.(U) MAINTAIN PUBLIC AFFAIRS AND STRATEGIC COMMUNICATION COORDINATION WITH OSD PA, STATE DEPARTMENT, INTERAGENCY PARTNERS AND THE USSOUTHCOM ENTERPRISE ON ILLEGAL ALIEN HOLDING OPERATIONS AND ACTIVITIES.
3.C.10.K.4. (U) SYNCHRONIZE PUBLIC AFFAIRS CAPABILITIES, OPERATIONS, ACTIVITIES, AND INVESTMENTS SUPPORTING ILLEGAL ALIEN HOLDING OPERATIONS.
3.C.10.K.5.(U) BPT TO SERVE AS CDRUSSOUTHCOM SPOKESPERSON ON PUBLIC ANNOUNCEMENTS CONCERNING ILLEGAL ALIEN HOLDING OPERATIONS.
3.C.10.K.6. (U) BPT SUPPORT ESTABLISHMENT OF A JOINT TASK FORCE INTERAGENCY-JOINT INFORMATION CENTER (JIC) OR PUBLIC INFORMATION CENTER (PIC) AT GUANTANAMO BAY, CUBA.



~~Protected Material – Subject to Protective Order~~

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 58 of 133



3.C.10.L. (U) USSOUTHCOM FOREIGN DISCLOSURE (SCFD).
3.C.10.L.1. (U) PROVIDE POLICY AND GUIDANCE FOR THE SHARING OF CLASSIFIED MILITARY INFORMATION (CMI) AND CONTROLLED UNCLASSIFIED INFORMATION (CUI) TO FOREIGN GOVERNMENTS AND INTERGOVERNMENTAL ORGANIZATIONS.
3.C.10.L.2. (U) AS REQUIRED, COORDINATE WITH JOINT STAFF DIRECTORATE OF MANAGEMENT (DOM), OFFICE OF THE UNDERSECRETARY OF DEFENSE FOR POLICY (OSD (P)), AND CHAIRMAN OF THE NATIONAL DISCLOSURE POLICY COMMITTEE FOR EXCEPTIONS NATIONAL DISCLOSURE POLICY (ENDP).
3.C.10.L.3. (U) PROVIDE FOREIGN DISCLOSURE SUPPORT TO USSOUTHCOM JOINT OPERATIONS CENTER (JOC), JPG, AND JTF-SOUTHERN GUARD. USARSOUTH WILL PROVIDE AN FDO USING ORGANIC ASSETS WITH DEPLOYING JTG-SOUTHERN GUARD IF REQUIRED.

3.C.10.M. (U) USSOUTHCOM COMMAND CHAPLAIN (SCCH).
3.C.10.M.1. - MODIFY:(U) SUPPORT JTF-SOUTHERN GUARD PLANNING AND EXECUTION OF RELIGIOUS SUPPORT FUNCTIONS FOR JTF PERSONNEL.
3.C.10.M.2. - ADD: (U) COORDINATE WITH DHS, ICE-ERO, AND USARSOUTH TO DETERMINE RULES OF ELIGIBILITY AND POLICY GOVERNING RELIGIOUS SUPPORT TO ILLEGAL ALIENS.
3.C.10.M.3. - ADD: (U) SUPPORT DHS, ICE-ERO, JTF-SOUTHERN GUARD COMMANDER, JTF-SOUTHERN GUARD COMMAND CHAPLAIN IN THE VALIDATION REQUIREMENTS FOR CIVILIAN CHAPLAIN CONTRACT(S)TO SUPPORT ILLEGAL ALIEN RELIGIOUS SERVICES BASED ON DISTRIBUTION OF DOCUMENTED FAITH GROUPS.
3.C.10.M.4. - ADD: (U) SUPPORT DHS, ICE-ERO, USARSOUTH IN THE VALIDATION OF RELIGIOUS SUPPORT RULES FOR HIGH, MID, LOW LEVEL RISK ILLEGAL ALIENS AS NEEDED
3.C.10.M.5. - ADD: (U) MONITOR RELIGIOUS SUPPORT REQUIREMENTS AT JTF-SOUTHERN GUARD AND DESIGNATED HOLDING CAMP LOCATION(S).
3.C.10.M.6. (U) COORDINATE AND INTEGRATE CHAPLAIN CAPABILITIES FOR DIRECT RELIGIOUS SUPPORT TO JTF-SOUTHERN GUARD THAT GO BEYOND JTF-SOUTHERN GUARD CHAPLAIN EFFORTS LEVERAGING SUPPORTING SERVICE COMPONENTS, AGENCIES, TO INCLUDE NAVY REGION SOUTHEAST CHAPLAIN AND NSGB CHAPLAINS.

3.D. (U) COORDINATING INSTRUCTIONS.
3.D.1. (U) DIRECT LIAISON AUTHORITY (DIRLAUTH) WITH ALL SUPPORTING COMPONENTS, MILITARY DEPARTMENTS AND AGENCIES IS APPROVED. KEEP USSOUTHCOM INFORMED.
3.D.2. (U) EMAIL IS PREFERRED DELIVERY METHOD; USE POINTS OF CONTACT IN PARAGRAPH 5.D.
3.D.3. (U) ALL COMPONENTS AND USSOUTHCOM DIRECTORATES, PROVIDE PLANNING SUPPORT IN THE EVENT A PLANNING TEAM IS STOOD UP.
3.D.4. (U) ENHANCED DOMAIN AWARENESS (EDA) AS PRIMARY MEANS FOR COMMON TACTICAL PICTURE AS WELL AS FOR SHARING INFORMATION AND UNCLASSIFIED INTELLIGENCE.

3.D.5. (U) PUBLIC AFFAIRS (PA) GUIDANCE. THE PA POSTURE FOR THIS PLANNING EFFORT IS RESPOND-TO QUERY ONLY. MEDIA QUERIES WILL BE REFERRED TO USSOUTHCOM PA OR ATSD(PA) WITHOUT COMMENT.

3.D.6. (U) REPORTING INSTRUCTIONS.
3.D.6.A. (U) SUBMIT ALL REPORTING VIA THE UNCLASSIFIED NETWORK (NIPR) DIRECTLY TO USSOUTHCOM JOINT OPERATIONS CENTER (JOC), [redacted]



~~Protected Material – Subject to Protective Order~~

EMAIL: [redacted] NO LATER THAN
(NLT) 1700 HOURS, DAILY.
3.D.6.B. (U) ALTHOUGH NOT ALL INCLUSIVE, REPORTING REQUIREMENTS, AT A

MINIMUM, WILL INCLUDE: LAST 24/ RECENT ACTIONS; NEXT 24/ UPCOMING ACTIONS; REQUESTS FOR ASSISTANCE; OPPORTUNITIES; CHALLENGES AND/OR FRICTION POINTS; AND ASSESSMENTS/IMPACTS OF ACTIONS/OAIS.
3.D.6.C. (U) USE SC DIRECTED LSSS TRACKING REPORT FORMAT (ENCL 1) AS PART OF DAILY REPORTING (NLT 1200HRS EST) TO THE JOC AND SEND A COPY TO DIRECTLY TO SC JOINT LOGISTICS OPERATIONS CENTER (JLOC) EMAIL:
NIPR; [redacted]

3.D.7. (U) ANTITERRORISM/FORCE PROTECTION (AT/FP) GUIDANCE.
3.D.7.A. (U) CDRUSSOUTHCOM EXERCISES FORCE PROTECTION TACON OF ALL DOD
FORCES IN THEATER, EXCEPT THOSE UNDER THE SECURITY RESPONSIBILITY OF CHIEFS OF MISSION (COM) AS SPECIFICALLY IDENTIFIED IN COUNTRY-SPECIFIC
SECURITY MOAS BETWEEN CDRUSSOUTHCOM AND COMS.
3.D.7.B. (U) THE BASELINE FPCON IS BRAVO. CDRS ARE AUTHORIZED TO IMPLEMENT ADDITIONAL FPCON MEASURES TO SUPPORT MISSION REQUIREMENTS, IAW SC REG 34-2. ANY INCREASE IN FPCON MEASURES WILL BE ROUTED THROUGH
SCJ34.
3.D.7.C. (U) ALL FORCE PROTECTION MEASURES ON NAVAL STATION GUANTANAMO
BAY WILL BE COORDINATED THROUGH THE CDR, NAVAL STATION GUANTANAMO BAY.
3.D.7.D. (U) ALL SERVICES AND JTF-SOUTHERN GUARD WILL PARTICIPATE IN THE SC FORCE PROECTION WORKING GROUP.

3.D.8. (U) HUMAN RIGHTS. SUPPORTING COMMANDS WILL CERTIFY THAT THEIR PERSONNEL HAVE RECEIVED ANNUAL HUMAN RIGHTS TRAINING.
3.D.8.1. (U) ALL IAHO WILL BE CONDUCTED IN A MANNER THAT ENSURES SAFE

AND HUMANE TREATMENT IN ACCORDANCE WITH DOMESTIC AND INTERNATIONAL LEGAL OBLIGATIONS AT ALL TIMES.

3.D.9. (U) PERSONNEL RECOVERY TRAINING.
3.D.9.A. (U) ALL DEPLOYING PERSONNEL ARE REQUIRED TO COMPLETE SERE 100.2 LEVEL A, OR ARMY PR 101 A, B, AND C, WITHIN 36 MONTHS OF DEPLOYING INTO THE USSOUTHCOM AOR WITH THE EXCEPTION OF PERSONNEL WHO

MAINTAIN SERE TRAINING CURRENCY IAW AFI 16-1301. ALL PERSONNEL MUST HAVE AN ISOLATED PERSONNEL REPORT (ISOPREP) ELECTRONICALLY SUBMITTED INTO THE PERSONNEL RECOVERY MISSION SOFTWARE (PRMS) WEBSITE AND THE ISOPREP MUST BE REVIEWED BY THE MEMBER WITHIN 6 MONTHS OF DEPLOYMENT.
3.D.9.B. (U) ALL DEPLOYING PERSONNEL WILL CONDUCT NECESSARY COORDINATION WITH HOST NATION COUNTERPART AND THE SECURITY COOPERATION
OFFICE IN SUPPORT OF A PR PLAN.
3.D.9.C. (U) THEATER ENTRY REQUIREMENTS. ALL PERSONNEL MUST COMPLY WITH THEATER ENTRY REQUIREMENTS TO INCLUDE REQUIREMENTS OUTLINED IN THE FOREIGN CLEARANCE GUIDE FOR NAVAL STAION GUANTANAMO BAY. EFFORTS SHOULD BE MADE FOR DOD PERSONNEL TO OBTAIN AND TRAVEL ON THEIR OFFICIAL PASSPORTS.

3.D.10. (U) RULES FOR THE USE OF FORCE (RUF).
3.D.10.A. (U) THE STANDING RULES OF ENGAGEMENT (SROE)/ STANDING RULES

FOR THE USE OF FORCE (SRUF) ARE IN EFFECT IAW CJCS 3121.01B. UNIT COMMANDERS RETAIN THE INHERENT RIGHT AND OBLIGATION TO EXERCISE UNIT SELF-DEFENSE, INCLUDING DEFENSE OF OTHER U.S. FORCES IN THE VICINITY,

IN RESPONSE TO A HOSTILE ACT OR DEMONSTRATED HOSTILE INTENT. PROVIDE ADDITIONAL REQUESTS FOR SUPPLEMENTAL ROE AS NEEDED THROUGH USSOUTHCOM.

3.D.10.A.1. (U) NOTHING IN THIS EXORD LIMITS A COMMANDER'S INHERENT RIGHT AND OBLIGATION TO EXERCISE UNIT SELF-DEFENSE, INCLUDING DEFENSE OF OTHER U.S. FORCES IN THE VICINITY, IN RESPONSE TO A HOSTILE ACT OR DEMONSTRATED HOSTILE INTENT.

3.D.10.A.2. (U) UNIT COMMANDERS ARE AUTHORIZED TO DEFEND U.S. NATIONALS AND THEIR PROPERTY FROM A HOSTILE ACT OR DEMONSTRATION OF HOSTILE INTENT.

3.D.10.A.3. (U) USSOUTHCOM WILL SUBMIT ADDITIONAL REQUESTS FOR SUPPLEMENTAL ROE/RUF, AS NEEDED OR REQUESTED BY JTF-SOUTHERN GUARD OR COMPONENT COMMANDERS THROUGH THE JOINT STAFF.

3.D.10.A.4. (U) USSOUTHCOM HAS PUBLISHED A GUANTANAMO BAY JTF-SOUTHERN GUARD ILLEGAL ALIEN HOLDING OPERATIONS USE OF FORCE APPENDIX ON SIPR DETAILING GUIDANCE ON THE RUF POLICY. REQUESTS FOR MODIFICATIONS TO THE RUF POLICY WILL BE ROUTED THROUGH THE SCJ34.

3.D.11. (U) CLASSIFICATION GUIDANCE. OPERATIONS IN SUPPORT OF THIS MISSION SHOULD BE CARRIED OUT IN AN UNCLASSIFIED MANNER TO THE MAXIMUM EXTENT POSSIBLE TO ALLOW FOR PARTNER NATION COORDINATION, COMMUNICATION, AND COOPERATION.

3.D.12. (U) ALL IAHO WILL BE CONDUCTED IN A MANNER THAT ENSURES SAFE AND HUMANE TREATMENT IN ACCORDANCE WITH DOMESTIC AND INTERNATIONAL LEGAL OBLIGATIONS AT ALL TIMES.

3.D.13. (CUI) OPSEC GUIDANCE. [redacted]

3.D.14. (U) NSGBINST 5530.2A APPLIES TO ALL PERSONNEL ONBOARD NSGB. PHOTOGRAPHY SHALL NOT BE TAKEN OF CLASSIFIED FACILITIES, EQUIPMENT OR MATERIAL, DETENTION FACILITIES, RESTRICTED AREAS, OR OF ANY ILLEGAL ALIENS WITHOUT PRIOR AUTHORIZATION.

3.D.15. - ADD: (U) OPERATION SOUTHERN GUARD PERSONNEL ARE NOT AUTHORIZED TO USE THE PATRIOT EXPRESS ROTATOR FOR TRANSPORTATION TO AND FROM NSGB.

4.(U) ADMINISTRATION AND LOGISTICS.

4.A. (U) LOGISTICS. USE FRAMEWORK ESTABLISHED IAW ANNEX D AND W TO CONPLAN 6120.

4.A.1. (U) THE CONCEPT IS THAT JTF-SOUTHERN GUARD FORCES AND THE INTERAGENCY PARTNERS OPERATING ON NSGB ARE TENANTS ON THE INSTALLATION. JTF-SOUTHERN GUARD AND AGENCIES WILL COORDINATE LIFE SUPPORT ITEMS AND SERVICES WITH NAVSOUTH AS THE BOS-I FOR SERVICE OR AGENCY MEMBERS. JTF-SOUTHERN GUARD IS RESPONSIBLE FOR PROVIDING OR



~~Protected Material – Subject to Protective Order~~

COORDINATING ALL SUSTAINMENT OF ILLEGAL ALIENS IN CAMPS ESTABLISHED BY
THE JTF. THE CCDR USSOUTHCOM DESIGNATES THE NAVY AS LEAD SERVICE FOR CONTRACTING (LSC) UNDER DIRECTIVE AUTHORITY FOR LOGISTICS (DAFL) RELATED CONTRACTING SUPPORT. LSC IS RESPONSIBLE FOR COORDINATING AND MANAGING ALL CONTRACTING RELATED ACTIONS AND PUBLISHES PROCEDURES FOR

COMPONENTS. DIRECT LIAISON AUTHORITY FOR LOGISTICS IS GRANTED.
4.B. (U) JOPES IS DIRECTED FOR DEPLOYMENT OF ALL FORCES TO INCLUDE CONTRACTORS. COORDINATED STRATEGIC LIFT REQUIREMENTS WITH SOUTHCOM DDOC. [redacted] HAVE BEEN ESTABLISHED TO SUPPORT THIS OPERATION. ALL REQUIREMENTS WILL BE PLACED IN FORCE MODULE DEP25 FOR VALIDATION. GCCS NEWSGROUP [redacted] (ALL LOWER CASE), ACCESSIBLE THROUGH THE USSOUTHCOM NEWS SERVER, [redacted] WILL BE USED

FOR TIME-PHASED FORCE DEPLOYMENT DATA (TPFDD) PLANNING AND COORDINATION.

4.B. (U) FUNDING. USSOUTHCOM WILL NOT PROVIDE FUNDING. COMPONENT COMMANDS AND PARTICIPATING DEFENSE AGENCIES WILL SEEK RESOURCES FROM THEIR SERVICE AND CAPTURE AND REPORT COSTS TO THEIR AGENCY HEADQUARTERS AND THROUGH THEIR RESPECTIVE MILITARY DEPARTMENT COMPTROLLER TO THE DEFENSE FINANCE AND ACCOUNTING SERVICES (DFAS) IN ACCORDANCE WITH DOM FMR VOL 12, CHAPTER 23 AND AS DIRECTED BY OUSD COMPTROLLER. KEEP USSOUTHCOM J8 INFORMED.
4.B.1. - ADD: (U) NAVSOUTH WILL PROVIDE FUNDING FOR BOS-I SUPPORT.
4.B.2. - ADD: (U) ARSOUTH AS EXECUTIVE AGENT FOR FUNDING FOR THE JTF WILL FUND MISSION REQUIREMENTS, AND COMMON USER LOGISTICS IN SUPPORT OF THE JTF.
4.B.4 - ADD: (U) REQUIRING AGENCY WILL IDENTIFY FUNDING FOR REQUIRED CONTRACTS SUBMITTED TO THE LSC.

4.C. (U) TRANSPORTATION.
4.C.1. (U) COORDINATE TRANSPORTATION REQUIREMENTS WITH THE SC J4 SDDOC.

4.D. (U) U.S. MEDICAL.
4.D.1. (U) FORCE HEALTH PROTECTION. COMMANDS AND DOD CONTRACTORS WILL

ENSURE COMPLIANCE WITH ALL APPLICABLE FORCE HEALTH PROTECTION (FHP) REQUIREMENTS (PRE-, DURING-, AND POST- DEPLOYMENT) IAW THE "FHP GUIDANCE FOR DEPLOYMENT TO USSOUTHCOM AOR", DTG 291613Z MAY 13 AND USSOUTHCOM REGULATION 40-501 "MEDICAL SUITABILITY SCREENING". SERVICE

COMPONENTS ARE RESPONSIBLE FOR SCREENING DOD CIVILIANS FOR MINIMUM MEDICAL SUITABILITY STANDARDS PRIOR TO DEPLOYMENT. USSOUTHCOM SURGEON'S OFFICE POC FOR DEPLOYMENT FHP ISSUES IS AT COMM: [redacted].

4.D.2. (U) PATIENT MOVEMENT. THE THEATER PATIENT MOVEMENT REQUIREMENTS
CENTER - AMERICA (TPMRC-A) PROVIDES PATIENT MOVEMENT FOR DOD MILITARY,
CIVILIANS AND CONTRACTORS DEPLOYED ISO THIS OPERATION SUBMIT ALL PATIENT MOVEMENT REQUEST TO TPMRC-A. PATIENT MOVEMENT IN THE USSOUTHCOM AOR WILL BE IAW
USSOUTHCOM REGULATION 40-401 - USSOUTHCOM PATIENT MOVEMENT REGULATION

- WHICH OUTLINES RESPONSIBILITIES, POLICY, AND PROCEDURES FOR PATIENT

MOVEMENT OF U.S. FORCES, DOD CIVILIANS, AND DOD CONTRACTORS WHILE DEPLOYED IN USSOUTHCOM AOR.



~~Protected Material – Subject to Protective Order~~

4.D.3. (U) MEDICAL SUPPORT FOR ILLEGAL ALIENS. DEPLOYABLE HEALTH SERVICES SUPPORT PROVIDING HOSPITAL CARE THAT INCLUDES GENERAL MEDICAL
CARE AND SURGICAL SUPPORT SERVICES EQUIVALENT TO ROLE 3 HEALTHCARE FOR
ILLEGAL ALIENS.
4.D.4. (U) PATIENT MOVEMENT FOR ILLEGAL ALIENS. ROLE 3 OR HIGHEST ECHELON OF CARE AT NAVAL STATION GUANTANAMO BAY COORDINATES WITH DHS FOR MOVEMENT OF PATIENT OFF ISLAND. ROLE 3 OR HIGHEST ECHELON OF CARE

RESPONSIBLE FOR TRANSPORTING PATIENT FROM FACILITY TO AIRFIELD AND FOR
TRANSFERRING CARE TO DHS. DHS IS RESPONSABLE FOR FINAL TRANSFER OF ILLEGAL ALIEN OFF ISLAND.
4.D.5. (U) MEDICAL SUPPORT FOR INTERAGENCY PARTNERS. INTERAGENCY PARTNERS REQUIRED TO COORDINATE WITH JTF-SOUTHERN GUARD AND NAVAL STATION GUANTANAMO BAY FOR MEDICAL SUPPORT. INTERAGENCY WILL ENSURE COMPLIANCE WITH ALL APPLICABLE FORCE HEALTH PROTECTION (FHP) REQUIREMENTS (PRE-, DURING-, AND POST-DEPLOYMENT) IAW THE "FHP GUIDANCE FOR DEPLOYMENT TO USSOUTHCOM AOR", DTG 2916133Z MAY 13 AND USSOUTHCOM REGULATION 40-501 "MEDICAL SUITABILITY SCREENING." SERVICE

COMPONENTS ARE RESPONSIBLE FOR SCREENING DOD CIVILIANS FOR MINIMUM MEDICAL SUITABILITY STANDARDS PRIOR TO DEPLOYMENT.

5.(U) COMMAND AND CONTROL.
5.A. (U) COMMAND RELATIONSHIPS. CDRUSSOUTHCOM MAINTAINS COCOM OF ARSOUTH, AFSOUTH, NAVSOUTH, MARFORSOUTH, JTF-B AND JTF-GUANTANAMO. CDRUSSOUTHCOM HAS OPCON OF SOCSOUTH. WITH THIS EXORD, USSOUTHCOM ESTABLISHES JTF-SOUTHERN GUARD UNDER COCOM AUTHORITY.
5.A.1. (U) JTF-GUANTANAMO IS TACON TO JTF-SOUTHERN GUARD FOR CONTROL OF HTIA IN WINDWARD LOCATION.
5.B. (U) USSOUTHCOM WILL ISSUE SUBSEQUENT ORDERS OR MODIFICATIONS AS REQUIRED.
5.C. (U) (U) DIRECT LIAISON AUTHORITY (DIRLAUTH) WITH ALL SUPPORTING COMPONENTS, MILITARY DEPARTMENTS AND AGENCIES, AS WELL AS COM AND DOS,
IS APPROVED, AND KEEP USSOUTHCOM UPDATED AND INFORMED ON COORDINATION.
5.D. (U) POINTS OF CONTACT.

[redacted]



~~Protected Material – Subject to Protective Order~~

[redacted]

6.A. (U) THIS MESSAGE IS APPROVED FOR RELEASE BY BRENDAN MCPHERSON, RADM, USCG, DIRECTOR OF OPERATIONS, SCJ-3.

6.B. (U) 6.A. (U) THIS MESSAGE WAS CLASSIFIED BY BRENDAN MCPHERSON, RADM, USCG, DIRECTOR OF OPERATIONS, SCJ-3.
6.B.1. (U) REASON: 1.4(A).
6.B.2. (U) DECLASSIFY ON: 20500206.//



~~Protected Material – Subject to Protective Order~~

UNCLAS ~~CUI~~

PAGE 1 OF 3

# GENADMIN: SECRETARY OF DEFENSE VOCO TO EXPAND MIGRANT OPERATIONS

---

**Originator:** JOINT STAFF WASHINGTON DC
**TOR:** 01/30/2025 22:41:02
**DTG:** 302239Z Jan 25
**Prec:** Immediate
**DAC:** General
**To:** CDR USSOUTHCOM MIAMI FL
**CC:** CDR USNORTHCOM PETERSON AFB CO, CDR USTRANSCOM SCOTT AFB IL, CDR USSOCOM MACDILL AFB FL, CDR USAFRICOM STUTTGART GE, CDR USAFRICOM STUTTGART GE, CDR USEUCOM VAIHINGEN GE, CDR USSTRATCOM OFFUTT AFB NE, CDR USSTRATCOM OFFUTT AFB NE, CDR USPACOM HONOLULU HI, CDR USCENTCOM MACDILL AFB FL, CJCS WASHINGTON DC, VCJCS WASHINGTON DC, USNORTHCOM J3 PETERSON AFB CO, CMC WASHINGTON DC, CMC WASHINGTON DC, HQDA CSA WASHINGTON DC, CSAF WASHINGTON DC, CNO WASHINGTON DC, CSO WASHINGTON DC, ARNG NGB J3 JOC WASHINGTON DC, JOINT STAFF DJ1 WASHINGTON DC, JOINT STAFF DJ2 WASHINGTON DC, JOINT STAFF DJ3 WASHINGTON DC, JOINT STAFF DJ5 WASHINGTON DC, JOINT STAFF DJ6 WASHINGTON DC, JOINT STAFF DJ7 WASHINGTON DC, JOINT STAFF DJ8 COS WASHINGTON DC, JOINT STAFF DJ8 WASHINGTON DC, JOINT STAFF J3 DEP-DIR REGIONAL OPS WASHINGTON DC

---

```
OAAUZYUW RUEKJCS3150 0302240-UUUU--RUIDAAA.
ZNR UUUUU ZUI RUEWMCM6900 0302240
O 302239Z JAN 25
FM JOINT STAFF WASHINGTON DC
TO RUIDAAA/CDR USSOUTHCOM MIAMI FL
INFO RUIFAAA/CDR USNORTHCOM PETERSON AFB CO
RUIHAAA/CDR USTRANSCOM SCOTT AFB IL
RUIEAAA/CDR USSOCOM MACDILL AFB FL
RUIPAAA/CDR USAFRICOM STUTTGART GE
RUZEFAA/CDR USAFRICOM STUTTGART GE
RUIPAAA/CDR USEUCOM VAIHINGEN GE
RUIPAAA/CDR USSTRATCOM OFFUTT AFB NE
RUCUSTR/CDR USSTRATCOM OFFUTT AFB NE
RUICAAA/CDR USPACOM HONOLULU HI
RUIBAAA/CDR USCENTCOM MACDILL AFB FL
RUEKJCS/CJCS WASHINGTON DC
RUEKJCS/VCJCS WASHINGTON DC
RUIFAAA/USNORTHCOM J3 PETERSON AFB CO
RUJIAAA/CMC WASHINGTON DC
RUIQAAA/CMC WASHINGTON DC
RUEADWD/HQDA CSA WASHINGTON DC
RUEAHQA/CSAF WASHINGTON DC
RUOIAAA/CNO WASHINGTON DC
RUCXCSO/CSO WASHINGTON DC
RUIAAAA/ARNG NGB J3 JOC WASHINGTON DC
RUEKJCS/JOINT STAFF DJ1 WASHINGTON DC
RUEKJCS/JOINT STAFF DJ2 WASHINGTON DC
RUEKJCS/JOINT STAFF DJ3 WASHINGTON DC
RUEKJCS/JOINT STAFF DJ5 WASHINGTON DC
RUEKJCS/JOINT STAFF DJ6 WASHINGTON DC
RUEKJCS/JOINT STAFF DJ7 WASHINGTON DC
RUEKJCS/JOINT STAFF DJ8 COS WASHINGTON DC
RUEKJCS/JOINT STAFF DJ8 WASHINGTON DC
RUEKJCS/JOINT STAFF J3 DEP-DIR REGIONAL OPS WASHINGTON DC
BT
UNCLAS CUI (struck through)
SUBJ/GENADMIN: SECRETARY OF DEFENSE VOCO TO EXPAND MIGRANT OPERATIONS
AT NAVAL STATION GUANTANAMO BAY
TIMEZONE/Z//
```

UNCLAS ~~CUI~~

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 65 of 133



MSGID/GENADMIN/DJ-3//
REF/A/DOC/PRES MEMO/YMD:20250129//
REF/B/VOCO/SecDef/YMD:20250130//
REF/C/EMAIL/JS DJ3/YMD: 20250130//

AMPN/
Ref A is the Presidential Memorandum for the Secretary of Defense and the Secretary of Homeland Security, Expanding Migrant Operations Center at Naval Station Guantanamo Bay to Full Capacity.
Ref B is the Secretary of Defense (SecDef) verbal order of the commanding officer (VOCO) for CDRUSSOUTHCOM to Expand Migrant Operations at Naval Station Guantanamo Bay.
Ref C is email from Joint Staff Director of Operations (DJ3) memorializing Ref B.

GENTEXT/Remarks/
1. ~~(CUI)~~ This general administrative (GENADMIN) message transmits SecDef VOCO of 30 JAN 2025 (REF B), memorialized in REF C, directing CDRUSSOUTHCOM to expand migrant operations at Naval Station Guantanamo Bay (NSGB) in support of REF A to include the housing of illegal aliens of varying status including those that pose a heightened security threat as early as 30 JAN 2025.

2. ~~(CUI)~~ IAW REF B, CDRUSSOUTHCOM will formally submit funding requirements for the next 90 days to Joint Staff within 10 days of this order.

3. [redacted] IAW REF B, CDRUSSOUTHCOM will submit an initial request for forces (RFF) to enable CDRUSSOUTHCOM to conduct illegal alien holding operations for up 10,000 illegal aliens pending relocation NLT 1400 on 30 JAN 2025 to support a Special Secretary of Defense Orders Book on or about 30 JAN 2025.

3.A. [redacted] IAW REF B, the RFF will include forces required to augment security forces required to appropriately house, to the maximum number available, illegal aliens that pose a heightened security threat.

3.B. [redacted] IAW REF B, CDRUSSOUTHCOM will submit follow on RFFs in a timely manner as needed to accomplish the mission, accommodating up to 30,000 illegal alien pending relocation.

4. ~~(CUI)~~ REF B authorizes CDRUSSOUTHCOM to take actions necessary to effectuate REF B, including movement of personnel, equipment, and the expenditure of funds for REFs A mission as ordered in REF B.

4.A. ~~(CUI)~~ Joint Staff will not provide funding for this mission.

5. (U) Acknowledge receipt to the Joint Staff points of contact below.

5.A. (U) Points of Contact.

5.A.1. (U) Joint Staff J-35 POC is Joint Operations Division - Americas, Comm: [redacted]

GENTEXT/AUTHENTICATION/BG Morgan/LCDR [redacted] /
AKNLDG/YES//



~~Protected Material -- Subject to Protective Order~~

BT
#3150

NNNN
Received from AUTODIN 302241Z Jan 25



~~Protected Material – Subject to Protective Order~~

U.S. Immigration and Customs Enforcement

CPD | February 2025

# Legal Calls at Guantanamo

## This facility can arrange free and confidential legal calls with your legal representative, so that you can communicate with them.

You may request a legal call with a legal representative, by submitting a detainee request form. **You may use this time to speak with your legal representative or try to find a legal representative.** On the form you may include your legal representative's name, phone number(s), and email address. If you do not have a legal representative, you can also call the **ABA Information Line (1-855-641-6081)** for a legal referral. Your legal representative can also file a Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative through the online filing platform ERO eFile, on ICE.gov, which will notify ICE that you are represented.

Your legal representative can also request legal calls by following instructions on ICE.gov. Only visits with your legal representative will be allowed on the call, not visits from friends or family.

# Llamadas Legales at Guantanamo

## Este centro puede concertar llamadas legales gratuitas y confidenciales con su representante legal, para que pueda comunicarse con él.

Puede solicitar una llamada legal con un representante legal, presentando un formulario de solicitud de detenido. **Puede utilizar este tiempo para hablar con su representante legal o intentar encontrar un representante legal.** En el formulario puede incluir el nombre, número(s) de teléfono y dirección de correo electrónico de su representante legal. Si no tiene un representante legal, también puede llamar a la **Línea de información de ABA (1-855-641-6081)** para obtener una referencia legal. Su representante legal también puede presentar un Formulario G-28, Aviso de comparecencia como abogado o representante acreditado a través de la plataforma de presentación en línea ERO eFile, en ICE.gov, que notificará a ICE que usted está representado.

Su representante legal también puede solicitar llamadas legales siguiendo las instrucciones en ICE.gov. Durante la llamada sólo se permitirán visitas de su representante legal, no visitas de amigos o familiares.



U.S. Immigration and Customs Enforcement

ENFORCEMENT AND REMOVAL OPERATIONS

# National Detainee Handbook

CUSTODY MANAGEMENT

2024

U-DOW-CAR-214



# I Speak...

## Language Identification Guide

### A

**Amharic**
እኔ አማርኛ ነው ምናገረው.

**Arabic**
أنا أتحدث اللغة العربية

**Armenian**
Ես խոսում եմ հայերեն

### B

**Bengali**
আমি বাংলা কথা বোলতে পারী

**Bosnian**
Ja govorim bosanski

**Bulgarian**
Аз говоря български

**Burmese**
ကျွန်တော်/ကျွန်မ မြန်မာ လို ပြောတတ် ပါတယ်

### C

**Cambodian**
ខ្ញុំនិយាយភាសាខ្មែរ

**Cantonese**
我講廣東話 (Traditional)
我讲广东话 (Simplified)

**Catalan**
Parlo català

**Croatian**
Govorim hrvatski

**Czech**
Mluvím česky

### D

**Danish**
Jeg taler dansk

**Dari**
من دری حرف می زنم

**Dutch**
Ik spreek het Nederlands

### E

**Estonian**
Ma räägin eesti keelt

### F

**Finnish**
Puhun suomea

**French**
Je parle français

### G

**German**
Ich spreche Deutsch

**Greek**
Μιλώ τα ελληνικά

**Gujarati**
હું ગુજરાતી બોલુ છુ

### H

**Haitian Creole**
M pale kreyòl ayisyen

**Hebrew**
אני מדבר עברית

**Hindi**
मैं हिंदी बोलता हूँ ।

**Hmong**
Kuv has lug Moob

**Hungarian**
Beszélek magyarul

### I

**Icelandic**
Ég tala íslensku

**Ilocano**
Agsaonak ti Ilokano

**Indonesian**
saya bisa berbahasa Indonesia

**Italian**
Parlo italiano

### J

**Japanese**
私は日本語を話す

### K

**Kackchiquel**
Quin cha qüie´ká chá bal´ruin´ri

**Korean**
한국어 합니다

**Kurdish**
man Kurdii zaanim

**Kurmanci**
man Kurmaanjii zaanim

### L

**Laotian**
຺ຂອຍປາກພາສາລາວ

**Latvian**
Es runāju latviski

**Lithuanian**
Aš kalbu lietuviškai

### M

**Mam**
Bán chiyola tuj kíyol mam

**Mandarin**
我講國語 (Traditional)
我讲国语/普通话 (Simplified)

**Mon**
အဲ ပ္ဍိ ဘာဂေၚ်ဝ္ဍၚ်

### N

**Norwegian**
Jeg snakker norsk

### P

**Persian**
من فارسی صحبت می کنم.

**Polish**
Mówię po polsku

**Portuguese**
Eu falo português do Brasil (for Brazil)
Eu falo português de Portugal (for Portugal)

**Punjabi**
ਮੈਂ ਪੰਜਾਬੀ ਬੋਲਦਾ/ਬੋਲਦੀ ਹਾਂ।

### Q

**Qanjobal**
Ayin ti chi wal q´anjob´al

**Quiche**
In kinch´aw k´uin ch´e quiche

### R

**Romanian**
Vorbesc românește

**Russian**
Я говорю по-русски

### S

**Serbian**
Ја говорим српски

**Sign Language**




**Slovak**
Hovorím po slovensky

**Slovenian**
Govorim slovensko

**Somali**
Waxaan ku hadlaa af-Soomaali

**Spanish**
Yo hablo español

**Swahili**
Ninaongea Kiswahili

**Swedish**
Jag talar svenska

### T

**Tagalog**
Marunong akong mag-Tagalog

**Tamil**
நான் தமிழ் பேசுவேன்

**Thai**
พูดภาษาไทย

**Turkish**
Türkçe konuşurum

### U

**Ukrainian**
Я розмовляю українською мовою

**Urdu**
میں اردو بولتا ہوں

### V

**Vietnamese**
Tôi nói tiếng Việt

### W

**Welsh**
Dwi'n siarad

### X

**Xhosa**
Ndithetha isiXhosa

### Y

**Yiddish**
איך רעד יידיש

**Yoruba**
Mo nso Yoobá

### Z

**Zulu**
Ngiyasikhuluma isiZulu

Executive Order 13166 requires DHS to take reasonable steps to provide meaningful access to its programs and activities for persons with limited English proficiency and - as also required by Title VI of the Civil Rights Act of 1964 - to ensure that recipients of federal financial assistance do the same.

*I Speak* is provided by the Department of Homeland Security Office for Civil Rights and Civil Liberties (CRCL). Other resources at www.lep.gov

Contact the DHS Office for Civil Rights and Civil Liberties' CRCL Institute at CRCLTraining@dhs.gov for digital copies of this poster or a "I Speak" booklet.

Download copies of the DHS LEP plan and guidance to recipients of financial assistance at www.dhs.gov/crcl

Homeland Security

# I Speak...

*Indigenous Language Identification Poster*

## *¿Habla?*

**¿Habla K'iche? (Guatemala)**
**¿Habla Mam? (Guatemala)**
**¿Habla Awateko? (Guatemala)**
**¿Habla Q'eqchi? (Guatemala)**
**¿Habla Kakchikel? (Guatemala)**
**¿Habla PocoMam? (Guatemala)**
**¿Habla Q'anjob'al? (Guatemala)**
**¿Habla Achi? (Guatemala)**
**¿Habla Ixil? (Guatemala)**
**¿Habla Pocomchi? (Guatemala)**
**¿Habla Jakalteko (Popti)? (Guatemala)**
**¿Habla Chuj? (Guatemala)**
**¿Habla Akateko (Acateko)? (Guatemala)**
**¿Habla Garifuna?**
**(Honduras, Guatemala, Other)**
**¿Habla Cora? (Mexico)**
**¿Habla Zapotec? (Mexico)**
**¿Habla Chatino? (Mexico)**
**¿Habla Tepehuan? (Mexico)**
**¿Habla Quechua? (Peru, Ecuador, Others)**

*This poster assists DHS personnel in identifying the primary language of an individual from Central or South America who is not proficient in English or Spanish. This poster is intended to be used with or in addition to Component protocols for identifying indigenous language speakers.*

Homeland Security

*I Speak* materials are provided by the U.S. Department of Homeland Security, Office for Civil Rights and Civil Liberties. www.dhs.gov/crcl

U.S. Immigration and Customs Enforcement

ENFORCEMENT AND REMOVAL OPERATIONS

National Detainee Handbook

# Contents


INTRODUCTION .......... 7
LANGUAGE ACCESS .......... 7
YOUR ARRIVAL AT THE FACILITY .......... 7
YOUR RESPONSIBILITIES AND RIGHTS .......... 7
YOUR RESPONSIBILITIES .......... 7
YOUR RIGHTS .......... 7
YOUR IMMIGRATION CASE .......... 9
COMMUNICATING WITH FAMILY, FRIENDS, AND LEGAL REPRESENTATIVES .......... 10
PHONE CALLS .......... 10
TABLETS .......... 10
VISITS .......... 10
MAIL .......... 10
CHILD CUSTODY QUESTIONS .......... 15
LEGAL RESOURCES .......... 15
GROUP LEGAL RIGHTS PRESENTATIONS .......... 15
UNITED NATIONS HIGH COMMISSIONER FOR REFUGEES (UNCHR) HOTLINE .......... 16
LAW LIBRARY .......... 16
CLASSIFICATION AND HOUSING .......... 17
CLASSIFICATION LEVEL .......... 17
SPECIAL MANAGEMENT UNIT HOUSING .......... 17
MEALS, ACTIVITIES, AND SERVICES .......... 18
MEALS .......... 18
COMMISSARY OR VENDING MACHINES .......... 19
RECREATION .......... 19
RELIGION .......... 19
VOLUNTARY WORK PROGRAM .......... 20
LIBRARY .......... 20
ATTENDING OTHER COURT HEARINGS (NON-IMMIGRATION) .......... 21
REQUESTS TO MARRY .......... 21
DRESS AND GROOMING .......... 21
UNIFORMS .......... 21
PERSONAL CARE .......... 22
GROOMING .......... 22
LAUNDRY .......... 23
A CLEAN FACILITY .......... 23
RULES AND PROCEDURES .......... 23
HEAD COUNTS .......... 23
AUTHORIZED PROPERTY AND CONTRABAND .......... 23
SEARCHES AND VIEWING .......... 24
DISCIPLINE AND YOUR RIGHTS .......... 25
USE OF FORCE AND RESTRAINTS .......... 26
CRIMINAL CHARGES .......... 26
GENERAL HEALTH AND SAFETY .......... 26
EVACUATION DRILLS .......... 26
MEDICAL ORIENTATION AND HEALTH INFORMATION .......... 28
GENERAL OVERVIEW OF SERVICES PROVIDED .......... 28
ADDITIONAL SERVICES .......... 29
HEALTHCARE APPOINTMENTS .......... 29
SECOND OPINIONS .......... 29
MEDICATIONS .......... 29
MENTAL HEALTH CARE AND SUICIDAL RISK .......... 30
MEDICAL RECORDS .......... 30
PRIVACY NOTICE REGARDING THE COLLECTION OF YOUR INFORMATION FOR YOUR MEDICAL CARE .......... 30
SEXUAL ABUSE AND ASSAULT AWARENESS .......... 31
DETENTION AS A SAFE ENVIRONMENT .......... 31
DEFINITIONS .......... 31
PROHIBITED ACTS .......... 32
AVOIDING SEXUAL ABUSE AND ASSAULT .......... 32
REPORT ALL SEXUAL ABUSE AND ASSAULTS .......... 33
MEDICAL CARE, COUNSELING, AND VICTIM SERVICES .......... 34
UNDERSTANDING THE CRIMINAL JUSTICE PROCESS .......... 35
HUMAN TRAFFICKING .......... 36
Report Human Trafficking .......... 36
QUESTIONS, REQUESTS, AND GRIEVANCES .......... 36
QUESTIONS, REQUESTS, AND INFORMAL COMPLAINTS .......... 36
HOW TO FILE A GRIEVANCE OR FORMAL COMPLAINT .......... 37
RECORDS .......... 38
FACILITY RELEASE .......... 39
POSTINGS AND NOTICES .......... 39

## INTRODUCTION

You are being housed in a detention facility operated or contracted by the U.S. Immigration and Customs Enforcement's (ICE) Enforcement and Removal Operations (ERO).

## LANGUAGE ACCESS




If you don't speak or understand English, or cannot read or write English, an interpreter will be provided to you, free of charge, for medical and ICE- or detention-related matters. This assistance can include a staff member who speaks your language or a professional interpreter. Any written materials provided to you should also be translated into your language or explained to you orally in your language by an interpreter. Tell a staff member at your facility or an ICE officer if you need help understanding this handbook or any other information.

## YOUR ARRIVAL AT THE FACILITY

Most facilities follow the same basic steps when a detainee arrives at the facility. See Table 1 on the next page for the steps and procedures of processing.

**You will probably stay at the facility until:**

- You are granted bond or release from custody;
- Your immigration case is decided;
- You are ordered to be removed from the country; or
- You are transferred to another facility.

**It is your responsibility to read this handbook to learn about:**

- Your responsibilities and rights as a detainee;
- Programs and services available to you;
- Rules you must follow;
- Procedures for common situations; and
- How to report problems and file complaints.

This handbook provides only a summary of important information and does not cover all rights and requirements related to your stay at the facility.

You will also receive another handbook from your facility that explains its local rules. It is important that you understand and follow the rules in both handbooks. If you lose this handbook, you are entitled to one replacement. Copies will be available for reference at the law library and in the housing units, or may be requested from facility staff.

If you need help understanding this handbook, tell a staff member at your facility or an ICE officer.

If you do not read, write, speak, or understand English, you have the right to receive important information in a language or format you understand or to have someone explain it to you orally in your language. Tell an officer if you need assistance.

## YOUR RESPONSIBILITIES AND RIGHTS

While ICE's policy is to treat all detainees with dignity and respect and to keep the facility safe, secure, and clean, you also have responsibilities and rights.

### YOUR RESPONSIBILITIES

One of your main responsibilities is to learn and follow all the facility's rules, regulations, and instructions. If you do not follow the facility's rules, you may be subject to discipline.

You must also respect the staff, other detainees, and all property and keep yourself and your surroundings clean.

**You are also responsible for:**

- Cooperating with the staff;
- Using staff members' titles, as in, mister, miss, doctor, officer, and their last name;
- Being polite to other detainees; and
- Following laundry and shower schedules.

### YOUR RIGHTS

**You have the right to maintain your personal well-being, hygiene, and health care.**

While detained at the facility, you have the right to balanced nutritious meals, clean clothes, and regular opportunities to bathe/shower and do laundry (and be given the supplies to do so). You have the right to live in areas with proper air circulation and heating and have access to medical and mental health care if needed.

## TABLE 1. STEPS TO PROCESS A DETAINEE

| STEP | INDIVIDUAL | PROCEDURE |
|---|---|---|
| 1 | Intake Officer | Takes your clothes, money, and property for safekeeping and gives you an itemized receipt for all items. Conducts a personal search as part of processing to help ensure that you and other detainees live and work in a safe and orderly environment. |
| 2 | Detainee | It is important for you to keep the itemized receipt of your possessions. You will receive your property back when you are released. |
| 3 | Intake Officer | Makes a list of all of your legal and identification documents (e.g. passport, birth certificate), then gives them to an ICE officer who will put them in your official immigration file, called an A-File. |
| 4 | Detainee | Your personal documents will be returned to you when your case is resolved.[a] |
| 5 | Detainee | You will receive an A-Number which is used to identify you during your stay at the facility. You should share your A-Number with your family and attorney so that they can find you in the Online Detainee Locator System. |
| 6 | Intake Officer | Tells you what things can and cannot be kept with you at the facility. The officer's decisions are based on safety and security concerns. |
| 7 | Detainee | Depending on the specific facility's policies, you may be able to keep some religious items, such as religious headscarves and medallions, simple wedding bands, photos, soft-cover religious and personal reading materials, legal documents and papers (including property receipts), and other small items (shown in the facility's local handbook). |
| 8 | Intake Officer | Provides you with bed linens such as bed sheets, a pillowcase, and a blanket. |
| 9 | Detainee | Check the facility's policy and procedure for the issuance and exchange of bedding, but you may typically exchange bedding once a week. |
| 10 | Intake Officer | Gives you approved personal care items such as soap, a toothbrush, comb, etc. You may ask a housing officer for more personal care items when needed. |
| 10 | Detainee | You may shower and get clean clothes as appropriate for the climate at the facility. |
| 11 | Intake Officer | Decides your classification level and assigns you to a housing unit with other detainees in your classification level.[b] |
| 12 | Health Care Professional | Asks about your physical and mental health and medications. |
| 13 | Detainee | Tell your health care professional of any health problems, disabilities or need for disability accommodations, concerns needing immediate attention, or any medications you are taking or need. |
| 14 | Health Care Professional | An approved health care professional will give you a comprehensive medical exam within 14 days after your arrival.[c] |

[a] If copies of these documents are needed for your hearing, you should ask an ICE officer in advance.

[b] For more information on this topic, see your facility's local handbook and the classification levels.

[c] Medical information is safeguarded and kept confidential. If you need copies of these documents, you should ask a medical provider, ICE officer, or facility staff for the appropriate request form.

**If you are a person with a disability, you have a right to request accommodations based on your disability.**

If you are a person with a disability, such as limited ability to move, speak, breathe, see, hear, or care for yourself, you have the right to request and receive reasonable accommodations that provide an equal opportunity to access, participate in, or benefit from the facility's programs, activities, and services available to other detainees. You also have the right to be provided aids or services to help you communicate, see, or hear. The facility is required to communicate with you in a manner you understand, ask what accommodations you need, and give primary consideration to your preferences. The facility must inform you of the process to make a disability accommodation request as well as the grievance process, and the facility must make those processes accessible to you.

If you would like to file a grievance or formal complaint about facility disability accommodations, you can follow the procedures listed on page 37 of this handbook.

**You also have the right to:**

- Reasonable and equitable opportunities to practice your faith constrained (i.e. restricted or denied) only by concerns about safety, security, and the orderly operation of the facility. If a religious practice must be restricted or denied, you have the right to request an alternative method to practice your sincere religious belief that does not present concerns regarding safety, security, and order;
- File a complaint about the living conditions with the facility or the Department of Homeland Security (DHS);
- Be free from being discriminated against for any reason, including your race, religion, national origin, sex, sexual orientation, gender identity, physical disability, mental disability, or political beliefs;
- Be free from neglect or abuse;
- Report any assault, including an incident of sexual abuse or assault, to facility staff or DHS; and
- Access law library resources and legal assistance. See your local facility handbook for information about legal aid programs and their presentations, rules, procedures, and hours.

## YOUR IMMIGRATION CASE

You have the right to obtain a lawyer or legal representative of your choice, at no cost to the U.S. government. It is your responsibility to obtain the services of the attorney. That person must sign a Form G-28 to notify the facility, ICE, and DHS that they will represent you.

Depending on your case, you may have the right to a hearing before an immigration judge. You or your lawyer or legal representative are responsible for presenting your case to the immigration judge.

If the law allows it, the U.S. government can decide your immigration status using alternative proceedings which may not involve an immigration judge. You may also be authorized for release on bond until your scheduled hearing. If so, it is your responsibility to pay the bond.

**You have the right to ask for relief from removal based on various legal grounds if you believe you qualify.**

These might include cancellation of removal, adjustment of status, asylum, withholding of removal, or relief under the Convention against Torture and Other Cruel, Inhuman, or Degrading Treatment or Punishment.

For example, you have the right to ask for asylum to stay in the U.S. if you were (or are afraid that you will be) persecuted in your native country or a country where you last lived because of your race, religion, nationality, political opinion, or membership in a particular social group.

**You have the right to leave the United States voluntarily before your hearing, if statutorily eligible.**

This is called voluntary departure. If your request is approved, you may lose the right to present your case at a hearing. If you want to leave voluntarily, you must tell an ICE officer or the immigration judge.

If you have questions about the removal process, talk to your ICE officer. You may also call any of the lawyers or legal representatives on the list of free legal services providers given to you by ICE. In addition, your facility's law library may have materials explaining this information.

If you believe that you qualify for a type of immigration relief, you should try to talk to a lawyer or legal representative. There may also be time restrictions for applying for such relief, so make sure you fill out and submit the necessary applications in a timely manner or you could miss your opportunity to have your claim reviewed. It is your responsibility to prepare and submit the proper forms requesting relief.

# COMMUNICATING WITH FAMILY, FRIENDS, AND LEGAL REPRESENTATIVES

This part of the handbook explains how to communicate with others outside the facility, including phone calls, visitors, and mail.

**IMPORTANT!** While you are being detained, your family members, legal representatives, and others from the general public may be trying to locate you. They can find you through the Online Detainee Locator System, at www.ice.gov/locator. The best way to search for individuals in the Online Detainee Locator System is to use the detainee's A-Number and country of birth.

## PHONE CALLS

When you first arrive at the facility, you will be given access to a telephone. Later, you may make phone calls from your housing unit. All calls may be monitored, except those to your lawyer, legal representative, or the court. Keep in mind, you could lose or have your phone privileges limited if you do not follow facility rules, abuse the phone equipment, or make calls for illegal activities.



It is your responsibility to learn the facility's rules for phone use. You have the right to ask to use the ICE phone system. If your request to use the phone is denied, tell any ICE officer that you want to make a written request to use the phone system. See Table 2 on page 11 for more information on phone use while at the facility.

To contact any phone number in the United States using the TeleTYpe (TTY) machine:

- Using a facility TTY machine, first dial 711. This connects you with a Telecommunications Relay Service (TRS).
- Once you are connected with the TRS operator, provide the TRS operator with the phone number you would like to call.
- The TRS operator will then connect you with that number.
- If you have any issues or questions regarding the use of a TTY machine, please ask facility staff for assistance.

## TABLETS

Your facility may have electronic tablets that allow you to communicate with friends, family, and attorneys. The tablets contain some free content and helpful information such as a copy of this handbook, facility postings, and religious and legal resources. Other content is available to rent or purchase, including entertainment like movies and music. Some facilities have enabled additional functions such as communication with ICE and medical staff. Refer to the facility's local handbook or ask a staff member for details.

**USE OF TABLETS IS A PRIVILEGE, NOT A RIGHT**, and availability may be limited during high usage periods. Tablet usage may be monitored and there is no expectation of privacy. Any misuse of the tablet or other detainee actions resulting in disciplinary sanctions may include loss of tablet privileges.

## VISITS

You can have visitors. Visitors must follow facility visitation policy and procedures. It is your responsibility to ensure your visitors know the visitation rules. You will find the policy and procedures in the facility's local handbook.

All visitors must wear appropriate clothing and behave in an orderly way. If you or your visitors are disruptive, they will have to leave, and the facility may limit your visits in the future. Visitors and anything they bring to the facility may be searched. They may be asked to put their property in a locker or in their car.

Your visitors may bring you items, but an officer must first check and approve them. Tell your visitors not to bring a lot of packages or other items with them.

Anything you accept from a visitor that was not approved by an officer can be taken from you and seized as contraband. You also may be subject to administrative and criminal penalties for possession of contraband. For information regarding visitors, see Table 3.

## MAIL

You may send and receive mail, unless it threatens the safety, security, or order of the facility. Read the rules about mail in this handbook and in your facility's local handbook. It is your responsibility to know and follow the rules about mail, and to explain these rules to anyone who writes to you. If there is reason to believe you are not following mail rules, your mail privileges may be limited. For further information regarding mail, see Table 4.



U-DOW-CAR-223

## TABLE 2. INFORMATION REGARDING PHONE CALLS

| PHONE CALLS TO:[a] | ALLOWED? | FREE OF CHARGE? | NOTES |
|---|---|---|---|
| General population (friends, family, businesses) | yes | depends | See the facility's local rules. |
| Find a lawyer or legal representative (including non-immigration attorneys)[b] | yes | yes | A 20-minute time limit may be placed on calls to permit fair access to phones. |
| Lawyer or legal representative (including non-immigration attorneys)[c] | yes | depends | A 20-minute time limit may be placed on calls to permit fair access to phones. |
| Emergency situations (e.g., death in family or illness)[d] | yes | yes | To make emergency calls, ask for help from a housing unit officer, supervisor, or ICE personnel. |
| State child welfare stakeholders | yes | depends | Ask facility staff, your Deportation Officer, or call the Detention Reporting and Information Line (DRIL) if you need assistance obtaining contact information for the caseworker or attorney handling your child welfare case. |
| Your country's consulate office in the U.S. | yes | yes | The consulate may help you find a lawyer, contact your family, or visit you at the facility. |
| DHS Office of the Inspector General | yes | yes | 1-800-323-8603 or 1-844-889-4357 from a TTY machine |
| ICE Detention Reporting and Information Line (DRIL) | yes | yes | 1-888-351-4024 or 9116# or 711 from a TTY machine |
| ICE OPR Intake and Assessment | yes | yes | 1-833-4ICEOPR (1-833-442-3677) or 711 from a TTY machine |
| Courts | yes | yes | |
| Immigration courts and Board of Immigration Appeals | yes | yes | |
| Pro bono attorneys or free legal aid groups | yes | yes | As recognized by the Executive Office of Immigration Review[b] |
| United Nations High Commissioner for Refugees | yes | yes | |
| Government offices | yes | yes | Calls made to get papers for your immigration case |

[a] If you have trouble making phone calls, the system is not working properly, or it won't allow free calls to those listed, ask the ICE housing unit officer for help.

[b] To find lawyers or legal representatives and organizations in your area that offer free services, look in your housing unit's pro bono legal services contact list. An ICE officer can get you this list, which is updated four times per year.

[c] You must list your lawyer or legal representative's phone number on the Authorized Phone Numbers Form to ensure the calls are not monitored.

[d] Routine calls to your lawyer or legal representative are not usually considered emergency calls.

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 79 of 133

## TABLE 3. INFORMATION REGARDING VISITORS[a]

| FAMILY AND FRIENDS | | |
|---|---|---|
| VISITING DAYS PERMITTED | TIME ALLOTTED | NOTES: |
| Saturday, Sunday, and holidays | 30 minutes or additional time, if requested, for visitors who have traveled a great distance | Children under age 18 may visit if they are accompanied by an adult visitor who watches them. Check the facility's local handbook to see if contact visits with minors are permitted. |
| MEETING WITH LAWYERS AND PARALEGALS | | |
| Monday through Friday | 8 hrs. per day (minimum) | You may ask to meet with your lawyer or legal representative during meal hours. The facility staff will provide a meal tray or sack meal to eat during the meeting. |
| Saturday, Sunday, and holidays | 4 hrs. per day (minimum) | If you want to cancel a meeting, you must do so. You may not ask an officer or another detainee to cancel it for you. |

[a] Check your facility's local rules for visiting hours and other specific information.



# TABLE 4. INFORMATION REGARDING MAIL

## LEGAL MAIL AND SPECIAL CORRESPONDENCE IS FROM

- Private lawyers, legal representatives, and government lawyers
- Judges, courts, embassies, and consulates
- U.S. president, vice president, or member of Congress
- U.S. Department of Justice, DHS (including ICE, DHS Office of Inspector General, DHS Office for Civil Rights and Civil Liberties, and ICE Health Service Corps)
- Grievance systems administrators
- Reporters and other news media representatives

## LEGAL MAIL PREPARATION

In the top left corner of the envelope, write:

- Your name
- Your A-number or ID number; the A-number must include only the last four digits (A-XXX-XX0-000)
- The facility's address

In the middle of the envelope, write:

- Recipient's name and address
- Title or organization, such as lawyer, law office, or legal services

Write "Legal Mail" or "Special Correspondence" on the envelope (tell your lawyer or legal representative that all incoming legal mail must be labeled like this).

## MAIL PRIVACY

- All incoming and outgoing letters may be inspected for contraband and content.
- If you receive legal mail, the facility staff will open it in front of you and may check for contraband, but not read it.
- If you do not want your outgoing legal or special mail opened, allow facility staff to inspect the mail, but not read it, seal it in front of a staff member and clearly label it as legal mail.
- You may seal your other mail on your own and drop it in a detainee mailbox.

## MAIL SENT TO YOU

All mail sent to you must have your A-number or ID number on:

- The envelope, as part of your address
- The first page of written letters must include the last four digits of your A-number (A-XXX-XX0-000). If your incoming mail does not have your A-number or ID number, it will be returned to sender. This includes legal mail and packages.

Your incoming legal mail must also have this information on the envelope:

- Sender's name and title
- The words "Legal Mail" or "Special Mail"
- If legal mail is not marked as required, the facility will not treat it as legal mail

**IMPORTANT!** It is your responsibility to explain these rules to anyone who sends you mail.

The facility may refuse to deliver your mail if:

- It is considered contraband
- It shows, describes, or might cause violence or disorder
- Explains how to escape, make weapons or explosives, break the law, disobey ICE rules, or make drugs or alcohol
- Has explicit pictures or descriptions of sex, or obscene material
- Contains threats, extortion, bribes, obscenity, or gratuitous profanity
- Contains anything illegal or not allowed, messages in code, or anything that threatens the safety and security of the facility

*Continued on next page*

# TABLE 4. INFORMATION REGARDING MAIL

## IDENTITY DOCUMENTS AND MAGAZINE SUBSCRIPTIONS

- The facility will forward identity documents you receive in the mail to your ICE officer and notify you of this action. You can get a certified copy of the identity document by requesting it in writing from your ICE officer.
- You may not subscribe to magazines, catalogs, or other publications, but you may have a relative or friend send a subscription to you.

## MAIL DELIVERY

- The facility usually delivers mail within 24 hours of the time it is received, but may take longer if it needs special handling for security reasons (for example, facility staff may hold legal mail for up to 48 hours to check that it is legal mail).
- If your mail arrives after you leave the facility, it will be returned to sender.

## RULES ABOUT MONEY IN THE MAIL

- If you receive money in the mail, the officer will issue you a receipt for the money before placing it in your account.
- You can send money to someone outside the facility. Sending cash is not recommended. Contact the shift supervisor if you want to buy a money order.
- Each facility has written rules about cash, checks and other funds. See the facility's local rules. If they are not clear, your facility can help you understand them.

## PAYING FOR POSTAGE

- If the facility determines you cannot afford to pay for postage or mailing materials, you can send some kinds of mail for free, including legal mail, mail to your consulate, and to any court.
- You will get three or more stamped envelopes per week for your personal mail. You can get paper, pencils, and envelopes from your housing unit officer.
- If the facility determines you can afford to buy mailing materials, you will not receive them for free. You may buy supplies from the commissary. See your facility's local handbook for rules about mail.

## CHILD CUSTODY QUESTIONS

### What if I learn that the person I left my children with can no longer care for them?

Tell an ICE officer or contact the Detention Reporting and Information Line (DRIL) at 1-888-351-4024 or 9116#. ICE can give you the opportunity to make care arrangements for your child or can review the decision to detain you. You can complete a Delegation of Parental Authority form which can be found in the facility law library.

### How can I locate my child(ren) who were separated from me while in immigration custody at the border?

Tell an ICE officer or contact the DRIL at 1-888-351-4024 or 9116# or 711 from a TTY machine.

### What if I learn that my child will be taken into custody by a state child welfare service or program while I am in detention?

Tell an ICE officer or contact the DRIL. ICE can give you the opportunity to contact the state child welfare agency and determine what options you may have regarding making care arrangements for your child and/or how to participate in any child welfare proceedings. ICE may also review the decision to detain you, especially if you present new information related to your child.

### What if I am concerned about my child's safety in the U.S.?

You can tell facility staff that you would like report potential child abuse, neglect, or abandonment to a state child welfare authority, or you can call the DRIL.

### What if I am involved in a legal proceeding involving the custody of my child(ren)?

State Child Welfare Proceedings: If the legal proceeding involves a state child welfare agency, ICE can give you the opportunity to contact the agency and/or your child welfare attorney about your minor child(ren) who are under child protectives services' supervision. If you need help locating the caseworker tell an ICE officer or contact the DRIL. The child welfare agency and/or your child welfare attorney will let you know what you can do to make care arrangements, participate in services, participate in court hearings or if there are other steps you can take to facilitate contact or reunification. You should also let your ICE officer know if there is anything you need to do for your state child welfare case.

Family law proceedings: If the legal proceeding is between you and another person (such as the other parent of the child(ren) or some other family member), ICE can give you the opportunity to contact your lawyer or legal representative (if you have one), participate in a court hearing, file documents with the court, or take part in other matters related to the case.

### What if I have questions about the state child welfare or family court process?

Talk to your attorney or case worker. You can also look at the *Detained or Deported: What About My Children?* Toolkit that is available on all law library computers in English and Spanish. The supplement to the Toolkit also contains state-by-state contact information for various state agencies and services.

## LEGAL RESOURCES

### GROUP LEGAL RIGHTS PRESENTATIONS

At some facilities, community members give group presentations on U.S. immigration law and procedures. These presentations are available to all ICE detainees in the facility. Your facility will post announcements about the presentations in common use areas. If you cannot read or understand an announcement, ask for information in a language or format you can understand. Legal orientation materials are also made available on law library computers in multiple languages.

If you are in administrative or disciplinary segregation and want to go to the presentation, the facility will make arrangements for you to go, if:

- Security arrangements can be made;
- Your presence would not pose a security risk; and
- The presenter agrees to the security arrangements.

Note: Not all facilities have legal rights presentations because not all communities offer them. ICE detainees can contact facility staff or call the DRIL to learn more about legal presentations or Know Your Rights orientation video screenings.

## UNITED NATIONS HIGH COMMISSIONER FOR REFUGEES (UNCHR) HOTLINE

UNHCR operates a toll-free protection hotline for asylum seekers on Mondays, Wednesdays, and Fridays from 2pm-5pm EST with telephonic interpretation available. The protection hotline is accessible by dialing #566 from within the facility.

You may also write to UNHCR:

UNHCR
1800 Massachusetts Ave. NW Suite 500
Washington, D.C. 20036

## LAW LIBRARY

All ICE detainees have the right to use the facility's law library to access approved legal materials and office equipment (such as copy machines, typewriters, and computers) to copy and prepare legal documents only. This material and equipment is not for personal communication. If you need to write personal letters, ask your housing unit officer for paper, pencils, and envelopes.

You can get photocopies of your legal communications. In some facilities, you may also be able to get photocopies of your complaints, grievances, and letters about the conditions at the facility, legal mail, sick call requests, disciplinary decisions, special needs forms, photographs, newspaper articles, or other documents that are relevant to presenting your immigration case.

### What are the law library hours?

The law library hours are posted in all housing units. You are allowed at least five (5) hours each week to work on your case.

### What if I need more time at the law library?

You should complete a detainee request form and submit it to the facility. Explain why you need more time. The facility may give you more time if it is possible to do so. Priority may be given to those with court deadlines, or if there is another urgent need or special circumstance.

### How do I find the legal materials I need?

The law library may have books and publications, or the legal materials may be uploaded onto the law library computers. There are self-help materials in the law library or on the computers that show you how to:

- Do legal research;
- Prepare legal documents; and
- Use legal materials on the computer.

### What should I do if I need legal materials that are not available in the law library?

- You should complete a detainee request form and submit it to the facility or the law library coordinator.
- If your request is not approved, you will receive written notification.

### Can access to the law library be denied?

All ICE detainees, regardless of housing or classification, are entitled to have access to the law library on a regular basis. If, however, there are security concerns or other circumstances that warrant limiting or preventing law library access, you can be provided with legal materials upon request.

### What if I need help using the law library?

Ask the staff member at your facility if you:

- Need help finding materials;
- Need help accessing programs;
- Need help with equipment;
- Do not speak or read English well; or
- Have a disability.

You may also ask another detainee to help you with your legal research and document preparation. Another detainee may be allowed to help you if there are no security risks or other concerns and you do not pay or give the detainee anything of value. Submit a written request to your facility's administrator.



NOTE: The facility will not pay a detainee to help you use the law library.

It is up to you to know the rules for the law library. You should also review your facility's local handbook. If you disobey these rules, you may be disciplined and lose your law library privileges.

# CLASSIFICATION AND HOUSING

## CLASSIFICATION LEVEL

When you arrive at the facility, an officer will decide your classification level and assign you to a housing unit with other detainees in your classification level, as appropriate. The officer will decide your classification by considering the information in your records, including:

- Criminal charges and convictions;
- Immigration history;
- Discipline record;
- Current classification level; and
- Other related information.

### What if I think my classification level is not right?

You have the right to appeal your classification level and housing placement. To do that, you must file an appeal by following the appeal procedures in your facility's local handbook.

### How often does the facility review the classification levels of detainees?

Classification levels are reviewed no later than 90 days after the first classification. After that, they are reviewed approximately every 90 to 120 days after the most recent review. See your facility's local handbook for a detailed schedule of when classification levels will be reviewed. If you are placed in segregation, your classification will be reviewed before you return to the general population.

### Can the facility change my classification level at other times?

Yes, the facility can change your classification level and housing placement at any time for safety reasons or if you have not followed the rules.

## SPECIAL MANAGEMENT UNIT HOUSING

Sometimes detainees are placed in separate, special management unit (SMU) housing. This is often referred to as segregation. In an SMU, you live in an individual cell and away from other detainees. This happens if stricter supervision is needed and/or based on safety, security, or other concerns. If you are placed in segregation, your classification will be reviewed before you return to the general population.

### There are two kinds of segregation:

*Administrative Segregation*

Administrative segregation is non-punitive. You may be placed in administrative segregation if:

- You are being investigated or have a hearing for disciplinary violations;
- You are scheduled to be transferred or released within 24 hours;
- You need protection and cannot be safely housed in a less restrictive environment (this could be initiated by the facility or the detainee); or
- You require stricter supervision due to medical and/or mental health concerns, hunger strike, or risk of suicide.

*Disciplinary Segregation*

The facility may discipline any detainee whose behavior does not comply with facility rules and regulations, to include temporary placement in disciplinary segregation. A detainee may be placed in disciplinary segregation only by order of the Institutional Disciplinary Panel, or its equivalent, after a hearing in which the detainee has been found to have committed a prohibited act.

### Can I still access services if I am in administrative segregation?

Yes. You will have access to the same types of services as before. However, your access may be less depending on available resources and security concerns.

Your access to the following services may in some cases be more limited:

- Showers;
- Recreation;
- Law library;

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 85 of 133

- Presentations by legal rights groups;
- General telephone calls;
- General visitation;
- Religious guidance; and
- Personal property and materials (including legal, religious, and personal reading materials).

However, you will still receive access to:

- Mail;
- Legal telephone calls;
- Legal visitation; and
- Healthcare services.

### How long could administrative segregation last?

It depends on your case. The security supervisor reviews all administrative segregation cases to decide if you should stay in that placement.

The review schedule is as follows:

- Review of your placement within 72 hours of placement by a security supervisor;
- Review of your placement after seven (7) days of placement by a security supervisor; and
- Weekly reviews of your placement for the first 30 days after your second review, and every 10 days thereafter.

### What if I do not agree with the decision to leave me in administrative segregation?

You have the right to appeal the decision.

### How do I appeal?

After seven (7) consecutive days of administrative segregation, you may appeal the decisions of any review conducted by writing to the facility administrator. Ask for a staff member or an interpreter if you need help writing your appeal. Once you have appealed, the facility administrator will review your case every 30 days.

### Can I still get services if I am placed in disciplinary segregation?

Yes, you will still receive the same extent of access to mail, legal telephone calls, legal visitation, and health care services. However, depending on your violation, security concerns, and available resources at the facility, you may receive a lesser degree of some of the following services:

- Showers;
- Recreation;
- Law library;
- Presentations by legal rights groups;
- General telephone calls;
- General visitation;
- Religious guidance; and
- Personal property and materials (including legal, religious, and personal reading materials).

### Will the facility review my placement in disciplinary segregation?

Your case will be reviewed every seven (7) days to ensure you are obeying all of the rules, receiving proper services, and to consider placing you back in the general population.

When a security supervisor reviews your placement, they will interview you and create a written record of that interview. Once there has been a decision made on your placement after a review, the security supervisor sends a written decision to the facility administrator for approval or denial. A copy of the final written decision will be given to you unless there is a security issue that prevents the facility from giving you this copy. See your facility's local handbook for a more detailed review schedule.

# MEALS, ACTIVITIES, AND SERVICES

## MEALS

The facility serves meals three (3) times every day. You are allowed one meal at each mealtime. The meals are nutritionally balanced, approved by a dietitian, served in a clean, safe place, and served with napkins and utensils, which must be returned at





U-DOW-CAR-231

the end of each meal. Meals are served in a central dining room, a dining room in your housing unit, or a special housing unit.

### What is on the menu?

The facility offers a standard menu. Menus and mealtimes may be posted on the housing bulletin board. See your facility's local handbook.

### Is there pork in the food?

Most facilities do not serve pork, but check the day's menu to be sure.

### What if I have a special diet?

To request a special diet for religious reasons, inform the Chaplain or the Religious Services Coordinator that you need a common fare diet because of religious beliefs. The Chaplain or Religious Services Coordinator may ask you questions about why you need a special meal and may ask for you to fill out and sign a request form. That person will also tell you what religious meal options are available at that facility

If you need a special diet for medical reasons, ask the medical staff to evaluate your request. Your request for a special diet (for religious or medical reasons) must be approved before you can get special meals.

IMPORTANT! It is up to you to ask for a special diet if you need it.

### Will I get different food if I am being disciplined?

No. Food is provided according to the general population meal schedule and ordinarily from the same menu.

## COMMISSARY OR VENDING MACHINES

Your facility may have a store, called a commissary, or vending machines. If your facility has this service, you do not have to buy anything if you do not want to. If you want to use the store, check the facility's local handbook first.

### Do I have to buy basic toiletries from the commissary?

No. Your facility must give you basic toiletries and hygiene products, such as soap, shampoo, sanitary pads, and toothpaste.

### What if I bought some items, but I got transferred or removed before they were delivered?

The facility does not have to send you the items or give you a refund if you are transferred or deported. But the facility may give you a refund before you leave. See your facility's local handbook.

## RECREATION

You will be allowed to have indoor or outdoor recreation at least one (1) hour each day. If your facility has an outdoor recreation area, you will be permitted to access it for at least one (1) hour a day, five (5) days a week, if weather permits. In some facilities you may be permitted more outdoor recreation. Check your facility's local handbook for more information.



### What recreation activities may be available?

Your facility may have television, movies, games, and exercise equipment.

### If outdoor recreation is canceled or not available, will I get more indoor recreation time?

No.

### What if my facility does not have outdoor recreation?

If your facility has no outdoor recreation, you may be eligible to request voluntary transfer to another facility with outdoor recreation after a certain number of months (ask your ICE officer).

## RELIGION



You will have opportunities to practice your religious faith. These opportunities will only be limited if you or the religious practice or items present a specific documented threat to the safety, security, or order of the facility, or if the religious practice



U-DOW-CAR-232

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 87 of 133

disrupts order in the facility. All facilities must give you reasonable access to religious services and religious leaders.

Facility staff will explain how to contact the Chaplain or Religious Services Coordinator for your facility and give you information about:

- Religious prayer services;
- Special religious diets;
- Accommodating your religious needs to effectively celebrate religious holidays or holy days;
- Visits from a religious representative;
- Religious headwear and other religious property allowed at the facility; and
- Access to religious resources, services, instruction, and counseling.

ICE detainees may usually:

- Take part in their religious practices;
- Wear approved religious headwear and garments; and
- Have other approved religious property.

The facility cannot limit these unless there is a specific documented threat to the safety, security, or order of the facility.

IMPORTANT! You must ask the facility for approval of any hard-covered religious book. Unless you get approval, all religious books must be soft-covered.

## VOLUNTARY WORK PROGRAM

If your facility has a volunteer work program, you may be able to volunteer to work. ICE detainees are not required to work, and many facilities do not allow ICE detainees to participate in their work programs. It is your responsibility to know ICE's and your facility's local handbook for the work program.

### Will I get paid for my work?

If you participate in the voluntary work program at your facility, you will get at least $1 for each day you work, not for each assignment. You will get paid at the end of every day you work unless your facility has a different way of paying detainees. For example, some facilities will pay everything that you are owed before you are transferred or released. Check your facility's local handbook.

### How often will I get paid?

Most facilities pay detainees every day. Your facility may use another system where you get paid before you are transferred or released.

### How many hours can I work?

You cannot work more than eight (8) hours per day or 40 hours a week.

### What are the requirements for the work program?

To take part in this program, you must:

- Sign a voluntary work program statement;
- Complete any work-related training;
- Follow all dress, grooming, and hairstyle requirements for your work assignment;
- Work the schedule assigned to you; and
- Do your assigned work satisfactorily.




### Can I be fired from the Voluntary Work Program?

Yes, you can be taken out of this program if you miss work without permission, or you do not do your work satisfactorily.

### Will I get paid for keeping my living area clean?

No. You must keep areas that you use clean, including your living area and any general-use areas that you use. If you do not keep your areas clean, you may be disciplined. It is up to you to know your facility's rules for keeping living areas and detainee general use-areas clean and orderly in a group living environment.

## LIBRARY

Most facilities have library materials similar to what you would find at a school or community library. The facility considers the detainees'



U-DOW-CAR-233

needs, interests and abilities when deciding on its materials.

**Can I go to the library at any time?**

No. See your facility's local handbook for library use. Each facility's library has a schedule for using and checking out materials. Please give other detainees a chance to read library materials. Make sure that you take care of the materials you check out and return them on time.



## ATTENDING OTHER COURT HEARINGS (NON-IMMIGRATION)

**Can I attend a court hearing that has been scheduled for me in another case (i.e., not related to my immigration case)?**

If you have a court hearing scheduled in another case (for example, if you are currently involved in a criminal proceeding or child custody case), ask your ICE officer about how you might be able to take part in your hearing. If you have a family law or child welfare court hearing scheduled, ask your ICE officer about how your participation can be facilitated. If ICE is not able to escort you to court for an in-person appearance, efforts will be made to arrange for your participation through a video conferencing system or via the telephone. Provide a copy of the court documentation (if you have it) to your ICE officer as early as possible so that arrangements can be made for your participation.

## REQUESTS TO MARRY

If you want to get married while you are at the facility, you (or your lawyer or legal representative) must send a written request to the housing area officer or ICE officer, who will give it to the facility administrator or the ICE field office director.

Your written request must confirm that:

- You meet the legal requirements to marry;
- You are mentally competent to marry; and
- Your future spouse will certify they will marry you. Attach a separate document (signed by your future spouse) that says they plan to marry you.

The facility's administrator may need to send your request to the ICE field office director for approval. If you do not get approval in time, you may have to delay or cancel any wedding plans. If your request is denied, you and your legal representative will be provided with the decision and the reasons for the decision in writing.

# DRESS AND GROOMING

## UNIFORMS

You will get a uniform (shirt, pants, and shoes) and a wristband. In ICE ERO and contract facilities, but not in most jails, the color depends on your security level:

- Blue for low custody;
- Orange for medium custody; and
- Red for high custody.

**If you are in a jail, the uniform colors and rules about uniforms may be different.**

You must always wear the color uniform for your security level.

EXCEPTION: Depending on the local rules, kitchen workers may wear a color that is different from their security level (e.g. a white uniform, apron, and/or smock) when on duty.



**Are there other rules about clothes?**

Yes. You must also follow these rules:

- No torn or dirty clothing;
- Do not change or re-purpose your uniform if issued (for example, do not wear your shirt as a

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 89 of 133

headband or roll up long pants to make them short);
- No hats or head coverings, unless it is part of your work uniform or has been approved by the chaplain for religious reasons; and
- No shower shoes outside the housing unit.

### Other rules

You must always wear your complete uniform (shirt, pants, and shoes) when:

- Outside of your housing unit;
- In the dining room;
- Medical appointments (unless told otherwise);
- Going to court;
- During religious services; and
- Seeing visitors.

### Also in regard to dress

- Do not place the waistband of your pants so your underclothes or buttocks show;
- Do not keep your hands under the waistband of your pants, even in cold weather; and
- Do not strip down to your underclothes unless you are in your cell or the bathroom.

### Proper shoes and clothes

- Wear your shoes at all times;
- If you are wearing closed shoes, wear socks if you have them;
- Wear your shower shoes in the shower; and
- Wear proper clothing for the weather.

## PERSONAL CARE

You will be living in a dormitory or a locked housing unit with other people. Good personal hygiene helps keep everyone healthy.

### When can I shower?

Check the shower schedule posted in your housing unit. It will tell you when you can use the shower each day. You must bathe regularly and keep your hair clean.

### What if I need shampoo or other personal items?

You will get some personal care items when you arrive, including shampoo and soap, toothpaste and toothbrush, comb or brush, and other items for personal care.

If you run out of these items, ask your housing officer for more. Women can ask the housing officer for feminine hygiene products when needed.

## GROOMING

Poor hygiene and unsanitary habits can harm health and safety at the facility. If you do not obey the dress and grooming rules, it could cause conflicts with others at the facility and the staff may counsel and discipline you.

The facility will accommodate your religious preferences about your grooming to the extent possible. You must keep yourself neat and clean and always wear appropriate clothes and shoes.

### Can I wear my hair any way I want?

Yes. You may have any hairstyle you want if it is safe and clean.

EXCEPTION: If you work in the kitchen or operate a machine, your hair must be clean and covered by a hair net.

### Can I have a beard or mustache?

Yes, unless you work in the kitchen or operate a machine. For safety reasons, kitchen workers and detainees operating machines must be clean-shaven while on duty. By accepting a job in the kitchen or operating machinery, you agree to follow this rule. There are no exceptions to this rule.

### Can I shave?

Yes, at most facilities, you can check out a disposable razor every day. You must return it after you shave. If you have a court hearing, the facility will give you the opportunity to shave before you go.

### Can I get a haircut?

Yes, if you want a haircut, you must ask for it. See your facility's local handbook about how to ask for a haircut.

IMPORTANT! It is up to you to learn the grooming rules for your facility. See your facility's local handbook.

You may not share your razor with anyone else. This is for your health and safety. Shared razors can spread diseases, such as HIV and hepatitis. See your facility's local rules about razors.



U-DOW-CAR-235



## LAUNDRY

To get clean clothes, you must turn in one dirty item of clothing to get a clean one. At a minimum, you may be able to exchange your items according to the following schedule:

- Socks and underwear – every day;
- Your colored uniform – twice every week;
- Sheets, pillowcases, and towels – once every week; and
- White kitchen uniforms – every day.

NOTE: At some facilities, you may be able to exchange your laundry more often. To make sure there are enough clean clothes for everyone, you may not keep extra clothes. Do not wash clothes, sheets, shoes, or other items in your housing unit unless there are washing machines and dryers that you are allowed to use. See your facility's local handbook for the laundry, clothing exchange, and volunteer work uniform schedule.

## A CLEAN FACILITY

It is important to keep the facility clean for your health and safety.

### Do I have to make my bed?

Yes, you must make your bed every day before you start your daily activities or work. You must keep your area neat and clean, and also work with your housing or dormitory mates to keep shared living spaces clean and orderly. Do not hang sheets, blankets, towels, or anything else from wires, lights, beds, bars, or other objects. Follow your facility's local handbook for hanging wet towels.

### General cleanliness

- If you brush your hair over the sink, remove any fallen hairs from the sink;
- Throw trash into the garbage cans, not onto the floor;
- Throw all used hygiene products into the trash. Do not throw them on the floors or into the toilets; and
- Do not leave crumbs from food in your housing area. It will attract ants and other insects.

### Where can I keep my personal belongings?

You must follow the facility's local handbook about storing your personal items. Someone from the facility will show you what to do. Improperly stored items may be taken away. If this happens, it is your responsibility to ask the supervisor to return them to you. Do not put anything where it is not allowed to be, such as windows, windowsills, bunks, lockers, or under a mattress.

# RULES AND PROCEDURES

## HEAD COUNTS

Detainees will be counted at least three (3) times per day at hours that limit interference with daily activities. You must participate in the counts and follow procedures for head counts. See your facility's local handbook.

During the head counts, do not move, talk or do anything to interfere with the head count.

You may be disciplined (and everyone in your housing unit may be locked in their rooms) if you do not get counted, do not follow instructions, or disrupt the head count.

## AUTHORIZED PROPERTY AND CONTRABAND

All property must be authorized, meaning visitors and detainees must get permission to have any item, even if that item is usually allowed at your facility.

NOTE: The facility may throw away any of your items, even if the type of item has been approved, if you have too many, have misused them, or changed them without permission.

Any item that has not been specifically approved by the facility may count as contraband. See your facility's local handbook about unauthorized property and contraband.

### What is contraband?

Contraband is anything not allowed at the facility. You are not allowed to have anything unsafe or that interferes with the orderly operations of the facility. It is your responsibility to know the rules for what is and is not allowed at the facility. If you have anything listed below, or anything else not allowed by the facility, you may be disciplined.

Contraband items include, but are not limited to:

- Tobacco and tobacco products;
- Alcohol or illegal drugs;
- Dangerous objects, deadly weapons, and explosives;
- Anything that could disguise or change a detainee's appearance or be used to help someone escape; or,
- Any camera, video, recorder, cell phones, or other device that could be used to make photos, audio or video recordings of detainees, staff, or government property.

Personal property, including clothing and other personal items, may also be contraband unless the facility administrator has approved them, or you bought the items from the facility's commissary or vending machines.



## SEARCHES AND VIEWING

ICE searches detainees to keep everyone safe, control contraband, and keep the facility clean and sanitary. These searches are not meant to punish you. The staff will not search or physically examine you for the sole purpose of determining your genital characteristics.

### When will I be searched?

Your body and your property will be searched at these times:

- When you arrive at the facility;
- Whenever there is suspicion that you are concealing contraband or a weapon;
- When you go into a housing unit;
- When you leave the visiting area after a visit; and
- From time to time, there are unscheduled routine searches.

### Can I refuse to be searched?

No. You must allow the officer or officers to search you. You must also follow their directions and do everything they tell you.

If you do not follow directions, you may be disciplined

### What if I refuse to be searched?

You may be moved away from the other detainees and put in isolation. This is to keep you and others safe.

### Will I have to take off my clothes when I am searched?

If there is a justified reason to suspect you may be hiding a weapon or other contraband, a strip search will be conducted.

### Will I be searched by someone of the same gender?

For strip searches (when you take your clothes off): You will be searched by an officer of the same gender as you. If no officer of the same gender is available, the facility will ensure either that the search is conducted in private with two staff members present, or that someone of your gender is with you to observe.

### Can staff view me?

Staff of the opposite gender shall not view you while in the shower, performing bodily functions or changing clothing, except in critical circumstances or when such viewing is incidental to routine cell checks or is otherwise appropriate in connection with official duties, a medical examination, or monitored bowel movement. Staff of the opposite gender shall announce their presence when entering an area where you are likely to be showering, performing bodily functions, or changing clothing.



U-DOW-CAR-237

# DISCIPLINE AND YOUR RIGHTS

Order and discipline are essential for the safety and well-being of detainees and staff. Some problems can be taken care of informally with counseling, but other problems may require discipline.

All facilities follow established procedures to ensure your legal rights are respected, including your right to:

- Due process, including getting your disciplinary case processed in a timely manner;
- Translation and interpreter services so you can understand and communicate;
- Disability accommodations, aids or services that ensure effective communication between you and facility staff if you have a hard time hearing, seeing, or have other communication needs.
- Communicate with other people and/or organizations, unless that communication threatens safety, security, or order at the facility.

While in ICE custody, you also have the right to:

- Protection from personal abuse, physical punishment, unnecessary or excessive use of force, personal injury, inadequate health care, property damage, and harassment; and
- Freedom from discrimination based on your race, religion, national origin, color, sex, sexual orientation, gender identity, physical ability, mental ability, or political beliefs.

You also have the right to file a grievance if you feel your rights have been violated. No one can punish you for filing a grievance.

### How will I know the rules?

Your facility must give you written information about its rules, procedures, schedules, and all topics covered in this handbook. Additionally, the facility will provide a local handbook. The facility is required to communicate information to you in a language you understand. Tell a staff member at your facility or an ICE officer if you need help understanding this the information.

### What happens if I break the rules?

Each facility has a list of rules that you and other detainees must follow. If you are accused of violating a rule staff will:

- Resolve minor violations informally;
- Start an investigation within 24 hours if informal resolution is not successful;
- Refer low level violations to the Unit Disciplinary Committee (UDC); and
- Refer serious violations to the Institutional Disciplinary Panel (IDP).

If your case is referred to the UDC, a hearing will be conducted within 24 hours after the conclusion of the investigation.

If your case is referred to the IDP, a hearing will be conducted within 48 hours after the IDP receives the referral.

You may be placed temporarily in administrative segregation before your hearing. If the IDP finds you guilty of violating facility rules, you may be placed in disciplinary segregation or disciplined in other ways depending on the seriousness of your offense. For example, you may temporarily be restricted from activities, ordering from commissary, or other privileges.

### What is the Institutional Disciplinary Plan?

The IDP is made up of either a one-person disciplinary hearing officer or a three-person panel who decide what to do about your violation. One of them will be in charge of the panel. Certain staff members are not allowed to be on the IDP, including:

- The officer who reported the violation;
- The officer who investigated the violation; and
- Any officer or staff member who witnessed, was directly involved with, or was part of the unit that reported the violation.

### What does the IDP do?

The IDP decides how to resolve your case. They follow detention facility standards that say what kinds of sanctions are appropriate for different kinds of violations. They may reduce or dismiss the charges if you are found not to have broken the rules. If you do not agree with the IDP's decision, you may file an appeal. See your facility's local handbook on filing appeals.

### What are my rights at the IDP hearing?

Before the incident report is sent to the IDP, the facility must notify you in writing about your rights at the IDP hearing, including your right to:

- Have an uninvolved full-time staff member of your choice help you prepare and speak for you at the IDP hearing;

- Present statements and evidence including witnesses before the IDP;
- Remain silent. You do not have to speak if you do not want to. Your silence may not be used against you;
- Be at all phases of the hearing or waive the right to appear;

  EXCEPTION: You may or may not be present when the IDP meets to make a decision on your case. Also, you will not be allowed to be present if your presence threatens order or safety at the facility but may participate by phone and in writing.
- Receive translation and interpreter services so you can understand and communicate;
- Receive aids or services that the facility can provide to ensure effective communication because of your limited hearing, sight, or other disability;
- Receive the IDP decision and an explanation of how they made their decision in writing; and
- Appeal the IDP decision if you disagree.

IMPORTANT! Appeals must be submitted through the formal detainee grievance process.

### Can the IDP postpone the hearing?

Yes, if you have a good reason for postponing your hearing, or if the IDP wants to investigate your case further, they may postpone your hearing. However, if you are being held in administrative segregation pending your hearing, the delay may not exceed 72 hours, barring an emergency.

## USE OF FORCE AND RESTRAINTS

Officers shall use only as much force as needed to gain control of the detainee, protect the safety of detainees, staff, and others, prevent serious property damage, and ensure the security and orderly operation of the facility. Officers may use force after all reasonable efforts to otherwise resolve a situation have failed. Physical force or restraining devices will not be used as punishment.

## CRIMINAL CHARGES

While you are at the facility, you must follow applicable laws. If you disobey any local, state, or federal law, you may be notified and charged by the local, state or federal law enforcement authorities and tried in local, state, or federal court. Local, state, or federal charges may also be processed at the facility as separate disciplinary matters.

### What happens if criminal charges are filed against me?

You will receive notice about your right to a lawyer. If you do not have enough money to hire your own lawyer, the court will appoint a lawyer to represent you for the criminal case. You have the right to speak to your lawyer or legal representative about your criminal case and have the lawyer or legal representative with you at your criminal court appearances.

### What happens if I already have a local or state criminal case pending that I wish to fight or pursue having the charges dropped?

If you are in ICE custody and want to appear before a local or state court to contest criminal charges pending against you, the local or state court will need to issue a writ to ICE to have you turned over to their custody so that you may be present while the local charges are adjudicated.

NOTE: Simply requesting the writ will not necessarily stop or delay ICE's removal efforts. The writ must be issued to ICE or, at a minimum, the responsible local or state authority will need to notify ICE of its intent to issue the writ before ICE will consider delaying or suspending removal efforts.

# GENERAL HEALTH AND SAFETY

## EVACUATION DRILLS

Periodically, evacuation drills will be conducted at the facility. Drills can help you get out safely in a real emergency, such as a fire, gas leak, civil disaster, or other danger. In most cases, you will not know about a drill ahead of time. The drills are not done to scare or inconvenience you. For your safety, you should learn the proper procedures to exit the building in an emergency and the location of your housing unit's emergency exits (there should be a map in your unit).

IMPORTANT! You must follow instructions during a drill or a real emergency. If you do not follow instructions, you may be disciplined.

### Toilet use

- Do not stand on the toilet. Sit on the toilet seat and flush the toilet after using it;
- Put all used toilet paper into the toilet then flush;
- Do not use toilet water for washing; and
- Place used feminine pads or tampons in garbage cans and not into the toilet.

### Hand washing

Germs can make you sick and can be passed through hand contact. Thoroughly wash your hands to help keep from getting sick by:

- Making sure you run the water in the sink and use soap to wash your hands;
- Washing each finger and rubbing your hands together, washing both sides of your hands with soap and water, and cleaning under your fingernails for at least 20 seconds and rinse and dry your hands; and
- Washing hands before eating, after going to the bathroom, after touching garbage, after playing or working outside, or after being near a sick person.

### Showering and personal care

- You should take a shower regularly using soap and water;
- Bathe only in the shower, NOT the sinks. Do not urinate (pee) or defecate (poop) in the shower or in the sinks;
- Use the sinks only to wash your hands or face, shave your face, or brush your teeth;
- Do not shave your head or private areas;
- Do not share your razor with others;
- Do not share hairbrushes, combs, or other personal care items with others;
- Do not pierce any part of your body;
- Use a deodorant every day; and
- Do not leave any clothes in the bathroom.

Tattooing is not allowed in the facility.

### Dental care

- Brush your teeth after every meal, if possible, and before going to bed;
- Place the toothbrush at a 45-degree angle between your teeth and gums;
- Move the brush up and down on each tooth, not back and forth. Spend ten seconds on each tooth before you go to the next tooth;
- Always brush your back teeth and gently brush your tongue;
- Clean all outside surfaces of your top and bottom teeth;
- For the surfaces where you bite down, move the toothbrush back and forth; and
- If possible, floss your teeth and gums every day.

### For overall good health

- Eat three good meals a day. Be sure to eat fruits and vegetables. Do not eat too much candy;
- Try to exercise at least 30 minutes every day. Play sports, walk around, run in place, or do pushups. If you haven't exercised in a long time, do some light stretching or slow jogging to warm up and prevent injuries;
- Try to sleep at least 8 to 10 hours a night;
- Cover your mouth with your elbow when you cough or sneeze and do not spit on the ground or floor. This spreads germs that can make other people sick; and
- Smoking is not allowed. Think of this as your chance to quit smoking forever. It is one of the best things you can do for your health.

Smoking is not allowed anywhere at the facility (inside or outside).

### How do I stay healthy in hot weather?

Your body needs lots of water to stay healthy. In hot weather, you sweat and lose water from your body. This can:

- Make you feel dizzy;
- Make your mouth and tongue dry and sticky;
- Make your urine darker and occur less often.

Drink plenty of water during the day. If you feel thirsty, this means you need more water in your body. Drink water in hot weather even when you do not feel thirsty. If your urine is very dark, you probably aren't drinking enough water. If you are playing sports, drink extra water.





U-DOW-CAR-240

When the weather is hot:

- Wear loose clothing;
- Stay in the shade during the hottest part of the day;
- Don't stay in the sun for too long; and
- If you start to feel dizzy, sit down in the shade or indoors.

### You should let medical staff know if:

You feel weak or dizzy every time you stand up or you urinate very little.

### Bed safety

- Do not jump up or down to/from the top bunk;
- Take your time when getting into and out of bed. Make sure you step on a solid area of the floor with the large portion of your foot;
- Lower your head when getting out of bed if you sleep on a lower bunk; and
- If you fall out of bed at any time, notify the officer in the barracks so you can be examined in the medical clinic.

### Nonviolence

The facility will not permit any type of physical or sexual abuse. If someone physically or sexually assaults you, tell an officer or medical staff immediately. Disciplinary measures will be taken against anyone who physically or sexually assaults someone else in the facility.

### Getting along with others

You will share living space with many people. It is important to be considerate and recognize others' differences. Do not be so loud that others can't enjoy their activities. Be quiet at night so others can sleep. Avoid people who cause problems or fight.

## MEDICAL ORIENTATION AND HEALTH INFORMATION

The facility's medical clinic will provide you with care if you have a medical problem. Except for rare situations, medical staff will NOT give you comfort items or items such as special shoes, extra blankets, extra pillows, jackets, or deodorant. Medical staff also cannot answer any questions about your case, your court date, or your legal situation. Ask your deportation officer these questions.



## GENERAL OVERVIEW OF SERVICES PROVIDED

You have a right to receive necessary and appropriate healthcare free of charge while you are detained. You can ask for healthcare at any time, including when you are sick or injured, have a chronic health problem, need medical treatment, or take or need to start taking medications to keep you well.

### Medical History and Intake

Soon after you arrive, you will be asked medical questions and given a chest x-ray or test for tuberculosis infection. This is important for the health and safety of everyone.

### Health Assessment

Within the first 14 days of your stay, you will receive a comprehensive health assessment. Additional medical care will be provided to address male, female, and age-specific concerns.

### Female health care

Females will receive routine, age appropriate gynecological and obstetrical health care. You may request pregnancy testing, a breast examination, Pap test, sexually transmitted infection (STI) screening, mammograms, birth control advice, and consultation about family planning as medically appropriate. If you are confirmed to be pregnant or have recently given birth, you will be provided with access to prenatal and specialized care.

### Sick Call

If you are sick, you can request to be seen in the medical clinic. To receive this care, you will either fill out a sick call form or the medical staff will visit you in



U-DOW-CAR-241

the housing areas or other designated areas. If you are not sure how sick call works, ask any staff member.

An initial dental screening exam will be performed by a dentist or trained health provider within 14 days of your arrival. If you are having dental pain or swelling, use the sick call process to get help. Routine care such as dental cleanings are available after you are detained for more than six months.

If you are feeling overwhelmed, have thoughts of hurting yourself or feel like you might hurt someone else, let an officer or a medical staff member know immediately, and you will be seen.




## ADDITIONAL SERVICES

If medically necessary, other services may include medications, lab or other diagnostic tests, x-rays, education and counseling, and regular appointments for serious medical conditions.

### Medical complaints and grievances

If you have a question or concern with the care you receive, talk to the medical staff. Remember that some types of care or services are not available. If you are still unsatisfied, you can complete a grievance form. If you can't find the form in the clinic, ask any security or medical staff for the form.

## HEALTHCARE APPOINTMENTS

Healthcare services are available to all detainees at the facility, at no cost to the detainee.

### There are two ways to get a non-emergency medical appointment:

1.) You may be required to fill out a form to sign up for a sick call. You will put the form in the medical drop box in your housing unit. Forms are picked up every day and checked carefully to decide who needs to be seen first. In many cases, you can see the medical staff by the next business day. If you sign up during the weekend and your medical need is not urgent, you will usually be seen the following Monday. If you sign up after hours and cannot wait until the next business day and are experiencing a medical emergency, tell your housing officer. They will contact the on-call medical staff.

2.) Instead of filling out a form for sick call, other facilities may tell you to go to a special area of the facility at a specific time every day to see medical staff for an appointment. The medical staff will evaluate you and will determine if you need to be seen that day or scheduled for an appointment on another day.

Your facility will tell you which process you will use to receive medical services.

In a health emergency, you can get care right away.

Tell your housing officer, a staff member, or anyone who can get help. If you need help communicating with the health professional, ask for an interpreter or someone who can explain things in a way you can understand.

## SECOND OPINIONS

You can request a second or outside medical opinion, but you are responsible for paying for it. You or your lawyer or legal representative must send your written request to the field office director. The facility will consider security issues when it makes its decision whether to permit you to get a second opinion. Your facility may have other information about how to get care, appeal, or communicate emergency concerns about healthcare at the facility.

## MEDICATIONS

Do not share medications with others. Violation of this rule may result in disciplinary action. Immediately let an officer or the medical staff know if your medicine is causing problems such as a rash, itching, breathing problems, or diarrhea. Keep your medicine with you at all times to prevent losing your medication.



U-DOW-CAR-242

## MENTAL HEALTH CARE AND SUICIDAL RISK

### Emotional Difficulties

It is normal to feel emotions like sadness, anxiety, nervousness, anger, and fear in this environment. It is also normal to have problems sleeping. Try to remember that you will not be in detention forever. Think about ways to keep busy, stay calm, and stay healthy. Read, talk to people, play a game, exercise, go to religious activities, or practice relaxation techniques. A medical provider can give you information on stress management.

If you have a mental health condition, like depression, or if you may be at risk for suicide, you will be treated with sensitivity and referred to an appropriate mental health professional. **Tell your housing officer right away if you are depressed, think you may hurt yourself, someone else has threatened to hurt themselves, or you want to talk to someone.** You can also communicate with ICE via the Detention Reporting and Information Line (DRIL) at 1-888-351-4024 or 9116#. You will be referred to an appropriate health professional.

## MEDICAL RECORDS

You have a right to a copy of your medical records upon request. Check your facility's local handbook to understand how you can receive a copy of your medical records while you are in custody.

If you need to release your medical record to someone else, a written request from you to the facility will allow the facility to release your private health information to another person or organization, as long as your written request includes the following information, and meets any other local requirements:

- Address of the facility that will release your medical record;
- Name of the individual or institution that will receive your information;
- Your full name, A-Number (or other facility identification number), date of birth, and nationality;
- Specific information to be released, along with dates of treatment; and
- Your signature and date.

After the release of health information, the written authorization will be retained in the health record. To request a copy of your medical records after you are released from ICE custody, you must file a Freedom of Information Act (FOIA) request with ICE. For instructions on filing a FOIA request, go to www.ice.gov/foia or call the ICE FOIA office at 1-866-633-1182.

If you stay in an ICE Health Service Corps staffed facility, you can get access to your medical records through the internet. Ask the medical staff for instructions on this process.

## PRIVACY NOTICE REGARDING THE COLLECTION OF YOUR INFORMATION FOR YOUR MEDICAL CARE

### What is ICE's legal authority for collecting this information?

ICE is authorized to collect medical care information pursuant to 8 U.S.C. § 1222 and 1232; and 42 U.S.C. § 249. Information regarding your medical, mental health, and dental records is maintained by ICE in the Department of Homeland Security/U.S. Immigration and Customs Enforcement – 013 Alien Health Records System of Records. See 80 Fed. Reg. 239 (January 5, 2015), in accordance with the Privacy Act of 1974, as amended (5 U.S.C. § 552a).

### Why is this information being collected?

ICE is committed to protecting and promoting your health. To provide you with any necessary and appropriate medical care, ICE medical personnel will collect information about you and your medical history including health conditions you have, medications you take, and special needs you have as a result of a medical condition. This information may be collected in various ways, including through forms you complete or discussions you have with medical personnel.

### How will information be used and with whom will it be shared?

ICE uses medical information to better care for you while you are in ICE custody, and to provide you with any necessary and appropriate medical care you may need. Medical health information may be used or disclosed by ICE in accordance with the routine uses listed in the DHS/ICE Alien Health Records System of Records, 80 Fed. Reg. 239 (January 5, 2015). For example, if you need medical treatment that ICE is unable to provide, ICE may send you to an outside medical provider and share relevant medical information about you with that provider so

that the provider may properly treat you. Another example may occur if you are transferred to another facility, or to the custody of another domestic or foreign government agency, or are removed to another country, medical information may be shared with that facility, agency or country for your continued care.

Your information may also be shared with federal and state reporting agencies for disease surveillance and control and with agencies that accredit ICE facilities. Your health care in this country comes at a cost to the U.S. taxpayers. The financial service center needs your medical information to make payments for your medical care and the medical providers who treat you. Finally, your medical information may be shared with the Department of Justice or with courts in the course of immigration, civil, or criminal proceedings. For more information concerning other possible disclosures or handling of your medical care information, please consult the DHS/ICE Alien Health Records System of Records, 80 Fed. Reg. 239 (January 5, 2015).

### Am I required to provide this information?

Furnishing this information is voluntary. However, if you choose not to provide the requested information, it could have a negative impact on your care or health because ICE may not have the information it needs to properly care for you.

NOTE: This privacy notice is required by the Privacy Act of 1974, as amended (5 U.S.C. § 552a) and only applies to information about you collected by ICE medical personnel and placed into your ICE medical records. In instances where you receive care from non-ICE medical personnel, or at a non-ICE facility, the Privacy Act of 1974 may not apply, and your medical information may be covered by other privacy and healthcare regulations.

## SEXUAL ABUSE AND ASSAULT AWARENESS

While in ICE custody, you have a right to be safe and free from sexual abuse and sexual assault. ICE and the facility have a zero-tolerance policy against sexual abuse and assault of anyone in ICE custody. ICE requires all facilities to have a sexual abuse and assault prevention and intervention (SAAPI) program, which includes facility procedures for reporting and investigating all incidents of sexual abuse and assault, and ensuring you are provided medical care and other services if you are victimized.



## DETENTION AS A SAFE ENVIRONMENT

While you are detained, no one has the right to pressure you to engage in sexual acts or unwanted sexual behavior. Regardless of your age, size, race, ethnicity, sexual orientation or gender identity, you have the right to be safe from unwanted sexual advances and acts. If you feel unsafe at any time at the facility, because of threats of sexual abuse or assault, or if you are sexually abused or assaulted, you should immediately seek assistance. You will be offered immediate protection from the perpetrator and you will be referred for a medical examination, when appropriate. You will also be offered mental health services and outside victim services. Some victims may also be encouraged to receive a sexual assault forensic medical exam, which can help in criminally prosecuting the perpetrator. See the section on "Reporting allegations or incidents of sexual abuse, assault, and harassment" in this handbook for more information.

## DEFINITIONS

### Detainee-on-detainee sexual abuse and assault

All forms of sexual abuse and assault by a detainee against other detainee(s) are prohibited and against the law. If another detainee attempts to or forces you to engage in a sex act, touches the



U-DOW-CAR-244

sexual parts of your body, forces you to touch the sexual parts of his/her body, or uses threats or intimidations to attempt to or pressure you to engage in sexual contact, or if you did not consent or were unable to consent or refuse, it is sexual abuse.

### Staff-on-detainee sexual abuse and assault

All forms of sexual abuse and assault against a detainee by a staff member (including contract guards, medical professionals, and volunteers) are prohibited and against the law. If a staff member has sex with you, intentionally touches you in a sexual manner, makes sexual advances or repeated sexual comments, displays his or her genitals, forces you to touch the sexual parts of their body, uses threats or intimidations to pressure you to engage in sex, or engages in voyeurism, (watching you when you are using the bathroom or changing clothes), it is sexual abuse. Staff members who attempt any these actions are also committing sexual abuse.

### Examples of sexual abuse and assault:

- While speaking to you, a staff member or another detainee touches or caresses your buttocks;
- A staff member or detainee walks into the walk-in fridge and grabs your breasts;
- Someone threatens to rape you while you are sleeping;
- Someone forces you to have sex with them or another person to repay a debt;
- Someone offers you protection in exchange for sex; or
- A staff member or detainee offers you a privilege or a favor in exchange for sex.

## PROHIBITED ACTS

A detainee or staff member who attempts to or commits sexual abuse or assault shall be punished administratively and may be subject to criminal prosecution. A detainee who engages in such behavior can be charged with the following Prohibited Acts under the Detainee Disciplinary Policy (DDP):

- Code 101: Sexual Assault
- Code 207: Making a Sexual Proposal or Threat
- Code 404: Using Abusive or Obscene Language
- Code 206: Engaging in a Sex Act
- Code 300: Indecent Exposure

### Relationships with Center Staff or Volunteers

Staff, contractors, service providers and volunteers are prohibited from having sexual relationships and sexual contact with detainees. Consensual relationships are also prohibited. Facility staff and volunteers are not allowed to ask you for any type of sexual favors or have conversations with you that might lead to sexual activity.

If any staff member, contractor, service provider or volunteer tells you that they can help you stay in the United States in exchange for sexual contact or hurt your chances of staying the United States if you do not allow sexual contact, they are lying and you should report this behavior. Staff members will be criminally prosecuted for attempting to or engaging in consensual sexual contact with detainees.

IMPORTANT! Consensual sexual conduct between detainees is also prohibited. While consenting sex between detainees is not sexual abuse or assault, it is a violation of facility rules and subject to administrative and disciplinary action.

## AVOIDING SEXUAL ABUSE AND ASSAULT

Sexual abuse and assault is never the victim's fault. However, you are better protected if you carry yourself in a confident manner. Many abusers choose victims who look like they would not fight back or who they think are emotionally weak. Do not accept gifts or favors from others. Most gifts or favors come with special demands or limits the giver expects you to accept. If you fear for your safety, report your concerns to a staff member.

You should also:

- Report staff members of the opposite sex who do not announce themselves before entering a bathroom or other area;
- Report any staff member who escorts you ALONE to certain remote areas;
- Do not accept an offer from another detainee to be your protector;
- Find a staff member or medical provider with whom you feel comfortable discussing your fears and concerns;
- Do not use drugs or alcohol. These weaken your ability to stay alert and make good judgments;
- Be clear, direct, and firm. Do not be afraid to say "no" or "stop it now;"
- Choose your associates wisely. Look for people who are involved in positive activities like educational programs, work opportunities, or counseling groups. Get yourself involved in these activities if they are available at your facility; and

- Trust your instincts. Be aware of situations that make you feel uncomfortable. If it does not feel right or safe, leave the situation or seek assistance.

## REPORT ALL SEXUAL ABUSE AND ASSAULTS

If you are afraid of being abused or assaulted, or if you become a victim of sexual abuse or assault, talk to someone immediately. Only if the abuse is reported can perpetrators be held accountable and subject to discipline or potentially prosecuted.

### Report the incident as soon as possible

Reporting the incident as soon as possible may help you in relaying details that are still readily available. Even if the report takes place days or months later, it's important to report the most accurate and comprehensive details, such as:

- Sequence of events, timeframe/length of events;
- What was said during the physical assault or injury;
- Any weapons used;
- Bodily fluids seen or felt; and
- Other details

NOTE: You can report a sexual abuse or assault incident verbally or in writing to facility staff, ICE/ERO personnel, DHS or ICE headquarters, or a consular official. You can also report anonymously or through a third party (such as an attorney, relative or friend). Below are some ways you can report sexual abuse and assault:

### Report to the facility

Tell any trusted staff member at the facility (for example, your housing unit officer, chaplain, supervisor, officer in charge, health care provider, the designated SAAPI Compliance Manager, etc.). Your local handbook may have more information about who to contact.

### File a formal grievance with the facility (including an emergency grievance)

Detainees may report sexual abuse or assault through a formal grievance. There is no time limit to submit a sexual abuse grievance. This handbook contains information on filing grievances on page 37. Your housing officer or unit supervisor can also explain how this process works.

### File a written informal or formal request or grievance to ICE/ERO

There should be locked boxes at your facility for ICE requests. If you need help finding where this box is located, ask your housing unit officer. Only ICE can access the materials in these boxes. You can also write a letter reporting sexual abuse or assault to the ICE ERO Field Office Director. To ensure confidentiality, use special mail procedures (see the section on "Mail"). Your facility can give you the contact information for your local ICE office.

### Report to DHS or ICE Headquarters

Contact the ICE Detention Reporting and Information Line by calling toll-free at 1-888-351-4024 or 9116#.

Contact the DHS Office of Inspector General (OIG) by calling toll-free at 1-800-323-8603 or 518#, or writing a letter to:

DHS Office of Inspector General/Mail Stop 0305
Attn: Office of Investigations Hotline
245 Murray Lane, SW
Washington, D.C. 20528-0305

### Report to your consular official

Call or write to your consular official. Your facility can give you the contact information for your consulate.

### Report through a Third party

Tell a third party (a relative, friend, attorney etc.) and request they contact ICE or DHS on your behalf.

### Anonymous reporting

You do not have to give your name to report sexual abuse or assault, but the more information you can provide, the easier it will be to investigate what happened. Staff members are required to keep the reported information confidential and only discuss it with the appropriate officials on a need-to-know basis.

### Confidentiality

If you report sexual assault or abuse, we will protect your identity and the details of your report, sharing them only with those who need the information to make decisions concerning your welfare and for law enforcement or investigative purposes. People who may need to know include but may not be limited to:

- Staff members who make decisions about your care;



U-DOW-CAR-246

- Law enforcement;
- Facility investigators;
- Sexual Assault Nurse Examiner (SANE) or Sexual Assault Forensic Examiner (SAFE); and
- Local victim service providers.

If you feel that confidentiality has been breached by facility staff, you can report it the same way you report sexual abuse, assault, or retaliation.

### Safety from Retaliation

This means you cannot be subject to disciplinary action, housing changes, removal from facility programs, or other negative actions for reporting.

No one can retaliate against you for reporting sexual abuse or assault, participating in an investigation about sexual abuse or assault, or participating in sexual activity as a result of force, coercion, threats, or fear of force.

### Reporting sexual abuse or assault will not negatively impact your immigration proceedings

There are many emotional and physical challenges in the aftermath of sexual abuse or assault, but reporting the crime is an important step for you to take in regaining control and seeking justice. If you experience retaliation for reporting sexual abuse or assault, participating in an investigation about sexual abuse or assault, or for engaging in sexual activity as a result of force or coercion, you can report it in the same way that you report an incident of sexual abuse or assault.

## MEDICAL CARE, COUNSELING, AND VICTIM SERVICES

### The facility will help you get medical care, counseling, and victim services

You will be offered immediate protection from the perpetrator and referred for medical examination and clinical assessment at no cost to you. You do not have to name the detainee(s) or staff member who assaulted you in order for you to receive assistance, but specific information may make it easier for staff to help you. You will continue to receive protection from the perpetrator, whether or not you have identified your attacker or agree to testify against them.

Save anything that may contain the perpetrator's DNA. If you are a victim of sexual abuse or assault, you should make every effort to save anything that might contain the perpetrator's DNA. Also, do not brush your teeth, smoke, drink or eat. If you have changed clothes, it is important not to wash the clothes and undergarments that you had on at the time of the assault and to bring them with you to the medical exam.

You should not bathe or shower, use the restroom, change clothes, comb your hair, clean up the scene where the incident occurred, or move anything the perpetrator may have touched.

### Receiving medical attention

Immediately after a sexual abuse or assault incident, it is important that you receive medical attention, regardless of your decision to participate in a criminal investigation. For your health and self-protection, it is important to be checked and treated for possible injuries, even if none are visible. You have a right to accept or decline any or all parts of the medical evaluation and treatment This includes testing for HIV and other sexually transmitted infections (STIs), as well as receiving preventative treatments, such as medications to prevent STIs, pregnancy (if applicable), and to protect against HIV transmission. You are also entitled to ongoing medical care as needed. You have the right to have a victim advocate with you during all medical evaluations and treatments involved with a sexual abuse or assault incident. See the section below on "Mental Health and Victim Services" for more information.

### Sexual assault forensic exams

In addition to receiving medical attention, some victims will also be encouraged to receive a sexual assault forensic medical exam. This exam is important because preserving evidence can be key to criminally prosecuting the perpetrator. You have a right to accept or decline any or all parts of the exam.

It is important to remember, however, that critical evidence may be missed if not collected or analyzed. It is also important to bring with you to the medical exam the clothes and underwear that you had on at the time of the assault. If the facility staff has these items, let the examiner know.

### Sexual assault forensic medical exam

A sexual assault forensic medical exam will be performed at a hospital or other healthcare facility, by a SANE, SAFE or another medical professional. SANE and SAFE medical staff are specially trained to examine and treat people who have been sexually abused. This exam is complex and on average, takes three (3) to four (4) hours.

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 102 of 133

To start, the medical professional will write down your detailed health history. Next the examiner will conduct a head-to-toe, detailed examination and assessment of the entire body (including an internal examination). This may include collection of blood, urine, hair, and other body secretion samples, photo documentation of injuries, and collection of clothing. Finally, the medical examiner will speak about treatment for sexually transmitted infections to which victims may have been exposed during the assault and for female victims, pregnancy risk evaluation and care. The facility or center will follow up to ensure that any additional treatments, counseling, medical care, or victims' services are provided.

### Mental health and victim services

You are entitled to mental health services and ongoing care, as appropriate, including counseling and access to outside victim services. At your request, the facility staff will put you in touch with a victim advocate. Victim advocates and crisis intervention services are available to help you cope and prepare you for any long-term processes. These might include criminal investigation, sexual assault forensic medical exam, emotional and physical reactions after an assault, etc., and your presence during the forensic medical exam or investigative interviews. A professional will also help you build on your strengths and identify your support network, problem solve, communicate to the facility any additional referrals you may need (psychological, medical, legal) for additional support and information, help with any immigration relief support specific to the incident, and help you if you are released from ICE custody.

## UNDERSTANDING THE CRIMINAL JUSTICE PROCESS

When you report a sexual abuse or assault incident the facility and/or an appropriate law enforcement agency will conduct an investigation. Reporting sexual abuse or assault is an important step. It can help you with evidence collection (as discussed above) and recovery. Just by reporting the incident, you may have a good start to recovering and feeling more in control of your life. You have the right to have a victim advocate with you during all investigatory interviews. While there is no way to change what happened, you can seek justice and prevent the perpetrator from committing another sexual abuse or assault. Your report of sexual abuse or assault does not affect your immigration case.

### The purpose of investigation

The purpose of the facility and/or the criminal investigation is to determine the nature and extent of the sexual abuse or assault incident. The law enforcement officer or facility investigator will document a written report and assign a tracking number to the allegation.

### The interview(s)

The interview(s) may take several hours, depending on the circumstances of the case. Some questions may feel intrusive, and the officer or investigator may interview you more than once. The extensive questioning isn't because the officer or investigator does not believe you; it is their job to get an accurate, detailed account of what happened. If you request, you can have your victim advocate present during the interview.

### Reporting the incident/choosing to press charges

You may choose not to immediately press charges following the facility's report to law enforcement. While there is no barrier to reporting the incident, even months afterwards, informing the facility and triggering the investigation as soon as possible will allow for the strongest evidence to be brought to light. Also, this will help the facility protect other detainees who may be in danger of abuse. If criminal charges are filed, it will be presented for prosecution. Not all cases will be accepted for prosecution based on evidence available and resources.

Additionally, there are certain circumstances in which the prosecutor will move forward with charges based solely on the evidence presented. For example, cases involving incidents of sexual abuse or assault may be pursued by the prosecutor regardless of your decision to be involved in the investigation. If the case does in fact go to trial, you will be generally asked to testify. It is important for you to discuss any concerns you have with the prosecutor (or your attorney) or a victim advocate.

### Investigation completion

When an investigation has been completed, it will be closed as substantiated, unsubstantiated, or unfounded. You will receive a written notification from ICE with results of the investigation and responsive actions taken.

- Substantiated means that the facts and evidence prove that the incident occurred;
- Unsubstantiated means that the facts and evidence were insufficient to make a determination as to whether or not the incident occurred; and
- Unfounded means that the facts and evidence prove that the incident did not occur.

### Understanding your reactions

Being victimized can violate your sense of safety and trust. You may feel shock, anger, and anxiety and it is normal to experience feelings of embarrassment, anger, guilt, panic, depression, and fear for several months or even years after the victimization. It is also normal to experience a variety of physical reactions from changes in eating and sleeping patterns to nightmares or flashbacks. These reactions can cause you to become withdrawn. It is also common to feel powerless or depressed. Whatever your reactions or fears, it is important to understand that you are not to blame and that these reactions are normal.

### Help is available

The facility and ICE will help you get support and offer resources specific to your needs. Emotional support is available from the facility's mental health and medical staff and from the chaplains.

Also, at your request, facility staff will put you in touch with a local community service provider or victim advocate (see "Mental Health and Victim Services" for more information).

Sexual abuse and assault can happen to anyone. Sexual abuse and assault is not about sex; it is about power and control. All reports are taken seriously. Your safety and the safety of others is the most important concern. For everyone's safety, you are encouraged to report all incidents, threats, or assaults.

# HUMAN TRAFFICKING

You or someone you know may be a human trafficking victim if you were forced or coerced (pressured) into work or prostitution, and/or your passport or other identification was taken away and held by someone, and/or you were threatened when trying to leave a job, and/or were told you could not leave a job until you paid off a "debt" by working for them. The work could be legal or illegal, such as in factories, construction, agriculture, restaurants, hotels, massage parlors, housekeeping, janitorial services, or prostitution. Even if you entered the country illegally, you could still be a human trafficking victim.

If you believe you are a human trafficking victim, know of someone who may be a victim, or know someone who is forcing others to work or into prostitution, the U.S. government wants to help by protecting victims of human trafficking, and stopping traffickers.

## Report Human Trafficking

You may report information about human trafficking, including information about human trafficking occurring outside of the detention facility.

Below are some ways you can make a report:

### To ICE ERO

Talk to an ICE officer, or send a written request to ICE. You may write your request on a blank piece of paper or ask your housing officer for a detainee request form.

### To Facility Medical Staff

Talk to Medical Staff at your facility.

### To ICE Headquarters

Contact the ICE Detention Reporting and Information Line (DRIL), toll-free, at 1-888-351-4024 or 9116# or 711 from a TTY machine.

### To the Homeland Security Investigations Tip Line

1-866-DHS-2-ICE (1-866-347-2423) or 711 from a TTY machine.

### To the National Human Trafficking Hotline

The National Human Trafficking Hotline is operated by a nongovernmental organization and funded by the Federal Government:1-888-373-7888 or 711 from a TTY machine.

# QUESTIONS, REQUESTS, AND GRIEVANCES

This section of the handbook explains what to do if you have a question, request or problem; how to file a grievance; and what happens when you file a grievance.

## QUESTIONS, REQUESTS, AND INFORMAL COMPLAINTS

If you have a question, request, concern, complaint, or want more information about the facility's rules, you may ask a staff member at the facility, talk to an ICE officer, or send a written request to the facility or directly to ICE.

### How do I make a request in writing?

You may write your request on a blank piece of paper or ask your housing officer for a detainee request form. See below for how to file a grievance.

### What is a detainee request form?

It is a form you can fill out to make a request or informal complaint to the facility or ICE staff. If you need help filling out the detainee request form, you may ask another detainee, your housing officer, or other staff member at the facility.

IMPORTANT! The detainee request form is an informal request. It is not the same as a grievance. If you would like to pursue a formal complaint, you may file a grievance.

### Will my request be private?

Yes, you may put your request in an envelope and seal it. The staff – not other detainees – will deliver it promptly. The staff will not read or change the request.

### Who will read my request?

You decide where you want your request to go. Write the name, title, or office where you want it delivered on the envelope.

### How do I send my request?

Put your request in the locked drop-box at your facility. The facility faxes or forwards these forms to the ICE officer in charge of your case at least twice a week.

### When will ICE respond to my request?

ICE will typically respond to your request within three (3) business days.

## HOW TO FILE A GRIEVANCE OR FORMAL COMPLAINT

If you have a problem, first try talking to an officer or other staff member. He or she will try to solve the problem informally. If you do not feel comfortable talking to an officer or other staff member, or if talking has not helped solve the problem, you may file a formal grievance. At some facilities, you may also pursue a formal grievance at the same time as you try to resolve the problem informally. Check your facility's local handbook about when you can file a grievance.

To file a grievance or formal complaint, follow these steps:

1) Ask your housing officer for a grievance form;
2) Fill out the grievance form and then give it to your housing officer;
3) You may keep your grievance private by sealing it in an envelope available from the housing officer;
4) Your grievance form will be sent to the grievance officer (GO); and
5) The GO will give you a written or oral response within five (5) days of receiving your grievance.

EXCEPTION: At some facilities, if your complaint is about a medical problem, your grievance form will be sent directly to the medical staff, and kept confidential. Please check your local handbook.

### If I disagree, can I appeal the GO's decision?

You can file a written appeal with a grievance appeals committee, usually called a Grievance Appeal Board (GAB) or Detainee Grievance Committee (DGC). The GAB or DGC will meet to review your complaint. None of the committee members can be an officer or staff member who are named in the complaint, already reviewed your complaint, or helped you write your complaint.

When the GAB or DGC meet, they may call witnesses, look at evidence, and gather facts needed to decide your case fairly.

The GAB or DGC will ask you to go to the meeting so you can tell your story; answer questions and respond to any evidence or testimony that conflicts with yours. The GAB or DGC may let you meet with them over the phone. You will receive a decision in writing within five (5) days after receiving your appeal. The decision will explain the reasons why the decision was made.

### If I disagree, can I appeal the GAB or DGC decision?

If you lose your appeal with the GAB or DGC, you may be able to appeal the decision to the facility administrator. Check your facility's local handbook about this.

### Can I file a complaint for someone else?

No, but another detainee or someone on the staff can help you prepare and file your complaint.

IMPORTANT! Even if you need someone to help you, you must adhere to all of the deadlines.

### Will I be treated differently if I file a complaint?

No, you cannot be harassed, punished, or disciplined because you made a complaint. If you believe that you have been retaliated against because you filed a complaint, contact the GO or the facility administrator immediately.

### Will my complaint stay in my file?

Yes, a copy of your complaint stays in your detention file for three years.

### What if I have an emergency grievance?

Your facility will have its own procedures to handle emergency grievances which impact your life, health, and safety. Contact the GO or the facility administrator immediately if you have a complaint that involves an immediate threat to your health or safety.

### Where else can I send a complaint?

You can communicate your problems to the ICE Detention Reporting and Information Line (DRIL). The DRIL is toll-free and is available Monday through Friday, from 8am to 8pm Eastern Time, at 1-888-351-4024, via the pro-bono network at 9116#, or 711 from a TTY machine. Trained operators are available for individuals in the public and for those currently in ICE detention. DRIL information posters (English and Spanish) are posted in detention facility housing pods. Language assistance is also available.

You may call to:

- Obtain basic immigration case information;
- Obtain numbers for free legal service providers and information about whether there are Legal Rights Group Presentations at your facility;
- Report an incident of sexual or physical assault or abuse;
- Report serious or unresolved problems at your facility;
- Report that you are a victim of human trafficking or information about human trafficking occurring outside of the facility;
- Report that you have a serious mental disorder or condition. If you believe the disorder or condition impacts your ability to represent yourself or participate in an immigration court case, you should also notify the immigration judge; or
- Let ICE know that your immigration detention separated you from your minor child who is dependent on you.

### Where can I report staff misconduct?

If you think the staff mistreated or abused you, or violated your civil rights, you can file a complaint with DHS for free by email, phone or mail.

### Contact the DHS Office of Inspector General (OIG)

- Call: 1-800-323-8603
- TTY: 1-844-889-4357
- Fax: 1-202-254-4297
- Mail:

DHS Office of Inspector General/Mail Stop 0305
Attn: Office of Investigations Hotline
245 Murray Lane, SW
Washington, D.C. 20528-0305

### Contact the DHS Office for Civil Rights and Civil Liberties (CRCL)

- Email: CRCLCompliance@hq.dhs.gov
- Mail:

Office for Civil Rights and Civil Liberties
U.S. Department of Homeland Security
Compliance Branch, Mail Stop #0190
2707 Martin Luther King, Jr. Ave., SE
Washington, DC 20528-0190

### You can also contact the ICE OPR Intake and Assessment with allegations of staff misconduct or with allegations of sexual assault by a staff member or by another detainee.

- Call: 1-833-4ICEOPR (1-833-442-3677) or 711 from a TTY machine
- Email: ICEOPRIntake@ice.dhs.gov
- Mail:

500 12th Street SW, Suite 1049
Mailstop 5099
Washington DC 20536-5005

## RECORDS

This part of the handbook explains what records and files ICE keeps about you.

### What files are there about me?

ICE keeps your A-File, detention file, and medical records.

### What is in my A-File?

Your A-File has a summary of all legal actions in your case, and may include your:

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 106 of 133

- ID cards;
- Photos;
- Passports;
- Criminal history; and
- Immigration history and related documents.

### What is in my Detention File?

Your Detention File has your:

- Booking record;
- Classification worksheet;
- Discipline records from the facility;
- Behavior reports;
- Receipts for your money and other property;
- Written requests, complaints, and other issues;
- U.S. government documents; and
- Special housing unit records.

If you would like a copy of a document or documents from your A-File, detention files, or medical record, ask your ICE officer or facility staff. If you want another person to get a copy of those documents, you will need to provide written consent.

### Who keeps my records?

ICE keeps your A-File. The facility or ICE has your detention and medical files.

## FACILITY RELEASE

### If you are released from ICE custody, you should expect the following before you leave:

### Legal obligations

You should review all your legal paperwork, and understand the conditions of your release and the date and location of your next court appearance, if you have one. You can call the Executive Office for Immigration Review (EOIR) at 1-800-898-7180 or 711 from a TTY machine if you are unsure of your next court date.

### Phone calls

You may make one free phone call to help you make travel arrangements.

### Release time and travel arrangements

You should be released from the facility at a reasonable time of day, which could include the early evening hours. If a friend or family member cannot pick you up at the facility, ask staff at the facility or an ICE officer to arrange for your transportation to a public transportation location, such as a bus station, airport, or train.

### Property and clothing

You will be given back your property, including the clothes you wore when you arrived. These will be listed on the receipt you received when you arrived. Make sure to check your receipt. If you did not receive all of your property, ask a facility staff member for a missing property form. If your clothing is not appropriate for the weather outside, ask a facility staff member or ICE officer for weather appropriate clothing.

### Medical

If you received medical care while in detention, you will be given medical paperwork. This may include your medical record, a summary of the healthcare you received during your stay at the facility, or instructions or referrals for follow-up care for medical conditions. If you received medication while in detention, you may also be given a supply of the medications you have been taking.

### Local community service organizations list

Ask a staff member or an ICE officer if your facility has a list of local community service organizations that may help you with legal, medical, housing, or other social services upon your release. Not every facility has a list of local organizations.

IMPORTANT! If you do not receive the information and items listed above, please tell a facility staff member or an ICE officer as soon as possible, and before you leave the detention facility.

## POSTINGS AND NOTICES

The following pages include some facility postings and notices with which you should make yourself familiar.

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 108 of 133

OIDO Office of the Immigration Detention Ombudsman

# NEED HELP?

**The Office of the Immigration Detention Ombudsman (OIDO) is an independent and neutral office—separate from ICE and CBP—that is committed to humane treatment and safe living conditions for all individuals in U.S. immigration custody and detention.**

You can report any issues—such as abuse, inadequate food or medical treatment, or poor or unsafe living conditions—to the OIDO case manager in your facility.

**PHYSICAL, MENTAL, OR EMOTIONAL ABUSE**

**INADEQUATE FOOD OR MEDICAL TREATMENT**

**POOR OR UNSAFE LIVING CONDITIONS**

Complaints filed with OIDO are confidential, and case managers will not reveal any information about your case without your consent. Talking to an OIDO case manager or filing a complaint will not affect your immigration case or detention status.

OIDO case managers are experienced and trained professionals who understand immigration detention issues and facilities and are eager to help you.

**To file a complaint, ask to speak with the OIDO case manager in your facility. Your family, legal representative, or other advocate can also file for you at dhs.gov/OIDO.**

OIDO is an independent office within the Department of Homeland Security.

**www.dhs.gov/OIDO**

U-DOW-CAR-254

OIDO Oficina del Defensor de Inmigrantes Detenidos

# ¿NECESITA AYUDA?

**La Oficina del Defensor de Inmigrantes Detenidos (OIDO) es una oficina independiente y neutral—separada de ICE y CBP—que está comprometida con el trato humano y las condiciones de vida seguras para todas las personas bajo custodia y detención de inmigración de los EE. UU.**

Puede reportar cualquier problema, como abuso, alimentación o tratamiento médico inadecuados, o condiciones de vida deficientes o inseguras, al administrador de casos de OIDO de su centro.

**ABUSO FÍSICO, MENTAL O EMOCIONAL**

**ALIMENTACIÓN O TRATAMIENTO MÉDICO INADECUADOS**

**CONDICIONES DE VIDA DEFICIENTES O INSEGURAS**

Las quejas presentadas ante OIDO son confidenciales y los administradores de casos no revelarán ninguna información sobre su caso sin su consentimiento. Hablar con un administrador de casos de OIDO o presentar una queja no afectará su caso de inmigración o estado de detención.

Los administradores de casos de OIDO son profesionales experimentados y capacitados que entienden los problemas y los centros de detención de inmigrantes y están ansiosos por ayudarlo.

**Para presentar una queja, pida hablar con el administrador de casos de OIDO de su centro. Su familia, representante legal u otro defensor también puede presentar una queja en su nombre en dhs.gov/OIDO.**

OIDO es una oficina independiente dentro del Departamento de Seguridad Nacional.

**www.dhs.gov/OIDO**

SPANISH/ESPAÑOL

U-DOW-CAR-255

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 110 of 133

**OIDO** Office of the Immigration Detention Ombudsman

ARABIC/ اللغة العربية

BENGALI/ বাংলা

CHINESE/中文

FRENCH/FRANÇAIS

HAITIAN CREOLE/ KREYÒL AYISYEN

HINDI/ हिंदी

## NEED HELP?

**You can report issues about facility conditions or treatment — such as abuse, inadequate food or medical treatment, or poor or unsafe living conditions — to the Office of the Immigration Detention Ombudsman (OIDO).**

- Ask to speak with the OIDO case manager in your facility
- On a tablet, sign up for an appointment to speak with your case manager under the "OIDO" tab in the "Requests" section.
- Your family, legal representative, or other advocate can also file for you at www.dhs.gov/OIDO

**يمكنك أن تقدّم بلاغا إلى مكتب محقق شكاوى احتجاز المهاجرين (OIDO) عن أي مشكلة تتعلق بأوضاع المنشأة أو العلاج – مثل سوء المعاملة، أو عدم كفاية الطعام أو العلاج الطبي، أو الظروف المعيشية السيئة أو غير الآمنة.**

- اطلب التحدث مع المسؤول عن حالتك من مكتب محقق شكاوى احتجاز المهاجرين OIDO في منشأتك
- سجّل، من خلال على جهاز لوحي (تابلت) من أجل الحصول على موعد للتحدث مع مدير الحالة الخاص بك ضمن علامة التبويب "OIDO" في قسم "الطلبات".
- يمكن أيضًا لعائلتك أو ممثلك القانوني أو أي محامٍ آخر تقديم الطلب نيابة عنك على www.dhs.gov/OIDO

**অপবয্বহার, অপযর্াপ্ত খাবার অথবা মেডিকেল টির্টমেন্ট অথবা খারাপ বা অসুরক্ষিত পরিবেশে বসবাসের মতো ফেসিলিটির অবস্থা বা চিকিৎসার বয্াপারে অফিস অব দয্ ইমিগের্শন ডিটেনশন ওমবুডসময্ান (OIDO)-এর কাছে অভিযোগ জানাতে পারেন।**

- আপনার ফেসিলিটিতে OIDO কেস ময্ানেজারের সাথে কথা বলতে চান বলে জানান
- একটি টয্াবলেটে গিয়ে, "অনুরোধ" বিভাগে, "OIDO" টয্াবের নিচে আপনার কেস ময্ানেজারের সাথে কথা বলতে অয্াপয়েন্টমেন্টের জনয্ সাইন আপ করুন।
- আপনার পরিবার, আইনী পর্তিনিধি বা অনয্ানয্ অয্াডভোকেটরাও www.dhs.gov/OIDO-তে গিয়ে আপনার জনয্ দাখিল করতে পারেন।

**您可以向移民拘留申诉专员办公室（英文缩写"OIDO"）举报有关拘留设施条件或待遇方面的问题，例如虐待、食物或医疗条件不足，或者恶劣或不安全的生活条件。**

- 要求与您所在拘留设施的移民拘留申诉专员办公室的个案经理交谈。
- 在平板电脑上，在"请求"部分的"移民拘留申诉专员办公室"选项下登记，与您的个案经理预约会面。
- 您的家人、法定代表或其他支持者也可以在该网站（www.dhs.gov/OIDO）上为您提交请求。

**Vous pouvez signaler des problèmes concernant les conditions ou le traitement de l'établissement, tels que la maltraitance, une alimentation ou un traitement médical inadéquat(e), ou des conditions de vie mauvaises ou dangereuses, au bureau du médiateur de la détention liée à l'immigration (Office of the Immigration Detention Ombudsman ou OIDO).**

- Demandez à parler au responsable des dossiers OIDO de votre établissement
- Sur une tablette, prenez rendez-vous pour parler avec le responsable de votre dossier sous l'onglet « OIDO » dans la section « Requests (demandes).
- Votre famille, votre représentant légal ou autre peut également déposer un dossier pour vous à www.dhs.gov/OIDO

**Ou kapab siyale pwoblèm ki genyen yo konsènan kondisyon oswa tretman nan yon etablisman; tankou abi, yon alimantasyon oswa yon tretman medikal ki pa apwopriye, oswa kondisyon vi ki deplorab oswa danjere. Ou ka fè sa nan Biwo Medyatè ki Kenbe Imigran yo (Office of the Immigration Detention Ombudsman, OIDO).**

- Mande pou w pale ak responsab ki jere ka OIDO nan etablisman w lan
- Sou yon tablèt, enskri pou w pran yon randevou pou w pale ak responsab ka pa w lan anba tab navigasyon ki ekri "OIDO" nan seksyon "Demann yo" ("Requests").
- Fanmi w, titè legal ou, oswa yon lòt reprezantan kapab ranpli dosye a pou ou tou nan www.dhs.gov/OIDO

**आप आपवासनर् नजरबंदी लोकपाल के कायालयर् (OIDO) से — अपने सुविधा-स्थल की ास्थितयों या व्यवहार के बारे में रिपोटर् कर सकते हैं — जैसे कि दुव्यवहारर्, अपयाप्तर् भोजन या ािचकत्सा उपचार, या रहने की खराब या असुरिक्षत ास्थितयाँ।**

- अपने सुविधा-स्थल में OIDO केस मैनेजर से बात करने के लिए कहें
- अपने केस मैनेजर से बात करने के लिए, टैबलेट पर, " Requests" (अनुरोध) अनुभाग में दिए "OIDO" टैब के तहत एक अपॉइंटमेंट के लिए साइन अप करें।
- आपका पिरवार, कानूनी पर्तिनिध, या कोई अन्य अधिवक्ता भी www.dhs.gov/OIDO पर आपकी ओर से शिकायत दजर् कर सकते हैं

OIDO is an independent office within the Department of Homeland Security.

**www.dhs.gov/OIDO**

U-DOW-CAR-256

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 111 of 133

# OIDO Office of the Immigration Detention Ombudsman

PORTUGUESE/ PORTUGUÊS

**Você pode reportar problemas com as condições ou o tratamento na instituição – como abuso, alimentação ou tratamento médico inadequado, ou condições de vida precárias ou perigosas – no Escritório do Mediador nas Detenções da Imigração (OIDO).**

- Peça para falar com o gerente de casos do OIDO na sua instituição.
- No tablet, registre-se usando a aba "OIDO", na seção "Pedidos", para marcar uma consulta.
- Um familiar, representante legal ou outro defensor também pode registrar uma reclamação por você no www.dhs.gov/OIDO

PUNJABI/ ਪੰਜਾਬੀ

**ਤੁਸੀ ਆਪਣੀ ਸਹੂਲਤ ਦੀਆਂ ਸਥਿਤੀਆਂ ਜਾਂ ਵਿਵਹਾਰ ਸੰਬੰਧੀ ਕਿਸੇ ਵੀ ਮੁੱਦੇ—ਜਿਵੇਂ ਕਿ ਦੁਰਵਿਵਹਾਰ, ਨਾਕਾਫ਼ੀ ਭੋਜਨ ਜਾਂ ਡਾਕਟਰੀ ਇਲਾਜ, ਜਾਂ ਰਹਿਣ-ਸਹਿਣ ਦੀਆਂ ਮਾੜੀਆਂ ਜਾਂ ਅਸੁਰੱਖਿਅਤ ਸਥਿਤੀਆਂ—ਬਾਰੇ ਆਫਿਸ ਔਫ਼ ਦਿ ਇਮੀਗਰੇਸ਼ਨ ਡਿਟੈਂਸ਼ਨ ਓਮਬਡਸਮੈਨ (OIDO) ਨੂੰ ਰਿਪੋਰਟ ਕਰ ਸਕਦੇ ਹੋ।**

- ਆਪਣੀ ਸਹੂਲਤ ਦੇ OIDO ਕੇਸ ਮੈਨੇਜਰ ਨਾਲ ਗੱਲ ਕਰਨ ਲਈ ਕਹੋ।
- ਆਪਣੇ ਕੇਸ ਮੈਨੇਜਰ ਨਾਲ ਗੱਲ ਕਰਨ ਲਈ, ਟੈਬਲੇਟ 'ਤੇ, "Requests" ਭਾਗ ਵਿੱਚ "OIDO" ਟੈਬ ਦੇ ਹੇਠਾਂ ਅਪਾਇੰਟਮੈਂਟ ਲਈ ਸਾਈਨ-ਅੱਪ ਕਰੋ।
- ਤੁਹਾਡਾ ਪਰਿਵਾਰ, ਕਾਨੂੰਨੀ ਨੁਮਾਇੰਦਾ, ਜਾਂ ਕੋਈ ਹੋਰ ਐਡਵੋਕੇਟ ਵੀ ਤੁਹਾਡੇ ਵੱਲੋਂ dhs.gov/OIDO 'ਤੇ ਸ਼ਿਕਾਇਤ ਦਰਜ ਕਰ ਸਕਦੇ ਹਨ।

ROMANIAN/ROMÂNĂ

**Puteți raporta orice problemă – cum ar fi abuz, tratament sau alimentație necorespunzătoare, sau condiții de cazare necorespunzătoare și nesigure- la Biroul de mediere în centrele de detenție ale imigrației (OIDO).**

- Cereți să vorbiți cu managerul de caz de la OIDO din centrul de detenție
- Ca să vorbiți cu managerul de caz, înscrieți-vă pe tabletă la rubrica „OIDO", în secțiunea „Requests" (Cereri)/
- Familia dvs., reprezentatul legal sau un avocat poate să depună o cerere în numele dvs., online la dhs.gov/OIDO.

RUSSIAN/РУССКИЙ ЯЗЫК

**Вы можете сообщить о проблемах, связанных с условиями содержания или обращением в учреждении, таких как жестокое обращение, неадекватное питание или медицинское обслуживание, плохие или небезопасные условия проживания, в Управление омбудсмена по вопросам содержания под стражей иммигрантов (OIDO).**

- Попросите поговорить с менеджером по делам OIDO в вашем учреждении
- На планшете запишитесь на прием к своему куратору на вкладке "OIDO" в разделе "Запросы".
- Ваша семья, законный представитель или другой защитник также могут подать за вас заявление на сайте www.dhs.gov/OIDO.

SPANISH/ESPAÑOL

**Puede denunciar problemas relacionados con las condiciones del centro o el trato recibido - como por ejemplo, abusos, alimentación o tratamiento médico inadecuados, o condiciones de vida deficientes o inseguras - a la Oficina del Defensor de Inmigrantes Detenidos (OIDO, por sus siglas en inglés).**

- Pida hablar con el manejador de casos de OIDO en su centro
- En una tableta, solicite una cita para hablar con su manejador de caso bajo la pestaña "OIDO" en la sección "Requests".
- Su familia, representante legal u otro defensor también puede presentar la solicitud por usted en www.dhs.gov/OIDO.

TURKISH/TÜRKÇE

**İstismar, yetersiz gıda veya tıbbi tedavi veya kötü veya güvenli olmayan yaşam koşulları ile ilgili sorunları, Göçmen Gözaltı Merkezi ile İlgili Kamu Denetçisi Ofisi'ne (OIDO) bildirebilirsiniz.**

- Tesisinizde bulunan OIDO vaka yöneticisi ile konuşmayı isteyin
- Bir tablette, "Talepler" bölümündeki "OIDO" sekmesi altında, vaka yöneticinizle konuşmak için bir randevu için kaydolun.
- Aileniz, yasal temsilciniz veya başka bir müdafiniz de sizin için, www.dhs.gov/OIDO adresinden başvuruda bulunabilir

VIETNAMESE/TIẾNG VIỆT

**Quý vị có thể báo cáo bất kỳ vấn đề nào về tình trạng và cách đối xử tại cơ sở—như lạm dụng, không đủ thực phẩm hoặc chữa trị y tế, hoặc điều kiện sống tệ hoặc không an toàn—đến Văn Phòng Thanh Tra Giam Giữ Người Nhập Cư (Office of the Immigration Detention Ombudsman, hay OIDO).**

- Yêu cầu nói chuyện với người quản lý hồ sơ OIDO trong cơ sở của quý vị
- Trên máy tính bảng (tablet), hãy lấy hẹn để nói chuyện với người quản lý hồ sơ của quý vị liệt kê ở trang "OIDO" trong phần "Requests" (Yêu cầu).
- Gia đình, người đại diện hợp pháp hoặc người biện hộ khác cũng có thể nộp cho quý vị tại dhs.gov/OIDO.

OIDO is an independent office within the Department of Homeland Security.

**www.dhs.gov/OIDO**

U-DOW-CAR-257

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 112 of 133

U.S. Immigration and Customs Enforcement

# If you don't understand, please ask for assistance.

**If you don't speak or understand English, or cannot read or write English, an interpreter will be provided to you for free for medical and ICE or detention-related matters.**

| | |
|---|---|
| **Spanish** | Si no entiende, por favor pida ayuda. Si usted no habla o entiende inglés, o no puede leer o escribir inglés, se le proporcionará un intérprete sin costo alguno para cuestiones médicas y del ICE o relacionadas con la detención. |
| **Chinese** | 如果你听不懂，请寻求帮助。 如果你不会说或听不懂英语、或者，无法阅读或书写英语，则将免费为你提供口译服务，以解决医疗及ICE (移民及海关执法部)，或拘留方面的问题。 |
| **Russian** | Если Вы не понимаете, обратитесь за помощью. Если вы не говорите и не читаете по-английски, в ситуациях, касающихся медицинского обслуживания или Вашего содержания в учреждениях иммиграционной службы ICE, вам будут предоставлены бесплатные переводческие услуги. |
| **Portuguese** | Caso não compreenda, por favor, peça ajuda. Caso não fale ou compreenda inglês, ou não saiba ler ou escrever em inglês, receberá gratuitamente a assistência de um intérprete para assuntos relacionados à Polícia de Imigração e Alfândega dos Estados Unidos da América (ICE), detenção ou médicos. |
| **Arabic** | إذا لم تكن تفهم، يرجى طلب المساعدة. إذا كنت لا تتكلم أو تفهم الإنجليزية، أو لم تكن تقرأ أو تكتب الإنجليزية، سيتم تأمين مترجم لك مجانا للأمور الطبية أو تلك المرتبطة بوكالة إنفاذ قوانين الهجرة والجمارك أو الاحتجاز. |
| **Punjabi** | ਜੇ ਤੁਸੀਂ ਨਹੀਂ ਸਮਝਦੇ, ਕਿਰਪਾ ਕਰਕੇ ਸਹਾਇਤਾ ਦੀ ਮੰਗ ਕਰੋ. ਜੇ ਤੁਸੀਂ ਅੰਗ੍ਰੇਜ਼ੀ ਨਹੀਂ ਬੋਲਦੇ ਜਾਂ ਨਹੀਂ ਸਮਝਦੇ, ਜਾਂ ਅੰਗ੍ਰੇਜ਼ੀ ਨਹੀਂ ਪੜ੍ਹ ਸਕਦੇ ਜਾਂ ਨਹੀਂ ਲਿਖ ਸਕਦੇ, ਤਾਂ ਤੁਹਾਨੂੰ ਦੁਭਾਸ਼ੀਏ, ਡਾਕਟਰੀ ਅਤੇ ਆਈਸੀਈ ਜਾਂ ਨਜ਼ਰਬੰਦੀ-ਸੰਬੰਧੀ ਮਾਮਲਿਆਂ ਲਈ ਮੁਫਤ ਪ੍ਰਦਾਨ ਕੀਤੇ ਜਾਣਗੇ. |
| **Creole** | Si ou pa konprann, silvouplè mande pou yo ede w. Si ou pa pale oswa ou pa konprann anglè, oswa ou pa ka li oswa ekri nan lang anglè, yo pral ba w yon entèprèt, san ou pa peye, pou zafè ki gen relasyon ak koze medikal epi ak ICE. |
| **French** | Si vous ne comprenez pas, demandez de l'aide. Si vous ne ni parlez ni comprenez l'anglais, ou si vous ne pouvez ni lire ni écrire anglais, pour des questions médicales ou des questions liées à ICE ou à la détention, un interprète vous sera fourni. |
| **Hindi** | **यदि आपको समझ में नहीं आता है, तो कृपया सहायता के लिए पूछें. यदि आप अंग्रेजी नहीं बोलते या समझते हैं, या अंग्रेजी पढ या लिख नहीं सकते हैं, तो एक दुभाषिया आपको मुफ्त में चिकित्सा और आईसीई या नजरबंदी से संबंधित मामलों के लिए प्रदान किया जाएगा।** |
| **Bengali** | যদি আপনি কোনো কিছু বুঝতে না পারেন, তবে দয়া করে সাহায্য চাইবেন। যদি আপনি ইংরাজী বলতে না পারেন অথবা বুঝতে না পারেন, অথবা ইংরেজী পড়তে বা লিখতে না পারেন, আপনাকে একজন অনুবাদক বা দোভাষী দেয়া হবে বিনা খরচে আপনার মেডিকেল এবং আইসিই অথবা বন্দী অবস্থা সম্পর্কিত বিষয় নিয়ে আলাপ করবার জন্য। |
| **Vietnamese** | Nếu quý vị không hiểu, xin vui lòng yêu cầu trợ giúp. Nếu quý vị không nói hay hiểu tiếng Anh, hay không thể đọc hay viết tiếng Anh, một thông dịch viên sẽ được cung cấp cho quý vị miễn phí cho y tế và Sở Di Trú hay các vấn đề liên quan đến giam giữ. |
| **Tamil** | உங்களுக்கு புரியவில்லை என்றால், தயவுசெய்து உதவி கேட்கவும். உங்களால ஆங்கிலம் பேசவோ அல்லது புரிந்து கொள்ளவோ இல்லையென்றால், ஆங்கிலத்தைப் படிக்கவோ எழுதவோ முடியாவிட்டால், மருத்துவம் மற்றும் ICE அல்லது தடுப்புக்காவல்- தொடர்புடைய விஷயங்களுக்கு ஒரு மொழிபெயர்ப்பாளர் உங்களுக்கு இலவசமாக வழங்கப்படுவார் |
| **Romanian** | Dacă nu înțelegeți, cereți ajutor. Dacă nu vorbiți sau nu înțelegeți limba engleză, sau nu puteți să citiți sau să scrieți în limba engleză, vi se va oferi un translator/interpret pe gratis care să vă ajute pentru problemele medicale, cele în legătură cu ICE (imigrația) sau cu centrul de detenție. |
| **Serbo-Croatian** | Ako ne razumijete, molimo da zahtijevate pomoć. Ako ne govorite ili ne razumijete engleski ili ne možete čitati ili pisati na engleskom, besplatne usluge prevodioca će Vam biti osigurane za medicinska i imigracijska pitanja kao i pitanja koja se tiču Vašeg pritvaranja |
| **Korean** | 이해하는 데에 어려움이 있으시다면 도움을 요청하십시오. 영어를 구사하거나 이해하지 못하신다면, 혹은 읽고 쓰기가 불가 하실 경우, 의료와 이민 세관 단속국 혹은 구류 격리 문제에 관련된 통역이 무료로 제공됩니다. |



U-DOW-CAR-258



# ICE Has ZERO TOLERANCE for Sexual Abuse & Assault

## REPORT AN INCIDENT AND GET HELP:

NOTIFY A STAFF PERSON | TELL AN ICE OFFICIAL | CALL THE TOLL FREE NUMBERS BELOW

**1-888-351-4024 or 9116#**
ICE's Detention Reporting and Information Line

**1-800-323-8603 or 518#**
DHS Office of Inspector General
(You Can Call Anonymously)

*At this facility, contact:*

ICE

Report Sexual Assault Now

بلغ عن الاعتداء الجنسي الآن

即刻举报性侵犯事件

Rapportez les agressions sexuelles

Denonse agresyon seksyèl touswit

Denuncie crimes sexuais agora

Báo cáo cưỡng hiếp tình dục ngay lập tức

Reporte la agresión sexual ahora



U-DOW-CAR-259

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 114 of 133



# ICE Tiene CERO TOLERANCIA para Abuso Sexual y Agresión

## REPORTE UN INCIDENTE Y RECIBA AYUDA:

NOTIFIQUE AL PERSONAL | DIGALE A UN OFICIAL DE ICE | LLAME A NUESTROS NUMEROS GRATUITOS

**1-888-351-4024 o 9116#**
Línea de reportes e información de detención de ICE

**1-800-323-8603 or 518#**
Oficina del Inspector General de DHS
(Usted Puede Llamar Anónimamente)

*En estas instalaciones, contacte a:*

Reporte la agresión sexual ahora
بلغ عن الاعتداء الجنسي الآن
即刻举报性侵犯事件
Rapportez les agressions sexuelles
Denonse agresyon seksyèl touswit
Denuncie crimes sexuais agora
Báo cáo cưỡng hiếp tình dục ngay lập tức
Report Sexual Assault Now

ICE



U-DOW-CAR-260

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 115 of 133

## How to Report Sexual Abuse and Assault

If you feel at risk of being victimized, or if you become a victim of sexual abuse or assault, report the incident immediately. There are many options for reporting. Your ICE Detainee Handbook has more information about each of these:

### Report to the Facility

1. Tell any trusted staff member at the facility.
2. File an informal or formal grievance (including an emergency grievance) with the facility.

### Report to the ICE Field Office

3. Tell any ICE/ERO staff member who visits the facility.
4. File a written informal or formal request or grievance to ICE/ERO.

### Report to DHS or ICE Headquarters

5. Contact the ICE Detention Reporting and Information Line: **1-888-351-4024 or 9116#**. Language assistance is available.
6. Contact the DHS Office of Inspector General (OIG):

   Write a letter to:

   **DHS Office of Inspector General**
   Attention: Office of Investigations Hotline
   245 Murray Drive, SW
   Building 410/Mail Stop 0305
   Washington, DC 20528

   Call the toll-free hotline at:

   **1-800-323- 8603 or 518#**

### Report to Your Consular Official

7. Call or write to your consular official.

### Anonymous Reporting

You do not have to give your name to report a sexual abuse or assault. You can choose to report anonymously to the Detention Reporting and Information Line (DRIL) or the DHS OIG. You can also have somebody else report on your behalf to the facility, ICE Headquarters, or the OIG.

### Will this Impact my Immigration Case or Detention?

Any report of sexual abuse, or fear of being abused or assaulted, will **not** negatively affect your immigration case. *No one can retaliate against you in any way for reporting sexual abuse or assault.*

### Confidentiality

Information concerning your identity and the facts of your report will be limited to only those who need to know.




**For more information on this content, please read the ICE Detainee Handbook or ask a trusted facility staff person.**

U.S. Immigration and Customs Enforcement

*This pamphlet is intended to be distributed as a tri-fold brochure.

U.S. Immigration and Customs Enforcement



# SEXUAL ABUSE and ASSAULT AWARENESS

www.ICE.gov

U-DOW-CAR-261

## What is Sexual Abuse and Assault

**Detainee-on-detainee sexual abuse and assault:**

All forms of sexual abuse and assault by a detainee against another detainee(s) are prohibited. If another detainee forces you or tries to force you to engage in a sex act, touches the sexual parts of your body, forces you or tries to force you to touch the sexual parts of their body, or uses threats or intimidations to pressure you to engage in sex, it is sexual abuse.

**Staff-on-detainee sexual abuse and assault:**

All forms of sexual acts between a detainee and a staff member (including contract guards, medical professionals, and volunteers) are prohibited and against the law, regardless of whether they are consensual. If a staff member tries to or actually does have sex with you, intentionally touches you in a sexual manner, makes sexual advances or repeated sexual comments, displays his or her genitals, or engages in voyeurism, it is sexual abuse.




## If You Are a Victim of Sexual Abuse or Assault

Whatever your reactions or fears, it is important to understand that you are not to blame. Sexual abuse can violate your sense of safety and trust. You may feel shocked, angry, anxious, depressed, or guilty. You may also experience a variety of physical reactions, from changes in eating and sleeping patterns to nightmares or flashbacks. These reactions are normal, and help is available. The facility and ICE will help you get support and offer resources specific to your needs.

## What Support Can You Expect from ICE and the Facility

You will be offered immediate protection from the perpetrator and you will be referred for a medical examination, when appropriate. You will also be offered mental health services and outside victim services. Some victims may also be encouraged to receive a sexual assault forensic medical exam, which can help in criminally prosecuting the perpetrator.

## How Will Reports be Investigated?

When you report a sexual abuse or assault incident the facility and/or an appropriate law enforcement agency will conduct an investigation. You may be asked to participate in an interview to gather information. ICE will inform you of the result of any investigation once it is completed.

There is a difference between reporting the incident and choosing to press charges. You may choose not to immediately press charges, but you can always decide to do so later. If criminal charges are filed, it will be presented for possible prosecution. It is important for you to discuss any concerns you have with the prosecutor (or your attorney) or a victim advocate.

## How Can I Protect Myself from Sexual Abuse or Assault?

Sexual abuse and assault is never the victim's fault. Knowing the warning signs and red flags can help you stay alert and aware:

1. Report concerns.
2. Carry yourself in a confident manner. Many abusers choose victims who look like they would not fight back or who they think are emotionally weak.
3. Do not accept gifts or favors from others. Gifts or favors can come with demands or terms that the giver expects you to accept.
4. Do not accept an offer from another detainee to be your protector.
5. Find a staff member with whom you feel comfortable discussing your fears and concerns.
6. Do not use drugs or alcohol; these can weaken your ability to stay alert and make good judgments.
7. Be clear, direct and firm. Do not be afraid to say "no" or "stop it now."
8. Choose your associates wisely. Look for people who are involved in positive activities like educational programs, work opportunities or counseling groups. Get yourself involved in these activities, if they are available at your facility.
9. If you suspect another detainee is being sexually abused or assaulted, report it using one of the methods listed in this pamphlet.
10. Trust your instincts. Be aware of situations that make you feel uncomfortable. If it does not feel right or safe, leave the situation or seek assistance. If you fear for your safety, report your concerns to staff.

No More

## Como Reportar un Abuso o una Agresión Sexual

Si usted se siente a riesgo de ser victimizado o si usted se convierte en una víctima de abuso o agresión sexual, reporte el incidente inmediatamente. Hay muchas opciones para reportar. Su Manual para los Detenidos de ICE contiene más información acerca de éstas:

### Repórtelo al Centro

1. Dígaselo a cualquier empleado de confianza del centro.
2. Entregue una queja formal o informal (incluyendo una queja de emergencia) en el centro.

### Repórtelo a la Oficina Regional de ICE

3. Dígaselo a cualquier empleado de ICE/ERO que visite el centro.
4. Entregue una petición o queja informal o formal a ICE/ERO.

### Repórtelo a las Oficinas Centrales de DHS o ICE

5. Contacte la Línea de Reportes e Información de Detención de ICE: **1-888-351-4024 o 9116#**. Hay asistencia de idiomas.
6. Contacte la Oficina del Inspector General de DHS (OIG por sus siglas en inglés):

   Envíe una carta a:

   **DHS Office of Inspector General**
   Attention: Office of Investigations Hotline
   245 Murray Drive, SW
   Building 410/Mail Stop 0305
   Washington, DC 20528

   Llame gratuitamente a la línea de asistencia:

   **1-800-323- 8603 o 518#**

### Repórtelo a su Oficial Consular

7. Llame o escríbale a su oficial consular.

## Reportar Anónimamente

Usted no tiene que dar su nombre para reportar un abuso o asalto sexual. Usted puede elegir reportar anónimamente a la Línea de información y denuncias del Centro de Detenciones del ICE (DRIL) o al DHS OIG. Usted también puede hacer que otra persona lo reporte por usted a las Oficinas Centrales de ICE o al OIG por usted.

## ¿Esto impactará mi caso de inmigración o detención?

Cualquier reporte de abuso sexual o temor de ser abusado o agredido **no** afectará negativamente su caso de inmigración. *Nadie podrá tomar ninguna represalia en contra de usted por haber reportado un abuso o una agresión sexual.*

## Confidencialidad

La información concerniente a su identidad y los hechos de su reporte serán limitados a quienes necesitan saberlos.




**Para más información sobre este tema, por favor lea el Manual para los detenidos de ICE o pregúntele a un empleado de confianza del centro.**

U.S. Immigration and Customs Enforcement

*Este folleto está destinado a ser distribuido como un folleto tríptico.

U.S. Immigration and Customs Enforcement



# CONOCIMIENTO DEL ABUSO Y LA AGRESIÓN SEXUAL

www.ICE.gov

U-DOW-CAR-263

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 118 of 133

## ¿Qué es el abuso y la agresión sexual?

**Abuso y agresión sexual por parte de un detenido hacia otro detenido:**

Todos los tipos de abuso y agresión sexual por parte de un detenido hacia otro detenido son prohibidos. Si un detenido lo fuerza o intenta forzarlo a participar en cualquier acto sexual, le toca las partes sexuales del cuerpo, lo fuerza a tocarle las partes sexuales de su cuerpo o usa amenazas o intimidación para presionarlo a participar en relaciones sexuales, eso es un abuso sexual.

**Abuso o agresión sexual por parte de un empleado hacia un detenido:**

Todos los tipos de actos sexuales entre un detenido y un empleado (incluyendo los guardias contratistas, profesionales médicos y voluntarios) son prohibidos y contrarios a la ley, aún si son con consentimiento. Si un empleado intenta o logra tener sexo con usted, intencionalmente lo toca en una manera sexual, le hace proposiciones sexuales o comentarios sexuales repetidos, le muestra su área genital o participa en voyerismo, es un abuso sexual.




## Si usted es una víctima de abuso o agresión sexual

Cualesquiera que sean sus reacciones o temores, es importante que entienda que no es culpable. El abuso sexual puede violar su sentido de seguridad y confianza. Puede ser que usted se sienta ofendido, bravo, ansioso, deprimido o culpable. Puede ser que usted también experimente una variedad de reacciones físicas, desde cambios en sus hábitos de comer y dormir hasta pesadillas y flashbacks. Estas reacciones son normales y hay ayuda disponible. El centro y ICE le ayudarán a conseguir apoyo y ofrecen recursos específicos para sus necesidades.

## ¿Qué apoyo puede esperar de ICE y su centro?

Se le ofrecerá protección inmediata del culpable y usted será referido para un examen médico, cuando sea apropiado. También se le ofrecerán servicios de salud mental y servicios externos para las víctimas. A algunas víctimas también se les recomendará que reciban un examen de medicina forense de abuso sexual, lo cual puede ayudar a procesar criminalmente al culpable.

## ¿Cómo se investigarán los reportes?

Cuando usted reporte un incidente de abuso o agresión sexual, el centro y/o una agencia adecuada del cumplimiento de la ley realizará una investigación. Puede ser que se le pida que participe en una entrevista para colectar información. ICE le informará el resultado de cualquier investigación una vez que ésta haya terminado.

Hay una diferencia entre reportar el incidente y elegir poner cargos. Puede ser que usted elija no poner cargos inmediatamente, pero usted siempre podrá decidir hacerlo luego. Si se formulan cargos criminales, se presentarán para un posible enjuiciamiento. Es importante que usted discuta cualquier preocupación que tenga con el fiscal (o su abogado) o un defensor de víctimas.

## ¿Cómo puedo protegerme del abuso o la agresión sexual?

El abuso y la agresión sexual nunca son culpa de la víctima. El conocer las señales de alerta y actitudes sospechosas pueden ayudarle a mantenerse alerto y consciente:

1. Reporte sus preocupaciones.
2. Compórtese con firmeza. Muchos abusadores eligen víctimas que lucen como que no se defenderían o que ellos perciben como débiles.
3. No acepte regalos o favores de otros. Los regalos o los favores pueden venir con demandas o términos con los cuales el donante espera que usted cumpla.
4. No acepte una oferta por parte de otro detenido para ser su protector.
5. Busque un empleado con el cual usted se siente cómodo discutiendo sus temores y preocupaciones.
6. No use drogas o alcohol. Estos puede debilitar sus habilidades para mantenerse alerta y tener buen juicio.
7. Sea claro, directo y firme. No tema decir "no" o "pare ya".
8. Elija cuidadosamente sus asociados. Busque personas que estén involucradas en actividades positivas como los programas educacionales, oportunidades de empleo o grupos de asesoramiento. Involúcrese en estas actividades, si están disponibles en su centro.
9. Si usted sospecha que otro detenido está siendo abusado o agredido sexualmente, repórtelo usando uno de los métodos listados en este panfleto.
10. Confíe en sus instintos. Esté consciente de situaciones que lo hacen sentirse incómodo. Si no se siente bien o seguro, apártese de la situación o busque asistencia. Si teme por su seguridad, repórte sus preocupaciones a un empleado.

Ya Basta

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 119 of 133

*This pamphlet is intended to be distributed as a tri-fold brochure

U.S. Immigration and Customs Enforcement



ARABIC

# التوعية عن الإساءة والاعتداء الجنسي

www.ICE.gov

## كيفية تبليغ الإساءة والاعتداء الجنسي

إذا شعرت بأنك معرض لخطر الوقوع ضحية، أو إذا وقعت ضحية اساءة أو اعتداء جنسي، فأبلغ عن الحادث على الفور. هناك العديد من الخيارات للإبلاغ. يحتوي دليل المحتجزين عند وكالة إنفاذ قوانين الهجرة والجمارك بالولايات المتحدة (ICE) على مزيد من المعلومات حول كل من هذه الأمور:

### إبلاغ المرفق

1. أخبر أي موظف موثوق به في المنشأة.
2. قم بتقديم شكوى رسمية أو غير رسمية (بما في ذلك شكوى الطوارئ) في المنشأة.

### إبلاغ مكتب وكالة إنفاذ قوانين الهجرة والجمارك الميداني

3. أخبر أي موظف تابع لوكالة إنفاذ قوانين الهجرة والجمارك/عمليات الإنفاذ والترحيل (ICE/ERO) الذي يزور المنشأة.
4. قدم طلب كتابي رسمي أو غير رسمي أو شكوى إلى وكالة إنفاذ قوانين الهجرة والجمارك/عمليات الإنفاذ والترحيل (ICE/ERO).

### إبلاغ مقر عام وزارة الأمن الوطني أو وكالة إنفاذ قوانين الهجرة والجمارك

5. اتصل بخط الإبلاغ والمعلومات في منشأة الاعتقال (DRIL) الخاص بوكالة إنفاذ قوانين الهجرة والجمارك: **1-888-351-4024أو 9116#**. تتوفر المساعدة اللغوية.
6. اتصل بمكتب المفتش العام بوزارة الأمن الوطني (OIG):

اكتب رسالة إلى:

**DHS Office of Inspector General**
Attention: Office of Investigations Hotline
245 Murray Drive, SW
Building 410/Mail Stop 0305
Washington, DC 20528

اتصل بالخط الساخن المجاني على:

**1-800-323- 8603 أو 518#**

### أبلغ المسؤول القنصلي الخاص بك

7. اتصل بالمسؤول القنصلي الخاص بك أو اكتب رسالة له.

## الإبلاغ دون الكشف عن الهوية

ليس عليك أن تعطي اسمك للإبلاغ عن إساءة جنسية أو اعتداء جنسي. يمكنك أن تختار الإبلاغ عن معلومات دون الكشف عن الهوية عبر خط الإبلاغ والمعلومات في منشأة الاعتقال (DRIL) أو الاتصال بمكتب المفتش العام بوزارة الأمن الوطني. كما يمكنك أن تطلب من شخص آخر أن يبلّغ بالنيابة عنك إلى المنشأة أو مقر وكالة إنفاذ قوانين الهجرة والجمارك أو مكتب المفتش العام (OIG).

## هل سيؤثر ذلك على ملف قضية الهجرة أو احتجازي؟

إن أي تقرير عن الاساءة الجنسية، أو الخوف من التعرض للإساءة أو الاعتداء، **لن** يؤثر سلباً على ملف قضية الهجرة. *لا يمكن لأحد أن ينتقم منك بأي شكل من الأشكال للإبلاغ عن الاساءات أو الاعتداءات الجنسية.*

## الخصوصية:

تقتصر المعلومات المتعلقة بهويتك وحقائق تقريرك على الأشخاص الذين يحتاجون إلى معرفتها فقط.




**للحصول على مزيد من المعلومات حول هذا المحتوى، يرجى قراءة دليل المحتجزين عند وكالة إنفاذ قوانين الهجرة والجمارك أو سؤال أحد موظفي المنشأة الموثوق بهم.**

U.S. Immigration and Customs Enforcement

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 120 of 133

## ما هي الاساءة الجنسية والاعتداء الجنسي

**الاساءة الجنسية والاعتداء الجنسي بين المحتجزين:**

يحظر على المحتجز ممارسة جميع أشكال الاساءة والاعتداء الجنسيين ضد محتجز (محتجزين) آخر. إذا قام محتجز آخر بإجبارك أو محاولة إجبارك على أن تشارك في عمل جنسي، لَمسَ الأعضاء جنسيّة من جسمك، أجبَرَك أو حاول إجبارك على لمس الأعضاء الجنسيّة من جسمه أو لجأ إلى التهديدات أو الترهيب للضغط عليك للمشاركة في الجنس، فإن ذلك إساءة جنسيّة.

**الإساءة أو الاعتداء الجنسي من قبل الموظفين على المحتجزين:**

إن كافة أشكال الأفعال الجنسية بين المحتجز وأحد الموظفين (بما في ذلك الحراس المتعاقدين، والاختصاصيين الطبيين، والمتطوعين) ممنوعة وغير قانونية، بغض النظر عما إذا كان ذلك بموافقة الفريقين. إذا حاول أحد الموظفين ممارسة الجنس معك أو مارس الجنس معك بالفعل، أو تعمد أن يلمسك بطريقة جنسية، أو يقوم بتماديات جنسية أو يقوم بتعليقات جنسية متكررة، أو يعرض/تعرض أعضاءه/أعضائها التناسلية، أو يشارك في شهوة التلصص، فإنه يقوم بإساءة جنسية.




## إذا كنت ضحية اساءة جنسيّة أو اعتداء جنسي

مهما كانت ردود أفعالك أو مخاوفك، من المهم أن تفهم أنك لا تتحمل أي مسؤولية. يمكن أن يشكل الاعتداء الجنسي انتهاكًا لحس السلامة والثقة لديك. قد تشعر بالصدمة أو الغضب أو القلق أو الاكتئاب أو الذنب. قد تواجه أيضًا مجموعة متنوعة من التفاعلات الجسدية، بدءًا من التغيرات في أنماط تناول الطعام والنوم ووصولاً إلى الكوابيس أو حالات الارتجاع إلى الماضي.

إن ردود الفعل هذه طبيعية، والمساعدة متاحة. ستساعدك المنشأة ووكالة إنفاذ قوانين الهجرة والجمارك في الحصول على الدعم وتوفر الموارد الخاصة باحتياجاتك.

## ما هو الدعم الذي يمكنك توقعه من وكالة إنفاذ قوانين الهجرة والجمارك والمنشأة

سيتم توفير الحماية الفورية لك من الجاني وسيتم إحالتك لفحص طبي، عند الاقتضاء. كما سيتم تقديم خدمات الصحة العقلية والخدمات الخارجية للضحايا. وقد يتم تشجيع بعض الضحايا أيضاً

على تلقي فحص طبي شرعي للاعتداء الجنسي، والذي قد يساعد في محاكمة مرتكب الجريمة جنائياً.

## كيف سيتم التحقيق في التقارير؟

عندما تبلغ عن حادث اساءة جنسية أو اعتداء جنسي، تقوم المنشأة و/أو وكالة مناسبة لإنفاذ القانون بإجراء تحقيق. يمكن أن يُطلب منك المشاركة في مقابلة لجمع المعلومات. ستعلمك وكالة إنفاذ قوانين الهجرة والجمارك بنتيجة أي تحقيق بمجرد اكتماله.

هناك فرق بين الابلاغ عن الحادث واختيار توجيه اتهامات. يمكنك اختيار عدم توجيه اتهامات فورًا، ولكن يمكنك دائمًا اتخاذ قرار بذلك لاحقًا. وفي حالة توجيه تهم جنائية، سيتم تقديمها لإمكانية الملاحقة القضائية. من المهم لك أن تناقش أي مخاوف لديك مع المدعي العام (أو محاميك) أو محامي الضحية.

## كيف يمكنني حماية نفسي من الاساءة أو الاعتداء الجنسي؟

إن الاساءة الجنسية والاعتداء الجنسي ليس من خطأ الضحية على الإطلاق. يمكن أن تساعدك معرفة علامات التنبيه والإشارات التحذيرية على البقاء حذرًا ومنتبهًا:

1. بلِّغ عن المخاوف.
2. تصرّف بطريقة واثقة. إن العديد من المعتدين يختارون الضحايا الذين لا يتصورون أنهم قد يدافعون عن أنفسهم أو أنهم يشعرون أنهم ضعفاء من الناحية العاطفية.
3. لا تقبل الهدايا أو الخدمات من الآخرين. يمكن أن تأتي الهدايا أو الخدمات مع طلبات أو شروط يتوقع منك مقدم الخدمات قبولها.
4. لا تقبل عرضًا من معتقل آخر ليؤمن لك الحماية.
5. ابحث عن موظف تشعر معه بالارتياح لمناقشة مخاوفك وشواغلك.
6. لا تستخدم المخدرات أو الكحول؛ فهي قد تضعف قدرتك على البقاء متيقظًا واتخاذ قرارات جيدة.
7. كن واضحًا ومباشرًا وثابتًا. لا تخف من أن تقول "لا" أو "توقف الآن".
8. اختر زملاءك بحكمة. ابحث عن الأشخاص الذين يشاركون في أنشطة إيجابية مثل البرامج التعليمية أو فرص العمل أو مجموعات المشورة. شارك في هذه الأنشطة، إذا كانت متوفرة في منشأتك.
9. إذا كنت تشك في أن معتقلاً آخر يتعرض للإساءة أو الاعتداء الجنسي عليه، فأبلغ عن ذلك باستخدام إحدى الطرق المذكورة في هذا الكتيب.
10. ثق في غرائزك. انتبه إلى المواقف التي تجعلك تشعر بعدم الارتياح. إذا كانت الحالة لا تُشعرك بأنها مقبولة أو آمنة، فابتعد عن تلك الحالة أو اطلب المساعدة. إذا كنت تخشى على سلامتك، فأبلغ فريق العمل عن مخاوفك.

كفى

U-DOW-CAR-266

## Les façons de rapporter l'abus sexuel et les agressions sexuelles

Si vous pensez que vous êtes ou que vous courez le risque d'être la victime de violence ou agression sexuelles, rapportez l'incident immédiatement. Vous trouverez les façons de le rapporter dans votre manuel « ICE Detainee Handbook » :

### Rapportez-le à l'établissement

1. Parlez à un membre du personnel à qui vous faites confiance.
2. Déposez une réclamation informelle ou formelle (y compris d'urgence) auprès de l'établissement.

### Rapportez-le au bureau local de ICE

3. Parlez au personnel ICE/ERO qui visite l'établissement.
4. Déposez une réclamation écrite, informelle ou formelle, auprès de ICE/ERO.

### Rapportez-le au siège de DHS ou ICE

5. Contactez le « ICE Detention Reporting and Information Line » (DRIL) au : **1-888-351-4024 ou 9116#**. Un interprète sera disponible.
6. Contactez le Bureau de l'Inspecteur-Général du DHS (OIG) :

   Ecrivez une lettre au :

   **DHS Office of Inspector General**
   Attention: Office of Investigations Hotline
   245 Murray Drive, SW
   Building 410/Mail Stop 0305
   Washington, DC 20528

   Appelez gratuitement le hotline au :

   **1-800-323-8603 ou 518#**

### Rapportez-le à votre consulat

7. Appelez ou écrivez à votre consulat.

### Rapporter anonymement

Il n'y a pas besoin de donner son nom pour faire un rapport. Vous pouvez appeler anonymement le « Detention Reporting and Information Line » (DRIL) ou le OIG du DHS. Vous pouvez aussi demander à quelqu'un d'autre de faire le rapport à l'établissement, le siège de ICE, ou le OIG.

### Il y aura des conséquences pour mon dossier ou ma détention ?

Il n'y aura **pas** de conséquences négatives sur votre dossier en immigration à la suite d'un rapport sur (la peur de) la violence sexuelle. *Personne n'exercera des représailles contre vous à la suite d'un rapport* sur la violence sexuelle.

### Confidentialité

Votre identité et les détails de votre rapport ne seront communiqués qu'aux personnes qui ont besoin d'être informées




**Pour plus amples informations sur ce sujet, consultez le « ICE Detainee Handbook » ou parlez à un membre du personnel à qui vous faites confiance**

U.S. Immigration and Customs Enforcement

*Cette brochure sera distribuée étant dépliée en trois.

U.S. Immigration and Customs Enforcement



FRENCH

# ATTENTION AUX L'ABUS SEXUEL ET LES AGRESSIONS SEXUELLES

www.ICE.gov

U-DOW-CAR-267

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 122 of 133

## Abus sexuel ? Agression sexuelle ?

**Violence sexuelle entre détenus :**

Toute forme de violence sexuelle entre détenus est interdite. Si un détenu vous force, ou essaie de vous forcer, à faire un acte sexuel, s'il vous touche aux parties intimes, vous force, ou essaie de vous forcer, à le toucher ou s'il vous menace ou vous intimide à vous engager dans des actes sexuels, c'est de la violence sexuelle.

**Violence sexuelle entre détenus et personnel :**

Toute forme de violence sexuelle, consentie ou non, entre détenus et personnel (y compris gardiens sous contrat, personnel médical et bénévoles) est interdite et contraire à la loi. Si un membre du personnel a, ou essaie d'avoir, des relations sexuelles avec vous, s'il vous touche, avec intention, de manière sexuelle, s'il vous fait des propositions ou des commentaires de nature sexuelle, ou s'il vous montre ses parties intimes ou s'engage dans le voyeurisme, on le considère de la violence sexuelle.




## Si vous êtes la victime de l'abus sexuel ou d'une agression sexuelle

Quelle que soient votre réaction ou votre peur, il est important de comprendre que ce n'est pas de votre faute. L'abus sexuel trouble le sentiment de sécurité et confiance. Vous vous sentez peut-être choqué, fâché, peureux, déprimé ou coupable. Peut-être vous présentez des réactions physiques comme des changements dans l'appétit ou le sommeil, des cauchemars, des flash-back. Ce sont des réactions normales et l'aide est disponible. L'établissement où vous êtes et ICE vous aideront à obtenir du soutien et des ressources spécifiques à votre besoin.

## Le soutien disponible dans l'établissement et auprès de ICE

On vous offrira une protection immédiate de l'auteur et on vous enverra pour un examen médical si nécessaire. On vous offrira également des services de santé mentale et des services pour victimes en dehors du centre de détention. On encouragera certaines victimes de subir un examen médico-légal en cas d'agression. Le résultat pourrait aider à entamer une poursuite pénale contre l'auteur.

## Comment se fera l'enquête ?

Quand vous rapportez un incident de violence sexuelle, l'établissement et/ou l'agence des forces de l'ordre appropriée conduira une enquête. On pourra vous demander de participer dans un entretien pour ramasser des informations. ICE vous communiquera le résultat final de l'enquête.

Il y a une différence entre rapporter un incident et porter plainte. Peut-être vous préférez de ne pas immédiatement porter plainte; vous pouvez changer d'avis plus tard. Si une plainte est déposée, le procureur la présentera. Il est important de parler de vos soucis avec le procureur (ou votre avocat) ou avec une personne de la défense des victimes.

## Comment se protéger de la violence sexuelle ?

L'abus sexuel et l'agression sexuelle ne sont jamais de la faute de la victime. Reconnaître les signes de danger pourra vous aider à rester alerte et vigilant :

1. Rapportez vos préoccupations.
2. Comportez-vous de manière sûre. Souvent, les agresseurs choisissent des victimes qui semblent dociles et dont ils pensent qu'elles sont émotionnellement faibles.
3. N'acceptez pas de cadeaux ou de faveurs. Ils pourraient entrainer des demandes ou des conditions dont la personne s'attend à ce que vous les acceptiez.
4. N'acceptez pas l'offre d'un autre détenu d'agir comme votre protecteur.
5. Trouvez un membre du personnel en qui vous faites confiance et avec qui vous pouvez parler de vos peurs et soucis.
6. Ne prenez ni drogues ni alcool; ils pourraient réduire votre capacité de rester alerte et de porter bon jugement.
7. Soyez clair, directe et ferme. N'ayez pas peur de dire « non » ou « arrête maintenant ».
8. Choisissez vos proches avec de la sagesse. Cherchez des personnes engagées dans des activités positives : les programmes éducatifs, occasions de travail, groupes de thérapie. Engagez-vous dans ces activités si elles sont disponibles là ou vous êtes.
9. Si vous soupçonnez qu'un autre détenu subit de la violence sexuelle, rapportez-le par une des façons expliquées dans cette brochure.
10. Fiez-vous à votre intuition. Soyez conscient des situations qui vous gênent. Quittez une telle situation ou cherchez de l'aide. Si vous pensez que vous êtes en danger, rapportez vos soucis au personnel.

Plus jamais

U-DOW-CAR-268

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 123 of 133

## Kòman pou Rapòte Abi ak Atak Seksyèl

Si ou santi ou nan risk pou w ta vin yon victim, oswa si ou vin yon victim abi oswa atak seksyèl, rapòte ensidan an imedyatman. Gen plizyè fason pou fè rapò a. Manyèl Detni ICE ou a a gen plis enfòmasyon sou chak nan yo:

### Fè rapò bay lokal la

1. Enfòme yon manm pèsonèl etablisman ke ou fè konsfyans.
2. Soumèt yon doleyans enfòmèl oswa fòmèl (enkli yon doleyans dijans) avèl lokal la.

### Fè rapò bay Biwo local ICE la

3. Enfòme nenpòt manm pèsonèl ICE/ERO a ki vizite local la.
4. Soumèt yon demann enfòmal oswa fòmèl oswa yon doleyans bay ICE/ERO.

### Fè rapò bay Katye Jeneral DHS oswa ICE

5. Kontakte Liy Enfòmasyon ak Rapò sou Detansyon ICE la: **1-888-351-4024 oswa 9116#**. Gen èd pou lang ki disponib.
6. Kontakte Biwo DHS Enspektè Jeneral la (OIG):

   Ekri yon lèt bay:

   **DHS Office of Inspector General**
   Attention: Office of Investigations Hotline
   245 Murray Drive, SW
   Building 410/Mail Stop 0305
   Washington, DC 20528

   Rele liy ijans gratis la:

   **1-800-323- 8603 oswa 518#**

### Fè rapò bay yon ofisyèl konsilè

7. Rele oswa ekri ofisyèl konsilè ou a.

### Fè Rapò Anonim

Li pa obligatwa pou w bay non w pou rapòte yon atak oswa yon abi seksyèl. Ou ka chwazi pou w fè yon rapò anonim bay Liy Enfòmasyon ak Rapò Detansyon an (DRIL) oswa DHS OIG a. Ou ka bay yon lòt moun fè rapò a nan non ou tou pou bay lokal la, Katye Jeneral ICE la oswa OIG a.

### Eske sa ap enfliyanse Dosye Imigrasyon m lan oswa Detansyon m nan?

Nenpòt rapò sou abi seksyèl, oswa pèrez ke yo ta abize oswa atake w **pap** afekte dosye imigrasyon w lan negatifman. *Pèsonn pa ka fè revanj kont ou nan okenn fason paske w fè yon rapò sou abi oswa atak seksyèl.*

### Konfidansyalite

Enfomasyon konsènan idantite w epi f and the prèv rapò w la ap rete aksesib sèlman ak moun sa yo ki bezwen konnen.




**Pou plis enfòmasyon sou kontni sa yo, tanpri li Manyèl Detni ICE la oswa mande yon manm nan pèsonèl lokal ke w fè konfyans.**

U.S. Immigration and Customs Enforcement

*This pamphlet is intended to be distributed as a tri-fold brochure.

U.S. Immigration and Customs Enforcement



HAITIAN CREOLE

# KONSYANTIZATION Sou ATAK AK ABI SEKSYÈL

www.ICE.gov

U-DOW-CAR-269

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 124 of 133

## Kisa ki abi ak atak seksyèl

**Abi ak atak seksyèl yon detni sou yon lòt detni:**

Yo entèdi tout kalite atak ak abi seksyèl yon detni ta fè sou yon lòt detni. Si yon lòt detni fòse w oswa eseye fòse pou w ta angaje w nan yon zak seksyèl, manyen pati seksyèl kò w yo, fòse w oswa eseye fòse pou w ta touche pati seksyèl kò yo, oswa itilize menas oswa entimidasyon pou yo ta angaje yo nan fè bagay, yo rele sa abi seksyèl.

**Abi ak atak seksyèl yon manm pèsonèl sou yon detni:**

Yo entèdi tout kalite zak seksyèl ant yon detni ak yon manm pèsonèl la (enkli gad ki sou kontra, pwofesyonèl medikal la, ak volontè) e se yon bagay ki kont lalwa, kelkeswa se ta yon bagay konsansyèl ou pa. Si yon manm pèsonèl la eseye oswa menm fè bagay ak ou, manyen w entansyonèlman nan yon fason seksyèl, fè avans seksyèl oswa repete komantè seksyèl, montre pati entim li, oswa angaje l nan voyeurism, yo rele sa abi seksyèl.




## Si ou se yon viktim abi oswa atak seksyèl

Kèlkeswa reyaksyon oswa pèrèz ou, li enpòtan pou w konprann,ke yo pa gen pou blame w. Abi seksyèl ka vyole sans byennèt ak fè konfyans ou. Ou ka santi w choke, fache, anksye, depresif oswa koupab. Ou ka fè eksperyans tou ak kèk reyaksyon fizik ki varye, ki kòmanse nan chanjman abitid manje w ak fason w dòmi ak kochman epi reviv move moman sa yo. Reyaksyon sa yo nòmal, epi gen èd disponib. Lokal la ak ICE pral ede w jwenn sipò epi ofri w resous espesifik pou bezwen w yo.

## Ki sipò w ka atann nan men ICE ak lokal la

Yo pral ofri w pwoteksyon imedya kon atakan an epi yo pral refere w pou yon egzamen medikal. Yo pral ofri w tou sèvis sante mantal epi sèvis ekstèn pou viktim. Yo ankouraje kèk viktim tou pou resevwa yon egzamen egzamen medikal teknik sou atak seksyèl ki ka ede nan pouswit kriminèl kont atakan an.

## Kijan yo envestige rapò yo?

Lè w fè rapò sou yon ensidan atak oswa abi seksyèl, etablisman epi/oswa ajans ranfòsman lalwa apwopriye a pral mennen yon envestigasyon. Yo ka mande w pou w patisipe nan yon entèvyou pou ranmase enfòmasyon. ICE pral enfòme sou rezilta envestigasyon an, yon fwa yo fini ak li.

Gen yon diferans ant rapòte yon ensidan ak pòte plent. Ou ka chwazi pou w pa pòte plent imedyatman men ou ka toujou deside sou sa pi ta. Si yo soumèt kèk akizasyon kriminèl, yo ka prezante l nan yon pouswit jidisyè . Li enpòtan ke ou diskite tout preyokipasyon w ak prokirè a (oswa avoka w) oswa protektè viktim yo.

## Kijan w ka proteje tèt ou kont abi seksyèl?

Abi ak atak seksyèl pa janm fòt victim lan. Si w konn siy avètisman ak alam ki ka ede rete veyatif epi alète:

1. Rapòte enkyetid ou.
2. Pote tèt ou nan yon manyè konfidansyèl. Anpil agrees chwazi victim ki parèt tankou yo pa ka riposte oswa ke yo panse ki fèb nan tèt.
3. Pa aksepte kado oswa favè nan men lòt moun. Kado oswa favè ka vin ak egzijans oswa kondisyon ke moun kap ofri kado a atann ke ou aksepte.
4. Pa aksepte of ke yon lèt detni ta fè pou li ta moun ka pwoteje w.
5. Chaje yon manm pèsonèl la ke ou santi w alèz ak li pou pale de pèrèz ak preyokipasyon w.
6. Pa sèvi ak dwòg oswa tafya; bagay say o ka febli kapasite w pou rete an alèt epi pou w fè bon jijman.
7. Ou dwe klè, dirèk epi fèm. Ou pa dwe gen perez pou w di « non » oswa « Sispann kounyea. »
8. Chwazi patnè w y oak sajès. Chache moun ki enplike nan aktivite pozitif tank pwogram edikasyon, opòtinite travay, oswa konsèy an gwoup. Degaje w pou w angaje w nan aktivite say o si yo disponib nan local ou a.
9. Si w sispèk ke y ap abize oswa atake yon detni, rapòte sa pa youn nan metòd ke yo mete nan lis nan ti livrè sa a.
10. Fè konfyans an entwisyon w. Fòk ou konsyan nan sitiyasyon ki mete w malalèz. Si w pa santi l byen oswa ansekirite, kite sitiyasyon an epi mande èd. Si w gen pèrez pou byennèt ou, rapòte sa ban pèsonèl la.

U-DOW-CAR-270

## यौन दुर्व्यवहार और हमले की रिपोर्ट कैसे करें

यदि आप पीड़ित होने का जोखिम महसूस करते हैं, या यदि आप यौन शोषण या हमले का शिकार हो जाते हैं, तो तुरंत घटना की रिपोर्ट करें। रिपोर्टिंग के लिए कई विकल्प हैं। आपकी आईसीइ बंदि पुस्तिका में इनमें से प्रत्येक के बारे में अधिक जानकारी है:

### सुविधा को रिपोर्ट करें

1. अपनी जगह पर किसी भी विश्वसनीय स्टाफ सदस्य को बताएं।
2. सुविधा के साथ एक अनौपचारिक या औपचारिक शिकायत (आपातकालीन शिकायत सहित) दर्ज करें।

### आईसीई फील्ड कार्यालय को रिपोर्ट करें

3. किसी भी आईसीई / ईआरओ स्टाफ सदस्य को बताएं जो सुविधा का दौरा करता है।
4. आईसीई / ईआरओ को लिखित अनौपचारिक या औपचारिक अनुरोध या शिकायत दर्ज करें।

### डीएचएस या आईसीई मुख्यालय को रिपोर्ट करें

5. आईसीई नज़रबंदी रिपोर्टिंग और जानकारी लाइन: **1-888-351-4024** या **9116 #** पर संपर्क करें। भाषा सहायता उपलब्ध है।
6. डीएचएस कार्यालय के महानिरीक्षक से संपर्क करें (ओआईजी):

   एक पत्र लिखें:

   **डीएचएस ऑफिस ऑफ इंस्पेक्टर जनरल**

   अटेंशन: ऑफिस ऑफ इन्वेस्टिगेशन्स हॉटलाइन

   245 मुर्रे ड्राइव, एसडब्ल्यू
   बिल्डिंग 410 / मेल स्टॉप 0305
   वाशिंगटन, डीसी 20528

   टोल-फ्री हॉटलाइन पर कॉल करें:

   **1-800-323- 8603 or 518#**

### अपने कांसुलर अधिकारी को रिपोर्ट करें

7. कॉल करें या अपने कांसुलर अधिकारी को लिखें।

## बेनामी सूचना

यौन शोषण या हमले की रिपोर्ट करने के लिए आपको अपना नाम देने की आवश्यकता नहीं है। आप डिटेंशन रिपोर्टिंग और सूचना लाइन (डीआईआरएल) या डीएचएस ओआईजी को गुमनाम रूप से रिपोर्ट करना चुन सकते हैं। आपकी सुविधा पर, आईसीई मुख्यालय या ओआईजी की ओर से किसी और की रिपोर्ट भी हो सकती है।

## क्या यह मेरे आव्रजन मामले या नज़रबंदी को प्रभावित करेगा?

यौन शोषण, या दुर्व्यवहार या हमले की आशंका की कोई भी रिपोर्ट आपके आव्रजन मामले को नकारात्मक रूप से प्रभावित नहीं करेगी। *यौन शोषण या हमले की रिपोर्टिंग के लिए कोई भी किसी भी तरह से आपके खिलाफ जवाबी कार्रवाई नहीं कर सकता।*

## गोपनीयता

आपकी पहचान और आपकी रिपोर्ट के तथ्यों से संबंधित जानकारी केवल उन्हीं तक सीमित रहेगी, जिन्हें जानना आवश्यक है।




**इस सामग्री के बारे में अधिक जानकारी के लिए कृपया आईसीइ बंदि पुस्तिका पढ़ें या किसी विश्वसनीय सुविधा कर्मचारी से पूछें.**

U.S. Immigration and Customs Enforcement

*इस पर्चे को त्रिकोणीय ब्रोशर के रूप में वितरित करने का इरादा है।

U.S. Immigration and Customs Enforcement



HINDI

# यौन दुर्व्यवहार और हमला जागरूकता

www.ICE.gov

U-DOW-CAR-271

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 126 of 133

## क्या है यौन शोषण और हमला

### नज़रबंद से नज़रबंद के साथ यौन शोषण और हमला:

एक बंदी के खिलाफ एक बंदी द्वारा यौन शोषण और हमला करने के सभी प्रकार निषिद्ध हैं। यदि कोई अन्य बंदी आपको मजबूर करता है या आपको यौन क्रिया में संलग्न होने के लिए मजबूर करता है, तो आपके शरीर के यौन अंगों को छूता है, आपको मजबूर करता है या आपको उनके शरीर के यौन अंगों को छूने के लिए मजबूर करने की कोशिश करता है, या आपको दबाव डालने के लिए धमकियों या धमकियों का उपयोग करता है। सेक्स में लिप्त होना, यह यौन शोषण है।

### स्टाफ-तथा-बंदी यौन शोषण और हमला:

एक बंदी और एक कर्मचारी सदस्य (अनुबंध गार्ड, चिकित्सा पेशेवरों और स्वयंसेवकों सहित) के बीच सभी प्रकार के यौन कार्य निषिद्ध हैं और कानून के खिलाफ, चाहे वे सहमति के बिना हों। यदि कोई स्टाफ सदस्य आपके साथ यौन संबंध बनाने या वास्तव में सेक्स करने की कोशिश करता है, तो जानबूझकर आपको यौन तरीके से छूता है, यौन उन्नति करता है या बार-बार यौन टिप्पणियां करता है, अपने जननांगों को प्रदर्शित करता है, या वायुर्यवाद में संलग्न है, यह यौन शोषण है।




## अगर आप यौन शोषण या हमले का शिकार हैं

आपकी प्रतिक्रियाएं या डर जो भी हों, यह समझना महत्वपूर्ण है कि आपको दोष नहीं देना है। यौन शोषण आपकी सुरक्षा और विश्वास की भावना का उल्लंघन कर सकता है। आप हैरान, क्रोधित, चिंतित, उदास या दोषी महसूस कर सकते हैं। आप खाने और सोने के पैटर्न में बदलाव से लेकर बुरे सपने या फ्लैशबैक तक कई तरह की शारीरिक प्रतिक्रियाओं का अनुभव कर सकते हैं। ये प्रतिक्रियाएं सामान्य हैं, और मदद उपलब्ध है। सुविधा और आईसीई आपकी सहायता प्राप्त करने और आपकी आवश्यकताओं के लिए विशिष्ट संसाधनों की पेशकश करने में मदद करेगा।

## आप आईसीई और सुविधा से क्या समर्थन की उम्मीद कर सकते हैं

आपको अपराधी से तत्काल सुरक्षा की पेशकश की जाएगी और उपयुक्त होने पर आपको मेडिकल जांच के लिए भेजा जाएगा। आपको मानसिक स्वास्थ्य सेवाएं और पीड़ित सेवाओं के बाहर भी पेश किया जाएगा। कुछ पीड़ितों को प्रोत्साहित भी किया जा सकता है एक यौन उत्पीड़न फोरेंसिक चिकित्सा परीक्षा प्राप्त करने के लिए, जो अपराधी को आपराधिक रूप से मुकदमा चलाने में मदद कर सकता है।

## रिपोर्ट की जांच कैसे होगी?

जब आप यौन शोषण या हमले की घटना की रिपोर्ट करते हैं तो सुविधा और / या एक उपयुक्त कानून प्रवर्तन एजेंसी एक जांच करेगी। आपको जानकारी जुटाने के लिए एक साक्षात्कार में भाग लेने के लिए कहा जा सकता है। एक बार पूरा होने के बाद आईसीई आपको किसी भी जाँच के परिणाम की सूचना देगा।

घटना की रिपोर्टिंग और प्रेस आरोपों के बीच अंतर है। आप तुरंत आरोप नहीं लेने का चयन कर सकते हैं, लेकिन आप हमेशा ऐसा करने का निर्णय ले सकते हैं। यदि आपराधिक आरोप दायर किए जाते हैं, तो इसे संभावित अभियोजन के लिए प्रस्तुत किया जाएगा। आपके लिए अभियोजक (या आपके वकील) या पीड़ित अधिवक्ता के साथ किसी भी चिंता पर चर्चा करना महत्वपूर्ण है।

## मैं यौन शोषण या हमले से खुद को कैसे बचा सकता हूं?

यौन दुर्व्यवहार और हमला कभी भी पीड़ित व्यक्ति की गलती नहीं है। चेतावनी के संकेतों और लाल झंडों को जानने से आप सतर्क और जागरूक रह सकते हैं:

1. चिंताओं की रिपोर्ट करें।
2. आत्मविश्वास से अपने आप को संवारें। कई नशेड़ी पीड़ितों को चुनते हैं जो यह देखते हैं कि वे वापस नहीं लड़ेंगे या जो सोचते हैं कि वे भावनात्मक रूप से कमजोर हैं।
3. दूसरों से उपहार या एहसान स्वीकार न करें। उपहार या एहसान मांगों या शर्तों के साथ आ सकता है जिसे देने वाला आपसे अपेक्षा करता है।
4. अपने रक्षक होने के लिए किसी अन्य बंदी के प्रस्ताव को स्वीकार न करें।
5. एक स्टाफ सदस्य खोजें, जिसके साथ आप अपने डर और चिंताओं पर चर्चा करने में सहज महसूस करते हैं।
6. नशे या शराब का उपयोग न करें; ये सतर्क रहने और अच्छे निर्णय लेने की आपकी क्षमता को कमजोर कर सकते हैं।
7. स्पष्ट, प्रत्यक्ष और दृढ़ रहें। "नहीं" या "अब इसे बंद करो" कहने से डरो मत।"
8. अपने सहयोगियों को बुद्धिमानी से चुनें। ऐसे लोगों की तलाश करें जो शैक्षिक कार्यक्रमों, काम के अवसरों या परामर्श समूहों जैसी सकारात्मक गतिविधियों में शामिल हों। इन गतिविधियों में स्वयं शामिल हों, यदि वे आपकी सुविधा में उपलब्ध हों।
9. यदि आपको संदेह है कि किसी अन्य बंदी का यौन शोषण या हमला किया जा रहा है, तो इस पुस्तिका में सूचीबद्ध तरीकों में से किसी एक का उपयोग करके रिपोर्ट करें।
10. अपनी प्रकृति पर विश्वास रखें। ऐसी स्थितियों से अवगत रहें जो आपको असहज महसूस कराती हैं। यदि यह सही या सुरक्षित नहीं लगता है, तो स्थिति को छोड़ दें या सहायता लें। यदि आप अपनी सुरक्षा के लिए डरते हैं, तो कर्मचारियों को अपनी चिंताओं की रिपोर्ट करें।

अब और नहीं

## Como Denunciar Abuso e Agressão Sexual

Se você se sentir em risco de ser vitimizado, ou se você se tornar vítima de abuso ou agressão sexual, denuncie o incidente imediatamente. Há muitas opções para relatar o incidente. Seu Manual do Detento ICE tem mais informações sobre cada uma delas:

## Denunciar ao Centro

1. Avise qualquer membro de confiança do pessoal das instalações.
2. Apresentar uma reclamação informal ou formal (incluindo uma reclamação de emergência) com as instalações.

## Informe ao Escritório da Sede do ICE

3. Informe qualquer membro do conselho ICE/ERO que visite as instalações.
4. Apresente uma solicitação ou reclamação formal ou informal por escrito ao ICE/ERO.

## Reportar ao DHS ou Sede do ICE

5. Entre em contato com a Linha de Detenção e Informação do ICE: 1-888-351-4024 ou 9116#. Assistência em idiomas está disponível.
6. Entre em contato com o Escritório do DHS do Inspetor Geral (OIG):

Escreva uma carta para:

**DHS Escritório do Inspetor Geral,**
Atenção: Office of Investigations Hotline
245 Murray Drive, SW
Edifício 410 / Mail Stop 0305
Washington, DC 20528

Ligue para a linha direta gratuita em:
**1-800-323- 8603 ou 518 #**

## Informe ao Seu Funcionário Consular

7. Ligue ou escreva para o seu funcionário consular.

## Relatórios anônimos

Você não precisa dar seu nome para denunciar um abuso ou agressão sexual. Você pode optar por denunciar anonimamente à Linha de Denúncia e Informação de Detenção (DRIL) ou ao DHS OIG. Você também pode ter outra pessoa para denunciar em seu nome às instalações, à sede do ICE, ou ao OIG.

## Isto terá Impacto em Meu Caso de Imigração ou Detenção?

Qualquer denúncia de abuso sexual, ou medo de ser abusado ou agredido, **não** afetará negativamente seu caso de imigração. Ninguém pode retaliar contra você de forma alguma por denunciar abuso ou agressão sexual.

## Confidencialidade

As informações relativas à sua identidade e aos fatos de seu relatório serão limitadas somente àqueles que precisam saber.




** Para mais informações sobre este conteúdo, leia o Manual do Detento ICE ou procure uma pessoa de confiança do funcionário da instalação. **

U.S. Immigration and Customs Enforcement

*Este panfleto será distribuído como um folheto triplo

U.S. Immigration and Customs Enforcement



PORTUGUESE

# CONSCIÊNCIA DO ABUSO E ASSÉDIO SEXUAL

www.ICE.gov

## O que é Abuso e Agressão Sexual

### Abuso e agressão sexual de detento-contra-detento:

Todas as formas de abuso e agressão sexual por um detido contra outro(s) detido(s) são proibidas. Se outro detento o força ou tenta forçá-lo para se envolver em um ato sexual, tocar as partes sexuais de seu corpo, forçá-lo ou tentar forçá-lo a tocar as partes sexuais de corpo dele(a), ou usar ameaças ou intimidações para pressioná-lo a se envolver em sexo, é abuso sexual.

### Abuso e agressão sexual de funcionários em detenções:

Todas as formas de atos sexuais entre um detido e um membro do pessoal (incluindo guardas contratuais, profissionais médicos e voluntários) são proibidas e contrárias à lei, independentemente de serem consensuais. Se um membro do pessoal tentar ou realmente fizer sexo com você, tocar intencionalmente em você de maneira sexual, fizer avanços sexuais ou comentários sexuais repetidos, exibir seus genitais ou se envolver em voyeurismo, trata-se de abuso sexual.




## Se Você é uma Vítima de Abuso ou Agressão Sexual

Quaisquer que sejam suas reações ou medos, é importante entender que você não é o culpado. O abuso sexual pode violar seu senso de segurança e confiança. Você pode se sentir chocado, irritado, ansioso, deprimido ou culpado. Você também pode experimentar uma variedade de reações físicas, desde mudanças nos padrões alimentares e de sono até pesadelos ou flashbacks. Estas reações são normais, e há ajuda disponível. As instalações e o ICE o ajudarão a obter apoio e a oferecer recursos específicos para suas necessidades.

## Que Apoio Você Pode Esperar do ICE e das Instalações

Você receberá proteção imediata contra o perpetrador e será encaminhado para um exame médico, quando apropriado. Também serão oferecidos a você serviços de saúde mental e serviços externos à vítima. Algumas vítimas também podem ser encorajadas a receber um exame médico forense de agressão sexual, que pode ajudar a processar criminalmente o perpetrador.

## Como os Relatórios Serão Investigados?

Quando você denunciar um incidente de abuso ou agressão sexual, a instalação e/ou um órgão de segurança pública apropriado conduzirá uma investigação. Você pode ser convidado a participar de uma entrevista para coletar informações. O ICE o informará sobre o resultado de qualquer investigação, uma vez concluída.

Há uma diferença entre relatar o incidente e optar por apresentar queixa. Você pode optar por não apresentar queixa imediatamente, mas pode sempre decidir fazê-lo mais tarde. Se forem apresentadas acusações criminais, elas serão apresentadas para possível processo. É importante que você discuta qualquer preocupação que tenha com o promotor (ou seu advogado) ou com um defensor da vítima.

## Como Posso me Proteger de Abuso ou Agressão Sexual?

O abuso e a agressão sexual nunca é culpa da vítima. Conhecer os sinais de advertência e as bandeiras vermelhas pode ajudá-lo a manter-se alerta e consciente:

1. Relatar preocupações.
2. Levar-se a cabo de uma maneira confiante. Muitos abusadores escolhem vítimas que parecem não reagir ou que pensam que são emocionalmente fracas.
3. Não aceite presentes ou favores de outros. Presentes ou favores podem vir com exigências ou termos que o doador espera que você aceite.
4. Não aceite uma oferta de outro detento para ser seu protetor.
5. Encontre um membro da equipe com quem você se sinta confortável para discutir seus medos e preocupações.
6. Não use drogas ou álcool; estes podem enfraquecer sua capacidade de permanecer alerta e fazer bons julgamentos.
7. Seja claro, direto e firme. Não tenha medo de dizer "não" ou "pare agora".
8. Escolha sabiamente seus associados. Procure pessoas que estejam envolvidas em atividades positivas como programas educacionais, oportunidades de trabalho ou grupos de aconselhamento. Envolva-se nestas atividades, se elas estiverem disponíveis em suas instalações.
9. Se você suspeitar que outro detento está sendo abusado ou agredido sexualmente, informe-o usando um dos métodos listados neste panfleto.
10. Confie em seus instintos. Esteja ciente de situações que o façam sentir-se desconfortável. Se não se sentir bem ou seguro, deixe a situação ou procure ajuda. Se você teme por sua segurança, relate suas preocupações ao pessoal.

Não Mais

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 129 of 133

## ਜਿਨਸੀ ਸ਼ੋਸ਼ਣ ਅਤੇ ਹਮਲੇ ਦੀ ਜਾਣਕਾਰੀ ਕਿਵੇਂ ਦਿੱਤੀ ਜਾਵੇ

ਜੇ ਤੁਸੀਂ ਪੀੜਤ ਹੋਣ ਦਾ ਜੋਖਮ ਮਹਿਸੂਸ ਕਰਦੇ ਹੋ, ਜਾਂ ਜੇ ਤੁਸੀਂ ਜਿਨਸੀ ਸ਼ੋਸ਼ਣ ਜਾਂ ਹਮਲੇ ਦਾ ਸ਼ਿਕਾਰ ਹੋ ਜਾਂਦੇ ਹੋ, ਤਾਂ ਤੁਰੰਤ ਇਸ ਘਟਨਾ ਦੀ ਰਿਪੋਰਟ ਕਰੋ. ਰਿਪੋਰਟ ਕਰਨ ਲਈ ਬਹੁਤ ਸਾਰੇ ਵਿਕਲਪ ਹਨ. ਤੁਹਾਡੀ ਆਈਸੀਈ ਨਜ਼ਰਬੰਦੀ ਕਿਤਾਬਚਾ ਇਨ੍ਹਾਂ ਵਿੱਚੋਂ ਹਰੇਕ ਬਾਰੇ ਵਧੇਰੇ ਜਾਣਕਾਰੀ ਰੱਖਦਾ ਹੈ:

### ਸੁਵਿਧਾ ਨੂੰ ਰਿਪੋਰਟ ਕਰੋ

1. ਸਹੂਲਤ ਤੇ ਕਿਸੇ ਵੀ ਭਰੋਸੇਮੰਦ ਸਟਾਫ ਮੈਂਬਰ ਨੂੰ ਦੱਸੋ.
2. ਸਹੂਲਤ ਦੇ ਨਾਲ ਇੱਕ ਗੈਰ ਰਸਮੀ ਜਾਂ ਰਸਮੀ ਸ਼ਿਕਾਇਤ (ਐਮਰਜੈਂਸੀ ਸ਼ਿਕਾਇਤ ਸਮੇਤ) ਦਾਇਰ ਕਰੋ.

### ਆਈਸੀਈ ਫੀਲਡ ਦਫਤਰ ਨੂੰ ਰਿਪੋਰਟ ਕਰੋ

3. ਕਿਸੇ ਵੀ ਆਈਸੀਈ / ਈਆਰਓ ਸਟਾਫ ਮੈਂਬਰ ਨੂੰ ਦੱਸੋ ਜੋ ਸਹੂਲਤ ਦਾ ਦੌਰਾ ਕਰਦੇ ਹਨ.
4. ਇੱਕ ਲਿਖਤੀ ਗੈਰ ਰਸਮੀ ਜਾਂ ਰਸਮੀ ਬੇਨਤੀ ਜਾਂ ਸ਼ਿਕਾਇਤ ਆਈਸੀਈ / ਈਆਰਓ ਨੂੰ ਦਾਇਰ ਕਰੋ.

### ਡੀਐਚਐਸ ਜਾਂ ਆਈਸੀਈ ਮੁੱਖ ਦਫ਼ਤਰ ਨੂੰ ਰਿਪੋਰਟ ਕਰੋ

5. ਆਈਸੀਈ ਨਜ਼ਰਬੰਦੀ ਰਿਪੋਰਟਿੰਗ ਅਤੇ ਜਾਣਕਾਰੀ ਲਾਈਨ ਨਾਲ ਸੰਪਰਕ ਕਰੋ: 1-888-351-4024 ਜਾਂ 9116 #. ਭਾਸ਼ਾ ਸਹਾਇਤਾ ਉਪਲਬਧ ਹੈ.
6. ਇੰਸਪੈਕਟਰ ਜਨਰਲ ਦੇ ਡੀਐਚਐਸ ਦਫਤਰ ਨਾਲ ਸੰਪਰਕ ਕਰੋ (ਓਆਈਜੀ):

   ਨੂੰ ਇੱਕ ਪੱਤਰ ਲਿਖੋ:

   **ਡੀਐਚਐਸ ਦਫਤਰ ਦੇ ਇੰਸਪੈਕਟਰ ਜਨਰਲ**

   ਧਿਆਨ: ਦਫਤਰ ਦੀ ਜਾਂਚ ਹਾਟਲਾਈਨ

   245 ਮਰੇ ਡਰਾਈਵ, ਐਸਡਬਲਯੂ
   ਬਿਲਡਿੰਗ 410 / ਮੇਲ ਸਟਾਪ 0305
   ਵਾਸ਼ਿੰਗਟਨ, ਡੀ.ਸੀ. 20528

   ਟੋਲ-ਫ੍ਰੀ ਹੌਟਲਾਈਨ ਨੂੰ ਇੱਥੇ ਕਾਲ ਕਰੋ:

   **1-800-323- 8603 or 518#**

### ਆਪਣੇ ਕੌਂਸਲਰ ਅਧਿਕਾਰੀ ਨੂੰ ਰਿਪੋਰਟ ਕਰੋ

7. ਆਪਣੇ ਕੌਂਸਲਰ ਅਧਿਕਾਰੀ ਨੂੰ ਕਾਲ ਕਰੋ ਜਾਂ ਲਿਖੋ.

### ਅਗਿਆਤ ਸੂਚਨਾ

ਜਿਨਸੀ ਸ਼ੋਸ਼ਣ ਜਾਂ ਹਮਲੇ ਦੀ ਰਿਪੋਰਟ ਕਰਨ ਲਈ ਤੁਹਾਨੂੰ ਆਪਣਾ ਨਾਮ ਦੇਣ ਦੀ ਜ਼ਰੂਰਤ ਨਹੀਂ ਹੈ. ਤੁਸੀਂ ਨਜ਼ਰਬੰਦੀ ਰਿਪੋਰਟਿੰਗ ਅਤੇ ਜਾਣਕਾਰੀ ਲਾਈਨ (ਡੀਆਈਆਰਐਲ) ਜਾਂ **ਡੀਐਚਐਸ** ਓਆਈਜੀ ਨੂੰ ਅਗਿਆਤ ਰੂਪ ਵਿੱਚ ਰਿਪੋਰਟ ਕਰਨਾ ਚੁਣ ਸਕਦੇ ਹੋ. ਤੁਹਾਡੀ ਸਹੂਲਤ ਉੱਤੇ, ਆਈਸੀਈ ਹੈਡਕੁਆਰਟਰ, ਜਾਂ ਓਆਈਜੀ ਨੂੰ ਆਪਣੀ ਤਰਫੋਂ ਕਿਸੇ ਹੋਰ ਨੂੰ ਵੀ ਰਿਪੋਰਟ ਕਰ ਸਕਦੇ ਹੋ.

### ਕੀ ਇਹ ਮੇਰੇ ਇਮੀਗ੍ਰੇਸ਼ਨ ਕੇਸ ਜਾਂ ਨਜ਼ਰਬੰਦੀ ਨੂੰ ਪ੍ਰਭਾਵਤ ਕਰੇਗਾ?

ਜਿਨਸੀ ਸ਼ੋਸ਼ਣ ਦੀ ਕੋਈ ਰਿਪੋਰਟ, ਜਾਂ ਦੁਰਵਿਵਹਾਰ ਕੀਤੇ ਜਾਣ ਜਾਂ ਹਮਲਾ ਕਰਨ ਦੇ ਡਰ ਤੋਂ, ਤੁਹਾਡੇ ਇਮੀਗ੍ਰੇਸ਼ਨ ਦੇ ਕੇਸ ਨੂੰ ਨਕਾਰਾਤਮਕ ਤੌਰ ਤੇ ਪ੍ਰਭਾਵਤ ਨਹੀਂ ਕਰੇਗਾ. *ਜਿਨਸੀ ਸ਼ੋਸ਼ਣ ਜਾਂ ਹਮਲੇ ਦੀ ਰਿਪੋਰਟ ਕਰਨ ਲਈ ਕੋਈ ਵੀ ਤੁਹਾਡੇ ਵਿਰੁੱਧ ਕਿਸੇ ਵੀ ਤਰਾਂ ਬਦਲਾ ਨਹੀਂ ਲੈ ਸਕਦਾ।*

### ਗੁਪਤਤਾ

ਤੁਹਾਡੀ ਪਛਾਣ ਅਤੇ ਤੁਹਾਡੀ ਰਿਪੋਰਟ ਦੇ ਤੱਥਾਂ ਬਾਰੇ ਜਾਣਕਾਰੀ ਸਿਰਫ ਉਹਨਾਂ ਲੋਕਾਂ ਤੱਕ ਸੀਮਿਤ ਹੋਵੇਗੀ ਜਿੰਨਾ ਨੂੰ ਜਾਣਨ ਦੀ ਜ਼ਰੂਰਤ ਹੈ.




** ਇਸ ਸਮੱਗਰੀ ਬਾਰੇ ਵਧੇਰੇ ਜਾਣਕਾਰੀ ਲਈ, ਕਿਰਪਾ ਕਰਕੇ ਆਈਸੀਈ ਨਜ਼ਰਬੰਦ ਹੈਂਡਬੁੱਕ ਨੂੰ ਪੜ੍ਹੋ ਜਾਂ ਭਰੋਸੇਮੰਦ ਸੁਵਿਧਾ ਕਰਮਚਾਰੀ ਨੂੰ ਪੁੱਛੋ.**

U.S. Immigration and Customs Enforcement

* ਇਹ ਪੈਂਫਲੇਟ ਇੱਕ ਟ੍ਰਾਈ-ਫੋਲਡ ਬਰੋਸ਼ਰ ਦੇ ਤੌਰ ਤੇ ਵੰਡਣਾ ਹੈ

U.S. Immigration and Customs Enforcement



PUNJABI

# ਜਿਨਸੀ ਸ਼ੋਸ਼ਣ ਅਤੇ ਹਮਲਾ ਜਾਗਰੂਕਤਾ

www.ICE.gov

U-DOW-CAR-275

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 130 of 133

## ਜਿਨਸੀ ਸ਼ੋਸ਼ਣ ਅਤੇ ਹਮਲਾ ਕੀ ਹੈ

### ਨਜ਼ਰਬੰਦੀ-ਤੋਂ-ਨਜ਼ਰਬੰਦ ਲਿੰਗਕ ਸ਼ੋਸ਼ਣ ਅਤੇ ਹਮਲਾ:

ਕਿਸੇ ਹੋਰ ਨਜ਼ਰਬੰਦ ਦੇ ਵਿਰੁੱਧ ਕਿਸੇ ਨਜ਼ਰਬੰਦ ਦੁਆਰਾ ਜਿਨਸੀ ਸ਼ੋਸ਼ਣ ਅਤੇ ਹਮਲੇ ਦੇ ਸਾਰੇ ਪ੍ਰਕਾਰ ਵਰਜਿਤ ਹਨ. ਜੇ ਕੋਈ ਹੋਰ ਨਜ਼ਰਬੰਦ ਤੁਹਾਨੂੰ ਜਬਰਦਸਤੀ ਕਰਨ ਜਾਂ ਤੁਹਾਨੂੰ ਕਿਸੇ ਸੈਕਸ ਸੰਬੰਧੀ ਕੰਮ ਵਿਚ ਮਜਬੂਰ ਕਰਨ ਦੀ ਕੋਸ਼ਿਸ਼ ਕਰਦਾ ਹੈ, ਤੁਹਾਡੇ ਸਰੀਰ ਦੇ ਜਿਨਸੀ ਅੰਗਾਂ ਨੂੰ ਛੂਹਦਾ ਹੈ, ਤੁਹਾਨੂੰ ਮਜਬੂਰ ਕਰਦਾ ਹੈ ਜਾਂ ਤੁਹਾਨੂੰ ਉਨ੍ਹਾਂ ਦੇ ਸਰੀਰ ਦੇ ਜਿਨਸੀ ਅੰਗਾਂ ਨੂੰ ਛੂਹਣ ਲਈ ਮਜ਼ਬੂਰ ਕਰਨ ਦੀ ਕੋਸ਼ਿਸ਼ ਕਰਦਾ ਹੈ, ਜਾਂ ਧਮਕੀਆਂ ਜਾਂ ਡਰਾਉਣੀਆਂ ਵਰਤਦਾ ਹੈ ਤਾਂ ਜੋ ਤੁਹਾਨੂੰ ਦਬਾਅ ਬਣਾਇਆ ਜਾ ਸਕੇ ਸੈਕਸ ਵਿੱਚ ਸ਼ਾਮਲ ਹੋਣਾ, ਇਹ ਜਿਨਸੀ ਸ਼ੋਸ਼ਣ ਹੈ.

### ਸਟਾਫ 'ਤੇ ਨਜ਼ਰਬੰਦ ਜਿਨਸੀ ਸ਼ੋਸ਼ਣ ਅਤੇ ਹਮਲਾ:

ਨਜ਼ਰਬੰਦੀ ਅਤੇ ਸਟਾਫ ਮੈਂਬਰ ਦੇ ਵਿਚਕਾਰ ਹਰ ਕਿਸਮ ਦੇ ਜਿਨਸੀ ਕੰਮ (ਜਿਸ ਵਿੱਚ ਠੇਕਾ ਗਾਰਡ, ਮੈਡੀਕਲ ਪੇਸ਼ੇਵਰ, ਅਤੇ ਸਵੈਸੇਵਕ ਸ਼ਾਮਲ ਹਨ) ਦੀ ਮਨਾਹੀ ਹੈ ਅਤੇ ਕਾਨੂੰਨ ਦੇ ਵਿਰੁੱਧ ਹੈ, ਚਾਹੇ ਉਹ ਸਹਿਮਤ ਹਨ ਜਾਂ ਨਹੀਂ. ਜੇ ਸਟਾਫ ਮੈਂਬਰ ਤੁਹਾਡੇ ਨਾਲ ਸੈਕਸ ਕਰਨ ਦੀ ਕੋਸ਼ਿਸ਼ ਕਰਦਾ ਹੈ ਜਾਂ ਅਸਲ ਵਿੱਚ ਤੁਹਾਡੇ ਨਾਲ ਸੈਕਸ ਕਰਦਾ ਹੈ, ਜਾਣ ਬੁੱਝ ਕੇ ਤੁਹਾਨੂੰ ਜਿਨਸੀ ਲਿੰਗ ਨਾਲ ਛੂਹ ਲੈਂਦਾ ਹੈ, ਜਿਨਸੀ ਉੱਨਤੀ ਕਰਦਾ ਹੈ ਜਾਂ ਵਾਰ-ਵਾਰ ਜਿਨਸੀ ਟਿੱਪਣੀਆਂ ਕਰਦਾ ਹੈ, ਉਸਦੇ ਜਣਨ ਅੰਗਾਂ ਨੂੰ ਪ੍ਰਦਰਸ਼ਿਤ ਕਰਦਾ ਹੈ, ਜਾਂ ਵਯੂਰਿਜ਼ਮ ਵਿੱਚ ਸ਼ਾਮਲ ਹੁੰਦਾ ਹੈ, ਤਾਂ ਇਹ ਯੌਨ ਸ਼ੋਸ਼ਣ ਹੈ.




## ਜੇ ਤੁਸੀਂ ਜਿਨਸੀ ਸ਼ੋਸ਼ਣ ਜਾਂ ਹਮਲੇ ਦਾ ਸ਼ਿਕਾਰ ਹੋ

ਤੁਹਾਡੀਆਂ ਪ੍ਰਤੀਕ੍ਰਿਆਵਾਂ ਜਾਂ ਡਰ ਜੋ ਵੀ ਹੋਣ, ਇਹ ਸਮਝਣਾ ਮਹੱਤਵਪੂਰਣ ਹੈ ਕਿ ਤੁਸੀਂ ਦੋਸ਼ੀ ਨਹੀਂ ਹੋ. ਜਿਨਸੀ ਸ਼ੋਸ਼ਣ ਤੁਹਾਡੀ ਸੁਰੱਖਿਆ ਅਤੇ ਭਰੋਸੇ ਦੀ ਭਾਵਨਾ ਦੀ ਉਲੰਘਣਾ ਕਰ ਸਕਦਾ ਹੈ. ਤੁਸੀਂ ਹੈਰਾਨ, ਗੁੱਸੇ, ਚਿੰਤਤ, ਉਦਾਸੀ, ਜਾਂ ਦੋਸ਼ੀ ਮਹਿਸੂਸ ਕਰ ਸਕਦੇ ਹੋ. ਤੁਸੀਂ ਖਾਣ ਪੀਣ ਅਤੇ ਨੀਂਦ ਲੈਣ ਦੇ ਤਰੀਕਿਆਂ ਵਿਚ ਬਦਲਾਵ ਤੋਂ ਲੈ ਕੇ ਭਿਆਨਕ ਸੁਪਨੇ ਜਾਂ ਫਲੈਸ਼ਬੈਕ ਤਕ ਕਈ ਤਰ੍ਹਾਂ ਦੇ ਸਰੀਰਕ ਪ੍ਰਤੀਕ੍ਰਿਆਵਾਂ ਦਾ ਵੀ ਅਨੁਭਵ ਕਰ ਸਕਦੇ ਹੋ. ਇਹ ਪ੍ਰਤੀਕਰਮ ਆਮ ਹਨ, ਅਤੇ ਸਹਾਇਤਾ ਉਪਲਬਧ ਹੈ. ਸੁਵਿਧਾ ਅਤੇ ਆਈਸੀਈ ਤੁਹਾਡੀ ਸਹਾਇਤਾ ਲਈ ਸਹਾਇਤਾ ਕਰੇਗਾ ਅਤੇ ਤੁਹਾਡੀਆਂ ਜ਼ਰੂਰਤਾਂ ਨਾਲ ਸੰਬੰਧਿਤ ਸਰੋਤਾਂ ਦੀ ਪੇਸ਼ਕਸ਼ ਕਰੇਗਾ.

## ਆਈਸੀਈ ਅਤੇ ਸਹੂਲਤ ਤੋਂ ਤੁਸੀਂ ਕੀ ਸਹਾਇਤਾ ਦੀ ਉਮੀਦ ਕਰ ਸਕਦੇ ਹੋ

ਤੁਹਾਨੂੰ ਦੋਸ਼ੀ ਤੋਂ ਤੁਰੰਤ ਸੁਰੱਖਿਆ ਦੀ ਪੇਸ਼ਕਸ਼ ਕੀਤੀ ਜਾਏਗੀ ਅਤੇ ਉਚਿਤਵਾਂ ਸਮਾਂ ਹੋਣ 'ਤੇ ਤੁਹਾਨੂੰ ਡਾਕਟਰੀ ਜਾਂਚ ਲਈ ਭੇਜਿਆ ਜਾਵੇਗਾ. ਤੁਹਾਨੂੰ ਮਾਨਸਿਕ ਸਿਹਤ ਸੇਵਾਵਾਂ ਅਤੇ ਬਾਹਰ ਦੀਆਂ ਪੀੜਤ ਸੇਵਾਵਾਂ ਦੀ ਪੇਸ਼ਕਸ਼ ਵੀ ਕੀਤੀ ਜਾਏਗੀ. ਕੁਝ ਪੀੜਤਾਂ ਦਾ ਹੌਂਸਲਾ ਵੀ ਹੋ ਸਕਦਾ ਹੈ

ਜਿਨਸੀ ਹਮਲੇ ਦੀ ਫੋਰੈਂਸਿਕ ਮੈਡੀਕਲ ਜਾਂਚ ਕਰਵਾਉਣ ਲਈ, ਜੋ ਅਪਰਾਧੀ ਨੂੰ ਅਪਰਾਧਿਕ ਤੌਰ 'ਤੇ ਮੁਕੱਦਮਾ ਚਲਾਉਣ ਵਿਚ ਸਹਾਇਤਾ ਕਰ ਸਕਦੀ ਹੈ.

## ਰਿਪੋਰਟਾਂ ਦੀ ਪੜਤਾਲ ਕਿਵੇਂ ਕੀਤੀ ਜਾਏਗੀ?

ਜਦੋਂ ਤੁਸੀਂ ਕਿਸੇ ਜਿਨਸੀ ਸ਼ੋਸ਼ਣ ਜਾਂ ਹਮਲੇ ਦੀ ਘਟਨਾ ਦੀ ਰਿਪੋਰਟ ਕਰਦੇ ਹੋ ਤਾਂ ਸੁਵਿਧਾ ਅਤੇ / ਜਾਂ ਇੱਕ ਕਾਨੂੰਨ ਲਾਗੂ ਕਰਨ ਵਾਲੀ ਏਜੰਸੀ ਜਾਂਚ ਕਰੇਗੀ. ਤੁਹਾਨੂੰ ਜਾਣਕਾਰੀ ਇਕੱਠੀ ਕਰਨ ਲਈ ਇਕ ਇੰਟਰਵਿ in ਵਿਚ ਹਿੱਸਾ ਲੈਣ ਲਈ ਕਿਹਾ ਜਾ ਸਕਦਾ ਹੈ. ਇਕ ਵਾਰ ਜਦੋਂ ਇਹ ਪੂਰਾ ਹੋ ਜਾਂਦਾ ਹੈ ਤਾਂ ਆਈਸੀਈ ਤੁਹਾਨੂੰ ਕਿਸੇ ਵੀ ਜਾਂਚ ਦੇ ਨਤੀਜੇ ਬਾਰੇ ਸੂਚਿਤ ਕਰੇਗਾ.

ਘਟਨਾ ਦੀ ਰਿਪੋਰਟ ਕਰਨ ਅਤੇ ਦੋਸ਼ ਲਗਾਉਣ ਦੀ ਚੋਣ ਕਰਨ ਵਿਚ ਅੰਤਰ ਹੈ. ਤੁਸੀਂ ਤੁਰੰਤ ਦੋਸ਼ ਨਾ ਲਗਾਉਣ ਦੀ ਚੋਣ ਕਰ ਸਕਦੇ ਹੋ, ਪਰ ਤੁਸੀਂ ਬਾਅਦ ਵਿੱਚ ਹਮੇਸ਼ਾਂ ਅਜਿਹਾ ਕਰਨ ਦਾ ਫੈਸਲਾ ਕਰ ਸਕਦੇ ਹੋ. ਜੇ ਅਪਰਾਧਿਕ ਦੋਸ਼ ਲਗਾਏ ਜਾਂਦੇ ਹਨ, ਤਾਂ ਇਹ ਸੰਭਾਵਤ ਮੁਕੱਦਮਾ ਚਲਾਉਣ ਲਈ ਪੇਸ਼ ਕੀਤਾ ਜਾਵੇਗਾ. ਇਹ ਤੁਹਾਡੇ ਲਈ ਮਹੱਤਵਪੂਰਣ ਹੈ ਕਿ ਤੁਸੀਂ ਉਹਨਾਂ ਕਿਸੇ ਵੀ ਚਿੰਤਾਵਾਂ ਬਾਰੇ ਵਿਚਾਰ-ਵਟਾਂਦਰੇ ਕਰੋ ਜੋ ਤੁਸੀਂ ਵਕੀਲ (ਜਾਂ ਤੁਹਾਡੇ ਵਕੀਲ) ਜਾਂ ਪੀੜਤ ਵਕੀਲ ਨਾਲ ਕਰਦੇ ਹੋ.

## ਮੈਂ ਆਪਣੇ ਆਪ ਨੂੰ ਜਿਨਸੀ ਸ਼ੋਸ਼ਣ ਜਾਂ ਹਮਲੇ ਤੋਂ ਕਿਵੇਂ ਬਚਾ ਸਕਦਾ ਹਾਂ?

ਜਿਨਸੀ ਸ਼ੋਸ਼ਣ ਅਤੇ ਹਮਲਾ ਕਦੇ ਵੀ ਪੀੜਤ ਦਾ ਕਸੂਰ ਨਹੀਂ ਹੁੰਦਾ. ਚੇਤਾਵਨੀ ਦੇ ਸੰਕੇਤਾਂ ਅਤੇ ਲਾਲ ਝੰਡੇ ਨੂੰ ਜਾਣਨਾ ਤੁਹਾਨੂੰ ਜਾਗਰੂਕ ਅਤੇ ਜਾਗਰੂਕ ਰਹਿਣ ਵਿੱਚ ਸਹਾਇਤਾ ਕਰ ਸਕਦਾ ਹੈ:

1. ਚਿੰਤਾਵਾਂ ਦੀ ਰਿਪੋਰਟ ਕਰੋ.
2. ਆਪਣੇ ਆਪ ਨੂੰ ਭਰੋਸੇਮੰਦ ਤਰੀਕੇ ਨਾਲ ਚੁੱਕੋ. ਬਹੁਤ ਸਾਰੇ ਦੁਰਵਿਵਹਾਰ ਕਰਨ ਵਾਲੇ ਉਹਨਾਂ ਪੀੜਤਾਂ ਦੀ ਚੋਣ ਕਰਦੇ ਹਨ ਜੋ ਇਸ ਤਰ੍ਹਾਂ ਜਾਪਦੇ ਹਨ ਕਿ ਉਹ ਲੜਾਈ ਨਹੀਂ ਲੜਨਗੇ ਜਾਂ ਉਹ ਜੋ ਸੋਚਦੇ ਹਨ ਭਾਵਨਾਤਮਕ ਤੌਰ ਤੇ ਕਮਜ਼ੋਰ ਹਨ.
3. ਦੂਜਿਆਂ ਦੇ ਤੋਹਫ਼ੇ ਜਾਂ ਪੱਖਪਾਤ ਸਵੀਕਾਰ ਨਾ ਕਰੋ. ਉਪਹਾਰ ਜਾਂ ਪੱਖ ਪੂਰਨ ਦੀਆਂ ਮੰਗਾਂ ਜਾਂ ਸ਼ਰਤਾਂ ਨਾਲ ਆ ਸਕਦੇ ਹਨ ਜਿਨ੍ਹਾਂ ਨੂੰ ਦੇਣ ਵਾਲਾ ਤੁਹਾਡੇ ਤੋਂ ਸਵੀਕਾਰ ਕਰਨ ਦੀ ਉਮੀਦ ਕਰਦਾ ਹੈ.
4. ਕਿਸੇ ਹੋਰ ਨਜ਼ਰਬੰਦ ਦੁਆਰਾ ਆਪਣਾ ਰਾਖਾ ਬਣਨ ਦੀ ਪੇਸ਼ਕਸ਼ ਨੂੰ ਸਵੀਕਾਰ ਨਾ ਕਰੋ.
5. ਇੱਕ ਸਟਾਫ ਮੈਂਬਰ ਨੂੰ ਲੱਭੋ ਜਿਸਦੇ ਨਾਲ ਤੁਸੀਂ ਆਪਣੇ ਡਰ ਅਤੇ ਚਿੰਤਾਵਾਂ ਬਾਰੇ ਵਿਚਾਰ ਵਟਾਂਦਰੇ ਵਿੱਚ ਆਰਾਮ ਮਹਿਸੂਸ ਕਰਦੇ ਹੋ.
6. ਨਸ਼ੇ ਜਾਂ ਸ਼ਰਾਬ ਦੀ ਵਰਤੋਂ ਨਾ ਕਰੋ; ਇਹ ਸੁਚੇਤ ਰਹਿਣ ਅਤੇ ਚੰਗੇ ਨਿਰਣੇ ਕਰਨ ਦੀ ਤੁਹਾਡੀ ਯੋਗਤਾ ਨੂੰ ਕਮਜ਼ੋਰ ਕਰ ਸਕਦੇ ਹਨ.
7. ਸਪੱਸ਼ਟ, ਸਿੱਧਾ ਅਤੇ ਦ੍ਰਿੜ ਰਹੋ. "ਨਾ" ਜਾਂ "ਇਸਨੂੰ ਹੁਣੇ ਰੋਕੋ" ਕਹਿਣ ਤੋਂ ਨਾ ਡਰੋ."
8. ਸਮਝਦਾਰੀ ਨਾਲ ਆਪਣੇ ਸਾਥੀਆਂ ਦੀ ਚੋਣ ਕਰੋ. ਉਨ੍ਹਾਂ ਲੋਕਾਂ ਦੀ ਭਾਲ ਕਰੋ ਜੋ ਸਕਾਰਾਤਮਕ ਗਤੀਵਿਧੀਆਂ ਵਿਚ ਸ਼ਾਮਲ ਹੁੰਦੇ ਹਨ ਜਿਵੇਂ ਵਿਦਿਅਕ ਪ੍ਰੋਗਰਾਮਾਂ, ਕੰਮ ਦੇ ਅਵਸਰਾਂ ਜਾਂ ਸਲਾਹ ਸਮੂਹ. ਆਪਣੇ ਆਪ ਨੂੰ ਇਹਨਾਂ ਗਤੀਵਿਧੀਆਂ ਵਿੱਚ ਸ਼ਾਮਲ ਕਰੋ, ਜੇ ਉਹ ਤੁਹਾਡੀ ਸਹੂਲਤ ਤੇ ਉਪਲਬਧ ਹਨ.
9. ਜੇ ਤੁਹਾਨੂੰ ਸ਼ੱਕ ਹੈ ਕਿ ਕਿਸੇ ਹੋਰ ਨਜ਼ਰਬੰਦ ਨਾਲ ਜਿਨਸੀ ਸ਼ੋਸ਼ਣ ਕੀਤਾ ਜਾ ਰਿਹਾ ਹੈ ਜਾਂ ਉਸ ਨਾਲ ਹਮਲਾ ਕੀਤਾ ਗਿਆ ਹੈ, ਤਾਂ ਇਸ ਪਰਚੇ ਵਿਚ ਦੱਸੇ ਕਿਸੇ ਤਰੀਕੇ ਦੀ ਵਰਤੋਂ ਕਰਕੇ ਇਸ ਦੀ ਰਿਪੋਰਟ ਕਰੋ.
10. ਆਪਣੀਆਂ ਪ੍ਰਵਿਰਤੀਆਂ 'ਤੇ ਭਰੋਸਾ ਕਰੋ. ਉਨ੍ਹਾਂ ਸਥਿਤੀਆਂ ਤੋਂ ਸੁਚੇਤ ਰਹੋ ਜੋ ਤੁਹਾਨੂੰ ਬੇਅਰਾਮੀ ਮਹਿਸੂਸ ਕਰਦੇ ਹਨ. ਜੇ ਇਹ ਸਹੀ ਜਾਂ ਸੁਰੱਖਿਅਤ ਮਹਿਸੂਸ ਨਹੀਂ ਹੁੰਦਾ, ਤਾਂ ਸਥਿਤੀ ਨੂੰ ਛੱਡੋ ਜਾਂ ਸਹਾਇਤਾ ਲਓ. ਜੇ ਤੁਸੀਂ ਆਪਣੀ ਸੁਰੱਖਿਆ ਤੋਂ ਡਰਦੇ ਹੋ, ਤਾਂ ਆਪਣੀਆਂ ਚਿੰਤਾਵਾਂ ਨੂੰ ਸਟਾਫ ਨੂੰ ਦੱਸੋ.

ਹੋਰ ਨਹੀਂ

## 如何举报性虐待和性侵犯

如果您有遭受伤害的风险，或者您成为性虐待或性侵犯的受害人，请立即举报。下列有多项举报的选择，在您的《ICE 被拘留者手册（Detainee Handbook）》内有更多信息：

### 向设施举报

1. 告诉在设施中任何您信任的员工。
2. 向设施提出非正式或正式的申诉（包括紧急申诉）。

### 向 ICE 外勤办事处举报

3. 告诉任何探访设施的 ICE / ERO 工作人员。
4. 向 ICE / ERO 提出非正式或正式的书面请求或申诉。

### 向 DHS 或 ICE 总部举报

5. 联系 ICE 拘留报告和信息热线（Detention Reporting and Information Line，DRIL）：**1-888-351-4024或9116#**。提供语言帮助。
6. 联系国土安全部（DHS)监察长办公室（Office of Inspector General, OIG）：

致函：

**DHS Office of Inspector General**
Attention: Office of Investigations Hotline
245 Murray Drive, SW
Building 410/Mail Stop 0305
Washington, DC 20528

致电免费热线电话：

**1-800-323- 8603 或 518#**

### 向您的领事馆官员举报

7. 致电或致函给您的领事馆官员。

## 匿名举报

举报性虐待或性侵犯，不须具名。您可以选择匿名向 DRIL 或 DHS 的 OIG 举报；您也可以请别人代您向设施、ICE 总部或 OIG 举报。

## 这会影响本人的移民案件或拘留吗？

任何有关性虐待，或害怕受到虐待或性侵犯的举报，都**不会**对您的移民案件产生负面影响。*没有人可以因您举报性虐待或性侵犯，而以任何方式对您进行报复。*

## 保密

有关您的身份和您举报的事实之信息，将限制仅提供于需要知道的人士。




**有关这方面的更多信息，请参阅《ICE 被拘留者手册》，或者向可信赖的设施工作人员查询。**

U.S. Immigration and Customs Enforcement

*This pamphlet is intended to be distributed as a tri-fold brochure

U.S. Immigration and Customs Enforcement



CHINESE

# 关注性虐待和性侵犯

www.ICE.gov

U-DOW-CAR-277

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 132 of 133

## 什么是性虐待和性侵犯

**被拘留者对被拘留者的性虐待和性侵犯：**

禁止被拘留者对另一名（或多名）被拘留者进行任何形式的性虐待和性侵犯。如果有被拘留者强迫您或试图强迫您进行性行为，触摸您身体的性部位，强迫您或试图强迫您触摸其身体的性部位，或使用威胁或恐吓手段向您施加压力，从事性行为，是为性虐待。

**工作人员对被拘留者的性虐待和性侵犯：**

禁止被拘留者与工作人员（包括合同护卫、医疗专业人员、志愿者等）之间进行任何形式的性行为，且无论其是否经双方同意，都是违法的。如果工作人员试图或实际上与您发生性关系，故意以性方式触摸您，进行性侵犯或重复说出与性有关的言论，展示其生殖器或进行偷窥，则是性虐待。




## 如果您是性虐待或性侵犯的受害者

无论您的反应或恐惧如何，重要的是，您要了解您不应受到责备。性虐待会侵犯您的安全感和信任感，您可能会感到震惊、愤怒、焦虑、沮丧或内疚，也可能还会经历各种身体反应，从饮食和睡眠方式的改变，到噩梦或往事重现。这些反应都是正常的，而您也可以取得帮助。本设施和 ICE 将帮助您取得支援，并提供适合您需求的资源。

## 您可以从 ICE 和设施中获得什么支援

在适当的情况下，将为您提供即时保护，远离侵犯者，并将您转介进行医疗检查；您还将获得心理健康服务和外界的受害者服务；并鼓励某些受害者接受性侵犯鉴证法医检查，以帮助对侵犯者进行刑事起诉。

## 如何调查举告？

当您举报性虐待或性侵犯事件时，本设施和/或适当的执法机构将对事件进行调查。可能会要求您参加面谈，以收集信息。在调查完成后，ICE 将通知您任何调查的结果。

举报事件和选择控告之间存在区别。您可以选择不立即控告，但您以后可以随时决定提出控告。如果入档刑事诉讼，有可能于日后提出检控。重要的是，要与检察官（或您的律师）或受害者辅导员讨论您所顾虑的任何问题。

## 如何保护自己免受性虐待或性侵犯？

性虐待和性侵犯绝不是受害者的过错。了解警告征兆和危险信号，可以帮助您保持警觉和警惕：

1. 举报关注的顾虑。
2. 将自己表现得很有自信。有许多虐待者选择的受害者都是看起来似乎不会反击，或认为自己的情绪较软弱。
3. 不要接受他人的礼物或恩惠。因为礼物或恩惠可能附随着某些要求或条件，给与者是期望您会一同接受的。
4. 不要接受其他被拘留者提出负责保护您的邀约。
5. 找到可以让您感到释怀去讨论自己的恐惧和担忧的工作人员。
6. 请勿服用毒品或酒精；这会削弱您保持警觉和做出良好判断的能力。
7. 要清楚、直接和坚定，不要害怕说「不」或「现在就停止」。
8. 明智地选择您的交谈对象。寻找积极参与活动（例如教育计划、工作机会或辅导小组)的人。如果您所在的设施提供这些活动，请多让自己参与。
9. 如果您怀疑别的被拘留者受到性虐待或性侵犯，请使用本手册所列出的方法举报。
10. 相信您的直觉，请注意使您感到不妥当的情况。如果感觉不对或不安全，请离开现场或寻求帮助。如果您担心自己的安全，请向员工报告您的顾虑。

U-DOW-CAR-278

Case 1:25-cv-01766-SLS Document 102-2 Filed 06/03/26 Page 133 of 133

# Are You Detained and Separated From Your Child(ren)?

***Even though you are in immigration detention you can still communicate with your child(ren) and make decisions about their care.***

You can ask for help locating and/or getting in contact with your child(ren) by making the following free calls from your housing unit phones. Ask facility staff for instructions on making phone calls using the free call platform.

- If you need assistance locating your child(ren) or setting up regular communication with your child(ren), call the Detention Reporting Information Line (speed dial 9116# on the free call platform).
- If you know that your child(ren) is in the custody of the U.S. Government, call the Office of Refugee Resettlement (ORR) Parent Hotline using speed dial 699# on the free call platform.

In addition to calling, you may also fill out a detainee request form asking an ICE officer for assistance in locating and/or communicating with your child.



ICE and ORR work together to locate children, verify the parent/child relationship, and set up regular communication and removal coordination, if necessary.

Additional information regarding your parental rights may be found in the Women's Refugee Commission's self-help toolkit, *Detained or Deported: What About My Children*, available on the law library computers.

U.S. Immigration and Customs Enforcement

U-DOW-CAR-279