AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

LUNA GUTIERREZ et al.
*Plaintiff*
v.
NOEM et al.
*Defendant*

Case No. 1:25-cv-01766-SLS

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NOEM et al. .

Date: 10/07/2026

/s/ Bronwyn Hillary Nayci
*Attorney's signature*

BRONWYN NAYCI, #1018924
*Printed name and bar number*

Office of Immigration Litigation
Post Office Box 386
Washington, DC 20044-0386
*Address*

BRONWYN.H.NAYCI@USDOJ.GOV
*E-mail address*

(202) 598-6429
*Telephone number*

(202) 305-7000
*FAX number*