UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YAMIL LUNA GUTIERREZ, et al.,<br>Plaintiff,<br>v.<br>MARKWAYNE MULLIN[1], et al.,<br>Defendant. | Civil Action No. 25-1766 (SLS) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Civil Rule 83.6(b), I, Malcolm McDermond, respectfully withdraw my appearance as counsel for Defendants-Respondents. Defendants-Respondents will continue to be represented by other Department of Justice attorneys.

Dated: October 12, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Malcolm McDermond*
MALCOLM MCDERMOND
N.Y. Bar # 5780861
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-1709
Malcolm.McDermond@usdoj.gov

*Attorney for the United States of America*

1 Markwayne Mullin is automatically substituted as the named defendant pursuant to Federal Rule of Civil Procedure 25(d) as the successor to Kristi Noem.