UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Yamil Luna Gutierrez, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN[1], Secretary of the U.S. Department of Homeland Security, *et al.*,<br>Defendants. | Civil Action No. 1:25-cv-01766-SLS |

**JOINT STATUS REPORT IN RESPONSE TO THE COURT'S OCTOBER 14, 2026 MINUTE ORDER**

In accordance with the Court's October 14, 2026 Minute Order, the parties provide the following Joint Status Report. The parties agree that supplemental briefing on the Partial Motion for Summary Judgment and the Cross Motion for Summary Judgment will be: (1) limited to the impact of the October 14, 2026 witness testimony on the parties' respective positions; (2) completed simultaneously; (3) no more than ten pages; and (4) filed no later than October 26, 2026.

The parties further agree that the motions to seal, ECF Nos. 80, 91, 92, 93, and 96, should be addressed as proposed in the parties' August 25, 2026 Joint Notice: ECF Nos. 91, 92, 93, and 96 may be filed on the public docket in full; and a redacted version of ECF No. 80, as attached to ECF No. 119, may be filed on the public docket. *See* ECF No. 119.

[1] *See* Fed. R. Civ. P. 25(d) (providing for the automatic substitution of a public official who is a party in an official capacity ceases to hold office while the action is pending).

Dated: October 19, 2026

Respectfully submitted,

/s/ *Lee Gelernt*
LEE GELERNT (D.D.C. Bar No. NY0408)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org

*Attorney for Plaintiffs-Petitioners*

BRETT A. SHUMATE
*Assistant Attorney General, Civil Division*

ANTHONY NICASTRO
*Acting Director*

LESLIE McKAY
*Assistant Director*

RUSSELL J.E. VERBY
*Senior Litigation Counsel*

ALEXA PERLMUTTER
*Trial Attorney*

By: /s/ *Jason Zubata*
JASON K. ZUBATA
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4143
Email: Jason.K.Zubata@usdoj.gov

*Attorneys for Defendants-Respondents*

**CERTIFICATE OF SERVICE**

I certify that I served a copy of this notice on the Court and all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to these documents to all counsel of record.

Dated: October 19, 2026

/s/ *Jason Zubata*
JASON K. ZUBATA
*Attorney for Defendant*