**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

YAMIL LUNA GUTIERREZ, *et al.*,

*Plaintiffs-Petitioners*, *on behalf of themselves and all others similarly situated,*

v.

MARKWAYNE MULLIN, Secretary of Homeland Security, in his official capacity, *et al.*,

*Defendants-Respondents*.

Case No. 1:25-cv-01766-SLS

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO MAINTAIN THE CERTIFIED ADMINISTRATIVE RECORD UNDER SEAL**

Before the Court is Defendants' motion to maintain the Certified Administration Record under seal. Having considered the motion and the brief in opposition thereto, the Court **DENIES** Defendants' motion to maintain the Certified Administration Record under seal. The Court hereby:

1. **ORDERS** that the Certified Administrative Record, including the supplement to the Certified Administrative Record, be filed on the public docket, with tailored redactions of the personal identifying information of non-supervisory government officials and/or contractors; and,
2. **ORDERS** that any briefing and orders not already on the public docket discussing the contents of the Certified Administrative Record, including the supplement to the Certified Administrative Record, be filed on the public docket.

Dated: _________, 2026

_______________________________
Hon. Sparkle L. Sooknanan
United States District Court Judge