UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YAMIL LUNA GUTIERREZ, et al.,

Plaintiffs-Petitioners,

v.

MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security, et al.,

Defendants-Respondents.

Civil Action No. 1:25-cv-01766-SLS

**SEALED RESPONSE REGARDING CLASSIFIED SUPPLEMENT TO CERTIFIED ADMINISTRATIVE RECORD**

In Plaintiffs Sealed Discovery Memorandum, Dkt. 93-1, Plaintiffs indicate that they are "unable to address whether the redacted material in the [Classified Administrative Record (CAR)] Supplement is relevant to determining the contours of the challenged policy" because they cannot review that classified material. Dkt. 93-1 at 6. Plaintiffs indicate that "redacted material within pages U-DOW-CAR-649, 651, 653–54 may be relevant to the policy's contours because the surrounding *un*redacted material indicates that the redacted material pertains to the 'detention of high-threat illegal aliens' at Guantánamo."

In an effort to address Plaintiffs' concerns regarding these pages, the Department of War (DOW) has conducted a further review of the classified material on those pages of the classified CAR, as well as redacted material on page 656. With respect to the redacted material on those pages, the government advises Plaintiffs and the Court that:

> *The redacted lines relate to DOW's law of war detention operations, and these redactions contain no information related to Illegal Alien removal operations at NSGB.*

Based on this representation, as Plaintiffs proposed, the "Court can assess as to its accuracy given that the Court has access to the redacted information." Dkt. 93-1 at 6. Plaintiffs can then determine whether they believe they need to seek further access to that information.

Dated: April 30, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General, Civil Division*

ANTHONY NICASTRO
*Acting Director*

LESLIE McKAY
*Assistant Director*

RUSSELL J.E. VERBY
*Senior Litigation Counsel*

MALCOLM McDERMOND
ALEXA PERLMUTTER
IAN S. LAM
*Trial Attorneys*

By: /s/ *August E. Flentje*
AUGUST E. FLENTJE
Special Counsel for Immigration Litigation
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
950 Pennsylvania Ave., NW
Washington, DC 20530
Tel : (202) 514-3309
Email: august.flentje@usdoj.gov

*Attorneys for Defendants-Respondents*