UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Yamil Luna Gutierrez, *et al.*,<br>Plaintiffs,<br>v.<br>MARKWAYNE MULLIN[1], Secretary of the U.S. Department of Homeland Security, *et al.*,<br>Defendants. | Civil Action No. 1:25-cv-01766-SLS |

**JOINT STATUS REPORT IN RESPONSE TO THE COURT'S OCTOBER 27, 2026 MINUTE ORDER**

In accordance with the Court's October 27, 2026 Minute Order, the parties provide the following Joint Status Report. The parties met and conferred on October 28, 2026, and agreed that (1) witness testimony should be limited to Mr. Schultz on behalf of the Department of Homeland Security; (2) questioning of the witness should be limited to topics addressed in his prior testimony provided on October 14, 2026; and (3) the total time for questioning from both parties should be limited to no longer than two hours total, i.e. one hour per side. Defendants and Mr. Schultz are available from 16 through 20 November 2026. Defendants note that Mr. Schultz is not available to continue testifying beyond 4:00 PM EST. Plaintiffs are available November 2-3, 5-6, 10, 16, and 23-24, as well as December 3-4, 2026. Defendants are available December 3-4, 2026, are working to confirm whether Mr. Schultz can be available to provide testimony on those dates, and will notify the Court and Plaintiffs as soon as possible regarding his availability.

[1] *See* Fed. R. Civ. P. 25(d) (providing for the automatic substitution of a public official who is a party in an official capacity ceases to hold office while the action is pending).

In the event these dates are not suitable for the Court, and in an effort to complete Mr. Schultz's additional testimony as expeditiously as possible, Defendants alternatively propose conducting a virtual deposition of Mr. Schultz on a mutually-agreed-upon date during the week of November 16, 2026, under the same terms set forth above. Defendants believe that allowing for the preservation of Mr. Schultz's testimony through a brief deposition will additionally afford the parties greater flexibility given counsels' schedules and Mr. Schultz's existing obligations as a witness in other, ongoing litigation. Plaintiffs do not oppose this format if it is not possible to schedule a hearing during the parties' available dates.

Dated: October 29, 2026

Respectfully submitted,

/s/ *Lee Gelernt*
LEE GELERNT (D.D.C. Bar No. NY0408)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org

*Attorney for Plaintiffs-Petitioners*

BRETT A. SHUMATE
*Assistant Attorney General, Civil Division*

ANTHONY NICASTRO
*Director*

LESLIE McKAY
*Assistant Director*

RUSSELL J.E. VERBY
*Senior Litigation Counsel*

ALEXA PERLMUTTER
*Trial Attorney*

By: /s/ *Jason Zubata*
JASON K. ZUBATA
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4143
Email: Jason.K.Zubata@usdoj.gov

*Attorneys for Defendants-Respondents*

**CERTIFICATE OF SERVICE**

I certify that I served a copy of this notice on the Court and all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to these documents to all counsel of record.

Dated: October 29, 2026

/s/ *Jason Zubata*
JASON K. ZUBATA
*Attorney for Defendant*