AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Yamil Luna Gutierrez, et al.
*Plaintiff*
v.
Markwayne Mullin, et al.
*Defendant*

Case No. 1:25-cv-01766-SLS

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Defendants .

Date: 10/30/2026

*Attorney's signature*

Russell J.E. Verby PA Bar No. 70347
*Printed name and bar number*

U.S. Department of Justice
Civil Division Office of Immigration Litigation
PO Box 878 Ben Franklin Station
Washington, DC 20044
*Address*

russell.verby@usdoj.gov
*E-mail address*

(202) 616-4892
*Telephone number*

(202) 305-4829
*FAX number*