**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| YAMIL LUNA GUTERREZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN[1], et al.,<br><br>Defendants. | Civil Action No.: 1:25-cv-01766-SLS |

**NOTICE OF WITHDRAWAL OF APPEARNACE**

Pursuant to Local Civil Rule 83.6(b), I, Bronwyn Nayci, respectfully withdraw my appearance as counsel for Defendants. Defendants will continue to be represented by other U.S. Department of Justice, Office of Immigration Litigation attorneys.

Dated: November 3, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

***/s/ Bronwyn Nayci***
BRONWYN NAYCI
United States Department of Justice
Civil Division
Office of Immigration Litigation
450 Fifth Street N.W.
Washington, DC 20044
Tel: (202) 598-6429
Email: Bronwyn.H.Nayci@usdoj.gov
**ATTORNEYS FOR DEFENDANTS**

---

[1] Markwayne Mullin is automatically substituted as the named defendant pursuant to Federal Rule of Civil Procedure 25(d) as the successor to Kristi Noem.

**CERTIFICATE OF SERVICE**

I, Bronwyn Nayci, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: November 3, 2026

***/s/ Bronwyn Nayci***
BRONWYN NAYCI