UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YAMIL LUNA GUTIERREZ, *et al.*,<br>Plaintiffs-Petitioners,<br>v.<br>MARKWAYNE MULLIN, *et al.*,<br>Defendants-Respondents. | Civil Action No. 1:25-cv-01766-SLS |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Civil Rule 83.6(b), I, Natalie Behr, respectfully withdraw my appearance as counsel for Plaintiffs in this matter. Plaintiffs will continue to be represented by Class Counsel, including the American Civil Liberties Union Foundation.

Dated: November 16, 2026

Respectfully submitted,

NATALIE BEHR

By: *<u>/s/ Natalie Behr</u>*

NATALIE BEHR
N.Y. Bar # 6159172
125 Broad Street, 18th Floor
New York, NY 10004
(202) 252-1709
IRP_NBehr@aclu.org

**CERTIFICATE OF SERVICE**

I, Natalie Behr, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: November 16, 2026

*/s/ Natalie Behr*
NATALIE BEHR