**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

YAMIL LUNA GUTIERREZ, *et al.*,

*Plaintiffs-Petitioners*, *on behalf of themselves and all others similarly situated,*

v.

MARKWAYNE MULLIN, Secretary of Homeland Security, in his official capacity, *et al.*,

*Defendants-Respondents*.

Case No. 1:25-cv-01766-SLS

**UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF KIMBERLY GRANO**

Pursuant to Local Civil Rule 83.6(c), I, Kimberly Grano, respectfully move to withdraw my appearance as counsel for Plaintiffs in the above-captioned matter, as I will be leaving my employment with the International Refugee Assistance Project. Plaintiffs will continue to be represented by other attorneys from the International Refugee Assistance Project, the American Civil Liberties Union, and the Center for Constitutional Rights. Pursuant to Local Civil Rule 7(m), I conferred with counsel for Defendants, who stated that Defendants do not oppose this motion. A proposed order is attached.

Dated: November 24, 2026

Respectfully submitted,

/s/ Kimberly Grano

Kimberly Grano (D.D.C. Bar No. NY0512)
INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
One Battery Park Plaza, 33rd Floor
New York, New York 10004
Telephone: (646) 946-7453
kgrano@refugeerights.org