**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| YAMIL LUNA GUTIERREZ, *et al.*,<br><br>*Plaintiffs-Petitioners*, *on behalf of themselves and all others similarly situated,*<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of Homeland Security, in his official capacity, *et al.*,<br><br>*Defendants-Respondents*. | Case No. 1:25-cv-01766-SLS |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE**

Upon consideration of the unopposed motion by Kimberly Grano to withdraw her appearance as counsel, it is ORDERED that the motion is GRANTED. Accordingly, Kimberly Grano is hereby withdrawn as counsel for Plaintiffs.

SO ORDERED.

______________, 2026

______________________________
SPARKLE L. SOOKNANAN
UNITED STATES DISTRICT JUDGE